*Submitting Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC) <br><br> **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S AND PLAINTIFFS' INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL** <br><br> Judge:    Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL        Case No. 3:23-md-03084-CRB (LJC)

**INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL**

| Original Sealed Docket Entry No. | Original Public Docket Entry No. (if any) | Title or Brief Description of Document |
|---|---|---|
| 2518-4 | 2519-2 | Unredacted Declaration of Roopal. P. Luhana |
| 2518-8 | 2519-2 | Exhibit 4 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order;  Excerpts of Kate Parker depo transcript |
| 2518-13 | 2419-2 | Exhibit 9 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-22 | 2519-2 | Exhibit 18 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-35 | 2519-2 | Exhibit 31 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order; |
| 2518-36 | 2519-2 | Exhibit 32 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-42 | 2519-2 | Exhibit 38 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-44 | 2519-2 | Exhibit 40 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-67 | 2519-2 | Exhibit 63 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-76 | 2519-2 | Exhibit 72 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-82 | 2519-2 | Exhibit 78 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-97 | 2519-2 | Exhibit 93 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-99 | 2519-2 | Exhibit 95 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 3068-4 | 3069-1 | Exhibit 1, Chart describing Plaintiffs Dean, B.L., A.R., LCHB 128, WHB 407 and WHB 1876 ROG and RPD response deficiencies. |

2

| Original Sealed Docket Entry No. | Original Public Docket Entry No. (if any) | Title or Brief Description of Document |
|---|---|---|
| 2518-105 | 2519-2 | Exhibit 101 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order; Excerpts from Katherine McDonald deposition transcript (275:1-276:25) |
| 2518-37 | 2519-2 | Exhibit 133 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-67 | 2519-2 | Exhibit 163 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-68 | 2519-2 | Exhibit 164 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-95 | 2519-2 | Exhibit 191 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 2518-96 | 2519-2 | Exhibit 192 to Dec. of R. Luhana ISO Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order |
| 3993-5 | 3995-3 | Exhibit 3 to Joint Discovery Letter Brief Relating to Safety Data |
| 3993-6 | 3995-4 | Exhibit 4; Excerpts of transcript of April 25, 2025 Rule 30(b)(6) deposition of Defendants by Todd Gaddis |
| 3993-7 | 3994-6 | Exhibit D; Email correspondence between the Parties dated July 31 - August 5, 2025 |
| 3993-11 | 3994-10 | Exhibit H; Party Correspondence: Email correspondence between the parties dated April 19 - May 10, 2024 |
| 3993-16 | 3994-18 | Exhibit P; Certification of Katherine McDonald dated March 6, 2025 |
| 3993-18 | 3994-20 | Exhibit R; Email correspondence between the parties dated April 28 - May 1, 2025 |
| 3993-19 | 3994-21 | Exhibit S; Draft Joint Discovery Letter Brief Relating to Safety Data |
| 2797-2 | 2796-2 | Exhibit 1 to Declaration of Andrew R. Kaufman in Support of Administrative Motion to File Under Seal |
| 2798-3 | 2796-4 | Portions of Declaration of Alejandra O'Connor ISO Defendants' Opposition to Plaintiffs' letter brief seeking snapshots from the Safety Lens user interface hyperlinked in Jira tickets produced in Uber's Defendant Fact Sheets |

INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL                Case No. 3:23-md-03084-CRB (LJC)

DATED:  July 16, 2026                 Respectfully submitted,

                                      By: /s/ *Michael B. Shortnacy*

                                      MICHAEL B. SHORTNACY (SBN: 277035)
                                      mshortnacy@shb.com
                                      **SHOOK, HARDY & BACON L.L.P.**
                                      2121 Avenue of the Stars, Suite 1400
                                      Los Angeles, CA 90067
                                      Telephone: (424) 285-8330

                                      LAURA VARTAIN HORN (SBN: 258485)
                                      laura.vartain@kirkland.com
                                      **KIRKLAND & ELLIS LLP**
                                      555 California Street, 30th Floor
                                      San Francisco, CA 94104
                                      Telephone: (415) 439-1400

                                      ALLISON M. BROWN (Admitted *Pro Hac Vice*)
                                      alli.brown@kirkland.com
                                      JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
                                      jessica.davidson@kirkland.com
                                      CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
                                      christopher.cox@kirkland.com
                                      **KIRKLAND & ELLIS LLP**
                                      601 Lexington Avenue
                                      New York, NY 10022
                                      Telephone: (212) 446-4800

                                      *Attorneys for Defendants*
                                      UBER TECHNOLOGIES, INC.,
                                      RASIER, LLC, and RASIER-CA, LLC

Dated: July 16, 2026                  /s/           *Sam Hoefs*

                                      SAM HOEFS (Admitted *pro hac vice*)
                                      **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                                      60 South Sixth Street, Suite 2800
                                      Minneapolis, MN 55402
                                      Telephone: (612) 445-0202
                                      Email: shoefs@nighgoldenberg.com

                                      MARLENE J. GOLDENBERG (Admitted *pro hac vice*)
                                      **NIGH GOLDENBERG RASO & VAUGHN, PLLC**
                                      14 Ridge Square NW, Third Floor
                                      Washington, D.C. 20016
                                      Telephone: (202) 928-2228
                                      Email: mgoldenberg@nighgoldenberg.com

4

INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL          Case No. 3:23-md-03084-CRB (LJC)

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
         akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
**PEIFFER WOLF CARR KANE CONWAY
 & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
         awolf@peifferwolf.com
         scraig@peifferwolf.com

ROOPAL P. LUHANA (*Admitted Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com


*Co-Lead Counsel for Plaintiffs*

INDEX OF DOCUMENTS NO PARTY SEEKS TO SEAL          Case No. 3:23-md-03084-CRB (LJC)

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: July 16, 2026

/s/ *Michael B. Shortnacy*
Michael B. Shortnacy

6