# EXHIBIT 4 FILED UNDER SEAL

Kate Parker Volume I Highly Confidential
December 03, 2024

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

---oOo---

COORDINATION PROCEEDINGS        )
                                )
In Re:  Uber Rideshare Cases    )No. CJC-21-005188
_____ )


*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF KATE PARKER

VOLUME I (Pages 1 - 431)

December 3, 2024

9:13 a.m.


101 McInnis Parkway

San Rafael, California  94903


Reported by:

Natalie Y. Botelho

CSR No. 9897

Kate Parker Volume I Highly Confidential
December 03, 2024

Q.       Okay.  Mr. -- and I hope he'll forgive me -- Khosrowshahi took over sometime in 2017, correct?

A.       I don't recall the exact date of when he took over.

Q.       Fair, but it was sometime in 2017, we'll agree?

A.       I don't recall the exact date.

Q.       Anyways, he took over at some point, correct?

A.       Yes.

Q.       And you write in this e-mail, "At last week's All Hands, Dara" -- said it right that time, right?

A.       Yes.

Q.       "...talked about our 2018 priorities, the first of them being around putting safety front and center."  Do you see that?

A.       Yes.

Q.       You'll admit before this, safety wasn't front and center at Uber, correct?

A.       When Dara took over as CEO, he was very intentional and focused in terms of being very clear about what his priorities were, of which safety was absolutely front and center.