# EXHIBIT 8 FILED UNDER SEAL

**UBER_JCCP_MDL_002351075**

## Metadata

| | | |
|---|---|---|
| **Account** | mike.akamine@uber.com; | SEMANTIC |
| **All Custodians** | Akamine, Mike; | SEMANTIC |
| **Application** | Slack Channel | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_002351075 | SEMANTIC |
| **Confidentiality** | Confidential | SEMANTIC |
| **Date Created** | 10/30/2024 12:00 am | SEMANTIC |
| **Date Modified** | 10/30/2024 12:00 am | SEMANTIC |
| **Document Type** | Messaging Application | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002351080 | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002351075;UBER_JCCP_MDL_002351076;UBER_JCCP_MDL_002351077;UBER_JCCP_MDL_002351078;UBER_JCCP_MDL_002351079;UBER_JCCP_MDL_002351080 | SEMANTIC |
| **ILS Document Date** | 10/30/2024 | SEMANTIC |
| **ILS Prod Date** | 1/23/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL064 | SEMANTIC |
| **Other Custodians** | Akamine, Mike; | SEMANTIC |
| **Primary Date** | 10/30/2024 12:00 am | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL064; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 05/02/2023 2:04 am | SEMANTIC |

**Channel: global-actioning-leads**

**Organization: Uber Technologies Inc.**

**Team: Uber Global**

**Channel Type: Private**

**Start Date: 2023-05-02 02:04:47 UTC End date: 2023-05-02 23:51:25 UTC**

 **Deepen Mathur** at 2023-05-02 02:04:47

jodie - any steers from the call w Dara today for us ?

 **Jodie Auster** at 2023-05-02 03:19:50

Yes will summarise shortly

 **Jodie Auster** at 2023-05-02 04:53:08

Hi team. Sorry for late ping - no response expected tonight.

 **Jodie Auster** at 2023-05-02 05:01:07

Dara meeting today (attendees - Tony, Jill, Matt Kallman, Sachin, Carrol, Mac, me): * Discussed EB and how to fix it - this was a distraction - I steered them away from discussing details as recommendation from Joseph is underway * Agreed that efforts on deactivation need to step up to the highest p0. What this means: ◦ We will have the *full support of the ELT to prioritize deactivations work above other work, and should therefore shift resources from other work* to this without (much) pushback. ▪ If you are concerned about deprioritizing any other work as a result, please talk to your manager directly and immediately (they should all be aware). ◦ *We need to shift into 'phase 2' - finding and fixing gaps in policies immediately, and implementing global standards where possible.* ▪ Tomorrow in the working group meeting, we will agree on the Master List of Priorities, who will lead and participate in each review, and the process we'll go through to review. ▪ Gus wants to start a weekly meeting where leads present their decisions and recommendations (so he can make outstanding decisions). ◦ *Dara wants a deactivations update in ELT every week from me until the issue is less acute.* ▪ (I tried for every other week, but he insisted :confused: . Doesn't need to be in slide form, and I'm in ELT anyway so will just need to be v robust updates based on working group info you give me each week.)

                                                    UBER_JCCP_MDL_002351075

 **Jodie Auster** at 2023-05-02 05:01:50

> ◦ Comms (Kallman, Jill) are thinking about whether to brand this as
> priority initiative internally to give it more momentum (like Stand for
> Safety) – I&#x27;m indifferent here, so we&#x27;ll see what they come
> back with.

 **Jodie Auster** at 2023-05-02 05:05:22

Given the discussion, . I will turn this into skeleton slides in the existing deck. We should still include a bunch of the existing information in an appendix. Overall, the goal is to: * Remind ELT of the size of the problem, and the dire state we started from * Remind ELT that lots of good work has been done, and that will allow us to now move into the phase of finding and fixing policy gaps * Provide examples of issues we have found and how they are being addressed, specifically: ◦ Extreme Bounce ◦ Lifetime safety thresholds ◦ Flow campaigns with no owners or control * Remind them of the Review Center experience - it has been a long time since most of the audience will have been taken through it

File F055LC9C7JQ has no preview.

CONFIDENTIAL

 **Jodie Auster** at 2023-05-02 05:05:22

Given the discussion, . I will turn this into skeleton slides in the existing deck. We should still include a bunch of the existing information in an appendix. Overall, the goal is to: * Remind ELT of the size of the problem, and the dire state we started from * Remind ELT that lots of good work has been done, and that will allow us to now move into the phase of finding and fixing policy gaps * Provide examples of issues we have found and how they are being addressed, specifically: ◦ Extreme Bounce ◦ Lifetime safety thresholds ◦ Flow campaigns with no owners or control * Remind them of the Review Center experience - it has been a long time since most of the audience will have been taken through it

Given the discussion, . I will turn this into skeleton slides in the existing deck. We should still include a bunch of the existing information in an appendix. Overall, the goal is to: • Remind ELT of the size of the problem, and the dire state we started from • Remind ELT that lots of good work has been done, and that will allow us to now move into the phase of finding and fixing policy gaps • Provide examples of issues we have found and how they are being addressed, specifically: ◦ Extreme Bounce ◦ Lifetime safety thresholds ◦ Flow campaigns with no owners or control • Remind them of the Review Center experience - it has been a long time since most of the audience will have been taken through it(Edited)

at 2023-05-02 05:05:24

 **Jodie Auster** at 2023-05-02 05:06:57

I recognize that time is tight - I'm ok if the deck isn't complete by the time we walk Gus through. We should *at least* have data and sketches on the slide describing what will be there before the Friday run through.

 **Mia Chen** at 2023-05-02 16:24:07

Thanks a ton for all details and transparency!

 **Jodie Auster** at 2023-05-02 23:08:06

Thanks for rolling with the punches everyone. The energy and urgency around this stuff can be brilliant, but also exhausting. I'm watching that.

UBER_JCCP_MDL_002351077

 **Jodie Auster** at 2023-05-02 23:09:19

Specific question for this group: I need to finalize the definition of the 'global actioning leads' group. I had just included the most senior person by function on this chat to keep things small. Please +1 if you think we need to:

 **Jodie Auster** at 2023-05-02 23:10:10

- Add the 'expert' leads to this group - Shauna (safety), Joseph (Identity), Matt J (fraud)... anyone else?

 replies to thread:

**Deepen Mathur** at 2023-05-02 23:24:34

On Identity - will Joseph be POC now and then we add Nick tan when he can start working w us ?

 replies to thread:

**Jodie Auster** at 2023-05-02 23:26:18

I think we need to work out how they divide their work and whether both need to show up or one can inform the other. I'll talk to Nick and Joseph (and Jenny L)

 replies to thread:

**Katy McDonald** at 2023-05-02 23:40:09

Follow up qq: whether we pick Nick or Joseph, we should make sure that we're aligned with them that it's ownership not just of the Identity controls Safety owns, but the Identity controls that the Identity team owns as well (ie Zahra's team). Armani Beckett has been the primary POC there

 replies to thread:

**Jodie Auster** at 2023-05-02 23:51:25

From an optics perspective, we'll call it the 'Review Lead' so that people like Zahra and Armani don't feel like their job is in question, but that this person is driving the review process

CONFIDENTIAL



**replies to thread:**

**Mia Chen** at 2023-05-03 00:16:52

it seems like the group is getting large by the latest ping from Katy, so i recommend to keep both (Joseph/Nick + Zahra/Armani), there is a clear divergences between the 2 teams which is not our problem, but it is a simple fix to just add one more person into the convo



**replies to thread:**

**Jodie Auster** at 2023-05-03 00:42:39

I think we're mixing up who does the deactivation reason reviews vs who is the expert in the deactivation leads group



**replies to thread:**

**Jodie Auster** at 2023-05-03 00:42:56

I'll only put Joseph in and will ask him to keep the others updated



**replies to thread:**

**Jodie Auster** at 2023-05-03 00:43:03

Will see how that goes



**replies to thread:**

**Katy McDonald** at 2023-05-03 00:55:11

fwiw if we think this group is getting too big with my recco I'm ok with not adding them here, but do want to call out we need a separate regular touch point with the experts somewhere in slack



**replies to thread:**

**Jodie Auster** at 2023-05-03 00:58:12

Ok. Thanks for input everyone. I'll make a decision after a couple more hours sleep

CONFIDENTIAL



**replies to thread:**

**Mia Chen** at 2023-05-03 01:20:30

:+1: i have an open dialogue with Zahra (and Vinayak) to keep the pulse if there is a need. as you know, Product can be very nosy lol



**Jodie Auster** at 2023-05-02 23:10:50

- kmcdonald - answer here or pm me - does Julia need to be added vs informed by you and in the weekly working group meetings



**Jodie Auster** at 2023-05-02 23:10:50

* kmcdonald - answer here or PM me - does Julia need to be added vs informed by you and in the weekly working group meetings

- kmcdonald - answer here or pm me - does Julia need to be added vs informed by you and in the weekly working group meetings(Edited)

at 2023-05-02 23:11:04

**Katy McDonald** at 2023-05-02 23:23:20

My recommendation would be to add the 'expert' leads to this group + Julia (ie everyone that's on the weekly call -- assuming we bring Identity + Risk into the mix). If we're due a weekly read-out on each area, that will be most effective to gather the right information on both strategic + tactical, at least for the next few months.

CONFIDENTIAL

UBER_JCCP_MDL_002351080