# EXHIBIT 13 FILED UNDER SEAL

Roger Kaiser   UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING          | No. CJC-21-005188
SPECIAL TITLE (Rule 3.550)       |
                                 |
In Re:  Uber Rideshare Cases     |
_____|
                                 |
This document relates to:        |
                                 |
ALL ACTIONS                      |
_____|

UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY

INCLUDING CONFIDENTIAL AND HIGHLY CONFIDENTIAL TESTIMONY

VIDEO DEPOSITION OF ROGER KAISER

VOLUME 1 - PAGES 1-241

TUESDAY, NOVEMBER 19, 2024

SAN FRANCISCO, CALIFORNIA

Reported by:   Marilynn Hoover, RPR

Roger Kaiser    UNREDACTED TRANSCRIPT - INCLUDES ALL TESTIMONY
November 19, 2024

Q.   BY MR. ESTEY:  Okay.  Who made the decision to not have required dashcams in the vehicles?

MR. LUSKEY:  Same objection.

THE WITNESS:  I don't know.  I don't know if there was ever an explicit decision not to versus to explore the path that we're on today, which is to invest in the cameras that are already in the car, which are people's phones.

Q.   BY MR. ESTEY:  All right.  Have you ever had discussions with Dara regarding dashcams?

A.   Not that I recall, other than being part of product updates around the work that we're doing with Record My Ride, which is an audio recording -- or, sorry -- Record My Ride, which I think is video, and then an audio recording capability, but using people's phones.

Q.   Do you know if Uber has ever actively lobbied against having dashcams in its vehicles?

MR. LUSKEY:  Objection.  Lacks foundation.

THE WITNESS:  I don't know.

Q.   BY MR. ESTEY:  Has Uber ever lobbied against fingerprint-based background checks?

MR. LUSKEY:  Same objection.

THE WITNESS:  I'm not sure.

Q.   BY MR. ESTEY:  Okay.  Who's in charge of the