# EXHIBIT 22 FILED UNDER SEAL

Message

---

**From:**      Travis Kalanick [travis@uber.com]
**Sent:**      10/13/2016 6:05:31 AM
**To:**        Joe Sullivan [joesullivan@uber.com]
**CC:**        Ed Baker [edb@uber.com]; Rachel Holt [rachel@uber.com]; Kellyn Kenny [kellyn.kenny@uber.com]; Jill Hazelbaker [jill@uber.com]; ags@uber.com; kintz@uber.com; Thijs Niks [thijs@uber.com]; Vinay Ramani [vinay@uber.com]; Kyle Miller [kmiller@uber.com]; Jeff Jones [jjj@uber.com]; Rachel Whetstone [rachelw@uber.com]; Andrew Macdonald [mac@uber.com]; Salle Yoo [salle@uber.com]; Betsy Masiello [betsym@uber.com]
**Subject:**   Re: Cash & Safety Risk (attorney/client privileged)

Come up with a model that quantifies the issue and it will be easier to make progress on safety concerns.

What increase in safety issues have we seen in cities we have done cash in? What % of trips are we doing cash in those markets? What % of total trips will cash trips be in the US? What is the real impact in safety incidents of introducing cash?

Then we can have a conversation based on data and not innuendo or anecdote. And then we can also make rational decisions about product and resource investment in those product efforts.

T

On Wednesday, October 12, 2016, Joe Sullivan <joesullivan@uber.com> wrote:

Attorney/Client Privileged communication

Hi –

At the meeting today on launching cash in the US, I was asked to share the data behind my statement that taxi drivers are murdered more than any other profession in the US. The data can be found here: http://www.bls.gov/iif/oshwc/cfoi/cftb0269.pdf / http://www.bls.gov/iif/oshwc/cfoi/cftb0278.pdf. Of 91 taxi driver deaths in 2012-13, 60 taxi drivers died from homicide and 31 from accidents. The Washington Post has called driving a taxi the highest homicide risk job in America as a result of this data: https://www.washingtonpost.com/news/wonk/wp/2015/01/28/charted-the-20-deadliest-jobs-in-america/. By comparison, in the US, in our entire history, we have had a total of 10 on-trip driver deaths, with only 2 the result of homicide. I cannot do a true direct comparison on driver murders in taxi to driver murders in Ubers without the ability to compare miles/number of trips/number of drivers but these numbers are interesting.

I brought this data up to explain why regulators and drivers balk at the idea of us introducing cash. The data suggests that Uber drivers are currently at lower risk than taxi drivers, even though we know Uber drivers already serve "higher crime" communities in this country better than taxi services do.

This data is not a reason to not launch cash in the US. It is a call to use product innovation to protect our drivers from risk better than the taxi industry does for their drivers – like we have done so far. When we think about the risks to drivers from introducing cash, the research suggests two different risks we can address with product solutions: (1) the risk of a fake rider account being used to lure a driver to an unsafe location to be robbed, and (2) the risk of Uber trade dress being recognized as an easy target for a cash robbery in higher crime communities. In other conversations this week we have identified many opportunities to reduce risk in both of these contexts.

CONFIDENTIAL                                                                    UBER_JCCP_MDL_001705147

Thanks,

Joe

CONFIDENTIAL

UBER_JCCP_MDL_001705148