# EXHIBIT 35 FILED UNDER SEAL

Message

---

**From**: Nairi Hourdajian [nairi@uber.com]
**Sent**: 6/24/2015 4:46:42 PM
**To**: Joe [joesullivan@uber.com]
**Subject**: Re: FastCo

These are great.

Nairi Hourdajian | Communications | Uber Technologies | +1-408-666-1600 | @NairiHourdaj

On Tue, Jun 23, 2015 at 1:19 PM, Joe <joesullivan@uber.com> wrote:
> OK, got it.
> Here are some ideas:
>
> -Travis told me during the interview process about how something that is a "one in a million chance" is something that will happen every day, and eventually if we succeed, many times a day. That means with our growth we can't be complacent and need to focus on solving the "one in a million" safety challenges.
> -I know of no other company where the person overseeing safety and security reports directly to the CEO – but it makes sense given the importance of it to him
> -Travis loves to jam on safety—he called me at home the other night because he was literally sitting with one of my front-line team members reviewing how we had done a background check; and seeing the actual report triggered a bunch of ideas and questions
> -he wants to know about every incident in real time / my tendency at the start was to shield him so he could focus on "running the business" until he told me to stop doing that. I realized that reducing safety risk is actually a core part of running the business to him.
> -his goal in being engaged is not to micromanage a case, but to make sure we learn from it across the company and not just on the team that is overseeing the specific situation / asking how we could have prevented the issue via the product or other effort, and how we can respond better, and pulling in the other teams who should be thinking about the topic.

---

**From:** Nairi Hourdajian <nairi@uber.com>
**Date:** Tuesday, June 23, 2015 at 12:32 PM
**To:** Joe <joesullivan@uber.com>
**Subject:** Re: FastCo

So those are great ways to tell him how how safety is designed into the product. But as far as anecdotes go, I mean stories or human color. Additionally - giving it some more thought - despite the reporter not being that interested in the safety angle, one way to get him to buy into it is to talk about how important it is to Travis and how passionate he is about safety - not only how it is designed into the product but the new stuff we're looking into. Some other ways to think about anecdotes that help accomplish that task:
1) Are there stories from the interview process you went through with Travis where your conversations speak to his passion for safety and/or how we think about design/integration/new solutions to old problems?
2) Some of the stuff you spoke about with Business Insider is great - innovating on new ways to login to the app that solves a perennial tech challenge. Any anecdote around a "jam session" or "sprint" your team is doing on that type of thing?
3) The reception you've gotten at Uber - when you started, seeing how passionate people at the company are about safety on the Uber platform, which shows the top down focus on it and passion for it.

Happy to brainstorm more. Let me know - I'm around.

Fuller briefing coming in the next couple hours.

CONFIDENTIAL                                                        UBER_JCCP_MDL_001628493

Nairi Hourdajian | Communications | Uber Technologies | +1-408-666-1600 | @NairiHourdaj

On Tue, Jun 23, 2015 at 11:42 AM, Joe <joesullivan@uber.com> wrote:
Sure thing.  Here are some candidates. Any preferences?


Before your ride begins

You can start the Uber app from anywhere and wait safely for your ride to arrive.  That means no standing on the street to hail a ride or walking around strange neighborhoods to find the nearest bus stop.

When a driver accepts your request, you can see her or his first name, photo, license plate number and a picture of the vehicle.  You can also check whether other riders have had a good experience with her or him.

You can contact the driver--and vice versa--if there is any confusion around pick-up details.  But we're careful to anonymize your phone number so she or he does not have your contact details going forward.
All drivers using the Uber platform undergo an extensive background check (see below for more details).


While you're on a ride

You can easily share your ride details, including your specific route and estimated time of arrival, with friends or family so they know where you are and when you should arrive.

You can see the route on the map in the app.  Your location is clearly marked so you know where you are on your journey-- and if your driver is on the right route.

Uber uses GPS to keep an exact record of where your driver goes--which creates a tremendous incentive for good behavior.

There's no cash involved, we simply facilitate the charge through the app.  This helps keep drivers safe too because carrying cash makes them a target as well.


After your ride ends

We ask you and your driver to give feedback on your previous trip before booking or accepting another ride.  Our safety team reviews that feedback so we investigate issues when they arise and improve our procedures.

Your driver won't receive his or her payment from Uber for a week.  So if you report an issue--even after the ride ends--we can and do withhold forwarding his payment to him.  This is another strong incentive for good behavior.

---

**From:** Nairi Hourdajian <nairi@uber.com>
**Date:** Monday, June 22, 2015 at 9:35 PM
**To:** Joe <joesullivan@uber.com>
**Subject:** FastCo

Joe,
Forgot to mention today - can you please think of 3 stories/anecdotes that help illustrate the points we are asking you to make on safety being designed into the product along the way (all three phases) and resonate the broader points about Uber/Travis? So that we can "show" more than "tell".

CONFIDENTIAL

Thanks very much.

Nairi Hourdajian | Communications | Uber Technologies | +1-408-666-1600 | @NairiHourdaj

CONFIDENTIAL

UBER_JCCP_MDL_001628495