# EXHIBIT 37 FILED UNDER SEAL

Message

| | |
|---|---|
| **From**: | Nairi Hourdajian [nairi@uber.com] |
| **Sent**: | 12/1/2015 10:33:23 PM |
| **To**: | Travis Kalanick [travis@uber.com] |
| **CC**: | Jill Hazelbaker [jill@uber.com]; Rachel Whetstone [rachelw@uber.com] |
| **Subject**: | Re: Your BC appearance |

Got it.

Nairi Hourdajian | Communications | Uber Technologies | +1-408-666-1600 | @NairiHourdaj

On Tue, Dec 1, 2015 at 2:22 PM, Travis Kalanick <travis@uber.com> wrote:
let's move the nomenclature from 'fingerprints' to LiveScan... anytime you want to say fingerprints, say LiveScan instead... any time anyone asks about fingerprints, answer with LiveScan.

I mentioned the issue around discrimination with LiveScan today in my BC talk.

Feel free to tell this guy to talk to the hand, or answer however you feel appropriate. FWIW, his colleague was particularly snarky and entitled with me and my time on my way out of the venue - i was gracious of course :)

Thanks,

T


---------- Forwarded message ----------
From: **Jordan Graham** <jordan.graham@bostonherald.com>
Date: Tue, Dec 1, 2015 at 1:43 PM
Subject: Your BC appearance
To: travis@uber.com


Hi Travis,

I was at your talk at the BC CEO's club today, and hoped to ask you a few questions. You told a colleague of mine to email you, so that's what I'm doing:

You mentioned fingerprint background checks, and Uber has said it will pull out of markets that require them. Is that an option in Massachusetts? Are there any other reasons why fingerprint background checks would not be ok?

Uber has a history of ignoring regulations, including in Cambridge several years ago. With Massachusetts regulations likely to come out early next year, would Uber abide by regulations it doesn't like?

Thank you,
Jordan Graham

--
Business and Technology Reporter

CONFIDENTIAL

The Boston Herald
617-619-6377
415-265-3209 (cell)

UBER_JCCP_MDL_000484232