# EXHIBIT 44 FILED UNDER SEAL

**UBER000055391-UBER000055402**

Message

---

**From:**     Jill Hazelbaker [jill@uber.com]
**Sent:**     4/8/2019 5:06:23 PM
**To:**       Rebecca Messina [messina@uber.com]
**CC:**       Andrew Macdonald [mac@uber.com]; Barney Harford [barney@uber.com]; Gus Fuldner [gus@uber.com]; Tony West [twest@uber.com]
**Subject:**  Re: Safe Campus Initiative

I'm not opposed to a strategic conversation about whether or not our safety marketing should be "industry PSA style" versus Uber branded marketing, but I think we are cart before horse. We need to fix the structural issues that prevent us from executing on any strategy (case in point that it us 5 days to get an all rider email out post South Carolina) and nail the basics to increase awareness (e.g. always on safety marketing) before we approach our competitors to co-brand with us. I think one difference between Rides and the beverage industry is that we are still deeply unsettled from a competitive standpoint, and it may well be that being better on safety *is* a competitive advantage. I am inclined to think that way, and I definitely believe that we should continue to build that way from a product standpoint, but once we have improved upon our current state I would be very interested in seeing research to understand if it is a more effective approach.

On Mon, Apr 8, 2019 at 9:10 AM Rebecca Messina <messina@uber.com> wrote:
Thank you

I honestly don't know that quantity matters

In spirits / beer it is the 6 big players only

In soft drinks it is the 2 big players that make all the decisions

While we may be setting the practices together  it does not seem there is awareness of the standard practices because 1) we ( marketing)  has not had an always on pressure and 2) they are only communicated by the brand and not also by the industry.  There could be inconsistent experience on another brand thus diluting the practices.  There is currently no " industry" ( at least in their minds). in essence as category leader we are it. If the standards were so clear I would have thought the  university would have not created an alternate narrative or would have had a "coalition" to turn to.

I was thinking more a ride share coalition to ensure we are using the same vocabulary, the same protocol and Set practices together.  If that already exists- I did not know that and am really happy to know that is already how we operate.  It does feel like there could be moments where we bring a shared voice ( even shared money) to amplify the message but if you are satisfied with where we are at we will put our energy in to more always on work.

On Mon, Apr 8, 2019 at 17:03 Jill Hazelbaker <jill@uber.com> wrote:
Thanks Rebecca. In the US, we have worked closely with Lyft to set safety standards in regulation. We're doing the same for ATG with autos and Waymo. And we have taken the lead on trying to charter a safety and advocacy based group on NeMo. I suppose the simplest explanation for why we don't have a formalized industry group on Rides is that it doesn't really make sense to have a trade association with two members. My

CONFIDENTIAL

UBER000055391

understanding is that the beverage associations are typically populated by suppliers and distributors, so dozens if not hundreds of members.

We do participate in many issues based coalitions that touch safety - road safety, human trafficking, background checks, anti-drunk driving, etc.

Cheers,
Jill

On Apr 8, 2019, at 12:22 AM, Rebecca Messina <messina@uber.com> wrote:

Team: ( smaller group)

I wanted to offer an additional perspective.

Having work largely in only regulated ( and to a degree self regulated) industries I keep thinking this may be the time to come together with lift to set ride sharing safety practices.

My rationale:

It will ensure "we" are the governing body for setting safety standards ( thus that universities and others will have that body to look first before designing own safety measures)

Will build behavior that at the basic is standard for all.  No different than wearing seat belts is not car make specific, nor should some standard practices— like license place, make and picture.  If we embed this behavior across all brands we will be better off.

We will be the industry leader.

Basic critical safety has too much at stake to make it a competitive issue

We will still be able to differentiate beyond these and will take safety even further

I think we will go farther faster if we are the standard bearer of safety standards.

Just a thought.

Please discard as you sit fit but I know in the food and beverage business ( alc and non alc) our best defense was to come together on responsible drinking,  marketing to children policies, nutrition labeling etc and regulate ourselves as a single body before others regulated us .

I would be pleased to lead/partner / play any role I can to help advance this if you deem worthy.

Rebecca

There is so much to make safety a competitive issue.  It will be a differentiator with how we do it and how we advance it further but to ensure that every consumer knows the practices of ensuring they are in the right car will only ensure this this industry is around for generations to

CONFIDENTIAL

On Sat, Apr 6, 2019 at 2:13 AM Gus Fuldner <gus@uber.com> wrote:

There has been a lot of discussion about whether or how we can support the "What's my name?" campaign from the President of the University of South Carolina as part of getting his support for a future media event.

Barney, Mac, and I connected earlier today and have aligned on a middle ground.  In order to thread the needle here, we can offer a nod to the university's slogan without making it our own and still maintaining control of our safety messaging, without overly confusing media and the public. Here is what we recommend:

1.    Update our Rider Safety Tips with more friendly name exchange guidance: "Who are you here to pick up?" but limit that to the web and an event-specific blog.  Uber spokespeople should not directly cite "What's my name?" as an Uber tip.
2.    Send driver comms about "Smooth Pickups," including identifying your rider and having a conversation to confirm the correct rider.
3.    Put together a big enough / interesting enough package of other items that focuses the media's attention on those items and away from "What's my name?".

This requires President Pastides, his comms team, and our comms team being on board with Uber having a slightly different message on "name exchange" vs. directly adopting "What's my name?" even while on the same podium.  We should be transparent about that up front with them. If President Pastides is set on "What's my name?" as Uber's direct message to the world, we would want to walk away now and pursue a different strategy vs. having conflicting narratives in front of the press.

**The Details**

**Rider facing**
The recommended rider-facing messaging for the "name exchange" is as follows (full mock-up of Safety tips page here):
•    In addition to the Check Your Ride safety steps, you can also ask the driver to confirm your name. Your name is displayed to the driver and your driver's name is displayed to you right in the app. For example, you can ask, "Who are you here to pick up?". The driver may also ask you to confirm their name for their peace of mind.

Safety, Marketing and Comms are currently working on long-form content that will include Check Your Ride + Name Exchange in the following channels over the next couple of weeks:
o    Updating Uber's Rider Safety Tips web page
o    A consumer-facing blog post (Forthcoming)
o    Ad-buys and op-eds in college newspapers

For clear operational guardrails, outside of the above, the business would continue to prioritize Check Your Ride messaging that does not include the secondary "name exchange" tip, primarily because this is our core Uber safety protocol, it is super challenging to standardize everyday conversation, the naming confusion is not something we want to own indefinitely, and, in some cases, space constraints require a tighter message.

**Driver facing**
Lastly, we will also launch an email / Carbon Inbox campaign to Drivers to help clear up some of the confusion on safety steps that "What's my name?" has caused that covers both "What's my name?" and identifying your rider.  In addition to the forum posts we are also seeing "Rude Rider" tickets. A draft is here.  It is intended to be flexible and focus on conversational interaction, given the wide variety of approaches that consumers will inevitably take on their own to Checking their Ride in the real world.

_____

UBER000055393

Regards,
Gus

On Fri, Apr 5, 2019 at 1:32 PM Gus Fuldner <gus@uber.com> wrote:
All,

We've got a potential path forward for how to thread the needle.  We're working on mocking up the user-facing messaging, particularly on the driver side.  We will revert later today with a proposal later today and then can follow up with President Pastides.

Regards,
Gus

On Fri, Apr 5, 2019 at 8:15 AM Jill Hazelbaker <jill@uber.com> wrote:
Hi everyone,

A few points:

1) Thanks. We all understand the the enormity of our safety challenges and the complexity under which Gus and team work. Thanks to them.
2) We seem to be having a theory versus practice debate. Regardless of *we* think is right theoretically, people in the real world are using names every day. To be clear, the only thing we need to do to be able to stand on stage with a university President who has captured national attention, and create some momentum for Uber and safety in the process, is update our website to include a safe name exchange protocol. As the president said to us, Uber just needs to "be respectful of the university and the students."
3) On drivers, we understand the issue of the driver violence extremely well (Mac will recall that I rang the bell loudly on this topic in February of 2017), but surely as a local company with smart local teams we can modify our approach in different markets. And as I understand it, for better or worse, the LATAM team ran a names focused safety campaign, which suggests that consumers globally naturally gravitate to the concept.

I worry that we are severely overcomplicating what should be a moment in time -- a press event to generate awareness that will allow us to do whatever safety marketing we want on the back of it.

Thanks,

Jill

On Fri, Apr 5, 2019 at 7:23 AM Barney Harford <barney@uber.com> wrote:
Gus' excellent email does a great job explaining the issues here. The four links he provided to driver forum postings are important to read and absorb.

CONFIDENTIAL

We provide riders with lots of info about their ride - license plate, car make/model, driver photo (also driver name). That's what the rider needs to use to verify the ride.

Prior to the trip starting, we only provide drivers w the rider's name. (They then get destination once the trip has started). So endorsing a protocol which requires drivers to tell the rider the rider's name means the driver now has no way of determining if the person on the street is their real rider or a fake/scam rider.

I just spent 2 days in Brazil, where 30 Uber drivers have been killed in the first 3 months of the year. 10 in the first 10 days of January. Driver safety is a critical issue for us too.

We have a pickup protocol that works for both riders and drivers today. Riders check plates, car make/model and driver photo. Drivers ask riders what the rider's name is.

I'm not seeing any suggestions here on how we address the driver's need to identify the rider. We're doing 10,000 trips a minute. It's just not responsible for us to endorse an approach that breaks a process that is currently protecting drivers 10,000 times a minute, 16 millions times a day.

One solution would be to reverse the protocol for drivers, and train them to ask the rider "what's my name?" However as Gus laid out though this is not a natural exchange. In every other situation in life we introduce ourselves "Hi, I'm Barney, what's your name?" And the idea of re-educating >3M drivers around the world on this isn't realistic. I don't think this can work.

Potentially a better solution would be make the name exchange work more naturally. Riders say "Hi I'm Barney, what's your name?" Or drivers could initiate: "I'm Daniel, what's your name". And then both rider and driver have the opportunity to check that the other's name matches what is shown in the app (gets riders looking at the app too, which helps re our 3 check your ride factors). It also happens to be natural. This would require the president to change his hash tag and revise the education he's been doing. But he's indicated he is open to revising the name protocol, and having him do something like that to fix the issue he has unfortunately created here would really be far and away the best outcome. We could then add this as a point on our safety page, although as Gus suggests we should not add it as a 4th thing in our core Check My Ride protocol. I'd like to understand Gus and Kate's perspective on this first (I'm adding Kate as she wasn't on the original thread; Kate leads safety marketing for us globally and should be involved in all discussions of this nature), but it seems to me right now that this is probably our best approach.

Based on the driver issues outlined above I don't think we should be in any way endorsing an approach that has riders expecting drivers to tell them their name. However I do think there's an opportunity to explore a modified approach around names. I'd like Gus and Kate's input before we finalize however. And then obviously we need to work out if we can make this work w president Pastides.

I'm in Bogota today but can jump on the phone to discuss. Gus/Kate feel free to call to discuss when you're up and available so we can lock down here and move forward.

Thanks for everyone's focus on driving safety awareness here, and everyone's recognition of the complexity that Gus and his team do an excellent job managing for us across our platform on a global basis.


On Apr 5, 2019, at 08:37, Jill Hazelbaker <jill@uber.com> wrote:

CONFIDENTIAL

UBER000055395

Exactly. It does not need to become a centerpiece of our overall ongoing safety campaign, but I would strongly suggest we pitch into the wind and incorporate some type of name protocol for this announcement because a) we want to stand with the president, he asked us to do names and it's polite to acknowledge his request in some way, b) it's driving a huge amount of coverage at the moment.

As you say, very few people (elites or consumers) know about our safety features so it would be great to have some lift for them via a PR/marketing moment like this.

In any case we need to get back to him via letter today with what we have on offer, so Barney/Gus please make a call.

Thanks,
Jill


On Apr 5, 2019, at 2:02 AM, Andrew Macdonald <mac@uber.com> wrote:

Agree Sachin.

I think ultimately the "D" here on what we are comfortable with sits with Gus and Barney.

In my opinion, we can thread a needle here - we just need to pay enough homage to the "What's My Name" concept President Pastides loves (and feels strongly students understand) to make sure they stay enthusiastic about standing up with us and announcing our Safe Campus Initiative package. I do not think it needs to be something we push in core messaging, our marketing, or even really acknowledge much beyond the next few weeks. But for now it is out there, has some traction given how much media the university president is doing and how much he is pushing it to students, and is simple.

Separately, and I know this has come up in a few forums the past month, our safety feature awareness, particularly on the rider side, remains painfully low. Improving this is something I've put into our US&C Rides OKRs for 2019 that are shared across our regional leadership team (which includes Marketing), but we are lagging our goals through Q1. If we decide we do not want to participate in this consumer moment, we need to urgently figure out how to drive greater awareness of the many things we are doing to deliver for our riders on safety.

Best,
Mac


On Fri, Apr 5, 2019 at 8:28 AM Sachin Kansal <sachin.kansal@uber.com> wrote:

I completely agree that name plays an important role – and this came up in the discussion with the President in a big way. While he is attached to #Whatsmyname, he was open minded about Uber figuring out the exact name protocol we want to establish based on user's feedback. As I discussed with some of you, 'Whats my name' is quite rude – and I don't believe I could ever say it to a driver, and I think the drivers will be offended.

It will take more time for us to figure out a perfect name protocol which works for both sides, and is teachable such that it gets used consistently. Until then, I think we should add **some** name convention to

CONFIDENTIAL

the safety tips page – and my impression is the President will be appreciative that we made a change here. 'Hi, who are you picking up' works for me!

Sachin.

---

**From:** Gus Fuldner <gus@uber.com>
**Date:** Thursday, April 4, 2019 at 11:10 PM
**To:** Jill Hazelbaker <jill@uber.com>
**Cc:** Dara Khosrowshahi <dk@uber.com>, Andrew Macdonald <mac@uber.com>, Barney Harford <barney@uber.com>, Brooke Anderson <brooke.anderson@uber.com>, Matt Kallman <kallman@uber.com>, Nelson Chai <nchai@uber.com>, Niraj Patel <niraj@uber.com>, Rebecca Messina <messina@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Tony West <twest@uber.com>
**Subject:** Re: Safe Campus Initiative

All,

TLDR:
We clearly have a consumer moment here. That presents clear opportunities for increasing safety awareness, but we also need to understand the challenges, particularly with the practical reality of #WhatsMyName.

I recommend that we keep the focus in our owned channels on license plates and the basic Check Your Ride message.  We can support "What's my name?" in a limited way if needed, but it should be a secondary message to Check Your Ride.

=================================

**Name protocol confusion**
Asking "What's my name?" can be a helpful action for a sophisticated user to confirm that they are in the right vehicle if they cannot see or confirm the license plate. However it is socially unnatural to ask someone "What is my name?".  It is also quite confrontational and could lead to heightened interpersonal conflict between the Driver and the Rider.  "Who are you here for?" or "Can I confirm who are you picking up?" is more natural but doesn't fit in a tweet.

"What's my name?" also appears to be easily confused with "Say your name".  (Even in this thread below it was recapped as #SayMyName instead of #WhatsMyName which reinforces the challenge of average consumers getting it right if we can't ourselves).  This has real consequences. If I get in a car and say "I'm Gus" and the driver says "OK", we are in a worse situation for the Rider, as the Rider feels comfort (and has provided the Driver comfort) but a fake driver has confirmed nothing to the Rider.

CONFIDENTIAL

UBER000055397

It is really difficult to educate both riders and drivers at scale to follow an unnatural social greeting protocol rather than a technical one.  In this moment, I think we can get concerned riders to focus on "What's my name?" but it is a challenging operational message, especially after this moment passes.

**Driver Safety**
While fake Uber rider predators tend to be less visible in the US than a place like Latam, they are still deeply unsettling to our driver base — whether it is someone trying to get a free ride or do something worse.  Riders are provided with three technical details to confirm the right vehicle and driver (license plate, make/model and a driver photo). Drivers, however, are provided only with the rider's name (no photo) and often ask a rider "What is your name?" or "Who is the account holder?" before starting the trip.  A rider who asks "What's my name?" may in reality be met with a driver who says "No you should tell me your name".

The only alternative for a Driver responding to "What's my name?" after confirming the rider's name to them is to either also ask "Now, what is my name?" to the Rider which also feels awkward, or to start the trip and ask the rider to confirm the destination.

We are seeing pushback on this from drivers (here, here, here and here).  If we are formally supporting this, we need to create some messaging for them, which is likely to ask, "What's my name?" to the rider which is going to be confusing to riders and guest riders may not be able to answer.

**Long term**
Product and Eng are focused right now on the near term awareness items such as push notifications and making the license plate and vehicle information bigger in the Driver Card.

However, we will separately pursue other solutions such as PIN codes or Bluetooth pairing that don't involve the social awkwardness and complexity of names and hopefully have a more seamless user experience, but that is for later this year, not next week.

**Working with "#WhatsMyName"**
If President Pastides is critical for policy support or a media event where we push other safety messages, we can support the #WhatsMyName concept with a longer form Blog Post where we can go through the nuance, but the phrase itself should not be the lead message in the app, in the event or or in our own marketing or social.  We should keep the focus on the core Check My Ride protocol and in particular the license plate.

We can extend the existing tip on Check Your Ride with something like:

**Get in the right car.** Before you get in the car, check that license plate, and driver photo match what's listed in the app. You can also ask: 'Who are you picking up?' to check you are in the right vehicle. Uber rides can only be requested through the app, so never get in a car with a driver who claims to be with Uber and offers a ride that you cannot match with the info in the app.

CONFIDENTIAL

We will need to pair it with driver messaging to clean up the confusion on the Driver side that the U-SC campaign has created.

On Thu, Apr 4, 2019 at 3:01 PM Jill Hazelbaker <jill@uber.com> wrote:

Hi everyone,

Mac and Sachin just got off the call with the President of the University of South Carolina, who was grateful for our responsiveness and extremely supportive of the Safe Campus Initiative. The President agreed to stand with us, alongside student leaders, at a launch event in the next two weeks. They have two asks of us:

- That we incorporate their #SayMyName safety tip in our list of tips to help educate riders and drivers about how to safely check names. (We realize there has been some debate here. In the end if this is the thing that gets the President to stand with us then we should do it. Also, we are seeing that people are naturally gravitating to the name idea so we might as well ride the wave);
- That we visit the campus in advance to determine the Uber shuttle pilot's feasibility. (They apparently have a capacity problem with the university's existing late night shuttles so they would like to nail down specifics before a launch.)

We (Sachin, Mac, Jill) are comfortable with these requests.

As for next steps:
- Mac's team will head to SC next week
- Product and marketing deliverables are moving full speed shead
- Comms/event plan in flight

We will keep everyone posted on the progress.

Thanks!

Jill, Mac and Sachin

On Wed, Apr 3, 2019 at 2:44 PM Dara Khosrowshahi <dk@uber.com> wrote:

I completely understand Barney's concern here but I dont think that the average person will make the connection. @Mac and @Jill, if you two think the Shuttle is a good idea then do it and watch it closely. We dont want shuttles to take over campuses necessarily ...

On Wed, Apr 3, 2019 at 2:41 PM Andrew Macdonald <mac@uber.com> wrote:

CONFIDENTIAL

UBER000055399

Thanks Jill, Matt and Brooke for pulling together all of the moving pieces here, and packaging them into something that I think can break through.

Re: "Shuttle" - Barney, as discussed, I heard your concerns, and we traded thoughts on this as a team after we talked, and feel that (a) people won't draw a line between this and uberX being unsafe - we believe that this would be viewed as Uber delivering a new service that is clearly different to try to serve a need (mass amounts of students moving to and from campus at similar times) and (b) the risks of drinking students piling into a bus are real, but would be mitigated by the heavy operational presence we'd bring to this pilot (likely 5-10 brand ambassadors helping organize folks and make sure things moved smoothly on the ground).

My view is we're trying to be a bit bold and move quick here to announce something that will show us as taking fast action in the wake of a tragedy. There is obviously some risk in that and we won't have every operational detail sorted, but we don't need to as we can get the announcements out quick and then put things into action over the coming weeks/months. Piloting at SC has powerful symbolic value and will give these initiatives credibility - we shouldn't underestimate that but we should also expect that they'll want to see real innovation to try to solve the problem - a "new" product designed "specially for college transit needs" helps that.

In any event, we need to move quick here to land this. How do we get to a D on whether to include the Shuttle in the announcement?

On Wed, Apr 3, 2019 at 11:21 PM Jill Hazelbaker <jill@uber.com> wrote:

> \+ Mac (sorry I forgot you)
>
> Many college campuses run "safe ride shuttles" today. We have an opportunity to improve them, while highlighting our other safety features and getting some brand love in the process. Let's test it in South Carolina and see how it goes.
>
> Barney - it would be great if you could ask Ronnie to supercharge the university vertical. Seems like a big opportunity and over the last 24 hours we've learned that our efforts are a bit scattered.
>
> On Wed, Apr 3, 2019 at 2:04 PM Barney Harford <barney@uber.com> wrote:
>> Like the idea in general of pushing campus safety, and a bunch of campaigns to emphasize the "Check Your ride" protocol.
>>
>> As I shared w Mac earlier today, I do have some serious reservations about the Uber Shuttle idea. First, I don't want anyone getting the idea that Uber Van is our solution to providing a safer alternative to UberX (i.e. UberX isn't safe because you're alone in a car w a driver etc). Second the idea of having a bunch of college students in a van at bar closing time seems to significantly

CONFIDENTIAL

UBER000055400

increase risk exposure. Happy to engage more on this but that was my initial perspective and concern on the Shuttle angle.

On Apr 3, 2019, at 17:55, Nelson Chai <nchai@uber.com> wrote:

Really great stuff.  Thanks to all but I have seen Jill in action over the past 24 hours and she a force of nature !

On Wed, Apr 3, 2019 at 1:53 PM Jill Hazelbaker <jill@uber.com> wrote:

Hi everyone,

On the back of the tragedy in South Carolina, we've spun up a small team to look at how we could lean into college safety. I think there is a big opportunity for us to package a number of existing and new safety features into a "Safe Campus Initiative." The goal would be to announce the package at an event alongside the University of South Carolina president next week or early the following. We would engineer major press coverage, including a Tony interview on a morning show.

Obviously, Uber was not responsible for this incident but, like it or not, we are in the eye of the storm. We are now seeing bills introduced that would require illuminated trade dress, as well as renewed calls for fingerprinting. We have policy plans to introduce alternatives to deal with these issues, but more fundamentally we need to show that we take university safety seriously. Already, we are seeing press reports of university students changing their behavior in the wake of South Carolina. And of course we know we need to do more to highlight our safety features generally. Awareness in the U.S. remains very low (e.g. just 27% of U.S. riders think that we do background checks; only 13% of people have heard of the emergency button).

In terms of the package for next week, we would announce the following (a mix of old and new):

- **Awareness**
  o US all-rider email with Check Your Ride safety tips
  o Check Your Ride campaign on social media
  o Check Your Ride ads in college newspapers
  o Op-eds in top 10 college newspapers by enrollment
  o Expanded #DontStandBy campaign with NO MORE
  o $100,000 grant to International Association of Campus Law Enforcement Administrators (IACLEA) for campus education campaign
- **Core App**
  o Promoting in-app Safety Center to all riders in the US
  o Push notifications during pickup to remind riders of the Check Your Ride steps
- **Safe Rides**
  o Pilot new Uber Shuttle product at University of South Carolina
  o Expand our U4B 'Safe Rides' partnerships with top 10 universities by enrollment

This would be a soft launch so that we have time to get product ready by back-to-school season in late August or early September. We are currently planning our annual fall product PR event for mid-September, which would be an obvious moment to return to this topic and showcase new features (ideally some killer new tech like we did last year with Ride Check).

CONFIDENTIAL

UBER000055401

Big thanks to Mac, Sachin, Niraj and Tony for your help.

Please let us know if you have any questions.

Cheers,

Jill, Matt and Brooke

CONFIDENTIAL

UBER000055402