# EXHIBIT 67 FILED UNDER SEAL

# POSSIBLE QUESTIONS

**GENERAL**

**Grip pilot results**
- We saw small directional reduction in Verbal IPCs and Physical IPCs but not enough to be stat sig.

**UBER CAM | Have we thought about making our own camera?**
- Yes, we have.
- This was actually a Hackaton project a year or so ago.
- We ultimately decided not to chase this idea (for now).
- Reasons:
  - **Net new Effort.** It would take a LOT of effort to compete with dashcam OEMs who have decades of experience in this space. If we want to invest here, we'd have to spin up an entirely new team and product, it wouldn't just be an additional workstream.
  - **Logistics/scaling.** Even if we build our own dashcam, we'd still have all the hardware issues that we've seen with BYOD and VIP: not every driver wants another thing in their car, not everyone who purchases will install, might require in-person support to help drivers install, we'd have to spin up a returns center, a dedicated support team, etc.
  - **Resourcing.** We're at capacity in terms of work and we think our current efforts are not worth deprioritizing in pursuit of building our own hardware.
  - **Employment legal issues.** Could be seen as us providing tools of the trade.

**RING CAM | Mac might mention Ring camera launched. Per Gus, he thinks this will help solve our issues.**
- Camera seems to be similar to CMT's Drivescape:
  - Dual-facing
  - High def, night vision
  - LTE connectivity
- The camera is $249.99. Not a lot of drivers will buy that on their own.
- Before we engage other vendors and build an API with them, we are taking our learnings from the VIP pilot and looking into further opportunities with CMT to prove crah reduction and insurance benefit, since we know the integration there was successful.

**TESLA | How should we approach a potential integration with Tesla. Our partnership is with Hertz but they have a camera that is built-in that is very good and already at the right recording angle.**
- First, we need to get more Teslas on the platform for this to be worth the investment.
- I don't think BYOD would work as I understand drivers have no way of downloading the footage to their devices to then upload to Uber.
- So we'd have to build an integration with Tesla and as Gus mentioned, there is no API currently avail.

**ALL OUT ON IAVR | Why not go all out on IAVR?**
- We believe IAVR will be the default state meaning any driver can opt in and we can scale globally and once we solve for local recording laws around the world.
- But there are limitations to IAVR that are accomplished with hardware: given we're only recording internally and video is lower quality, it won't be possible to prove crash reduction or

UBER000178156

insurance benefit with IAVR.
- We think the future state includes offering all three recording products.

**COMMOPS**

### How is Safety Media impacting commops investigations and deactivations in general?
- On average, we get about ~100 videos from BYOD per month (globally)
- Generally, we get positive feedback from agents that recordings are helping solve incidents.
- However, there is room for improvement on the support side (e.g., making sure footage is handled and categorized properly, watched as soon as possible, etc) which is something we plan to look into second half of this year.

- In 2021, we had 13,572 audio files and 85,000 videos submitted to CommOps.
- In 2022, we had 12,300 audio files and 69,000 videos submitted to CommOps.

**BYOD**

### Why is your registration rate lower in LATAM?
- Dashcam market is more mature in US
- Also probably because drivers have more disposable income to buy a dashcam than in LATAM.

### How do you explain rider cancellations have gone down (1.5% stat sig)?
- This was really interesting to us.
- One hypothesis is that riders are not as concerned with privacy as we might have anticipated or that they are actually less likely to cancel since their driver having a dashcam could be an indicator that they care about safety.

### How does BYOD fleets model work?
- Two-fold:
  - Product that allows fleet managers to register multiple cameras on multiple vehicles at one given time. Registration is handled on the Fleet Manager Portal.
  - Product will also need to allow individual drivers to report and submit footage for a safety incident that was captured by the camera in their vehicle.

### What are the limitations in the UK/EU with GDPR? What product changes will you require?
- Conversations with Legal and Privacy are currently happening.
- Biggest thing is with the audio recording component of BYOD.
  - Our privacy team is considering having audio as "High Risk", so to mitigate this risk, we've been asked to trip submitted dashcam footage of audio.
  - [If anyone asks what the consequences are: the team thinks it will be an amount of low double digit million USD]
- We're also looking into things like how long we're storing footage, what guidance we're giving to drivers on what footage they should upload, etc, to make sure we're staying compliant with GDPR.

**VIP**

### Who did we invite to the pilot? Driver characteristics

UBER000178157

- Drivers with ratings > 4.75
- 50 Lifetime Trips
- Recent Activity Trip in L45 Days
- Have not registered for BYOD or participating in our Vehicle Solutions program

### Why is Mexico INVITED to PURCHASED conversion so high?
- Safety is a larger concern in Mexico (Monterrey is a market where incidents get a lot of media coverage) so drivers may have been more willing to opt into the pilot
- Price was slightly cheaper in Mexico
- EBD was the only payment option, which we know is attractive to drivers - especially in markets with lower credit card rates

### Why is Nexar purchased rate much higher than Nextbase/CMT?
- Could be the launch markets
- Could be the fact that Nexar is a more recognized brand with Uber drivers. Nextbase is a UK based company, so perhaps not as relevant.

### Why is CMT enablement rate much higher?
- Set up process was more straightforward due to LTE connected camera
- NB and Nexar app played a larger part in the set up process
- Nexar/Nextbase setup involved downloading mobile apps, logging into, connecting via bluetooth/wifi direct which is atleast 10 more screens than what is required for CMT.

### Why is CMT disabled rate much higher?
- More than 90% of drivers in EBD, which could be making an impact here. We've been talking about how there could be a difference with seeing a deduction from your Uber earnings vs a small charge on your credit card statement.
- CMT more willing to process returns.
- Drivers particularly unhappy with not having access to audio during Uber time.

### Do we need to do the discounted cameras in bulk (but without integration and/or financial contribution from Uber) when we can just do IAVR?
- this is a win/win for Uber - we don't have to contribute financially, and more drivers (hopefully) get dashcams. we are always going to prefer a dashcam for safety over IAVR, because of its higher quality, the fact that many record from both angles, etc. IAVR is the backup solution for drivers who don't want a dashcam.

### Is there a difference between vendors for the VIP analysis?
- Short answer is no.
- Longer answer is that there are a lot of variables here (states where we launched, date of launch, etc) that could impact this so this is not something we were looking into and if we were, it wouldn't be stat sig.


### AUDIO RECORDING

### How do we explain driver set up (20-34%) and rider set up being much lower (TBD ranges from Ponon)?
- We only send the comms once once we launch, which means our announcement couldn tbe getting lost in the fold of emails or in-app messages.

CONFIDENTIAL

- We are working on having this be recurring so we can have this be a recurring message.

**RmR/IAVR**

### RmR | Why did you launch iOS pilot only?
- It came down to the number of Engineers and competing priorities.
- We were able to get a head start on iOS because we had 3 Engineers ready to start the work while we were putting out a few fires on the Android side.
- Android pilot coming in March.

### What parameters did you use to invite drivers to pilot?
- Active rivers
-  >1,000 trips,
- iOS drivers
- 4.75+ rating

### How much storage does video take up on the phone?
- Audio files: 10 mb/hr
- Video files: ~5x larger
- *[Leandro]*

### How much data does it take to share the recording with Uber?
- We recommend that if drivers need to submit a safety report with a recording attached, they be connected to wifi first. Otherwise, normal data rates will apply.

**What's Next for Recording**

### Scale Record My Ride to 70% global coverage. Why only 70%
- 70% represents the markets where Audio Recording is live (so we know we are cleared to launch there from a privacy perspective) -- this accounts for 55% of global coverage and if we add in the rest of the US, this becomes 70%.
- We'll need to overcome privacy hurdles in EU in general as well as in ANZ to get to 100%.

CONFIDENTIAL

UBER000178159