# EXHIBIT 76 FILED UNDER SEAL

Message

| | |
|---|---|
| **From**: | Sachin Kansal [sachin.kansal@uber.com] |
| **Sent**: | 4/16/2023 6:06:35 AM |
| **To**: | Andi Pimentel [andi@uber.com] |
| **CC**: | Zach Singleton [zsingleton@uber.com]; Mike Akamine [mike.akamine@uber.com]; Mariana Esteves [mariana.esteves@uber.com]; Linge Dai [linge@uber.com]; Leandro Fernandez [lfernandez@uber.com] |
| **Subject**: | Re: Couple of safety things |

Thanks Andi. I do think we should figure out what we would do in those dire circumstances where the driver is no longer in capacity to provide approval due to an incident on trip. We should work with legal on that.

Sachin.

**From:** Andi Pimentel <andi@uber.com>
**Date:** Saturday, April 15, 2023 at 12:41 PM
**To:** Sachin Kansal <sachin.kansal@uber.com>
**Cc:** Zach Singleton <zsingleton@uber.com>, Mike Akamine <mike.akamine@uber.com>, Mariana Esteves <mariana.esteves@uber.com>, Linge Dai <linge@uber.com>, Leandro Fernandez <lfernandez@uber.com>
**Subject:** Re: Couple of safety things

These are great questions, Sachin. We've talked about these a bit on the Media side. Adding Leandro and Linge to chime in on the technical components but here's some detail on the first thought you outlined:

- **If the driver had a BYOD camera** ... presumably the camera would be recording as most drivers using BYOD are always recording during a trip. That being said, there is no way for us to technically verify this. BYOD would be the hardest media product for us to obtain the video from as we have no technical connection to the driver's camera. All we know is the info we gather at the moment of BYOD registration: (1) the driver telling us they have a camera (2) make (3) model (4) what vehicle they are using it in.

- **If a driver had a VIP camera ...** the API integration is designed so that trip time *is* recorded. There have been cases where trips have not been recorded because the camera is off or unplugged but the vendor could certainly verify this. If a safety incident were to happen, we could contact the vendor and ask them to pull the footage for a specific trip. We'd need to get the driver's explicit permission to do so or involve our Legal team in this ask as our VIP pilots have been designed so that the process of having Uber receive video is initiated by the driver and consent to send video is obtained. But technically, it *is* possible to retrieve this video as long as it's still available on the vendor dashcam.

- **If the driver has AR or IAVR ...** If the driver was using Audio Recording, the incident would only be captured if the driver had manually started recording before the incident occurred. If the driver was using IAVR/RMR (audio or audio+video option), the incident would be captured as all trips are automatically recorded (pending device battery/storage/temperature are above the thresholds we've set for recording to happen). As far as retrieving the video goes: all files are stored and encrypted onto the user's device and my understanding is that there is no technical way for Uber to access or pull the audio/footage. The only way we can gain access is when/if the user sends the media to us when reporting a safety incident, but I will let Leandro keep me honest on whether this could be technically possible if it were absolutely necessary.

As you know, our media products are designed as described above to give drivers control and for privacy purposes. There is a world where we could make technical changes or ask for "consent to pull media in dire circumstances" from drivers upfront. In short, if this were important to the business and the company, we could brainstorm around this.

CONFIDENTIAL

Have a great weekend, folks!

Andi Pimentel

214.674.3936  |  andi@uber.com

On Fri, Apr 14, 2023 at 9:18 AM Sachin Kansal <sachin.kansal@uber.com> wrote:

This is about emergency situations that may lead to a significant injury or worse for a driver, typically due to a bad actor rider.

In many such situations, its not possible to interact with the app.

Two thoughts:

- If a driver had a BYOD dashcam, VIP dashcam or IAVR, what would happen? would there be a path to getting that video? How would it work?

- In the past (perhaps 4 years ago before most of you were on safety team), we explored things like Bluetooth buttons that communicate with the phone and can send an emergency signal. These buttons could be put under the steering wheel, on their lapel or any other concealed place. We should discuss exploring these again.

Not urgent – lets chat about these when Mike is back.

Thanks,

Sachin.

CONFIDENTIAL