# EXHIBIT 82 FILED UNDER SEAL

**Tech Strategy**

# H1 2019 - P0 | Safety Perception and Incident Reduction

**Commented [1]:** +sachin.kansal@uber.com +nramani@uber.com Per the kickoff email, please complete the initial pass at this 1 pager by 9am Monday 11/5.

**Product Captain: Sachin Kansal | Eng Captain: Nandu Ramani | Product Ops Partner: Amr Alshihabi**| Tech Staff Sponsor: Sachin Kansal

*To make Uber the safest and most trusted transportation choice, and support riders and drivers with empathy when things go wrong.*

## SCOPE FOR H1 2019

**1) Improve safety sentiment & show our commitment to safety**

> Highlight safety features in-app
>
> Safety in onboarding for new drivers
>
> Awareness campaigns

**2) Verify riders and drivers and remove bad actors from the platform**

> Validate identity of every driver, rider, courier, restaurant
>
> Ask for govt ID and validate with picture if needed
>
> 100% of drivers go through Mutombo at every go online
>
> Give users visibility into what information will be stored and shared with other parties
>
> Bounce-like trips need to be handled much better - for rider, AH and driver experience

**3) Proactive detection & support**

> Expand Ride-check (anomaly) to more markets
>
> Anomalies beyond long stops
>
> Launch and expand Ride-check (crashes) to more markets

**4) Minimize insurance costs**

> Prevent crashes:
>
> > Advanced telematics to analyze driving behavior
> >
> > Feedback and training to drivers based on driving behavior
> >
> > Enforce driver deactivation based on dangerous behavior
> >
> > Enable safer routing in navigation
> >
> > "Eyes on the Road:" voice control, dashcam, phone mounting, distraction reduction
> >
> > Build awareness of vulnerable road users, e.g. bike lane alerts
>
> Reduce Costs:
>
> > In-app claims reporting and integration with crash detection
> >
> > Integrate deeper with carriers' claims systems
> >
> > Improve operational tools and workflows

**5) Provide a safer match**

> SDM / RFT rollout to 100% of Uber trips
>
> S-RAD experimentation & approval
>
> Women-driving explorations

CONFIDENTIAL

UBER000220825

## H1 2019 Metrics:
- Reduce serious interpersonal conflict rate
- Reduce serious accident rate
- Improve safety sentiment

## CROSS-AREA DEPENDENCIES

*P0 = Must have; P1 = Should have; P2 = Nice to have; P9 = Explicitly out of scope for H1 2019.*

| | Project | Primary owner (status - Aware / Committed / New) | Other contributors (status) |
|---|---|---|---|
| P0 | Telematics data foundation: GPS, IMU, and Beacon Sensor Data Quality (coverage, happiness, etc), streaming trip aggregation | SIR (Committed) | |
| P0 | Improve crash detection model | SIR (Committed) | |
| P0 | Rider Profiles: Collect more info from riders for driver safety sentiment and segmentation benefits. Build Rider profile which can be editable by riders and also leveraged by driver team to surface in Carbon. | Rider (Aware) | Driver (Aware) |
| P0 | Rider Verification: ID collection - give riders an ability to verify themselves with an ID scan when they're stuck (eg: SDM block), deducing between people who have same ID (eg: CPF duplicates), allow drivers at onboarding to take a real life picture of their ID and a selfie (identity verification), Taiwan ID collection (compliance). P2: Spain ID | Rider (New) | Product Platform |
| P0 | Understand how distracting the Uber app is while driving, set design guidelines and commit to addressing issues. | Driver Experience & Platform (Aware) | |
| P0 | Analysis and approval for S-RAD, cash opt-out | Marketplace (New) | |

**Commented [2]:** +sachin.kansal@uber.com +nramani@uber.com Since your dependencies will be defined after the Area Strategy kickoff email is sent out, please be sure to plus/ping the relevant Area leads who own your dependencies here in this section once completed, so they can take them into consideration in their plans. Area Leads are listed here: https://docs.google.com/spreadsheets/d/1PKHp28dlC0DlLe4qc-QZQGgFonNN7kE0GJ9pJrEygRl/edit?ts=5bad2a59#gid=1788390218

**Commented [3]:** +abeinstein@uber.com based on convo yesterday, is this still a P0 from SIR? Should it be reframed to low-latency delivery of sensor data for crash detection?

**Commented [5]:** cc +jsweet@uber.com can we reach out and make sure we are aligned here. cc +viddy@uber.com +deepti@uber.com

**Commented [4]:** +nramani@uber.com / just flagging, this might be a dependency on C3.0 to add profiles +sachin.kansal@uber.com

**Commented [6]:** +nickb@uber.com +vinny@uber.com +jaredg@uber.com - any asks around bounce rider verification in LATAM?

**Commented [7]:** we should add it, if possible. Definitely going to continue to be an ask.

CONFIDENTIAL

UBER000220826

| P0 | Cash Opt Out: Integrate the cash opt-out toggle, that is ready in the front end, with backend marketplace services, such as ETA/surge. It's not viable to launch the feature or even expand the tests to larger cities if this is not working. | Marketplace (New) | Money (Aware) |
|---|---|---|---|
| P0 | Upfront Destination: Allow driver preference to accept / decline trip if starting from dangerzone zone, while not exposing riders to discrimination or "cherry picking". | Marketplace (Aware) | |
| P0 | S4 improvements: allow devs to contribute to platform (S4 open-sourcing, auto-save feature) | CO (Aware) | |
| P0 | On-trip reporting: S4 on-trip support, Bliss on-trip support & live chat in rider app | CO (Aware) | |
| P0 | Improve help center: new free-text entry to allow better safety incident reporting | CO (Aware) | |
| P0 | Bliss Case Management: big investment to replace disparate tools for IRT/Claims, focus on high-touch multi-party interaction, includes RBAC | CO (Aware) | |
| P0 | Address anonymization: need to handle address formats beyond a few initial countries to roll out globally | Maps, CO | |
| P0 | Improve feedback on drivers: collect more specific info from riders | Ratings (Aware) | |
| P1 | Insurance & safety in onboarding: insurance features to increase sign-up conversion, opt-in training materials | Driver Access / Onboarding | |
| P1 | Wrong Uber investigation: use sensors including BLE to alert/warn rider/driver at trip start | SnP (Aware) | |
| P1 | Community Guidelines: riders & drivers confirm they have read & accept the guidelines | Rider, Driver collaboration | |

**Commented [9]:** captured it in our planning master backlog as p0 for Q2 https://coda.io/d/Order-Platform-2019-Planning_d3vBM5Ndz95/Master-Backlog_surRw#Master-Backlog_tuuWl/r436

**Commented [8]:** +lukeliu@uber.com +lmarshall@uber.com  This is a Tech Po..  cc +cemy@uber.com _Assigned to Deleted user_

UBER000220827

| P1 | Phone anonymization: hit 95% of trips anonymized & upsell this clearly in the app | Comms Platform (Committed) | |
|----|-----|-----|---|
| P1 | Emergency calling in India: enable emergency outreach on-trip with masked support number | Comms Platform (Aware) | |
| P1 | Survey platform: need someone to own this platform for development | | |
| P1 | Bike lane alerts: integration with bike lane data so we can build products which alert drivers when they cross into a lane | Maps (Aware) | |
| P1 | Safe navigation and routing: audit crash data, identify difficult routes, dangerous intersections, high crime areas, etc. and correlate with incidents. | Maps (Aware) | |
| P1 | Ride check: get traffic and speed information to feed into anomaly detection | Maps | |
| P2 | Voice control of driver app | Comms Platform (Aware) | |

Out of scope for H1 2019:
- Kids / teens products

UBER000220828