# EXHIBIT 95 FILED UNDER SEAL



UBER000234361

## How do we get there

**We know and trust every rider and driver on the platform.**

Drivers are regularly background and selfie-checked, and riders have a robust identity profile.

**We always find you the safest match possible.**

And we provide options to let you choose the ride you prefer.

**Riders and drivers feel Uber is committed to their safety.**

Because they are aware of and trust all the measures Uber has in place to keep them safe.

**Every ride is recorded for safety purposes.**

Video and audio recording can enable safer driving, deter bad behavior and provide evidence when it is needed.

**We proactively provide help when we detect something is wrong.**

And when things go wrong, we go above and beyond to respond with empathy and care.

**Couriers, eaters, bikers, scooters and freight drivers all feel the same.**

Our safety practices extend and scale to all lines of business.

Find a balance between employment risk and helping our drivers drive safely

CONFIDENTIAL

UBER000234362



UBER000234363



UBER000234364



UBER000234365



UBER000234366



## Find a balance with employment risk.

**We can help our drivers be better, if we can coach them.**

- Employment legal concerns prevent us from training and/or coaching our drivers
- We have telematics information that can alert us to dangerous behavior and that we can act on.

CONFIDENTIAL

UBER000234367

## 2019 Safety Priorities

- **Awareness:** Increase awareness of and engagement with Safety Features through improved product design and marketing support
- **Dashcam Recording:** Enable safer driving and deter bad behavior by enabling video and (potentially) audio recording on-trip
- **Safer Matching:** Safety Risk-aware Dispatch rollout as well as expand Women-driving-Women beyond REDACTED – OUS
- **Reduce insurance costs:** Educate drivers on safe driving, Reduce crashes, and improve our claims processes end-to-end
- **Ride Check:** Detect irregularities on a trip (crash, anomalous situation) and reach out to provide help
- **Rider Identity:** Improve driver safety in cash markets by obtaining trusted identification (national ID, etc) from riders

UBER

CONFIDENTIAL

UBER000234368

Sachin Version - Oct 22 2019

Following slides are a copy + some changes...

CONFIDENTIAL

UBER000234369



CONFIDENTIAL

UBER000234370



Our mission

To make Uber the safest and most trusted transportation choice, and support riders and drivers with empathy and care when things go wrong.

CONFIDENTIAL

UBER000234371



UBER000234372

Safety Vision

# Taking stock...

## We have made progress this year

- Shipped new products for Riders and Drivers: Toolkit, SOS, Speed Alerts, etc.
- Closed some foundational gaps - including BGC reruns, continuous monitoring
- Created positive media buzz about safety on Uber
- Committed to issuing a transparency report
- Reduced accident rate in the US, and reduced insurance costs by a 2-3%

## But there is still a lot of work to be done

- Awareness of our features is really low - including features we have had for a while
- Safety sentiment among riders and drivers is still not where we need it to be
- Drivers still don't trust Rider Identity in cash markets (and impacts supply hours)
- Potentially detectable situations go completely undetected
- Still lots of your word vs. their word after incidents leading to lack of resolution
- Insurance costs are still very high and rising

CONFIDENTIAL                                                            UBER

UBER000234373



CONFIDENTIAL

UBER000234374



Find a balance between employment risk and helping our drivers drive safely

CONFIDENTIAL
UBER000234375

**Slide 15**

1      +sachin.kansal@uber.com the vision for every trip request going through a safety check/SDM.. can it bubble up to this? potentially expanding it to beyond cash.. that is a mature product and more likely to scale.
_Assigned to sachin.kansal@uber.com_
Akankshu Dhawan, 10/23/2018

1      Beyond focusing on insurance savings, we also want to add optional add-on protection products and services (see slide 26) and start putting in place rails to make that happen
Deleted user, 10/24/2018

CONFIDENTIAL



CONFIDENTIAL

UBER000234377

Safety Vision #2

# Record every trip to improve safety

**Capture video and audio during a trip to deter bad behavior, capture evidence in case of wrongdoing and promote safe driving.**

How

- Experiment in Florida this year, and then scale it further
- Driver responsible for buying the camera and owns and controls it
- Uber gets metadata and video data in case of incident
- Audio - potentially do it when rider or drivers presses SOS
- Partner with 3rd party hardware vendors

Potential Challenges for Scaling

- Cameras are expensive - may not be able to subsidize outside US
- Privacy issues
- Employment legal issues
- Who controls the video and audio data?
- Can either party turn off video capture?



CONFIDENTIAL

UBER000234378

Safety Vision

# Record every trip to improve safety.

Capture video and/or audio during a trip to deter bad behavior, capture evidence in case of wrongdoing and promote safe driving.



**How**
- Dashcam pilot in Florida this year, and then scale it further
- Driver responsible for buying the camera and owns and controls it
- Uber gets metadata and video data in case of incident
- Audio - potentially do it when rider or drivers presses SOS
- Partner with 3rd party hardware vendors

**Challenges**
- **Video:** Cameras are expensive - may not be able to subsidize outside US
- **Audio:** Privacy-limited, but feasible without new hardware
- Privacy issues
- Employment legal issues
- Who controls the video and audio data?
- Can either party turn off video capture?

CONFIDENTIAL

UBER000234379



Akankshu stat on SM reduction

CONFIDENTIAL

UBER000234380



Akankshu stat on SM reduction

CONFIDENTIAL                                                                                    UBER000234381



Legal / privacy challenges
Bounce trips

CONFIDENTIAL                                    UBER000234382



Challenges: false positives (+Scott - litigation challenges), potential costs

CONFIDENTIAL                                                                    UBER000234383



Challenges: false positives (+Scott - litigation challenges), potential costs

CONFIDENTIAL UBER000234384



Challenge: employment law

Visual: crash

CONFIDENTIAL                                                                                                    UBER000234385



Telematics score,

UBER000234386

**Slide 25**

1    +rebecca.payne@uber.com here we will list some of the other ideas that are not in the top 6
     Sachin Kansal, 10/23/2018

2    Added slide 29 with marketplace (add-on protection products and services)
     Deleted user, 10/23/2018

CONFIDENTIAL    UBER000234387



*Users:*
- *Don't have insurance (Want a recommendation from Uber)*
- *Don't know what type of insurance to get*
- *Don't know if my insurance qualifies (Policy minimums)*
- *Only want to buy insurance if I qualify because it's expensive (Catch 22)*
- *Have insurance, but it is under a friend/family member's name*
- *Have insurance, but it works for all vehicles so it doesn't have vehicle info*
- *Don't know what the document looks like*
- *Don't know why we need since Uber provides insurance*

CONFIDENTIAL                                                                                                 UBER000234388

**Slide 26**

1    +sachin.kansal@uber.com letting you decide whether or not to pull this in
Rebecca Payne, 10/24/2018

3    While we will be focusing first on "table stakes" (crash experience, savings etc.,) as highest priority, we do want to start taking steps in 2019 toward additional protection products to build loyalty and increase longevity of the users on the platform (and longer term, if we choose to, to become additional revenue stream.) If we do not do this in 2019 and punt to 2020, there is a risk that we will be left behind. We are hearing from drivers that they do need additional insurance options (and these are not easy to obtain at low price point and convenience to them today - we can help)
Deleted user, 10/24/2018

CONFIDENTIAL    UBER000234389



CONFIDENTIAL

UBER000234390



UBER000234391



Challenge: employment law

CONFIDENTIALUBER000234392

**Slide 29**

| | |
|---|---|
| 2 | +jolanta@uber.com<br>Rebecca Payne, 10/23/2018 |
| 4 | See the next slide (slide 21) - WIP<br>Deleted user, 10/23/2018 |
| 2 | +rebecca.payne@uber.com we need our top ideas listed here for reducing insurance spend..did we get that from Jolanta?<br>Sachin Kansal, 10/23/2018 |
| 5 | BTW - I might split into two slides for now: 1) speed/quality of reporting and resolution and 2) prevention<br><br>(Preventive measures (before) and intervention (after))<br>Deleted user, 10/23/2018 |

CONFIDENTIAL



Challenge: employment law

CONFIDENTIAL
UBER000234394

**Slide 30**

6    The next two slides, we can always combine into one slide:
     - Preventive measures (before) and intervention (after) for savings
     Deleted user, 10/23/2018

CONFIDENTIAL

UBER000234395



Challenge: employment law

CONFIDENTIAL

UBER000234396