# EXHIBIT 97 FILED UNDER SEAL

Message
_____

**From:**       Dharmin Parikh [dharmin@uber.com]
**Sent:**       3/19/2020 2:52:38 AM
**To:**         Sachin Kansal [sachin.kansal@uber.com]
**CC:**         Akankshu Dhawan [akankshu@uber.com]; Katy McDonald [kmcdonald@uber.com]; Varun Harchekar
                [varunh@uber.com]; Ronak Shah [ronak.shah@uber.com]
**Subject:**    Incident Rate KPI update


Hi Sachin,

We (Akankshu, Katy, Varun & I) met today to discuss the narrative for GTD. We arrived at the following:

• Starting 2020, we will be reporting Critical Incident Rate KPIs instead of Serious Incident Rate KPIs since our 2020 targets have changed to Critical Incident Rate KPIs. Our 2020 goals are:

o    **REDACTED – SCOPE**

o

o    -15% Critical Sexual Assault Incident Rate

o    **REDACTED – SCOPE**

• A few caveats as we share the data

o       Critical incidents are extremely rare and will hence the incident rate will be volatile.

o       We will share monthly incident rates for all regions where we are current (60 day lag) on Safety Audits. As of today, we are current on rides safety incident audits for US&CAN, APACX+ANZ, India SA, and EMEA+UKI. We are actively training Spanish & Portuguese auditors and expect to start reporting LatAM incident rates in May GTD.

o       We are working with Global Ops across regions to identify potential causes & validate our hypotheses. However due to the nature of these incidents, we will be providing analysis on a quarterly basis.

• With that said, here's the global scorecard (slide #6) that includes US&CAN, APACX+ANZ, India SA, and EMEA+UKI.

o       We see an 18% reduction in Critical Sexual Assaults. Our hypothesis is that the launch of sexual assault and sexual misconduct standards has led to a reduction in regions where it has launched in 2019. We are actively investigating & quantifying this with Operations. We anticipate further reduction as S-RAD launches in 2020.

o       At this point, we are not reporting Motor and Physical assault fatality rates because the actual number of incidents is too small to derive conclusions. **REDACTED – OUS** LatAM **REDACTED – OUS** **REDACTED – OUS**

• slide #9 shows the breakdown of Critical Sexual Assault rate by regions. We're seeing a reduction in incident rates YoY in US&Can and APACX+ANZ. **REDACTED – OUS** YoY in India SA **REDACTED – OUS** EMEA+UKI. We are still investigating the trends and expect to provide more in depth analysis in May GTD.

I am not sure if we have enough time to set up a session with you to go over the data. However we will be setting up a monthly update session with you and the product team where Katy will discuss the KPIs.

Also while we are not sharing Serious KPIs in GTD, here is a link to summary slide of US&C Serious KPIs report (work in progress).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY                                    UBER000131353

Katy, Akankshu, Ronak,
Please chime in if needed.


Regards,
Dharmin

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER000131354