# EXHIBIT 99 FILED UNDER SEAL

**UBER_JCCP_MDL_001708244-UBER_JCCP_MDL_001708257**

## UBER_JCCP_MDL_001708244

## Metadata

| Account | frank@uber.com; | SEMANTIC |
|---|---|---|
| All Custodians | Chang, Frank; | SEMANTIC |
| All Paths | Chang, Frank: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-10.zip\EDISCO-25926_GMAIL2--frank@uber.com-sDPZXo.mbox; Chang, Frank: \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-10.zip\EDISCO-25926_GMAIL2--frank@uber.com-sDPZXo.mbox | SEMANTIC |
| Application | RFC822 Email Message | SEMANTIC |
| Bcc | frank@uber.com | SEMANTIC |
| Begin Family | UBER_JCCP_MDL_001708244 | SEMANTIC |
| Cc | Chris Taylor <ct@uber.com>, Roger Kaiser <roger@uber.com>, Akankshu Dhawan <akankshu@uber.com>, Gus Fuldner <gus@uber.com> | SEMANTIC |
| Confidentiality | Confidential | SEMANTIC |
| Date Created | 05/12/2017 3:11 pm | SEMANTIC |
| Date Modified | 05/12/2017 3:11 pm | SEMANTIC |
| Date Received | 05/12/2017 3:11 pm | SEMANTIC |
| Date Sent | 05/12/2017 3:11 pm | SEMANTIC |
| Document Type | Email | SEMANTIC |
| End Family | UBER_JCCP_MDL_001708257 | SEMANTIC |
| File Path | \T4_Gmail_Chat_Calendar\EDISCO-25926_GMAIL2\EDISCO-25926_GMAIL2-10.zip\EDISCO-25926_GMAIL2--frank@uber.com-sDPZXo.mbox | SEMANTIC |
| File Size | 94890 | SEMANTIC |
| From | Frank Chang <frank@uber.com> | SEMANTIC |
| GmailMessageId | 1567203650061948803 | SEMANTIC |
| Hash Value | 0d7742c613c760b0b8e84190a9ecba82 | SEMANTIC |
| Hidden Content | No; | SEMANTIC |
| ILS All Bates | UBER_JCCP_MDL_001708244;UBER_JCCP_MDL_001708245;UBER_JCCP_MDL_001708246;UBER_JCCP_MDL_001708247;UBER_JCCP_MDL_001708248;UBER_JCCP_MDL_001708249;UBER_JCCP_MDL_001708250;UBER_JCCP_MDL_001708251;UBER_JCCP_MDL_001708252;UBER_JCCP_MDL_001708253;UBER_JCCP_MDL_001708254;UBER_JCCP_MDL_001708255;UBER_JCCP_MDL_001708256;UBER_JCCP_MDL_001708257 | SEMANTIC |
| ILS Document Date | 05/12/2017 | SEMANTIC |
| ILS Prod Date | 12/18/2024 | SEMANTIC |
| ILS Prod Vol | JCCP_MDL048 | SEMANTIC |
| Labels | ^ARCHIVED; ^SENT; ^OPENED; indef | SEMANTIC |
| Message Id | <CANFmk0Z4yGoukdC_ytk1v8m6EEVdbgvB_k3_=_XGuC+Y5BMbOw@mail.gmail.com> | SEMANTIC |
| Other Custodians | Chang, Frank; | SEMANTIC |
| Primary Date | 05/12/2017 3:11 pm | DOC_TYPE_ALIAS |
| Production Volume | JCCP_MDL048; | SEMANTIC |
| Redacted | No | SEMANTIC |
| Sort Date | 05/12/2017 3:11 pm | SEMANTIC |
| Subject | Re: [Action Req'd] New JIRA! | SEMANTIC |
| To | Martin Rowlson <mrowlson@uber.com> | SEMANTIC |

Message
_____

| | |
|---|---|
| **From**: | Frank Chang [frank@uber.com] |
| **Sent**: | 5/12/2017 3:11:09 PM |
| **To**: | Martin Rowlson [mrowlson@uber.com] |
| **CC**: | Chris Taylor [ct@uber.com]; Roger Kaiser [roger@uber.com]; Akankshu Dhawan [akankshu@uber.com]; Gus Fuldner [gus@uber.com] |
| **BCC**: | frank@uber.com |
| **Subject**: | Re: [Action Req'd] New JIRA! |

Martin - IRT L4 accuracy matters a great deal to us. There is a process for L4's which is Independent of data and Eng efforts and cannot be changed, i.e. A-frame and Legal team notifications, special handling , etc.

**Thus, the list of L4 incident types must be consistent across all regions, and should not change over time.**

Ideally, levels for incident types:
1. are consistent across all regions
2. do not change over time, and
3. make sense from a safety severity standpoint (e.g. L3 >L2>L1)

Because this isn't the case, we pull both the incident type and level from JIRA and then independently assign a separate safety level to each incident type. Data Science and Eng then uses this globally consistent, unchanging, severity-respecting level for dashboards, analysis, modeling.

I hope this makes sense. We can discuss more Monday.

Frank

On May 12, 2017 05:09, "Martin Rowlson" <mrowlson@uber.com> wrote:

Hey Frank, Thanks for this.

Keen to get your thoughts in regards the request from SENA to have the ability to change the summary text and therefore the severity level from what is auto defined by the JIRA incident types. In reading your reply - *NOTE: we assign our own safety levels to JIRA types so that each type maps to a single level; this mitigates the regional differences in handling for L1, L2, L3.* I'm guessing it doesn't really matter about the JIRA severity level displayed in the summary or set by the incident type?

Question: How do you assign your own levels? What data point or field in JIRA do you use to map to your standard levelling?

On Fri, May 12, 2017 at 1:45 PM, Frank Chang <frank@uber.com> wrote:
 Martin, Chris, Roger - My responses in summary below; we can discuss and prioritize.

    UBER_JCCP_MDL_001708244

A. Structure Alignment

Levels:

1.    **L4's** get special legal attention, handling, and are used in multiple reports.
**a. These need to be consistent globally**
**b. We should be involved when changes to L4 types occur** (adding/removing or promoting from L3 / demoting to L3).

2.    NOTE: we assign our own safety levels to JIRA types so that each type maps to a single level; this mitigates the regional differences in handling for L1, L2, L3.

B. JIRA Eng request

1.    **Automatically match in-bound (e.g. complaint about driver) and out-bound (e.g. investigation/outreach to driver)**. This can happen on the back-end if there is concern about the agent seeing the data.

2.    If it isn't built yet, **build automated import of Bliss trip-related fields** (trip, driver, rider, even city_id). Time-saver for the agent, higher data quality for safety and insurance!

C. Training Next Steps

1.    **Check/validate *trip_uuid, reporter* and *incident-type* prior to resolution** (slide 30 in training deck). These fields are critical for safety/ops/insurance. Perhaps Eng effort to put these on the screen or in the flow would help.
NOTE: We have a similar process in claims handling.

2.    **Discuss/train agents on how to classify an incident if multiple *incident-types* are present:**
*Examples: a. Intoxicated driver making sexual advances*
*b. Weapon-related theft*
D. New Form  (I already submitted the first two suggestions)

   1. Validate incident date - do not allow future dates!!
   2. Case Conditions shows a list of things which aren't mutually exclusive (e.g. you could have a Viral incident involving a Minor with Police while Off Platform).
   3. We need to capture Reporter = Driver, Rider - including guests, Third Party.


**E. Taxonomy - we need to revisit this and come to consensus before May 22nd**

CONFIDENTIAL

UBER_JCCP_MDL_001708245

Gus, Akankshu - Please let me know if I've missed anything important.


Yours,
Frank


On Thu, May 11, 2017 at 2:11 AM, Martin Rowlson <mrowlson@uber.com> wrote:

+ Frank


Morgan - I'm adding my replies inline to your original email (below) to help with clarity.

Hello team!

Thanks everyone for your time over the last few days in running through and aligning on the final changes. I know there has been a lot of compromises but doing so has gotten us a step closer to better alignment as a global program.

At this stage we have **two outstanding JIRA form requests/ feedback to align on, a few eng requests, and training requests.** Go live date is slated w/o May 22nd. **Please find next steps and specifics below.**

**Martin's reply - Once we have added the final edits to the JIRA v2 form I will ask to create an EATS specific JIRA using the same format only with EATS language (Will also aim to have this built for May 22nd launch)**

## // JIRA Structure Alignment

**Locked Summary Field**
SENA/ANZ maintain that they need to be able to modify the summary line in JIRA as their local levels and associated workflow does not equate to global levels.

@**Eishan** - can you layout why your workflow requires these modifications to see if this group might be able to help you think through a different structure?
@**All** - I don't want this to be a barrier to launch, so in the meantime, I'd like to propose we move forward with an auto-populated but unlocked Summary so that regions can change if needed. We can then get a timeline on moving to a locked subject post launch.

**Martin's reply -** I will request this auto population / unlocked summary field in the requirements doc. **However, I would like to understand this requirement a little further. Perhaps examples of SENA JIRA's where the severity level in the summary line has been changed from the severity level defined by the incident type. I'm concerned about data integrity issues where we have two severity level on one JIRA. I feel the answer to this problem should be in the local support logic. Although my sense tells me we are changing severity level to improve stakeholder response time (Changing an L3 to and L4 will do that). @Eishan - Could you send me some examples @Frank - Would be keen to understand your view in regards safety data and this request**

**Send Safety Report**
In our EMEA/APAC call, APAC requested to keep safety reports as they alert specific groups to L4 incidents and are structured differently to regular JIRAs.
@**APAC** - as discussed, the only difference in a safety escalation is that it holds the following text:

"A/C Privilege
A Safety Report has been issued regarding a current incident investigation. You can find a summary below and view the full case details and dialogue in the Safety JIRA ticket. If you have any questions, simply reply to this email and a member of the Incident Response Team will be happy to help.
L4 - L4 - Melbourne, ANZ - Sexual Misconduct (Non-Consensual Intercourse) - 26 March 2017
Description: LERT received an Emergency Disclosure Request from LE in regards to a rape allegation of a Rider by a DP.

CONFIDENTIAL

UBER_JCCP_MDL_001708246

Current Media Activity: No Known Media Threat
Date of Incident: 26-Mar-2017 "

As we move to a global form we will also be restricted to **one safety report distro** rather than the current regional ones. Instead, can you look at creating L4 (or L3/4 depending on your escalation path) filters, and have relevant stakeholders subscribe? It will be a slight modification from the way they currently receive these, but we can also include this on stakeholder training. Process to subscribe to filters is here.

**Martin's reply - I will seek to understand whether we can solve this problem another way leveraging JIRA functionality (Filters may be the way to go however. lets see). I will add details to the requirements Doc and add @Mike to review wording before submitting to JIRA Eng**

## // JIRA Eng Request

**Formatting**
Currently the only boxes that allow us to have visible formatting is comment and description

**@Martin** - I remember we asked before, but what is the status of having the formatting bar on Rider Side, Driver side, third party side, background data, outstanding facts needed and executive summary? This is a big time save for agents and makes the format much easier for stakeholders.

**Martin's reply - We are not able to have a description field type boxes with text formating as the driver, rider & 3rd party text box replacement. I will request we look for other solutions. However, this may only be possible using standard JIRA text formatting notation explained here**

**@Martin** - when we escalate for "internal review" we need to add a box (outside of comments) that has the escalation reason that also shows in the escalation email when something is typed so that CSRs can specify what exactly they need sign off on.

**Martin's reply - Action added to the requirements doc**

## // Training Next steps

**Train the Trainer**
Gina has created a **very** in depth core training deck here. **@all, by Friday May 12th,** can you please send through your COE training partners who we will set up TTT sessions. I suggest you join those sessions, in case you want to train on additional workflows based on your regional needs.

Based on the contacts received by Friday we will host 3 TTTs.

--
While this may feel like a "rip the bandaid" moment, I'm confident that we are at a good place to move forward. After launch I have no doubt we will continue to get feedback, but keen to get this in true circulation ASAP.

THAT'S ALL FOR NOW! Appreciate your feedback and quick response on the above items.

On Wed, May 10, 2017 at 8:12 PM, Morgan Landsberger <morgan@uber.com> wrote:
Hello team!

Thanks everyone for your time over the last few days in running through and aligning on the final changes. I know there has been a lot of compromises but doing so has gotten us a step closer to better alignment as a global program.

CONFIDENTIAL

At this stage we have **two outstanding JIRA form requests/ feedback to align on, a few eng requests, and training requests. Go live date is slated w/o May 22nd. Please find next steps and specifics below.**

## // JIRA Structure Alignment

**Locked Summary Field**
SENA/ANZ maintain that they need to be able to modify the summary line in JIRA as their local levels and associated workflow does not equate to global levels.

@**Eishan** - can you layout why your workflow requires these modifications to see if this group might be able to help you think through a different structure?
@**All** - I don't want this to be a barrier to launch, so in the meantime, I'd like to propose we move forward with an auto-populated but unlocked Summary so that regions can change if needed. We can then get a timeline on moving to a locked subject post launch.

**Send Safety Report**
In our EMEA/APAC call, APAC requested to keep safety reports as they alert specific groups to L4 incidents and are structured differently to regular JIRAs.
@**APAC** - as discussed, the only difference in a safety escalation is that it holds the following text:

> "A/C Privilege
> A Safety Report has been issued regarding a current incident investigation. You can find a summary below and view the full case details and dialogue in the Safety JIRA ticket. If you have any questions, simply reply to this email and a member of the Incident Response Team will be happy to help.
> L4 - L4 - Melbourne, ANZ - Sexual Misconduct (Non-Consensual Intercourse) - 26 March 2017
> Description: LERT received an Emergency Disclosure Request from LE in regards to a rape allegation of a Rider by a DP.
> Current Media Activity: No Known Media Threat
> Date of Incident: 26-Mar-2017 "

As we move to a global form we will also be restricted to **one safety report distro** rather than the current regional ones. Instead, can you look at creating L4 (or L3/4 depending on your escalation path) filters, and have relevant stakeholders subscribe? It will be a slight modification from the way they currently receive these, but we can also include this on stakeholder training. Process to subscribe to filters is here.

## // JIRA Eng Request

**Formatting**
Currently the only boxes that allow us to have visible formatting is comment and description

@**Martin** - I remember we asked before, but what is the status of having the formatting bar on Rider Side, Driver side, third party side, background data, outstanding facts needed and executive summary? This is a big time save for agents and makes the format much easier for stakeholders.

UBER_JCCP_MDL_001708248

**@Martin** - when we escalate for "internal review" we need to add a box (outside of comments) that has the escalation reason that also shows in the escalation email when something is typed so that CSRs can specify what exactly they need sign off on.

# // Training Next steps

**Train the Trainer**
Gina has created a **very** in depth core training deck here. **@all, by Friday May 12th,** can you please send through your COE training partners who we will set up TTT sessions. I suggest you join those sessions, in case you want to train on additional workflows based on your regional needs.

Based on the contacts received by Friday we will host 3 TTTs.

--
While this may feel like a "rip the bandaid" moment, I'm confident that we are at a good place to move forward. After launch I have no doubt we will continue to get feedback, but keen to get this in true circulation ASAP.

THAT'S ALL FOR NOW! Appreciate your feedback and quick response on the above items.

On Fri, Apr 28, 2017 at 11:33 PM, Anjulie Gungadin <anjulie@uber.com> wrote:
  Hi Morgan,

  Sarah is having the French team in Limerick testing the form as well. I think David will send you their feedbacks altogether.

  Happy to discuss live next week.

  Anjulie

On Fri, Apr 28, 2017 at 6:37 PM Eishan Dhandhania <eishan@uber.com> wrote:
  Hey,

  Sorry for the delayed response here. The form looks good and love that a lot of unnecessary fields have been cleaned up. Just one big one from us

  • **Allow manual changes to levels/ manual change to the summary line:** Allow agents to make changes to level and not lock it to the issue type or Allow us to edit the "summary" line. Since SENA works out of a BPO, each process (set of actions) is locked to

a level. Levelling of incidents in SENA is different on a few instances than the rest purely based on the severity with which certain issues need to be handled. This will also cause confusion to the stakeholders receiving the tickets

Really looking forward to the JIRA incident types aligning with bliss and the one click JIRA! Thanks, Eishan

On Thu, Apr 27, 2017 at 3:47 PM, Nick Allan <nallan@uber.com> wrote:
Sorry for the radio silence, Morgan. I've gone through and tested the form again and have added any new comments or suggestions that I found.

We also had a few comments and suggestions from the first time that we tested it that might've been missed in the doc, so I've added these as form submissions again.

Looking foward to JIRA v2.0!



Nick Allan

Community Operations Associate - Sydney, ANZ

+61 439 181 007 | nallan@uber.com

On Wed, Apr 26, 2017 at 3:24 AM, Roger Kaiser <roger@uber.com> wrote:
Appreciate all of the efforts on this. Getting us onto 1 JIRA and standardized is a big step towards our direction of 'one team, one fight!'.

Please make sure to get Morgan what she needs **asap**. Morgan and I agree that non responses by EOW will be considered as tacit concurrence :)

-Rog

roger kaiser | critical and advanced support | +1.571.424.0264 | uber

On Tue, Apr 25, 2017 at 9:40 AM, Eishan Dhandhania <eishan@uber.com> wrote:
Hey Morgan,

Apologies on this. We will send you some testing results be EOW on this.

CONFIDENTIAL

Thanks,
Eishan

On Wed, Apr 26, 2017 at 12:38 AM, Morgan Landsberger <morgan@uber.com> wrote:
Hello team!

I've heard back from our friends in the US and some whispers from LATAM but none from ANZ (since the review in Feb), SENA or India... and I know you have opinions!

I'm going to request we get all other feedback in by **EOW** so we can make final changes and get this form rolled out.  Can you let me know ASAP if that timeline doesn't work and why?

Once we've done this, we can get a list of features we are no longer including but want to gather via queries so that we can make sure we have feature parity.

Thank you!

On Thu, Apr 13, 2017 at 4:21 PM, Morgan Landsberger <morgan@uber.com> wrote:
And + Gina

On Wed, Apr 12, 2017 at 6:26 AM, Morgan Landsberger <morgan@uber.com> wrote:
+ Martin

On Mon, Apr 10, 2017 at 4:10 PM, Morgan Landsberger <morgan@uber.com> wrote:
Hi team,

After several rounds of testing, I feel we are ready to get global alignment and commitment to changing to our single JIRA form.

In order to ensure the change management of this is effective we must complete the below list. We have included a feedback form here for you to include your additional field request/ iterations.

**One thing I ask:** every time you want to add a field - imagine sitting in that room in SF and challenge if you really need it. Is this something we could get through additional queries? Are you really using that data you are logging?

**Action Req'd:** Can we get tests and first round of feedback back by April 18th?

**Pre-go live**

- All regional POC's to review and test the new form (link here), use test for the component.

- EATS Plan - Proposal is to create a separate EATS specific SAFE Issue following the same flow, but with eats naming (Eater, Courier, Restaurant)

- CSR training material finalised - draft here

UBER_JCCP_MDL_001708251

- Final requests for change submitted by adding to this <u>form</u> and/or this <u>word doc</u> (comment only)

- Agree on go-live date - First week of May?

- Create/ add relevant queries for information we are losing through JIRA (@Michael O + @Brett, hope you can help us here 😄)

- Communicate and train all agents

**<u>Go-Live</u>**

- Maintain existing JIRA issues for defined period (~ 2 weeks) as risk mitigation should we find unidentified bugs or errors in the new JIRA

- Deprecate old issue types (Inline with above)

**<u>Post Go-live</u>**

- Add 1 click JIRA functionality (Having a single JIRA form makes this project a whole lot easier)

- Update incident types inline with safety taxonomy

Morgan Landsberger
Community Operations Manager
+44 7736 731 236 | morgan@uber.com | uber.com

--

Morgan Landsberger
Community Operations Manager
+44 7736 731 236 | morgan@uber.com | uber.com

--

CONFIDENTIAL

UBER_JCCP_MDL_001708252



Morgan Landsberger

Community Operations Manager

+44 7736 731 236  |  morgan@uber.com  |  uber.com

--

CONFIDENTIAL

UBER_JCCP_MDL_001708253



Morgan Landsberger

Community Operations Manager

+44 7736 731 236  |  morgan@uber.com  |  uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001708254

Eishan Dhandhania

Community Operations Manager | Singapore

eishan@uber.com  |  +6590296180

--

CONFIDENTIAL

UBER_JCCP_MDL_001708255

Eishan Dhandhania
Community Operations Manager | Singapore
eishan@uber.com  |  +6590296180

Anjulie GUNGADIN
Community Operations | France
+33 6 03730262 | anjulie@uber.com  |  uber.com

Morgan Landsberger
Community Operations Manager
+44 7736 731 236  |  morgan@uber.com  |  uber.com

Regards
Martin

Martin Rowlson
Global Process Excellence
**Community Operations**
M  +31638066199  | E mrowlson@uber.com  | W  uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001708256

--
Frank Chang
Director, Insurance and Safety Analytics



1455 Market St. San Francisco, CA 94103

--
Regards
Martin

Martin Rowlson
Global Process Excellence
**Community Operations**
M  +31638066199  |  E mrowlson@uber.com  |  W uber.com

CONFIDENTIAL

UBER_JCCP_MDL_001708257