# EXHIBIT 105 FILED UNDER SEAL

Message
_____

**From:**        Josh Gold [jgold@uber.com]
**Sent:**        10/17/2018 2:42:36 PM
**To:**          gklinzman@uber.com
**CC:**          Alix Anfang [alix@uber.com]; Sarfraz Maredia [sarfraz@uber.com]; Jason Post [post@uber.com]; Brian Hughes [bhughes@uber.com]; Kelley Gossett [kelleyg@uber.com]; Kayla Whaling [whaling@uber.com]; Jodi Kawada Page [jodi.page@uber.com]; Carly DeBeikes [carly@uber.com]; Brooke Anderson [brooke.anderson@uber.com]
**Subject:**     Re: NYC Driver Indictment


FYI - Getting lots of TV coverage.


**5:00 pm** –

CBS 2 - Little Boy Lost on Subway; Chancellor at City Council Hearing; MTA Bus Shelters

NBC 4 - Crown Heights Hate Crime; Uber Fraud and Kidnapping; Push to Lower Fares

FOX 5 - NYCHA Rat Concerns (Team Coverage); Newark Gets Wifi Kiosks

ABC 7 - Uber Fraud and Kidnapping; DOB Issues Evacuation Order; Motorcyclists Death


**6:00 pm** –

CBS 2 - Uber Fraud and Kidnapping; Times Square Kiosk Stabbing; Newark Gets Wifi Kiosks

NBC 4 - Little Boy Lost on Subway; Crown Heights Hate Crime; NYCHA Rat Concerns

ABC 7 - Crown Heights Hate Crime; Uber Fraud and Kidnapping; NYCHA Rat Concerns


**5:00 am** –


CBS 2 - Uber Kidnapping; School Bus Hearing; Bike Lane Protections

NBC 4 - Brooklyn Hate Crimes; Uber Kidnapping; Brooklyn Subway Molester

FOX 5 - Push to Lower Fares; NYCHA Rat Concerns; School Bus Hearing

ABC 7 - Uber Kidnapping; Video of Phone Theft; Video of Hit & Run

PIX 11 - Suspect in BK Home Invasion; Uber Kidnapping; Horizon Inmate Parents Speak Out


**6:00 am** –

CBS 2 - School Bus Hearing; Uber Kidnapping; Robot Patrols

NBC 4 - Uber Kidnapping; Brooklyn Hate Crimes; Push to Lower Fares

FOX 5 - Uber Kidnapping; Push to Lower Fares; NYCHA Rat Concerns

ABC 7 - Uber Kidnapping; Video of Phone Theft; Video of Hit & Run

On Tue, Oct 16, 2018 at 5:12 PM Grant Klinzman <gklinzman@uber.com> wrote:
> All,
>
> As you are probably away, we are receiving a lot of inquiries about this indictment by the U.S. Attorney in NY today. We are planning to get back to reporters who are asking for comment shortly with this:

CONFIDENTIAL                                                           UBER_JCCP_MDL_000445898

**STATEMENT:**
"What's been reported is horrible and something no person should go through. As soon as we became aware, we immediately removed this individual's access to the platform. We have fully cooperated with law enforcement and will continue to support their investigation."

**BACKGROUND (Not for attribution):**
• This individual was immediately blocked from the app in February and had not taken a trip on the platform following this trip.
• We have provided information to investigators and will continue to provide any information to them that would be helpful for their investigation.

Please let me know if you have questions. And here is the comms doc if you are looking for additional info.

Thanks,
Grant


--

Grant Klinzman
Communications Manager