# EXHIBIT D

# FILED UNDER SEAL

| From: | Beth Wilkins |
|---|---|
| To: | Shortnacy, Michael (SHB); Mark Premo-Hopkins; Chris Cox; Haider, Jay B. (SHB); Wikler, Jeremy (SHB) |
| Cc: | Roopal Luhana; Sarah London; Rachel Abrams; Alexandra Walsh; Tiffany Ellis; Sara Peters; Marlene Goldenberg; Reenee Gangopadhyay |
| Subject: | RE: Uber- request for Meet and Confer re: safety data |
| Date: | Tuesday, August 5, 2025 10:27:00 PM |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Counsel,

The timeframe to meet and confer regarding the issues we raised on Thursday ended today. As we emphasized on Thursday, it is critical that these issues be resolved as quickly as possible. Your failure to participate in the requested meet and confer in good faith within the three business day period specified by PTO 8 is particularly problematic given the upcoming expert report deadline and the significance of this matter with respect to expert reports. Under the process outlined by PTO 8, the failure to timely meet and confer permits Plaintiffs to file an individual statement seeking the Court's guidance, which we are prepared to do tomorrow. However, we are willing to hold off on an individual filing tomorrow if you agree that should an impasse remain after discussion tomorrow, Plaintiffs will provide their portion of a PTO 8 letter on August 11, Uber will provide their portion by August 13, and the parties will file a joint letter by August 14 (the filing deadline that would have been in place had the PTO 8 time period been honored). If so, we are available tomorrow 2-3 ET or 4:30-6 ET.

Beth

**Beth Wilkins | Partner**
E: Wilkins@chaffinluhana.com
P: (412) 643-0290

Serving clients nationwide with offices in CT, NY, PA, and WV.



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call*

*us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Tuesday, August 5, 2025 7:29 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Mark Premo-Hopkins <mark.premohopkins@kirkland.com>; Chris Cox <christopher.cox@kirkland.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Tiffany Ellis <tellis@peifferwolf.com>; Sara Peters <speters@walkuplawoffice.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>
**Subject:** RE: Uber- request for Meet and Confer re: safety data

Beth,

Could we set our conferral on the issues you raised, and the issues I raised last week, for tomorrow after 2 pm ET. We suspect that should allow sufficient time following the Jamie Brown deposition. On the expert issues, we can frame out some of our ideas in advance of the call, which we are raising now to be proactive and cooperative.

Please let us know if that works for your side.

Thank you,

Michael


**Michael B. Shortnacy**
*Partner*
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com



**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Monday, August 4, 2025 4:18 PM
**To:** Mark Premo-Hopkins <mark.premohopkins@kirkland.com>; Shortnacy, Michael (SHB)

<mshortnacy@shb.com>; Chris Cox <christopher.cox@kirkland.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <jwikler@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Tiffany Ellis <tellis@peifferwolf.com>; Sara Peters <speters@walkuplawoffice.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>
**Subject:** RE: Uber- request for Meet and Confer re: safety data

**EXTERNAL**

Mark and team,
We are available to meet tomorrow at 10-10:30 PT or 11:30-12 PT.

As we can discuss in more detail tomorrow, Plaintiffs made numerous requests for discovery related to safety data well before the deadline for substantial completion of discovery and made numerous efforts to obtain Uber's confirmation that Uber had fully responded to that discovery in compliance with the Federal Rules and the Court's numerous Orders. Throughout this process (almost all of which occurred before your firm was involved in this litigation), Uber and Uber's counsel repeatedly represented to Plaintiffs and to the Court that Bliss and Jira were the only sources for safety data, that all data relevant and responsive to Plaintiffs' discovery requests was housed only in those systems, that Bliss and Jira are the systems that Uber used and has used in the ordinary course of business to understand and analyze safety data, and that certain data outside of Bliss and Jira that Plaintiffs requested was either unavailable or too burdensome to obtain. Based on Ms. Nilles' testimony, it was clear for the first time that contrary to these prior representations, Uber uses Flack in the ordinary course of business to understand and analyze safety data and accessing data from Flack is not a burdensome undertaking.

Regarding your request to discuss service of Plaintiffs' expert reports and related materials, Ms. Ellis responded to Mr. Shortnacy's meet and confer request on July 25 and Mr. Shortnacy has not followed through with proposing a time for that discussion (see attached).  Ms. Ellis will try to make herself available for our call tomorrow. If she is available and if time permits after discussing the issue at hand, we can address your concerns. So that conversation may be more productive, please let us know specifically what Defendants would like to discuss about Plaintiffs' expert report and related materials and provide Uber's position, if any.

Thank you,
Beth

**Beth Wilkins | Partner**
E: Wilkins@chaffinluhana.com
P: (412) 643-0290

Serving clients nationwide with offices in CT, NY, PA, and WV.



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Sent:** Monday, August 4, 2025 4:31 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Cox, Christopher <christopher.cox@kirkland.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <jwikler@shb.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Tiffany Ellis <tellis@peifferwolf.com>; Sara Peters <speters@walkuplawoffice.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>
**Subject:** RE: Uber- request for Meet and Confer re: safety data

Counsel,

We are available for a call tomorrow before noon pacific time to meet-and-confer, although Defendants do not believe that Ms. Nilles' testimony provides any basis for revisiting the extensive safety incident data that was already negotiated, provided in interrogatory responses and in the form of raw data, and testified about in multiple 30(b)(6) depositions by individuals who had involvement in assembling and/or validating such data, including Katherine McDonald and Todd Gaddis.

As a preliminary matter, Defendants disagree with several contentions in Plaintiffs' 7/31 email. For example, the testimony of Ms. Nilles is not inconsistent with the incident report data provided by Defendants. Further, Defendants produced the fields and raw data from Jira and Bliss in advance of the substantial completion deadline because Plaintiffs specifically requested those fields and that raw data. (ECF 706, at 3-4; *see also* Plaintiffs' 11/13/2024 letter, *et seq*.)

Defendants also note that Plaintiffs have received thousands of documents related to Flack starting in August 2024 (production volume JCCP_MDL001). Plaintiffs also conducted discovery into Flack, including by asking 30(b)(6) witness Katherine McDonald about Flack on April 25, 2025.  Plaintiffs had ample opportunity to request this information prior to the deadline for substantial completion of discovery.  Moreover, we disagree that Flack-classified Jira and Bliss tickets are more accurate or reliable than the data or data summaries previously provided.

During tomorrow's call, we also need to discuss service of Plaintiffs' expert report and related materials. I understand that, on July 23, Michael requested a call on this topic, and that the parties have not yet had a chance to discuss.

**Mark Premo-Hopkins, P.C.**
------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco
**T** 415 439 1910
**M** 312 497 6606
------------------------------------------------------------
he / him / his
mark.premohopkins@kirkland.com

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Thursday, July 31, 2025 12:31 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Cox, Christopher <christopher.cox@kirkland.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <jwikler@shb.com>; Premo-Hopkins, Mark W. <mark.premohopkins@kirkland.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Alexandra Walsh <awalsh@anapolweiss.com>; Tiffany Ellis <tellis@peifferwolf.com>; Sara Peters <speters@walkuplawoffice.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>
**Subject:** Uber- request for Meet and Confer re: safety data

Counsel,
On July 23, Hannah Nilles testified that in her role as Uber's head of Safety for the Americas, she regularly reviews current and historic incident rates for sexual assault. She testified that

she obtains that information from Uber's Flack database and that the incident rates, including the specific incident rates for critical sexual assaults, are accurate, reliable, and up to date. Further, she testified that she can easily pull and easily view current and historic incident rates for sexual assaults, including critical sexual assaults, using Flack and/or a dashboard that shows information from Flack. Ms. Nilles' testimony appears to be contrary to ongoing representations by Uber and Uber's counsel regarding the availability and ease of identifying accurate and reliable information regarding the numbers and rates of sexual assaults, including the specific numbers and rates for particular types of sexual assaults. Additionally, testimony from other Uber witnesses indicates that the incident data Uber produced through BDO is not reliable, that incident data was not produced as Uber uses it in ordinary course of business, and that production of the data as used by Uber in the ordinary course of business is not prohibitively difficult (contrary to prior representations).

As a result of this testimony, Plaintiffs have significant concerns about Uber's responses to Plaintiffs' requests for discovery of safety incidents and the production of related data. In particular, Plaintiffs are concerned that Uber maintains, in Flack and potentially other sources, more accurate, reliable, easily accessible, and detailed data than Uber has previously represented and produced to Plaintiffs.

In light of this new information obtained through Ms. Nilles July 23 deposition, Plaintiffs request the following:

1. Reproduction of the incident number counts for each of the 21 categories within the Sexual Violence Taxonomy that Uber produced for years 2017-2024 WITHOUT the numerous caveats, disclaimers, and/or watermarks Uber included in its prior production regarding the accuracy or reliability of those numbers.

2. A list of all data fields related to sexual assault and/or sexual misconduct incidents that appear within Flack and/or the "dashboard" Ms. Nilles described in her July 23 deposition. This list is necessary to determine if, contrary to Uber's prior representations, there are readily available sources of accurate and reliable information concerning key aspects of SA/SM incidents. For example, other discovery indicates Flack contains the following concerning SA/SM incidents: the party reported against, the gender or inferred gender of the Driver and Rider, and data related to deactivations and the reason for deactivation. To date, data on these issues have been provided, if at all, primarily through production of Bliss and JIRA data/documents. Produced in that form, the data is cumbersome to analyze and, in many instances, appears to contain internal inconsistencies. If data concerning these (and other) aspects of SA/SM incidents is maintained and accessible from what Ms. Nilles described as a reliable source— Flack and/or her Dashboard—Plaintiffs are entitled to obtain the data from that source. Plaintiffs reserve all rights to seek additional discovery based on what the identification of these data fields reveals.

Please let us know your availability to meet and confer about these requests within three business days, as required by PTO 8. It is critical that these issues be resolved as quickly as possible. If any impasse remains as to these requests following our meet and confer, Plaintiffs intend to provide Plaintiffs' portion of a PTO 8 letter three days after the meet and confer and no later than August 8. The purpose of this meet and confer is to discuss whether Uber will provide the requested information. If Uber has questions about these requests that it will need to have answered before it can take a position on Plaintiffs' requests, please provide those questions prior to the meet and confer so that we can have a productive discussion and reach a conclusion as to whether Uber will honor these requests.

Thank you,
Beth

**Beth Wilkins | Partner**
E: Wilkins@chaffinluhana.com
P: (412) 643-0290

Serving clients nationwide with offices in CT, NY, PA, and WV.



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is

intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.