Docusign Envelope ID: EB2C1A6D-D88C-4E5E-9B4F-E308DA759248

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. Case No. 3:23-md-03084)

## <u>Certification</u>

I, KATHERINE McDONALD, state the following:

I am a Director of Data Science for Uber Technologies, Inc. (the "Company") in San Francisco, California, a party in the matter *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,* pending in the United States District Court for the Northern District of California, Case No. 3:23-md-03084, and I certify the following.

Reports in connection with sexual assault and sexual misconduct incidents allegedly occurring between January 1, 2017 and December 31, 2022, have been extracted from the Company's Bliss and Jira business data systems and exported into .csv files to be produced in this litigation to Plaintiffs as required by order of the Court and agreements of the Parties, including communications logged through February 1, 2023 in Bliss related to such incidents allegedly occurring between January 1, 2017 and December 31, 2022. The Company undertook reasonable and diligent quality control to verify that the above incident reports and related communications were in fact located within the business data systems, extracted from those systems, and exported for production in the litigation. I believe with reasonable certainty, in reliance on my experience and in consultation with others with knowledge at the Company, that this represents a complete production of the data specified above at the time it was extracted from these business systems.

March 6, 2025

*Katherine McDonald*
_____

KATHERINE McDONALD
Uber Technologies, Inc.

**EXHIBIT**

# 653

4.25.25 Uber Technologies, Inc., Rasier, LLC, and
Rasier-CA, LLC
30(b)(6) Katherine McDonald
