# EXHIBIT R

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Shortnacy, Michael (SHB) |
| **To:** | Beth Wilkins; Haider, Jay B. (SHB); Wikler, Jeremy (SHB); Chris Cox |
| **Cc:** | Tiffany Ellis; JoAnna Pollock; Ellyn Hurd; Roopal Luhana |
| **Subject:** | RE: Uber- May 1 filing re: safety data |
| **Date:** | Thursday, May 1, 2025 9:10:27 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Beth – thank you for preparing the court filing.  You have our consent to file.  I will double the check the agreement in the AM with fresh eyes, as I know it is both sides' intent to effectuate our previously agreed edits.  Thank you, again.  Michael

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Thursday, May 1, 2025 8:51 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

**EXTERNAL**

To memorialize our agreement regarding our dispute with respect to Plaintiffs' Second Set of Interrogatories, requests 1 through 6, the Parties agree:

- With respect to the number of and categorization of reports that Uber received of Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' and Plaintiffs' experts are relying only on the same tables as Defendants produced to Plaintiffs on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24, and any updated data that may be provided by Defendants to Plaintiffs prior to the close of fact discovery. This statement is not intended to waive any independent analysis conducted by experts, procedures regarding expert discovery or evidence in the Federal Rules of Civil Procedure or the Federal Rules of Evidence, nor is it intended to modify any pretrial order of the Court as to scheduling.

- With respect to data about reported sexual assault and sexual misconduct in the United States for the years 2017 to 2022, Defendants' and Plaintiffs' experts are relying on the same Uber data that Defendants produced to Plaintiffs through BDO on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24. This statement is not intended to restrict or limit reliance on any open source information, nor foreclose the opportunity to produce information through the course of expert discovery as provided in the FRCP and as set forth in the relevant scheduling PTO.

- Like Plaintiffs' experts, Defendants' experts are restricted to working with the data produced in response to the Court's August 16, 2024 Order (ECF. No. 1068) and subsequent Court Orders and agreements between the parties that culminated

in Defendants' April 9, 2025 production of data about reported sexual assault and sexual misconduct incidents, in the AWS environment under the conditions described in Appendix A.

·     Defendants agree to provide a FRCP 33 verification for the charts produced to Plaintiffs on April 17 and 24.

**Please let us know if we have your consent to file the attached status report. If we receive the OK by 7:15 PT, we can file. Otherwise it will be a late filing.**

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Thursday, May 1, 2025 4:45 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Beth – glad we have agreement.  Thank you.   We don't see anything that we need to file with the

court.  Do you have in mind a joint statement that we have resolved our issues and do not need court intervention?  Also, we are all OOO at the moment at a firm retreat and not able to put that together easily.  Michael

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Thursday, May 1, 2025 6:42 PM
**To:** Haider, Jay B. (SHB) <jhaider@shb.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Re: Uber- May 1 filing re: safety data

**EXTERNAL**

It looks like we have an agreement. Are you guys able to draft something to file with the court?

---

**From:** Haider, Jay B. (SHB) <jhaider@shb.com>
**Sent:** Thursday, May 1, 2025 4:27:40 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Beth,

We've removed the numbered statements, as I understand Michael texted you just a little bit ago. Sorry about that confusion. We have added one note in pink highlight below, and accepted your revised third bullet in total, without any further edits.  Otherwise, we made no edits.

Also, for consistency let's keep a copy of the Appendix A with the text.

- With respect to the number of and categorization of reports that Uber received of Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' and Plaintiffs' experts are relying only on the same tables as Defendants produced to Plaintiffs on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24, and any updated data that may be provided by Defendants to Plaintiffs prior to the close of fact discovery.  This statement is not intended to waive any independent analysis conducted by experts, procedures regarding expert discovery or evidence in the Federal Rules of Civil Procedure or the Federal Rules of Evidence, nor is it intended to modify any pretrial order of the Court as to scheduling.

-

With respect to data about ==reported sexual assault and sexual misconduct ~~Sexual Violence Incidents~~== in the United States for the years 2017 to 2022, Defendants' **and Plaintiffs'** experts are relying on the same Uber data that Defendants produced to Plaintiffs through BDO on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24. ~~(see No. 1 above, including the chart data from April 17 and 24).~~ This statement is not intended to restrict or limit reliance on any open source information, nor foreclose the opportunity to produce information through the course of expert discovery as provided in the FRCP and as set forth in the relevant scheduling PTO.

- Like Plaintiffs' experts, Defendants' experts are restricted to working with the data produced in response to the Court's August 16, 2024 Order (ECF. No. 1068) and subsequent Court Orders and agreements between the parties that culminated in Defendants' April 9, 2025 production of data about reported sexual assault and sexual misconduct incidents, in the AWS environment under the conditions described in Appendix A.

- Defendants agree to provide a FRCP 33 verification for the charts produced to Plaintiffs on April 17 and 24.

Thanks,

**Jay B. Haider**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

| jhaider@shb.com



---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Thursday, May 1, 2025 5:22 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

**EXTERNAL**

See below (green highlights). All others are fine.

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Thursday, May 1, 2025 3:06 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Beth – Jay is reaching out to set a quick Zoom.  We had made the edits below in yellow, and now I think we need to reconcile slightly competing drafts.  To discuss in a few mins.

1. **If Uber's experts will rely on any safety incident numbers or counts that are different than those provided to Plaintiffs on April 18, 2025 and April 23, 2025, Uber must disclose that information on or before May 2, 2025 and certify it under FRCP 33.**

    * With respect to the number of and categorization of reports that Uber received of Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' and Plaintiffs' experts are relying only on the same tables as Defendants produced to Plaintiffs on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24, and any updated data that may be provided by Defendants to Plaintiffs

prior to the close of fact discovery.  This statement is not intended to waive any independent analysis conducted by experts, procedures regarding expert discovery or evidence in the Federal Rules of Civil Procedure or the Federal Rules of Evidence, nor is it intended to modify any pretrial order of the Court as to scheduling.

2. **Uber's experts will rely only on the same safety incident data that has been produced to Plaintiffs through BDO.**

   - With respect to data about reported sexual assault and sexual misconduct ~~Sexual Violence Incidents~~ in the United States for the years 2017 to 2022, Defendants' experts are relying on the same Uber data that Defendants produced to Plaintiffs through BDO on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24. ~~(see No. 1 above, including the chart data from April 17 and 24).~~  This statement is not intended to restrict or limit reliance on any open source information, nor foreclose the opportunity to produce information through the course of expert discovery as provided in the FRCP and as set forth in the relevant scheduling PTO.

3. **Uber's experts will be required to work within the same BDO system to receive, review, and analyze data that Plaintiffs and their experts have been required to work within.**

   - Like Plaintiffs' experts, Defendants' experts are restricted to working with the [DATA PRODUCED IN RESPONSE TO THE COURT'S ORDER CULMNITING IN April 9 PRODUCTION] ~~April 18 and April 23~~ tables in the AWS environment.
   - UPDATED: Like Plaintiffs' experts, Defendants' experts are restricted to working with the data produced in response to the Court's August 16, 2024 Order (ECF. No. 1068) and subsequent Court Orders and agreements between the parties that culminated in Defendants' April 9, 2025 production of data about reported sexual assault and sexual misconduct incidents, in the AWS environment under the conditions described in Appendix A.

4. **Uber must certify the information provided on April 28, 2025 and April 23, 2025 under FRCP 33.**

   - Defendants agree to provide a FRCP 33 verification for the charts produced to Plaintiffs on April 17 and 24.

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Thursday, May 1, 2025 4:21 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd

<ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

**EXTERNAL**

**Let's try this:**

- With respect to the number of and categorization of reports that Uber received of Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' experts are relying only on the same tables as Defendants produced to Plaintiffs on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 23, and any updated data that may be provided by Defendants to Plaintiffs prior to the close of fact discovery.  This statement is not intended to waive any procedures regarding expert discovery or evidence in the Federal Rules of Civil Procedure or the Federal Rules of Evidence, nor is it intended to modify any pretrial order of the Court as to scheduling.

- With respect to data about Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' experts are relying on the same Uber data that Defendants produced to Plaintiffs through BDO on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 23. ~~(see No. 1 above, including the chart data from April 17 and 24).~~  This statement is not intended to restrict or limit reliance on any open source information, nor foreclose the opportunity to produce information through the course of expert discovery as provided in the FRCP and as set forth in the relevant scheduling PTO.

- Like Plaintiffs' experts, Defendants' experts are restricted to working the data Uber produced in response to the Courts' July 9, 2024 and July 18, 2024 Orders (ECF Nos. 683 and 706) in the AWS environment under the conditions described in Appendix A.

- Defendants agree to provide a FRCP 33 verification for the charts produced to Plaintiffs on April 17 and 24.

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org



**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Beth Wilkins
**Sent:** Thursday, May 1, 2025 1:32 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Please see edits below.

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>

**Sent:** Thursday, May 1, 2025 12:47 PM

**To:** Haider, Jay B. (SHB) <jhaider@shb.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>

**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>

**Subject:** RE: Uber- May 1 filing re: safety data

Beth & team,

Further to our call this morning, and in advance of our upcoming conferral at 3:15 CT, we wanted to write up the points we explained in our AM call to address Plaintiffs' identified concerns.  We believe there is not a dispute on the points you have raised.

1. **If Uber's experts will rely on any safety incident numbers or counts that are different than those provided to Plaintiffs on April 18, 2025 and April 23, 2025, Uber must disclose that information on or before May 2, 2025 and certify it under FRCP 33.**

   - With respect to the number of and categorization of reports that Uber received of Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' experts are relying only on the same tables as Defendants produced to Plaintiffs on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24, and any updated data that may be provided by Defendants to Plaintiffs prior to the close of fact discovery.  This statement is not intended to waive any procedures regarding expert discovery or evidence in the Federal Rules of Civil Procedure or the Federal Rules of Evidence, nor is it intended to modify any pretrial order of the Court as to scheduling.

2. **Uber's experts will rely only on the same safety incident data that has been produced to Plaintiffs through BDO.**

   - With respect to data about Sexual Violence Incidents in the United States for the years 2017 to 2022, Defendants' experts are relying on the same Uber data that Defendants produced to Plaintiffs through BDO on April 9, 2025, and the derivative charts Defendants produced to Plaintiffs on April 17 and 24. ~~(see No. 1 above, including the chart data from April 17 and 24).~~  This statement is not intended to restrict or limit reliance on any open source information, nor foreclose the opportunity to produce information through the course of expert discovery as provided in the FRCP and as set forth in the relevant scheduling PTO.

3. **Uber's experts will be required to work within the same BDO system to receive, review, and analyze data that Plaintiffs and their experts have been required to work within.**

- Like Plaintiffs' experts, Defendants' experts are restricted to working with the April 9, April 18 and April 23 tables in the AWS environment.

4. **Uber must certify the information provided on April 28, 2025 and April 23, 2025 under FRCP 33.**

- Defendants agree to provide a FRCP 33 verification for the charts produced to Plaintiffs on April 17 and 24.

Look forward to our conferral at 3:15 CT.

Michael

**Michael B. Shortnacy**
*Partner*
mshortnacy@shb.com | T: 424-324-3494 | M: 917-723-6805

---

**From:** Haider, Jay B. (SHB) <jhaider@shb.com>
**Sent:** Thursday, May 1, 2025 12:10 AM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Hi Beth,

As discussed, I made an inadvertent error below and suggested 9:30 pm CT rather than the intended 9:30 **am**. However, I understand Plaintiffs are not available until 3 pm CT (1 pm PT), when the PTO 8 filing is due to the Court by 7 pm CT (5 pm PT). I understand you said earlier that 10:30 am CT may work. We can make that work as well. We would like to discuss as early as possible to see if the disputes can be narrowed. Please confirm 3 pm CT (1 pm PT) is the earliest Plaintiffs are available.

Thanks,

**Jay B. Haider**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

| jhaider@shb.com



**From:** Haider, Jay B. (SHB)
**Sent:** Wednesday, April 30, 2025 11:02 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Hi Beth,

Are you available to confer at 9:30 pm CT tomorrow (5/1)?

Thanks,

**Jay B. Haider**
*Senior Counsel*
Shook, Hardy & Bacon L.L.P.

| jhaider@shb.com



**From:** Beth Wilkins <Wilkins@chaffinluhana.com>
**Sent:** Wednesday, April 30, 2025 9:05 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

**EXTERNAL**

Counsel,
Despite our requests to meet and confer on this issue, Uber still has not provided its position regarding the filing due to the Court tomorrow. We are providing our position here, which we've already disclosed to you. However we reserve the right to modify our position after receiving yours. If we have not received Uber's position by 4 pm PT tomorrow, Plaintiffs will file our portion of the letter independently.

Thank you,
Beth

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org


**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Beth Wilkins
**Sent:** Tuesday, April 29, 2025 8:42 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>; Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Michael and all,

To be clear, issues 1 through 4 below are directly related to the issues addressed with the Court during the April 24 status conference and the May 1 filing deadline that Judge Cisneros subsequently issued, specifically, Uber's incomplete responses to interrogatories 1 through 6. Plaintiffs remain hopeful that we can reach an agreement on these issues but if not, we will raise any remaining disputes on those matters with the Court on May 1.  As your team is aware, the Court did not set any deadlines for exchanges of drafts and it would have been premature for Plaintiffs to send a draft before knowing Uber's position. We expected to hear Uber's position on these issues during our discussion yesterday, unfortunately, your team was not prepared to discuss whether Uber would provide any further response to interrogatories 1

through 6.

As to issues 5 through 8 below, despite the Court's Order to produce a witness to address these issues (ECF 2647), the witness Uber produced (Ms. McDonald) was unable to do so. Although we believe it is the most efficient use of the Court and the parties' time to address these matters together, we are willing to discuss an alternate schedule for discussing these matters in the hope of reaching an agreement or otherwise raising remaining disputes to the Court.

The resolution of these issues, as well as Uber's outstanding responses to other interrogatories (see attached), will affect whether Plaintiffs can proceed with the 30(b)(6) deposition of Ms. McDonald on May 6. We still have not received any response regarding the remaining outstanding discovery.

Thank you,
Beth


**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org


**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>

**Sent:** Tuesday, April 29, 2025 8:59 PM
**To:** Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Beth Wilkins <Wilkins@chaffinluhana.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Counsel,

These new requests go far beyond anything previously raised, including in the JSR to the Court on which the Court granted limited leave for a PTO 8 motion were the parties not to agree.  The Court directed the parties to submit their dispute (from the JSR) on May 1, if a dispute remained. Plaintiffs' raising these issues below on Monday afternoon when the joint PTO 8 letter brief filing is due Thursday is prejudicial to Defendants.  Under the timing set by the Judge's order at the CMC and her subsequent minute order, and per PTO 8, Plaintiffs' joint letter portion was due last Friday, 4/25.  Moreover, the overwhelming majority of your proposals below were not even part of the JSR discussion last week and none have anything to do with the topics on which Katy McDonald is set to testify about on May 6 (for the third full day in this litigation).  For these reasons and because Plaintiffs have not timely provided their portion of any joint letter, we assume that Plaintiffs do not intend to submit one on May 1.  To that end, Defendants reserve the right to seek additional relief from Judge Cisneros.

This having been said, and outside of the PTO 8 context, we are considering your new proposals and will meet and confer with you.  To be clear, it is Defendants' position that these issues have no bearing on Ms. McDonald's deposition dates next week.

Michael

**Michael B. Shortnacy**
*Partner*
mshortnacy@shb.com | T: 424-324-3494 | M: 917-723-6805

---

**From:** Wikler, Jeremy (SHB) <JWIKLER@shb.com>
**Sent:** Monday, April 28, 2025 9:26 PM
**To:** Beth Wilkins <Wilkins@chaffinluhana.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Subject:** RE: Uber- May 1 filing re: safety data

Looping in Michael.

---

**From:** Beth Wilkins <Wilkins@chaffinluhana.com>

**Sent:** Monday, April 28, 2025 8:06 PM
**To:** Wikler, Jeremy (SHB) <JWIKLER@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>; Chris Cox <christopher.cox@kirkland.com>
**Cc:** Tiffany Ellis <tellis@peifferwolf.com>; JoAnna Pollock <jpollock@simmonsfirm.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Uber- May 1 filing re: safety data

**EXTERNAL**

Jeremy, Jay, and Chris,
Thank you for the discussion today related to the May 1 filing. As promised and discussed during our call, below is a list of what Plaintiffs will need to resolve this issue. The May 2 date is set so that Plaintiffs will have time to review this information prior to Katy McDonald's May 6 deposition.

1. If Uber's experts will rely on any safety incident numbers or counts that are different than those provided to Plaintiffs on April 18, 2025 and April 23, 2025, Uber must disclose that information on or before May 2, 2025 and certify it under FRCP 33.
2. Uber's experts will rely only on the same safety incident data that has been produced to Plaintiffs through BDO.
3. Uber's experts will be required to work within the same BDO system to receive, review, and analyze data that Plaintiffs and their experts have been required to work within.
4. Uber must certify the information provided on April 28, 2025 and April 23, 2025 under FRCP 33.
5. On or before May 2, BDO will describe all methodology they used that modified the data in any way between receiving it from Uber and making it available to Plaintiffs, including all code used, and Uber will certify that  information under FRCP 33.
6. On or before May 2, Uber will provide all communications between Uber and BDO regarding any changes that BDO made to the data.
7. On or before May 2, Uber will provide the query(ies) Uber used to collect the data that it provided to BDO for BDO to make available to Plaintiffs, and certify its response under FRCP 33.
8. On or before May 2, Uber will provide responses to the following questions and certify those responses under FRCP 33:
   a. Within the data made available through BDO, how does a user count the number of drivers by category/subcategory in 2017 that were banned or deactivated from the app after a report of Sexual Assault or Sexual Misconduct reported by a rider?
   b. Within the data made available through BDO, how does a user identify all Sexual Assault - Non-Consensual Sexual Penetration in 2017, that was a rider reporting a driver, where the driver was suspended?
   c. Within the data made available through BDO, how does a user identify all

Sexual Misconduct - Masturbation in 2017 occurring in Los Angeles that was a rider reporting a driver where the driver was suspended?

d. Within the data made available through BDO, how does a user identify all Sexual Misconduct - Stating or Leering in 2018, that was a rider reporting a driver, where the driver was given a warning?

e. Within the data made available through BDO, how does a user identify all drivers in the state of California during 2017 in which have had multiple reports against them for Sexual Misconduct where the subcategory contains Comments or Gestures in which their account was not banned.

f. Within the data made available through BDO, how does a user identify all drivers in 2017 who have had multiple reports against them for sexual violence that started with reports of Sexual Misconduct and then escalated to Sexual Assault at a later date for all incidents in the Dallas, Texas metropolitan area?

g. Within the data made available through BDO, how does a user count the number of incidents reported and make a list of all categories/subcategories reported against each driver, ordered by date of incident, in which the driver has multiple reports of Sexual Assault or Sexual Misconduct?

h. Within the data made available through BDO, how does a user identify the account status actions by trip_uuid on the driver for all incidents in which the rider reported the driver for sexual violence that are only represented in Bliss for all incidents in 2017?

i. Within the data made available through BDO, how does a user identify the account status actions by trip_uuid on the driver for all incidents in which the rider reported the driver for sexual violence that are only represented in JIRA for all incidents in 2017?

Thank you,

Beth

**Beth Wilkins | Partner**
**E:** Wilkins@chaffinluhana.com
**P:** (412) 643-0290

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.