# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:  UBER TECHNOLOGIES,   Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                    CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS
_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - TODD GADDIS

San Francisco, California

Friday, July 11, 2025

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6919226-001

Todd Gaddis
July 11, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:  UBER TECHNOLOGIES,    Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                      CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS
_____

DEPOSITION OF TODD GADDIS, taken on behalf of the Plaintiffs, at Kirkland & Ellis, LLP, 555 California Street, 27th Floor, San Francisco, California, commencing at 9:06 a.m., Friday, July 11, 2025 before REBECCA L. ROMANO, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter.

Todd Gaddis
July 11, 2025

                    APPEARANCES OF COUNSEL


For the MDL Plaintiffs:

     NIGH GOLDENBERG RASO & VAUGHN

     BY:  MARLENE GOLDENBERG, ESQ.(via Web conference)


     14 Ridge Square, NW

     Third Floor

     Washington, DC 20016

     (202) 792-7927

     mgoldenberg@nighgoldenberg.com

and

     BY:  SAM HOEFS, ESQ.(via Web conference)


     60 South 6th Street

     Suite 2800

     Minneapolis, Minnesota 55402

     (612) 445-0202

     shoefs@nighgoldenberg.com









/////

Todd Gaddis
July 11, 2025

APPEARANCES OF COUNSEL(cont'd)

For the Defendant - Uber Technologies, Inc.:

    KIRKLAND & ELLIS LLP

    BY:  CHRISTOPHER D. COX, ESQ.


    601 Lexington Avenue

    New York, New York 10022

    (212) 446-4800

    christopher.cox@kirkland.com

and

    BY:  KATIE O'NEILL, ESQ.


    333 West Wolf Point Plaza

    Chicago, Illinois 60654

    (312) 862-2000

    katie.oneill@kirkland.com

/////

Todd Gaddis
July 11, 2025

fare
219:10
fashion
187:5
fault
109:7
fear
116:3 139:20
fears
142:6
feasible
179:8
features
23:6 37:20
175:8
feedback
128:5 130:21
131:6 165:1
feel
37:11 137:3
female
169:18
173:23
females
171:8
fewer
59:3 140:11
field
82:19 212:13
213:24
215:3,4,10,
11,15,24
216:17,23
217:17,18
218:22
219:25
221:6,9
222:2,5
fields
188:5 206:6
212:24
213:4,17
214:2,4
215:17
220:13
figure
198:14

216:25 229:8
figures
107:15
file
172:6 177:25
filed
13:18
filing
151:6
fill
221:9
filled
213:10
215:13
filter
208:17,18
209:15,20
211:5
filtered
206:16 216:7
filtering
210:21
216:18
filters
206:9 207:19
211:5
final
62:18 224:23
finalized
188:6
finance
232:14
financial
219:9 232:14
financially
14:3
find
69:3 118:14
144:6
149:13,20
findings
222:23
finds
85:18
fine
111:4 204:9,
17

finish
202:2 228:22
Finley
50:5
fire
41:23
fired
42:3
first
21:21,24
22:10,15,23
23:19 30:21
31:5 34:5
35:10,19
46:13 51:12,
22,23 53:18
57:23 61:21
62:17 68:8
138:22 139:9
162:12 168:2
170:14 178:4
188:9 204:19
205:1 220:5,
21 222:13
223:2 229:24
230:21
fitness
47:13
five
18:4 63:15
64:12 70:5,
19,20 72:25
76:9 93:16
103:21 104:4
107:22
157:20 198:3
208:8
five-minute
229:7
fix
20:4 31:3
61:12 110:24
111:12
fixed
111:20
fixing
38:19

flagged
140:9
flagging
135:18
flip
134:11
flirting
166:13 226:3
flow
164:23 165:1
167:2
flows
128:5 130:21
131:6
focused
46:18
follow
154:5,19
214:8 226:9
follow-up
229:21
following
234:2 235:17
follows
16:3 29:20
55:2 81:4
124:23
Foot
50:7
footnote
65:14 67:13,
16
forgot
118:13
form
22:18 23:16
25:6 26:13
27:8,15,22
29:8 30:7,14
31:9 33:12
36:23 38:5,
13,21 44:16
46:5 47:16,
23 49:8,18
50:12 51:20
52:23 53:6,
25 54:15