LAURA VARTAIN HORN (SBN: 258485)
laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625

ALLISON M. BROWN (Pro Hac Vice admitted)
alli.brown@kirkland.com
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6-17th Floor |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

## DECLARATION OF MICHAEL B. SHORTNACY

I, Michael B. Shortnacy, declare pursuant to 28 U.S.C. § 1746:

1.    I am over the age of 18 and am a resident of Los Angeles, California. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's Omnibus Motion to Seal.

2.    I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., and a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I represent Uber in this MDL. I make this declaration based upon matters within my own personal knowledge, except those matters stated to be based on information and belief. If called as a witness, I could and would competently testify to the matters set forth herein.

3.    Pursuant to the Court's March 30, 2026 Order (ECF 5676), the parties met and conferred multiple times over Zoom videoconference, and corresponded over email outlining their positions, concerning administrative motions to file under seal Dkt. Nos. 1135, 1158, 1541, 1651, 2424, 2518, 2542, 2564, 2686, 2689, 2797, 2798, 2857, 3068, 3190, 3192, 3993, 4844, 4864, and 4983. The purpose of the conferrals, as was confirmed by counsel for the parties during the conferrals to one another, was to seek to narrow any disputes and identify categories of documents where the parties might agree that sealing is appropriate (or at least is not objectionable).  Following those conferrals, Defendants changed their position as to certain documents at issue, including seeking to seal only narrowed portions of many documents instead of seeking to seal them in full. In addition, prior to filing, the parties twice exchanged their respective portions of the briefing in an attempt to narrow disputes and to better frame and join issues for the Court's consideration. Defendants participated in the conferral and brief exchange process in good faith and with a view to narrowing issues and aiding the Court to make a judicial determination of the issues presented.

4.    A complete list of the documents Defendants seek to seal is below. The documents identified in this chart and submitted to the Court for review are true and correct copies of documents previously lodged with the Court in prior motions to seal, with modifications only as to proposed redactions.

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| **ECF No. 1135** | | | | |
| 1135 | Ex 004 | 1405 | Employee PII | Seal in full |
| 1135 | Ex 007 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 008 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 009 | 1405 | Employee PII; Uber's Financial Information and Strategic Resource Allocation and Prioritization Communications Strategy; Lobbying and Regulatory Strategy; | Seal in Full |
| 1135 | Ex 010 | 1405 | Driver Screening and Retention; Employee PII | Seal in Full |

3

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 011 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 012 | 1405 | Driver screening and retention; Employee PII (email addresses, phone numbers, URL) | Seal in Full |
| 1135 | Ex 013 | 1405 | Safety Feature Performance and Experimentation; Uber's Relationships with Non-Profit Organizations; Communications Strategy; Employee PII | Seal in Part |

4

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 014 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 015 | 1405 | Data re Reports of Sexual Assault/Sexual Misconduct; Safety Feature Performance and Experimentation | Seal in Full |
| 1135 | Ex 016 | 1405 | Safety Feature Performance and Experimentation; Data Collection, Organization, and Classification; Employee PII (email addresses) | Seal in Full |

5

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 017 | 1405 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Full |
| 1135 | Ex 018 | 1405 | Employee PII; Uber's Relationships with Non-Profit Organizations; Communications Strategy; | Seal in Full |

6

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 019 | 1405 | Safety Feature Performance and Experimentation; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 020 | 1405 | Safety Feature Performance and Experimentation; Data Collection, Organization, and Classification; Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |

7

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 021 | 1405 | Safety Feature Performance and Experimentation; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 022 | 1405 | Safety Feature Performance and Experimentation; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 023 | 1405 | Safety Feature Performance and Experimentation Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 024 | 1405 | Safety Feature Performance and Experimentation Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 025 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 026 | 1405 | Employee PII | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 027 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 028 | 1405 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 029 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 030 | 1405 | Research and Analyses Concerning Internal Uber Data; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 031 | 1405 | Lobbying and Regulatory Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

9

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 032 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 033 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 034 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 035 | 1405 | Uber's Relationships with Non-Profit Organizations; Lobbying and Regulatory Strategy; Uber's Financial Information and Strategic Resource Allocation and Prioritization | Seal in Full |

10

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 036 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 037 | 1405 | Driver Screening and Retention Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 038 | 1405 | Driver Screening and Retention; Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 039 | 1405 | Driver Screening and Retention; Uber's Financial Information and Strategic Resource Allocation and Prioritization; | Seal in Full |
| 1135 | Ex 040 | 1405 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 041 | 1405 | Driver Screening and Retention; Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |

11

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 042 | 1405 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 043 | 1405 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 044 | 1405 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 045 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 046 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 047 | 1405 | Employee PII; Deactivation and Investigation Processes | Seal in Full |
| 1135 | Ex 048 | 1405 | Driver screening and retention; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 049 | 1405 | Employee PII | Seal in Full |

12

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| **ECF No. 1158** | | | | |
| 1158 | Ex 001 | 1405 | Employee PII | Seal in full |
| 1158 | Ex 002 | 1405 | Employee PII | Seal in Full |
| **ECF No. 1541** | | | | |
| 1541 | Defendants' Opposition to Plaintiffs' Motion to Compel Custodial Discovery | N/A | Employee PII | Seal in Part |
| 1541 | Declaration of Frank Chang | N/A | Employee PII | Seal in Part |
| 1541 | Declaration of Gus Fuldner | N/A | Employee PII | Seal in Part |

13

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1541 | Declaration of Matt Kallman | N/A | Employee PII | Seal in Part |
| 1541 | Ex A | N/A | Employee PII | Seal in Full |
| 1541 | Ex B | N/A | Employee PII | Seal in Full |
| **ECF No. 1651** | | | | |
| 1651 | Ex A | 1668 | Employee PII | Seal in Full |
| 1651 | Ex B | 1668 | Employee PII | Seal in Full |
| **ECF No. 2424** | | | | |
| 2424 | Declaration of Dara Khosrowshahi | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Frank Chang | N/A | Employee PII | Seal in Part |

14

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2424 | Declaration of Jill Hazelbaker | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Rachel Whetstone | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Ryan Graves | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Sachin Kansal | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Sarfraz Maredia | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Travis Kalanick | N/A | Employee PII | Seal in Part |
| **ECF No. 2518** | | | | |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | 2594 | Employee PII | Seal in Part |
| 2518 | Ex 001 | 2594 | Employee PII | Seal in Part |
| 2518 | Ex 002 | 2594 | Communications Strategy; Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 003 | 2594 | Driver screening and retention; Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 005 | 2594 | Dashcams and Uber's Audio Recording Technology; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |

16

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 006 | 2594 | Dashcams and Uber's Audio Recording Technology; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 007 | 2594 | Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 008 | 2594 | Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 010 | 2594 | Executive compensation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 011 | 2594 | Risk Assessments; Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 012 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

17

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 013 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 014 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Part |
| 2518 | Ex 015 | 2594 | Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 016 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 017 | 2594 | Research and analysis concerning Internal Uber Data; Data re: Reports of Sexual Assault/Sexual Misconduct | Seal in Full |

18

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 019 | 2594 | Communications Strategy; Research and Analyses Concerning Internal Uber Data; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 020 | 2594 | Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 021 | 2594 | Driver screening and retention; Safety feature performance and experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 022 | 2594 | Risk Assessments; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 023 | 2594 | Safety feature performance and experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 024 | 2594 | Deactivation and Investigation Processes; Communications Strategy; Employee PII (email addresses) | Seal in Part |

19

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 025 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 026 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 027 | 2594 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 028 | 2594 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 029 | 2594 | Driver screening and retention; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 030 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 033 | 2594 | Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 034 | 2594 | Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 035 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 036 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 037 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 039 | 2594 | Communications Strategy; Strategic Resource Allocation and Prioritization | Seal in Full |

21

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 041 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Communications Strategy; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 042 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 043 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 044 | 2594 | Safety Feature Performance and Experimentation Risk Assessments; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 045 | 2594 | Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 046 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 047 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Driver screening and retention; Deactivation and investigation processes; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 048 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 049 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 050 | 2594 | Communications Strategy Driver screening and retention Deactivation and investigation processes Uber's Financial Information and Strategic Resource Allocation and Prioritization | Seal in Full |

24

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 051 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 052 | 2594 | Communications Strategy; Lobbying and Regulatory Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 053 | 2594 | Uber's Relationships with Non-Profit Organizations; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Communications Strategy; Employee PII (email addresses) | Seal in Part |

25

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 054 | 2594 | Communications Strategy; Risk assessments; Employee PII | Seal in Full |
| 2518 | Ex 055 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 056 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 057 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 058 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 059 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes | Seal in Full |

26

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 060 | 2594 | Safety Feature Performance and Experimentation; Risk Assessments; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 061 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 062 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 064 | 2594 | Safety Feature Performance and Experimentation; S-RAD; RideCheck / RideSense Driver screening and retention; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 065 | 2594 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 066 | 2594 | Safety Feature Performance and Experimentation; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 067 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 068 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

28

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 069 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 070 | 2594 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 071 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 073 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 074 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

29

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 075 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 076 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 077 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 079 | 2594 | Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 080 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 081 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 082 | 2594 | Safety Feature Performance and Experimentation; S-RAD; RideCheck / RideSense; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 083 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 084 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 085 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments | Seal in Full |
| 2518 | Ex 086 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 087 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 088 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 089 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Dashcams and Uber's Audio Recording Technology; Research and Analyses Concerning Internal Uber Data; Risk Assessments | Seal in Full |
| 2518 | Ex 090 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; | Seal in Full |
| 2518 | Ex 091 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

33

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 092 | 2594 | Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 094 | 2594 | Communications Strategy; Driver Screening and Retention; Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 096 | 2594 | Data Collection, Organization, and Classification | Seal in Full |
| 2518 | Ex 097 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Risk Assessments; Employee PII (email addresses) | Seal in Full |

34

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 098 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 099 | 2594 | Safety Feature Performance and Experimentation; Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 100 | 2594 | Data Collection, Organization, and Classification; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 102 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Risk Assessments; | Seal in Full |

35

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| | | | Employee PII (email addresses) | |
| 2518 | Ex 103 | 2594 | Communications Strategy; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII; Driver screening and retention; | Seal in Full |
| 2518 | Ex 104 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 105 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 106 | 2594 | Driver Screening and Retention; Employee PII | Seal in Full |

36

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 107 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 108 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 109 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 110 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 111 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 112 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 113 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 114 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

37

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 115 | 2594 | Driver Screening and Retention; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 116 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 117 | 2594 | Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 118 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 119 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 120 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention | Seal in Full |
| 2518 | Ex 121 | 2594 | Communications Strategy | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 122 | 2594 | Risk Assessments; Data Collection, Organization, and Classification; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 123 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 124 | 2594 | Risk Assessment; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 125 | 2594 | Safety Feature Performance and Experimentation; Employee PII | Seal in Full |

39

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 126 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 127 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 128 | 2594 | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2518 | Ex 129 | 2594 | Lobbying and Regulatory Strategy | Seal in Full |
| 2518 | Ex 130 | 2594 | Employee PII (email addresses, phone numbers, URLs) | Seal in Part (PII Only) |
| 2518 | Ex 131 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 132 | 2594 | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2518 | Ex 134 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |

40

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 135 | 2594 | Risk Assessments; Employee PII | Seal in Full |
| 2518 | Ex 136 | 2594 | Communications Strategy | Seal in Full |
| 2518 | Ex 137 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 138 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 139 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 140 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 141 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part (PII Only) |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 142 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 143 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 144 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 145 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 146 | 2594 | Communications Strategy | Seal in Full |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 147 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 148 | 2594 | Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 149 | 2594 | Risk Assessment; Communications Strategy | Seal in Full |
| 2518 | Ex 150 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 151 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 152 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 153 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 154 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 155 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 156 | 2594 | Risk Assessment Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 157 | 2594 | Communications Strategy | Seal in Part |
| 2518 | Ex 158 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 159 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 160 | 2594 | Employee PII | Seal in Full |
| 2518 | Ex 161 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 162 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 165 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |

44

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 166 | 2594 | Employee PII (email addresses and URL) | Seal in Part |
| 2518 | Ex 167 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 168 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 169 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 170 | 2594 | Communications Strategy | Seal in Full |
| 2518 | Ex 171 | 2594 | Communications Strategy; Safety feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 172 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |

45

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 173 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 174 | 2594 | Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 175 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 176 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 177 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 178 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 179 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 180 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

46

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 181 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 182 | 2594 | Risk Assessments | Seal in Full |
| 2518 | Ex 183 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 184 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 185 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 186 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 187 | 2594 | Risk Assessment; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 188 | 2594 | Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 189 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |

47

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 190 | 2594 | Risk Assessment; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| **ECF No. 2542** | | | | |
| 2542 | Ex 4 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct | Seal in Full |
| **ECF No. 2564** | | | | |
| 2564 | Defendants' Reply in Support of Protective Order | N/A | Safety Feature Performance and Experimentation; Dashcams and Uber's audio recording technology; Women Rider Preferred; Information Regarding Executive Compensation | Seal in Part |
| 2564 | Ex 001 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |

48

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2564 | Ex 002 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification | Seal in Part |
| 2564 | Ex 003 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 004 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 005 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 006 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 007 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 008 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 009 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2564 | Ex 010 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 011 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 012 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 013 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 014 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 015 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 016 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 017 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| **ECF No. 2686** | | | | |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2686 | Joint Letter Brief Regarding the Gus Fuldner Deposition and Apex Order | N/A | Risk Assessments; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex 001 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex 002 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |

51

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2686 | Ex A | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex B | N/A | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2686 | Ex C | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| **ECF No. 2689 (corrected filing, identical to ECF No. 2686)** | | | | |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2689 | Joint Letter Brief Regarding the Gus Fuldner Deposition and Apex Order | N/A | Risk Assessments; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex 1 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex 2 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2689 | Ex A | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex B | N/A | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2689 | Ex C | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| **ECF No. 2798** | | | | |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2798 | Joint Letter Brief Regarding Defendants' Production of Safety Lense Snapshots in Defendant Fact Sheets | 2857 | Data Collection, Organization, and Classification | Seal in Part |
| 2798 | Ex 2 | 2857 | Data Collection, Organization, and Classification | Seal in Full |
| **ECF No. 3068** | | | | |
| 3068 | Plaintiff's Letter re Defendants' Responses to Bellwether Discovery | | Research and Analyses Concerning Internal Uber Data; Deactivation and investigation processes | Seal in Part |
| **ECF No. 3993** | | | | |

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex 1 | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex 2 | 4036 | Employee PII (URL and password) | Seal in Part |
| 3993 | Ex E | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex F | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex G | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex I | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex K | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex N | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex O | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex Q | 4036 | Data Collection, Organization, and Classification | Seal in Full |

56

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex T | 4036 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention Deactivation and Investigation Processes; Risk Assessments | Seal in Part |
| 3993 | Ex X | 4036 | Deactivation and Investigation Processes; Data Collection, Organization, and Classification; | Seal in Part |

57

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex Y | 4036 | Deactivation and Investigation Processes; Data Collection, Organization, and Classification; | Seal in Part |
| 3993 | Ex Z | 4036 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention Deactivation and Investigation Processes; Risk Assessments | Seal in Part |

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California, on July 16, 2026.

By: */s/ Michael B. Shortnacy*

Michael B. Shortnacy

DECLARATION OF MICHAEL SHORTNACY ISO OF DEFENDANTS' PORTION OF JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB