# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   Courtroom G – 15th Floor |

Having considered the Parties' Joint Omnibus Motion to Seal, dated July 16, 2026 (ECF ___), the Court hereby ORDERS that the following materials remain under seal as requested in Defendants' portion of the Motion and proposed redactions:

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| ECF No. 1135 | | | | |
| 1135 | Ex 004 | 1405 | Employee PII | Seal in full |
| 1135 | Ex 007 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 008 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 009 | 1405 | Employee PII; Uber's Financial Information and Strategic Resource Allocation and Prioritization Communications Strategy; Lobbying and Regulatory Strategy; | Seal in Full |

2

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 010 | 1405 | Driver Screening and Retention; Employee PII | Seal in Full |
| 1135 | Ex 011 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 012 | 1405 | Driver screening and retention; Employee PII (email addresses, phone numbers, URL) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 013 | 1405 | Safety Feature Performance and Experimentation; Uber's Relationships with Non-Profit Organizations; Communications Strategy; Employee PII | Seal in Part |
| 1135 | Ex 014 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 015 | 1405 | Data re Reports of Sexual Assault/Sexual Misconduct; Safety Feature Performance and Experimentation | Seal in Full |

4

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 016 | 1405 | Safety Feature Performance and Experimentation; Data Collection, Organization, and Classification; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 017 | 1405 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Full |

5

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 018 | 1405 | Employee PII; Uber's Relationships with Non-Profit Organizations; Communications Strategy; | Seal in Full |
| 1135 | Ex 019 | 1405 | Safety Feature Performance and Experimentation; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 020 | 1405 | Safety Feature Performance and Experimentation; Data Collection, Organization, and Classification; Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 021 | 1405 | Safety Feature Performance and Experimentation; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 022 | 1405 | Safety Feature Performance and Experimentation; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

7

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 023 | 1405 | Safety Feature Performance and Experimentation Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 024 | 1405 | Safety Feature Performance and Experimentation Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 025 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 026 | 1405 | Employee PII | Seal in Full |
| 1135 | Ex 027 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 028 | 1405 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 029 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 030 | 1405 | Research and Analyses Concerning Internal Uber Data; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 031 | 1405 | Lobbying and Regulatory Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 032 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 033 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

9

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 034 | 1405 | Lobbying and Regulatory Strategy; Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 035 | 1405 | Uber's Relationships with Non-Profit Organizations; Lobbying and Regulatory Strategy; Uber's Financial Information and Strategic Resource Allocation and Prioritization | Seal in Full |
| 1135 | Ex 036 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 037 | 1405 | Driver Screening and Retention Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 038 | 1405 | Driver Screening and Retention; Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |

10

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 039 | 1405 | Driver Screening and Retention; Uber's Financial Information and Strategic Resource Allocation and Prioritization; | Seal in Full |
| 1135 | Ex 040 | 1405 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 041 | 1405 | Driver Screening and Retention; Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 042 | 1405 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 043 | 1405 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 044 | 1405 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 045 | 1405 | Communications Strategy; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1135 | Ex 046 | 1405 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 1135 | Ex 047 | 1405 | Employee PII; Deactivation and Investigation Processes | Seal in Full |
| 1135 | Ex 048 | 1405 | Driver screening and retention; Employee PII (email addresses) | Seal in Part |
| 1135 | Ex 049 | 1405 | Employee PII | Seal in Full |
| **ECF No. 1158** | | | | |
| 1158 | Ex 001 | 1405 | Employee PII | Seal in full |
| 1158 | Ex 002 | 1405 | Employee PII | Seal in Full |
| **ECF No. 1541** | | | | |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1541 | Defendants' Opposition to Plaintiffs' Motion to Compel Custodial Discovery | N/A | Employee PII | Seal in Part |
| 1541 | Declaration of Frank Chang | N/A | Employee PII | Seal in Part |
| 1541 | Declaration of Gus Fuldner | N/A | Employee PII | Seal in Part |
| 1541 | Declaration of Matt Kallman | N/A | Employee PII | Seal in Part |
| 1541 | Ex A | N/A | Employee PII | Seal in Full |
| 1541 | Ex B | N/A | Employee PII | Seal in Full |
| **ECF No. 1651** | | | | |

13

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 1651 | Ex A | 1668 | Employee PII | Seal in Full |
| 1651 | Ex B | 1668 | Employee PII | Seal in Full |
| **ECF No. 2424** | | | | |
| 2424 | Declaration of Dara Khosrowshahi | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Frank Chang | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Jill Hazelbaker | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Rachel Whetstone | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Ryan Graves | N/A | Employee PII | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2424 | Declaration of Sachin Kansal | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Sarfraz Maredia | N/A | Employee PII | Seal in Part |
| 2424 | Declaration of Travis Kalanick | N/A | Employee PII | Seal in Part |
| **ECF No. 2518** | | | | |
| 2518 | Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order | 2594 | Employee PII | Seal in Part |
| 2518 | Ex 001 | 2594 | Employee PII | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 002 | 2594 | Communications Strategy; Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 003 | 2594 | Driver screening and retention; Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 005 | 2594 | Dashcams and Uber's Audio Recording Technology; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 006 | 2594 | Dashcams and Uber's Audio Recording Technology; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 007 | 2594 | Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 008 | 2594 | Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 010 | 2594 | Executive compensation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 011 | 2594 | Risk Assessments; Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 012 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 013 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 014 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Part |
| 2518 | Ex 015 | 2594 | Deactivation and investigation processes | Seal in Full |

17

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 016 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 017 | 2594 | Research and analysis concerning Internal Uber Data; Data re: Reports of Sexual Assault/Sexual Misconduct | Seal in Full |
| 2518 | Ex 019 | 2594 | Communications Strategy; Research and Analyses Concerning Internal Uber Data; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 020 | 2594 | Deactivation and investigation processes | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 021 | 2594 | Driver screening and retention; Safety feature performance and experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 022 | 2594 | Risk Assessments; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 023 | 2594 | Safety feature performance and experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 024 | 2594 | Deactivation and Investigation Processes; Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 025 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 026 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 027 | 2594 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 028 | 2594 | Communications Strategy; Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 029 | 2594 | Driver screening and retention; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 030 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 033 | 2594 | Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 034 | 2594 | Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 035 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 036 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |

20

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 037 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 039 | 2594 | Communications Strategy; Strategic Resource Allocation and Prioritization | Seal in Full |
| 2518 | Ex 041 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Communications Strategy; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 042 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 043 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 044 | 2594 | Safety Feature Performance and Experimentation Risk Assessments; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 045 | 2594 | Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 046 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 047 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Driver screening and retention; Deactivation and investigation processes; Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 048 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 049 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 050 | 2594 | Communications Strategy Driver screening and retention Deactivation and investigation processes Uber's Financial Information and Strategic Resource Allocation and Prioritization | Seal in Full |
| 2518 | Ex 051 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 052 | 2594 | Communications Strategy; Lobbying and Regulatory Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 053 | 2594 | Uber's Relationships with Non-Profit Organizations; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 054 | 2594 | Communications Strategy; Risk assessments; Employee PII | Seal in Full |
| 2518 | Ex 055 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 056 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 057 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 058 | 2594 | Communications Strategy; Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 059 | 2594 | Communications Strategy; Driver screening and retention; Deactivation and investigation processes | Seal in Full |
| 2518 | Ex 060 | 2594 | Safety Feature Performance and Experimentation; Risk Assessments; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 061 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 062 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 064 | 2594 | Safety Feature Performance and Experimentation; S-RAD; RideCheck / RideSense Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 065 | 2594 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 066 | 2594 | Safety Feature Performance and Experimentation; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 067 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |

27

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 068 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 069 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 070 | 2594 | Safety Feature Performance and Experimentation; RideCheck / RideSense; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 071 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 073 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 074 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 075 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 076 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 077 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 079 | 2594 | Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 080 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 081 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 082 | 2594 | Safety Feature Performance and Experimentation; S-RAD; RideCheck / RideSense; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 083 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 084 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 085 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments | Seal in Full |
| 2518 | Ex 086 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 087 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention; Risk Assessments | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 088 | 2594 | Uber's Financial Information and Strategic Resource Allocation and Prioritization; Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 089 | 2594 | Safety Feature Performance and Experimentation; S-RAD; Dashcams and Uber's Audio Recording Technology; Research and Analyses Concerning Internal Uber Data; Risk Assessments | Seal in Full |
| 2518 | Ex 090 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; | Seal in Full |
| 2518 | Ex 091 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 092 | 2594 | Safety Feature Performance and Experimentation; Women Rider Preferred; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 094 | 2594 | Communications Strategy; Driver Screening and Retention; Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 096 | 2594 | Data Collection, Organization, and Classification | Seal in Full |
| 2518 | Ex 097 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Risk Assessments; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 098 | 2594 | Safety Feature Performance and Experimentation; Dashcams and Uber's Audio Recording Technology | Seal in Full |
| 2518 | Ex 099 | 2594 | Safety Feature Performance and Experimentation; Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 100 | 2594 | Data Collection, Organization, and Classification; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 102 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Risk Assessments; Employee PII (email addresses) | Seal in Full |

34

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 103 | 2594 | Communications Strategy; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII; Driver screening and retention; | Seal in Full |
| 2518 | Ex 104 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 105 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 106 | 2594 | Driver Screening and Retention; Employee PII | Seal in Full |
| 2518 | Ex 107 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 108 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 109 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 110 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 111 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 112 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 113 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 114 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 115 | 2594 | Driver Screening and Retention; Uber's Financial Information and Strategic Resource Allocation and Prioritization; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 116 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Part |

36

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 117 | 2594 | Driver screening and retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 118 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 119 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 120 | 2594 | Safety Feature Performance and Experimentation; Driver screening and retention | Seal in Full |
| 2518 | Ex 121 | 2594 | Communications Strategy | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 122 | 2594 | Risk Assessments; Data Collection, Organization, and Classification; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data | Seal in Full |
| 2518 | Ex 123 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 124 | 2594 | Risk Assessment; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 125 | 2594 | Safety Feature Performance and Experimentation; Employee PII | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 126 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 127 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 128 | 2594 | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2518 | Ex 129 | 2594 | Lobbying and Regulatory Strategy | Seal in Full |
| 2518 | Ex 130 | 2594 | Employee PII (email addresses, phone numbers, URLs) | Seal in Part (PII Only) |
| 2518 | Ex 131 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 132 | 2594 | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2518 | Ex 134 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 135 | 2594 | Risk Assessments; Employee PII | Seal in Full |
| 2518 | Ex 136 | 2594 | Communications Strategy | Seal in Full |
| 2518 | Ex 137 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 138 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 139 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 140 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 141 | 2594 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Part (PII Only) |
| 2518 | Ex 142 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 143 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 144 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 145 | 2594 | Communications Strategy; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 146 | 2594 | Communications Strategy | Seal in Full |
| 2518 | Ex 147 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 148 | 2594 | Employee PII (email addresses) | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 149 | 2594 | Risk Assessment; Communications Strategy | Seal in Full |
| 2518 | Ex 150 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 151 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 152 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 153 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 154 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 155 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 156 | 2594 | Risk Assessment Safety Feature Performance and Experimentation | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 157 | 2594 | Communications Strategy | Seal in Part |
| 2518 | Ex 158 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 159 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 160 | 2594 | Employee PII | Seal in Full |
| 2518 | Ex 161 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 162 | 2594 | Safety Feature Performance and Experimentation | Seal in Full |
| 2518 | Ex 165 | 2594 | Lobbying and Regulatory Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 166 | 2594 | Employee PII (email addresses and URL) | Seal in Part |
| 2518 | Ex 167 | 2594 | Deactivation and Investigation Processes; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 168 | 2594 | Driver Screening and Retention | Seal in Full |
| 2518 | Ex 169 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 170 | 2594 | Communications Strategy | Seal in Full |
| 2518 | Ex 171 | 2594 | Communications Strategy; Safety feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 172 | 2594 | Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 173 | 2594 | Communications Strategy; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 174 | 2594 | Driver screening and retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 175 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 176 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 177 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 178 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Part |
| 2518 | Ex 179 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 180 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 181 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 182 | 2594 | Risk Assessments | Seal in Full |
| 2518 | Ex 183 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2518 | Ex 184 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 185 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 186 | 2594 | Driver Screening and Retention; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 187 | 2594 | Risk Assessment; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 188 | 2594 | Research and Analyses Concerning Internal Uber Data; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 189 | 2594 | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2518 | Ex 190 | 2594 | Risk Assessment; Safety Feature Performance and Experimentation; Employee PII (email addresses) | Seal in Full |
| **ECF No. 2542** | | | | |
| 2542 | Ex 4 | 2594 | Data re Reports of Sexual Assault/Sexual Misconduct | Seal in Full |
| **ECF No. 2564** | | | | |

46

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2564 | Defendants' Reply in Support of Protective Order | N/A | Safety Feature Performance and Experimentation; Dashcams and Uber's audio recording technology; Women Rider Preferred; Information Regarding Executive Compensation | Seal in Part |
| 2564 | Ex 001 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 002 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification | Seal in Part |
| 2564 | Ex 003 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 004 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 005 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2564 | Ex 006 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 007 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 008 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 009 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 010 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 011 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 012 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 013 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 014 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2564 | Ex 015 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 016 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| 2564 | Ex 017 | N/A | Employee PII (email addresses) | Seal in Part (PII Only) |
| **ECF No. 2686** | | | | |
| 2686 | Joint Letter Brief Regarding the Gus Fuldner Deposition and Apex Order | N/A | Risk Assessments; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex 001 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |

49
[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2686 | Ex 002 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex A | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2686 | Ex B | N/A | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2686 | Ex C | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| **ECF No. 2689 (corrected filing, identical to ECF No. 2686)** | | | | |

50

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2689 | Joint Letter Brief Regarding the Gus Fuldner Deposition and Apex Order | N/A | Risk Assessments; Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex 1 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex 2 | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2689 | Ex A | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| 2689 | Ex B | N/A | Communications Strategy; Employee PII (email addresses) | Seal in Full |
| 2689 | Ex C | N/A | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Data Collection, Organization, and Classification; Driver Screening and Retention | Seal in Part |
| **ECF No. 2798** | | | | |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 2798 | Joint Letter Brief Regarding Defendants' Production of Safety Lense Snapshots in Defendant Fact Sheets | 2857 | Data Collection, Organization, and Classification | Seal in Part |
| 2798 | Ex 2 | 2857 | Data Collection, Organization, and Classification | Seal in Full |
| **ECF No. 3068** | | | | |
| 3068 | Plaintiff's Letter re Defendants' Responses to Bellwether Discovery | | Research and Analyses Concerning Internal Uber Data; Deactivation and investigation processes | Seal in Part |
| **ECF No. 3993** | | | | |
| 3993 | Ex 1 | 4036 | Data Collection, Organization, and Classification | Seal in Full |

53

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex 2 | 4036 | Employee PII (URL and password) | Seal in Part |
| 3993 | Ex E | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex F | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex G | 4036 | Data Collection, Organization, and Classification | Seal in Full |
| 3993 | Ex I | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex K | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex N | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex O | 4036 | Data Collection, Organization, and Classification | Seal in Part |
| 3993 | Ex Q | 4036 | Data Collection, Organization, and Classification | Seal in Full |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex T | 4036 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention Deactivation and Investigation Processes; Risk Assessments | Seal in Part |
| 3993 | Ex X | 4036 | Deactivation and Investigation Processes; Data Collection, Organization, and Classification; | Seal in Part |

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

| ECF No. of Sealing Motion | Exhibit No. or Name | Uber's Sealing Statement ECF No. | Categories of Content to be Sealed | Uber's Request to Seal |
|---|---|---|---|---|
| 3993 | Ex Y | 4036 | Deactivation and Investigation Processes; Data Collection, Organization, and Classification; | Seal in Part |
| 3993 | Ex Z | 4036 | Data Regarding Reports of Sexual Assault and other Sexual Misconduct; Research and Analyses Concerning Internal Uber Data; Driver Screening and Retention Deactivation and Investigation Processes; Risk Assessments | Seal in Part |

With respect to any documents for which the Court has denied Defendants' request to seal in full, but finds that the documents do contain confidential information in part, the Court DENIES Defendants' requests WITHOUT PREJUDICE. Defendants may seek to seal these documents, in part, within 14 days of this Order.

The Parties may submit supplemental briefing addressing sealing of The Updated Keller Report (ECF Nos. 4844-5, 4844-6, 4844-7, 4844-8 and 4844-9), the Chandler Supplemental Report (ECF Nos. 4844-3 and 4844-4), and the Stodden Supplemental Expert Rebuttal Report (ECF Nos. 4983-2 and 5044-2) within 14 days after Judge Charles R. Breyer rules on the Omnibus Motion to Seal pending before him.

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB

**IT IS SO ORDERED.**

Dated:_____

                                                Hon. Lisa J. Cisneros
                                                United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT OMNIBUS MOTION TO SEAL

Case No. 3:23-MD-3084-CRB