# EXHIBIT 24 FILED UNDER SEAL

We have had a few media inquires about this story and Valley Wag wrote this piece today. Our current statement is the following:

*Early reports on this ride are inaccurate. Based on the information we have at this time, this driver called 911 to ask for assistance with an intoxicated rider who requested an extended trip. Nonetheless, we have refunded the rider's trip and reached out to the rider for additional information.*

Here are the links to the actual info if you would like to dive into the details:

Rider Ticket: https://ubercab.zendesk.com/agent/#/tickets/11796893

Driver Ticket: https://ubercab.zendesk.com/agent/tickets/11887149

Trip: https://tools.uberinternal.com/t2/#!/trips/cb71d944-a4ae-46f9-bdf2-86574933de73

Rider: https://tools.uberinternal.com/t2/#!/clients/2889039/trips-notifications

Driver: https://tools.uberinternal.com/#/partners/4237125

Let me know if you have any questions and I will keep you apprised of any relevant updates.

Cheers

Phil

CONFIDENTIAL

UBER_JCCP_MDL_001098528