# EXHIBIT 26 FILED UNDER SEAL

Message
_____

**From:**      Phillip Cardenas ███████@uber.com]
**Sent:**      4/15/2015 4:37:35 PM
**To:**        Travis Kalanick ████@uber.com]
**CC:**        Michael Mizrahi ███@uber.com]
**Subject:**   Re: Importamy matter regarding sexual assault


On it.

On Wed, Apr 15, 2015 at 9:33 AM, Travis Kalanick ████@uber.com> wrote:
URGENT


On Wednesday, April 15, 2015, Travis Kalanick ████@uber.com> wrote:


---------- Forwarded message ----------
From: **April Aldrich** █████████@yahoo.com>
Date: Wednesday, April 15, 2015
Subject: Importamy matter regarding sexual assault
To: ████@uber.com" ████@uber.com>


  Hello Travis
My name is Mrs. Simonson. And I need to speak to you about a matter of sexual assault with your uber cabdriver. Please contact me as soon as possible. I'm expecting to hear from you in the next few hours. If I don't hear from you as soon as possible this will be going to the media as of today. It will be going to the media anyways.
Phone number ████████.

Thank you

Sent from my iPhone

CONFIDENTIAL