# EXHIBIT 53 FILED UNDER SEAL

**UBER_JCCP_MDL_000113000-UBER_JCCP_MDL_000113002**

We also agree to the following partnerships and grants (first year):

+NO MORE $125,000
+Raliance $175,000
+The National Network to End Domestic Violence (NNEDV) $175,000
+Women of Color Network (WOCN) $175,000
+Casa de Esperanza $175,000
+National Coalition of Anti-Violence Programs (NCAVP) $175,000
+A CALL TO MEN $175,000

CONFIDENTIAL

UBER_JCCP_MDL_000113002