# EXHIBIT 116 FILED UNDER SEAL

# Fwd: BACKGROUND CHECK UPDATE: Quotation

**From:**

Matt Sawchuk ▮▮▮▮▮@uber.com>

**To:**

Emily Weslosky ▮▮▮@uber.com>

**Date:**

Tue, 25 Mar 2014 17:14:29

**Attachments:**

Uber Proposal 1-23-13.docx (47.54 kB)

---

---------- Forwarded message ----------
From: **Matt Sawchuk** ▮▮▮▮▮@uber.com>
Date: Wed, Jan 23, 2013 at 12:15 PM
Subject: BACKGROUND CHECK UPDATE: Quotation
To: Ryan Graves ▮▮▮@uber.com>, ▮▮▮@uber.com, ▮▮@uber.com

Forwarded message:

**From:** Kennedy, Matt < ▮▮▮▮▮@hireright.com>
**To:** Matt Sawchuk < ▮▮▮▮@uber.com>
**Date:** Wednesday, January 23, 2013 11:46:54 AM
**Subject:** Quotation

Hi Matt –
I've put together a preliminary quotation for you.  We can discuss, but I'd like to point out a couple things:

- • I put together two packages, one is a very basic package which does a pretty good job flushing out any criminal activity based upon current residence.  The intent is to act as you 'backstop', and keep costs under control.
- • I put together a deeper search package for your review
- • A la carte:  a whole assortment of things you may choose from here, we can discuss in greater detail.  We are able to pull a 3-year DOT compliance history, not sure if this is relevant for your contractors or not, but I can get you more detail on this if you like.
- • Drug testing:  A proposal is included for a very standard panel.  Again, we can customize if you need.  If we need to convert to DOT-compliant, no problem.

Next steps:  It would make good sense to hop on the web and do a demo of our portal, where you would manage this entire process.  If you want to wait until you determine if we are a finalist, that's cool.  If you want to do it today, let's do it.

Thanks and talk to you soon,
Matt

Matt Kennedy
Enterprise Sales Manager, West Region
HireRight
Direct: ▮▮▮▮
▮▮▮▮@hireright.com
www.linkedin.com/pub/matt-kennedy/1/534/4a0/

**Intelligence to move forward.**

Confidential
CONFIDENTIAL

**HireRight**

**Follow Us:**

Confidential
CONFIDENTIAL