# EXHIBIT 157 FILED UNDER SEAL

**Safety Product FAQ/Media Support Doc**
Date: April 18, 2018

**What's Happening:**
Sachin and team will be assisting the product demonstrations at the University of South Carolina to highlight the tech and educate students on safety. We anticipate tough questions from students, in addition to media stopping by the experience.



CONFIDENTIAL

UBER000094970



CONFIDENTIAL

UBER000094971



**Q&A**

*Regulations*

**Q: What is Uber's position on illuminated trade dress/QR codes/any other legislative proposal?**
- There have been a lot of ideas raised over the last few days.
- Tech can help us find the safest, most effective solutions and we're always looking to build on our core safety features.
- But first we believe it's most important to check your ride before you get in the car - that's the license plate, car make/model, and driver photo  - and ensure it matches what's in your app.

CONFIDENTIAL

UBER000094972

*If pressed:*

- We will continue working with legislators, law enforcement, and universities to focus on the most effective measures to put safety first.

**Q: What about your Beacon product - what are your plans for that? Your web site says that Beacon "takes the guesswork out of finding your riders," why oppose illuminated trade dress?**
- We are piloting that product in several cities and evaluating how it fits into the most effective strategy for safety.
- Beacon is meant to be an additional layer in helping to find a car, not a replacement. The information the rider receives in the app is still the best way for them to verify that they are getting into the right car.

*Samantha Josephson tragedy*

**Q: How is Uber responding to this tragedy?**
- What happened to Ms. Josephson was a horrifying crime and her family remains in our hearts and prayers.
- We are working with the University of South Carolina on a national campaign to help students be safe and avoid fake rideshare drivers. This includes:
  - Emailing every Uber rider in the U.S. with Check Your Ride safety tips
  - Running social media ads and ads in college newspapers
  - Adding new push notifications for pickups to remind riders to check their ride.
- We've been working with law enforcement for several years to educate the public about this issue.
- We want to make checking your ride synonymous with Uber.

**Q: How effective do you think this will be?**
- We've designed this so that there are reminders to check your ride throughout the process of ordering an Uber.
- From the moment you open the app, just before the driver arrives, and when you look at the map screen before the trip starts the rider will be reminded to check your ride.

**Q: Is it appropriate to have Uber T-shirts and "swag" at this event?**
- All of us are heartbroken over this tragedy. We are honoring the University's request to have some Uber gear at this event.

> **Commented [1]:** ████████ @uber.com
> ████████ @uber.com   ████████ @uber.com
>
> **Commented [2]:** Thank you, v important add. let's ensure it's part of main comms doc too.

**Q: How can I check my ride?**
- Every time you take a trip with Uber, make sure you're getting into the right car with the right driver by matching the license plate, car make and model, and the driver photo with what's provided in the app.
- You can also ask "Who are you here to pick up?"
- That's what I tell my wife, my daughter, and any of my loved ones who use Uber.
- Never get in a car with a driver who claims to be with Uber but doesn't match what is in your app.

**Q: Should Uber have done more to prevent crimes like what happened in South Carolina?**
- You're never going to hear me say that we have done enough when it comes to safety.

CONFIDENTIAL

- We must always work hard to do more and do better on safety.
- This means educating the public about how to use Uber safely, launching multiple new safety features and strengthening our background checks, which we've done.
- But it also means constantly taking a hard look at what more we can do.

**Q: If Uber had done more before, would Samantha Josephson be alive today?**
- Uber has been working with law enforcement for several years to increase public awareness about this important issue.
- What I do know is the Josephson family has suffered a devastating loss and my heart breaks for them.

**Q: What would you say to Samantha's family?**
- My heart goes out to you, our hearts go out to you, and I am so sorry for your loss.

**Q: Has Uber spoken with the Josephson Family? Do they support all of this?**
- We have been in touch with the family and I'm not going to discuss any private conversations.
- I will say that my heart breaks for them and their loss.

**Q: The university launched a "What's My Name" campaign - do you support it?**
- We do support it and we applaud the university for increasing awareness on this.
- It's very aligned with our work to encourage riders to check their ride before they get in the car.
- We want every rider to know how to ride safely.
- This means confirming the license plate, car make and model, and the driver photo with what's provided in the app, and asking the driver who they are here to pick up.

*LA Lawsuit*

**Q: You are being sued in Los Angeles by three women who say you left them as sitting ducks for predators who sexually assaulted them - what is your reaction?**
- I can't comment on the lawsuit.
- What I can do is tell you is that it's extremely important for everyone who uses Uber to check their ride before they get in the car and ensure the license plate, car make / model, and photo match what's in the app.
- We have been working with local law enforcement, including the LAPD, to educate the public about how to avoid fake rideshare drivers for several years.
  - Launched a campaign with law enforcement in 2017.
  - Our law enforcement team briefed more than 65 police agencies on this information and distributed this information at law enforcement conferences.
  - We sponsored the International Association of Campus Law Enforcement Administrators annual conference and supplied Check Your Ride awareness materials for their students.
  - Include this information in our safety tips.

**Q: What is the status of the transparency report you have promised to put out detailing Uber's incidents?**
- We've committed to publishing a transparency report this year and we're on track to do so.
- When we release this report, which is a very intensive effort, we want it to be accurate and useful

UBER000094974

- We'll keep you posted.

*IPO*

**Q: We understand Uber is set to go public next month with a valuation of $100 billion - lower than estimates. What is your reaction?**
- Unfortunately, as you can probably understand, I'm not able to comment on any IPO-related questions.
- What I can talk to you about is the work we're doing to raise the bar on safety in the communities we serve.

**Q: Your S1 cites safety as a "risk factor" - is Uber concerned horrible incidents like this may affect your IPO?**
- Safety is a business imperative - it's also the right thing to do.
- There's nothing more important than the safety of the people we serve.
- Since our new leadership team took over, we have strengthened the safety of our platform with new technology, features, and better background checks, and will continue to do so.

###

CONFIDENTIAL                                                                                                    UBER000094975