# EXHIBIT 178 FILED UNDER SEAL

**Sent:** Thu, 5 May 2016 00:03:23 -0700
**Subject:** Fwd: Uber Fingerprinting Background Checks
**From:** [Confidential]
**To:** Ryan Graves [██] @uber.com>

[Confidential]

Finger-Print-Application.pdf
Uber Master Name File Fingerprinting by State.xlsx

---------- Forwarded message ----------
From: **Michael Jones** [██] s@science-inc.com>
Date: Wed, May 4, 2016 at 9:28 AM
Subject: Fwd: Uber Fingerprinting Background Checks
To: [Confidential]

Thanks,
M

-----------------------------------------
Science, CEO
Michael Jones
[██]@science-inc.com
@mjones

Begin forwarded message:

**From:** [Confidential]
**Subject: Uber Fingerprinting Background Checks**
**Date:** May 4, 2016 at 9:27:00 AM PDT
**To:** [██]@science-Inc.com, [Confidential]

Morning Mike,

Attached is the resume. Page two (2) if you review the section "New Jersey State Police Technical Bureau 1995" relates to the fingerprint training that I had mentioned. In addition I'm able to decipher all Criminal History reports that are generated by the FBI or any State agency.

I attached an example form, Sagem Morpho that would be required for the submission of an individual fingerprints (form could vary state to state). Depending upon locations, the fee that would be required by the applicant would vary.

An example of the review and determination of an individual with a criminal history could be detailed in a simple database. By having individuals fingerprinted you can also determine where if any crimes may have been committed in comparison to the state that they reside in.

Regarding the Sagem Morpho form, section (1) Originating Agency Number (ORI #). This would be a requirement that would need to be obtained from the FBI or the California Department of Justice. They would make the determination if the Corporation is eligible.

The additional question I would ask Uber if it's not already in writing is how they would determine eligibility to operate as an Independent Contractor with a Criminal History.

Confidential
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

The Criminal History check should be completed annually in my opinion. Additionally, a Driver Abstract should also be obtained to determine the status of each driver.

These annual requirements could be a very proactive position that Uber can be in front of.

Thank you for taking the time and offering my service,

**Confidential**

Confidential
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES-ONLY

UBER26463
UBER-MDL3084-000127199