# EXHIBIT 127 FILED UNDER SEAL

## Message

---

**From:**       Dara Khosrowshahi ▮@uber.com]
**Sent:**        12/6/2019 1:32:50 PM
**To:**          Jesus Rebollo ▮▮▮▮@uber.com]
**CC:**          Gus Fuldner [▮@uber.com]; Jill Hazelbaker [▮@uber.com]; Tony West [▮@uber.com]
**Subject:**     Re: Our first US Safety Report

Thank you Jesus - it was an enormous amount of work from a cross functional team.  Really appreciate the support!

On Fri, Dec 6, 2019 at 1:59 AM Jesus Rebollo <▮▮▮▮@uber.com> wrote:
Hi Dara
Kudos to you and the ET for this impressive initiative. This is what being a leader means to me. Ever felt more proud to be in this company.
Have a great weekend
Jesus

On Fri, Dec 6, 2019 at 12:29 AM Dara Khosrowshahi <▮@uber.com> wrote:
Team Uber,

In a few moments, we will release our US Safety Report, the first of its kind for the ridesharing industry. The report covers 2017-2018 and includes data on three types of serious safety incidents (motor vehicle fatalities, fatal physical assaults, and sexual assaults), as well as information about our safety processes, technologies, and investments.

This is a very important moment for Uber, and a key part of the Stand for Safety effort that we began two years ago.

**Your first question is probably: why are we doing this?**

Most companies wouldn't proactively disclose the bad things reported to happen on their platform, especially when it comes to sexual assault. And that's understandable. I would be lying if I said this was a simple decision for us. Gus, Jill, Tony, Mac, and I had plenty of debate about what to do—but ultimately we came to the shared belief that being a true leader requires that we do the right thing, which means acting with transparency, embracing accountability, and making decisions without fear of bad headlines.

Safety is a really hard problem, but confronting hard problems requires honesty and a willingness to challenge the status quo. Most importantly, keeping this information secret doesn't make anyone safer. By bringing hard data to bear, we can help people understand the real scope of the issue, drive innovations on safety, and move the industry forward with best practices that benefit everyone.

**Your second question is likely: what does the data show?**

Every incident included in the report affects a real person—a rider or driver who chose Uber and then had something go wrong. These numbers represent real, often traumatic, experiences, and while we may never be able to get them to zero, that should always be our north star. With that in mind, I'm encouraged the data shows that, overall, safety incidents are statistically very rare when considered against the 2.3 billion US trips completed in this timeframe: 99.9% of trips ended without any issue; only 0.1% ended with a safety-related report (mostly complaints about driving behaviors, like harsh braking); and only 0.0003% of trips had a type of serious incident included in the Safety Report.

CONFIDENTIAL

On the road safety side, in both 2017 and 2018, fatal crashes on Uber happened about half as frequently as the US national average. When it comes to sexual assault, the most serious type of incident was reported in approximately 0.00002% (or 1 in 5,000,000) of trips. We were intentionally overinclusive with these incidents, and included reports even if they were not reported to occur on-trip or law enforcement was not involved.

One other point to call out in the data: while nearly all the news coverage we read focuses on safety incidents experienced by riders, around half of the sexual assault reports actually came from drivers. This is a clear reminder that we have a responsibility to help keep both riders and drivers safe.

**So, what now?**

Overall, the numbers are heading in the right direction. The rate of sexual assault reports decreased 16% on average from 2017 to 2018, and early estimates for the first half of 2019 show a further 17-20% decrease. That said, we recognize that releasing this report might drive the numbers up because more people will feel comfortable reporting incidents to us—and that is a good thing. And while it's hard to determine causation, the current downward trend only reinforces for me the importance of our Stand for Safety work, and that we must continue to invest heavily across the company.

In 2020 and beyond, we will continue to raise the bar on safety, not just in the US, but globally. Some of the new technologies we are developing—like audio recording—may be controversial, but I believe it's our duty to try out new things if we believe they could improve safety. Of course, we will also need to make sure they are effective and fair, but we will continue to aggressively build, pilot, and launch products that can drive down safety incidents. And we will use what we've learned in putting together the US report to guide our approach in other markets around the world.

Lastly, it goes without saying that we expect a lot of public attention on this report over the next few days. I suspect many people will be surprised at how rare these incidents are; others will understandably think they're still too common. Some people will appreciate how much we've done on safety; others will say we have more work to do. They will all be right. In the long run, we will be a better company for taking this step today—because I firmly believe that companies who are open, accountable, and unafraid are ultimately the companies that succeed.

We'll be moving the All Hands to Monday, December 9, to take your questions. We've also prepared some FAQs you can use with friends and family, and I'd encourage you to read Tony's blog post as well as the full report.

I want to close by saying how proud I am of the team who has spent the last 18 months preparing for today. They have pioneered entirely new approaches to tracking and classifying these types of safety reports, and have built relationships with dozens of experts and advocacy groups to inform our approach along the way.

It's my view that releasing this report will stand the test of time as one of the most important actions we've ever taken as a company—and will show the world that when we say we stand for safety, we mean it.

Dara

--
Jesús Rebollo
Head of Enterprise, EMEA Uber Eats

CONFIDENTIAL

@uber.com |

CONFIDENTIAL

UBER000020510