# EXHIBIT 128 FILED UNDER SEAL

## Message

---

**From:**        Brooke Anderson [████████@uber.com]
**Sent:**         4/13/2018 1:33:41 AM
**To:**           Andrew Hasbun [████████@uber.com]
**CC:**           Jill Hazelbaker [█@uber.com]; Matt Kallman [█████@uber.com]; Central Comms [████████@uber.com]
**Subject:**      Round 3: Safety Day Coverage
**Attachments:**  Screen Shot 2018-04-12 at 6.29.56 PM.png

Hi Jill and team, here's the latest!
B

**Dara Safety Day Coverage: 3rd Edition**
**April 12, 2018**

## Overview

Following the morning push, press attention moved toward the new safety features, including 911 assistance, trusted contacts and the addition of Jeh Johnson. Dara's blog was heavily quoted and the story remains on TechMeme. The NYT's Mike Isaac tweeted the blog and noted the announcement was "smart" and "more than what competitors and Taxi services offer." Broadly the features were described as "positive" and "much-needed." The AP story has been syndicated to over 380+ outlets including The New York Times, Business Insider, CNBC and The Washington Post.

More than 25 lifestyle, travel and parenting editors & reporters from consumer outlets - including Vogue, Cosmopolitan, Woman's Day, InStyle, Good Morning America and more - joined Dara and the product team for a live demo of our new safety features. Over lunch, they had the chance to chat with Dara and hear why he personally made safety the top priority at Uber and what he was doing about it. This was the first time we truly were on the front foot regarding safety with our target demographic - millennial women, parents & families, and other main street consumers - and it was really well received.

Dara finished out his day at the Travel Safety Summit, addressing 70+ travel and transportation executives- including the CEOs of United Airlines, Booking.com, and Hertz- about the importance of the industry's collaboration to promote safety and prevent sexual assault.

Next up: former Secretary of Homeland Security Jeh Johnson will appear on CNBC's Squawk Box first thing tomorrow morning to discuss his new appointment as Chairman of Uber's Safety Advisory Board.

## Key Quotes

- 
- Refinery29: "In addition to proving useful when accidents occur, Khosrowshahi also expressed hope that the ease of calling 911 will serve as a form of prevention. 'If it's a sexual predator, they're going to look for a dark corner," he said at an event announcing the updates today. "Our message to the world is that Uber has the lights on.' Khrosrowshahi was speaking to the app. However, his words could also be interpreted as a strong statement about Uber's new direction under his guard."
- 
- 
- Fortune: "The changes are among the first big moves by Uber's new CEO Dara Khosrowshahi"

## National Coverage

**Refinery29:** With New Features, Uber Makes A Strong Point About Safety
**Washington Post:** Uber is adding safety features that it has resisted for years.
**Power Lunch on CNBC:** Uber To Begin Background Checks On Drivers
**Denver Post:** Denver Uber passengers wil test drive new 911 feature this summer
**Fortune:** Uber to screen drivers backgrounds more often

CONFIDENTIAL                                                                          UBER000050727

**Huffington Post**: Uber launches panic button 3 years after doing one in India
**CNN:** Uber tightens driver background checks
**Yahoo Finance**: Uber launches new safety features
**CBS News:** Uber to step up background checks for drivers
**Slashgear**: Uber unveils new safety features, but will they ease rider concerns?
**Gizmodo:** After Nine Years and Billions of Rides, Uber Says It's Now 'Getting Serious About Safety'
**TODAY:** Uber introduces New Safety Features Including 911 Access in App
**Mashable:** Uber will now run background checks on drivers every year

## Key Tweets

Mike Isaac, NYT

Laura Brounstein, Cosmopolitan Magazine

UBER000050728



Andrea Stanley, Seventeen Magazine

Christian Perea, Rideshare Guy writer

RapidSOS

NENA

On Thu, Apr 12, 2018 at 9:37 AM, Andrew Hasbun <​███████@uber.com> wrote:
Hi Jill & Team,

Following Dara's interview with Savannah Guthrie on TODAY and our AP exclusive, initial coverage focused on screening improvements, the emergency button, and how Uber is evolving under new leadership.

Across the board, the changes came across as quite "sweeping," described as a "major safety overhaul" and "long-overdue." Reuters called the announcement the "latest in a package of measures designed to improve the global ride hailing company's popular image."

As expected given Uber's historic background check issues, there's much interest in the improvements to our screening process. Many outlets took the lead of the AP, saying the announcements "boost" or "beef up" our screening process.

Next up: Dara's consumer lunch with 27+ top tier consumer and lifestyle journalists.

## Media Quotes

- "Khosrowshahi could not have appeared more differently from Kalanick during his interview with NBC's Savannah Guthrie. Khosrowshahi simultaneously came across as polished and humble while employing a charm offensive that has seemingly worked well for him during an apology tour of sorts as Uber tries to rehabilitate its image with customers and government authorities around the world." - Fortune

CONFIDENTIAL
UBER000050730

- "For travelers, especially solo travelers, the new update offers one key feature: a way to automatically share your trip, in real time, with selected contacts every time you get in a car." - Conde Nast Traveler
- "Uber's new CEO has taken a sharp turn in an attempt to move the company forward on safety issues" - NBC News

## National Coverage
**TODAY Show:** Full Live Interview + Full Segment with set-up piece
**NBC:** Uber introduces new safety features, including 911 access on its app
**The Wall Street Journal:** Uber CEO Says Self-Driving Cars Are 'Student Drivers'
**AP:** Uber to up its background checks for drivers
**The Verge:** Uber adds an emergency button to its app
**Axios:** Uber looks to ramp up rider safety with criminal background checks
**Conde Nast Traveler:** Uber Adds Safety Features for Passengers, Background Checks for Drivers
**Fortune:** Uber CEO Dara Khosrowshahi on Customers' Personal Data: 'We Don't Try to Monetize It'
**Reuters:** Uber launches new safety features for U.S. riders
**Engadget:** Uber unveils much-needed passenger safety features
**TechCrunch:** Uber announces new safety features
**CNBC:** Uber boosts security with background checks and 911 integration
**San Jose Mercury News:** Uber to up its background checks for drivers
**Newsmax:** Jeh Johnson to join Uber's Safety Advisory Board
**CNET:** Uber rolls out safety features, Including faster 911 calls
**PopSugar:** Uber doubles down on passenger safety with new features

## Local Coverage
**New York Post:** Uber adds safety features to app, including direct dial to 911
**KOMO - Seattle**
**WOGX - Gainesville**
**KMGH - Denver**

--



Andrew Hasbun
Senior Communications Associate, Safety

@uber.com | uber.com

CONFIDENTIAL

--
Brooke Anderson
Uber Communications

CONFIDENTIAL

UBER000050732