# EXHIBIT 130 FILED UNDER SEAL

Message

_____

**From:**       Travis Kalanick [███@uber.com]
**Sent:**       3/3/2016 5:02:22 PM
**To:**         ███@uber.com
**Subject:**    Accepted: Transparency Report deep dive w/ TK @ Mon Mar 28, 2016 5pm - 5:30pm (███@uber.com)
**Attachments:** invite.ics



**Travis Kalanick has accepted this invitation.**
## Transparency Report deep dive w/ TK
Hi there,

Kelly Kinlock is inviting you to a scheduled Zoom meeting.

Join from PC, Mac, Linux, iOS or Android: ███████

Or iPhone one-tap: ███████# or ███████#

Or Telephone:
Dial: +███ (US Toll) or +███ (US Toll)
███ (Indonesia Toll)
███ (Philippines Toll)
███ (Thailand Toll)
███ (Vietnam Toll)
███ (Taiwan Toll)
███ (United Arab Emirates Toll)
███ (US Toll Free)
███ (US Toll Free)
Meeting ID: ███
International numbers available: ███

Or ███ room system:
H. ███ (US West) or ███ (US East)
Meeting ID: ███
SIP: ███@zoomcrc.com


When        Mon Mar 28, 2016 5pm – 5:30pm Pacific Time

Where       ███, SFO | 1455 Market - 04th Boston (10) (R) (map)

Calendar    ███@uber.com

Who         • ███@uber.com - organizer
            • ███@uber.com - creator
            • Sarah van Vliet
            • ███@uber.com
            • ███@uber.com
            • ███@uber.com
            • Travis Kalanick
            • ███@uber.com - optional

CONFIDENTIAL

Invitation from Google Calendar

You are receiving this email at the account ▓▓▓▓▓@uber.com because you are subscribed for invitation replies on calendar ▓▓▓▓▓@uber.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

CONFIDENTIAL                                                                                    UBER_JCCP_MDL_001626780