# EXHIBIT 132 FILED UNDER SEAL

Message

---

**From:**        Jeanne M. Christensen [jchristensen@wigdorlaw.com]
**Sent:**        4/26/2018 12:02:19 PM
**To:**           █@uber.com
**CC:**           Kenneth Walsh █@wigdorlaw.com]; █@uber.com; █@gmail.com; █@thriveglobal.com; █@uber.com; █@benchmark.com; █@veon.com; █@cit.com; █@tpg.com
**Subject:**    Letter to Uber Board
**Attachments:**  Open Letter to Board, Uber.pdf

Dear Board:

Attached please find a letter from a number of our clients to you.
For those women involved in pending litigation, we have notified Uber's counsel.

Regards,

Jeanne M. Christensen

**Jeanne M. Christensen**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: █ | Cell: █

jchristensen@wigdorlaw.com
www.wigdorlaw.com

 Please consider the environment before printing this e-mail

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

UBER_JCCP_MDL_001103773