# EXHIBIT 139 FILED UNDER SEAL

Message

**From:**    Jill Hazelbaker ███@uber.com]
**Sent:**    3/4/2016 7:38:38 PM
**To:**    Rachel Whetstone [██████@uber.com]
**BCC:**    ██@uber.com
**Subject:**    Fwd: Urgent Inquiry - BuzzFeed News

what a jerk

On Fri, Mar 4, 2016 at 11:36 AM, Charlie Warzel <████████@buzzfeed.com> wrote:
Jill,

It strikes me as peculiar that Uber would need this much time and would have to run huge data sets to determine legitimate claims of rape and sexual assault and the drivers that were dismissed from these claims. That said, we can give until 9am EST tomorrow under the condition that we have hard numbers on record for our two questions (How many of these tickets were legitimate claims of rape and sexual assault? How many drivers were dismissed as a result of these claims?). Otherwise we will need to publish the numbers we have with the appropriate caveats.

Thanks,

Charlie

On Fri, Mar 4, 2016 at 1:21 PM, Jill Hazelbaker <██@uber.com> wrote:
Hi Charlie -

Off the record, our teams have spent the past 20+ hours analyzing the data and the screenshots by themselves significantly overstate the issue. For example, if an email address or rider/driver last name contains "rape" in their last name it will be included when queried. For context, there are more than 11,000 riders with the sequence "rape" in their name and more than 17,000 riders with sequence "rape" in their email.

This is just one example of many that should help clarify what you're looking at (which is, I agree, alarming without any context.)

All that said, running these large datasets does take some time and I'm not going to be able to meet your noon deadline. Could we please have a bit more time? I imagine you didn't start working on this story when you emailed me at 2:40 yesterday.

Thanks -

Jill

UBER000190165
UBER_JCCP_MDL_000170063

On Thu, Mar 3, 2016 at 2:40 PM, Charlie Warzel <█████████@buzzfeed.com> wrote:
Jill,

My colleague Joe Bernstein and I have been reporting out a story and we have obtained screenshots from a former customer service representative of Uber's Zendesk backend. The search shows roughly three years of data from December 2012 to mid-August 2015. We've now been able to obtain independent verification of these screenshots.

In one screenshot, a search query for "sexual assault" returns 6,160 rider/driver complaint tickets. A search for "rape" returns 5,827 individual tickets. Other variations of the terms yield similarly high returns; a search for "assaulted" shows 3,524 tickets, while "sexually assaulted" returns 382 results.

How many of these tickets were legitimate claims of rape and sexual assault? How many drivers were dismissed as a result of these claims.

We're planning to run the story tomorrow — we'd like to have a response by 12 noon, PST. I'm happy to discuss this more over the phone if need be. I'm at █████████.

Thanks,

Charlie

**Charlie Warzel** | **BuzzFeed** | Senior Writer | ███████████ | @cwarzel
40 West 23rd Street, 5th Floor, New York, NY 10010

--

**Charlie Warzel** | **BuzzFeed** | Senior Writer | ███████████ | @cwarzel
40 West 23rd Street, 5th Floor, New York, NY 10010

CONFIDENTIAL