# EXHIBIT 75 FILED UNDER SEAL

Message

CONFIDENTIAL

UBER000148185

UBER_JCCP_MDL_000128083

On Fri, Oct 27, 2017 at 2:06 AM, Dara Khosrowshahi ███████████ wrote:
Gang - I need you to brainstorm for me re a Camera safety potential product - the pitch:

1.  we introduce a networked camera system into the Uber network to provide unparalleled safety for drivers and riders alike.
1a.  May work like the police camera systems that are now becoming more ubiquitous that companies like Axon build (note, my cousin Hadi is on the BOD of Axon - used be called Taser - maybe he can help)
2.  Camera has to be cheap - we provide for our drivers or they have to buy in.  Pricing model tbd.
3.  Camera turns on when a driver is giving a ride, automatically when the rider steps in.
4.  Once the ride is over, the video of the ride is automatically erased (ala Snapchat).  We have to make sure this tech is unbreakable ...
5.  If EITHER rider or driver have had an issue on the ride, they can push a button and a video of the ride is sent to a central location to be resolved.  The other party is made aware that the video is being tagged (again, ala Snapchat).
6.  Central group watches the video along with complaint related.  Resolves as to if there was any issue.  If any issue, then it is put in process (tbd).

Qs:
A.  Is the tech there?
B.  Is it cheap enough?
C.  Other ideas (ie different from above)
D.  Can we/should we charge a premium for it (ie if we brand it)?

I guess the real Qs are if it can work and determining A and B before we get into the business model.  If we provide it for free for our drivers then it can be a lock in (esp in the US and other developed countries where it might make sense $-wise to provide for free)

Can y'all discuss and brainstorm on this and come back to me ...
--
Best,
DK

CONFIDENTIAL

UBER000148186
UBER_JCCP_MDL_000128084