# EXHIBIT 84 FILED UNDER SEAL

Message

___

**From:** Sachin Kansal [sachin.kansal@uber.com]
**Sent:** 12/2/2018 7:54:33 AM
**To:** Hollis Shoor [hollis@uber.com]; Kate Parker [kateparker@uber.com]; Brooke Anderson [brooke.anderson@uber.com]; Eric Schroeder [eric.schroeder@uber.com]; Tracey Breeden [tbreeden@uber.com]; Carley Lake [carley@uber.com]; Johnathon Purcell [johnathon@uber.com]; Rebecca Payne [rebecca.payne@uber.com]; Gus Fuldner [gus@uber.com]; Scott Binnings [binnings@uber.com]
**Subject:** Re: Women are having #MeToo issues with their Uber and Lyft drivers, survey says



**From:** Hollis Shoor <hollis@uber.com>
**Date:** Saturday, December 1, 2018 at 12:07 PM
**To:** Kate Parker <kateparker@uber.com>, Brooke Anderson <brooke.anderson@uber.com>, Sachin Kansal <sachin.kansal@uber.com>, Eric Schroeder <eric.schroeder@uber.com>, Tracey Breeden <tbreeden@uber.com>, Carley Lake <carley@uber.com>, Johnathon Purcell <johnathon@uber.com>
**Subject:** Women are having #MeToo issues with their Uber and Lyft drivers, survey says

I can only imagine what the narrative will be like after the release of the transparency report.

A couple reactions to a recent study about sexual violence in Ubers

• 23%, nearly 1 in 4, of women have had an uncomfortable encounter with an Uber driver with 8% having to get the police involved.  This seems way too high.  We need to have higher standards.  It also makes Uber sounds less safe than Lyft with 15% of female riders indicating they had an encounter.

• Our safety differentiation story is not coming through yet.  Other than the emergency button, no real differences, between Uber and Lyft.  In my opinion the on-going criminal screening process was unclear and got lost in the story.  The differences are more explicit in the alarms.org press release.

• This is another story encouraging us to explore women drivers for women riders.  Our silence makes it seem like we are deaf to the message.

• As we have been saying in our internal research, riders are taking safety into their own hands.

• The one positive note, is the women rides still consider us safer form of transportation compared to taxis, professional car services, and public transportation

Press stories:
https://www.alarms.org/uber-lyft-womens-safety-report/
https://www.star-telegram.com/news/traffic/your-commute/article222314585.html

CONFIDENTIAL

UBER_JCCP_MDL_000369474