# EXHIBIT 166 FILED UNDER SEAL

Message
_____

**From:**      Sarfraz Maredia [ ███████ @uber.com]
**Sent:**      10/23/2017 11:50:34 PM
**To:**        Kayla Whaling [ ███████ @uber.com]
**CC:**        David Brightman [ ███████ @uber.com]; Texas Public Affairs [ ███ @uber.com]; Rebecca Remington
               [ ███████ @uber.com]; Billy Kewell [ ███████ @uber.com]
**Subject:**   Re: Bexar County Allaged Assault


Thanks Kayla. Appreciate you being all over this.

Sarfraz

On Oct 23, 2017, at 6:04 PM, Kayla Whaling [ ███████ @uber.com> wrote:

All - I've received inquiries from Telemundo, San Antonio Express News and SA Current. Below is what I'm providing to reporters.

**Statement:**
"What's been reported is horrible and is something that no one should have to go through. As soon as we were made aware, we immediately removed this driver's access and worked with Bexar County Sheriff's Office to provide information for their investigation."

On Mon, Oct 23, 2017 at 1:29 PM, David Brightman < ███████ @uber.com> wrote:
  +*Sarfraz for visibility*

  Thanks, Kayla.  Please keep us posted.

On Mon, Oct 23, 2017 at 2:55 PM, Kayla Whaling [ ███████ @uber.com> wrote:
  Hey all - Giving you a heads up on this story as well as the affidavit filed today by Bexar Country Sheriff's Office on an alleged sexual assault on Feb. 25. JIRA here: ████████████████████████

  Police are very appreciateive of our quick response following the allegation oln this case. After DNA results came in, they made the arrest today.

  We don't have any media inquiries at this time but anticipate this to get more attention tonight.

  I will monitor and update as needed.

CONFIDENTIAL                                                          UBER_JCCP_MDL_001511613