RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY** |
| ALL ACTIONS | Judge:       Hon. Lisa J. Cisneros |
| | Courtroom:  G – 15th Floor |

DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY                    CASE NO. 3:23-MD-03084-CRB

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
    oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY

## DECLARATION OF FRANK CHANG

I, Frank Chang, declare as follows:

1.    I am over 18 years of age, of sound mind, and competent to make the statements in this declaration. This declaration and information is provided pursuant to and under the provisions of the protective order previously entered in this matter.

2.    This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion to Compel Custodial Discovery, filed on August 19, 2024.

3.    I am the ███████████████████████ for Uber Technologies, Inc. ("Uber"). I have held this role since March 2022. My job responsibilities include supervising global teams that develop the technology and science supporting the ██████ ████████████ which includes ██████████████████ ██████████████████████████████████████████████ ████████████████████████████. I currently manage a team of 236 employees located across 6 countries.

4.    The safety- and risk-related work that my teams manage expands far beyond the issues relevant to this Action. For example, my teams' safety-related work has touched on issues related to fraud detection, COVID-19, crash detection, self-driving cars, and cyber risk, as well as issues that are relevant only to foreign jurisdictions (e.g., cash payments).

5.    I joined Uber in March 2014. Between March 2014 and March 2022, I held various positions with Uber including ████████████████████ ██████████████████████████████████████████████ ████████████████.

6.    My job responsibilities throughout my tenure at Uber have been varied in focus and global in scale. For example, as ██████████████████████, I supervised a team of people focused on developing technology and science supporting ████████████, encompassing ██████████████████ ██████████████████████████████ The ████████████ I oversaw

DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY

were responsible for financial forecasting of reserves and insurance costs for all of Uber's business units, globally. In addition, I spent a substantial amount of time in 2018 focusing on building a technology center in Brazil with our ████████████████████ ████████████████.

7.    I do not currently, and have never, typically become involved with specific incidents, investigations, or complaints. None of my roles at Uber caused me to personally handle any ticket or document created with respect to the allegations of the cases consolidated in this Action, and, the goals and responsibilities of my roles would not have afforded the opportunity to become involved in specific incidents.

8.    I currently have 8 direct reports, including ████████████████ who is Uber's ████████████████████ and who I understand is an agreed-upon document custodian in this Action. ████████████ has worked in data science at Uber for almost a decade, and in her roles has held direct and primary responsibility for maintaining safety incident data at Uber. This includes pulling safety data required to be submitted to the California Public Utilities Commission.

9.    ████████████ was intimately involved in the development of Uber's Sexual Misconduct and Sexual Violence Taxonomy. From the data-science perspective, ████████████ held direct and primary responsibility for managing relationships with related partners, including the National Sexual Violence Resource Center and the Urban Institute. ████████████ also led data collection and auditing processes for Uber's 2017-2018 and 2019-2020 Safety Reports. She was also involved in authoring both Safety Reports.

10.    ████████████ involvement in these matters has been co-extensive to, and in fact far more encompassing and granular than, my own. She was involved in drafting the methodology and data standards section of the Safety Reports, while I was a reviewer and editor only. ████████████ would have been copied on most, if not all, substantive communications I sent and received concerning these matters and is likely to have superior access to materials relevant to this litigation.

4

DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY

11.    In addition to ▮▮▮▮▮▮▮, several other current and former Uber employees who have been deeply involved in producing and publishing the Safety Reports have already been designated as custodians in this Action, including ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was also closely involved in producing and publishing the 2019-2020 U.S. Safety Report.

12.    I report directly to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ who I understand is also an agreed-upon document custodian in this Action and a member of Uber's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is the functional equivalent of a ▮▮▮▮▮▮▮▮ would have been party to relevant, substantive, and/or executive-level communications that I participated in without ▮▮▮▮▮▮ involvement, if any. Any such communications would therefore be presumptively available through the ongoing search of Mr. Fuldner's custodial file.

13.    I do not have unique or superior knowledge to those individuals who I understand are already selected as custodians of information concerning the facts or allegations of this lawsuit.

Executed on August 26, 2024, at San Francisco, California.

Signed by:

*Frank Chang*

C41D14D47F05431...

FRANK CHANG

---

5

DECLARATION OF FRANK CHANG IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY