# GZJ KDKV 6:

**From:** Nairi Hourdajian ▮▮▮@uber.com]
**Sent:** Wednesday, March 19, 2014 2:03 PM
**To:** Andrew Noyes
**Subject:**

# UBER BACKGROUND CHECKS

MARCH 19, 2014
POSTED BY NAIRI

## UBER BACKGROUND CHECKS

Whether you're living it up on date night with UberBLACK, catching an affordable trip across town with uberX or splitting a fare with friends in an UberSUV, you can rest assured that every driver on the Uber system has been thoroughly screened.  So tap that app, sit back and relax.

For UberBLACK, uberTAXI, UberSUV and UberLUX, all drivers meet local licensing requirements, which often include background checks as part of their city's or state's commercial licensing process. For uberX with ridesharing, Uber leads the industry with our safety and insurance policies – and that includes best-in-class background checks for drivers conducted by Hirease.

### What exactly is involved in Uber's background checks?

As part of the background check process that a ridesharing partner for uberX undergoes – the most stringent in the ridesharing industry – a driver must clear the following checks, going back seven years:

- County courthouse screen for every county of residence;
- Federal courthouse screen;
- Multi-State Criminal Database background check;
- National Sex Offender Registry screen
- Motor Vehicle Record (MVR) check

### What disqualifies a driver?

In addition to rejecting any driver with a criminal or violent offense on his/her background check, Uber maintains a zero tolerance policy for drug and alcohol offenses.

Uber's ridesharing partners must also have a clean driving record with no more than three minor violations on their record in the past three years.  Uber has a zero tolerance policy on major

CONFIDENTIAL

UBER00011827
PMM00035173
UBER-MDL3084-000320357

incidents, such as DUI or reckless driving.

**How does Uber confirm addresses of residence?**

Uber uses a social security screen to verify addresses of residence.

**The bottom line**

This best-in-class approach ensures that every ride on the Uber platform is the safest option available for riders, drivers and the communities served by ridesharing.

Questions about our background check or screening policies? Email us at ██████████@uber.com.

Certificate of insurance

CONFIDENTIAL

UBER00011828
PMM00035174
UBER-MDL3084-000320358