# EXHIBIT 13

Message
_____

**From:** Emil Michael [████████████]
**Sent:** 12/11/2014 8:22:46 PM
**To:** Andi Pimentel [████████████]
**CC:** Adria Hou [████████████; Kirsten Thompson [████████████]
**Subject:** Re: Uber and women's safety ideas | From Adria and Andi

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

Sincerely,

Emil

_____
Emil Michael
SVP of Business, Uber Technologies Inc.
████████████████████

_____

**From:** Andi Pimentel <████████████>
**Date:** Thursday, December 11, 2014 at 12:03 PM
**To:** Emil Michael <████████████>
**Cc:** Adria Hou <████████████>, Kirsten Thompson <████████████>
**Subject:** Uber and women's safety ideas | From Adria and Andi

Hi Emil,

We took the time to further develop the ideas we discussed with you on Tuesday regarding Uber and women's safety. We also went ahead and outlined a proposed outreach and PR plan as well as identified key orgs and individuals who would serve as a great starting point.

See below and let us know what you think. We've secured some time with you next week (via KT) to sit down and talk through these ideas. Let us know if you want this to happen earlier.

Word doc is also attached, if that's easier for you.

Adria and Andi

_____

**INTERNAL INITIATIVES (Note: We already sent this to Phil Cardenas)**

**1. Driver On-boarding Process**

- Extra certification endorsed by a credible women's org
- Women's sensitivity training provided in driver portal. Training conducted by a credible women's org.
- Outline a process on how to deal/handle with extremely intoxicated/passed out women (e.g., What to do if a woman passed out in your car, take her to the nearest ER).

**2. Tech Features**

- In-app, post ride feedback, include a button for safety concerns so it's easy for riders to give feedback on feeling unsafe in rides. Trips flagged for this button will go to the top of the queue or in another separate and urgent view. This will help flag any creepy drivers.

- Algorithm to track irregular rides (e.g., rides that include a stop for over 10 mins, rides that diverge dramatically from the suggested route, etc) and then send an alert to Zendesk or even if extreme sms to DOps phones.

- In-app button connected directly to 911

**3. Support**

- Phone support for emergency *safety* situations. (e.g., a number to call if you feel unsafe, NOT if you left your wallet or we're severely surging).



CONFIDENTIAL



CONFIDENTIAL

UBER-MDL3084-DFS000487302

CONFIDENTIAL



UBER-MDL3084-DFS000487303