# GZJ KDKV'58''''

Message
_____

**From:**      Andi Pimentel ██████████████
**Sent:**      10/28/2017 12:08:58 AM
**To:**        David Richter ██████████████████
**BCC:**       ████████████████
**Subject:**   Re: Camera brainstorm



Andi Pimentel
Business Development, Chief of Staff to David Richter
214.674.3936 │ andi@uber.com

On Fri, Oct 27, 2017 at 2:57 PM, Kim Fennell <kf@uber.com> wrote:
I have had some involvement in this area with Waleed in Sensing and Perception. I can either get Megan or Ophir (who has helped on some Waleed stuff for me). will decide after the next couple meetings when I get a minute.



J. Kim Fennell
Head of Technology Partnerships and US/Canada Business Development
408-497-2707 │ kf@uber.com │ uber.com

On Fri, Oct 27, 2017 at 2:50 PM, Andi Pimentel <andi@uber.com> wrote:
I believe Kim's been at a charity event this am.

We're both about to go into a co-brands all hands meeting, **@Kim**, let's sync right after to get an answer to David.

**@DR**, will get back to you asap.

Andi Pimentel
Business Development, Chief of Staff to David Richter
214.674.3936 │ andi@uber.com

On Fri, Oct 27, 2017 at 2:45 PM, David Richter <david.richter@uber.com> wrote:
any progress?

I will get back to folks by EOD

On Fri, Oct 27, 2017 at 8:51 AM, David Richter <david.richter@uber.com> wrote:
Let's consider who would be the right person.

CONFIDENTIAL                                    UBER-MDL3084-DFS000485056

---------- Forwarded message ---------
From: David Richter <david.richter@uber.com>
Date: Fri, Oct 27, 2017 at 8:51 AM
Subject: Re: Camera brainstorm
To: Joe Sullivan <joesullivan@uber.com>
CC: Daniel Graf <daniel.graf@uber.com>, Manik Gupta <manik@uber.com>

Yes. I will figure out the right person by EOD. That person would likely be a generalist but wld be able to leverage my contacts from my time in the video codec space (DivX).

On Fri, Oct 27, 2017 at 8:36 AM Joe Sullivan <joesullivan@uber.com> wrote:
David - is there someone strong on your team who can work with Manik on developing our point of view on this? We have done a great deal of internal work across Maps and Safety, but also want to consider the buy/partner alternatives.

Begin forwarded message:

**From:** Dara Khosrowshahi <dk@uber.com>
**Subject: Camera brainstorm**
**Date:** October 27, 2017 at 2:06:19 AM PDT
**To:** Daniel Graf <daniel.graf@uber.com>, David Richter <david.richter@uber.com>, Jeff Holden <jh@uber.com>, Joe Sullivan <joesullivan@uber.com>, Thuan Pham <tpham@uber.com>

Gang - I need you to brainstorm for me re a Camera safety potential product - the pitch:

1. we introduce a networked camera system into the Uber network to provide unparalleled safety for drivers and riders alike.
1a. May work like the police camera systems that are now becoming more ubiquitous that companies like Axon build (note, my cousin Hadi is on the BOD of Axon - used be called Taser - maybe he can help)
2. Camera has to be cheap - we provide for our drivers or they have to buy in. Pricing model tbd.
3. Camera turns on when a driver is giving a ride, automatically when the rider steps in.
4. Once the ride is over, the video of the ride is automatically erased (ala Snapchat). We have to make sure this tech is unbreakable ...
5. If EITHER rider or driver have had an issue on the ride, they can push a button and a video of the ride is sent to a central location to be resolved. The other party is made aware that the video is being tagged (again, ala Snapchat).
6. Central group watches the video along with complaint related. Resolves as to if there was any issue. If any issue, then it is put in process (tbd).

Qs:
A. Is the tech there?
B. Is it cheap enough?
C. Other ideas (ie different from above)
D. Can we/should we charge a premium for it (ie if we brand it)?

CONFIDENTIAL

I guess the real Qs are if it can work and determining A and B before we get into the business model.  If we provide it for free for our drivers then it can be a lock in (esp in the US and other developed countries where it might make sense $-wise to provide for free)

Can y'all discuss and brainstorm on this and come back to me ...
--
Best,
DK

--
David Richter
Global Head of Business & Corporate Development
1-415-312-2678
--
David Richter
Global Head of Business & Corporate Development
1-415-312-2678


--
David Richter
Global Head of Business & Corporate Development
1-415-312-2678

CONFIDENTIAL

UBER-MDL3084-DFS000485058