RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (*Pro Hac Vice* admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Pro Hac Vice* admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Pro Hac Vice* admitted)
    akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY** |
| This Document Relates to: | |
| ALL ACTIONS | Judge:        Hon. Lisa J. Cisneros |
| | Courtroom:   G – 15th Floor |

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (*Pro Hac Vice* admitted)
    oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
    ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

- 2 -

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

## DECLARATION OF HENRY GUSTAV FULDNER

I, Henry Gustav "Gus" Fuldner, declare as follows:

1.    I am over 18 years of age, of sound mind, and competent to make the statements in this declaration. This declaration and information is provided pursuant to and under the provisions of the protective order previously entered in this matter.

2.    I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Custodial Files, filed on August 19, 2024.

3.    I am currently the ███████████████████████████████████, and have served on Uber's ████████████████████████ which is Uber's functional equivalent of a "██████" and reported directly to our ██████████████ since 2021. I lead a team that brings together critical cross-company functions, including safety, customer support, payments, insurance, and scaled tech solutions.

4.    Since joining Uber in 2013, my position has evolved from being insurance-focused initially and then eventually including safety.  Since 2017, I have had primary oversight over the safety teams across Uber's Mobility and Delivery businesses, in addition to overseeing the U.S. Safety Reports, as well as the early development of insurance for the rideshare industry. Starting in 2018, I held various titles including ██████████████████ to my current role as SVP ██████ ██████████

5.    I understand Plaintiffs in this lawsuit seek documents from the files of ██████████, ████████████████████████████. I am familiar with each of these individuals, and their respective roles and responsibilities at Uber. None of these individuals held roles at Uber with a scope of responsibilities primarily relating to rider safety.

6.    ██████████████████████████ at Uber who led Uber's business and corporate development team, which oversees mergers and acquisitions, investor relations, and capital markets. In that role, ████████████████████████. I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three other current or former ███ members spanning the entire history of Uber, including current ████████████████████

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY                Case No. 3:23-md-03084-CRB

████████████████████████████████████████████, as well as ███████████████████████. Additionally, ████████████ ██████ have held high-ranking positions within the Safety organization at various times. It is my understanding that Plaintiffs will receive files from ███████████████, and myself. Furthermore, ██████████ has been offered as a custodian. These individuals will have deeper involvement in rider safety-related issues than ████████.

7. ████████████████████ successor. The points made above as to ████████ apply equally to ████████████████████████████ will have deeper involvement regarding potential use of cameras than ████████. I understand Plaintiffs will receive files from both ██████████████. It is also my understanding that ██████████ ███████ have been offered as custodians in this matter.

8. ████████████████ primary responsibility at Uber was related to corporate development, mergers and acquisitions. It is my understanding that ████████████ ██████ and I are agreed-upon custodians in this matter, and Uber has proposed ██████ ████████████████████████████████████████ ████████████ as custodians. To the extent that ██████████ would have been involved with background check vendors, ████████████████ would have been involved as well. Therefore, ██████████ is cumulative of custodians already agreed upon in this case or proposed by Uber.

9. ████████████████████ who would have been an ███ member in Uber's current structure. He was responsible for █████, namely growing the number of users of the Uber platform on both the rider and driver sides. I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three other current or former ███ members spanning the entire history of Uber, including current ██████████████, long-serving ████████████████ ████████████████████████████████████████ ██████████.

10. I understand Plaintiffs seek information about Uber's efforts to increase the supply of

- 4 -

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

Docusign Envelope ID: 42AB5969-91B8-4487-9D66-A40E171183E8

its driver customers. Uber has had a number of employees involved in driver growth at the regional and national levels while ██████ was at the Company. These people include several employees for whom I understand Uber has agreed to provide or has proposed providing files, including ██████ ██████████████████████████████████████████████

11.    I understand Plaintiffs in this lawsuit seek documents from the files of ██████. ████████████████████████████████████, with a global scope of responsibility, and a member of Uber's ██████ I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three other current or former ███ members spanning the entire history of Uber, including current ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████

12.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████ ████████████████████████████████, with a global scope of responsibility, and a member of Uber's ████████████ had a broad scope of responsibility encompassing areas well beyond rider safety. I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three other current or former ███ members spanning the entire history of Uber, including current ████████ ████████████████████████████████████████████ ██████████████████████████████████████

13.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████ ████████████████████████████████. He is currently on a leave of absence from Uber.  I reported to ██████ briefly during a leadership transition. As ████████ at Uber, I have consulted ██████ for legal advice on a number of different topics. I have not consulted ███ for business advice. Further, all ███ members were "approvers" of the U.S. Safety Report for their respective areas of expertise. ████████ role as an approver was from the legal perspective.

14.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████ ████████████████████████████████████, with a global scope of responsibility, and a member of Uber's ███ I understand that, in addition to myself, Plaintiffs in this

- 5 -

lawsuit will receive files from three other current or former ██ members spanning the entire history of Uber, including current ████████████████████████████████████████████████████████████████████████████████████████████████████████████████

15.    Further, I understand Uber has proposed providing Plaintiffs files from a number of individuals who are or at one time were in ████████ reporting structure at multiple levels, including ████████████████████████████████████████████ and myself.  Furthermore, to the extent that issues would need to be escalated to the ELT, I along with current ████████████████████████████████████████████████████████████████████, would likely have also been made aware of such issues.

16.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████. ████████████████████████████████████, a senior executive position with a global scope of responsibility. ████████ was a noted cybersecurity expert when he joined Uber, and while at Uber he also served on ████████████████████████████████████████ His primary roles and responsibilities at Uber related to cybersecurity, i.e., protecting Uber's customer and corporate information from hackers. I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three current or former ██ members spanning the entire history of Uber, including current ████████████████████████████████████████████████████████████████████████████████████████████████

17.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████ ████████████████████████████████████ For most of his time at Uber, ██ ████████████████████████████████████████████ did not author, review, or contribute to either U.S. Safety Report. To the extent ████████ had some involvement in rider safety-related issues, he would have worked with individuals with a scope of work directly related to safety, such as ████████████████████,

- 6 -

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

██████████████████████████. I understand Plaintiffs will receive documents from the files of those individuals.

18.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████ reporting chain. ██████████ role at Uber focuses on legislative and regulatory affairs.

19.    I understand Plaintiffs in this lawsuit seek documents from the files of █████████. ████████████████████████████ for Uber's Rides business. I understand that, in addition to myself, Plaintiffs in this lawsuit will receive files from three other current or former ███ members spanning the entire history of Uber, including current ████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████ I understand Plaintiffs will be receiving files from a number of custodians involved in Safety Operations. These individuals include ████████████ ██████████████████████████████████ who have held multiple high level Safety Operations-related positions. Additionally, I understand that Uber has proposed offering Plaintiffs files from ██████████████, who has also held leadership positions in Uber's Community Operations (customer service) and Safety Operations.

20.    I understand Plaintiffs in this lawsuit seek documents from the files of ████████, who was a ██████████████████████████ was not involved in Uber's U.S. Safety Reports. ██████████ led data collection, analysis, and auditing processes for both the 2017-2018 U.S. Safety Report and the 2019-2020 U.S. Safety Report. ██████████ job functions over time included pricing, data science, and company-level goal tracking.  His role in company-level goal tracking focused on the administrative process of collecting and reporting progress on those goals.  Such reporting would be provided to individuals ████████████████████████████ ████████████████████████████ and me. I understand Plaintiffs will be receiving files from all of these individuals.

21.    I understand Plaintiffs in this lawsuit seek documents from the files of ██████

- 7 -

████████████████ was briefly a senior executive in Uber's Communications organization, and ████████ was hired soon after ████████, and reported to ████████ during that time.  Once ████████████████████ took over ████████ role.  I understand that ████████ is an agreed-upon custodian in this litigation.

Executed on August 29, 2024, at San Francisco, California.

Henry G. "Gus" Fuldner

/s/ _____

Henry Gustav "Gus" Fuldner

- 8 -

DECLARATION OF HENRY GUSTAV FULDNER IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB