Docusign Envelope ID: 13EE5E3E-77DB-44B6-AEAB-6AADBD289075

RANDALL S. LUSKEY (SBN: 240915)
rluskey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (Pro Hac Vice admitted)
ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
cgrusauskas@paulweiss.com
ANDREA M. KELLER (Pro Hac Vice admitted)
akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| --- | --- |
| This Document Relates to: | **DECLARATION OF MATT KALLMAN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL CUSTODIAL DISCOVERY** |
| ALL ACTIONS | Judge:  Hon. Lisa J. Cisneros |
| | Courtroom:     G – 15th Floor |

DECLARATION OF MATT KALLMAN IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Pro Hac Vice admitted)
    oot@shb.com
**SHOOK, HARDY & BACON, L.L.P.**
1800 K Street NW, Suite 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (Pro Hac Vice admitted)
ksmith@paulweiss.com
JESSICA E. PHILLIPS (Pro Hac Vice admitted)
jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

2

DECLARATION OF MATT KALLMAN IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY         Case No. 3:23-md-03084-CRB

## <u>DECLARATION OF MATT KALLMAN</u>

I, Matt Kallman, declare as follows:

1. I am over 18 years of age, of sound mind, and competent to make the statements in this declaration. This declaration and information is provided pursuant to and under the provisions of the protective order previously entered in this matter.

2. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion to Compel Custodial Files, filed on August 19, 2024.

3. I am the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for Uber Technologies, Inc. ("Uber"). I joined Uber in September 2015 and have held my current role since June 2019. Prior to joining Uber, I worked at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Earlier, I served as ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. I report to Jill Hazelbaker, Chief Marketing Officer and Senior Vice President of Policy and Communications, who I understand is an agreed-upon document custodian in this lawsuit. I oversee a global team of more than 100 people responsible for all of Uber's external communications, internal communications, and social media.

5. The communications-related work that my team manages expands far beyond the issues relevant to this lawsuit. For example, my teams' communications-related work has included communications concerning Uber's business performance, including the company's quarterly financial results, mergers and acquisitions, and overall corporate strategy; all of Uber's consumer- and driver-facing app feature launches; all litigation and legal matters, including those unrelated to safety issues; all regulatory and policy matters in 70+ countries around the world; and more.

6. I currently have eight direct reports including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and who I further understand is already selected as a document custodian in this lawsuit. ▮▮▮▮▮▮▮ has also worked at Uber since 2015, and previously served as Uber's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

7. ▮▮▮▮▮▮ was involved as a contributing author to the 2017-2018 U.S. Safety Report, and, with ▮▮▮▮▮▮▮▮, had primary responsibility for communications to the public related to this Report. As a direct report of ▮▮▮▮▮▮▮, I reviewed and edited the 2017-2018

3

DECLARATION OF MATT KALLMAN IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB

U.S. Safety Report and the 2019-2020 U.S. Safety Report.

8.      ███████ involvement in these matters has been far more encompassing and granular than my own. She was a contributing author of multiple sections of the 2017-2018 U.S. Safety Report. She is likely to have superior access to materials relevant to this litigation.

9.      In addition to ████████, several other current and former Uber employees were deeply involved in producing and preparing the 2017-2018 and 2019-2020 U.S. Safety Reports, including ████████████████████████████. I understand they have already been selected as document custodians in this lawsuit. ████████ was also closely involved in producing and preparing the 2019-2020 U.S. Safety Report. I do not have unique or superior knowledge to those individuals.

10.      Further, ████████ served in a senior safety communications role from 2016-2018. During her time at Uber, she reported to ████████, who has always been on my team.

11.      ██████ ████████ ██ █████ █████ had responsibility regarding communications relating to Uber's Check Your Ride Campaign, which focuses on ensuring a rider enters the correct vehicle during pickup. It is my understanding that ████████████ ██████ are already selected as document custodians in this lawsuit. I do not have unique or superior knowledge to those individuals.

Executed on August __, 2024, at _____.
August 27, 2024          Shenzhen, China

_____          _____
MATT KALLMAN

4

DECLARATION OF MATT KALLMAN IN SUPPORT OF OPPOSITION TO
MOTION TO COMPEL CUSTODIAL DISCOVERY          Case No. 3:23-md-03084-CRB