# EXHIBIT 2

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL      1

UNCERTIFIED ROUGH DRAFT - DO NOT CITE

HENRY FULDNER - VOL 2 - HIGHLY CONFIDENTIAL

March 27, 2025

PLEASE BE INFORMED OF THE FOLLOWING:

This unedited Rough Draft is produced in realtime (instant) form and is NOT certified.  The Rough Draft transcript may not be cited in any way nor used to rebut or contradict the certified transcription of proceedings.

There will be discrepancies in this form and the final form because this realtime (instant) form has NOT been edited, proofread, corrected, or certified.  There will also be a discrepancy in page numbers compared to the final.

Also, please be aware that the text may contain an occasional ((REPORTER NOTE)) or a ((CHECK)) to myself and/or "nonsensical" English word combinations due to software limitations.  (All such entries will be corrected on the final transcript.)

Debbie Leonard

Certified Realtime Reporters



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL      6

BY MS. LONDON:

    Q    So, Mr. Fuldner, today there are some questions I'm going to ask you that I just want a yes-or-no answer to.

    A    Okay.

    Q    And if you can't answer "yes" or "no," you can let me know that, and perhaps your counsel can follow up. But given the time constraints today, I just ask that if you can, please give me a yes-or-no answer to this question --

         MS. FRANGOPOULOS:  He's allowed to provide context.

BY MS. LONDON:



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     7

MS. FRANGOPOULOS:  I will object to that on that on the record [indiscernible] --

(Court reporter clarification.)

MS. FRANGOPOULOS:  He's allowed to provide context to his answers, Sarah.  You do not get to decide whether it's a "yes" or "no."

fourth paragraph down, it says but there is a potential

wrinkle in the company's terms and conditions, last

updated May 17, which states, quote, the service and

application is not available to children (persons under

the age of 18).  By using the application or service you

represent and warrant that you are at least 18 years old.

The article did report that, right?

MR. LUSKEY:  The document speaks for itself.

You can answer.

THE WITNESS:  Yeah --

BY MS. LONDON:

Q    But --

A    You're just reading the document to me, so I

agree that's what the document says.

Q    Okay.  And right above that -- that paragraph,

though, Nairi Hourdajian, a woman for Uber, stressed that

the company's services in New York all meet the license

and insurance requirements of the city's taxi and

limousine commission , quote, we only work with partners

who meet those requirements, quote, she said.  That's

what the company's statement was at the time, right?

MR. LUSKEY:  Object to form.

THE WITNESS:  As reported by The New York Times

in this article, yes.

BY MS. LONDON:

Q    Now --

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    15



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     57

BY MS. LONDON:

Q   I'm just going to move to strike that.  This is

one of those, you know, just yes or no.

MS. FRANGOPOULOS:  There --

MR. LUSKEY:  I got it.  I got it.  I got it.

BY MS. LONDON:

Q    Do you with me or not, Mr. Fuldner?

MR. LUSKEY:  I got it.  So it's not a simple yes or no, and his answer is directly responsive.  You asked

MS. LONDON:  Thank you.

MS. SEDGHANI:  [Indiscernible].

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    58

(Court reporter clarification.)

MS. SEDGHANI:  There's also no judge here so I don't know who she's moving to strike too.

MR. ESTEY:  I'll play judge.

MS. FRANGOPOULOS:  We know you'd love to.

MS. LONDON:  I'll just remind counsel of the order regarding speaking objections and I will endeavor to ask the question again.

BY MS. LONDON:

Q    I'm just going to move forward.  I'm going to move to 418.

A    Okay.

████████████████████████████████████████

MR. LUSKEY:  Do you have an extra copy of 418? Just one copy.  Oh, thanks.  I got it.

BY MS. LONDON:

Q    And I'll just point out, first of all, on the metadata of 2 -- what are we on?  216?  218 we said?

MR. LUSKEY:  418.

BY MS. LONDON:

Q    418.  Okay.  On 418 I'm going to include the metadata, which appears not to be handed to counsel.  And I'll note --

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    84

A    418 has metadata.

Q    It does but it has more extensive metadata, actually, that I wanted to hand you.  Do you see --

A    These --

████████████████████████████████████████

█████████████████████

Q    All right.  Can we go off the record.  I want to make sure I get this right again.  I don't want to screw it up?

THE VIDEOGRAPHER:  Going off the record at 10:53 a.m.

(Recess taken from 10:53 a.m. to 10:55 a.m.)

THE VIDEOGRAPHER:  And we're back on record at 10:55 a.m.

BY MS. LONDON:

Q    All right.  Now, Mr. Fuldner, I want to draw





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     86







UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    96





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    102

THE WITNESS:  Yeah what is --

MS. FRANGOPOULOS:  Asked and answered.

THE WITNESS:  Okay.  Can you repeat your question?

BY MS. LONDON:

Q    Sure.

A    Yes.

BY MS. LONDON:

Q    Why don't we go to a document, Mr. Fuldner?

A    Okay.  Great.

Q    I will -- pull up, please, and we'll go ahead and mark -- this is tab 2 -- we're going to mark the next number, which is 420 and 421.

(Exhibit 420 marked for identification.)

THE WITNESS:  Sorry.  You want me to give one of these to --

MR. LUSKEY:  No, you're going to get it.

THE WITNESS:  Okay.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    103

MS. LONDON:  Oh, are they the same?  They have both together.  So I'm going to mark the next -- I'm sorry.  My mistake.  I've marked Exhibit 420.

THE WITNESS:  Okay.

BY MS. LONDON:



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    104





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     106





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    107

BY MS. LONDON:

Q    All right.  I want to ask you about that.  Let's go to -- I'm going to mark tab 30.  Mr. Fuldner, you've



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     108





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    109

BY MS. LONDON:

Q    All right.  So the next numbered exhibit will be 421.

(Exhibit 421 marked for identification.)

BY MS. LONDON:

Q    All right.  I'm -- I've handed you Exhibit 421

with the beginning Bates page 002392038.  And,





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    111



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    112







UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    114



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    115



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    116





█ .

Q    And you're, of course, familiar with the lawsuit brought by the California DA's, San Francisco and Los Angeles, alleging background check failures as well, right?

MR. LUSKEY:  Object to form.

THE WITNESS:  There were a various of allegations in the -- there have been a variety of allegations from the California, which -- which party were you -- that's a little hard for me to -- could you specify which lawsuit you're talking about?

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    119

BY MS. LONDON:

Q    Sure.  The DAs from Los Angeles and San Francisco --

A    Okay.

Q    -- in December of 2014, they filed a Complaint against the company for having -- for misrepresenting its background checks.  Do you recall that?

A    I recall a suit on that topic.  It had a whole bunch of different allegations.  That may well have been one of them.

Q    Right.  And in those allegations it laid out detailed descriptions of instances that the DAs in San

Francisco and LA were aware of where a driver had passed Uber's background checks but had gone on to commit crimes alleged on the platform, right?

MR. LUSKEY:  Lacks foundation.

THE WITNESS:  Sorry.  Are you saying -- could you just repeat the question?

BY MS. LONDON:

Q    Sure.  Mr. Fuldner, you're aware --

A    I'm not whether you're talking about whether I'm aware or the DAs are require.

Q    That's fine.

A    Yeah.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    120



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    121



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    122

BY MS. LONDON:

Q   All right.  Mr. Fuldner, I'm going to move to strike --

MR. LUSKEY:  We oppose the motion.

MS. LONDON:  Almost -- I was just watching.

(Court reporter clarification.)

THE WITNESS:  Yeah, so I want to -- I'm not clear -- -- yeah, I'm not clear where this comes from.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    123

BY MS. LONDON:

Q    Just -- let's just refresh.

A    Okay.

Q    Mr. Fuldner --

A    Yes.

Q    -- you personally --

A    Yes.

Q    All right.  I'm going to mark the next numbered

Exhibit 422.

(Exhibit 422 marked for identification.)

BY MS. LONDON:

Q    All right.  Mr. Fuldner, I've handed you what's been marked as Exhibit 422.  This is a document with Bates number 000486513.





MS. FRANGOPOULOS:  We talked about the deposition protocol.  That's not a thing, Sarah.  There is no moving to strike.

MS. LONDON:  And I will respectfully remind counsel that we're burning time with speaking objections, so let's move on.

BY MS. LONDON:



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    127



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    128

Q    I respectfully have to move to strike.  None of that was responsive to my question.  It was just -- but we can -- we can --

MS. FRANGOPOULOS:  It was absolutely.

THE WITNESS:  That was absolutely responsive to your question.

BY MS. LONDON:

Q    We can move to the --

A    I strongly disagree that --

MR. LUSKEY:  Real quick.  So the question you asked, Sarah --

MS. LONDON:  I don't need a lecture.

MR. LUSKEY:  Not a lecture.  You made a motion. I get to oppose it, right?

MS. LONDON:  Not on my time.  You can do it on

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL   129

your time.

MR. LUSKEY:  I can't oppose the motion you made?

MS. LONDON:  You can.  Go ahead.  You can speak.

MR. LUSKEY:  I oppose the motion.  You asked if







BY MS. LONDON:

Q    Okay.  So we'll just go ahead and mark Exhibit Number 423.

(Exhibit 423 marked for identification.)

BY MS. LONDON:

Q    I've handed what's been marked as Exhibit 423.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    132

This is an article from the -- from Forbes.  Do you recall seeing this article when it came out in 20 -- April 6th of 2017?

A    I don't recall this specific article.  I recall

Q    All right.  So I'm going to direct your attention to the third paragraph that says as the Boston Herald noted the most common reason drivers were rejected was for having a suspended license on their records.  An additional 1559 applicants for turned down for having a history of violent crime according to the Herald.

Do you see that?

A    Yes.

Q    All right.  The next statement is while another 51applicants were deemed to be sex offenders by the state.

Do you see that?

A    Yes, I do.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    133



        Q    All right.  So I'm going to mark what's -- the
next numbered exhibit, 424.

(Exhibit 424 marked for identification.)

BY MS. LONDON:

Q    For the record the Bates numbers are 000535601.

A    Yeah.

Q    Mr. Fuldner, I'm sorry.  The Bates -- the beginning Bates -- I'm sorry -- is 000535600.  Do you see that?

A    Yeah.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    136



BY MS. LONDON:

Q   Okay.  I'm going to hand you the next numbered document at 4 -- this will be marked as 425.

(Exhibit 425 marked for identification.)

THE WITNESS:  Could we call this the last document before lunch?

MR. LUSKEY:  A lunch break after this one?

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    138

MS. LONDON:  Okay.

BY MS. LONDON:

Q    All right.  Like I said, I've handed you what's been marked as 425 and this is the metadata -- excuse me. The Bates is 001113654.  Do you see that?

A    Yeah.

Q    And this document appears to have been created on January 23rd of 2018.  Do you see that?

A    Yes.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    139



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    140





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    142



BY MS. LONDON:

    Q    Oh, okay.  Can I just finish this topic because then I'm done?

        MS. SEDGHANI:  How much more?

        MS. LONDON:  Like, five minutes.  Not even. Just one short document.

        MS. FRANGOPOULOS:  I'll set the timer.  Proceed.

BY MS. LONDON:

    Q    It's up to you but that's fine.  If you want to stop now we can stop now?

A    We can do now.

MS. SEDGHANI:  Do you know what?  Let's just stop.

MS. LONDON:  Okay.

THE VIDEOGRAPHER:  Going off the record at 12:43 p.m.

(Recess taken from 12:43 p.m. to 1:16 p.m.)

THE VIDEOGRAPHER:  And we're back on the record at 1:16 p.m.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    144





Q    All right.  So I want to show you what's been marked as Exhibit 426.

(Exhibit 426 marked for identification.)

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    145





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    146



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    147

MS. SEDGHANI:  I'm going to object to questions that are related to outside the US.  I know there was some production related to certain countries, but to the extent your question is specific to a particular country, we could probably allow it, but I don't want general questions about outside of the US because that was not within the scope [indiscernible] --

(Court reporter clarification.)

MS. SEDGHANI:  Judge Cisneros indicated it's not relevant because the litigation here relates to US riders.

MS. LONDON:  All right.  Well, let me -- I'll

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    148

set it up a different way.

Q    All right.  So I will go ahead and mark the next numbered exhibit.  This is Exhibit 427.

(Exhibit 427 marked for identification.)

BY MS. LONDON:

Q    Exhibit 427, this is Bates number ending in 000476020.  Do you see that?

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    149

A    Yes.



Q   Okay.  Let's go to exhibit -- the next numbered exhibit, tab 13.

MS. SEDGHANI:  Again, to the extent that it asks about US specific it's fine.  If it's not then we're not going to allow to you answer questions.

BY MS. LONDON:

Q   Okay.  On exhibit number -- okay.  Exhibit Number 426 [sic].

(Exhibit 428 marked for identification.)

BY MS. LONDON:





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    153



BY MS. LONDON:

Q    All right.  I'm going to go ahead and move to tab number 19. .  I'm going to mark Exhibit 429.

THE REPORTER:  One second, Counsel.  Did we do 428?

(Court reporter clarification.)

(Exhibit 429 marked for identification.)

BY MS. LONDON:



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    155

MR. LUSKEY:  I'm instructing you not to answer.

BY MS. LONDON:

Q    You're going to follow your lawyer's instruction?

A    I think I'm actually not going to.

MR. LUSKEY:  There's a first for everything.

MR. ESTEY:  That's awesome.

MR. LUSKEY:  If you can tether the questions to the US.  I'm not saying you can't use the document.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    156



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    157



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    158

BY MS. LONDON:

Q   I'm going to mark the next numbered exhibit, which is -- this is -- this one is 19.  Tab 19.

MS. KALONIA:  I already gave you that one.

MS. LONDON:  Did I already look at 19?  Oh, 429. No.  I want to.

Could we go off the record for a sec?

MR. LUSKEY:  Sure.

THE VIDEOGRAPHER:  Going off the record at 1:41 p.m.

(Recess taken from 1:41 p.m. to 1:50 p.m.)

THE VIDEOGRAPHER:  We're back on the record at 1:50 p.m.

BY MS. LONDON:

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    159



BY MS. LONDON:

Q    I want to show you what's been marked as
Exhibit 430.

(Exhibit 430 marked for identification.)

BY MS. LONDON:

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    160



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    161









UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    165

Q    All right.  And I want to go ahead and move in

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    166

the next numbered exhibit, which is 431.

MS. LONDON:  Oh, no, sorry.  I want this one.

BY MS. LONDON:

Q    I'm handing what's been marked as exhibit 432.
432 is a --

THE REPORTER:  432 or 431?

MS. LONDON:  I'm sorry?

(Court reporter clarification.)

MS. LONDON:  I'm sorry.  Can we just skip 431
for now?

THE REPORTER:  Sure.

MS. LONDON:  Yeah, we'll skip it.

BY MS. LONDON:

Q    Okay.  432.  We've marked 432.

(Exhibit 432 marked for identification.)

BY MS. LONDON:















UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    181





Q    So I want to talk to you -- this exhibit has been marked -- this has been marked as 434.

(Exhibit 434 marked for identification.)

BY MS. LONDON:

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    182





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    184



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    185











MS. SEDGHANI:  Could we take a break after this?

MS. LONDON:  Yeah.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    201



MS. LONDON:  We could take a break.

THE VIDEOGRAPHER:  Going off the record at 3:01 p.m.

(Recess taken from 3:01 p.m. to 3:15 p.m.)

THE VIDEOGRAPHER:  And we're back on the record at 3:15 p.m.

BY MS. LONDON:

BY MS. LONDON:

Q    Okay.  But Dr. Frei when she sat down with Cosmo she was asked there have been seller disturbing stories about sexual assault in Uber vehicles by Uber drivers in various cities around the world.  What is Uber doing specifically to make rides safer?  And then she responds that's just a horrific thing.  Imagine that you put your trust in a service and then you experience some of the worst things one can experience in the world.  It's our obligation and it's the obligation of everyone in the rideshare and transport business to take care of that.  I think the solution has to be a world-class technology as well as a bunch of operations and a bench of human things.  That's what she said, right?

MR. LUSKEY:  The document speaks for itself. Foundation.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    215



MR. LUSKEY:  Oppose the motion.  Responsive to the question.

BY MS. LONDON:

Q    Mr. Fuldner, this document also says -- or this document also says that in the interview Dr. Frei said so essentially it's occurring in our absence because it's a private -- it's private in the car but with technology we need to make leaps forward so it's not occurring in our absence.  It says the innovation happening around safety,

Cities -- you're aware cities and counties and consumers have brought lawsuits alleging that Uber was not being truthful in advertising and public statements about safety, right?

MR. LUSKEY:  Object to form.

THE WITNESS:  Yes, there have been such allegations.

BY MS. LONDON:

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    218

MS. LONDON:  Tab 43.

BY MS. LONDON:

Q    All right of the I'm going to hand you what's been marked as Exhibit 441.

(Exhibit 441 marked for identification.)

BY MS. LONDON:

Q    All right.  Exhibit 441, this is Bates



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    219



MS. FRANGOPOULOS:  Same objection.  Same instruction.

MR. LUSKEY:  You can read it but you can only answer questions to the extent you can do so without revealing information about practices outside of the United States.

THE WITNESS:  Sorry.  Could you repeat your statement?  I'm not sure I followed --

MR. LUSKEY:  Her question right now is can you read the e-mail.  You can read the e-mail.

THE WITNESS:  Okay.

MR. LUSKEY:  Or the paragraph.

BY MS. LONDON:

Q   Just the paragraph.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    220





UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    248



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    249











came out down the road that that alone would be a grounds to make Mr. Fuldner come back and sit more than 14 hours of testimony in a case of this nature.  And second with respect to the instruction not to answer that instruction was based on Judge Cisneros' order and the parties' agreement that documents outside of the US with the exception of a few countries are not relevant to the proceedings.

MS. LONDON:  Thank you, Mr. Fuldner, for your time.  Really appreciate it.

THE WITNESS:  Okay.

MR. LUSKEY:  Thank you, all.

THE VIDEOGRAPHER:  This concludes the deposition of Gus Fuldner, volume 2.  Going off the record at 6:04 p.m. Pacific time.  Thank you.

(The following discussion was held off the video record:)

THE REPORTER:  Orders for the transcript?

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    285

MR. LUSKEY:  We have a standard order in place with US Legal, so you should have that.

THE REPORTER:  The other counsel ordered it expedited.  Did you want the same?

MR. LUSKEY:  Sure, we will do the same.