# EXHIBIT A

# FILED UNDER SEAL



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     219

f

MR. LUSKEY:  You can read it but you can only answer questions to the extent you can do so without revealing information about practices outside of the United States.

THE WITNESS:  Sorry.  Could you repeat your statement?  I'm not sure I followed --

MR. LUSKEY:  Her question right now is can you read the e-mail.  You can read the e-mail.

THE WITNESS:  Okay.

MR. LUSKEY:  Or the paragraph.

BY MS. LONDON:

Q    Just the paragraph.

██ ████ ██████████████████████████████████

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    220

█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    152



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    153



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    154

BY MS. LONDON:

Q    All right.  I'm going to go ahead and move to tab number 19. .  I'm going to mark Exhibit 429.

THE REPORTER:  One second, Counsel.  Did we do 428?

(Court reporter clarification.)

(Exhibit 429 marked for identification.)

BY MS. LONDON:



THE WITNESS:  Um.

MR. LUSKEY:  I'm instructing you not to answer.

BY MS. LONDON:

Q    You're going to follow your lawyer's instruction?

A    I think I'm actually not going to.

MR. LUSKEY:  There's a first for everything.

MR. ESTEY:  That's awesome.

MR. LUSKEY:  If you can tether the questions to the US.  I'm not saying you can't use the document.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     56



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     57

BY MS. LONDON:

Q    I'm just going to move to strike that.  This is

one of those, you know, just yes or no.

MS. FRANGOPOULOS:  There --

MR. LUSKEY:  I got it.  I got it.  I got it.

BY MS. LONDON:

Q    Do you with me or not, Mr. Fuldner?

MR. LUSKEY:  I got it.  So it's not a simple yes or no, and his answer is directly responsive.  You asked

motion to strike.  You can ask it again.

MS. LONDON:  Thank you.

MS. SEDGHANI:  [Indiscernible].

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    58

(Court reporter clarification.)

MS. SEDGHANI:  There's also no judge here so I don't know who she's moving to strike too.

MR. ESTEY:  I'll play judge.

MS. FRANGOPOULOS:  We know you'd love to.

MS. LONDON:  I'll just remind counsel of the order regarding speaking objections and I will endeavor to ask the question again.

BY MS. LONDON:

Q    All right.  I'm going to mark the next numbered

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    124

Exhibit 422.

(Exhibit 422 marked for identification.)

BY MS. LONDON:

Q    All right.  Mr. Fuldner, I've handed you what's been marked as Exhibit 422.  This is a document with Bates number 000486513.



BY MS. LONDON:

Q    Oh, okay.  Can I just finish this topic because then I'm done?

MS. SEDGHANI:  How much more?

MS. LONDON:  Like, five minutes.  Not even. Just one short document.

MS. FRANGOPOULOS:  I'll set the timer.  Proceed.

BY MS. LONDON:

Q    It's up to you but that's fine.  If you want to stop now we can stop now?

A     We can do now.

MS. SEDGHANI:  Do you know what?  Let's just stop.

MS. LONDON:  Okay.

THE VIDEOGRAPHER:  Going off the record at 12:43 p.m.

(Recess taken from 12:43 p.m. to 1:16 p.m.)

THE VIDEOGRAPHER:  And we're back on the record at 1:16 p.m.

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    144



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    127



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    128

BY MS. LONDON:

Q   I respectfully have to move to strike.  None of that was responsive to my question.  It was just -- but we can -- we can --

MS. FRANGOPOULOS:  It was absolutely.

THE WITNESS:  That was absolutely responsive to your question.

BY MS. LONDON:

Q   We can move to the --

A   I strongly disagree that --

MR. LUSKEY:  Real quick.  So the question you asked, Sarah --

MS. LONDON:  I don't need a lecture.

MR. LUSKEY:  Not a lecture.  You made a motion. I get to oppose it, right?

MS. LONDON:  Not on my time.  You can do it on

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL   129

your time.

MR. LUSKEY:  I can't oppose the motion you made?

MS. LONDON:  You can.  Go ahead.  You can speak.

MR. LUSKEY:  I oppose the motion.  You asked if



BY MS. LONDON:



MS. SEDGHANI:  You said we would break, like, 20 minutes ago.

MS. LONDON:  Yeah, we can break.

THE VIDEOGRAPHER:  Going off the record at 11:18 a.m.

(Recess taken from 11:18 a.m. to 11:36 a.m.)

THE VIDEOGRAPHER:  And we're back on record at 11:36 a.m.

BY MS. LONDON:

Q    Mr. Fuldner, we were -- before the break, we were talking about Exhibit 418, I believe.

A    419.

Q    I'm sorry.  Before the break we were talking about Exhibit 419.  I want to --

A    Yes.



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    57

BY MS. LONDON:

Q    I'm just going to move to strike that.  This is

one of those, you know, just yes or no.

MS. FRANGOPOULOS:  There --

MR. LUSKEY:  I got it.  I got it.  I got it.

BY MS. LONDON:

Q   Do you with me or not, Mr. Fuldner?

MR. LUSKEY:  I got it.  So it's not a simple yes or no, and his answer is directly responsive.  You asked

████████████████████████████████████████

motion to strike.  You can ask it again.

MS. LONDON:  Thank you.

MS. SEDGHANI:  [Indiscernible].

UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    58

(Court reporter clarification.)

MS. SEDGHANI:  There's also no judge here so I don't know who she's moving to strike too.

MR. ESTEY:  I'll play judge.

MS. FRANGOPOULOS:  We know you'd love to.

MS. LONDON:  I'll just remind counsel of the order regarding speaking objections and I will endeavor to ask the question again.

BY MS. LONDON:



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    237



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    238

