# EXHIBIT C

# FILED UNDER SEAL



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    22



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     23



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL     97



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL    98



UNCERTIFIED ROUGH DRAFT - HIGHLY CONFIDENTIAL      18