# EXHIBIT T

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:  UBER TECHNOLOGIES,      Case No. 3:23-md-03084
INC., PASSENGER SEXUAL                        CRB
ASSAULT LITIGATION
_____
This Document Relates to:

ALL ACTIONS

_____

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - TODD GADDIS

San Francisco, California

Friday, July 11, 2025

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6919226-001

Todd Gaddis
July 11, 2025



Todd Gaddis
July 11, 2025

