# EXHIBIT Y

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES,      No. 3:23-md-03084-CRB
INC., PASSENGER SEXUAL ASSAULT
LITIGATION

_____

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

IN RE: UBER RIDESHARE CASES      No. CJC-21-005188

_____

VIDEOTAPED 30(b)(6) DEPOSITION OF UBER TECHNOLOGIES,
INC., RASIER, LLC, AND RASIER-CA, LLC

by and through

KATHERINE McDONALD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, April 25, 2025

9:51 a.m.

2049 Century Park East, Suite 3700

Los Angeles, California  90067

REPORTED BY:

Diane L. Paniccia

CSR No. 11910



Page 107

Page 109



Page 111





Page 122

Page 123

ATTORNEY ELLIS:  Let's pull that up.  I believe
it has been marked as -- actually, we'll have to come
back to that.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES,        No. 3:23-md-03084-CRB
INC., PASSENGER SEXUAL ASSAULT
LITIGATION

_____

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

IN RE: UBER RIDESHARE CASES      No. CJC-21-005188

_____

VIDEOTAPED 30(b)(6) DEPOSITION OF UBER TECHNOLOGIES,
INC., RASIER, LLC, AND RASIER-CA, LLC

by and through

KATHERINE McDONALD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, April 25, 2025

9:51 a.m.

2049 Century Park East, Suite 3700

Los Angeles, California  90067

REPORTED BY:

Diane L. Paniccia

CSR No. 11910

katherine McDonald - Highly Confidential
April 25, 2025

APPEARANCES:


    For Plaintiffs:

        ANAPOL WEISS
        BY:  WILLIAM SMITH, ESQ.
        (Via Videoconferencing)
        6060 Center Drive
        10th Floor
        Los Angeles, California  90045
        213.782.5852
        wsmith@anapolweiss.com

        CHAFFIN LUHANA LLP
        BY:  MICHAEL P. SWEET, ESQ.
        (Via Videoconferencing)
        615 Iron City Drive
        Pittsburgh, Pennsylvania  15205
        888.480.1123
        sweet@chaffinluhana.com

        CHAFFIN LUHANA LLP
        BY:  BETH WILKINS, ESQ.
        (Via Videoconferencing)
        600 Third Avenue
        12th Floor
        New York, New York  10016
        888.480.1123
        wilkins@chaffinluhana.com

        ESTEY & BOMBERGER, LLP
        BY:  MAREK PIENKOS, ESQ.
        (Via Videoconferencing)
        2869 India Street
        San Diego, California  92103
        619.323.3383
        mpienkos@estey-bomberger.com

        MEYER WILSON
        BY:  LAYNE HILTON, ESQ.
        (Via Videoconferencing)
        900 Camp Street
        Suite 337
        New Orleans, Louisiana  70130
        614.532.4576
        lhilton@meyerwilson.com

///

Katherine McDonald - Highly Confidential
April 25, 2025

APPEARANCES (Continued):


    For Plaintiffs:

        PEIFFER WOLF CARR KANE CONWAY & WISE
        BY:  SARA CRAIG, ESQ.
        (Via Videoconferencing)
        555 Montgomery Street
        Suite 820
        San Francisco, California  94111
        415.766.3544
        scraig@peifferwolf.com

        PEIFFER WOLF CARR KANE CONWAY & WISE
        BY:  TIFFANY R. ELLIS, ESQ.
        (Via Videoconferencing)
        15 East Baltimore Avenue
        Detroit, Michigan  48202
        313.210.1559
        tellis@peifferwolf.com

        SIMMONS HANLY CONROY LLP
        BY:  KRISTINA BERKOVER, ESQ.
        (Via Videoconferencing)
        One Court Street
        Alton, Illinois  62002
        618.693.3104
        kberkover@simmonsfirm.com

        WILLIAMS HART & BOUNDAS, LLP
        BY:  BATAMI E. BASKIN, ESQ.
        (Via Videoconferencing)
        8441 Gulf Freeway
        Suite 600
        Houston, Texas  77017
        713.742.6819
        bbaskin@whlaw.com

    For Defendants:

        KIRKLAND & ELLIS LLP
        BY:  CHRISTOPHER D. COX, ESQ.
        601 Lexington Avenue
        New York, New York  10022
        212.446.4753
        christopher.cox@kirkland.com

///





















ATTORNEY ELLIS:  We can take down this exhibit, Lance.

