# EXHIBIT Z

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION



Case no. 3:23-md-03084-CRB

-------------------------------------------


*** HIGHLY CONFIDENTIAL ***



CONTINUED VIDEOTAPED DEPOSITION

OF

HANNAH NILLES

Wednesday, July 23, 2025

9:13 a.m.

VOLUME III





MR. PREMO-HOPKINS:  Same objection.

