# EXHIBIT I

# FILED UNDER SEAL

# Exhibit D
# FILED
# UNDER SEAL

E-SERVICE
71833325
Jan 19 2024
12:19AM
File & ServeXpress

ROBERT ATKINS (*Admitted Pro Hac Vice*)
  ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (*Admitted Pro Hac Vice*)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (*Admitted Pro Hac Vice*)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
MARC PRICE WOLF
  mpricewolf@paulweiss.com (SBN: 254495)
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

KYLE SMITH (*Admitted Pro Hac Vice*)
  ksmith@paulweiss.com
JESSICA PHILLIPS (*Admitted Pro Hac Vice*)
  jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
  **& GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC. and RASIER, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

| | |
|---|---|
| Coordination Proceeding | JUDICIAL COUNCIL COORDINATION PROCEEDING CASE NO. 5188 |
| *In Re: Uber Rideshare Cases* | Case No. CJC-21-005188 |
| This Document Relates to: | *(Assigned to Hon. Ethan P. Schulman, Dept. 304)* |
| ALL CASES | ***[LODGED UNDER SEAL - DISCOVERY MOTION]*** |
| | **DECLARATION OF KATHERINE MCDONALD IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL DATA & STATISTICS OF SEXUAL ASSAULT & SEXUAL MISCONDUCT** |
| | Hearing Date:  February 2, 2024 Hearing Time:  1:30 p.m. Dept.            304 |

-1-

DECLARATION OF KATHERINE MCDONALD IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL DATA & STATISTICS            Case No. CJC-21-005188

## DECLARATION OF KATHERINE MCDONALD

I, Katherine McDonald, declare as follows:

1.  I am over 18 years of age, of sound mind, and competent to make the statements in this declaration. This declaration and information is provided pursuant to and under the provisions of the protective order previously entered in this matter.

2.  I am a Director of Data Science for Uber Technologies, Inc. ("Uber") in San Francisco, California. My job responsibilities include managing a team of data scientists, building a strategy and collaborating with stakeholders to improve data accuracy, and developing data-driven insights for the business. I have worked in data science for approximately nine and a half years. My experience includes supervising and being responsible for maintaining safety incident data at Uber. I was involved in both of Uber's U.S. Safety Reports.

3.  Plaintiffs in this action have requested that Uber produce statistical data on the numbers of sexual assaults and instances of sexual misconduct reported to Uber from 2013 to present on a nationwide basis. This statistical analysis does not exist. Uber has provided Plaintiffs with statistical data on sexual assaults and instances of sexual misconduct in California from 2013 to present as reported to the California Public Utilities Commission ("CPUC"), which Uber maintains in the ordinary course of business.

4.  Providing the statistical data that Plaintiffs seek on a nationwide basis for the period of time they have requested would require a highly burdensome review of a vast amount of documents and information and the creation of data. This review and creation of data would be extremely costly and time-consuming and would substantially delay this litigation.

5.  ██████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

-2-

DECLARATION OF KATHERINE MCDONALD IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL DATA & STATISTICS          Case No. CJC-21-005188

-3-

6. ██████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

7. ██████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

8. ██████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2024, at San Francisco, California.

*Katherine McDonald*

_____

KATHERINE MCDONALD

-4-

DECLARATION OF KATHERINE MCDONALD IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL DATA & STATISTICS    Case No. CJC-21-005188