HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. Case No. 3:23-md-03084)

I am a Director of Data Science for Uber Technologies, Inc. (the "Company") in San Francisco, California, a party in the matter *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation,* pending in the United States District Court for the Northern District of California, Case No. 3:23-md-03084, and I certify the following.

Attached is a listing of fields within the Company's database containing a table with the SAFE Jira ticket data, that I believe with reasonable certainty, in reliance on my experience and in consultation with others with knowledge at the Company, were used by the Company from 2017 through 2022 in connection with alleged sexual assault and sexual misconduct incidents reported to the Company. In addition, I understand the Company is producing information from a "Comments" field that appears on printed SAFE Jira incident reports, which is not stored in the same table as the SAFE Jira ticket data.

January 10, 2025

*Katherine McDonald*
_____

KATHERINE McDONALD
Uber Technologies, Inc.