# EXHIBIT K

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Gromada, Veronica G. (SHB) |
| **To:** | Roopal Luhana; Shortnacy, Michael (SHB) |
| **Cc:** | Beth Wilkins; Michael Sweet; Sarah London; Rachel Abrams; Uber MDL Discovery Team; Haider, Jay B. (SHB) |
| **Subject:** | Follow up regarding NCDS |
| **Date:** | Friday, June 21, 2024 12:32:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Roopal,

Thank you for your email.  As we said during the hearing, we take the court's guidance to heart and appreciate the court's sense of urgency.  As mentioned in the 6/19 meet and confer, immediately following the hearing, we worked with our client to address the comments from the hearing.  And we as advised you on our 6/19 call, we were able to confirm the following information, which supplements our 5/6 email regarding non-custodial data sources (NCDSs):

**Veronica G. Gromada**
*Partner*
vgromada@shb.com | (713)930-8851

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Thursday, June 20, 2024 7:39 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>
**Subject:** Re: Call

**EXTERNAL**

Michael, I wanted to follow-up on the list of non-custodial sources we discussed on the call yesterday. Plaintiffs believe the list of non-custodial sources/files Uber has previously provided is deficient. Plaintiffs raised the same with Judge Cisneros at last week's hearing and we believe Judge Cisneros ordered Uber to produce by the end of last week a list of non-custodial sources with specifics, apart from Knowledge Base. You indicated that you were unclear that she had ordered this. I provided the cites from the hearing transcript where we believe the Judge ordered this (29:9-29:13 and 29:25-30:2). We request you produce this immediately.

Best,
Roopal

**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org



**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call*

*us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Wednesday, June 19, 2024 3:59 PM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>
**Subject:** RE: Call

Roopal,

Attached is Uber's preliminary response to Plaintiffs' proposed priority 50 custodians (which we only received late on Monday night).  We worked very hard to get this together so that we would have a framework for our discussion today.  This was exceptionally challenging with only one business day to work with (today is Juneteenth and is a holiday observed by Uber as well as Shook).  And, this is the first time these 50 custodians were put forward as a proposed grouping (which impacts on the duplication and cumulative nature within this specific group, and between this group and others on the various lists of custodians).  So, it is not fair to say that Uber has known the names for a long time.

We note that the attached PDF chart simply adopts Plaintiffs' chart and adds Uber's position.  We have not cross-checked all of the information regarding job titles, and litigation hold dates, and we reserve the right to make corrections to this information later, if necessary.

With respect to non-custodial sources, we will discuss on our call.  Look forward to speaking with you shortly to get the discussion moving toward resolution.

Thank you,

Michael

**Michael B. Shortnacy**
*Partner*
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com

**\*Please note new mailing address**



**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Wednesday, June 19, 2024 9:05 AM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>; Gromada, Veronica G. (SHB) <vgromada@shb.com>; Haider, Jay B. (SHB) <jhaider@shb.com>
**Subject:** Re: Call

**EXTERNAL**

Thanks Michael. Beth circulated the Zoom. We realized that it is better to provide the 50 custodians in light of the Judge's Order versus doing piecemeal. Look forward to receiving your written feedback and talking later today.

Also wanted to follow-up on the non-custodial information I raised in my e-mail. When do you anticipate providing to us?

Best,
Roopal


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**



ChaffinLuhana.com
ChaffinLuhanaFoundation.org

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

On Jun 18, 2024, at 8:14 PM, Shortnacy, Michael (SHB) <mshortnacy@shb.com> wrote:

Hi Roopal,

Copying in my team.  We are available at 5 pm ET tomorrow (6/19) to M&C.  Last night was the first we are seeing Plaintiffs' specific proposed 50 (which on Friday afternoon, prior to the court's order and based on our conversation, my side had hoped would be a focused 25).  Nevertheless, we are working very hard on this side to send something in writing before the call tomorrow (and we will endeavor to insert a column to the right of your last column to help us track in our discussion).  Would your side like to set the Zoom invitation?

Michael

**Michael B. Shortnacy**
*Partner*
Shook, Hardy & Bacon L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T: 424-324-3494 | mshortnacy@shb.com

**\*Please note new mailing address**

<image006.jpg>

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Tuesday, June 18, 2024 3:55 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>
**Subject:** Re: Call

**EXTERNAL**
Hi Michael, I hope you're well. I'm following-up on below to see what time

between 4-6pm ET tomorrow works best for you so we can lock in. Thanks.

**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
<image001.png>
ChaffinLuhana.com                  <image002.png>
ChaffinLuhanaFoundation.org

                                   <image003.png>

                                   <image004.png>

                                   <image005.png>

**Mailing Address:**
Chaffin Luhana LLP 600 Third Ave., 12th Flr. New York, NY 10016

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Monday, June 17, 2024 9:58 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>
**Subject:** Re: Call

Michael, please use the attached list as it corrects some page breaks/typos. Thanks.

Best,
Roopal

**Roopal Luhana | Partner**
E:  Luhana@chaffinluhana.com
P:  (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
\<image001.png\>
ChaffinLuhana.com                    \<image002.png\>
ChaffinLuhanaFoundation.org

\<image003.png\>

\<image004.png\>

\<image005.png\>

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Monday, June 17, 2024 9:22 PM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Cc:** Beth Wilkins <Wilkins@chaffinluhana.com>; Michael Sweet <sweet@chaffinluhana.com>; Sarah London <slondon@lchb.com>; Rachel Abrams <rabrams@peifferwolf.com>; Uber MDL Discovery Team <ubermdldiscovery@chaffinluhana.com>
**Subject:** Re: Call

Thank you for your e-mail Michael. Major delays with my return flight but I did have a nice weekend. I hope you had a wonderful weekend.

I know when we spoke on Friday about a potential process to address custodians, it was before Judge Cisneros entered the Order. In light of the Judge's Order, we put together a list of 50 priority custodians. Please find it attached. We reserve all rights to edit this to remove/add custodians based on our discussions and other information we learn as we all recognize this is an iterative process. It would be helpful if you could provide your responses in writing to the rationales for the 50 custodians

before our call; the rationales included in the attached are what we previously provided on May 23. We'll hold 4-6pm ET on Wednesday for our meet and confer. Please let us know what time works best for you. Thanks.

Additionally, at the June 11 hearing, Judge Cisneros ordered the Defendants to identify all non-custodial sources apart from the Knowledge Base System by the end of last week. I don't believe we have received that yet. Can you please let us know when you intend to send? Thank you.

Look forward to hearing from you soon.

Best,
Roopal

**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
<image001.png>
ChaffinLuhana.com                    <image002.png>
ChaffinLuhanaFoundation.org

                                     <image003.png>

                                     <image004.png>

                                     <image005.png>

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Sent:** Monday, June 17, 2024 4:34 PM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Call

Roopal,

I hope your flight was on time out of ATL, and that you had a good weekend.

Are plaintiffs still intending to identify a priority set of 25 custodians, in light of the Judge's order on Friday night?  Regardless, we do not know who Plaintiffs' proposed 50 are, so we cannot respond as the judge envisioned until you identify them.  Let us know how Plaintiffs intend to proceed.  We would like to meet and confer via Zoom on Wednesday afternoon PT (presuming your side identifies the priority custodians for us so that we can respond).  It will be difficult for my side to do in a business day, but we will try and see what progress we can make on Weds.  (As I told you, I am on planes all day Thursday).

Thank you, look forward to hearing from you.

Michael

**From:** Shortnacy, Michael (SHB)
**Sent:** Friday, June 14, 2024 9:49 AM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Call

Gotcha.  OK.  Speak soon.

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Friday, June 14, 2024 9:47 AM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Subject:** Re: Call

**EXTERNAL**
Great, thank you. Yes, just us. Our favorite topic, custodians. :)


**Roopal Luhana | Partner**
**E:** Luhana@chaffinluhana.com
**P:** (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
<image001.png>
ChaffinLuhana.com                          <image002.png>
ChaffinLuhanaFoundation.org

                                            <image003.png>

                                            <image004.png>

                                            <image005.png>

**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

On Jun 14, 2024, at 10:55 AM, Shortnacy, Michael (SHB) <mshortnacy@shb.com> wrote:

Hi Roopal – I can be available at Noon PT / 3 ET.  Give me an idea of topic, so I can be prepared.  And, just us?  Talk to you soon,  Michael

---

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Friday, June 14, 2024 7:26 AM
**To:** Shortnacy, Michael (SHB) <mshortnacy@shb.com>
**Subject:** Call

**EXTERNAL**

Hi Michael, are you available for a call today around 3pm ET? If not then, can you please let me know your availability otherwise for today? Thank you.

Best,
Roopal


**Roopal Luhana | Partner**
**E:**  Luhana@chaffinluhana.com
**P:**  (347) 269-4461

**Serving clients nationwide with offices in CT, NY, PA, and WV.**
<image001.png>
ChaffinLuhana.com                        <image002.png>
ChaffinLuhanaFoundation.org

                                         <image003.png>

                                         <image004.png>

                                         <image005.png>


**Mailing Address:**
Chaffin Luhana LLP 615 Iron City Drive, Pittsburgh, PA, 15205

*A referral is the best compliment. If you know anyone who needs our help, please have them call us. We're available 24/7.*

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.