HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. Case No. 3:23-md-03084)

I am a Director of Data Science for Uber Technologies, Inc. (the "Company") in San Francisco, California, a party in the matter *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, pending in the United States District Court for the Northern District of California, Case No. 3:23-md-03084, and I certify the following.

Attached is a listing of fields within the Company's database, associated with two tables related to Bliss communications data: one containing Company support agents' actions taken on customer reports ("Bliss Actions") and a second containing the context and communications within the customer report, between customer and the Company. ("Bliss Messages"). I believe with reasonable certainty, in reliance on my experience and in consultation with others with knowledge at the Company, that the fields were used by the Company from 2017 through 2022 in connection with alleged sexual assault and sexual misconduct incidents reported to the Company.

February 25, 2025

*katherine McDonald*
_____

KATHERINE McDONALD
Uber Technologies, Inc.

Page 1 of 4

Case 3:23-md-03084-CRB    Document 6821-23    Filed 07/16/26    Page 3 of 5

Case 3:23-md-03084-CRB   Document 6821-23   Filed 07/16/26   Page 5 of 5