# EXHIBIT X

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING       )
SPECIAL TITLE (Rule 3.550)    )
                              )
                              )     Case No. CJC-21-005188
IN RE: UBER RIDESHARE CASES   )
                              )
                              )
_____)

*** HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

VIDEOTAPED DEPOSITION OF

KATY R. MCDONALD

THURSDAY, APRIL 24, 2025, 9:16 A.M.

LOS ANGELES, CALIFORNIA

STENOGRAPHICALLY REPORTED BY:
CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003

Katy R. McDonald  Highly Confidential – Attorneys' Eyes Only
April 24, 2025



Page 42

incident?

Page 44

Q   Why does Uber protect its database from its own employees?

MR. COX:  Object to the form.

THE WITNESS:  Not every employee needs access to safety-related information and safety issues.  These are sensitive events and instances and so permissioning and providing -- making sure there are appropriate use cases for analyzing and looking at this data is what the objective is with that.

BY MR. ABRAMSON:

Q   So Uber doesn't even provide its own employees with -- all of its own employees with access to its own Safety Data; right?

MR. COX:  Object to the form.

THE WITNESS:  I don't know why a customer support agent or someone in marketing would necessarily need to have access to highly sensitive

Page 43

Page 45

information about a given user on the platform.

BY MR. ABRAMSON:

Q   And I'm going to object as nonresponsive.  My question is simply, so Uber doesn't provide all of its employees with its own safety data; right?

MR. COX:  Object to the form.

THE WITNESS:  No, it's best practices to make sure that data is protected from a privacy perspective and that only the necessary people have access to data, whether it's safety or other.

BY MR. ABRAMSON:

Q   Okay.  Now the last line underneath this chart says:

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION


COORDINATION PROCEEDING      )
SPECIAL TITLE (Rule 3.550)   )
                             )
                             )   Case No. CJC-21-005188
IN RE: UBER RIDESHARE CASES  )
                             )
                             )
_____)


*** HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

VIDEOTAPED DEPOSITION OF

KATY R. MCDONALD

THURSDAY, APRIL 24, 2025, 9:16 A.M.

LOS ANGELES, CALIFORNIA


STENOGRAPHICALLY REPORTED BY:
CHERYL HAAB SCOTT, RDR, CRR, CCRR
CA CSR No. 13600
WA CCR No. 3499
NV CCR No. 1003

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING      )
SPECIAL TITLE (Rule 3.550)   )
                             )
                             )     Case No. CJC-21-005188
IN RE: UBER RIDESHARE CASES  )
                             )
                             )
_____)

*** HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY ***

VIDEOTAPED DEPOSITION OF KATY R. MCDONALD,

taken at 2049 Century Park East, Los Angeles,

California, on Thursday, April 24, 2025, at 9:16 a.m.,

before Cheryl Haab Scott, RDR, CRR, CCRR, Certified

Shorthand Reporter No. 13600 in and for the State of

California, Certified Court Reporter No. 3499 in and for

the State of Washington, and Certified Court Reporter

No. 1003 in and for the State of Nevada.

Katy R. McDonald  Highly Confidential - Attorneys' Eyes Only
April 24, 2025

                    A P P E A R A N C E S
                         --oOo--


For the JCCP Plaintiffs:

        WILLIAMS HART & BOUNDAS, LLP
        BY:  BRIAN ABRAMSON, ESQ.
             BATAMI BASKIN, ESQ. (VIA ZOOM)
             JOE MELUGIN, ESQ. (VIA ZOOM)
             MYLES SHAW, ESQ. (VIA ZOOM)
        8441 Gulf Freeway, Suite 600
        Houston, Texas 77017
        713.230.2200
        babramson@whlaw.com
        bbaskin@whlaw.com
        jmelugin@whlaw.com
        mshaw@whlaw.com


        LEVIN SIMES
        BY:  DAVID GRIMES, ESQ. (VIA ZOOM)
        1700 Montgomery Street, Suite 250
        San Francisco, California 94111
        415.849.2148
        dgrimes@levinsimes.com


        ESTEY & BOMBERGER, LLP
        BY:  MAREK PIENKOS, ESQ. (VIA ZOOM)
             ANGELA NEHMENS, ESQ. (VIA ZOOM)
        2869 India Street
        San Diego, California 92103
        619.295.0035
        mpienkos@estey-bomberger.com
        angela@estey-bomberger.com


For the MDL Plaintiffs:

        CHAFFIN LUHANA LLP
        BY:  MICHAEL SWEET, ESQ. (VIA ZOOM)
             BETH WILKINS, ESQ. (VIA ZOOM)
        615 Iron City Drive
        Pittsburgh, Pennsylvania 15205
        412.345.8144


/// (CONTINUED ON NEXT PAGE)

Katy R. McDonald   Highly Confidential - Attorneys' Eyes Only
April 24, 2025

APPEARANCES (CONTINUED):

For the MDL Plaintiffs (Continued):

PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
BY:  SARA CRAIG, ESQ. (VIA ZOOM)
     TIFFANY ELLIS, ESQ. (VIA ZOOM)
555 Montgomery Street, Suite 820
San Francisco, California 94111
415.231.0909
scraig@peifferwolf.com
tellis@peifferwolf.com


SIMMONS HANLY CONROY
BY:  KRISTINA BERKOVER, ESQ. (VIA ZOOM)
One Court Street
Alton, Illinois 62002
618.693.3104
kberkover@simmonsfirm.com


For the Defendants:

KIRKLAND & ELLIS LLP
BY:  CHRISTOPHER D. COX, ESQ.
     THERESA KELLEY, ESQ. (VIA ZOOM)
601 Lexington Avenue
New York, New York 10022
212.446.4800
christopher.cox@kirkland.com
theresa.kelley@kirkland.com


KIRKLAND & ELLIS LLP
BY:  KATIE O'NEILL, ESQ.
333 West Wolf Point Plaza
Chicago, Illinois 60654
312.862.2000
katie.oneill@kirkland.com

SHOOK, HARDY & BACON L.L.P.
BY:  MICHAEL B. SHORTNACY, ESQ.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
424.285.8330
mshortnacy@shb.com

/// (CONTINUED ON THE NEXT PAGE)

Katy R. McDonald   Highly Confidential - Attorneys' Eyes Only
April 24, 2025

                         I N D E X
                          --oOo--


WITNESS: Katy R. McDonald


                                                        PAGE

Examination By Mr. Abramson                                12

Examination By Mr. Cox                                    290

Further Examination By Mr. Abramson                       303

incident?



09:52:46

09:53:07

09:53:26

09:53:37

09:53:51

Katy R. McDonald   Highly Confidential - Attorneys' Eyes Only
April 24, 2025



09:54:02

09:54:15

09:54:31

09:54:51

09:55:15

Q    Why does Uber protect its database from its own employees?

MR. COX:  Object to the form.

THE WITNESS:  Not every employee needs access to safety-related information and safety issues.  These are sensitive events and instances and so permissioning and providing -- making sure there are appropriate use cases for analyzing and looking at this data is what the objective is with that.

BY MR. ABRAMSON:

Q    So Uber doesn't even provide its own employees with -- all of its own employees with access to its own Safety Data; right?

MR. COX:  Object to the form.

THE WITNESS:  I don't know why a customer support agent or someone in marketing would necessarily need to have access to highly sensitive

information about a given user on the platform.

BY MR. ABRAMSON:

     Q    And I'm going to object as nonresponsive.
My question is simply, so Uber doesn't provide all
of its employees with its own safety data; right?

          MR. COX:  Object to the form.

          THE WITNESS:  No, it's best practices to
make sure that data is protected from a privacy
perspective and that only the necessary people have
access to data, whether it's safety or other.

BY MR. ABRAMSON:

     Q    Okay.  Now the last line underneath this
chart says:

BY MR. ABRAMSON:

Q    Okay.  Let's turn to the Bates ending in 236, please.  And we have a chart here that's titled "Types of Safety Data."

Do you see that?

A    I see that, yes.

Q    And we have three different buckets.

Do you see that?

A    Yes, I see that.

Q    And on the left, we have "Critical Safety Data."

Do you see that?

A    I see that first bucket, yes.

Q    Okay.  And "Critical Safety Data," that's a term that Uber uses internally; correct?

A    It's a way of distinguishing a subset of the most severe safety incidents on the platform.

A    I see that as written.

Q    And then it says:

"Assume 4 million trips per day, 1.5 billion trips in LTM September 2019, over 365 days."

Do you see that?                                    11:13:44

A    I see that as written.

Q    And then under source, it says "Secure Safety Data Flack"; right?

A    I see that as written.

Q    And that's the system we were talking about    11:13:51 before; right?

A    That's the system that stores all of the reports from Bliss, JIRA, and that's what we discussed before.

Q    That's the highly sensitive system that only    11:14:01 some employees have access to that we were talking about earlier; right?

A    Yes, that's correct.



11:14:11

11:14:29