# EXHIBIT 2

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Roger Kaiser Volume I Highly Confidential
November 19, 2024

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING | No. CJC-21-005188
SPECIAL TITLE (Rule 3.550) |
|
In Re:  Uber Rideshare Cases |
_____|
|
This document relates to: |
|
ALL ACTIONS |
_____|

HIGHLY CONFIDENTIAL

UNDER PROTECTIVE ORDER

VIDEO DEPOSITION OF ROGER KAISER

VOLUME I - PAGES 1-241

TUESDAY, NOVEMBER 19, 2024

SAN FRANCISCO, CALIFORNIA

Reported by:   Marilynn Hoover, RPR

California CSR No. 8841

Roger Kaiser Volume I Highly Confidential
November 19, 2024

Roger Kaiser Volume I Highly Confidential
November 19, 2024



Q.   Okay.  Do you have a background in investigating assault or sexual misconduct allegations?

A.   I do.

Roger Kaiser Volume I Highly Confidential
November 19, 2024

A.   Yes, there's both a -- there's a safety support program, which is what I was the program manager of when I was in customer support, both globally and for the U.S.

Roger Kaiser Volume I Highly Confidential
November 19, 2024

Roger Kaiser Volume I Highly Confidential
November 19, 2024

STATE OF CALIFORNIA      )
                         )  SS.
COUNTY OF SAN FRANCISCO )

I, MARILYNN HOOVER, CSR No. 8841 for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn to testify the truth, the whole truth, and nothing but the truth;

That said deposition was taken down by me in shorthand at the time and place therein named, and thereafter reduced by me to typewritten form; and that the same is a true, correct, and complete transcript of the said proceedings.

Before completion of the deposition, review of the transcript [X] was [ ] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed shall be appended hereto.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 20th day of November 2024.

_____

Marilynn Hoover, RPR

California CSR No. 8841