# EXHIBIT 3

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :                    CTRL00864877

File Description :                  Microsoft 2007 Word
                                    Document

Custodian All :                     Chen, Mia, Sevart,
                                    Jacob, Breeden, Tracey,
                                    Cardenas, Philip, Chang,
                                    Frank, Fuldner, Gus, Haas,
                                    Rachel, Kansal, Sachin,
                                    Lake, Carley, McDonald,
                                    Katy, Parker, Kate,
                                    Purcell, Johnathon, Ross,
                                    Lizzie, Silver, Nick,
                                    Sullivan, Joe

Author (Combined) :

GOOGLE_#Author :                    █████████████

GOOGLE_Collaborators :              ████████████████████████

Date Created (App) :                6/29/2015 12:00:00
                                    AM

Date Last Modified (App) :          6/29/2015 12:00:00
                                    AM

Parent Doc Date :                   6/29/2015 6:25:04 PM

Production - Beginning Ba           UBER000051894
tes :

MDL Production - Beginnin
g Bates :                           UBER_JCCP_MDL_000032
                                    212