# EXHIBIT 4

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :                     CTRL00870502

File Description :                    Microsoft 2007
                                     PowerPoint Presentation

Custodian All :                      Anderson, Brooke,
                                     Hasbun, Andrew, Kansal,
                                     Sachin, Silver, Nick

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :



Date Created (App) :                 3/2/2020 12:00:00 AM

Date Last Modified (App) :           3/10/2020 12:00:00
                                     AM

Parent Doc Date :                    3/10/2020 1:43:39 PM

Production – Beginning Ba            UBER000212419
tes :

MDL Production – Beginnin
g Bates :                            UBER_JCCP_MDL_000182
                                     236