# EXHIBIT 5
## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :           CTRL24674507

File Description :         Microsoft 2007
                           PowerPoint Presentation

Custodian All :            Galvez, Natalia,
                           Sevart, Jacob, Boman,
                           Emilie, Fuldner, Gus,
                           Kaiser, Roger, Kansal,
                           Sachin, Ross, Lizzie

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :       6/8/2022 12:00:00 AM

Date Last Modified (App) : 2/2/2023 12:00:00 AM

Parent Doc Date :          2/2/2023 4:42:43 PM

Production – Beginning Ba   UBER000187361
tes :

MDL Production – Beginnin
g Bates :                  UBER_JCCP_MDL_000167
                           259