# EXHIBIT 6

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number : CTRL24366065

File Description : Microsoft 2007 Word Document

Custodian All : Kansal, Sachin, Pimentel, Andi

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) : 1/13/2023 12:00:00 AM

Date Last Modified (App) : 1/23/2023 12:00:00 AM

Parent Doc Date : 1/23/2023 5:18:20 PM

Production - Beginning Bates : UBER000178156

MDL Production - Beginning Bates : UBER_JCCP_MDL_000158054