# EXHIBIT 7

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :         CTRL24422670

File Description :       Microsoft 2007
                         PowerPoint Presentation

Custodian All :          Kansal, Sachin,
                         Parker, Kate, Silver, Nick

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :     1/26/2018 12:00:00
                         AM

Date Last Modified (App) :  1/28/2018 12:00:00
                         AM

Parent Doc Date :        1/28/2018 8:35:29 AM

Production - Beginning Ba   UBER000114019
tes :

MDL Production - Beginnin
g Bates :                UBER_JCCP_MDL_000093
                         920