# EXHIBIT 8

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :          CTRL00867076

File Description :         Microsoft 2007 Word
                          Document

Custodian All :           Akamine, Mike,
                          Harchekar, Varun, Shyu, Ponon,
                          Wong, Sunny, Yoon, Calvin,
                          Breeden, Tracey, Freivogel,
                          Cory, Kansal, Sachin

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :      6/25/2018 12:00:00
                          AM

Date Last Modified (App) : 1/29/2021 12:00:00
                          AM

Parent Doc Date :         1/29/2021 5:44:36 PM

Production - Beginning Ba  UBER000142572
tes :

MDL Production - Beginnin
g Bates :                 UBER_JCCP_MDL_000122
                          470