# EXHIBIT 9

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :          CTRL00861103

File Description :        Microsoft 2007
                          PowerPoint Presentation

Custodian All :           Breeden, Tracey,
                          Cardenas, Philip, Haas,
                          Rachel, Kansal, Sachin,
                          Purcell, Johnathon

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :      10/5/2017 12:00:00
                          AM

Date Last Modified (App) : 10/5/2017 12:00:00
                          AM

Parent Doc Date :         10/5/2017 5:36:46 PM

Production - Beginning Ba
tes :                     UBER_JCCP_MDL_000959
                          559

MDL Production - Beginnin
g Bates :                 UBER_JCCP_MDL_000959
                          559