# EXHIBIT 10

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :                        CTRL00860062

File Description :                      Microsoft 2007
                                        PowerPoint Presentation

Custodian All :                         Anderson, Brooke,
                                        Chang, Frank, Farmer,
                                        Brett, Fuldner, Gus,
                                        Gibbons, Catherine, Kaiser,
                                        Roger, Kan, Chanel, Kansal,
                                        Sachin, Parker, Kate,
                                        Purcell, Johnathon,
                                        Richter-Eason, Emily, Sengupta,
                                        Karina

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :                    2/26/2018 12:00:00
                                        AM

Date Last Modified (App) :              2/28/2018 12:00:00
                                        AM

Parent Doc Date :                       2/28/2018 9:27:53 PM

Production - Beginning Ba               UBER000051449
tes :

MDL Production - Beginnin
g Bates :                               UBER_JCCP_MDL_000031
                                        767