# EXHIBIT 11

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :                CTRL00860322

File Description :              Microsoft 2007
                               PowerPoint Presentation

Custodian All :                Burke, Jordan,
                               Patel, Niraj, Anderson,
                               Brooke, Breeden, Tracey,
                               Chang, Frank, Fuldner, Gus,
                               Holt, Rachel, Kansal,
                               Sachin, Parker, Kate,
                               Silver, Nick, Sullivan, Joe

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :           9/22/2017 12:00:00
                               AM

Date Last Modified (App) :     1/26/2018 12:00:00
                               AM

Parent Doc Date :              1/26/2018 1:56:43 AM

Production – Beginning Ba      UBER000206600
tes :

MDL Production – Beginnin
g Bates :                      UBER_JCCP_MDL_000190
                               112