# EXHIBIT 12

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :            CTRL 32858001

File Description :          Microsoft 2007
                            PowerPoint Presentation

Custodian All :             Cinelli, Dennis,
                            Fuldner, Gus, Kansal, Sachin

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :        2/6/2018 12:00:00 AM

Date Last Modified (App) :  2/7/2018 12:00:00 AM

Parent Doc Date :           2/7/2018 7:38:11 AM

Production - Beginning Ba    UBER000234332
tes :

MDL Production - Beginnin
g Bates :                    UBER_JCCP_MDL_000214
                             321