# EXHIBIT 13

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :          CTRL00876610

File Description :        Microsoft 2007
                          PowerPoint Presentation

Custodian All :           Chang, Frank,
                          Farmer, Brett, Fuldner, Gus,
                          Kansal, Sachin, McDonald,
                          Katy, Uber Technologies,
                          Inc.

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :      3/11/2019 12:00:00
                          AM

Date Last Modified (App) :  4/1/2019 12:00:00 AM

Parent Doc Date :         4/1/2019 9:41:13 AM

Production – Beginning Ba
tes :                     UBER_JCCP_MDL_001720
                          742

MDL Production – Beginnin
g Bates :                 UBER_JCCP_MDL_001720
                          742