# EXHIBIT 14

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :  CTRL00875037

File Description :  Microsoft 2007 PowerPoint Presentation

Custodian All :  Burke, Jordan, Patel, Niraj, Shuping, Valerie, Brown, Greg, Chang, Frank, Freivogel, Cory, Kansal, Sachin, Maredia, Sarfraz, Parker, Kate, Ross, Lizzie, Sengupta, Karina, Sheridan, Danielle, Silver, Nick

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :  10/31/2017 12:00:00 AM

Date Last Modified (App) :  8/12/2019 12:00:00 AM

Parent Doc Date :  8/12/2019 4:31:30 PM

Production – Beginning Bates :  UBER000094334

MDL Production – Beginning Bates :  UBER_JCCP_MDL_000074235