# EXHIBIT 15

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :                    CTRL55585416

File Description :                  Microsoft 2007 Word
                                    Document

Custodian All :                     Whetstone, Rachel

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :                12/29/2015 12:00:00
                                    AM

Date Last Modified (App) :          1/4/2016 12:00:00 AM

Parent Doc Date :                   1/4/2016 6:10:00 PM

Production - Beginning Ba
tes :                               UBER_JCCP_MDL_001586
                                    679

MDL Production - Beginnin
g Bates :                           UBER_JCCP_MDL_001586
                                    679