# EXHIBIT 16

## *[Proposed Sealed Version]*

*(May Not Be Examined Without
Court Order – Contains
Material from Conditionally
Sealed Record)*

Control Number :           CTRL00864312

File Description :         Microsoft 2007 Word
                           Document

Custodian All :            Breeden, Tracey,
                           Haas, Rachel

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :       8/28/2016 12:00:00
                           AM

Date Last Modified (App) : 9/13/2016 12:00:00
                           AM

Parent Doc Date :          9/13/2016 5:51:30 PM

Production – Beginning Ba
tes :                      UBER_JCCP_MDL_000879
                           670

MDL Production – Beginnin
g Bates :                  UBER_JCCP_MDL_000879
                           670