# EXHIBIT 17

## *[Proposed Sealed Version]*

*(May Not Be Examined Without Court Order – Contains Material from Conditionally Sealed Record)*

Control Number :         CTRL00826171

File Description :         Microsoft 2007 Word Document

Custodian All :         Barnes, William, Burke, Jordan, Chen, Mia, Coker, Lucas, Fogg, Chad, Gaspar, Katherine, Marshall, Jeff, Poetzscher, Cameron, Richter, David, Sevart, Jacob, Whaling, Kayla, Anderson, Brooke, Baker, Ed, Baker, Matthew, Boman, Emilie, Breeden, Tracey, Brown, Greg, Butorac, Christopher, Cardenas, Philip, Chang, Frank, Foran, Timothy, Freivogel, Cory, Fuldner, Gus, Haas, Rachel, Jones, Mark, Kaiser, Roger, Kansal, Sachin, Kliff, Derek, Lake, Carley, McDonald, Katy, Miller, Kirsten, Parker, Kate, Purcell, Johnathon, Rikhye, Vaibhav, Ross, Lizzie, Sengupta, Karina, Sheridan, Danielle, Silver, Nick, Sullivan, Joe, Weber, Christopher, Whetstone, Rachel, Joyce, Meghan

Author (Combined) :

GOOGLE_#Author :

GOOGLE_Collaborators :

Date Created (App) :         12/8/2015 12:00:00 AM

Date Last Modified (App) :         10/22/2016 12:00:00 AM

Parent Doc Date :         10/22/2016 12:52:09 AM

Production - Beginning Bates :         UBER000050769

MDL Production - Beginning Bates :         UBER_JCCP_MDL_000031087