Docusign Envelope ID: ZDC79898-1738-4216-8E76-0B520CE09533

ROBERT ATKINS (Admitted *Pro Hac Vice*)
  ratkins@paulweiss.com
JACQUELINE P. RUBIN (Admitted *Pro Hac Vice*)
  jrubin@paulweiss.com
CAITLIN E. GRUSAUSKAS (Admitted *Pro Hac Vice*)
  cgrusauskas@paulweiss.com
ANDREA M. KELLER (Admitted *Pro Hac Vice*)
  akeller@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

RANDALL S. LUSKEY (SBN: 240915)
  rluskey@paulweiss.com
MARC PRICE WOLF (SBN: 254495)
  mpricewolf@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

[*Additional Counsel Listed on Following Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to:<br><br>ALL MATTERS | **DECLARATION OF TRAVIS KALANICK IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

DECLARATION OF TRAVIS KALANICK IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER                    Case No. 3:23-md-03084-CRB

-2-

KYLE SMITH (Admitted *Pro Hac Vice*)
    ksmith@paulweiss.com
JESSICA PHILLIPS (Admitted *Pro Hac Vice*)
    jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006
Telephone: (202) 223-7300

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DECLARATION OF TRAVIS KALANICK IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER                    Case No. 3:23-md-03084-CRB

## <u>DECLARATION OF TRAVIS KALANICK</u>

I, Travis Kalanick, declare pursuant to 28 U.S.C. § 1746:

1.      I am over 18 years of age, of sound mind, and competent to make the statements in this declaration.  This declaration and information are provided pursuant to and under the provisions of the protective order previously entered in this matter.

2.      I submit this declaration in support of Defendants' Motion for Protective Order, filed on February 28, 2025.

3.      I am the former ████████████████████ for Defendant Uber Technologies, Inc. ("Uber").  I served in that role from 2010 until June 2017.

4.      As ███ of Uber, I oversaw all of the company's operations.  I did not have a primary focus on any single function of the business, including safety.  My responsibilities as ███ also included managing Uber's senior executives.  As ███ I relied on senior leadership, and Uber's employees to execute and implement the company's initiatives.  I was not involved in creating and implementing the vast majority of policies and my knowledge of that work is largely based on information that was reported to me

5.      I understand that this case involves Uber's Mobility operating segment, and centers on alleged instances of sexual misconduct perpetrated by drivers using the Uber platform against Plaintiffs and Plaintiffs' allegation that Uber failed to implement policies that adequately address risks of harm to riders.

6.      Given my prior role in the company, I do not possess unique personal knowledge concerning the issues presented by Plaintiffs' lawsuits.  I was not involved with individual background checks.  I was not responsible for responding to or investigating incidents between drivers and riders, including Plaintiffs' alleged incidents of sexual misconduct.  I did not make decisions regarding individual rider or driver account deactivations.  To the extent I have knowledge of those matters, it is information that would have been reported to me by other executives or others directly responsible for those matters.

DECLARATION OF TRAVIS KALANICK IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER                    Case No. 3:23-md-03084-CRB

7.    I understand that Plaintiffs already have deposed, or plan to depose, multiple high-ranking Uber employees who are, or were, directly responsible for the subject matters involved in this action and worked at Uber during my tenure.

8.    For example, Plaintiffs plan to depose R███████████████████ ██████ who were members of the ████████████████████ started working at Uber in 2011 and served in many ██████████████ that focused on running the ████████████ in various markets, including ███████████████████ for U.S. & Canada, during which she oversaw operations for United States and Canada. ███████████ joined Uber in 2013 and also held ████████████████████ for the East and then United States and Canada for certain period of time. ████████████ joined Uber in 2012 and was responsible for ████████████████████████ I do not believe that I possess unique knowledge of Uber's operations in the United States that could not be obtained from ███████████████████.

9.    I also understand that ████████████ was deposed in connection with litigation pending in California Superior Court. ████████████ was the former ████████████████ at Uber from 2014 to 2016, and held primary responsibility for running the ████████████████ during my tenure.

10.    To the extent Plaintiffs seek my deposition because they wish to learn about Uber's communications strategy during the early part of my tenure, I understand Plaintiffs have deposed ████████████, who joined Uber in 2013 and served as ████████████████████████ ████████████████████████.

11.    I also understand the Plaintiffs have deposed, or plan to depose, numerous other current and former employees who were employed by Uber during my tenure, including, but not limited to: ████████████████████████████████████ ████████████████████.

12.    My potential knowledge of any facts relevant to this case is not unique when compared to the knowledge of the foregoing individuals or any other Uber employees involved in the day-to-day operations of Uber.  Simply put, I am not aware of facts or information that cannot

-4-

DECLARATION OF TRAVIS KALANICK IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER                    Case No. 3:23-md-03084-CRB

be obtained from those individuals, who either were directly responsible for or involved with the relevant topics in this case.

13.    I am currently the ████████████████████ and its subsidiary ███████████. Together those companies operate in over 30 countries around the world and have several thousand employees.  I oversee the operations on an international scale with numerous time-sensitive obligations.  Having to prepare for and attend the noticed deposition would impose a significant burden on both me and the companies I manage given my obligations to those companies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2/28/2025 | 4:35 PM EST _____, in Los Angeles, California.

Signed by:

_____
Travis Kalanick

-5-

DECLARATION OF TRAVIS KALANICK IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER                Case No. 3:23-md-03084-CRB