[SUBMITTING COUNSEL BELOW]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,*
N.D. Cal No. 3:24-cv-08783
W.D.T.X. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Judge:        Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor

Judge:        Mag. Lisa J. Cisneros
Courtroom:   G – 15th Floor

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

JANE DOE QLF 001,

          Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

          Defendants.

CASE NO. 26-CV-01694-CRB

Judge:        Hon. Charles R. Breyer

Courtroom:   501

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL
CASE NO. 1:26-cv-01694-CRB

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the PTO-8 Letter Concerning Plaintiff's Medical Record Authorizations.

### Material To Be Filed Under Seal

The following materials contain information that Plaintiff has designated as confidential, that otherwise includes Plaintiff's confidential information, or that Plaintiff has requested that Uber seal.

| Document | Description | Designating Party |
|---|---|---|
| PTO-8 Letter | References to Plaintiff's confidential information | Plaintiff |
| Ex. 1 to PTO-8 Letter | Unsigned pharmacy and insurance record authorizations | Plaintiff |
| Ex. 2 to PTO-8 Letter | Plaintiff's Medical Records (DOE QLF 001267 – 001268) | Plaintiff |
| Ex. 3 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX-GXXXXX-00002 – 000005) | Plaintiff |
| Ex. 4 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX-MXXX00002 – 000004) | Plaintiff |
| Ex. 5 to PTO-8 Letter | Plaintiff's Sixth Amended Plaintiff Fact Sheet and Addendum | Plaintiff |
| Ex. 6 to PTO-8 Letter | Plaintiff's Fourth Supplemental Interrogatory Responses | Plaintiff |
| Ex. 7 to PTO-8 Letter | June 30, 2026 Vives Email | Plaintiff |
| Ex. 8 to PTO-8 Letter | July 2, 2026 Vives Email | Plaintiff |
| Ex. 9 to PTO-8 Letter | July 13, 2026 Velez Email | Plaintiff |
| Velez Declaration | References to Plaintiff's confidential information in Velez Declaration | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Michael Vives in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE FILED UNDER SEAL
CASE NO. 1:26-cv-01694-CRB

DATED:  July 17, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE FILED UNDER SEAL
CASE NO. 1:26-cv-01694-CRB