[SUBMITTING COUNSEL BELOW]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal No. 3:24-cv-08783
W.D.T.X. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Judge:          Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor

Judge:          Mag. Lisa J. Cisneros
Courtroom:   G – 15th Floor

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

JANE DOE QLF 001,

            Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

            Defendants.

CASE NO. 26-CV-01694-CRB

Judge:          Hon. Charles R. Breyer

Courtroom:   501

I, Michael Vives, declare as follows:

1.      I am admitted *pro hac vice* in this MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Uber is filing materials related to the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations under seal because those materials contain information that Plaintiff has designated as confidential, that otherwise includes Plaintiff's confidential information, or that Plaintiff has requested that Uber seal.

3.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff Jane Doe QLF's Medical Authorizations.

4.      Attached as **Exhibit 2** is a true and correct copy of Document bearing Bates stamp DOE QLF 001267 – DOE QLF 001268.

5.      Attached as **Exhibit 3** is a true and correct copy of Document bearing Bates stamp XXXXXXX-GXXXXX-00002 – XXXXXXX-GXXXXX-00005.

6.      Attached as **Exhibit 4** is a true and correct copy of Document bearing Bates stamp XXXXXXX-MXXX00002 – XXXXXXX-MXXX00004.

7.      Attached as **Exhibit 5** is a true and correct copy of Plaintiff Jane Doe QLF's Sixth Amended Plaintiff Fact Sheet and Addendum.

8.      Attached as **Exhibit 6** is a true and correct copy of Plaintiff Jane Doe QLF's Fourth Supplemental Responses to Defendants' First Set of Interrogatories.

9.      Attached as **Exhibit 7** is a true and correct copy of an Email from M. Vives to S. London, dated June 30, 2026.

10.      Attached as **Exhibit 8** is a true and correct copy of an Email from M. Vives to I. Velez, dated July 2, 2026.

11.      Attached as **Exhibit 9** is a true and correct copy of an Email from I. Velez to M. Vives, dated July 13, 2026.

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

Case No. 26-cv-01694-CRB (LJC)

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 17, 2026, in New York, New York.

/s/ Michael Vives
Michael Vives

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

Case No. 26-cv-01694-CRB (LJC)