**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal No. 3:24-cv-08783<br>W.D.T.X. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:   501 |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 26-cv-01694-CRB (LJC)

Having considered Defendants' July 17, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| PTO-8 Letter | References to Plaintiff's confidential information | Plaintiff |
| Ex. 1 to PTO-8 Letter | Unsigned pharmacy and insurance record authorizations | Plaintiff |
| Ex. 2 to PTO-8 Letter | Plaintiff's Medical Records (DOE QLF 001267 – 001268) | Plaintiff |
| Ex. 3 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX- GXXXXX-00002 – 000005) | Plaintiff |
| Ex. 4 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX-MXXX00002 – 000004) | Plaintiff |
| Ex. 5 to PTO-8 Letter | Plaintiff's Sixth Amended Plaintiff Fact Sheet and Addendum | Plaintiff |
| Ex. 6 to PTO-8 Letter | Plaintiff's Fourth Supplemental Interrogatory Responses | Plaintiff |
| Ex. 7 to PTO-8 Letter | June 30, 2026 Vives Email | Plaintiff |
| Ex. 8 to PTO-8 Letter | July 2, 2026 Vives Email | Plaintiff |
| Ex. 9 to PTO-8 Letter | July 13, 2026 Velez Email | Plaintiff |
| Velez Declaration | References to Plaintiff's confidential information in Velez Declaration | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____        _____

Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)