[SUBMITTING COUNSEL BELOW]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB **CERTIFICATE OF SERVICE** |
| This Document Relates to: *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal No. 3:24-cv-08783 W.D.T.X. No. 1:26-cv-01694 | Judge:      Hon. Charles R. Breyer Courtroom:  6 – 17th Floor Judge:      Mag. Lisa J. Cisneros Courtroom:  G – 15th Floor |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge:      Hon. Charles R. Breyer |
| v. | Courtroom:  501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1. **Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

2. **Exhibits 1-9 of Vives Declaration in Support of Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

3. **Velez Declaration in Support of the Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |
| Sarah R. London<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com |

CERTIFICATE OF SERVICE
CASE NO. 26-cv-01694-CRB (LJC)

DATED:  July 17, 2026

Respectfully submitted,


*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

CERTIFICATE OF SERVICE
CASE NO. 26-cv-01694-CRB (LJC)