**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF ISABEL VELEZ IN SUPPORT OF JOINT LETTER BRIEF RE AUTHORIZATIONS** |
| This Document Relates to: | |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al., No. 1:26-cv-01694-CRB* | Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | |
| v. | Judge:       Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | Courtroom:   501 |
| Defendants. | |

I, Isabel Velez, declare:

1.      I am an attorney in the law firm of Girard Sharp LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      I submit this declaration in support of the joint letter initiated by Uber regarding Plaintiff QLF 001's medical record authorizations.

3.      Since January 1, 2025, Plaintiff has been providing medical and mental health authorizations. Most recently on June 30, 2026, Plaintiff provided medical authorizations going back five years and mental health authorizations going back ten years prior to the incident. The authorizations include pharmaceutical records and, pursuant to those authorizations, Uber has already submitted several pending requests to pharmacies.  In addition, Plaintiff identified to Uber her medical ██████████████████.

4.      In Plaintiff's Fourth Supplemental Response to Defendant's Interrogatory Nos. 5, 6, and 8 (dated April 28, 2026), she identified ████████████████████████████████ ████████████████.

5.      In Plaintiff's Sixth Amended Fact Sheet, she identifies eight post-incident and pre-incident medical ████████████████.

6.      ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████.

7.      Plaintiff has made every effort to obtain the missing information about these providers. ████████████████████, Plaintiff has called family members and even drove around Grand Prairie to locate the building where she received this treatment. While she was able to identify the building where she believes treatment took place, ████████████████████ was not at this location (or perhaps no longer at this location). For the other provider, Plaintiff authorized

1

DECLARATION OF ISABEL VELEZ
Case No. 3:23-md-03084-CRB (LJC)

Uber to request █████████████████████████████████████, which would enable Uber to obtain any missing information that is available.

8.    Plaintiff has offered to consider more tailored pharmaceutical authorizations, but Uber has declined to engage.

9.    Uber did not respond to Plaintiff's question as to how she can provide a reasonably tailored authorization when she does not remember who her insurance provider was prior to 2015.

10.    Plaintiff underwent additional investigation into her insurance coverage and determined that BlueCross BlueShield was her insurance carrier from 2015 onwards. Plaintiff notified Uber of this development on July 13.

11.    Plaintiff interviewed her parents regarding the identity of her insurance provider prior to 2015.

12.    Plaintiff continues her investigation to determine her insurance provider prior to 2015 and commits to update Uber with any responsive information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July 2026 in San Francico, California.

*/s/ Isabel Velez*

Isabel Velez

DECLARATION OF ISABEL VELEZ
Case No. 3:23-md-03084-CRB (LJC)