Jonathan Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
Elana B. Goodman (*SBN# 0145076*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509
Email: Jonathan@schlesingerlawoffices.com
       JHaberman@schlesingerlaw.com
       egoodman@schlesingerlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| *Eva Agbemadzo v. Uber Technologies, Inc., et al;* *3:26-cv-00500-CRB* | |

Plaintiff, Eva Agbemadzo, by and through counsel hereby gives notice that the above captioned action, Case No. 3:26-cv-00500-CRB is dismissed without prejudice against Defendants, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated: July 20, 2026

Respectfully submitted,

By: */s/ Elana B. Goodman*
Elana B. Goodman (*SBN# 0145076*)
Jonathan R. Gdanski (*SBN# 0032097*)
Jeffrey L. Haberman (*SBN# 0098522*)
**SCHLESINGER LAW OFFICES, PA**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-467-8800
Facsimile: 954-320-9509

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

By: */s/ Elana B. Goodman*
Elana B. Goodman (*SBN# 0145076*)