ALLISON M. BROWN (Admitted Pro Hac Vice)
alli.brown@kirkland.com
LAURA VARTAIN HORN (SBN: 258485)
Laura.vartain@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF ERRATA RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL [ECF 6809]**<br><br>Judge:  Hon. Lisa J. Cisneros<br>Courtroom:    G-15th Floor |

NOTICE OF ERRATA RE: DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S AND PLAINTIFFS' JOINT OMNIBUS MOTION TO SEAL [ECF 6809]

Case No. 3:23-MD-3084-CRB

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants" or "Uber") and Plaintiffs' Joint Omnibus Motion to Seal (ECF. No. 6809), contains 32 exhibits that were inadvertently left out of the joint filing that was made on July 16, 2026. Other than the addition of these 32 attachments there is no other change to the July 16th filing (ECF Nos. 6809, 6809-1, 6809-2, 6809-3, 6809-4, 6809-5). The parties respectfully jointly request the Court deem these 32 inadvertently omitted exhibits filed as of July 16, 2026, as was intended by the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026 in Los Angeles, California.

SHOOK, HARDY & BACON L.L.P.


By: */s/ Michael B. Shortnacy*
MICHAEL B. SHORTNACY (SBN: 277035)
mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

1