# EXHIBIT 2

**SHOOK**
HARDY & BACON

August 19, 2024

Sarah R. London
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Fl. 29
San Francisco, CA 94111
Slondon@lchb.com

Rachel B. Abrams
Peiffer Wolf Carr Kane Conway & Wise, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Rabrams@peifferwolf.com

Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue, F. 12
New York, NY 10016
Luhana@chaffinluhana.com

2121 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
**t** 424.285.8330
**dd** 424.324.3494
**f** 424.204.9093
mshortnacy@shb.com

*Co-Lead Counsel for Plaintiffs*

Re:  *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*

Dear Counsel:

On behalf of our clients, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"), pursuant to the Court's Civil Minutes Order (ECF 867), we are producing to MDL Plaintiffs via secure file transfer custodial records previously produced to JCCP plaintiffs, with identifying Bates numbers UBER_JCCP_MDL_000000001 – UBER_JCCP_MDL_000184677. This production supersedes and replaces the production volume transmitted on August 12. Also enclosed is an updated production log reflecting the documents produced to date in the MDL.  You can access these documents via the Lighthouse secure file transfer link: ████████████████, User Name: █████████████ We will send the encryption password in a separate email.

This production includes documents marked "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The designated materials shall be handled and stored in accordance with the Protective Order entered by the Court on December 28, 2023 (ECF No. 176).

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | JERSEY CITY | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.



August 19, 2024
Page 2

| Document Description | Bates Begin | Bates End |
|---|---|---|
| Overlay containing re-branding of Bates numbers for Uber's August 12, 2024 reproduction of custodial records previously produced by Uber in the JCCP | UBER_JCCP_MDL_000 000001 | UBER_JCCP_MDL_0001 84677 |
| MDL3084 Production Log Update | | |

Production of these materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that provision of this material constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive any attorney-client privilege, work-product, or other protection that the producing party would otherwise be entitled to assert with respect to the inadvertently produced material and its subject matter.

Uber reserves the right to amend, supplement, correct, or modify the information contained herein and in the associated documents, if and as we obtain additional information.

Sincerely,

Michael B. Shortnacy
Partner

cc:

Robert A. Atkins
Patrick L. Oot



Bobbie E. Hooper
Kyle Smith
Jessica E. Phillips
Randall S. Luskey
Jacqueline P. Rubin
Christine M. Ray

August 19, 2024
Page 3

*Counsel for Defendants*
*Uber Technologies, Inc., Rasier LLC, and Rasier-CA LLC*