DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| | ) **NOTICE OF FILING OF NEW ACTION** |
| *This document relates to:* | ) |
| *C.H.02, v. UBER TECHNOLOGIES, INC., et al., 3:26-07531-CRB* | ) |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 21, 2026.

///

///

///

CASE NO. 3:23-md-03084-CRB            1        NOTICE OF FILING OF NEW ACTION

Dated:  July 21, 2026                          Respectfully submitted,


*/s/ Dennis C. Reich*
DENNIS C. REICH, ESQ. (SBN #69631)
Reich and Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Tel: 713.622.7271
Fax: 713.623.8724
Email: dreich@reichandbinstock.com


*Counsel for Plaintiff*


## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 21, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.


*/s/ Dennis C. Reich*
Dennis C. Reich

CASE NO. 3:23-md-03084-CRB                   2        NOTICE OF FILING OF NEW ACTION