RAMESH RAGHUTHAMAN, ESQ. (TX SBN 24046675)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorney for Plaintiff Jane Doe DMA (D.E.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Jane Doe DMA (D.E.) v. Uber Technologies, Inc. *et al*.; 3:26-cv-02199 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Jane Doe DMA (D.E.), by and through counsel hereby gives notice that the above captioned action, Case No. 3:26-cv-02199 is dismissed without prejudice against Defendants, Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated: July 22, 2026                    Respectfully Submitted,

                    **D. Miller & Associates, PLLC**

                    _____
                    By: Ramesh Raghuthaman
                    Texas Bar No. 24046675
                    2610 W Sam Houston Pkwy S #200,
                    Houston, TX 77042
                    Telephone:713-850-8600
                    ramesh@dmillerlaw.com
                    ridesharelit@dmillerlaw.com

                    **ATTORNEY FOR PLAINTIFF**

D. MILLER & ASSOCIATES, PLLC
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 22, 2026, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Ramesh Raghuthaman*
Ramesh Raghuthaman

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600