# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| None | Jane Doe NLG (J.A.) | 3:26-cv-02506 | Nachawati Law Group | 4/22/2026 | 5/22/2026 |
| 5118 | Jane Roe CL 293 | 3:26-cv-02510 | Cutter Law | 4/22/2026 | 5/22/2026 |
| 4375 | Jane Doe NLG (P.C.) | 3:26-cv-02528 | Nachawati Law Group | 4/23/2026 | 5/22/2026 |
| 5227; 5254 | Jane Doe NLG (C.E.) | 3:26-cv-02540 | Nachawati Law Group | 4/23/2026 | 5/22/2026 |
| 5136 | Ani.C. | 3:26-cv-02541 | Wagstaff Law Firm | 4/23/2026 | 5/22/2026 |
| 5120 | Jane Roe CL 295 | 3:26-cv-02648 | Cutter Law | 4/25/2026 | 5/7/2026 |
| 5108 | A.A. | 3:26-cv-02739 | Reich and Binstock | 4/28/2026 | 5/7/2026 |
| 5113 | M.B. | 3:26-cv-02742 | Potter Handy, LLP | 4/29/2026 | 5/7/2026 |
| 5167 | K.P. | 3:26-cv-02775 | Justice Law Collaborative, LLC | 4/30/2026 | 5/7/2026 |
| 5101 | Jane Doe LS 692 | 3:26-cv-02819 | Levin Simes | 5/1/2026 | 5/7/2026 |
| 5102 | Jane Doe LS 693 | 3:26-cv-02828 | Levin Simes | 5/1/2026 | 5/7/2026 |
| 5103 | Jane Doe LS 694 | 3:26-cv-02830 | Levin Simes | 5/1/2026 | 5/7/2026 |
| 5104 | Jane Doe LS 695 | 3:26-cv-02833 | Levin Simes | 5/1/2026 | 5/7/2026 |
| 5127 | Jane Roe CL 302 | 3:26-cv-02957 | Cutter Law | 5/6/2026 | 5/7/2026 |
| None | Jane Doe NLG (A.B.) | 3:26-cv-02980 | Nachawati Law Group | 5/7/2026 | 5/22/2026 |
| 5206 | Ke.G. | 3:26-cv-03025 | Wagstaff Law Firm | 5/8/2026 | 5/22/2026 |
| 5209 | M.D. | 3:26-cv-03075 | Wagstaff Law Firm | 5/10/2026 | 5/22/2026 |
| 5211 | I.L. | 3:26-cv-03084 | Wagstaff Law Firm | 5/10/2026 | 5/22/2026 |

1

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 5163 | Jane Doe LS 700 | 3:26-cv-03102 | Levin Simes | 5/10/2026 | 5/22/2026 |
| None | Jane Doe NLG (V.W.) | 3:26-cv-03105 | Nachawati Law Group | 5/10/2026 | 5/22/2026 |
| 5165 | Jane Doe LS 701 | 3:26-cv-03123 | Levin Simes | 5/13/2026 | 5/22/2026 |
| None | Jane Doe NLG (J.B.) | 3:26-cv-03166 | Nachawati Law Group | 5/14/2026 | 5/22/2026 |
| 5190 | Jane Roe CL 306 | 3:26-cv-03210 | Cutter Law | 5/15/2026 | 5/22/2026 |
| None | Herrera Barreda | 5:26-cv-01825 | Daspit Law Firm | 5/16/2026 | 5/22/2026 |
| 5232 | C.M. | 3:26-cv-03271 | Wagstaff Law Firm | 5/17/2026 | 5/22/2026 |
| 5257 | N.D. | 3:26-cv-03305 | Wagstaff Law Firm | 5/20/2026 | 6/4/2026 |
| 5201 | Jane Doe LS 704 | 3:26-cv-03310 | Levin Simes | 5/20/2026 | 6/4/2026 |
| 5202 | Jane Doe LS 705 | 3:26-cv-03316 | Levin Simes | 5/20/2026 | 6/4/2026 |
| 5199 | Jane Doe DMA (C.P.) | 3:26-cv-03335 | D. Miller & Associates, PLLC | 5/21/2026 | 6/4/2026 |
| None | Jane Doe NLG (B.M.) | 3:26-cv-03382 | Nachawati Law Group | 5/22/2026 | 6/4/2026 |
| 5277 | John Doe NLG (C.R.) | 3:26-cv-03385 | Nachawati Law Group | 5/22/2026 | 6/4/2026 |
| 4378 | Jane Doe NLG (A.S.) | 3:26-cv-03393 | Nachawati Law Group | 5/22/2026 | 6/4/2026 |
| 5292 | Jane Roe CL 310 | 3:26-cv-03627 | Cutter Law | 5/27/2026 | 6/4/2026 |
| None | Jane Doe NLG (A.L.) | 3:26-cv-03673 | Nachawati Law Group | 5/28/2026 | 6/4/2026 |
| None | Jane Doe NLG (NH.1) | 3:26-cv-03769 | Nachawati Law Group | 5/30/2026 | 6/4/2026 |
| 5263 | Jane Doe LS 707 | 3:26-cv-03816 | Levin Simes | 5/30/2026 | 6/4/2026 |

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 5264 | Jane Doe LS 708 | 3:26-cv-03824 | Levin Simes | 5/30/2026 | 6/4/2026 |
| 5298 | Jane Roe CL 315 | 3:26-cv-03850 | Cutter Law | 5/30/2026 | 6/4/2026 |
| None | Jane Doe NLG (AF.1) | 3:26-cv-03861 | Nachawati Law Group | 5/31/2026 | 6/4/2026 |
| 5314 | DI.B. | 3:26-cv-03885 | Wagstaff Law Firm | 5/31/2026 | 6/4/2026 |
| 5278 | Jane Doe NLG (RJ.1) | 3:26-cv-03923 | Nachawati Law Group | 5/31/2026 | 6/4/2026 |
| 5317 | KAT.W. | 3:26-cv-03926 | Wagstaff Law Firm | 5/31/2026 | 6/4/2026 |
| 5315 | L.P. | 3:26-cv-03928 | Wagstaff Law Firm | 5/31/2026 | 6/4/2026 |
| None | Jane Doe NLG (MM.1) | 3:26-cv-03940 | Nachawati Law Group | 5/31/2026 | 6/4/2026 |