# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |

This Document Relates to:

*Jane Doe NLG (J.A.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02506-CRB

*Jane Roe CL 293 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02510-CRB

*Jane Doe NLG (P.C.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02528-CRB

*Jane Doe NLG (C.E.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02540-CRB

*Ani.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02541-CRB

*Jane Roe CL 295 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02648-CRB

*A.A. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02739-CRB

*M.B. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02742-CRB

*K.P. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02775-CRB

*Jane Doe LS 692 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02819-CRB

*Jane Doe LS 693 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02828-CRB

*Jane Doe LS 694 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02830-CRB

*Jane Doe LS 695 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02833-CRB

*Jane Roe CL 302 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02957-CRB

*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02980-CRB

*Ke.G. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03025-CRB

*M.D. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03075-CRB

*I.L. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03084-CRB

*Jane Doe LS 700 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03102-CRB

*Jane Doe NLG (V.W.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03105-CRB

*Jane Doe LS 701 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03123-CRB

*Jane Doe NLG (J.B.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03166-CRB

*Jane Roe CL 306 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03210-CRB

*Herrera Barreda v. Uber Technologies, Inc., et al.,* No. 5:26-cv-01825-CRB

*C.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03271-CRB

*N.D. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03305-CRB

*Jane Doe LS 704 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03310-CRB

*Jane Doe LS 705 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03316-CRB

*Jane Doe DMA (C.P.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03335-CRB

*Jane Doe NLG (B.M.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03382-CRB

*John Doe NLG (C.R.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03385-CRB

*Jane Doe NLG (A.S.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03393-CRB

*Jane Roe CL 310 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03627-CRB

*Jane Doe NLG (A.L.) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03673-CRB

*Jane Doe NLG (NH.1) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03769-CRB

*Jane Doe LS 707 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03816-CRB

*Jane Doe LS 708 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03824-CRB

*Jane Roe CL 315 v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03850-CRB

*Jane Doe NLG (AF.1) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03861-CRB

*DI.B. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03885-CRB

*Jane Doe NLG (RJ.1) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03923-CRB

*KAT.W. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03926-CRB

*L.P. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03928-CRB

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

*Jane Doe NLG (MM.1) v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03940-CRB

# [PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.  The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).

2.  Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB

**EXHIBIT A**

| MDLC ID | Case Name | Case Number |
|---|---|---|
| None | Jane Doe NLG (J.A.) | 3:26-cv-02506 |
| 5118 | Jane Roe CL 293 | 3:26-cv-02510 |
| 4375 | Jane Doe NLG (P.C.) | 3:26-cv-02528 |
| 5227; 5254 | Jane Doe NLG (C.E.) | 3:26-cv-02540 |
| 5136 | Ani.C. | 3:26-cv-02541 |
| 5120 | Jane Roe CL 295 | 3:26-cv-02648 |
| 5108 | A.A. | 3:26-cv-02739 |
| 5113 | M.B. | 3:26-cv-02742 |
| 5167 | K.P. | 3:26-cv-02775 |
| 5101 | Jane Doe LS 692 | 3:26-cv-02819 |
| 5102 | Jane Doe LS 693 | 3:26-cv-02828 |
| 5103 | Jane Doe LS 694 | 3:26-cv-02830 |
| 5104 | Jane Doe LS 695 | 3:26-cv-02833 |
| 5127 | Jane Roe CL 302 | 3:26-cv-02957 |
| None | Jane Doe NLG (A.B.) | 3:26-cv-02980 |
| 5206 | Ke.G. | 3:26-cv-03025 |
| 5209 | M.D. | 3:26-cv-03075 |
| 5211 | I.L. | 3:26-cv-03084 |
| 5163 | Jane Doe LS 700 | 3:26-cv-03102 |
| None | Jane Doe NLG (V.W.) | 3:26-cv-03105 |
| 5165 | Jane Doe LS 701 | 3:26-cv-03123 |
| None | Jane Doe NLG (J.B.) | 3:26-cv-03166 |
| 5190 | Jane Roe CL 306 | 3:26-cv-03210 |

| MDLC ID | Case Name | Case Number |
|---------|-----------|-------------|
| None | Herrera Barreda | 5:26-cv-01825 |
| 5232 | C.M. | 3:26-cv-03271 |
| 5257 | N.D. | 3:26-cv-03305 |
| 5201 | Jane Doe LS 704 | 3:26-cv-03310 |
| 5202 | Jane Doe LS 705 | 3:26-cv-03316 |
| 5199 | Jane Doe DMA (C.P.) | 3:26-cv-03335 |
| None | Jane Doe NLG (B.M.) | 3:26-cv-03382 |
| 5277 | John Doe NLG (C.R.) | 3:26-cv-03385 |
| 4378 | Jane Doe NLG (A.S.) | 3:26-cv-03393 |
| 5292 | Jane Roe CL 310 | 3:26-cv-03627 |
| None | Jane Doe NLG (A.L.) | 3:26-cv-03673 |
| None | Jane Doe NLG (NH.1) | 3:26-cv-03769 |
| 5263 | Jane Doe LS 707 | 3:26-cv-03816 |
| 5264 | Jane Doe LS 708 | 3:26-cv-03824 |
| 5298 | Jane Roe CL 315 | 3:26-cv-03850 |
| None | Jane Doe NLG (AF.1) | 3:26-cv-03861 |
| 5314 | DI.B. | 3:26-cv-03885 |
| 5278 | Jane Doe NLG (RJ.1) | 3:26-cv-03923 |
| 5317 | KAT.W. | 3:26-cv-03926 |
| 5315 | L.P. | 3:26-cv-03928 |
| None | Jane Doe NLG (MM.1) | 3:26-cv-03940 |

[PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

Case No. 3:23-md-03084-CRB