UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN REGARDING JOINT LETTER RE: PLAINTIFF JANE DOE QLF 001'S DEPOSITION NOTICE RE RIDE MATCHING AND RISK ASSESSMENT**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:        Hon. Charles R. Breyer<br><br>Courtroom:   501 |

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached as **Exhibit A** is a true and correct copy of Plaintiff Jane Doe QLF 001's 30(b)(6) Deposition Notice to Defendants regarding Ride Matching and Risk Assessment, dated June 19, 2026.

3.    Attached as **Exhibit B** is a true and correct copy of the excerpted deposition transcript of Sunny Wong, dated July 23, 2025.

4.    Attached as **Exhibit C** is a true and correct copy of MDL Wave 1 Plaintiffs' Amended 30(b)(6) Deposition Notice to Defendants, dated July 18, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 22, 2026, in San Francisco, California.

/s/ *Laura Vartain Horn*
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN REGARDING JOINT LETTER RE: PLAINTIFF JANE DOE QLF 001'S DEPOSITION NOTICE RE RIDE MATCHING AND RISK ASSESSMENT
Case No. 3:26-cv-01694-CRB (LJC)