# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT LITIGATION


Case no. 3:24-cv-07019-CRB
Case no. 3:24-cv-07821
Case no. 3:24-cv-7940
Case no. 3:23-cv-06708
Case no. 3:24-cv-04900
------------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

SUNNY WONG

WEDNESDAY, JULY 23, 2025






Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6929785-001

S. Wong - Highly Confidential

phases.

So does that answer your question?

Q.    When was it first used?

A.    Well, we did the broad rollout of the US regional model started happening in initial cities starting in July '22, or 2022.

Q.    But the US regional model was first used in the, what's described as the Safety XP cities in your -- your depo notes starting in December 2021; is that right?

A.    That's correct.  And that XP phase, you know, ran until roughly April 2022 as you can see from the aid.

Q.    Just a reminder to just stick to my question so that we can move more quickly, please.

XP city means what?

A.    XP typically means experiment.  And what I'm saying is these were the early phases of S-RAD experimentation and these were the specific cities that were doing that testing.

Q.    Are any of the cases -- we're gonna again go through them one by one, but are any

S. Wong - Highly Confidential

of the cases that we're going to discuss today part of a Safety XP rollout of S-RAD as opposed to either no S-RAD or a production model of S-RAD?

A.   Give me one second.

At least for the beta my team was able to produce, I believe there's four trips, but let me double-check.  Four trips that we were to pull S-RAD data for.

Q.   Yes.  For those four trips, were any of those S-RAD applications within the Safety XP program?

A.   Not that I'm aware of.

MS. PETERS:  Let's go to Tab 4, please.  This will be Exhibit 1819. It has -- what is being loaded into Box has two parts, four is a PDF with a metadata sheet and then 4A is the Excel spreadsheet that goes with it, and those will all be one exhibit, Exhibit 1819.

(Exhibit 1819, S-RAD estimate for Ms. Minfield's trip, was marked for identification.)

S. Wong - Highly Confidential

MS. PETERS:  Yes, I'm looking for that.  Thank you.

(Video clip was played.)

Q.    When Uber does use S-RAD, S-RAD is the only way that it takes safety into account in the pairing process, right?

MS. COVERSTONE:  Objection to form.

A.    Can you repeat the question?

Q.    Yeah.  When it -- I'll ask a little differently.

When it comes to pairing a driver with a trip, the only way that Uber takes safety into account is through the S-RAD program, right?

MS. COVERSTONE:  Objection to form.

A.    Yeah.  When you say "safety," can you define that or is there specific, like, incident types you're describing if you can?

Q.    Sure.  I can narrow down to sexual assault/sexual misconduct.

So when it comes to pairing a driver with a particular trip request, the

Sunny Wong  Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

only way that Uber accounts for the risk of sexual assault or sexual misconduct is through the S-RAD program, right?

MS. COVERSTONE:  Objection to form.

A.  For pairing specifically or based for -- step back.

For a given trip request, as far as pairings, S-RAD is, as far as I know, the main tool to use to reduce the risk of serious sexual assault/sexual misconduct through the pairing process.

Q.  Isn't it the only tool that Uber uses to reduce the risk of sexual assault or sexual misconduct through the pairing process?

A.  Specifically pairing process, yes.

Q.  For Ms. Mensing's trip, Uber did not use S-RAD, right?

A.  S-RAD was not active at that particular time.

Q.  If we pull Exhibit 1821, page 2 last row, your notes say here:

S-RAD not active during this trip.

S. Wong - Highly Confidential

Right?

A.    That's correct.

Q.    So when Uber chose to pair Mr. Richardson, the driver, with Ms. Mensing, it was only taking into account network efficiencies like high ETA times in deciding what trip to pair her with, right, what driver?

MS. COVERSTONE:  Objection to form.

A.    S-RAD was not on during that time so it was measuring whatever that controls were on the matching platform at that particular time period given that S-RAD was still being tested.

Q.    Right.  And those controls were only controls related to efficiency, right?

A.    Yes.

MS. COVERSTONE:  Objection to form.

A.    I can't speak for the matching team, so they generally focus on ETA and potentially other factors, right.  But I can't speak to what the matching team does.

Sunny Wong   Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

Q.   Well, you've been designated by Uber to speak on its behalf about the topic how Uber selected the subject drivers for the subject ride, right?

A.   Right.

Q.   And you know that Uber used efficiency considerations in selecting the subject driver for the subject ride in March of 2019, right?

A.   There's lot of factors that the marketplace team takes in account to match a driver for a particular trip request.  But again, during this particular trip request, S-RAD was still being tested and was not active during this time period.

Q.   Is that a yes to my question?

A.   Can you repeat the question again?

Q.   You know as the person Uber designated to speak about how it made this pairing for Ms. Mensing, you know that Uber used efficiency considerations in selecting the subject rider -- the subject driver for that subject ride, right?

A.   Again, S-RAD was not on at that

Sunny Wong   Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

of that could've been relevant at that time period.

Q.   Are you saying you're not aware, you don't know with respect to any other safety controls?

A.   No, S-RAD was not on during that time period.

Q.   Right.  I'm just trying to understand the problem that you're having with the question.  So let me break it down into pieces.

A.   Yep.

Q.   So S-RAD was not enabled at this time period, right?

A.   Correct.

Q.   So whatever Uber took into account in informing its decision to pair Ms. Mensing with Mr. Richardson, the risk of sexual assault or sexual misconduct was not one of those things it looked to, right?

A.   Specifically on pairing, S-RAD was not part of that process.

Q.   Right.  My question is:  When it came to pairing, and we're talking about

S. Wong - Highly Confidential

pairing, Uber did not take into account the risk of sexual assault or sexual misconduct for Ms. Mensing's trip, right?

A.    That's correct.

Q.    And do you know whether Uber took into account any safety considerations with regard to its pairing decision for Ms. Mensing's trip?

A.    Well, we have other safety controls that were beyond S-RAD, right, things like eligibility, you know, how drivers become eligible for the platform, deactivation policies right.  That'll impact what driver is even eligible for a particular trip request.

So my view is it starts much earlier than the trip request.  And again, that's other controls potentially impact eligible drivers that might be possible pairings for particular trip request.  So it's not just S-RAD, we have other scrolls.

Q.    No, I hear you.  There's screening stuff, there's deactivation policies.

A.    Exactly.  Okay.

Sunny Wong   Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

Q.   But I'm only talking about pairing. So you were kind of specific about speaking to the risk of sexual assault/sexual misconduct, which is what S-RAD addresses.

And I'm asking, are you able to tell me whether in the pairing decision Uber took into account any safety considerations for Ms. Mensing's trip?

A.   Not specifically for the pairing. But what I was saying earlier is that other controls we have like screens, anti-activation impact, what are the eligible drivers that might -- that could be a pairing, right.  And so it's not as simple as just looking at S-RAD, there are other things that happen that help with, you know, safety controls before S-RAD as well.

Q.   Sure.  But at the moment in time where Uber was using whatever programs or algorithms it used to make a pairing decision for Ms. Mensing's trip request, it wasn't including any factors related to safety, right?

A.   Specifically on sexual

Sunny Wong   Highly Confidential
July 23, 2025

S. Wong - Highly Confidential

C E R T I F I C A T E


STATE OF NEW YORK          )
                           :  SS.:
COUNTY OF RICHMOND         )


I, CANDIDA BORRIELLO, a Stenographic Court Reporter and Notary Public for and within the State of New York, do hereby certify:

That the witness, SUNNY WONG, whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of July, 2025.

_____
CANDIDA BORRIELLO