**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc.,
et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF LAURA VARTAIN
HORN IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL**

Judge:        Hon. Charles R. Breyer
Courtroom:    6 – 17th Floor

Judge:        Mag. Lisa J. Cisneros
Courtroom:    G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

        Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

CASE NO. 26-CV-01694-CRB

Judge:        Hon. Charles R. Breyer

Courtroom:    501

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of Exhibit C to the Joint Letter (Excerpts of the June 4, 2026 30(b)(6) Deposition of Emilie Boman), filed under seal.

3.      Attached as **Exhibit 2** is a true and correct copy of Exhibit D to the Joint Letter (Document Bates-Stamped UBER_JCCP_005145641), filed under seal.

4.      Attached as **Exhibit 3** is a true and correct copy of Exhibit E to the Joint Letter (Document Bates-Stamped UBER_JCCP_001428352), filed under seal.

5.      Attached as **Exhibit 4** is a true and correct copy of Exhibit G to the Joint Letter (Document Bates-Stamped UBER_JCCP_004602053), filed under seal.

6.      Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' May 22, 2026 Notice of 30(b)(6) Deposition.

7.      Uber also seeks to seal certain small portions of the Joint Letter and the Administrative Motion to Seal that reveal the contents of the confidential information that Uber seeks to seal in the Exhibits.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 22, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-md-03084-CRB (LJC)