**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-MD-03084-CRB |
|  | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: | Judge:  Hon. Lisa J. Cisneros |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

|  |  |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge:  Hon. Charles R. Breyer |
| v. | Courtroom:  501 |
| UBER TECHNOLOGIES, INC., et al., |  |
| Defendants. |  |

Having considered Defendants' July 22, 2026 Administrative Motion To Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portions to Be Sealed |
|---|---|---|
| Joint Letter | Portions containing Uber's confidential information | Portions of p. 6 |
| Ex. C to Joint Letter | Excerpts of the June 4, 2026 30(b)(6) Deposition of Emilie Boman | 186:2-10, 186:17-187:4, 187:19-25, 189:2-5, 189:13-19, 189:25-190:3, 190:15-17, 190:25-191:3, 191:14-19, 191:21-24, 205:11-206:4, 206:10-25 |
| Ex. D to the Joint Letter | Document Bates-Stamped UBER_JCCP_005145641 | UBER_JCCP_005145641-005145642 (partial) |
| Ex. E to the Joint Letter | Document Bates-Stamped UBER_JCCP_001428352 | UBER_JCCP_001428352-001428361, 001428363 (partial) |
| Ex. G to the Joint Letter | Document Bates-Stamped UBER_JCCP_004602053 | 004602053-004602055 (partial), 004602056-004602060 (partial), 004602061 |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-MD-03084-CRB (LJC)