[SUBMITTING COUNSEL BELOW]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-MD-03084-CRB |
|  | **CERTIFICATE OF SERVICE** |
|  | Judge:          Hon. Lisa J. Cisneros |
| This Document Relates to: | Courtroom:  G – 15th Floor |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 |  |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

|  |  |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge:          Hon. Charles R. Breyer |
| v. | Courtroom:     501 |
| UBER TECHNOLOGIES, INC., et al., |  |
| Defendants. |  |

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

On July 22, 2026, I caused a true copy of the entire sealed pleading, including the documents listed below, to be served on the parties listed in the table below in the manner described:

1. **Joint Letter Regarding Uber's Request for a Protective Order Regarding Lobbying Topics**

2. **Exhibits 1-4 of Declaration of Laura Vartain Horn in Support of Defendants' Administrative Motion to Seal**

3. **Defendants' Administrative Motion to Seal [Joint Letter Regarding Uber's Request for a Protective Order Regarding Lobbying Topics]**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com<br>        akaufman@girardsharp.com |

CERTIFICATE OF SERVICE
CASE NO. 3:23-md-03084-CRB (LJC)

| | |
|---|---|
| Ellyn H. Hurd<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, Floor 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: ehurd@simmonsfirm.com |
| Jennifer M. Paulson<br>**SIMMONS HANLY CONROY LLP**<br>One Court Street<br>Alton, IL 62002 | *Counsel for Plaintiff*<br><br>Email: jpaulson@simmonsfirm.com |
| Sara B. Craig<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St, Suite 820<br>San Francisco, CA 94111 | *Counsel for Plaintiff*<br><br>Email: scraig@peifferwolf.com |
| Thien An V. Truong<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue Fl 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: atruong@simmonsfirm.com |
| Tiffany R. Ellis<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>15 E. Baltimore<br>Detroit, MI 48202 | *Counsel for Plaintiff*<br><br>Email: tellis@peifferwolf.com |
| Carlos Lopez<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: carlos@queenanlaw.com |
| Kevin Queenan<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: dsqueenan@yahoo.com |

-3-

CERTIFICATE OF SERVICE
CASE NO. 3:23-md-03084-CRB (LJC)

DATED:  July 22, 2026

Respectfully submitted,

_/s/ Laura Vartain Horn_

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted _Pro Hac Vice_ in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted _Pro Hac Vice_)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted Pro Hac Vice in N.D. Cal.; W.D. Tex. _Pro Hac Vice_ Forthcoming)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

_Attorneys for Defendants_
UBER TECHNOLOGIES, INC., RASIER,LLC, And RASIER-CA, LLC

-4-