**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF JOINT LETTER REGARDING UBER'S REQUEST FOR A PROTECTIVE ORDER REGARDING LOBBYING TOPICS**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:  501 |

I, Laura Vartain Horn, declare as follows:

1.    I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Attached as **Exhibit A** is a true and correct copy of Plaintiff Jane Doe QLF 001's Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC Regarding Regional Discovery.

3.    Attached as **Exhibit B** are true and correct copies of the JCCP's Court's (1) February 6, 2024 Order on Plaintiffs' Motion for Order Compelling Marketing & Lobbying Documents and (2) August 29, 2025 Order on Parties' Motions in Limine and Motions to Exclude Expert Opinions.

4.    Attached as **Exhibit C** is a true and correct copy of Excerpts of the June 4, 2026 30(b)(6) Deposition of Emilie Boman.

5.    Attached as **Exhibit D** is a true and correct copy of the document Bates-Stamped UBER_JCCP_005145641.

6.    Attached as **Exhibit E** is a true and correct copy of the document Bates-Stamped UBER_JCCP_001428352.

7.    Attached as **Exhibit F** is a true and correct copy of the document Bates-Stamped UBER_JCCP_003391655.

8.    Attached as **Exhibit G** is a true and correct copy of the document Bates-Stamped UBER_JCCP_004602053.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 22, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF JOINT LETTER REGARDING UBER'S REQUEST FOR A PROTECTIVE ORDER REGARDING LOBBYING TOPICS
Case No. 3:23-md-03084-CRB (LJC)