# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT          No. 3:23-md-03084-CRB

LITIGATION

_____/

This Document Relates to:

All Cases

_____/

HIGHLY CONFIDENTIAL

UNDER PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF EMILIE BOMAN
Thursday, June 4, 2026
1612 UTC

Reported by:  Renee Ogden, RPR, California CSR #14485

deposition notice.

A. ███████████████████████████████

███████████████████████████████████

██████████████████████████████████

███████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

████████████████

ATTORNEY LEVY:  That is beyond the scope of this deposition notice and beyond the scope of what the witness is here to talk about.  And I also am concerned that that calls for privileged information.  I would instruct you not to answer with any privileged information.

A. ████████████████

███████████████████████████████

██████████████████████████████████

████████████████████████████████████

█████████████████████████████████

█████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

█████████████████████████████████████

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

ATTORNEY LEVY:  Object to form.  I'm going to instruct you not to answer anything -- it's way outside the scope, and we are time-limited.  You can move on, Counsel.

ATTORNEY GOLDENBERG:  You are instructing her not to answer?

ATTORNEY LEVY:  Yes, I am.

ATTORNEY GOLDENBERG:  Okay.  Well, I mean, I'm just trying to, you know --

ATTORNEY LEVY:  This is not within her designation.  Yeah, it's nowhere in the topic, and it's not something this witness is being purported to talk about.

ATTORNEY GOLDENBERG:  Okay.  I mean, I'm just trying to understand.  [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

topic.

ATTORNEY GOLDENBERG: ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ATTORNEY LEVY: Are you limiting that to anything that has to do with sexual assault and sexual misconduct?

ATTORNEY GOLDENBERG: Sure.

ATTORNEY LEVY: With that limitation, you can answer as long as you are not divulging any privileged information.

THE WITNESS: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

ATTORNEY LEVY: Object to form, calls for speculation, and outside of the scope of this deposition.

A. Do you mind rephrasing the question or repeating it?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ATTORNEY LEVY: Could you be more specific about who you are referring to?

ATTORNEY GOLDENBERG: Any of the third parties that would be covered by Topic 13.

ATTORNEY LEVY: Yeah, object as outside of the scope and not having to do with any of the topics in this deposition notice.

And to the extent that you are asking Ms. Boman what third parties' views are, that's also inappropriate.

You can answer if you know.

THE WITNESS:

BY MS. GOLDENBERG:

Q. Okay. Have you had conversations --

ATTORNEY LEVY: With that, I think your time is at the end, Ms. Goldenberg.

ATTORNEY GOLDENBERG: All right. Last question, and then I'm done.

BY ATTORNEY GOLDENBERG:

Q.

Emilie Boman   Highly Confidential
June 04, 2026

ATTORNEY LEVY:  I'm going to object as outside the scope of this deposition and potentially calls for privileged information.

A.  Again, I have -- I'm sorry.  Do you mind repeating the question one more time?

MS. GOLDENBERG:  Could I have the court reporter read it back?  I don't want to get it wrong.

(The requested portion of the record was read by the court reporter:

QUESTION:

ATTORNEY LEVY:  Same objection.

THE WITNESS:

ATTORNEY GOLDENBERG:  Thanks for your

A.   Yes.  Absolutely.  We invested in a number of different safety features, some of which relate to women's safety and sexual assault.  We certainly have a broader swath of safety investments.

Q.   And Uber's public-facing position is it cares about survivors and wants to take a survivor-centric approach when its passengers are sexually assaulted, right?

A.   That's not just our public position.  It's Uber's position.

Q.   █████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

█████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████



ATTORNEY LEVY:  I'm putting an objection on the record.  Even though the witness answered, this is beyond the scope and inappropriate questioning.

BY ATTORNEY GOLDENBERG:

Q.