# EXHIBIT D

**UBER_JCCP_MDL_005145641**

## Metadata

| All Custodians | Anderson, Brooke; | SEMANTIC |
|---|---|---|
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-5.zip\EDISCO-25639_GM--brooke.anderson@uber.com-ZV8OI-.mbox | SEMANTIC |
| Date Created | 11/05/2015 7:25 pm | SEMANTIC |
| Date Modified | 11/05/2015 7:25 pm | SEMANTIC |
| File Path | \20240905\Anderson, Brooke\Gmail\EDISCO-25639_GM-5.zip\EDISCO-25639_GM--brooke.anderson@uber.com-ZV8OI-.mbox | SEMANTIC |
| Other Custodians | Anderson, Brooke; | SEMANTIC |

Message



--



## AustinInno

### Street Fight: Taxi Companies Poured Cash into Council Member's Campaign as Uber and Lyft Lobbied and Rallied Public Support

In the waning days of last year's Austin City Council elections, Lone Star Cab President and CEO Solomon Kassa made a big financial push to help council candidate Ann Kitchen, who is now spearheading the effort to add stricter background checks and higher fees for Uber and Lyft.

Campaign finance reports show Kasha bundled $4,000 worth of campaign donations from five cab drivers and a few other people and gave it to Kitchen just days before the election in which she beat out six other candidates with 54% of the vote and avoided a runoff contest.

Taxi $$ were more than 20 % of the funds Kitchen reported in the 8 days before the election, a time when disclosures are less likely to be noticed.
Overall, Kitchen, a former state representative, appears to have received more campaign cash from taxi companies than any other council member who was elected last year, an analysis of campaign records shows. Kitchen did not return calls from Austin Inno Thursday and Kassa could not be reached

The money was more than 20 percent of the $21,640 in October donations Kitchen reported in the last eight days before the election, a time when these disclosures are less likely to be noticed. It's a small

CONFIDENTIAL

UBER_JCCP_MDL_005145642

fraction of her overall financial support from a wide variety of people and interests. But it provides a snapshot of how serious the battle over Austin's chauffeur services has become.

As the city council prepares to vote in coming weeks on requiring fingerprint-based background checks, which Uber and Lyft strongly oppose, lobbyists, drivers and company representatives from both sides are pushing hard to preserve their business models.

For taxi companies, it means requiring Uber and Lyft to play by the same rules they do -- fingerprints and higher fees. For Uber and Lyft, it's all about preserving the "temporary" rules the city council put in place last year that Uber says are one of the best examples of fair regulation in the nation.

While taxi companies are players in campaign finance, Uber and Lyft have hired lobbyists and taken their game to the streets in hopes of rallying public support for their services and existing rules as the city's on-demand rides have become the norm for many commuters.

In a story by the Austin American-Statesman last fall, the newspaper found that taxi drivers, shuttle services and top executives donated nearly $54,000 into city council members' campaigns. Meanwhile, Uber and Lyft had contributed no money to the campaigns.

That said, Uber, to a high degree, and Lyft, to a lesser one, have proven to be powerful lobbyists in city halls and state legislatures around the nation. Uber, for example, hired former Obama campaign manager David Plouffe as a senior advisor to navigate the turbulent regulatory waters surrounding transportation network companies. Plouffe, who recently came to Austin to tout the company's economic impact here, has been highly active nationwide as Uber tries to fend off city and state regulations.

And, this week, Uber launched its "Kitchen's Uber" option, which channels app users to on-demand horse and buggy service. It's Uber's less-than-subtle way of saying Kitchen's proposal would push Austin back in time instead of forward.

--
Brooke Anderson
Uber Technologies
t: @Brooke0115

--
Chris Nakutis | **Uber** | General Manager

CONFIDENTIAL

UBER_JCCP_MDL_005145643

--
Brooke Anderson
Uber Technologies
t: @Brooke0115


--
Chris Nakutis | **Uber** | General Manager

CONFIDENTIAL

UBER_JCCP_MDL_005145644