# EXHIBIT E

**UBER_JCCP_MDL_001428352**

## Metadata

| #Author | jmoore@uber.com | SEMANTIC |
|---|---|---|
| #Date Modified | 06/07/2016 | SEMANTIC |
| #DateCreated | 04/04/2016 | SEMANTIC |
| All Custodians | Anderson, Brooke; | SEMANTIC |
| All Paths | Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_32.zip; Anderson, Brooke: \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_32.zip | SEMANTIC |
| Date Created | 04/04/2016 10:44 pm | SEMANTIC |
| Date Modified | 06/07/2016 6:42 pm | SEMANTIC |
| File Path | \20240905\Anderson, Brooke\Drive\EDISCO-25640_DR_32.zip | SEMANTIC |
| Other Custodians | Anderson, Brooke; | SEMANTIC |



CONFIDENTIAL

UBER_JCCP_MDL_001428352



2

CONFIDENTIAL

UBER_JCCP_MDL_001428353



3

CONFIDENTIAL



4

CONFIDENTIAL



5

CONFIDENTIAL



6

CONFIDENTIAL

UBER_JCCP_MDL_001428357



7

CONFIDENTIAL

UBER_JCCP_MDL_001428358



8

CONFIDENTIAL

UBER_JCCP_MDL_001428359



CONFIDENTIAL

UBER_JCCP_MDL_001428360



10

CONFIDENTIAL

**Press Release Announcing New Ad**

CONTACT: Debbee Hancock / debbee.hancock@uber.com

FOR IMMEDIATE RELEASE
Monday, November 9, 2015

### Uber Launches New Ads on Austin TV and Radio
*Riders Across Austin React to Plan That Would Force Ridesharing Out of Austin*

(AUSTIN) - Uber Austin today launched a new campaign on television and radio that features Austin riders sharing their personal Uber story. In the new TV and radio spot, riders across Austin talk about how they rely on Uber and why it's improving their lives. On Monday, November 16, the Austin Mobility Committee is expected to vote on a proposal that would replace Austin's modern ridesharing framework with antiquated regulations, requiring ridesharing companies to cease operations in Austin. The video ends with riders asking the City Council to #KeepAustinUber. Ads are currently running on radio, broadcast and cable networks.



**Click here to watch Uber's New TV Spot**

11

CONFIDENTIAL

UBER_JCCP_MDL_001428362

## TV Ad Transcript

*Rider One: As a woman Uber really makes me feel safe.*

*Rider Two: Safe.*

*Rider Three: Safer.*

*Rider Four: When I call a car I know where it is, who's the driver, the license plate number…*

*Rider Three: For a girl in her mid- twenties traveling by yourself, it's really nice.*

*Rider Two: You don't want to be waiting outside for a cab for thirty minutes.*

*Rider Five: When you're blind getting across a room can be scary, imagine getting across town.*

*Rider Six: It changes the way you think about getting home.*

*Rider Three: When I don't have a designated driver, I have Uber.*

*Rider Four: Why would you try and get in the way of how we get around.*

*Rider Five: Please don't take Uber away.*

Since uberX launched in Austin, more than 10,000 drivers have earned $27 million and completed 2.5 million trips. A recent survey showed that 70 percent of Austin voters support Uber. Nearly 30,000 Austinites have signed a petition urging the City Council to oppose Kitchen's plan.

## About Uber Austin

Uber gives people the power to push a button and get a ride. By seamlessly connecting riders to drivers through our app, we make cities more accessible, opening up more possibilities for riders and more business for drivers. From our founding in 2009 to our launches in over 300 cities today, Uber's rapidly expanding global presence continues to bring people and their cities closer. Follow us on Twitter: @Uber_ATX and find us on Facebook: Uber.

###



CONFIDENTIAL

UBER_JCCP_MDL_001428363