# EXHIBIT F

**UBER_JCCP_MDL_003391655**

## Metadata

| All Custodians | Burke, Jordan; | SEMANTIC |
|---|---|---|
| All Paths | Burke, Jordan: \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-23.zip\EDISCO-25477_GM01--burke@uber.com-E_Fj5z.mbox; Burke, Jordan: \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-23.zip\EDISCO-25477_GM01--burke@uber.com-E_Fj5z.mbox | SEMANTIC |
| Date Created | 04/22/2016 9:32 am | SEMANTIC |
| Date Modified | 04/22/2016 9:33 am | SEMANTIC |
| File Path | \Gmail_EDISCO-25477_GM01\EDISCO-25477_GM01-23.zip\EDISCO-25477_GM01--burke@uber.com-E_Fj5z.mbox | SEMANTIC |
| Other Custodians | Burke, Jordan; | SEMANTIC |

# <u>Get the Facts</u> on Fingerprinting



CONFIDENTIAL

UBER_JCCP_MDL_003391655



# Nearly 1/3 of Fingerprinted Austin Taxi and Chauffeur Drivers Failed Uber's Background Checks

## On May 7th, Vote to Keep Austin Moving Safely

## Vote FOR Prop. 1

163 Austin Taxi and Chauffeur Drivers Tried to Sign Up

**53** of Austin Taxi and Chauffeur Drivers **FAILED**

### Uber and Lyft's Tough Safety Measures Include:

- Verify driver's identity
- Driving history check
- National criminal background check
- Terrorist screening
- Public sex offender database check

### 53 Failed

If a person fails ANY of these checks, they're REJECTED by Uber and Lyft.

163 of Austin's Taxi and Limo drivers tried to sign up to drive with Uber.

53 were rejected.

19 of them for serious offenses, including felony assaults, DWIs, and a hit and run.

*"Fifty-three drivers who failed background checks to become Uber drivers have been issued chauffeur's licenses by the City of Austin."*

- KXAN
10/27/15

**kxan**

*"failed Uber's background check because of a recent 'serious offense.' Crimes included felony assaults, DWIs, and a hit and run."*

Read for yourself at **VoteProp1.com**

CONFIDENTIAL

UBER_JCCP_MDL_003391656

**Ridesharing Works for Austin**
P.O. Box 1347
Austin, TX 78767

Presorted
Standard
U.S. Postage
**PAID**
Cornerstone

64-A-U14

# Vote <u>FOR</u> Prop. 1 = City Oversight
# Vote <u>AGAINST</u> Prop. 1 = City Takeover



On May 7th,
<u>You</u> Decide.

Vote **FOR** Prop. 1
Keep Austin Moving Safely

Political advertising paid for by Ridesharing Works for Austin

Learn more at **VoteProp1.com**

CONFIDENTIAL

UBER_JCCP_MDL_003391657