# EXHIBIT G

**UBER_JCCP_MDL_004602053**

## Metadata

| | | |
|---|---|---|
| **#Author** | trevor@uber.com | SEMANTIC |
| **#Date Modified** | 03/20/2017 | SEMANTIC |
| **#DateCreated** | 02/20/2017 | SEMANTIC |
| **All Custodians** | Whaling, Kayla; | SEMANTIC |
| **All Paths** | Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_14.zip; Whaling, Kayla: \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_14.zip | SEMANTIC |
| **Date Created** | 02/20/2017 3:30 pm | SEMANTIC |
| **Date Modified** | 03/20/2017 5:17 pm | SEMANTIC |
| **File Path** | \Whaling, Kayla\EDISCO-25478_whaling@uber.com_DR_14.zip | SEMANTIC |
| **Other Custodians** | Whaling, Kayla; | SEMANTIC |



CONFIDENTIAL



CONFIDENTIAL



**LANDING PAGES**

- **Shortlinks:**
  - t.uber.com/MovingTexas (and t.uber.com/Moving-Texas)
- **Overview:**
  - https://www.uber.com/info/moving-texas/overview/
- **Celebrating Texas Cities:**
  - https://www.uber.com/info/moving-texas/celebrating-texas-cities/
- **Overview of Safety at Uber:**
  - https://www.uber.com/info/moving-texas/overview-of-safety-at-uber/
- **Improving Mobility:**
  - https://www.uber.com/info/moving-texas/improving-mobility/

- #MovingTexas Website Content



UBER_JCCP_MDL_004602055



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



**Florida Committee Testimony**
**Transportation and Infrastructure Subcommittee Meeting Feb. 8, 2017**
http://myfloridahouse.org/VideoPlayer.aspx?eventID=2443575804_2017021101&committeeID=2914

**Government Accountability Committee Meeting Feb. 21, 2017**
http://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=2443575804_2017021277&committeeID=2910

CONFIDENTIAL

UBER_JCCP_MDL_004602060



CONFIDENTIAL

UBER_JCCP_MDL_004602061