**NADLER NELSON, PLLC**
Frances Bourliot
Texas State Bar No. 24062419
P. O. Box 38328
Dallas, Texas 75238
Tel: 346-771-7554
fbourliot@nadlernelson.com

*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **JURY TRIAL DEMANDED** |
| All Actions | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 1, and the Northern District of California Civil Local Rule 11-3, I, Frances Bourliot, hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1. I am an active member in good standing of the State Bar of Texas. My bar number is 24062419. A true and correct copy of my certificate of good standing is attached to this application.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and have become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules.

3. I have not been granted pro hac vice admission by the Court in the twelve months preceding the application.

[1]

BOURLIOT PRO HAC VICE APPLICATION

4.  I reside in Texas and am not a resident of the State of California.

5.  Movant has submitted to the Clerk the required pro hac vice admission fee.

**WHEREFORE**, Frances Bourliot, respectfully requests that this Court enter an Order granting this Motion to appear pro hac vice and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: July 23, 2026

Respectfully submitted,

*/s/ Frances Bourliot*
Frances Bourliot
Texas State Bar No. 24062419
P. O. Box 38328
Dallas, Texas 75238
Tel: 346-771-7554
fbourliot@nadlernelson.com

***ATTORNEY FOR PLAINTIFF***

[2]
BOURLIOT PRO HAC VICE APPLICATION

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5-5 of the Local Rules of the United States District Court Northern District of California, I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on July 23, 2026, which will automatically serve notice of this filing via email to all registered counsel of record.

*/s/ Frances Bourliot*
Frances Bourliot

[3]

BOURLIOT PRO HAC VICE APPLICATION

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 22, 2026

Re: Frances Young Bourliot, State Bar Number 24062419

To Whom It May Concern:

This is to certify that Frances Young Bourliot was licensed to practice law in Texas on April 03, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Frances Young Bourliot**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of April, 2008.

I further certify that the records of this office show that, as of this date

**Frances Young Bourliot**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 22th day of July, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8855C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.