DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: | **DECLARATION OF DANA LIZIK IN SUPPORT OF PLAINTIFFS MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OUT OF TIME UNDER F.R.C.P. 6(b)(1)(B)** |
| *JLG 227 v. Uber Technologies, Inc., et al; 3:25-cv-10872* | |

I, DANA LIZIK, Declare as follows:

1.  I am an attorney with Johnson Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would do so competently.

2.  I submit this declaration in support of Plaintiff's Motion for Leave to File Opposition to Defendants' Motions to Dismiss Out of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

3.  Defendants filed a Motion to Dismiss on April 17, 2026 (Dkt. No. 5915) for failure to comply with Amended PTO 31. Plaintiff was also included in Defendants' Motion to Dismiss for Failure to Comply with PTO 10, filed on June 5, 2026 (Dkt. No. 6420).

4.  My office made repeated efforts to obtain the necessary information from Plaintiff prior to

the applicable deadlines. However, Plaintiff failed to respond during that time and did not provide the required materials.

5. As a result, the opposition could not be completed before the deadlines. While awaiting Plaintiff's information, a technical error occurred and the applicable deadlines were not properly tracked.

6. Counsel produced the necessary information on or about July 17, 2026, via MDL Centrality.

7. Upon receipt, my office prepared Plaintiff's Opposition and the accompanying Motion for Leave to File Out of Time.

8. My office has since reviewed and revised its internal procedures to ensure that all deadlines are properly tracked and monitored going forward, even if the Plaintiff is not available.

9. The PTO 31 Affidavit and the First Amended Plaintiff Fact Sheet, including the executed Verification page, were produced via MDL Centrality on July 17, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 23, 2026                    Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*