# EXHIBIT A

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10 AND PTO 31** |
| This Document Relates to: *JLG 227 v. Uber Technologies, Inc., et al; 3:25-cv-10872* | |

Plaintiff, by and through undersigned counsel, herein responds in opposition to Defendants, Uber Technologies, Inc. and Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") motions to dismiss for failure to comply with Amended Pre-Trial Order (" PTO") 10 and PTO 31.

## I.   INTRODUCTION

On April 17, 2026, Plaintiff was included on Defendants Motion to Dismiss for failure to comply with Pre-Trial Order ("PTO") 31. (Dkt. No. 5915) Plaintiff was also included in Defendants' subsequent Motion to Dismiss for Failure to Comply with Amended PTO 10, filed on June 5, 2026. (Dkt. No. 6420).

Counsel acknowledges that, under PTO 31 and PTO 10, the Court has established deadlines and procedures for the production of certain documentation. Plaintiff did not willfully

fail to comply with those orders. Due to the nature, sensitivity, of the allegations, and the mental and emotional damage it caused. Plaintiff required additional time to gather and provide the information responsive to PTO 31 and PTO 10.

## II.   ARGUMENT

Plaintiff completed her PTO 31 affidavit which was produced via MDL-Centrality on July 17, 2026. Plaintiff also provided a First Amended Plaintiff Fact Sheet along with the executed Verification page on July 17, 2026 via MDL-Centrality.

## III.   CONCLUSION

Plaintiff respectfully requests this Court deny Defendants' Motions as moot as to Plaintiff JLG 227 as a result of Plaintiff completing and serving a PTO 31 Affidavit and a verified Amended Plaintiff Fact Sheet in compliance with PTO 31 and PTO 10.

Dated: July 23, 2026

Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically transmitted the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10 AND PTO 31** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Dana Lizik*
Dana Lizik

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JLG 227 v. Uber Technologies, Inc., et al; 3:25-cv-10872* | MDL No. 3084 CRB<br><br>**DECLARATION OF DANA LIZIK IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH PTO 10 AND PTO 31** |

I, DANA LIZIK, Declare as follows:

1.  I am an attorney with Johnson Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would do so competently.

2.  I submit this declaration in support of Plaintiff's Opposition to Defendants' Motions to Dismiss for Failure to Comply with Pre-Trial Order 31 (Dkt. No. 5915) and Pre-Trial Order 10 (Dkt. No. 6420).

3.  On April 17, 2026, Defendants filed a Motion to Dismiss for failure to comply with PTO 31, which included Plaintiff. (Dkt. No. 5915). On June 5, 2026, Defendants filed a subsequent Motion to Dismiss for failure to comply with PTO 10, which also included Plaintiff. (Dkt. No. 6420).

4.  My office communicated with Plaintiff regarding the need to complete and provide the documentation required under PTO 31 and PTO 10, including a PTO 31 Affidavit and a verified Plaintiff Fact Sheet.

5.  Plaintiff required additional time to gather and provide the requested information due to the sensitive nature of the allegations and the impact they have had on Plaintiff.

6.  Plaintiff completed her PTO 31 Affidavit, which was produced via MDL Centrality on July 17, 2026.

7.  On that same date, Plaintiff also provided a First Amended Plaintiff Fact Sheet, including an executed Verification page, which was likewise produced via MDL Centrality.

8.  Plaintiff has now provided the materials required under PTO 31 and PTO 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 23, 2026                    Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*