[Submitting Counsel Below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
|  | **CORRECTED CERTIFICATE OF SERVICE** |
| This Document Relates to: | Judge:        Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Judge:        Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

|  |  |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, |  |
| v. | Judge:        Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | Courtroom:   501 |
| Defendants. |  |

## CORRECTED CERTIFICATE OF SERVICE

I, Laura Vartain Horn, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, Suite 2700, San Francisco, California 94104.

This Corrected Certificate of Service is submitted to correct the Certificate of Service filed on July 17, 2026 relating to the service of sealed materials associated with the Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations, Dkt. No. 37.  Due to an inadvertent administrative error certain counsel for Plaintiff were inadvertently omitted from the July 17, 2026 service of those materials.  This Corrected Certificate of Service supplements the record by identifying those additional counsel and confirming that they were served with the same materials on July 23, 2026.

On July 17, 2026, I caused a true copy of the entire sealed pleading, including the documents listed below, to be served on the parties listed in the table below in the manner described:

1. **Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**
2. **Vives Declaration in Support of Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations, with Exhibits 1-9**
3. **Velez Declaration in Support of the Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com |
|---|---|

-2-

| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |
|---|---|
| Sarah R. London<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com |

On July 23, 2026, I caused a true copy of the entire sealed pleading, including the documents listed below, to be served on the parties listed in the table below in the manner described:

1.  **Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

2.  **Vives Declaration in Support of Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations, with Exhibits 1-9**

3.  **Velez Declaration in Support of the Joint Letter Regarding Plaintiff Jane Doe QLF 001's Medical Records Authorizations**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| Ellyn H. Hurd<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, Floor 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: ehurd@simmonsfirm.com |
|---|---|
| Jennifer M. Paulson<br>**SIMMONS HANLY CONROY LLP**<br>One Court Street<br>Alton, IL 62002 | *Counsel for Plaintiff*<br><br>Email: jpaulson@simmonsfirm.com |

-3-

| | |
|---|---|
| Sara B. Craig<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St, Suite 820<br>San Francisco, CA 94111 | *Counsel for Plaintiff*<br><br>Email: scraig@peifferwolf.com |
| Thien An V. Truong<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue Fl 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: atruong@simmonsfirm.com |
| Tiffany R. Ellis<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>15 E. Baltimore<br>Detroit, MI 48202 | *Counsel for Plaintiff*<br><br>Email: tellis@peifferwolf.com |
| Carlos Lopez<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: carlos@queenanlaw.com |
| Kevin Queenan<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: service@queenanlaw.com<br>         dsqueenan@yahoo.com |
| Andrew Kaufman<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Counsel for Plaintiff*<br><br>Email: akaufman@girardsharp.com |
| Isabel Velez<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Counsel for Plaintiff*<br><br>Email: ivelez@girardsharp.com |
| Deborah S. Chang 126<br>Lomita Street El<br>Segundo, CA 90245 | *Counsel for Plaintiff*<br><br>Email: deborah@changklein.com |
| Cristine Farah<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>935 Gravier St, Suite 1600<br>New Orleans, LA 70112 | *Counsel for Plaintiff*<br><br>Email: Cfarah@peifferwolf.com |
| Kim Bueno<br>**KIRKLAND & ELLIS LLP**<br>401 W. 4th Street<br>Austin, TX 78701 | *Counsel for Defendant*<br><br>Email: kim.bueno@kirkland.com |

-4-

| Allison M. Brown<br>**KIRKLAND & ELLIS LLP**<br>2005 Market Street, Suite 1000<br>Philadelphia, PA 19103 | *Counsel for Defendant*<br><br>Email: alli.brown@kirkland.com |
|---|---|
| Jessica Davidson<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022 | *Counsel for Defendant*<br><br>Email:jessica.davidson@kirkland.com |
| Michael Vives<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022 | *Counsel for Defendant*<br><br>Email: michael.vives@kirkland.com |
| Geoffrey Wyatt<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave. NW<br>Washington, DC 20004 | *Counsel for Defendant*<br><br>Email: geoffrey.wyatt@kirkland.com |

DATED:  July 23, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

-5-

Jessica Davidson (Admitted Pro Hac Vice in
N.D. Cal.; W.D. Tex. *Pro Hac Vice* pending)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER,LLC, And RASIER-CA, LLC

-6-
CORRECTED CERTIFICATE OF SERVICE
CASE NO. 26-cv-01694-CRB (LJC)