RAMESH RAGHUTHAMAN (TX SBN 24046675)
**D. MILLER & ASSOCIATES, PLLC**
2610 W. Sam Houston Parkway, Suite 200
Houston, TX 77042
T: (713) 850-8600
F: (713) 366-3463
E: ramesh@dmillerlaw.com
*Attorney for Plaintiff Jane Doe DMA (CH.C.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>Jane Doe DMA (CH.C.) v. Uber Technologies, Inc. *et al.*; 3:26-cv-07648 | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 24, 2026.

Dated: July 24, 2026

Respectfully Submitted,

**D. Miller & Associates, PLLC**

By: Ramesh Raghuthaman
Texas Bar No. 24046675
2610 W Sam Houston Pkwy S #200,
Houston, TX 77042
Telephone:713-850-8600
ramesh@dmillerlaw.com
ridesharelit@dmillerlaw.com

**ATTORNEY FOR PLAINTIFF**

D. MILLER & ASSOCIATES, PLLC
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

**D. MILLER & ASSOCIATES, PLLC**
2610 W Sam Houston Pkwy S, Ste 200
Houston, TX 77042
Telephone: (713) 850-8600

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

_____
Ramesh Raghuthaman