Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
Jessica M. Liu (SBN 358713)
Email: jessica.liu@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **NOTICE OF FILING OF A NEW ACTION** |
| *ZR001-AJ v. Uber Technologies, Inc., et al.,* Case No.3:26-cv-07637-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct filing) that the Complaint and Jury Demand in the above referenced action was filed on July 23, 2026.

Respectfully submitted,

**ZIMMERMAN REED LLP**

Date: July 24, 2026

By:*/s/ Caleb Marker*

Caleb Marker (SBN 269721)
Jessica M. Liu (SBN 358713)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Fax: (877) 500-8781
caleb.marker@zimmreed.com
jessica.liu@zimmreed.com

*Counsel for Plaintiff ZR001-AJ*