[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.

N.D. Cal. No. 3:24-cv-08783

W.D. Tex. No. 1:26-cv-01694

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 6831]**

Judge:      Hon. Charles R. Breyer
Courtroom:  6 – 15th Floor

Judge:      Hon. Lisa J. Cisneros
Courtroom:  G – 15th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 0001,

   Plaintiff,

 v.

UBER TECHNOLOGIES, INC., et al.,

   Defendants.

No. 1:26-cv-01694-CRB

Judge:      Hon. Charles R. Breyer
Courtroom:  501

Having considered Defendants' July 17, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| PTO-8 Letter | References to Plaintiff's confidential information |
| Ex. 1 to PTO-8 Letter | Unsigned pharmacy and insurance record authorizations |
| Ex. 2 to PTO-8 Letter | Plaintiff's Medical Records (DOE QLF 001267 – 001268) |
| Ex. 3 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX-GXXXXX-00002 – 000005) |
| Ex. 4 to PTO-8 Letter | Plaintiff's Medical Records (XXXXXXX-MXXX00002 – 000004) |
| Ex. 5 to PTO-8 Letter | Plaintiff's Sixth Amended Plaintiff Fact Sheet and Addendum |
| Ex. 6 to PTO-8 Letter | Plaintiff's Fourth Supplemental Interrogatory Responses |
| Ex. 7 to PTO-8 Letter | June 30, 2026 Vives Email |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

1