**NADLER NELSON, PLLC**
Frances Bourliot
*Admitted Pro Hac Vice*
Texas State Bar No. 24062419
P. O. Box 38328
Dallas, Texas 75238
Tel: 346-771-7554
fbourliot@nadlernelson.com

***ATTORNEY FOR PLAINTIFF A.T.C.***
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **JURY TRIAL DEMANDED** |
| A.T.C. v. UBER TECHNOLOGIES, INC., *et al.*; Cause No. 3:26-cv-07670 | |

### PLAINTIFF'S NOTICE OF NEW ACTION FILED

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 24, 2026.

Dated this the 24th day of July, 2026.

Respectfully submitted,

/s/ Frances Bourliot
Frances Bourliot
*Admitted Pro Hac Vice*
Texas State Bar No. 24062419
Tel: 346-771-7554

[1]

fbourliot@nadlernelson.com
Noah Nadler
Texas State Bar No. 24065806
Mary Margaret Roark
Texas State Bar No. 24102418

**NADLER NELSON, PLLC**
 P. O. Box 38328
Dallas, Texas 75238
Tel: 214-452-5279

***ATTORNEYS FOR PLAINTIFF A.T.C.***
 *Admitted Pro Hac Vice*

[2]

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24th, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Frances Bourliot*
Frances Bourliot

NOTICE OF NEW ACTION FILED