Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** |
| | **Honorable Charles R. Breyer** |
| *JANE DOE PNA (R.T.);* *v. Uber Technologies, Inc., et al.* **This Document Relates to:** | |
| | **NOTICE OF FILING OF NEW ACTION** |
| **3:26-cv-07721-CRB** | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on July 25, 2026.

Dated: July 25, 2026　　　　**PHILLIPS AND ASSOCIATES LAW FIRM P.C.**

　　　　　　　　　　　　　　*/s/ Timothy G. Tonkin*
　　　　　　　　　　　　　　*Appearance Pro Hac Vice*
　　　　　　　　　　　　　　Lucas P. Frei (AZ Bar No. 032255)
　　　　　　　　　　　　　　*Appearance Pro Hac Vice*
　　　　　　　　　　　　　　Vara G. Lyons (NY Bar No. 5464524)
　　　　　　　　　　　　　　*Appearance Pro Hac Vice*
　　　　　　　　　　　　　　700 Flower Street, Suite 1000
　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　Tel: (602) 288-1684

1

Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION