**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 31** |
| This Document Relates to: | |
| *TA.T. v. Uber Technologies, Inc., et al.,* *No. 3:26-cv-00961-CRB* | Judge:        Hon. Charles R. Breyer |
| | Courtroom:    6 – 17th Floor |

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 31 [ECF No. 6785].

3. The last contact with Plaintiff TA.T. occurred on July 17, 2026.

4. The Ride Information form was submitted on February 13, 2026.

5. Counsel received a PTO 31 Notice of Additional Ride Receipt Discovery on March 28, 2026.

6. Counsel responded to the PTO 31 Notice with a letter requesting a thirty day extension on April 30, 2026.

7.  Counsel's firm was in contact with Plaintiff Ta.T. on May 1, 2026, where they stated they were unable to provide a ride receipt due to not having access to the email associated with the subject ride.

8.  Counsel produced a statement regarding Additional Ride Receipt Discovery on July 19, 2026, after receiving this dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2026, in Denver, Colorado

_____
Sommer D. Luther, Esq.

2

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 31

3:23-md-03084-CRB