Sommer D. Luther*
**WAGSTAFF LAW FIRM**
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice*

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION** _____ This Document Relates to: *TA.T. v. Uber Technologies, Inc., et al.,* *No. 3:26-cv-00961-CRB* | Case No. 3:23-md-03084-CRB **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 31** Judge:        Hon. Charles R. Breyer Courtroom:    6 – 17th Floor |

This matter comes before the Court on Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31. [ECF No. 6785].

Having considered Defendants' Motion, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies Inc., Rasier, LLC and Rasier-CA, LLC's Motion To Dismiss Cases For Failure To Comply With Amended PTO 31 as it pertains to WLF Plaintiff, TA.T., above.

**IT IS SO ORDERED**

Dated: _____

_____
HON. CHARLES R. BREYER
United States District Court Judge