C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB <br><br> Hon. Charles R. Breyer |
| This Document Relates to: <br><br> *Jane Roe CL 158 v. Uber Technologies, Inc., et al., No. 3:25-cv-04038-CRB* <br><br> *Jane Roe CL 304 v. Uber Technologies, Inc., et al., No. 3:26-cv-03033-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** <br><br> Date: August 28, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 17th Floor |

## I.   INTRODUCTION

On July 13, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a bona fide trip receipt or ride form in connection with Pretrial Order ("PTO") 31. (Doc. 6785). Counsel acknowledges and understands that under PTO 31, the court created procedures and deadlines to produce a bona fide trip receipt, or in the alternative complete a form that identifies information Defendants can utilize to find the referenced ride, along with an explanation for its unavailability. (Doc. 3877).

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## II.  ARGUMENT

Counsel has diligently communicated with clients throughout the course of litigation. As to the Plaintiffs listed on motion, Counsel has been able to upload a ride receipt for Jane Roe CL 304, with the corresponding certification to be uploaded forthcoming, and therefore requests that they not be included further as part of this motion. (Domer Decl., ¶ 5). Counsel continues to reach out and follow up with Jane Roe CL 158, and with a brief extension, will hopefully have her sworn statement to be compliant with the discovery obligations at issue.

## III. CONCLUSION

For the foregoing reasons, Counsel asks that Jane Roe CL 304 not be part of this motion due to their production of the ride receipt. Counsel respectively requests additional time for Jane Roe CL 158, subject to the motion.

Dated: July 27, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
        jdomer@cutterlaw.com
        ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: July 27, 2026                    CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
         jdomer@cutterlaw.com
         ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS