# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-MD-03084-CRB |
| | **DECLARATION OF LAURA VARTAIN HORN REGARDING JOINT LETTER RE: PLAINTIFF JANE DOE QLF 001'S 30(b)(6) DEPOSITION NOTICE RE NEW BACKGROUND CHECK POLICY** |
| This Document Relates to: | |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,* N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

I, Laura Vartain Horn, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff Jane Doe QLF 001's 30(b)(6) Deposition Notice to Defendants regarding Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC's 2026 Background Check Policy Change, dated July 9, 2026.

3.      Attached as **Exhibit 2** is a true and correct copy of the excerpted deposition transcript of Hannah Nilles, dated August 7, 2025.

4.      Attached as **Exhibit 3** is a true and correct copy of the excerpted deposition transcript of Hannah Nilles, dated June 30, 2025.

5.      Attached as **Exhibit 4** is a true and correct copy of the document Bates-Stamped UBER-MDL3084-000126224.

6.      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 27, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

2
DECLARATION OF LAURA VARTAIN HORN REGARDING JOINT LETTER RE: PLAINTIFF JANE DOE QLF 001'S DEPOSITION NOTICE RE NEW BACKGROUND CHECK POLICY
Case No. 3:26-cv-01694-CRB (LJC)