# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

IN RE: Uber TECHNOLOGIES,          ) Case No.
INC., PASSENGER SEXUAL ASSAULT     ) 3:23-md-03084-CRB
LITIGATION                         )
_____

*** HIGHLY CONFIDENTIAL ***

Volume II

[Wave 1 Plaintiffs' 30(b)(6) Deposition of Uber
Technologies, Inc, Rasier, LLC, and Rasier-CA, LLC]

HIGHLY CONFIDENTIAL
UNDER PROTECTIVE ORDER
VIDEOTAPED DEPOSITION OF HANNAH NILLES

August 7, 2025
11:17 a.m. Eastern Standard Time

_____/

Reported by:  Renee J. Ogden, RPR California CSR #14485

required in each of those regions.

Q.  So when you say in a general sense that those policies, practices, and procedures are the same, what are the things that are the same?

A.  I mean, the fact that we require a background check.  That it would go to our primary vendor, likely Checkr.  That they have to pass that background check before they can take a trip.

Let's see.  Let me just make sure I'm reading this.

That we would conduct the same level of background check.  The thing that would change would be the adjudication criteria.

Q.  Is there anything else that varies with respect to the screening process other than the regional variations and adjudication criteria?

A.  Possibly the search depth.  I'm sorry.  A look back period for the Social Security number trace.

Q.  What does that mean?

A.  So when we purchase the package from Checkr, often regulators will specify what the requirement is in terms of the lookback period for the Social Security number trace, which is separate from the lookback period for when an offense is disqualifying.

So it's like how many years of address

history you would look back for and aliases that you would look back for and the industry standard for background checks is seven years, but in some places it would be 99 years.

Again, that's separate from the lookback period for a conviction or offense, which may be indefinite or seven years.

Q. Are you saying that there is some regional variation in how far Uber will look back using a Social Security trace or address history?

A. Yes.

Q. How far does Uber look back with respect to address history in the San Francisco Bay area?

A. 99 years.

Q. How far does it look back with respect to the Social Security trace in the Phoenix area?

A. 99 years.

Q. Is that also the same in North Carolina?

A. I believe North Carolina is seven years, but I would need to check the adjudication criteria to be extra sure, but I think it is seven.

Q. Let's go to Exhibit 1372, which we talked about a little bit last time.

EXHIBIT TECHNICIAN:  Do you have a tab for that, Counsel?

Hannah Nilles Volume II Highly Confidential
August 07, 2025

REPORTER'S CERTIFICATE


          I, RENEE J. OGDEN, shorthand reporter

CA CSR No. 14485, do hereby certify that the

witness whose deposition is hereinbefore set

forth was sworn by agreement of all parties,

that the proceedings were reported

stenographically by me, and that this

transcript is a true, correct, and full

record of the testimony given.


          I further certify that I am not related

to any of the parties to this action by blood

or by  marriage, and that I am in no way

interested in the outcome of this matter.


          IN WITNESS WHEREOF, I have hereunto set

my hand on  August 11, 2025.


_____

Renee J. Ogden, CA CSR No. 14485

REPORTER'S CERTIFICATE