# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------------X

IN RE: UBER TECHNOLOGIES, INC.,

PASSENGER SEXUAL ASSAULT LITIGATION


Case no. 3:23-md-03084-CRB

-------------------------------------------X


*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION

OF

HANNAH NILLES

Monday, June 30, 2025

10:35 a.m.


Reported by:

ROBERTA CAIOLA

Stenographic Reporter

Hannah Nilles   Highly Confidential
June 30, 2025

A.     We do -- there's -- when we're looking for convictions, we do both.  Or it depends, based on the regulation; either a lifetime lookback or some specified lookback, like seven years, based on law.

Q.     And why is it important to Uber to have lifetime lookbacks for certain crimes, in preventing sexual assault?

MR. PREMO-HOPKINS:  Object to form.

A.     Well, just to clarify, they're not our lookback criteria.  It's under the law.  The regulations specify you have to look back an indefinite period for these types.

Q.     Understood.  But Uber is the one that is ultimately responsible for screening its drivers, right?

A.     Yes.  However, the adjudication criteria, which is what you're referring to, and the lookback period is laid out by the law.

They say you have to look back for this period, and for these you cannot do an indefinite lookback; you have to look back seven years, for example.

Q.     Okay.  But can you -- it is important to look back as far as possible,

certainly for crimes that could reveal that someone might be a potential predator on the platform, right?

MR. PREMO-HOPKINS:  Object to form.

A.    Again, the government, who's responsible for public safety, has designed laws that specifically designate exactly what you can and cannot look back for.

So, yes, it's important to look back for crimes.  The actual lookback period is designated to us by the law.

Q.    And which crimes are looked back, right?

A.    Yes.

Q.    Okay.  And Uber has had a hand in designing legislation to limit what it actually has to look back for, right?

MR. PREMO-HOPKINS:  Object to form.

A.    Not to my knowledge.

MS. LONDON:  Okay.  So let's go ahead and pull up -- here's tab -- I'm going to mark this as the next numbered exhibit, 1305.

(Exhibit 1305, Email chain dated September 28, 2016, marked for

Oh, and by the way, who is "she" that you're referring to that --

A.     Shyrose Razwani.

MS. LONDON:  If we can go off for just a moment, I'm just about to wrap up.

THE VIDEOGRAPHER:  We are off the record.  The time is 5:17.

(Whereupon, a recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 5:29 p.m.

BY MS. LONDON:

Q.     All right.  Ms. Nilles, is it your testimony, on behalf of the company, that Uber's screening process is the best that it can do to keep bad actors off the platform?

A.     Yes.

Q.     Now, Uber -- let me ask you just a quick question about how long the process takes.

From the time that a driver applies to be -- on the Uber application, or app, to the time they can become active and begin transporting passengers, that whole entire process, including running the background checks, that can take a matter of minutes; is

Are you aware of any plans in the future that Uber has to make any changes to its screening policies or practices to protect against sexual assault and misconduct?

A.    We are rolling out continuous MVR monitoring, which will give real-time MVR results, which is another aspect of safety. I'm trying to think what else answers your question directly.  We have some in-app plans to make our safety tools more visible and evergreen.

Some of the other stuff is -- would be attorney-client privilege.

MR. PREMO-HOPKINS:  And I think she was simply asking about screening.  Right? The question was related to screening?

MS. LONDON:  Yeah.  I can ask it again.  We can just focus.

Q.    I just want --

A.    I don't think so.  I don't think so.

Q.    Yeah, I'll just ask it, and we can get a clean answer this way.

Ms. Nilles, are you aware of any plans that Uber has in the future to make any changes to its screening process to prevent

Hannah Nilles   Highly Confidential
June 30, 2025

sexual assault or misconduct?

MR. PREMO-HOPKINS:  Object to form.

A.    I'm not aware of any plans to change any of our screening practices at this time, beyond what I've already mentioned.

**Q.    All right.  Now, you, of course, are aware of many individual instances that have been reported, where a driver has passed Uber's screening process and gone on to commit horrendous violence against a passenger, right?**

MR. PREMO-HOPKINS:  Object to form.

A.    I am, yes.

MS. LONDON:  All right.  So why don't we go ahead -- I'm going to show you Exhibit 113A, and this one is a video, so I'm going to play it.

I'm going to mark it as the next numbered exhibit, which is 1319, and then I'll just ask you a few questions afterwards.

(Exhibit 1319, Video, marked for identification.)

(Video playing.)

MR. PREMO-HOPKINS:  I object to the projection of that news video.