DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **DECLARATION OF DANA LIZIK IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE DISMISSAL WITHOUT PREJUDICE OUT OF TIME UNDER FRCP 6(b)(1)(B)** |
| This Document Relates to: | |
| *JLG 134 v. Uber Technologies, Inc., et al; 3:25-cv-04041* | |

I, DANA LIZIK, Declare as follows:

1.  I am an attorney with Johnson Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would do so competently.

2.  I submit this declaration in support of Plaintiff's Dismissal Without Prejudice as ordered by the Order Regarding Motion to Dismiss For Failure to Comply with PTO 31 on February 10, 2026 (Dkt. No. 5216).

3.  On November 21, 2025, Defendants filed a Motion to Dismiss for failure to comply with PTO 31, which included Plaintiff. (Dkt. No. 4456). Plaintiff was also included on the Order Regarding Motion to Dismiss For Failure to Comply with PTO 31 on February 10, 2026 (Dkt. No. 5216). Plaintiff's counsel was directed to file a dismissal without prejudice within 14 days

of that order.

4. Subsequently, Plaintiff was included on Defendant's Motion to Convert Orders of Dismissal Without Prejudice to Order of Dismissal with Prejudice on March 19, 2026 (Dkt. 5567).

5. Plaintiff's case was in the process of being transitioned from one attorney to another within the firm because of the original attorney of record's departure.

6. The applicable deadline for Plaintiff's counsel to file the dismissal without prejudice after the February 10,2026 order was not properly communicated or tracked and the dismissal was not filed timely.

7. Once this oversight was realized, Plaintiff's counsel, acted promptly to prepare the Dismissal Without Prejudice so that it could be filed in accordance with the Court's original order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 28, 2026

Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*