# EXHIBIT 1

DANA LIZIK (admitted *Pro Hac Vice*)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *JLG 134 v. Uber Technologies, Inc., et al; 3:25-cv-04041-CRB* | MDL No. 3084 CRB <br><br> Honorable Charles R. Breyer <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: July 28, 2026

Respectfully submitted,

*By: /s/ Dana Lizik*
Dana Lizik (TX SBN 24098007) *(Pro Hac Vice)*
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com

*Counsel for Plaintiff*

1   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically transmitted the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Dana Lizik*
**Dana Lizik**
**Attorney for Plaintiff**

2  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE