DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DISMISSAL WITHOUT PREJUDICE OUT OF TIME UNDER FRCP 6(b)(1)(B)** |
| This Document Relates to: *JLG 134 v. Uber Technologies, Inc., et al; 3:25-cv-04041* | |

The Court has reviewed Plaintiff's Motion for Leave to File Dismissal Without Prejudice Out of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Finding that Plaintiff has demonstrated excusable neglect and that good cause exists, the Motion is GRANTED.

Plaintiff's Dismissal Without Prejudice, attached as Exhibit 1 to the Motion, is deemed timely filed as of the date of this Order.

**IT IS SO ORDERED.**

DATED:_____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

1                                                    [PROPOSED] ORDER