RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| This Document Relates to: | Honorable Charles R. Breyer |
| *Breanne Young v. Uber Technologies, Inc., et al;* *3:26-cv-03791-CRB* | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. (41)(a)(1)(A)(i) FOR PLAINTIFF B.S.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure, Plaintiff Breanne Young, and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

DATED: July 29, 2026                 RESPECTFULLY SUBMITTED,

BY: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS (CAL BAR NO. 209316)
ADAM B. WOLF (CAL BAR NO. 215914)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 MONTGOMERY STREET, SUITE 820

SAN FRANCISCO, CA 94111
TELEPHONE: 415.766.3544
FACSIMILE: 415.840.9435
EMAIL: RABRAMS@PEIFFERWOLF.COM
         AWOLF@PEIFFERWOLF.COM

TIFFANY R. ELLIS (*ADMITTED PHV*)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
2229 TRUMBULL ST.
DETROIT, MI 48216
TELEPHONE: 313.210.1559
FACSIMILE: 415.840.9435
EMAIL: TELLIS@PEIFFERWOLF.COM

*COUNSEL FOR PLAINTIFF*

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I electronically transmitted the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Rachel B. Abrams*
RACHEL B. ABRAMS