*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br><br> This Document Relates to: <br><br> *ALL CASES* | Case No. 3:23-md-03084-CRB (LJC) <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION** <br><br> Judge:  Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding the time to file a joint letter brief pursuant to Pre-Trial Order 8 (ECF No. 323) ("PTO 8").

WHEREAS, at the July 23, 2026 Discovery Status Conference ("Conference"), the parties were given a deadline of July 29, 2026 to file a joint PTO 8 letter brief on the topic of Plaintiff Jane Doe QLF 001's data preservation and recovery (ECF 6863);

WHEREAS, following the Conference, the parties have conferred and exchanged numerous e-mails related to Doe QLF 001's data preservation and recovery and had a final meet and confer on July 27, 2026;

WHEREAS, Uber provided its position for the PTO 8 letter brief to Plaintiff on July 28, 2026;

WHEREAS, Plaintiff needs one additional day to submit her portion of the PTO 8 letter to Uber, and in an effort to facilitate the resolution of this issue, Uber has agreed to that extension.

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff will submit her portion of the PTO letter brief to Uber at 11:30AM PT on July 30, 2026;

2. The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 4:00PM PT on July 30, 2026, and the letter is to be filed by Uber on July 30, 2026.

DATED: July 29, 2026

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820

1

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Michael Vives*
Michael Vives (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

2
STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: July 29, 2026                                    /s/ *Roopal P. Luhana*
                                                        Roopal P. Luhana

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No. 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER TO EXTEND THE TIME TO FILE   LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION**

Judge:       Hon. Lisa J. Cisneros
Courtroom:   G – 15th Floor

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

3.  Plaintiff shall submit her portion of the PTO letter brief to Uber at 11:30AM PT on July 30, 2026;

4.  The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 4:00PM PT on July 30, 2026, and the filing is to be made by Uber on July 30, 2026, consistent with PTO 8.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Lisa J. Cisneros
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3:23-md-03084-CRB (LJC)