# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**ORDER TO EXTEND THE TIME TO FILE   LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION**<br><br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

3.  Plaintiff shall submit her portion of the PTO letter brief to Uber at 11:30AM PT on July 30, 2026;

4.  The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 4:00PM PT on July 30, 2026, and the filing is to be made by Uber on July 30, 2026, consistent with PTO 8.


IT IS SO ORDERED.


Dated: July 30, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge

4

ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)