IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

_____ /

This Order Relates To:

*T.K. v. Uber, Inc.,*
Case No. 25-cv-06734-CRB

MDL No. 3084

**ORDER GRANTING MOTION TO VACATE**

Re: Dkt. No. 5889

Plaintiff T.K.'s case was dismissed without prejudice for failure to produce a Plaintiff Fact Sheet ("PFS") in accordance with Amended Pretrial Order No. 10 on January 26, 2026, Dkt. No. 4979.  Plaintiff filed a Motion to Vacate, Dkt. No. 5889, stating that she had been incarcerated and that the PFS was now submitted.  While briefing was being completed, the dismissal was converted to a dismissal with prejudice on April 22, 2026, Dkt. No. 5954. Uber filed an opposition brief, Dkt. 5934, and Plaintiff filed a reply brief, Dkt. 6114.

The Court grants the Motion to Vacate.  While Plaintiff does not state the exact dates of incarceration, she does state that incarceration was the reason for her delay, and the PFS was submitted less than a month after she reestablished contact with her counsel after incarceration.  The delay was short, the PFS and corresponding documents have now been produced, and the case is not a bellwether case.  The Court finds that such circumstances constitute excusable neglect under Federal Rule of Civil Procedure Rule 60(a); *see also Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993).

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 30, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California