LAYNE C. HILTON *(Admitted PHV)*
**Meyer Wilson, Co., LPA**
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 614.255.2697
Facsimile: 614.224.6066
Email: lhilton@meyerwilson.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
|  | Honorable Charles R. Breyer |
| This Document Relates to: | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO VACATE DISMISSAL WITHOUT PREJUDICE PER ECF NO. 5953** |
| *R.S. v. Uber Technologies Inc., et al ;* Case No. 3:24-cv-03607 | Judge Hon. Charles R. Breyer |
| *A.R. v. Uber Technologies, Inc.,* Case No. 3:24-cv-08177 | Courtroom: 6 – 17th Floor |
| *L.L. v. Uber Technologies, Inc.,* Case No. 3:25-03742 |  |

THIS MATTER having come before the Court on Plaintiffs' Motion to Vacate the Order of Dismissal entered on April 22, 2026 (D.E. 5953), and the Court having considered the Motion and any submissions in support thereof, and Defendant Uber having consented to the relief requested, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Vacate is **GRANTED**;

**IT IS FURTHER ORDERED** that the Order of Dismissal entered on April 22, 2026 (D.E. 5953) is hereby **VACATED**; and

1                                    [~~PROPOSED~~] ORDER

**IT IS FURTHER ORDERED** that Plaintiffs are relieved of their obligation to file notices of dismissal as required under the April 22, 2026 Order.

**IT IS SO ORDERED**

Dated:  July 30, 2026



_____

HON CHARLES R. BREYER
United States District Judge

[~~PROPOSED~~] ORDER