UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*Jane Doe QLF 1 v. Uber Techs. Inc.*,
No. 24-cv-8783

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S CLAIM FOR PUNITIVE
DAMAGES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JANE DOE QLF 0001,

      Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

No. 26-cv-01694-CRB

Judge: Honorable Charles R. Breyer

Having considered Defendants' Motion to Strike Plaintiff's Claim for Punitive Damages and Plaintiff's Opposition, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Judge