**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [PARTIES' JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S 30(B)(6) DOCUMENT REQUESTS]**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>     Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:    501 |

Having considered Defendants' July 28, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's 30(b)(6) Document Requests], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to PTO-8 Letter | Confidential information in Plaintiff Jane Doe QLF 001's First Amended Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier, LLC, And Rasier-CA, LLC Regarding Regional Discovery | Plaintiff |
| Ex. 2 to PTO-8 Letter | Excerpts of the July 22, 2026 Deposition of Plaintiff QLF 001 | Plaintiff |
| Ex. 3 to PTO-8 Letter | Document Bates-Stamped Tarrant_County_000190 | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)