**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S 30(B)(6) DOCUMENT REQUESTS**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:      Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:   501 |

1
DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING
PLAINTIFF JANE DOE QLF 001'S 30(B)(6) DOCUMENT REQUESTS
Case No. 3:23-md-03084-CRB (LJC)

I, Michael Vives, declare as follows:

1.     I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.     Attached as **Exhibit 1** is a true and correct copy of Plaintiff Jane Doe QLF 001's First Amended Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier, LLC, And Rasier-CA, LLC Regarding Regional Discovery.

3.     Attached as **Exhibit 2** is a true and correct copy of excerpts from the July 22, 2026 deposition of Plaintiff QLF 001.

4.     Attached as **Exhibit 3** is a true and correct copy of the document Bates-Stamped Tarrant_County_000190.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 30, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives

DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING
PLAINTIFF JANE DOE QLF 001'S 30(B)(6) DOCUMENT REQUESTS
Case No. 3:23-md-03084-CRB (LJC)