Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons *(*NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>**This Document Relates to:**<br><br>*JANE DOE PNA (K.H.);*<br>*v. Uber Technologies, Inc., et al.*<br><br>**3:26-cv-05077-CRB** | **MDL No. 3084 CRB**<br><br>**Honorable Charles R. Breyer**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jane Doe PNA (K.H.) and her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: July 30, 2026,              **PHILLIPS & ASSOCIATES LAW FIRM P.C**

*/s/ Timothy G. Tonkin*
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
700 South Flower Street, Suite 1000
Los Angeles, CA 90017

1

Tel: (602) 258-8900
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

**COUNSEL FOR PLAINTIFF**

NOTICE OF FILING OF NEW ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record.


By: /s/ *Timothy G. Tonkin*
Timothy G. Tonkin

NOTICE OF FILING OF NEW ACTION