[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| This Document Relates to: | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED [JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S PRESERVATION AND PRODUCTION OF COMMUNICATIONS]** |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,* N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |
| | Judge: Mag. Lisa J. Cisneros Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001, Plaintiff, v. UBER TECHNOLOGIES, INC., et al., Defendants. | CASE NO. 26-CV-01694-CRB Judge: Hon. Charles R. Breyer Courtroom: 501 |

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 26-cv-01694-CRB (LJC)

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Joint Letter Regarding Plaintiff Jane Doe QLF 001's Preservation and Production of Communications.

**<u>Material To Be Filed Under Seal</u>**

The following materials contain information that Plaintiff has designated as confidential or that otherwise includes Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Joint Letter | June-July 2026 email chain between counsel including Plaintiff's confidential information | Plaintiff |
| Ex. 2 to Joint Letter | Excerpts from Plaintiff's July 22, 2026 Deposition | Plaintiff |
| Ex. 3 to Joint Letter | Document Bates-Stamped DOE QLF 001136 | Plaintiff |
| Ex. 4 to Joint Letter | Document Bates-Stamped DOE QLF 007490 | Plaintiff |
| Ex. 5 to Joint Letter | Document Bates-Stamped DOE QLF 003493 | Plaintiff |
| Ex. 6 to Joint Letter | Plaintiff Jane Doe QLF 001's Response To Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-Ca, LLC's Request for Production of Documents, Set One | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1.  The Declaration of Michael Vives in Support of this Motion; and

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 26-cv-01694-CRB (LJC)

2. A Proposed Order that lists in tabular format all material sought to be sealed.


DATED:  July 30, 2026

Respectfully submitted,

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 26-cv-01694-CRB (LJC)