# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| This Document Relates to: | |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |
| | Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)

I, Michael Vives, declare as follows:

1.     I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.     Uber is filing the following materials related to the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Preservation and Production of Communications under seal because those materials contain information that Plaintiff has designated as confidential or that otherwise includes Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Joint Letter | June-July 2026 email chain between counsel including Plaintiff's confidential information | Plaintiff |
| Ex. 2 to Joint Letter | Excerpts from Plaintiff's July 22, 2026 Deposition | Plaintiff |
| Ex. 3 to Joint Letter | Document Bates-Stamped DOE QLF 001136 | Plaintiff |
| Ex. 4 to Joint Letter | Document Bates-Stamped DOE QLF 007490 | Plaintiff |
| Ex. 5 to Joint Letter | Document Bates-Stamped DOE QLF 003493 | Plaintiff |
| Ex. 6 to Joint Letter | Plaintiff Jane Doe QLF 001's Response To Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-Ca, LLC's Request for Production of Documents, Set One | Plaintiff |

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 30, 2026, in New York, New York.

/s/ Michael Vives
Michael Vives

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)