**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S PRESERVATION AND PRODUCTION OF COMMUNICATIONS]**<br><br>Judge:          Hon. Charles R. Breyer<br>Courtroom:    6 – 17th Floor<br><br>Judge:          Mag. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:          Hon. Charles R. Breyer<br><br>Courtroom:    501 |

Having considered Defendants' July 30, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Joint Letter Regarding Plaintiff Jane Doe QLF 001's Preservation and Production of Communications], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Joint Letter | June-July 2026 email chain between counsel including Plaintiff's confidential information | Plaintiff |
| Ex. 2 to Joint Letter | Excerpts from Plaintiff's July 22, 2026 Deposition | Plaintiff |
| Ex. 3 to Joint Letter | Document Bates-Stamped DOE QLF 001136 | Plaintiff |
| Ex. 4 to Joint Letter | Document Bates-Stamped DOE QLF 007490 | Plaintiff |
| Ex. 5 to Joint Letter | Document Bates-Stamped DOE QLF 003493 | Plaintiff |
| Ex. 6 to Joint Letter | Plaintiff Jane Doe QLF 001's Response To Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-Ca, LLC's Request for Production of Documents, Set One | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____                    _____

                                                 Hon. Lisa J. Cisneros
                                                 United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)