*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION**<br><br><br>Judge:        Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding the time to file a joint letter brief pursuant to Pre-Trial Order 8 (ECF No. 323) ("PTO 8").

WHEREAS, at the July 23, 2026 Discovery Status Conference ("Conference"), the parties were given a deadline of July 31, 2026 to file a joint PTO 8 letter brief on the topic of Plaintiff Jane Doe QLF 0001's production of social media (ECF 6863);

WHEREAS, following the Conference, the parties have conferred on July 31, 2026 in an effort to resolve the issue;

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff will submit her portion of the PTO letter brief to Uber at 8pmET on August 1, 2026;

2. The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 11am ET on Monday August 3, 2026 and filing is to be made by Uber by 12pm. ET on August 3, 2026 consistent with PTO 8.

DATED: July 31, 2026

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

1
STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

By: */s/ Roopal L. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Michael Vives*
Michael Vives (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

2
STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: July 31, 2026                    /s/ *Andrew R. Kaufman*
                                                    Andrew R. Kaufman

3
STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No. 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER TO EXTEND THE TIME TO FILE   LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION**

Judge:        Hon. Lisa J. Cisneros
Courtroom:    G – 15th Floor

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

1.  Plaintiff will submit her portion of the PTO letter brief to Uber at 8pmET on August 1, 2026;

2.  The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 11am ET on Monday August 3, 2026 and filing is to be made by Uber by 12pm. ET on August 3, 2026 consistent with PTO 8.

IT IS SO ORDERED.

Dated: _____          _____
                                         Hon. Lisa J. Cisneros
                                         United States Magistrate Judge

4

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)