**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| This Document Relates to: | |
| *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |
| | Judge:        Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | |
| v. | Judge:        Hon. Charles R. Breyer |
| UBER TECHNOLOGIES, INC., et al., | Courtroom:   501 |
| Defendants. | |

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)

I, Michael Vives, declare as follows:

1.    I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.    Uber is filing the following materials related to the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Production of Social Media Materials under seal because those materials contain information that Plaintiff has designated as confidential or that otherwise includes Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to the Joint Letter | Document Bates-Stamped DOE QLF 002375 | Plaintiff |
| Ex. 2 to the Joint Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff Jane Doe QLF 001 | Plaintiff |
| Ex. 3 to the Joint Letter | Document Bates-Stamped DOE QLF 002207 | Plaintiff |
| Ex. 4 to the Joint Letter | Document Bates-Stamped DOE QLF 002298 | Plaintiff |
| Ex. 5 to the Joint Letter | Document Bates-Stamped DOE QLF 007120 | Plaintiff |
| Ex. 6 to the Joint Letter | Document Bates-Stamped DOE QLF 007121 | Plaintiff |
| Ex. 10 to the Joint Letter | Plaintiff's confidential information in emails between counsel concerning social media discovery | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives

2

DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-01694-CRB (LJC)