**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF'S PRODUCTION OF SOCIAL MEDIA MATERIALS]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:      Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:          Hon. Charles R. Breyer<br><br>Courtroom:     501 |

Having considered Defendants' August 3, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Joint Letter Regarding Plaintiff Jane Doe QLF 001's Production of Social Media Materials], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to the Joint Letter | Document Bates-Stamped DOE QLF 002375 | Plaintiff |
| Ex. 2 to the Joint Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff Jane Doe QLF 001 | Plaintiff |
| Ex. 3 to the Joint Letter | Document Bates-Stamped DOE QLF 002207 | Plaintiff |
| Ex. 4 to the Joint Letter | Document Bates-Stamped DOE QLF 002298 | Plaintiff |
| Ex. 5 to the Joint Letter | Document Bates-Stamped DOE QLF 007120 | Plaintiff |
| Ex. 6 to the Joint Letter | Document Bates-Stamped DOE QLF 007121 | Plaintiff |
| Ex. 10 to the Joint Letter | Plaintiff's confidential information in emails between counsel concerning social media discovery | Plaintiff |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge