[SUBMITTING COUNSEL BELOW]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor<br><br>Judge:    Mag. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:      Hon. Charles R. Breyer<br><br>Courtroom:   501 |

## CERTIFICATE OF SERVICE

I, Michael Vives, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 601 Lexington Avenue, New York, NY 10022.

On August 3, 2026, I caused a true copy of the entire sealed pleading, including the documents listed below, to be served on the parties listed in the table below in the manner described:

1. **Exhibits 1-6 and 10 to the Michael Vives Declaration in Support of Joint Letter Regarding Plaintiff Jane Doe QLF 001's Production of Social Medial Materials**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com<br>       Gangopadhyay@chaffinluhana.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |
| Sarah R. London<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com |
| Ellyn H. Hurd<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, Floor 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: ehurd@simmonsfirm.com |
| Jennifer M. Paulson<br>**SIMMONS HANLY CONROY LLP**<br>One Court Street<br>Alton, IL 62002 | *Counsel for Plaintiff*<br><br>Email: jpaulson@simmonsfirm.com |

| Sara B. Craig<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St, Suite 820<br>San Francisco, CA 94111 | *Counsel for Plaintiff*<br><br>Email: scraig@peifferwolf.com |
|---|---|
| Thien An V. Truong<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue Fl 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: atruong@simmonsfirm.com |
| Tiffany R. Ellis<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>15 E. Baltimore<br>Detroit, MI 48202 | *Counsel for Plaintiff*<br><br>Email: tellis@peifferwolf.com |
| Carlos Lopez<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: carlos@queenanlaw.com |
| Kevin Queenan<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: service@queenanlaw.com<br>          dsqueenan@yahoo.com |
| Andrew Kaufman<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Counsel for Plaintiff*<br><br>Email: akaufman@girardsharp.com |
| Isabel Velez<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Counsel for Plaintiff*<br><br>Email: ivelez@girardsharp.com |
| Deborah S. Chang<br>**CHANG KLEIN LLP**<br>126 Lomita Street<br>El Segundo, CA  90245 | *Counsel for Plaintiff*<br><br>Email: deborah@changklein.com |
| Cristine Farah<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>935 Gravier St, Suite 1600<br>New Orleans, LA 70112 | *Counsel for Plaintiff*<br><br>Email: Cfarah@peifferwolf.com |

CERTIFICATE OF SERVICE
CASE NO. 26-cv-01694-CRB (LJC)

DATED:  August 3, 2026

Respectfully submitted,

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

-4-