# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-md-03084-CRB (LJC)

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS**

Judge:       Hon. Charles R. Breyer
Courtroom:   6 – 17th Floor

Judge:       Mag. Lisa J. Cisneros
Courtroom:   G – 15th Floor

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### AUSTIN DIVISION

JANE DOE QLF 001,

      Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

      Defendants.

CASE NO. 26-CV-01694-CRB

Judge:        Hon. Charles R. Breyer

Courtroom:    501

I, Michael Vives, declare as follows:

1.      I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of the document Bates-Stamped DOE QLF 002375.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the July 22, 2026 deposition of Plaintiff QLF 001.

4.      Attached as **Exhibit 3** is a true and correct copy of the document Bates-Stamped DOE QLF 002207.

5.      Attached as **Exhibit 4** is a true and correct copy of the document Bates-Stamped DOE QLF 002298.

6.      Attached as **Exhibit 5** is a true and correct copy of the document Bates-Stamped DOE QLF 007120.

7.      Attached as **Exhibit 6** is a true and correct copy of the document Bates-Stamped DOE QLF 007121.

8.      Attached as **Exhibit 7** is a true and correct copy of emails dated 7/30/26.

9.      Attached as **Exhibit 8** is a true and correct copy of emails dated 7/31/26.

10.     Attached as **Exhibit 9** is a true and correct copy of Plaintiff's Proposed Stipulation.

11.     Attached as **Exhibit 10** is a true and correct copy of an email string regarding social media discovery.

12.     Attached as **Exhibit 11** is a true and correct copy of an email string regarding the proposed stipulation.

DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS
Case No. 26-cv-01694-CRB (LJC)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2026, in New York, New York.

> /s/ Michael Vives
> Michael Vives

DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS
Case No. 26-cv-01694-CRB (LJC)