# EXHIBIT 9

 **Outlook**

## Re: QLF

| | |
|---|---|
| **From** | Layne Hilton <lhilton@meyerwilson.com> |
| **Date** | Fri 7/31/2026 5:27 PM |
| **To** | Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com> |
| **Cc** | Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com> |

🔗 2 attachments (3 MB)

2026.07.31 DRAFT Stipulation re PTO 8 Ltr Brief - QLF001 Social Media.docx; 2026.07.31 (623pmET) Pl. Edits to Social Media Production Stipulation (7.31).docx;

Michael:

This is not in line with the discussions the Parties had today, and far beyond the relief you actually requested in your portion of the PTO 8 draft letter.

We can only accept this stipulation with the attached proposed edits.

It is now 6:26pmET. If Uber cannot accept the proposed redlines in the attached (which actually representative with what you actually requested as part of your PTO 8 draft portion), we propose that we file the attached alternate stipulation which provides that the Parties will file a full PTO 8 brief on Monday August 3rd.

Please let us know which route you prefer to take.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Friday, July 31, 2026 4:32 PM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Hi Layne,

See attached for a proposed stipulation.

Thanks,
Mike


**Michael Vives**

════════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

════════════════════════════════

michael.vives@kirkland.com

---

**From:** Vives, Michael
**Sent:** Friday, July 31, 2026 3:38 PM
**To:** 'Layne Hilton' <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Hi Layne,

We are willing to work on a stipulation on this in lieu of briefing.  We are drafting one now and hope to have it to you shortly.

Thanks,
Mike

**Michael Vives**

═══════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

═══════════════════════════════

michael.vives@kirkland.com

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Friday, July 31, 2026 2:47 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Hi Michael:

Thanks for the meet-and-confer earlier today.  Just touching base to see if we've made any progress on a potential stipulation?

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **|** **DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Thursday, July 30, 2026 6:20 PM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams

<rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>

**Subject:** RE: QLF

Layne,

Our position remains the same as my email sent earlier and I am not going to engage in further back and forth on this. If you want to say this dispute is not ripe despite the letters and emails making clear that is not the case, you can say that, but we cannot let this matter get delayed any further.  Your position also does not make sense because our letter brief specifically states that your July 20 production did not resolve any of the concerns that we have identified. To be clear, there was one issue we raised previously as to your initial production that was resolved with your subsequent production– namely the fact that your initial production had no dates.  Because that one discrete issue was resolved with your 7/20 production we removed that issue from our briefing. But the other issues have been pending for weeks with no response or attempt from Plaintiffs to resolve and we do not have time to let this drag out further. You have known about these concerns for more than two weeks.  It is not Uber's fault and Uber cannot be prejudiced because you have not taken the steps to remedy them in that time. That is particularly true when this case was set on an expedited workup schedule at Plaintiff's request. So again, respond to our letter so we can get this issue on file consistent with the Court's order and her direction on the record when she said – correctly – that this issue is at impasse and needs to be brought to her for resolution.  If you are unwilling to respond, and instead continue to attempt to delay the issue, we will have no choice but to put in our position and say that you refuse to engage.

Thanks,
Mike

**Michael Vives**

═══════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

═══════════════════════════════

michael.vives@kirkland.com

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Thursday, July 30, 2026 5:46 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica

<jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Michael:

Under PTO 8, a joint discovery letter may only be filed after the parties have met and conferred and *remain at an impasse*. See PTO 8 at 3 (emphasis added).

While we acknowledge that the parties have exchanged correspondence and participated in a meet and confer on July 15, the parties have clearly not yet reached an impasse on the issues you identify. We want to be clear: Plaintiff does not oppose social media production. To the contrary, she has demonstrated her commitment to producing it. Plaintiff has undertaken these productions on multiple occasions even though it is a time-consuming process that requires Plaintiff's direct and substantial involvement.

Moreover, Plaintiff has already supplemented her social media production in direct response to Uber's stated concerns. What has not occurred, however, is that the parties have not had any meaningful discussion about what, if anything, Uber requires for trial that remains deficient from that supplemented production. Before burdening the Court with a discovery dispute, Plaintiff is entitled to understand precisely which documents or posts Uber takes issue with, and whether there is a solution to the issue. Plaintiff may be able to resolve the issue. But there may not be a resolution. As you know, how social media platforms retain historical information is not something within the Plaintiff's control. This is why the process is inherently iterative.
We remain willing to meet and confer further on these issues before the parties proceed to any joint filing. I will send a calendar invite for tomorrow at 11amCT/12pmET.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697
**EMAIL** lhilton@meyerwilson.com

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Thursday, July 30, 2026 12:50 PM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn

Case 3:23-md-03084-CRB    Document 6970-10    Filed 08/03/26    Page 7 of 19

<cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Layne,

I will ignore your inappropriate personal attacks and focus on the issues.

We have raised this issue with your team multiple times over email, on meet and confers, and before the Court at the hearing last week.  I know you are new to these issues, so maybe you should check with your team before making erroneous statements (like your statement that this was not addressed with the Court when it was and is in the minute order).

Please see my email from July 14 on this same thread, in which we raised these very issues. We requested a meet and confer on these issues and several other discovery issues. The parties met and conferred on July 15. Sarah, Simon, Carlos, Alex, and Isa attended for the Plaintiffs.

We specifically discussed the issues raised in our July 14 email on the meet and confer on July 15. We were told that Plaintiff would not attempt to identify the persons she exchanged messages with. We asked when you were committed to completing your production and have never received a clear answer. We raised the fact that these records appeared to have been downloaded in 2025. You said that these were not produced earlier because that was before you agreed to produce records. We expressed to you that we intended to raise these issues with the Court if Plaintiff would not remedy them.

On July 16, I followed up with an email reiterating our discussion and our understanding of your positions. *See* July 16 email also on this thread. You have not remedied the issues we raised on July 14.

We also raised these issues in the JSR that was jointly submitted by the parties on July 20. You represented that Plaintiff had remedied technical deficiencies in her initial production to the extent feasible. However, as outlined in our PTO brief, this is simply not accurate and many deficiencies remain.  If it is your position you've done everything you can to remedy these issues, then it seems like you have a short letter brief you can prepare promptly.

We again raised these issues with Plaintiff's social media production with Judge Cisneros at the status conference last week on July 23. Judge Cisneros ordered the parties to file a joint discovery letter by July 31. This is all very clear on the transcript.

You cannot unilaterally decide an issue is unripe because you chose not to respond to Uber's concerns.  For example, Plaintiffs are intent on moving forward on a brief seeking to limit Uber to 10 depositions when Uber hasn't requested 10 depositions.  We don't think that is ripe, but we will be responding to you shortly on it.  If you want to say these issues aren't ripe, please feel free to tell that to the Court.  But if you do not respond, we will just go ahead and just file our position.

Thanks,
Mike

**Michael Vives**
==============================================
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

——————————————————————————

[michael.vives@kirkland.com](mailto:michael.vives@kirkland.com)

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Thursday, July 30, 2026 12:49 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Michael:

Raising speculative issues while filibustering during a case management conference does not constitute a meet-and-confer between the Parties, and Uber knows this.  Clearly Judge Cisneros does not want the Parties to raise unripe issues to the level of a PTO 8 letter brief.  *See* ECF No. 6923.  Plaintiff attempted to resolve issues you raised "weeks ago" in a subsequent production on July 20, 2026.  You have not yet identified how and in what way this new production is deficient.

Please provide the requested list of social media deficiencies such that Plaintiff's counsel can make the proper and necessary inquiries, and the Parties can have a productive meet-and-confer.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** [lhilton@meyerwilson.com](mailto:lhilton@meyerwilson.com)

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Thursday, July 30, 2026 11:36 AM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>

**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>

**Subject:** RE: QLF

Hi Layne,

That's not true.  I raised it at he hearing and the Court told us to get a brief by Friday.  We have also sent you these very issues weeks ago.  Please respond so we can get this resolved.  Thanks.


**Michael Vives**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

michael.vives@kirkland.com

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Thursday, July 30, 2026 12:35 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Michael:

This issue is clearly not ripe for a PTO 8 brief.  Indeed, at no point after last week's Case Management Conference did you raise the issue of Plaintiff's social media production in the multitude of emails you

sent on the QLF discovery issues, nor did you raise any social media issues on the Parties' conferral on Monday.  Plaintiff believed you Uber reviewed the latest productions after the CMC and decided the Parties did not require the Court's intervention on this issue.

Nevertheless, Plaintiff will, of course, make herself available to meet-and-confer on the issue as is required by the PTO 8 process.  But because these issues will require some investigation by Plaintiff's counsel, Plaintiff requests a comprehensive list of the so-called deficiencies (with citations) in the social media production (to the extent there are more than the smattering of examples you provide in the draft PTO letter).  After we receive this list, Plaintiff will promptly set up a time for the Parties to meet and confer with sufficient time to allow for the necessary inquiries.

Best,

Layne


**Layne C. Hilton, Esq. | Attorney**


**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Thursday, July 30, 2026 10:13 AM
**To:** Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Layne Hilton <lhilton@meyerwilson.com>; Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

All,


Please see Uber's PTO8 letter brief regarding Plaintiff's social media production.  As you know, this is due to be filed tomorrow.


Thanks,

Mike

**Michael Vives**

═══════════════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

═══════════════════════════════════════

michael.vives@kirkland.com

**From:** Roopal Luhana <Luhana@chaffinluhana.com>
**Sent:** Thursday, July 30, 2026 9:17 AM
**To:** Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>; Vives, Michael <michael.vives@kirkland.com>
**Cc:** Layne Hilton <lhilton@meyerwilson.com>; Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

Good Morning Mike and Cohl, can you please send the substantive cites/exhibits to your portion of the PTO 8 letter now? As I stated previously, this should have been provided when you sent your draft on July 28, however, we still have not received.

Best,

Roopal

*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[DRAFT] JOINT STIPULATION REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS**<br><br>Judge:    Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:    Hon. Charles R. Breyer<br><br>Courtroom:  501 |

STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)

The Parties respectfully submit this joint stipulation to resolve disputed issues related to Plaintiff Jane Doe QLF 001's production of social media materials.

Respectfully submitted,

DATED: July 31, 2026

By: /s/   *DRAFT*
    ROOPAL P. LUHANA (*Pro Hac Vice*)
    **CHAFFIN LUHANA LLP**
    600 Third Avenue, Fl. 12
    New York, NY 10016
    Telephone: (888) 480-1123
    Email: luhana@chaffinluhana.com

    SARAH R. LONDON (SBN 267083)
    **GIRARD SHARP LLP**
    601 California St., Suite 1400
    San Francisco, CA 94108
    Telephone: (415) 981-4800
    Email: slondon@girardsharp.com

    RACHEL B. ABRAMS (SBN 209316)
    **PEIFFER WOLF CARR KANE
    CONWAY & WISE, LLP**
    555 Montgomery Street, Suite 820
    San Francisco, CA 94111
    Telephone: (415) 426-5641
    Email: rabrams@peifferwolf.com

  *Co-Lead Counsel for Plaintiffs*

By: /s/   *DRAFT*
    MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
    **KIRKLAND & ELLIS LLP**
    601 Lexington Ave.,
    New York, NY 10022
    Telephone: (212) 446-4800
    michael.vives@kirkland.com

    LAURA VARTAIN HORN (SBN 258485)
    **KIRKLAND & ELLIS LLP**
    555 California St., 27th Floor
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    laura.vartain@kirkland.com

    KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
    TX SBN 24065345
    **KIRKLAND & ELLIS LLP**
    401 W. 4th Street
    Austin, TX  78701
    Telephone: (512) 678-9050
    kim.bueno@kirkland.com

    ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
    **KIRKLAND & ELLIS LLP**
    2005 Market Street, Ste. 1000
    Philadelphia, PA, 19103
    Telephone: (215) 268-5000
    alli.brown@kirkland.com

    JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
    **KIRKLAND & ELLIS LLP**
    601 Lexington Ave.,
    New York, NY 10022
    Telephone: (212) 446-4800
    jessica.davidson@kirkland.com

  *Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

1

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding Plaintiff Jane Doe QLF 001's production of social media materials.

WHEREAS, Plaintiff produced social media materials for the first time in this case on July 10, 2026;

WHEREAS, Uber raised several problems with that production, ~~including that materials collected as early as April 2025 were not produced until over a year later (in July 2026), numerous message threads failed to identify participants and/or the date of the interaction, appeared to be altered in a number of ways, and embedded images were not produced with the message threads;~~

WHEREAS, the parties met and conferred and exchanged correspondence on these issues between July 14 and July 20, ~~including drafts of the Joint Status Report, where Plaintiff indicated that she was unwilling or technologically unable to remedy many of the deficiencies raised by Uber;~~

WHEREAS, Uber raised the issue to the Court at the July 23, 2026 discovery conference and the Court ordered the parties to file a letter brief on July 31, 2026;

WHEREAS, Uber supplied its portion of the PTO 8 brief on these social media issues on July 30, 2026;

WHEREAS, the Parties met and conferred on July 31, 2026 and Plaintiff represented~~, for the first time,~~ that she ~~would~~ was in the process of cur~~e~~ing the deficiencies in her social media productions;

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff shall complete all productions of Social Media Materials[^1] by August 7, 2026 at 5PM PT, and such production shall:

    a. Be produced in the format in which such messages are ordinality kept and that does not appear spliced, cut, rotated, limited, or altered in any other way;

[^1]: ~~Social Media Materials shall include all responsive material from BlueSky, Discord, Facebook, GroupMe, Instagram, Kik, LinkedIn, Patreon, Reddit, Signal, Snapchat, Telegram, Threads, TikTok, Tumblr, Twitch, WeChat, WhatsApp, X (Twitter), and YouTube~~

~~b.   Include all messages sent or received 24 hours before and after any responsive message or thread to provide necessary context;~~

~~c.~~b.Identify in the document: (i) each participant by name and (ii) the dates on which each message was sent/received, to the extent this information is maintained by the social media company;

~~d.~~c.Identify ~~in the metadata the device from which the document was collected and the~~ the type of social media account the document is associated with;

~~e.~~d.Include any images, photos, audio recordings, videos, or other media embedded in the message and the proper metadata to link that media to its parent document to the extent they are kept and maintained; and

~~f.   Not include any redactions for any reason, including relevancy, in any produced materials.~~

2. Plaintiff shall correct the deficiencies in all Social Media Materials previously produced by August 7, 2026 at 5PM PT by:

    a.   Reproducing those documents in accordance with Paragraph 1 of this Stipulation;

    ~~b.   Providing an overlay linking all Social Media Materials produced previously with its corresponding document in Plaintiff's new productions.~~

~~3.   For any of the above items that cannot be completed after best efforts have been exhausted, Plaintiff shall execute a verified, sworn declaration by a competent e-discovery specialist that identifies each document for which information cannot be provided in accordance with Paragraphs 1 and 3 of this Stipulation, explains the steps taken in collecting and producing such information, and the reason(s) for which the information could not be provided in accordance with this Stipulation.~~

~~4.   For any messages where the available data does not reflect or indicate the participant(s) other than Plaintiff in the message, Plaintiff will make all reasonable efforts to identify that participant and provide Uber with a sworn response identifying the participant or stating she is unable to do so.~~

3

5. ~~Because these issues are being corrected for the first time after Plaintiff's deposition, Plaintiff agrees to sit for an additional deposition for a minimum of two additional hours.~~

6. ~~Plaintiff agrees that to the extent new evidence or witnesses are discovered through Plaintiff's production of Social Media Materials, Plaintiff will not object to Uber's pursuit of related discovery, including but not limited to document subpoenas and third-party depositions, on timeliness grounds.~~

~~7.~~3. ~~Plaintiff also agrees that Uber may seek any and all alternative relief in the event that there is any further delay past August 7, 2026 and/or failure to completely cure the deficiencies identified above by August 7, 2026, including but not limited to a motion for sanctions~~.

~~8.~~4. The briefing schedule on Plaintiff's social media productions should be stayed until the resolution of this stipulation on August 7, 2026, at which point, Uber has the right to raise any remaining or additional deficiencies with the Court provided the Parties have met their conferral obligations.

DATED: August 2, 2026~~July 31, 2026~~

By: */s/ DRAFT* _____
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ DRAFT* _____
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ DRAFT* _____
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ DRAFT _____
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

5

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 2, 2026~~July 31, 2026~~                    /s/ [DRAFT]
                                                                                              Roopal P. Luhana

Case No. 3.23-md-03084-CRB (LJC)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER TO EXTEND THE TIME TO FILE   LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION**<br><br><br>Judge:         Hon. Lisa J. Cisneros<br>Courtroom:    G – 15th Floor |

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

~~9.~~5.Plaintiff shall submit her portion of the PTO letter brief to Uber at 12:00PM PT on July 29, 2026;

~~10.~~6.   The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 3:00 p.m. PT and the filing is to be made by Uber by 5:00 p.m. PT on July 30, 2026 consistent with PTO 8.

IT IS SO ORDERED.

Dated: _____          _____

Hon. Lisa J. Cisneros
United States Magistrate Judge

7

Case No. 3.23-md-03084-CRB (LJC)