# EXHIBIT 11

 **Outlook**

## RE: QLF

**From** Vives, Michael <michael.vives@kirkland.com>

**Date** Fri 7/31/2026 5:58 PM

**To** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>

**Cc** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>

Layne,

The problem is you came to our conferral saying you were committed to fixing the pervasive issues in Plaintiff's production (which we were previously told were unfixable but when a brief is sent curiously they now can be corrected), but then when pressed on how you would do that you have no details and kept saying you needed to "look into" things. It has become clear that despite Uber raising this issue weeks ago, Plaintiff has made no meaningful attempt to actually correct any of the problems and instead you are asking us to give you the next week to investigate and do what you should have been doing for the last several weeks. Your extensive edits to the stipulation reinforce that you are not actually committed to resolving any of these issues. You can agree to the stip as we drafted or provide narrow edits or we can proceed with PTO 8 letter briefing.

We do not agree to your offer for an extension because this issue cannot continue to be prolonged because of Plaintiff's deliberate and intentional delay. The Court ordered briefing today, and we provided our portion to you yesterday in the early morning. If you cannot provide us your position by 7pm PT, we will file our position alone.

Thanks,
Mike

**Michael Vives**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

michael.vives@kirkland.com

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Friday, July 31, 2026 6:27 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>

**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>

**Subject:** Re: QLF

Michael:

This is not in line with the discussions the Parties had today, and far beyond the relief you actually requested in your portion of the PTO 8 draft letter.

We can only accept this stipulation with the attached proposed edits.

It is now 6:26pmET. If Uber cannot accept the proposed redlines in the attached (which actually representative with what you actually requested as part of your PTO 8 draft portion), we propose that we file the attached alternate stipulation which provides that the Parties will file a full PTO 8 brief on Monday August 3rd.

Please let us know which route you prefer to take.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697

**EMAIL** lhilton@meyerwilson.com

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Friday, July 31, 2026 4:32 PM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Hi Layne,

See attached for a proposed stipulation.

Thanks,
Mike


**Michael Vives**
═══════════════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900
═══════════════════════════════════════

michael.vives@kirkland.com

---

**From:** Vives, Michael
**Sent:** Friday, July 31, 2026 3:38 PM
**To:** 'Layne Hilton' <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Hi Layne,

We are willing to work on a stipulation on this in lieu of briefing.  We are drafting one now and hope to have it to you shortly.

Thanks,
Mike


**Michael Vives**
═══════════════════════════════════════

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900
═══════════════════════════════════════

michael.vives@kirkland.com

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Friday, July 31, 2026 2:47 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson

<Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Hi Michael:

Thanks for the meet-and-confer earlier today.  Just touching base to see if we've made any progress on a potential stipulation?

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697
**EMAIL** lhilton@meyerwilson.com

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Thursday, July 30, 2026 6:20 PM
**To:** Layne Hilton <lhilton@meyerwilson.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: QLF

Layne,

Our position remains the same as my email sent earlier and I am not going to engage in further back and forth on this. If you want to say this dispute is not ripe despite the letters and emails making clear that is not the case, you can say that, but we cannot let this matter get delayed any further.  Your position also does not make sense because our letter brief specifically states that your July 20 production did not resolve any of the concerns that we have identified. To be clear, there was one issue we raised previously as to your initial production that was resolved with your subsequent production– namely the fact that your initial production had no dates.  Because that one discrete issue was resolved with your 7/20 production we removed that issue from our briefing. But the

other issues have been pending for weeks with no response or attempt from Plaintiffs to resolve and we do not have time to let this drag out further. You have known about these concerns for more than two weeks.  It is not Uber's fault and Uber cannot be prejudiced because you have not taken the steps to remedy them in that time. That is particularly true when this case was set on an expedited workup schedule at Plaintiff's request. So again, respond to our letter so we can get this issue on file consistent with the Court's order and her direction on the record when she said – correctly – that this issue is at impasse and needs to be brought to her for resolution.  If you are unwilling to respond, and instead continue to attempt to delay the issue, we will have no choice but to put in our position and say that you refuse to engage.

Thanks,
Mike

**Michael Vives**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**T** +1 646 444 9335 **M** +1 845 820 2372

**F** +1 212 446 4900

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

michael.vives@kirkland.com

---

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Thursday, July 30, 2026 5:46 PM
**To:** Vives, Michael <michael.vives@kirkland.com>; Roopal Luhana <Luhana@chaffinluhana.com>; Emily Beeson <Emily.Beeson@chaffinluhana.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Cc:** Simon Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Wilkins, Beth <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Steven Cohn <cohn@chaffinluhana.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** Re: QLF

---

Michael:

Under PTO 8, a joint discovery letter may only be filed after the parties have met and conferred and ***remain at an impasse***. See PTO 8 at 3 (emphasis added).

While we acknowledge that the parties have exchanged correspondence and participated in a meet and confer on July 15, the parties have clearly not yet reached an impasse on the issues you identify. We want to be clear: Plaintiff does not oppose social media production. To the contrary, she has demonstrated her commitment to producing it.  Plaintiff has undertaken these productions on multiple occasions even though it is a time-consuming process that requires Plaintiff's direct and substantial involvement.

Moreover, Plaintiff has already supplemented her social media production in direct response to Uber's stated concerns.  What has not occurred, however, is that the parties have not had any meaningful discussion about what, if anything, Uber requires for trial that remains deficient from that supplemented production. Before burdening the Court with a discovery dispute, Plaintiff is