# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| This Document Relates to: | |
| *Jane Roe CL 158 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04038-CRB, | |
| *Jane Doe LS 671 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00422-CRB, | |
| *TA.T. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00961-CRB, | |
| *JLG 277 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02710-CRB, and | |
| *Jane Roe CL 304 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03033-CRB. | |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

## [AMENDED PROPOSED] ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1.   The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).

2.   Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.


**IT IS SO ORDERED.**


Dated: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB

## **EXHIBIT A**

| MDL ID | Case Number | Plaintiff |
|---|---|---|
| 3448 | 3:25-cv-04038-CRB | Jane Roe CL 158 |
| 4793 | 3:26-cv-00422-CRB | Jane Doe LS 671 |
| 5090 | 3:26-cv-02710-CRB | JLG 277 |

[AMENDED PROPOSED] ORDER REGARDING MOTION TO
DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31

Case No. 3:23-md-03084-CRB