# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having reviewed the parties' joint stipulation, the Court hereby ORDERS as follows:

1. Plaintiff will submit her portion of the PTO letter brief to Uber at 8pmET on August 1, 2026;

2. The parties shall exchange revised drafts with any additional changes to their respective portions of the PTO 8 letter by 11am ET on Monday August 3, 2026 and filing is to be made by Uber by 12pm. ET on August 3, 2026 consistent with PTO 8.

IT IS SO ORDERED.

Dated _____August 3, 2026_____          _____
                                             Hon. Lisa J. Cisneros
                                             United States Magistrate Judge

4
STIPULATION AND ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF
RE: PLAINTIFF JANE DOE QLF 001'S SOCIAL MEDIA PRODUCTION
Case No. 3.23-md-03084-CRB (LJC)