**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, No. 1:26-cv-01694-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>              Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>              Defendants. | Case No.: 26-CV-01694-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   501 |

- 1 -

I, Ellyn Hurd, declare:

1.      I am a partner in the law firm of Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal regarding Joint Letter Regarding Defendants' Deposition Limits for QLF 001. As set forth in the accompanying motion, the information at issue is highly personal and sensitive, which meets the "good cause" and "compelling reasons" standards for sealing. *See In re Uber Technologies, Inc., Passenger Sexual Assault Litigation,* 2024 WL 4211179, at *1 (N.D. Cal. Sep. 3, 2024) (noting that "[d]ocuments filed with discovery motions that are no more than tangentially related to the merits of a case may be maintained under seal on a showing of good cause, as distinct from the more stringent standard of compelling reasons to seal documents filed in contexts more closely tied to the merits") (internal quotation marks and citations omitted).

3.      Here, the information meets the heightened requirements for protection because it includes personal identifying information of Plaintiff's family members, friends, and treatment providers.

4.      Accordingly, Plaintiff moves to seal the below:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B | Plaintiff's Rule 26 Initial Disclosures | Plaintiff |
| Exhibit C | July 15, 2026 Email Correspondence | Plaintiff |
| Exhibit D | Excerpts from Plaintiff's July 22, 2026 Deposition | Plaintiff |
| Exhibit E | Portions referencing personal information of Plaintiff's treater | Plaintiff |
| Exhibit F | Portions referencing personal information of Plaintiff's friend | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026, in West Dennis, Massachusetts.


/s/ Ellyn Hurd
Ellyn Hurd

**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 257-8482
ehurd@simmonsfirm.com

- 3 -