**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, No. 1:26-cv-01694-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RE: JOINT LETTER REGARDING DEFENDANTS' DEPOSITION LIMITS FOR QLF 001**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | Case No.: 26-CV-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  501 |

- 1 -

**[PROPOSED] ORDER**

Having considered the Administrative Motion to File Under Seal Document Attached as Exhibit to Joint Letter Regarding Defendants' Deposition Limits, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the document listed below:

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The Court hereby ORDERS that the following material remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B | Plaintiff's Rule 26 Initial Disclosures | Plaintiff |
| Exhibit C | July 15, 2026 Email Correspondence | Plaintiff |
| Exhibit D | Excerpts from Plaintiff's July 22, 2026 Deposition | Plaintiff |
| Exhibit E | Portions referencing personal information of Plaintiff's treater | Plaintiff |
| Exhibit F | Portions referencing personal information of Plaintiff's friend | Plaintiff |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER
N.D. CAL. 3:23-MD-03084; W.D. TEX. 26-CV-1694