[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc.,
et al.*, No. 1:26-cv-01694-CRB

Case No.: 3:23-MD-03084-CRB

**CERTIFICATE OF SERVICE**

Judge:          Hon. Lisa J. Cisneros
Courtroom:    G – 15th Floor

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

JANE DOE QLF 001,

                Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

                Defendants.

Case No.: 26-CV-01694-CRB

Judge:          Hon. Charles R. Breyer
Courtroom:    501

- 1 -

I certify that on August 3, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record except the two identified below. I caused the foregoing document(s) to be served via first-class mail and e-mail by providing a true copy thereof addressed to each of the persons named below:

Deborah S. Chang
**CHANG KLEIN LLP**
126 Lomita Street
El Segundo, CA 90245
deborah@changklein.com

Cristine Farah
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
935 Gravier St, Suite 1600
New Orleans, LA 70112
cfarah@peifferwolf.com

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2026, in West Dennis, Massachusetts.

By: */s/ Ellyn Hurd*
Ellyn Hurd

**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 257-8482
ehurd@simmonsfirm.com