# GZJ KDKV'B

# JOINT LETTER REGARDING DEFENDANTS' DEPOSITION LIMITS FOR QLF 001

# FILED UNDER SEAL