# GZJ KDKV'C

## JOINT LETTER REGARDING DEFENDANTS' DEPOSITION LIMITS FOR QLF 001

## FILED UNDER SEAL