# GZJ KDKV'D

## JOINT LETTER REGARDING DEFENDANTS' DEPOSITION LIMITS FOR QLF 001

## FILED UNDER SEAL