# GZJ KDKV'G

# JOINT LETTER REGARDING DEFENDANTS' DEPOSITION LIMITS FOR QLF 001

Pages 1 - 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

IN RE: UBER TECHNOLOGIES,      )
INC., PASSENGER SEXUAL ASSAULT )
LITIGATION.                    )
                               )    NO. 3:23-md-03084-CRB
                               )
_____)

                         San Francisco, California
                         Tuesday, June 30, 2026

**TRANSCRIPT OF REMOTE ZOOM VIDEOCONFERENCE PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
                    PEIFFER WOLF CARR KANE CONWAY & WISE
                    555 Montgomery Street, Suite 820
                    San Francisco, CA 94111
               BY:  **RACHEL B. ABRAMS, ATTORNEY AT LAW**

                    GIRARD SHARP LLP
                    601 California Street, Suite 1400
                    San Francisco, CA 94108
               BY:  **SARAH R. LONDON, ATTORNEY AT LAW**

                    ANAPOL WEISS
                    14 Ridge Square, NW, Suite 328
                    Washington, DC 20016
               BY:  **ALEXANDRA M. WALSH, ATTORNEY AT LAW**

                    QUEENAN LAW FIRM, P.C.
                    731 Station Drive
                    Arlington, TX 76015
               BY:  **KEVIN QUEENAN, ATTORNEY AT LAW**

          **(APPEARANCES CONTINUED ON THE NEXT PAGE.)**

REPORTED REMOTELY BY:  Kendra A. Steppler, RPR, CRR
                       Official United States Reporter

okay.  Given -- let's talk about the schedule.  Now, given the new dates, do you have -- do you have a new schedule, or do you want to stick to the old schedule, or what?

MS. LONDON:  Your Honor, on behalf of the plaintiffs, we have an updated proposal that I think just shifts the dates back a little bit from what we had initially proposed.  So, Your Honor, if you'd like, I can walk through that, or we can just submit it right after the conference.

THE COURT:  Just submit it.  Just submit it.

MS. LONDON:  Okay, Your Honor.

THE COURT:  And if you have a proposal -- I guess, who is speaking -- Ms. Vartain, who's speak on the Uber trial team?

MS. VARTAIN:  We do have an updated proposal, and we'll file it.

THE COURT:  Okay.  Okay.  Just file it.  Send it to me, and then I'll have the two proposals, and I can -- I can deal with that.

Has there been a determination as of the day of your filing of the status report?  I didn't have a -- but has there been a determination as to whether Uber is going to contest the issue of whether Jane Doe was assaulted by an Uber driver?  Is that -- is that under consideration, or has that been decided upon?

MS. BROWN:  Very much, Your Honor, under consideration and review as discovery progresses.  We have a couple of things

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Tuesday, June 30, 2026

Kendra A. Steppler, RPR, CRR

Official Reporter, U.S. District Court