# EXHIBIT A

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 3713 | 3:25-cv-04184 | Pro se | Missing Verification | 8/27/2025 | N/A | Defendants mailed a letter to Plaintiff on May 27, 2026 via Certified Mail that explained Plaintiff had failed to serve a Verification and requested a meet and confer with Plaintiff to further discuss that matter.<br><br>According to the United States Postal Service's tracking information, that letter was delivered on July 14, 2026. To date, Plaintiff has not responded to Defendants' request to meet and confer nor has she cured her deficiency. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 4636 | 3:25-cv-10870 | Johnson Law Group | Missing Verification | 4/13/2026 | 7/14/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they were having difficulty communicating with Plaintiff. Counsel represented the same to Defendants in May 28, 2026 meet and confer, at which time Defendants granted Counsel's request for a 30-day extension to reestablish contact with Plaintiff. To date, Plaintiff has not cured their deficiency. |
| 5186 | 3:26-cv-01122 | Reich and Binstock, LLP | Missing Exhibit B | 5/12/2026 | 7/14/2026 | Plaintiff's counsel acknowledged the deficiency and represented they would attempt to contact Plaintiff to cure. To date, Plaintiff has not cured the deficiency by providing the missing release. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 5184 | 3:26-cv-01124 | Reich and Binstock, LLP | Missing Verification | 5/8/2026 | 7/14/2026 | Plaintiff's counsel acknowledged the deficiency and represented they would attempt to contact Plaintiff to cure. To date, Plaintiff has not cured the deficiency by providing the missing verification. |
| 5198 | 3:26-cv-01823 | Reich and Binstock, LLP | Missing Verification, Missing Exhibit B, Failure to Answer Question (Q20, Q41, Q42) | 5/7/2026 | 7/14/2026 | Plaintiff's Counsel acknowledged the deficiencies and represented they would attempt to contact Plaintiff to cure. To date, Plaintiff has not cured the deficiencies by providing the missing documents or responding to the unanswered question. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---------|-------------|---------------------|---------------------------|---------------------------------------------|--------------------|----------------------|
| 5090 | 3:26-cv-02710 | Johnson Law Group | Missing Verification | 5/20/2026 | 7/9/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they intended to file a dismissal. To date, no such dismissal has been filed, nor has Plaintiff cured the deficiency by providing the missing verification. |