**WAGSTAFF LAW FIRM**
Sommer D. Luther*
940 Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
sluther@wagstafflawfirm.com
*Appearing Pro Hac Vice

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to: | |
| *Ani.C. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-02541-CRB | Judge:          Hon. Charles R. Breyer |
| | Courtroom:     6 – 17th Floor |
| *Ke.G. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03025-CRB | |
| *M.D. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03075-CRB | |
| *I.L. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03084-CRB | |
| *C.M. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03271-CRB | |
| *N.D. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03305-CRB | |
| *DI.B. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03885-CRB | |
| *KAT.W. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03926-CRB | |
| *L.P. v. Uber Technologies, Inc., et al.,* No. 3:26-cv-03928-CRB | |

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

3:23-md-03084-CRB

I, Sommer D. Luther, declare:

1. I am an attorney at the Wagstaff Law Firm. I am a member of the State Bar of Colorado and am admitted to practice in this action *pro hac vice*. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of WLF Plaintiffs' Response to Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 [Dkt 6856]:

### Ani.C. [5136]

3. Wagstaff Law Firm have been unable to contact Plaintiff Ani.C. since October 7, 2025.

4. Since that date, multiple contact attempts have been made, including at least 33 phone calls, 24 emails, 3 letters, and 23 text messages.

5. Efforts continue to reach Plaintiff Ani.C.

### Ke.G. [5206]

6. Wagstaff Law Firm have been unable to contact Plaintiff Ke.G. since March 31, 2026.

7. Multiple contact attempts have been made, including at least 55 phone calls, 34 emails, 2 letters, and 26 text messages.

8. Efforts continue to reach Plaintiff Ke.G.

### M.D. [5209]

9. The last contact with Plaintiff M.D. occurred on April 10, 2026.

10. Since that date, multiple contact attempts have been made, including at least 9 phone calls, 5 emails, 2 letters, and 3 text messages.

11. Efforts continue to reach Plaintiff M.D.

### I.L. [5211]

12. A Plaintiff Fact Sheet was produced on July 30, 2026 and thus the basis for dismissal has been cured.

**C.M. [5232]**

13. The last contact with Plaintiff C.M. occurred on March 19, 2026.

14. Since that date, multiple contact attempts have been made, including at least 25 phone calls, 25 emails, 3 letters, and 7 text messages.

15. Efforts continue to reach Plaintiff C.M.

**N.D. [5257]**

16. A Plaintiff Fact Sheet was produced on July 30, 2026 and thus the basis for dismissal has been cured.

**DI.B. [5314]**

17. The last contact with Plaintiff DI.B. occurred on January 28, 2025.

18. Multiple contact attempts have been made to contact Plaintiff DI.B., including at least 24 phone calls, 22 emails, 2 letters, and 20 text messages.

19. Efforts continue to reach Plaintiff DI.B.

**KAT.W. [5317]**

20. A Plaintiff Fact Sheet was produced on July 30, 2026 and thus the basis for dismissal has been cured.

**L.P. [5315]**

21. The last contact with Plaintiff L.P. occurred on July 5, 2026.

22. Since that date, a contact attempt has been made, including at least 1 phone call, 1 email, and 1 text message.

23. Efforts continue to reach Plaintiff L.P.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August, 2026, in Denver, Colorado

_____
Sommer D. Luther

DECLARATION OF SOMMER D. LUTHER IN SUPPORT OF WLF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10
3:23-md-03084-CRB