C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
          jdomer@cutterlaw.com
          ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *Jane Roe CL 293 v. Uber Technologies, Inc., et al., No. 3:26-cv-02510-CRB* | |
| *Jane Roe CL 295 v. Uber Technologies, Inc., et al., No. 3:26-cv-02648-CRB* | Date:  September 11, 2026<br>Time:  10:00 a.m.<br>Courtroom:  6 – 17th Floor |
| *Jane Roe CL 302 v. Uber Technologies, Inc., et al., No. 3:26-cv-02957-CRB* | |
| *Jane Roe CL 306 v. Uber Technologies, Inc., et al., No. 3:26-cv-03210-CRB* | |
| *Jane Roe CL 310 v. Uber Technologies, Inc., et al., No. 3:26-cv-03627-CRB* | |
| *Jane Roe CL 315 v. Uber Technologies, Inc., et al., No. 3:26-cv-03850-CRB* | |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## I.   INTRODUCTION

On July 22, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") in connection with Amended Pretrial Order ("PTO") 10. (Doc. 6856). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a Plaintiff Fact Sheet. Counsel has diligently attempted to comply with the production of the PFS required for the discovery obligation of the Plaintiffs addressed in this motion. During the course of litigation, a Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

## ARGUMENT

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Through Counsel's efforts, Jane Roe CL 310 and 315's documents have been produced and should therefore no longer be subject to this motion. (Domer Dec. at ¶ 5).

Counsel has not been able to reach the remaining Plaintiffs to discuss and finalize the information needed to complete the deficient Fact Sheets. Counsel is continuing in our efforts to reach the clients as described in the attached Declaration.

## II.   CONCLUSION

Counsel respectfully requests that Jane Roe CL 310 and 315 be removed from this motion as their documents have been produced, and that additional time to reach the remaining Plaintiffs through various methods to complete the documents be granted.

Dated: August 5, 2026                                CUTTER LAW P.C.

By:   */s/ Jennifer S. Domer*

-1-
PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com


*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: August 5, 2026                      CUTTER LAW P.C.

By:  */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
            jdomer@cutterlaw.com
            ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS