C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
         jdomer@cutterlaw.com
         ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB |
| | Hon. Charles R. Breyer |
| This Document Relates to: | **ATTORNEY JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH COURT ORDER** |
| *Jane Roe CL 293 v. Uber Technologies, Inc., et al., No. 3:26-cv-02510-CRB* | |
| *Jane Roe CL 295 v. Uber Technologies, Inc., et al., No. 3:26-cv-02648-CRB* | Date:  September 11, 2026 |
| *Jane Roe CL 302 v. Uber Technologies, Inc., et al., No. 3:26-cv-02957-CRB* | Time:  10:00 a.m. Courtroom:  6 – 17th Floor |
| *Jane Roe CL 306 v. Uber Technologies, Inc., et al., No. 3:26-cv-03210-CRB* | |
| *Jane Roe CL 310 v. Uber Technologies, Inc., et al., No. 3:26-cv-03627-CRB* | |
| *Jane Roe CL 315 v. Uber Technologies, Inc., et al., No. 3:26-cv-03850-CRB* | |

I, Jennifer S. Domer, declare as follows:

1.    I am an attorney at Cutter Law P.C. admitted to practice before the courts of the State of California. I am a Partner at Cutter Law, P.C., and am one of the counsels of record for the filed Roe CL claimants. I have personal knowledge of the matters set forth herein, and if

-1-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

called to testify, I would testify competently as to the information below.

2. This declaration is made in support of the Opposition to Defendants' Motion to Dismiss.

3. Counsel's firm has made extensive efforts to reach the clients listed as Exhibit A, subject to Defendants' Motion to Dismiss.

4. Those efforts include extensive phone calls, text messages, emails, physical mailings to last known address, and additional address searches in databases. Counsel has also employed a private investigator to help locate this individual. Through the database searches and private investigator, Counsel also attempted to reach potential relatives in an effort to reach the Plaintiffs.

5. Counsel produced the Fact Sheets, Verifications, and records certifications for Jane Roe CL 310 and 315 on August 5, 2026.

6. Counsel is continuing to reach to out to the remaining the Roe CL Plaintiffs to finalize the Fact Sheet and to obtain the remaining information needed in order to produce the needed documentation. Counsel continues to follow up.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 5, 2026, in Sacramento, California.


Dated: August 5, 2026                    CUTTER LAW P.C.


                                         By:    */s/ Jennifer S. Domer*
                                                Jennifer S. Domer

                                         *Attorney for Roe CL Plaintiffs*

-2-
JENNIFER S. DOMER'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS