IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>_____/<br><br>This Order Relates To:<br><br>All Actions | MDL No. 3084<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 6446, 6209 |

After considering Defendants' Motion for Relief (Dkt. 6446) from the Nondispositive Pretrial Order of Magistrate Judge Cisneros (Dkt. 6209), the Court concludes that Judge Cisneros exercised sound judgment and the order is not clearly erroneous or contrary to law. Judge Cisneros ordered Uber to produce documents from four employees whom Uber has called as bellwether trial witnesses but who were not previously designated as document custodians, as well as documents from any other employees Uber intended to call at trial, using previously agreed-upon search terms. Uber has filed for relief, arguing that the burden of producing custodial files outweighs the relevance and that the order infringes on Uber's due process right to defend itself at trial.

The Court finds that the benefit of allowing plaintiffs to evaluate and understand the witnesses' roles before trial outweighs the burden of producing the documents, which would be limited by using search terms and deduplication. Uber's due process right is not violated, as the order does not preclude Uber from presenting witnesses and Uber has an obligation to continue to supplement its initial disclosures in a timely manner.

Accordingly, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated:  August 5, 2026

_____
CHARLES R. BREYER
United States District Judge