IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION / | MDL No. 3084 |
| This Order Relates To: All Actions | **ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** Re: Dkt. No. 6675, 6452 |

After considering Defendants' Motion for Relief (Dkt. 6675) from the Nondispositive Pretrial Order of Magistrate Judge Cisneros (Dkt. 6452), and Plaintiffs' Response (Dkt. 6763), the Court concludes that Judge Cisneros exercised sound judgment and the order is not clearly erroneous or contrary to law.  Judge Cisneros ordered Uber to produce updated Jira and Bliss data for 2025, and to supplement its incident report summary charts annually for each subsequent year that this MDL remains active.  Uber has filed for relief, arguing that the burden of production is disproportionate to the needs of the litigation, as the Jira and Bliss data is duplicative of Flack data that has been agreed to be produced, and the benefit of annual updates dwindles over time.

The Court agrees that Plaintiffs' interest in testing Uber's assertions that a significant percentage of reported sexual assaults are fraudulent using the same data that Uber has access to outweighs Uber's burden of production.  This is also true of the portion of the order requiring Uber to supplement its production annually, especially when the burden to supplement is "several hours" of work. Dkt. No. 6540-2.

Accordingly, Defendants' Motion for Relief is denied.

**IT IS SO ORDERED.**

Dated:  August 5, 2026



CHARLES R. BREYER
United States District Judge