William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *Jane Doe LS 692 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02819-CRB* | |
| *Jane Doe LS 693 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02828-CRB* | Judge: Honorable Charles R. Breyer |
| *Jane Doe LS 694 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02830-CRB* | Date: September 11, 2026 Time: 10:00 a.m. Courtroom: 6 – 17th Floor |
| *Jane Doe LS 695 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02833-CRB* | |
| *Jane Doe LS 700 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03102-CRB* | |
| *Jane Doe LS 701 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03123-CRB* | |
| *Jane Doe LS 704 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03310-CRB* | |
| *Jane Doe LS 705 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03316-CRB* | |

*Jane Doe LS 707 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03816-CRB*

*Jane Doe LS 708 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03824-CRB*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## I.    INTRODUCTION

Uber wrongly presents this issue as one of refusal by the clients to fill out a Plaintiff Fact Sheet, as if they were unwilling to comply with the Court's Orders. However, this is not the case. The clients are not unwilling; our firm has been unsuccessful in obtaining current contact information in order to reach them to comply with this Court's orders. We acknowledge and understand that under PTO 10, the court has created procedures and deadlines to produce a PFS. Our firm is, and has been, employing all of the resources available to us outside of the original contact information in an effort to obtain the necessary information.

There are many reasons why these victims of sexual assault could be unresponsive after having their case stayed for many years. These cases often involve young women who are mobile – changes in address name, phone number, etc. are all real human reasons why their initial contact information is no longer valid. Our office has made extensive efforts to reach these plaintiffs. Those efforts predate the filing of Uber's motion.

## II.    ARGUMENT

The LS Plaintiffs subject to Uber's motion fall into distinct categories. The first category are Plaintiffs who have since complied with their Amended PTO 10 obligations. Jane Doe LS 692 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 3, 2026. Declaration of Samira J. Bokaie at ¶ 3. Jane Doe LS 695 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 5, 2026. *Id.* at ¶ 4. Jane Doe LS 700 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 4, 2026. *Id.* at ¶ 5.  Jane Doe LS 701 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on July 30, 2026.  *Id.* at ¶ 6.

The second category includes Plaintiffs with whom Counsel is in communication with to bring them into compliance with Amended PTO 10. Plaintiffs' counsel recently found out that Plaintiff Jane Doe LS 704 is currently incarcerated but have since been able to get in contact with her. *Id.* at ¶ 7. We are working with her to complete and submit her Plaintiff Fact Sheet and believe it will be completed and submitted in short order. *Id.* at ¶ 8. Similarly, counsel has been in contact with Plaintiffs Jane Doe LS 693 and Jane Doe LS 708 and are working with them to

1

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

submit the required outstanding discovery. Bokaie Decl. at ¶ 9. As such we request a short extension of thirty days to bring these three Plaintiffs into compliance.

With respect to the third category of Plaintiffs, Jane Doe LS 694 and Jane Doe LS 707, we have worked diligently to reach the above-named plaintiffs. *Id.* at ¶ 10. These efforts include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information for these individuals. *Id.* at ¶ 11. Simply put, while we have made every effort to reach these Plaintiffs to complete a Plaintiff Fact Sheet, we have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders. *Id.* at ¶ 12.

Finally, Plaintiff Jane Doe LS 705 filed a Notice of Voluntary Dismissal Without Prejudice on July 29, 2026 in both her individual action and on the MDL docket. *Id.* at ¶ 13. Therefore, Uber's Motion is moot as to this Plaintiff.

### III.    CONCLUSION

For the foregoing reasons, we respectfully request this Court deny Uber's motion as to the Plaintiff referenced above who have complied with the Court's order. We further request that we be given additional time to follow up with the remaining Levin Simes named plaintiffs with missing fact sheets.

Dated:  August 5, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for LS Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Samira J. Bokaie*
Samira J. Bokaie

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10