William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31** |
| *Jane Doe LS 692 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02819-CRB* | |
| *Jane Doe LS 693 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02828-CRB* | Judge: Honorable Charles R. Breyer |
| | Date: September 11, 2026 |
| *Jane Doe LS 694 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02830-CRB* | Time: 10:00 a.m. |
| | Courtroom: 6 – 17th Floor |
| *Jane Doe LS 695 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02833-CRB* | |
| *Jane Doe LS 700 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03102-CRB* | |
| *Jane Doe LS 701 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03123-CRB* | |
| *Jane Doe LS 704 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03310-CRB* | |
| *Jane Doe LS 705 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03316-CRB* | |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone  •  415.426.3001 fax

*Jane Doe LS 707 v. Uber Technologies, Inc.,
et al. Case No. 3:26-cv-03816-CRB*

*Jane Doe LS 708 v. Uber Technologies, Inc.,
et al. Case No. 3:26-cv-03824-CRB*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB    LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3. Jane Doe LS 692 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 3, 2026.

4. Jane Doe LS 695 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 5, 2026.

5. Jane Doe LS 700 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on August 4, 2026.

6. Jane Doe LS 701 completed, verified, and submitted her Plaintiff Fact Sheet and Record Certification form on July 30, 2026.

7. Plaintiffs' counsel recently found out that Plaintiff Jane Doe LS 704 is currently incarcerated but have since been able to get in contact with her.

8. We are working with her to complete and submit her Plaintiff Fact Sheet and believe it will be completed and submitted in short order.

9. Similarly, counsel has been in contact with Plaintiffs Jane Doe LS 693 and Jane Doe LS 708 and are working with them to submit the required outstanding discovery.

10. With respect to the third category of Plaintiffs, Jane Doe LS 694 and Jane Doe LS 707, we have worked diligently to reach the above-named plaintiffs.

11. These efforts include numerous phone calls, emails, texts, written letters, and address searches. We also employed investigators to trace new contact information for these individuals

3

12. We have not received any indication that these clients are actually aware that they have failed to comply with the Court's orders.

13. Plaintiff Jane Doe LS 705 filed a Notice of Voluntary Dismissal Without Prejudice on July 29, 2026 in both her individual action and on the MDL docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorney for LS Plaintiffs*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

4