# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

_____

This Document Relates to:

*Jane Doe LS 692 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02819-CRB*

*Jane Doe LS 693 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02828-CRB*

*Jane Doe LS 694 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02830-CRB*

*Jane Doe LS 695 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-02833-CRB*

*Jane Doe LS 700 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03102-CRB*

*Jane Doe LS 701 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03123-CRB*

*Jane Doe LS 704 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03310-CRB*

*Jane Doe LS 705 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03316-CRB*

*Jane Doe LS 707 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03816-CRB*

*Jane Doe LS 708 v. Uber Technologies, Inc., et al. Case No. 3:26-cv-03824-CRB*

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Judge: Honorable Charles R. Breyer
Date: September 11, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

<b><u>[PROPOSED] ORDER</u></b>

Having considered Defendants' July 22, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

1. Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to Plaintiffs Jane Doe LS 692, Jane Doe LS 695, Jane Doe LS 700, and Jane Doe LS 701.

2. Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is moot with respect to Jane Doe LS 705.

3. Plaintiffs Jane Doe LS 693, Jane Doe LS 694, Jane Doe LS 704, Jane Doe LS 707, and Jane Doe LS 708 have thirty days from the date of entry of this Order to submit their completed, verified Plaintiff Fact Sheets.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

CASE NO. 3:23-MD-03084-CRB   [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax