[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 6949]** |
| *Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al. N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694 | Judge:         Hon. Charles R. Breyer Courtroom:   6 – 15th Floor |
| | Judge:         Hon. Lisa J. Cisneros Courtroom:   G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001, | No. 1:26-cv-01694-CRB |
| Plaintiff, | Judge:         Hon. Charles R. Breyer Courtroom:   501 |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Having considered Defendants' July 30, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Ex. 1 to PTO-8 Letter | Confidential information in Plaintiff Jane Doe QLF 001's First Amended Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC Regarding Regional Discovery |
| Ex. 2 to PTO-8 Letter | Excerpts of the July 22, 2026 Deposition of Plaintiff QLF 001 |
| Ex. 3 to PTO-8 Letter | Criminal Investigation Files – Document Bates-Stamped Tarrant_County_000190 |

**IT IS SO ORDERED.**


Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

1