**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.,*<br>N.D. Cal No. 3:24-cv-08783<br>W.D.T.X. No. 1:26-cv-01694 | Case No. 23-md-03084-CRB<br><br>**DECLARATION OF ISABEL VELEZ IN SUPPORT OF PLAINTIFF JANE DOE QLF 001'S STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [ECF NO. 6957]** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>      Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  501 |

I, Isabel Velez, declare:

1.      I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff Jane Doe QLF 001's Statement in Support of Defendants' Administrative Motion to Seal ("Plaintiff's Statement"), ECF No. 6957.

2.      I have reviewed Parties' PTO-8 Letter ("Letter Brief") that was filed at ECF 6959.

3.      I have reviewed the Declaration of Michael Vives in Support of the Letter Brief that was filed at ECF 6959-1.

4.      I have reviewed Exhibit 1 of the Letter Brief that was filed at ECF 6959-2.

5.      I have reviewed Exhibit 2 of the Letter Brief that was filed at ECF 6959-3

6.      I have reviewed Exhibit 3 of the Letter Brief that was filed at ECF 6959-4.

7.      I have reviewed Exhibit 4 of the Letter Brief that was filed at ECF 6959-5.

8.      I have reviewed Exhibit 5 of the Letter Brief that was filed at ECF 6959-6.

9.      I have reviewed Exhibit 6 of the Letter Brief that was filed at ECF 6959-7.

10.      Exhibit 1 contains details of Plaintiff's private life and Plaintiff's medical information.

11.      Exhibit 2 contains the name of Plaintiff and details of Plaintiff's private life.

12.      Exhibit 3 contains PII and details of Plaintiff's private life.

13.      Exhibit 4 contains Plaintiff's private communications and details of Plaintiff's private life.

14.      Exhibit 5 contains Plaintiff's private communications and details of Plaintiff's private life.

15.      Exhibit 6 contains details of Plaintiff's private life and Plaintiff's medical information.

16.      The significant privacy concerns of Plaintiff outweigh any minimal public interest in disclosure of their identities or highly sensitive information. The public's interest in the case may be satisfied without revealing this information.

17.      The highly sensitive medical information of Plaintiff and the personal information regarding Plaintiff's private life typify the type of information that may be used by a third party to gratify private

DECLARATION OF ISABEL VELEZ IN SUPPORT OF PLAINITFF JANE DOE QLF 001'S
STATEMENT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 23-md-03084-CRB

spite, promote scandal, or circulate libel.

18.     The disclosure of personally identifiable and highly sensitive private information would harm Plaintiff's legitimate privacy interests. Plaintiff's request is narrowly tailored to sealing only PII and sensitive personal information. There is no less restrictive alternative to sealing that would protect the legitimate privacy interests of Plaintiff, as describing the information would reveal its contents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2026 in San Francisco, California.


*/s/ Isabel Velez*
Isabel Velez

3