[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.
PASSENGER SEXUAL ASSAULT
LITIGATION

_____

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies. Inc.*,
et al.

N.D. Cal. No. 3:24-cv-08783

W.D. Tex. No. 1:26-cv-01694

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE FILED UNDER SEAL [ECF 6957]**

Judge:        Hon. Charles R. Breyer
Courtroom:  6 – 15th Floor

Judge:        Hon. Lisa J. Cisneros
Courtroom:  G – 15th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 0001,

     Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

     Defendants.

No. 1:26-cv-01694-CRB

Judge:        Hon. Charles R. Breyer
Courtroom:  501

Having considered Defendants' July 30, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Ex. 1 to PTO-8 Letter | June-July 2026 email chain between counsel including Plaintiff's confidential information |
| Ex. 2 to PTO-8 Letter | Excerpts from Plaintiff's July 22, 2026 Deposition |
| Ex. 3 to PTO-8 Letter | Document Bates-Stamped DOE QLF001136 |
| Ex. 4 to PTO-8 Letter | Document Bates-Stamped DOE QLF007490 |
| Ex. 5 to PTO-8 Letter | Document Bates-Stamped DOE QLF003493 |
| Ex. 6 to PTO-8 Letter | Plaintiff Jane Doe QLF001's Response to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC Request for Production of Documents, Set One |

**IT IS SO ORDERED.**

Dated: _____

                                      _____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADM. MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL
Case No. 23-md-03084-CRB