[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 6969]**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6 – 15th Floor<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>     Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  501 |

Having considered Defendants' August 3, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
| --- | --- |
| Ex. 1 to PTO-8 Letter | Document Bates-Stamped DOE QLF 002375 |
| Ex. 2 to PTO-8 Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff Jane Doe QLF 001 |
| Ex. 3 to PTO-8 Letter | Document Bates-Stamped DOE QLF 002207 |
| Ex. 4 to PTO-8 Letter | Document Bates-Stamped DOE QLF 002298 |
| Ex. 5 to PTO-8 Letter | Document Bates-Stamped DOE QLF 007120 |
| Ex. 6 to PTO-8 Letter | Document Bates-Stamped DOE QLF 007121 |
| Ex. 10 to PTO-8 Letter | Plaintiff's confidential information in emails between counsel concerning social media discovery |

**IT IS SO ORDERED.**


Dated: _____

_____
HON. CHARLES R. BREYER
United States District Judge

1