ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL** |
| This Document Relates to: | |
| *Jane Doe LS 705 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03316-CRB | Date:          September 11, 2026 |
| | Time:          10:00 a.m. |
| *Jane Doe PNA (D.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05063-CRB | Courtroom:   6 – 17th Floor |
| *Jane Doe PNA (K.H.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05077-CRB | |
| *Jane Doe PNA (S.Y.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05675-CRB | |

## **DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1.      I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Rasier LLC's, and Rasier-CA, LLC's (collectively, "Defendants") motion to strike the untimely and improper Notices of Voluntary Dismissal filed by certain Plaintiffs.

2.      I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL. I am a member in good standing of the Bars of the State of Iowa, the State of Missouri, and the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3.      Each of the Plaintiffs at issue in Defendants' motion has a history of disobeying this Court's orders that could result in dismissal with prejudice of their claims. Jane Doe LS 705 failed to timely submit a Plaintiff Fact Sheet on May 20, 2026, and is subject to Defendants' pending motion to dismiss for violating PTO 10, which was filed on July 22, 2026. ECF 6856. Jane Doe PNA (D.M.) and Jane Doe PNA (K.H.) both failed to submit substantially complete Plaintiff Fact Sheets. Jane Doe PNA (D.M.)'s submission was missing both the required authorization to disclose psychiatric, psychotherapy, and mental health information, and the required authorization to disclose law enforcement records. Jane Doe PNA (K.H.)'s submission was missing the required authorization to disclose psychiatric, psychotherapy, and mental health information. Both of these Plaintiffs received deficiency notices from Defendants and had a deadline to cure on the very same day they filed their notices of voluntary dismissal, July 30, 2026. Jane Doe PNA (S.Y.) also submitted an incomplete Plaintiff Fact Sheet missing the mental health records authorization and received a notice of deficiency with a deadline of August 13, 2026, to cure.

4.      Pursuant to Amended PTO 10, all four of these Plaintiffs would be subject to involuntary dismissal for failing to timely comply with the requirement that they submit a substantially complete PFS. ECF 4287 at 8. Such a dismissal would be subject to conversion to a dismissal with prejudice if Plaintiffs continued to fail to cure their non-compliance for another thirty days. *Id.* at 9. To date, Plaintiffs have made no attempt to cure their PFS deficiencies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, in Kansas City, Missouri.

*/s/ Christopher V. Cotton*
Christopher V. Cotton

2