# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STRIKE UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL** |
| This Document Relates to: | |
| *Jane Doe LS 705 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03316-CRB | |
| *Jane Doe PNA (D.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05063-CRB | |
| *Jane Doe PNA (K.H.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05077-CRB | |
| *Jane Doe PNA (S.Y.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05675-CRB | |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Strike Untimely and Improper Notices of Voluntary Dismissal (the "Motion"), the Court finds that the Notices of Dismissal filed by the Plaintiffs subject to Defendants' Motion are untimely Federal Rule of Civil Procedure 41(a)(1)(A)(i) in that Defendants have already filed Answer to the operative Master Long Form Complaint. The Notices of Dismissal are also improper to the extent Plaintiffs are attempting to avoid an adverse ruling for their violations of this Court's orders.

The Court therefore hereby ORDERS that the Notices of Dismissal filed by the above-captioned Plaintiffs (ECF 6915; ECF 6931; ECF 6956; ECF 6958) are STRICKEN and leave to dismiss without prejudice is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2026            _____
                                                HON. CHARLES R. BREYER
                                                United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO STRIKE
UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL
                                                Case No. 3:23-md-03084-CRB