William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs Jane Doe LS 720*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 720 v. Uber Technologies, Inc., et al.,* Case No. 3:26-cv-05281-CRB | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE LS 720**<br><br>Judge: Hon. Charles R. Breyer<br>Date: September 11, 2026<br>Time: 10:00 AM |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that as soon hereafter as the matter may be heard, Levin Simes LLP ("Levin Simes"), counsel of record for Plaintiffs ("Plaintiffs"), move this Court for an order permitting its withdrawal as counsel for Plaintiffs. This Motion is made pursuant to Local Rule 11-5(a) and C. This Motion is based upon this Notice, the below Memorandum in Support and the accompanying Declaration of Samira J. Bokaie ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as Exhibit B.

DATED: August 10, 2026                        Respectfully Submitted,

                                              **LEVIN SIMES LLP**

                                              *Samira J. Bokaie*
                                              _____
                                              William A. Levin
                                              Laurel L. Simes
                                              Samira J. Bokaie
                                              *Attorneys for Plaintiff Jane Doe LS 720*

1

## I.    <u>INTRODUCTION</u>

Professional considerations require that counsel withdraw from further representation of Plaintiff Jane Doe LS 720. Continuing representation would be inconsistent with counsel's obligations under the California Rules of Professional Conduct.

This motion is made pursuant to Civil Local Rule 11-5(a), which provides that counsel may not withdraw until relieved by order of the Court after written notice to the client and other parties who have appeared.

## II.    <u>APPLICABLE RULE</u>

Local Rule 11-5(a) provides that counsel may not withdraw from an action until relieved by order of court after written notice is given to the client and to all other parties who have appeared. If withdrawal is not accompanied by substitution of counsel or the client's agreement to appear pro se, the Court may condition relief on warning the client that failure to act may lead to dismissal or default. (Civ. L.R. 11-5(b).)

## III.    <u>GROUNDS FOR WITHDRAWAL</u>

Counsel and client have experienced an irreconcilable breakdown in communication and cooperation that makes continued representation unreasonably difficult, and there has been a breakdown of the attorney client relationship. Declaration of Samira J. Bokaie at ¶ 3. Accordingly, withdrawal is appropriate under California Rule of Professional Conduct 1.16(b) and Civil Local Rule 11-5(a). Counsel has already taken steps to preserve the client's interests, including providing notice to the client of the need to obtain substitute counsel or appear pro se, and notifying opposing counsel.

## IV.    <u>CONCLUSION</u>

For all of the foregoing reasons, counsel respectfully requests that the Court grant leave to withdraw as counsel of record for Plaintiff Jane Doe LS 720, condition such withdrawal (if needed), and relieve counsel from further responsibility in this case except for such forwarding of notices as ordered.

//

//

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB          NOTICE OF MOTION AND MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF JANE DOE LS 720

DATED:  August 10, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

*Samira J. Bokaie*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 720*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

CASE NO. 3:23-MD-03084-CRB

NOTICE OF MOTION AND MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF JANE DOE LS 720

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *Samira J. Bokaie*
     Samira J. Bokaie

4

NOTICE OF MOTION AND MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF JANE DOE LS 720