William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs Jane Doe LS 720*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 720 v. Uber Technologies, Inc., et al.,* Case No. 3:26-cv-05281-CRB | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SAMIRA J. BOKAIE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE LS 720**<br><br>Judge: Hon. Charles R. Breyer Date: September 11, 2026<br>Time: 10:00 AM |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1.      I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2.      This declaration is made in support of Levin Simes' Motion to Withdraw As Counsel with respect to Plaintiff Jane Doe LS 720.

3.      Counsel and client have experienced an irreconcilable breakdown in communication and cooperation that makes continued representation unreasonably difficult, and there has been a breakdown of the attorney client relationship.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2026, in San Francisco, California.

DATED:  August 10, 2026                Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 720*