William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiffs Jane Doe LS 720*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 720 v. Uber Technologies, Inc., et al.,* Case No. 3:26-cv-05281-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE LS 720**<br><br>Judge: Hon. Charles R. Breyer<br>Date: September 11, 2026<br>Time: 10:00 AM |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Levin Simes' August 10, 2026 Motion to Withdraw as Counsel for Plaintiff Jane Doe LS 720, the Court therefore hereby ORDERS as follows:

1.  Levin Simes' Motion to Withdraw as Counsel for Plaintiff Jane Doe LS 720 is GRANTED.

2.  Pursuant to Local Rule 11-5(b) Levin Simes is ordered to serve all notices, papers, or pleadings on Plaintiffs by regular mail until such time as these Plaintiffs appear pro se or counsel appear on her behalf.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CHARLES R. BREYER
United States District Court Judge

2

CASE NO. 3:23-MD-03084-CRB                    [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
                                              AS COUNSEL FOR PLAINTIFF JANE DOE LS 720