Sommer Luther (*pro hac vice*)
sluther@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln St.
Denver, CO 80203
Telephone: 303-376-6360
Facsimile: 888-875-2889

*Attorney for Plaintiff B.L.*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC) |
| | **STATUS REPORT RE: ECF NO. 6498 AND 6694** |
| This Document Relates to: | |
| *B.L. v. Uber Technologies, Inc. et al.*, No. 24-cv-7940 | Hon. Lisa J. Cisneros Courtroom: G – 15th Floor |

In response to the Court's order for a Status Report regarding the parties' discussions of *B.L. v. Uber Technologies, Inc. et al.*, ECF No. 6498 and 6694, the parties hereby advise the Court as follows:

Plaintiff B.L.'s counsel and Uber are in potential resolution discussions. There are no substantive updates particular to B.L. right now.

The parties will continue to keep the Court apprised.

Dated:  August 10, 2026.

Approved By:

*/s/ Sommer D. Luther*
Sommer D. Luther, Esq.
Wagstaff Law Firm

*Attorney for Plaintiff B.L.*

Dated: August 10, 2026

*/s/ Michael Vives*
Michael Vives, Esq.
Kirkland & Ellis, LLP

*Attorney for Uber Defendants*

**Filer's Attestation**

I, Sommer D. Luther, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


Dated: August 10, 2026                                    */s/ Sommer D. Luther*
                                                          Sommer D. Luther

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically transmitted a true and correct copy of the foregoing document to the Clerk's Office using the CM/ECF system for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Sommer D. Luther*
Sommer D. Luther