**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, No. 1:26-cv-01694-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF ISABEL VELEZ IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>                Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                Defendants. | Case No.: 26-CV-01694-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   501 |

- 1 -

I, Isabel Velez, declare:

1.     I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.     I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal regarding Joint Letter Regarding Defendants' Third Party Document Subpoenas for QLF 001. As set forth in the accompanying motion, the information at issue is highly personal and sensitive, which meets the "good cause" and "compelling reasons" standards for sealing. *See In re Uber Technologies, Inc., Passenger Sexual Assault Litigation,* 2024 WL 4211179, at *1 (N.D. Cal. Sep. 3, 2024) (noting that "[d]ocuments filed with discovery motions that are no more than tangentially related to the merits of a case may be maintained under seal on a showing of good cause, as distinct from the more stringent standard of compelling reasons to seal documents filed in contexts more closely tied to the merits") (internal quotation marks and citations omitted).

3.     Here, the information meets the heightened requirements for protection because it includes personal identifying information of Plaintiff, Plaintiff's friends, and treatment providers.

4.     Accordingly, Plaintiff moves to seal the below:

| Document | Description | Designating Party |
|---|---|---|
| Letter brief | Portions referencing Plaintiff's medical information, private information, and name of Plaintiff's treater. | Plaintiff |
| Exhibit A | Portions of Uber's third party subpoenas containing names of Plaintiff, Plaintiff's friends, treaters, and others. | Plaintiff |
| Exhibit B | Portions of Correspondence and objections sent by Plaintiff's counsel regarding Uber's subpoenas containing the names of Plaintiff, Plaintiff's friends, treaters, and others. | Plaintiff |
| Exhibit C | Portions of Plaintiff Jane Doe QLF 001's First Supplemental Response to Defendants Uber Technologies, Inc., Rasier, LLC and | Plaintiff |

ISABEL VELEZ DECL ISO ADMIN MOT. TO SEAL
N.D. CAL. 3:23-MD-03084; W.D. TEX. 26-CV-1694

| Document | Description | Designating Party |
|---|---|---|
|  | Raiser-CA, LLC Interrogatories, Set One containing Plaintiff's personal and medical information. |  |
| Exhibit E | Portions of text messages with Plaintiff's treater that contain the name of the treater | Plaintiff |
| Exhibit F | Portions of Notice of Subpoenas that contain identifying information of third parties | Plaintiff |
| Exhibit G | Excerpt of Plaintiff's 7/22/2026 deposition containing Plaintiff's name, third parties names, and private personal and medical information | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2026, in San Francisco, California.


*/s/ Isabel Velez*
Isabel Velez