**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, No. 1:26-cv-01694-CRB | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RE: JOINT LETTER REGARDING DEFENDANTS' THIRD PARTY DOCUMENT SUBPOENA FOR QLF 001**<br><br>Judge:       Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>          Defendants. | Case No.: 26-CV-01694-CRB<br><br>Judge:       Hon. Charles R. Breyer<br>Courtroom:   501 |

[PROPOSED] ORDER
N.D. CAL. 3:23-MD-03084; W.D. TEX. 26-CV-1694

## **[PROPOSED] ORDER**

Having considered the Administrative Motion to File Under Seal the Joint Letter Regarding Defendants' Third Party Document Subpoenas for QLF 001, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the document listed below:

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The Court hereby ORDERS that the following material remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Letter brief | Portions referencing Plaintiff's medical information, private information, and name of Plaintiff's treater. | Plaintiff |
| Exhibit A | Portions of Uber's third party subpoenas containing names of Plaintiff, Plaintiff's friends, treaters, and others. | Plaintiff |
| Exhibit B | Portions of Correspondence and objections sent by Plaintiff's counsel regarding Uber's subpoenas containing the names of Plaintiff, Plaintiff's friends, treaters, and others. | Plaintiff |
| Exhibit C | Portions of Plaintiff Jane Doe QLF 001's First Supplemental Response to Defendants Uber Technologies, Inc., Rasier, LLC and Raiser-CA, LLC Interrogatories, Set One containing Plaintiff's personal and medical information. | Plaintiff |
| Exhibit E | Portions of text messages with Plaintiff's treater that contain the name of the treater | Plaintiff |
| Exhibit F | Portions of Notice of Subpoenas that contain identifying information of third parties | Plaintiff |
| Exhibit G | Excerpt of Plaintiff's 7/22/2026 deposition containing Plaintiff's name, third parties names, and private personal and medical information | Plaintiff |

**IT IS SO ORDERED.**

- 2 -

DATED: _____

_____

Hon. Lisa J. Cisneros
United States Magistrate Judge