[Submitting Counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| *Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al. <br> N.D. Cal. No. 3:24-cv-08783 <br> W.D. Tex. No. 1:26-cv-01694 | Judge:     Hon. Charles R. Breyer <br> Courtroom:  6 – 15th Floor <br><br> Judge:     Hon. Lisa J. Cisneros <br> Courtroom:  G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001, <br><br>       Plaintiff, <br><br>   v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br>       Defendants. | No. 1:26-cv-01694-CRB <br><br> Judge:     Hon. Charles R. Breyer <br> Courtroom:  501 |

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

I certify that on August 11, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

- UNREDACTED Joint Letter regarding Defendants' Third Party Document Subpoena for QLF 001
- Exhibit A
- Exhibit B
- Exhibit C
- Exhibit E
- Exhibit F
- Exhibit G

were served pursuant to Cal. Civil L.R. 5(a) and Tex. Rule CV-5.2. (e) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Kimberly Gustafson Bueno
kim.bueno@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Beth Larsen
beth.larsen@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Libby Marden
libby.marden@kirkland.com
Michael Vives
michael.vives@kirkland.com
Laura Vartain Horn
laura.vartain@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB

jschneller@omm.com
Joshua Revesz
jrevesz@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2026.

By: */s Andrew R. Kaufman*
Andrew R. Kaufman

CERTIFICATE OF SERVICE
CASE NO. 23-MD-03084-CRB