TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
ASHLEY M. WASHINGTON (SBN 275112)
awashington@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff Clarkson Y.E.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | **MDL No. 3084 CRB** <br><br> **NOTICE OF FILING NEW ACTION** |
| This Document Relates to: <br><br> *Clarkson Y.E. v. Uber Technologies, Inc., et al.* <br><br> Case No. 3:26-cv-08375 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 12, 2026.

DATED: August 12, 2026

Respectfully submitted,

s/ *Tracey B. Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm, P.C.
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)

NOTICE OF FILING NEW ACTION

rclarkson@clarksonlawfirm.com
ASHLEY M. WASHINGTON (SBN 275112)
awashington@clarksonlawfirm.com
Clarkson Law Firm, P.C.
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff Clarkson Y.E.*

NOTICE OF FILING NEW ACTION