*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**JOINT STIPULATION REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS**<br><br>Judge:     Hon. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge:     Hon. Charles R. Breyer<br><br>Courtroom:   501 |

STIPULATION REGARDING PLAINTIFF JANE DOE QLF 001'S PRODUCTION OF SOCIAL MEDIA MATERIALS

Case No. 3.23-md-03084-CRB (LJC)

The Parties respectfully submit this joint stipulation to resolve disputed issues related to Plaintiff Jane Doe QLF 001's production of social media materials.

Respectfully submitted,

DATED: August 12, 2026

By: /s/ Roopal Luhana
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/* Michael Vives
MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX  78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

1

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding Plaintiff Jane Doe QLF 001's production of social media materials.

WHEREAS, Plaintiff produced social media materials on July 10, 2026;

WHEREAS, after receiving that production Uber raised certain deficiencies with the production;

WHEREAS, the parties met and conferred and exchanged correspondence on these issues and ultimately filed a letter brief with the Court with the Court on August 3, 2026;

WHEREAS, Plaintiff made a production containing 653 pages of social media material on August 7, 2026 purporting to correct deficiencies from her prior productions;

WHEREAS, it appears that Plaintiff's August 7, 2026 production may have resolved several of Uber's deficiencies;

WHEREAS, certain issues remain with Plaintiff's production, namely she has provided any information to link the July 10, 2026 production with the August 7, 2026 production, and the majority of messages do not identify participants by name but by a Facebook User number instead;

WHEREAS, the parties have continued to confer on these issues in an attempt to resolve their disputes;

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.  Plaintiff will provide a cross reference document matching each document from her August 7, 2026 production to any document(s) from her prior production that it purports to correct or supplement by August 20, 2026.

2.  By August 18, 2026, Plaintiff shall provide a verified, sworn declaration by an expert that explains:

    a.  the process by which data was downloaded from Facebook,

2

b.  the categories of metadata that are provided with the documents Plaintiff downloaded from Facebook, and

c.  the steps taken to attempt to discover participants' names for those messages that contain a Facebook User number.

3.  The parties agree that Uber has reserved its right to seek further relief related to Plaintiff's social media productions and any deficiencies therein, provided the parties engage in a meet-and-confer to discuss any identified deficiencies prior to seeking relief.

DATED: August 12, 2026

By: */s/* Sarah R. London
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/* Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/* Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: */s/* Michael Vives

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700

3

San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice)*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

4

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: August 12, 2026                    /s/ Layne C. Hilton

Case No. 3.23-md-03084-CRB (LJC)