**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT REPORT DEADLINE** |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

I, Roopal P. Luhana, declare:

1.      I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court pro hac vice, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Administrative Motion.

2.      The Court's July 13, 2026 Scheduling Order for Jane Doe QLF 0001 sets substantial completion of fact discovery for August 21, 2026, expert reports for August 24, 2026, the close of expert discovery for September 2, 2026, and trial for October 5, 2026.

3.      Plaintiff seeks limited modifications to permit identified and reasonably rescheduled fact depositions after August 21, extend expert reports to August 31, extend expert discovery only as necessary to complete expert depositions after September 2, and permit limited expert supplementation based on later deposition testimony through October 2. Plaintiff does not seek to move the October 5 trial date or other pretrial deadlines.

4.      Several corporate witness depositions are scheduled, or have been offered, after the current August 24 expert-report deadline. The continued deposition of Cory Freivogel was offered for August 28 or September 2, 3, or 4. Greg Brown's deposition is scheduled for August 25 and 26. The depositions of Sachin Kansal, Todd Gaddis, and Emilie Boman are scheduled for September 9, September 17, and September 28, respectively. Matt Mermel's deposition is scheduled for August 27.

5.      Additional fact discovery also remains unresolved. Plaintiff served a June 19, 2026 deposition notice concerning trip matching, and a PTO 8 letter regarding Uber's refusal to produce a witness is pending before Judge Cisneros. Plaintiff requested deposition dates for Sarfraz Maredia on July 27 and served a deposition notice on August 3 for a September 21 deposition.

6.      Uber did not offer any dates before September 11, 2026 for one of its case-specific Rule 30(b)(6) witnesses.

DECLARATION OF ROOPAL P. LUHANA ISO PLAINTIFF'S ADMINISTRATIVE MOTION

7. Victor Le, the Subject Driver, is incarcerated, and the earliest date on which the correctional facility can accommodate his deposition is September 1, 2026. The depositions of the National Alliance to End Sexual Violence, the National Network to End Domestic Violence, and Indira Henard remain subject to disputes concerning, among other things, deposition duration and document production, as well as third-party availability.

8. Plaintiff's psychology expert is not available to examine Plaintiff until August 23, 2026. Uber previously requested, and Plaintiff agreed, that the deadline for Defendants' psychology expert report be extended to August 28.

9. Plaintiff sought Defendants' agreement to the limited modifications as described in Plaintiff's motion, but Defendants did not agree.

10. The requested modifications do not alter the October 5, 2026 trial date or the other pretrial deadlines in the Scheduling Order. This is the first modification of the Scheduling Order for Jane Doe QLF 0001.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2026 in Los Angeles, California.

*/s/ Roopal P. Luhana*
Roopal P. Luhana

DECLARATION OF ROOPAL P. LUHANA ISO PLAINTIFF'S ADMINISTRATIVE MOTION