UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB-LJC |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION RELATING TO EXPERT DEADLINES** |
| This Document Relates to: | Hon. Charles R. Breyer |
| *Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001, | No. 1:26-cv-01694-CRB |
| Plaintiff, | Judge:      Hon. Charles R. Breyer |
| v. | Courtroom:  501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Having reviewed Plaintiff's Motion, the Court hereby **ORDERS** as follows:

1.  The deadline for service of expert reports is extended from August 24, 2026 to August 31, 2026.

2.  The September 2, 2026 deadline for the close of expert discovery is extended only as necessary to permit the parties to complete expert depositions after that date.

3. Experts may supplement their opinions, no later than October 2, 2026, to address new testimony obtained in any deposition conducted, by agreement or Court order, after August 29, 2026.

4. All other deadlines in the July 13, 2026 Scheduling Order, including the October 5, 2026 trial date, remain unchanged.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court Judge