# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

Jaylynn Dean, an individual, )
                             )
             Plaintiff,      )  2:25-cv-04276-CRB
v.                           )
                             )  Phoenix, Arizona
UBER TECHNOLOGIES, INC., a,  )  February 2, 2026
Delaware Corporation; RASIER,)  8:53 a.m.
LLC, a Delaware Limited      )
Liability Company; and DOES  )
1 through 50, inclusive,     )
                             )
             Defendants.     )
_____)


**BEFORE:   THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**<u>JURY TRIAL - DAY 15 AM SESSION</u>**
**(Pages 3208-3360)**


Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251


Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

UNITED STATES DISTRICT COURT

something that is so -- that is so pejorative and so shameful.

I did see some portion of it and, yes, I thought it was a pretty -- it's pretty graphic and pretty demeaning of women.  Again, not intentionally.  It just happened to be where the police officer was standing and conducting the interview.

If there is something parallel -- I think the way to proceed is play the other one.  I will allow you if there's any -- anything that is all -- at all different, I will allow you to go back and I will explain to the jury, to the extent that it would be useful and that Uber wants me to, why we're doing it this particular way.

MS. VARTAIN:  Your Honor, here's one more wrinkle: I've been handed a transcript of it, but we have, of course, as with the other video to make it more -- so that the jury can actually understand what words are being said, as Your Honor knows, the transcript scrolls with the video.

We have never --

MS. CHANG:  We -- we have a version.

MS. VARTAIN:  Okay.  Well, that would be helpful because we did not stream it so I'll need that version.

THE COURT:  Okay, fine.

MS. CHANG:  We will give that to her.

THE COURT:  And I appreciate it; and, yes, Ms. Vartain, you probably are the most sensitive person in

this courtroom --

MS. VARTAIN:  Thank you, your Honor.

THE COURT:  -- about those issues.  I understand that.  I don't think Uber has engaged in the slightest bit of shaming or dealing with this case with any insensitivity.  I want nothing -- that we're trying to work this out is not a reflection whatsoever of Uber's approach to the litigation.

I've said a lot about Uber's approach to the litigation, but in this area I want it clear that Uber has not engaged in anything that would be viewed as shaming a victim.  So that's clear -- I mean, that's clear on the record.  Anybody in here has seen it, but I want it in the record.

So why don't we -- let's proceed that way.  I do want to look at the offer of proof because I think that there are a fair amount that can come in.  I don't want to cut you off.

First of all, you have all the time and, secondly, it's important.  It's not unimportant, and I think to the extent that you want to present evidence on the subject you should be permitted to do so, consistent with everything else that's happened in the history of this case, which has to be taken into consideration in viewing the correctness of any of the rulings.

THE COURT:  Okay.  So do you need some time or can we -- can we bring in the jury?

### *REPORTER'S CERTIFICATION*

I, TERI VERES, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 2nd of February, 2026.

_____s/Teri Veres_____
TERI VERES, RMR, CRR

UNITED STATES DISTRICT COURT