# EXHIBIT 2

**From:** Rachel Lambert
**To:** Bueno, Kim
**Subject:** Uber
**Date:** Tuesday, August 4, 2026 10:03:58 AM

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

I am writing as a sexual assault victim and survivor, as well as, simply, a woman. You can contort your choices and motives into neutral, legal imperatives, but you and every woman knows you've accepted money in exchange for harming other women. And it's so obvious that your firm is assigning female lawyers to these assault cases as a strategy to win.

You don't have to keep doing this. You don't have to keep doing this kind of work for these people. You can make the money you so clearly worship somewhere else doing things that are not harmful.

And I hope you do.

Rachel

**From:** Susan Slager
**To:** Bueno, Kim
**Subject:** Uber
**Date:** Tuesday, August 4, 2026 12:25:33 PM

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

I just read with utter disbelief and disgust how you and your firm re-traumatize sexual assault survivors for money. I've been a civil defense attorney for 33 years. Your tactics are reprehensible and completely unnecessary in order to provide a vigorous ethical defense for a client. I have never nor would I ever humiliate, demean and abuse a plaintiff who has been sexually assaulted. You are a disgrace to the legal field and as a human being.
Sent from my iPhone

| | |
|---|---|
| **From:** | Justin Poppiti |
| **To:** | Bueno, Kim |
| **Subject:** | shame on you |
| **Date:** | Tuesday, August 4, 2026 3:35:30 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

'Ms. Bueno challenged Ms. Dean's claims that she had been too intoxicated to consent to sex, arguing that Ms. Dean appeared "lucid" in video footage shortly after the ride. In graphic detail, she went through Ms. Dean's history of sexual assault and other traumas. Ms. Dean's lawyers urged jurors to focus on other testimony from the driver, who said during his deposition that Ms. Dean had told him that she was "very drunk" when she entered his car. In his deposition, the driver said that he "had a responsibility to make sure that she is in a right frame of mind to give consent, and I didn't do that." So, he admitted she told him she was very drunk, yet you claimed she was "lucid" as if you're subjective assessment of a video means nothing. Do better.

| | |
|---|---|
| **From:** | Anonymousemail |
| **To:** | Bueno, Kim |
| **Subject:** | Was it consensual for you to defend Uber? |
| **Date:** | Tuesday, August 4, 2026 5:16:57 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Powered by **Anonymousemail**

Or were you too much of a loser to do anything else for your life?