# EXHIBIT 4

5:23

**r/LateStageCapitalism**
u/lightiggy · 1d · archive.is

**Join**

"Were you wearing heels or boots or flats?" In recent court filings, lawyers for Uber have argued that a woman who was raped by an Uber driver "conducted herself in a negligent and careless manner" that "contributed to causing her own injuries."



💖 "Ethical Capitalism"

⬆ 597 ⬇    💬 16

↻    ➦

**AutoModerator** ◈ App  🛡 MOD · 1d · 1 point   🔒 📌

**pugswillrise** · 1d



···   ↩ Reply    ⬆ 205 ⬇