# EXHIBIT 5



**Jarjar Binks** @coolcat198 · 13h

Replying to @GBBranstetter

Yikes!!! It's this bitch, Taylor silverberg. Terrible dye job in her other photo by the way

Fucking cunt



Now, during her deposition, Uber's lawyer Taylor Silverberg zeroed in on Ms. Doe's behavior on the night she was raped. Ms. Silverberg asked Ms. Doe exactly how much Tito's vodka she had drunk, how many milligrams of Adderall she had taken and whether she had "felt regret" about mixing the two. And she asked Ms. Silverberg said. "Were you wearing heels or boots or flats?"

Ms. Silverberg also probed Ms. Doe's childhood, asking if she had felt abandoned by her father or degraded by her mother.

She pushed Ms. Doe for details about consensual sex and asked whether she had previously been sexually abused or had sex in exchange for money. That is when her lawyer ended the deposition.

"I am not anywhere near done," Ms. Silverberg protested. "It's her lawsuit, and I have an obligation to defend my client to the best of my ability," she added.

Later, she offered an apology: "I know this is hard for you, Ms. Doe. I am sorry. I really am. But —"

Uber's Lawyer Taylor Silverberg

4    84

 **Jarjar Binks reposted**

 **Hear in LA** ✔ **@hearinladotcom** · 17h

I'll never understand why a company like @Uber who made over $10 billion in profits last year feels like it has to re-victimize a passenger who was raped by one of its drivers with this line of questioning from one of their lawyers.

gvwire.com/2026/08/04/ube...

All this will do is

**Show more**



Now, during her deposition, Uber's lawyer Taylor Silverberg zeroed in on Ms. Doe's behavior on the night she was raped. Ms. Silverberg asked Ms. Doe exactly how much Tito's vodka she had drunk, how many milligrams of Adderall she had taken and whether she had "felt regret" about mixing the two. And she asked Ms. Silverberg said. "Were you wearing heels or boots or flats?"

Ms. Silverberg also probed Ms. Doe's childhood, asking if she had felt abandoned by her father or degraded by her mother.

She pushed Ms. Doe for details about consensual sex and asked whether she had previously been sexually abused or had sex in exchange for money. That is when her lawyer ended the deposition.

"I am not anywhere near done," Ms. Silverberg protested. "It's her lawsuit, and I have an obligation to defend my client to the best of my ability," she added.

Later, she offered an apology: "I know this is hard for you, Ms. Doe. I am sorry. I really am. But ——"

Uber's Lawyer Taylor Silverberg

 4      11      50      1.8K

6:43

Q Taylor silverberg

| Top | **Latest** | People | Media | Lists |



**Miki** 🎄 @Vnimfan · 19h

Replying to @GBBranstetter

That **taylor silverberg** is a lawyer from bowman and brooke llp. They are defending her. What a disgusting tactic.

💬      🔁      ♡ 3      📊 405      🔖 ⬆️



**It's Me** @JetSetEsq · 23h

Replying to @GBBranstetter

**Taylor** Cheyenne **Silverberg**, law firm email and her info here.



bowmanandbrooke.com
Taylor Silverberg

💬      🔁 2      ♡ 9      📊 951      🔖 ⬆️

**Ellis (WILLOW FOR AEW …** @hat… · Aug 5

**Taylor Silverberg** went above and beyond to be as disgusting and hateful as possible. No amount of money should induce you to assault a victim like this in a deposition. I sincerely hope she never works another fucking day in her life

 **Gillian Branstetter** @GBBranstetter ·

An attorney for Uber blames a woman rape one of their drivers for acting "negligent,"

x.com