# EXHIBIT 6

8:55

# Activity
996 followers

+ Follow

Posts  Comments  Images

 **Alexandra Walsh** reposted this  •••

 **Anapol Weiss** ☑
3d • 🌐

+ Follow

Partner **William Smith**'s closing question to the jury during the second Uber Passenger Sexual Assault bellwether trial was simple: "What kind of evidence does Uber need to actually believe a woman?"

Quoted as part of a recent **The New York Times** investigation examining how Uber defends itself against the more than 4,000 lawsuits filed by passengers alleging sexual assault by their drivers, William's question points to Uber's ongoing legal strategy. The company works to discredit survivors by surfacing their past trauma, medical and therapy records, and even what they were wearing the night of their assault. Despite this all, Uber continues to say it cares about survivors. Anapol Weiss attorneys **Alexandra Walsh** and William Smith have, and will continue to, serve as lead trial counsel in the bellwether trials in this litigation, pushing back on these tactics head-on and fighting to ensure survivors' stories are heard on their own terms, not rewritten by the company they're suing.

Our firm is proud to have represented Brianna Mensing, a survivor who was assaulted by an Uber driver in March 2019. Anapol Weiss continues to stand with survivors and work towards holding Uber accountable.

Read the full investigation here:

**https://lnkd.in/gErNCAvd**
**#SurvivorsRights #UberLawsuits #SexualAssaultSurvivors**



ANAPOLWEISS

Home  Video  My Network  Notifications  Jobs

8:56



# All activity

Posts | Comments | Videos | Images | Docume

 **Alexandra Walsh** ✓ · 2nd       **+ Follow**   •••
Shareholder, Anapol Weiss
4d · 🌐

Exactly

---

 **Keith King** ✓ · 3rd+        **+ Follow**
Former White House Lead Communications E…
5d · 🌐

Uber's Courtroom Strategy Raises Questions About Survivor Centered Justice

Uber faces thousands of civil lawsuits from passengers who say the company failed to protect them from sexual violence during rides. Investigative reporting describes a legal strategy that subjects plaintiffs to extensive questioning about their personal histories, trauma, medical records, relationships, and behavior before and after alleged assaults.

The company says it must defend itself and assess the validity and severity of claims, including the causes of claimed emotional injuries. Critics argue that the scope and tone of some legal questioning can shift attention from alleged safety failures to the credibility and private lives of survivors, potentially causing further harm.

This tension is especially significant because Uber has publicly presented its approach to sexual violence as survivor centered and trauma informed. The contrast between corporate commitments and litigation tactics illustrates how legal risk, financial pressure, and public responsibility can pull a large platform company in different directions.

The implications extend beyond one company. Businesses that operate at massive scale must ensure that their legal defenses, safety systems, and public commitments align. Courts, regulators, and corporate leaders face a broader challenge: protecting due process while ensuring that people seeking accountability are treated with dignity and are not deterred from reporting harm.

By Cristina Di Silvio — Geopolitical Analyst focused on

---

Home | Video | My Network | Notifications | Jobs



**Alexandra Walsh** ⊘ · 2nd                          + Follow
Shareholder, Anapol Weiss
4d · Edited · 🌐

Thank you to the amazing **Abby Hopper** for sharing your story and helping to lift up this important story of Uber's litigation tactics.

Outside the courtroom, Uber has taken some steps to support survivors.  Imagine how powerful it would be if Uber stuck to those principles even when it feels hard to do....



**Abby Hopper** 🔗 · 3rd+                          + Follow
Internationally Recognized Expert on Energy,…
5d · 🌐

I choose the bear, every time. Except when I need a ride.

About a decade ago, I landed late at night in an unfamiliar city and took an uber to my hotel. When we got to my destination and I tried to exit the car, the Uber driver hit the lock button and wouldn't let me out of the car. I started screaming at the top of my lungs and he eventually unlocked the car and I ran into the hotel lobby. I asked one of the front desk people to go back out with me to get my luggage. (Yes, the car was still there.)

I was unscathed (though moderately terrified). But for hundreds of thousands of women, an Uber drive results in an awful outcome. An New York Times investigation found Uber received a report of sexual violence in the U.S. roughly every eight minutes between 2017 and 2022 — over 400,000 reports — a rate far higher than what the company had disclosed publicly. Women are being sexually assaulted and raped as they try to get from one point to another.

More than 4,000 lawsuits are now pending against Uber, consolidated into a federal multidistrict litigation posture. Uber's litigation strategy and tactics, as reported yesterday in the New York Times, is horrifying.

Uber's own lawyers, in deposition after deposition, have asked rape survivors what they were wearing, how much

Leave your thoughts here...                          @

8:57

← **All activity**

Posts | Comments | Videos | Images | Docume

 **Alexandra Walsh** ✓ • 2nd    **+ Follow**  •••
Shareholder, Anapol Weiss
5d • Edited • 🌐

In each and every trial brought by a woman sexually assaulted by an Uber driver, Uber's lawyers have sought to undermine the survivor's credibility—to disbelieve her account of her assault.

In the most recent trial, my law partner William Smith, asked the following very simple question:

"What kind of evidence does Uber need to actually believe a woman?"

For anyone who continues to support Uber, to use their services, please ask the company that same question.  We're unable to get an answer.

I want to be very clear: There's a lot Uber has now finally begun to do right to protect its most vulnerable passengers.  It would go such a long way if, on top of recent safety improvements, Uber could stop the blame game and start respecting the brave women who have come forward to share their truth and help further important efforts to protect all riders from assault.

https://lnkd.in/gK82iEda

 **Uber's Strategy for Fighting Sexual Assault Suits: 'What Were You Wearing?'**
nytimes.com

👍❤️ 83                    4 comments • 7 reposts

👍 Like        💬 Comment        🔁 Repost        ✈ Send

 **Alexandra Walsh** ✓ • 2nd    **+ Follow**  •••
Shareholder, Anapol Weiss
1mo • 🌐

🏠 Home    ▶ Video    👥 My Network    🔔 Notifications    💼 Jobs