# EXHIBIT 9

5:56

5G





**Cathal** ›

Tuesday 10:50 AM

**QUEENAN-LAW.pdf**

PDF Document · 3.6 MB

Received this today Kim. Looks like we may have a conflict. Let me check with my malpractice attorney as to what I should do.

Tuesday 12:29 PM

👍

Thanks, Dr. Grant. We sent Plaintiff's counsel your availability for a depo and are waiting to hear back from them. I'll keep you posted on that too. Thanks.

Today 5:52 PM

Hi, Dr. Grant! Plaintiffs have accepted August 11 at 5 CT for your deposition by Zoom. Does that date and time work for you?

+    iMessage

5:56 🔕  .ıll 5G 🔋

< ❶  📹

**Cathal** ›

👍

Thanks, Dr. Grant. We sent Plaintiff's counsel your availability for a depo and are waiting to hear back from them. I'll keep you posted on that too. Thanks.

**Today** 5:52 PM

Hi, Dr. Grant! Plaintiffs have accepted August 11 at 5 CT for your deposition by Zoom. Does that date and time work for you?

I haven't heard back from my malpractice folks as to what I should do Kim. It looks like my patient does not want me to testify. I will try and contact them again tomorrow morning.

Thank you for letting me know.

\+ iMessage 🎤

If cleared - that date is fine.

5:56

**CG**

**Cathal** ›

I haven't heard back from my malpractice folks as to what I should do Kim. It looks like my patient does not want me to testify. I will try and contact them again tomorrow morning.

Thank you for letting me know.



If cleared – that date is fine. Have another meeting scheduled at 6:30pm – am assuming your deposition shouldn't take that long.

Yes, certainly. Please let me know what you find out. Thank you!

Delivered

Will do.

iMessage