# EXHIBIT 10

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
    IN RE: UBER TECHNOLOGIES,   )
    INC., PASSENGER SEXUAL       )
    ASSAULT LITIGATION           )
                                 ) Case No.
    This Document Relates to:   ) 3:23-md-03084-CRB (LJC)
                                 )
    Jane Doe QLF 001 v. Uber     )
    Technologies, Inc.,          )
    et al.                       )


    ****************************************************
        "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
              ORAL AND VIDEOTAPED DEPOSITION OF
                         PLAINTIFF
                       JULY 22, 2026
    ****************************************************
        ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF        ,
    produced as a witness at the instance of the Defendants,
    and duly sworn, was taken in the above-styled and
    numbered cause on July 22, 2026, from 9:19 a.m. to 4:14
    p.m., before Julie C. Brandt, RMR, CRR, and CSR in and
    for the State of Texas, reported by machine shorthand at
    Queenan Law Firm, 731 Station Drive, Arlington, Texas,
    pursuant to the Federal Rules of Civil Procedure.


       Job No. CS8323279

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 283

you.

MS. BUENO:  Excellent.

MS. CHANG:  And then let me check on your disclosure.

MS. BUENO:  Wonderful.

MS. CHANG:  Okay.

MS. BUENO:  And before we do that, let me just say it's a pleasure to meet you.  I thank you for your time and candor today.  I hope you have found this to be an okay exercise.

Have I treated you with respect?

THE WITNESS:  Yes, ma'am.

MS. BUENO:  Okay.  Do you have any concerns with the way that I handled myself today?

THE WITNESS:  No, ma'am.

MS. BUENO:  All right.  Thank you for your time.

THE WITNESS:  Of course.  Thank you.

THE VIDEOGRAPHER:  Okay.  That concludes today's testimony provided by PLAINTIFF          .  The total number of media used was eight and will be retained by Veritext Legal Solutions.  Off the record at 4:14 p.m.

(Proceedings ended at 4:14 p.m.)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 288

otherwise interested in the outcome of the action.

Certified to by me July 23, 2026.

*Julie C. Brandt*

Julie C. Brandt, CSR, RMR, CRR

Texas CSR No. 4018

Expiration Date:  10/31/27

Veritext Legal Solutions

Firm Registration No. 571

300 Throckmorton Street, Suite 1600

Fort Worth, Texas 76102

817-336-3042

Job No. CS8323279