IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
|---|---|
| This Document Relates to:<br><br>All Cases | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

I, Andrew R. Kaufman, declare:

1.       I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.       Because the materials at issue were requested by Uber to be filed under seal, Plaintiff filed the following under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit 3 to Case Management Conference Statement | Social media post | Uber |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman

- 1 -