Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:          Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

I, Elizabeth A. Larsen, declare as follows:

1.    I am of counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal [in connection with Uber's Motion for Reconsideration and Stay of Order].

2.    Uber is seeking to file portions of **Exhibit 1** to its Motion for Reconsideration and Stay of Order under seal because those portions contain confidential and competitively sensitive information concerning Uber's global screening strategies.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 13, 2026, in Western Springs, Illinois.

*/s/ Elizabeth A. Larsen*
Elizabeth A. Larsen

DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL
Case No. 3:23-md-03084-CRB (LJC)