**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [DEFENDANTS' MOTION FOR RECONSIDERATION AND STAY OF ORDER]**<br><br>Judge:      Hon. Lisa J. Cisneros<br>Courtroom:  G – 15th Floor |

Having considered Defendants' August 13, 2026 Administrative Motion To Seal [Defendants' Motion for Reconsideration and Stay Order], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portions To Be Sealed |
|---|---|---|
| Ex. 1 to Motion for Reconsideration | Portions of deposition transcript concerning Uber's confidential information | 247:6-11, 248:23-249:4, 249:9-11, 249:14-15, 249:20-250:7, 250:21-251:7, 251:12-16, 251:18-23 |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge