Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ELIZABETH A. LARSEN REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION AND STAY OF ORDER**<br><br>Judge:       Mag. Lisa J. Cisneros<br>Courtroom:   G – 15th Floor |

DECLARATION OF ELIZABETH A. LARSEN HORN REGARDING DEFENDANTS' MOTION
FOR RECONSIDERATION AND STAY OF ORDER
Case No. 3:23-md-03084-CRB (LJC)

I, Elizabeth A. Larsen, declare as follows:

1.      I am of counsel with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the June 30, 2025 deposition of Hannah Nilles.

3.      Attached as **Exhibit 2** is a true and correct copy of the August 13, 2026 declaration of Hannah Nilles.

4.      Attached as **Exhibit 3** is a true and correct copy of Plaintiffs' Notice of 30(b)(6) Deposition of Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC Regarding 2026 Background Check Policy Change.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 13, 2026, in Western Springs, Illinois.

/s/ Elizabeth A. Larsen
Elizabeth A. Larsen

2

DECLARATION OF ELIZABETH A. LARSEN REGARDING DEFENDANTS' MOTION FOR RECONSIDERATION AND STAY OF ORDER
Case No. 3:23-md-03084-CRB (LJC)