# EXHIBIT 2

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF HANNAH NILLES** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

DECLARATION OF HANNAH NILLES

CASE NO. 3:23-MD-03084-CRB

## DECLARATION OF HANNAH NILLES

I, Hannah Nilles, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 years and am a citizen of the United States and a resident of the State of New York. I am of sound mind, and competent to make the statements in this declaration. I also have personal knowledge of the facts set forth herein. This declaration and information are provided pursuant to and under the provisions of the protective order previously entered in this matter.

2. I am currently employed by Uber Technologies, Inc. as Senior Director and Global Head of Safety Operations. I have been employed by Uber from 2019 to the present.

3. I submit this declaration in response to the Court's July 30, 2026 Order, ECF 6935, resolving the parties' discovery dispute concerning the June 2026 background check policy and compelling Uber to "produce a declaration stating when [I] first became aware of Uber's intent" "to make some or all of the changes to its background check policy that it adopted in June of 2026." *Id.* 5.

4. I have been deposed on four separate occasions in this litigation – June 30, 2025, July 10, 2025, July 23, 2025, and August 7, 2025, as well as on four additional occasions in May and August 2025 in connection with the California JCCP. At the time of those depositions, I was not aware of Uber's intent to make the changes to its background check policy that Uber ultimately adopted in June of 2026.

5. Consistent with the Court's order as to when I first became aware of the intent to make some or all of the changes adopted in June of 2026, I first became aware of Uber's intent to make the changes to its background check policy that Uber ultimately adopted in June of 2026 in approximately March, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026, in New York _____.

*Hannah Nilles*
Hannah Nilles

-2-

DECLARATION OF HANNAH NILLES    CASE NO. 3:23-MD-03084-CRB