# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

Having considered Defendants' August 13, 2026 Administrative Motion To Seal [Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portions To Be Sealed |
|---|---|---|
| Ex. 1 to Motion for Relief | Portions of June 30, 2025 deposition transcript of Hannah Nilles concerning Uber's confidential information | 247:6-11, 248:23-249:4, 249:9-11, 249:14-15, 249:20-250:7, 250:21-251:7, 251:12-16, 251:18-23 |

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Charles R. Breyer
United States District Court Judge