Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
and RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**PROOF OF SERVICE**<br><br>Judge:    Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

I, Lisa A. Tarpley, am at least 18 years old and not a party to this action. I am employed in San Francisco, California. My business address is 555 California Street, Suite 2700 San Francisco, CA and my email address is ltarpley@kirkland.com.

On the date set forth below, I caused the following sealed documents to be served by providing a true copy on the parties listed in the table below:

1.      **Exhibit 1 to Defendants Uber Technologies, Inc., Rasier LLC, and Rasier-CA, LLC's Administrative Motion to Seal [re Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge]**

**<u>BY E-MAIL OR ELECTRONIC SUBMISSION:</u>** I caused the above-referenced documents to be sent in electronic PDF format as an attachment to an email addressed to the persons on whom such documents are to be served at the email addresses shown below.

| | |
|---|---|
| Sarah R. London<br>Andrew R. Kaufman<br>**GIRARD SHARP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: slondon@girardsharp.com<br>Email: akaufman@girardsharp.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery St., Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: rabrams@peifferwolf.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Floor 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiffs*<br><br>Email: luhana@chaffinluhana.com<br>Email: Gangopadhyay@chaffinluhana.com<br>Email: ubermdldiscovery@chaffinluhana.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 13, 2026.

*/s/ Lisa Tarpley*
Lisa Tarpley

PROOF OF SERVICE

Case No. 3:23-md-03084-CRB (LJC)