# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB( LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Judge:        Hon. Charles R. Breyer<br>Courtroom:   6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:_____         By:_____
                                                            CHARLES R. BREYER
                                                            United States District Court Judge