IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No.  23-md-03084-CRB

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

Jane Doe QLF 001 v. Uber Technologies, Inc., et al.

Case No.  1:26-cv-01694-CRB

Upon consideration of Uber's Motion to Strike Plaintiff's Claim for Punitive Damages (Dkt. 6807) and Plaintiff's Opposition (Dkt. 6944), the Court denies the motion without prejudice for Uber to re-raise the issue at summary judgment.  Rule 12(f) is not an appropriate vehicle for disposing of a request for punitive damages. See Fed. R. Civ. P. 12(f); see also Scarborough v. Rotocraft Leasing Co., LLC, No. 4:23-cv-01519, 2024 WL 3418004, at *3 (S.D. Tex. 2024) (citing Merrell v. 1st Lake Properties, Inc., No. CV 23-1450, 2024 WL 640013, at *7 (E.D. La. Feb. 15, 2024)).  The Court will consider the issue at the summary judgment stage.

**IT IS SO ORDERED.**

Dated: August 14, 2026

CHARLES R. BREYER
United States District Judge