UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFFS' MOTION TO ADMIT EVIDENCE OF DRIVER'S CRIMINAL CONVICTION**<br><br>Judge: Honorable Charles R. Breyer<br>Date: September 25, 2026<br>Time: 10:00 A.M<br>Ctrm.: 6-17th Floor (zoom) |
| This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*,<br>N.D. Cal. No. 24-cv-8783,<br>W.D. Tex. No. 26-cv-01694 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

1. I, Andrew R. Kaufman, declare and state as follows:

2. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this Declaration in support of Plaintiffs' Motion to Admit Evidence of Driver's Criminal Conviction.

4. Attached as **Exhibit A** is a true and correct copy of the Judgment of Conviction by Jury entered on September 2, 2022, in the case of The State of Texas v. Victor Huynh Le (Tex. 372nd Judicial Distr. Ct., No. 1653872D). Plaintiff's name has been redacted.

5. Attached hereto as **Exhibit B** is a true and correct copy of the opinion by Chief Justice Quinn, issued on August 2, 2023, in the appeal of Victor Huynh Le v. The State of Texas (Tex. Court of Appeals, No. 07-22-287). A third party's name has been redacted.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the criminal trial transcript in the case of The State of Texas v. Victor Huynh Le (Tex. 372nd Judicial Distr. Ct., No. 1653872D), dated September 1, 2022.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the criminal trial transcript in the case of The State of Texas v. Victor Huynh Le (Tex. 372nd Judicial Distr. Ct., No. 1653872D), dated August 31, 2022.

8. Attached hereto as **Exhibit E** is a true and correct copy of the Court's Charge entered on September 1, 2022, in the case of The State of Texas v. Victor Huynh Le (Tex. 372nd Judicial Distr. Ct., No. 1653872D). Plaintiff's name has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in Milwaukee, Wisconsin.

*<u>/s/ Andrew R. Kaufman</u>*
Andrew R. Kaufman