# EXHIBIT A

# DIRECT

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

NAME VICTOR HUYNH LE

RACE Asian or Pacific Islander SEX Male AGE 23
DOB 7/17/1997
CASE NO. 1653872

CID NO. 0961522

OFFENSE SEXUAL ASSAULT

OFFENSE DATE 6/9/2020

I.P. PLAINTIFF

AGENCY TARRANT CO CRIMINAL DISTRICT ATTORNEY
372nd DISTRICT COURT

## THE STATE OF TEXAS VS. VICTOR HUYNH LE

## INDICTMENT NO: 1653872 D

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS OF TARRANT COUNTY, TEXAS, DULY ELECTED, TRIED, EMPANELED, SWORN, AND CHARGED TO INQUIRE OF OFFENSES COMMITTED IN TARRANT COUNTY, IN THE STATE OF TEXAS, UPON THEIR OATHS, DO PRESENT IN AND TO THE 213th DISTRICT COURT, OF THE SAID COUNTY

THAT VICTOR HUYNH LE, HEREINAFTER CALLED DEFENDANT, ON OR ABOUT THE 9TH DAY OF JUNE 2020, IN THE COUNTY OF TARRANT, STATE OF TEXAS, DID INTENTIONALLY OR KNOWINGLY CAUSE THE PENETRATION OF THE MOUTH OF PLAINTIFF BY THE SEXUAL ORGAN OF THE DEFENDANT WITHOUT THE CONSENT OF PLAINTIFF,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Foreman of the Grand Jury

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

CASE NO. 1653872D COUNT NO. ONE
INCIDENT NO./TRN: 9300842463

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 372ND DISTRICT COURT |
| v. | § | |
| VICTOR HUYNH LE | § | TARRANT COUNTY, TEXAS |
| STATE ID NO.: TX18710565 | § | |

# JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. ROBERT P BROTHERTON | Date Sentence Imposed: | 9/2/2022 |
| Attorney for State: | SHAREN WILSON<br>AMY E ALLIN 24101433<br>MADELINE P JONES 24110064 | Attorney for Defendant: | BRIAN J NEWMAN 24070947<br>ANTHONY SIMPSON 24076929 |

Offense for which Defendant Convicted:
SEXUAL ASSAULT

| | |
|---|---|
| Charging Instrument: Indictment | Statute for Offense: 22.011(a)(1) PC |
| Date of Offense: 6/9/2020 | Plea to Offense: NOT GUILTY |
| Degree of Offense: 2ND DEGREE FELONY | |
| Verdict of Jury: Guilty | Findings on Deadly Weapon: N/A |
| 1st Enhancement Paragraph: N/A | Finding on 1st Enhancement Paragraph: N/A |
| 2nd Enhancement Paragraph: N/A | Finding on 2nd Enhancement Paragraph: N/A |
| Punishment Assessed by: Jury | Date Sentence Commences: (Date does not apply to confinement served as a condition of community supervision.) 9/2/2022 |

Punishment and Place of Confinement: 11 YEARS Institutional Division, TDCJ

THIS SENTENCE SHALL RUN N/A.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A.
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

☒ Defendant is required to register as sex offender in accordance with Chapter 62, CCP.

(For sex offender registration purposes only) The age of the victim at the time of the offense was N/A

| | | |
|---|---|---|
| Fines: $0.00 | Restitution: $0.00 | Restitution Payable to: (See special finding or order of restitution which is incorporated herein by this reference.) |
| Court Costs: $290.00 | Reimbursement Fees: $65.00 | |

Was the victim impact statement returned to the attorney representing the State? Yes

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? N/A

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

| Total Jail Time Credit: 59 Days | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credit **N/A Days Notes: N/A** |
|---|---|

This cause was called for trial by jury and the parties appeared. The State appeared by her District Attorney as named above.

Counsel / Waiver of Counsel (select one)

☒ Defendant appeared with counsel.
☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
☐ Defendant was tried in absentia.

Both parties announced ready for trial. It appeared to the Court that Defendant was mentally competent to stand trial. A jury was selected, impaneled, and sworn, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.
☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.
☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

In accordance with the jury's verdict, the Court ADJUDGES Defendant GUILTY of the above offense. The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

The Court ORDERS Defendant punished in accordance with the jury's verdict or Court's findings as to the proper punishment as indicated above. After having conducted an inquiry into Defendant's ability to pay, the Court ORDERS Defendant to pay the fines, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.
☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.
☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.
☐ **Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined **N/A Days in N/A** as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Fines Imposed Include (check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) **$0.00** (not to exceed $10,000)
☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) **$ 0.00** ($5.00/per month of community supervision)
☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$0.00** ($100)
☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$0.00** ($100)
☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$ 0.00** ($100)
☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$0.00** ($50)
☐ State Traffic Fine (§ 542.4031, Transp. Code) **$0.00** ($50)

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ 0.00 (not to exceed $50)
☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $ 0.00 (To Be Determined by the Court)
☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $0.00 (not to exceed $6,000)

**Execution / Suspension of Sentence**

☒ The Court ORDERS Defendant's sentence EXECUTED. The Court FINDS that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

**Furthermore, the following special findings or orders apply:**

REIMBURSEMENT FEES IN THE AMOUNT OF $65.00 TO BE CREDITED FOR TIME SERVED

COURT COST IN THE AMOUNT OF $290.00 TO BE CREDITED FOR TIME SERVED

---

**Date Judgment Entered: 9/2/2022**

x [signature]

JUDGE PRESIDING

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

CASE NO. 1653872D COUNT ONE
INCIDENT NO./TRN: 9300842463

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 372ND DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| VICTOR HUYNH LE | § | TARRANT COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX18710565 | § | Date: |



Right Thumbprint

X 77040

PERSON TAKING PRINT

JUDGMENT AND SENTENCE
FINGERPRINT PAGE

Clerk

| LD | EV |
|---|---|

A CERTIFIED COPY
ATTEST: 08/19/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Christopher Geiger

# BILL OF COST

## CAUSE NO. 1653872D

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 372ND DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| VICTOR HUYNH LE | § | TARRANT COUNTY, TEXAS |
| | § | |

The total cost assessed in this case for court costs:

| COURT COST BREAKDOWN | |
|---|---|
| State Consolidated Court Cost (Local Government Code 133.102(a)(1)) | $185.00 |
| Local Consolidated Court Cost (Local Government Code 134.101(a)) | $105.00 |
| **Total Court Cost Breakdown** | **$290.00** |

| REIMBURSEMENT FEE BREAKDOWN | |
|---|---|
| Attorney's Fees (Code of Criminal Procedure art. 26.05) | $0.00 |
| Bond Fee (Code of Criminal Procedure 102.011(a)(5)) | $10.00 |
| Visual Recording Fee (Code of Criminal Procedure 102.018(a)) | $0.00 |
| Peace Officer Warrant (Code of Criminal Procedure 102.011(a)(2)) | $50.00 |
| Peace Officer Commit/Release (Code of Criminal Procedure 102.011(a)(6)) | $5.00 |
| C.V.C.A (Code of Criminal Procedure 42A.301(b)(17)) | $0.00 |
| **Total Reimbursement Fee Breakdown** | **$65.00** |

## DISTRICT COURT OF TARRANT COUNTY, TEXAS

I hereby certify that the foregoing is a correct account of the **Court Costs adjudged against the Defendant in the above entitled and numbered cause, up to 9/2/2022.**

Deputy, /s/ *Laurie Delgadillo*
**Thomas A. Wilder, District Clerk**
Tarrant County, Texas