# EXHIBIT C

REPORTER'S RECORD

VOLUME 6 OF 8 VOLUME(S)

TRIAL COURT CAUSE NO. 1653872D

COURT OF APPEALS NO. 07-22-00287-CR

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE 372ND JUDICIAL |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| VS. | ) DISTRICT COURT |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| VICTOR HUYNH LE | ) TARRANT COUNTY, TEXAS |

**********************************

TRIAL ON MERITS and
TRIAL ON PUNISHMENT

**********************************

On the 1st day of September 2022, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Robert P. Brotherton, Judge Presiding, held in Fort Worth, Tarrant County, Texas;

Proceedings reported by computerized machine shorthand with assisted realtime transcription.

KAREN B. MARTINEZ, CERTIFIED SHORTHAND REPORTER
Official Court Reporter
372nd Judicial District Court

Our alternate juror, Ms. Flores, if you'll remain behind. We have a room for you to wait in during the deliberations.

I'll give the bailiff instructions in about 25 or 30 minutes to send you to lunch and then we'll come back and resume deliberations.

(Jury excused from courtroom)

(Deliberations, 12:46 - 1:25 p.m.)

(Lunch break taken, 1:25 - 2:25 p.m.)

(Deliberations resume, 2:25 - 4:10 p.m.)

(OPEN COURT, DEFENDANT NOT PRESENT, NO JURY)

THE COURT: We're ready for the jury, Paul.

THE BAILIFF: Yes, sir.

(Jury seated in courtroom)

THE COURT: Be seated, please.

Mr. Sterling, are you the presiding juror?

PRESIDING JUROR: I am, Your Honor.

THE COURT: And has your jury reached its verdict?

PRESIDING JUROR: We have, Your Honor.

THE COURT: Is it a unanimous verdict?

PRESIDING JUROR: Yes, sir. Yes, Your Honor.

THE COURT: All right. Is this the verdict of your jury, "We, the Jury, find the Defendant, Victor

Huynh Le, guilty of the offense of sexual assault, as charged in the indictment"?

PRESIDING JUROR: Yes, Your Honor.

THE COURT: All right. You may be seated.

Ladies and Gentlemen, I'm going to ask each of you if this is your verdict. If you will respond when I ask you.

Ms. Boleware, is this your verdict?

JUROR: Yes, sir.

THE COURT: Ms. McConnell, is this your verdict?

JUROR: Yes, sir.

THE COURT: Ms. Everett, is this your verdict?

JUROR: Yes, sir.

THE COURT: Ms. Fustin, is this your verdict?

JUROR: Yes, sir.

THE COURT: Mr. Acosta, is this your verdict?

JUROR: Yes, sir.

THE COURT: Mr. Bodwin, is this your verdict?

JUROR: Yes, sir.