# EXHIBIT D

REPORTER'S RECORD

VOLUME 5 OF 8 VOLUME(S)

TRIAL COURT CAUSE NO. 1653872D

COURT OF APPEALS NO. 07-22-00287-CR

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE 372ND JUDICIAL |
| VS. | ) DISTRICT COURT |
| VICTOR HUYNH LE | ) TARRANT COUNTY, TEXAS |

**********************************

TRIAL ON MERITS

**********************************

On the 31st day of August 2022, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Robert P. Brotherton, Judge Presiding, held in Fort Worth, Tarrant County, Texas;

Proceedings reported by computerized machine shorthand with assisted realtime transcription.

KAREN B. MARTINEZ, CERTIFIED SHORTHAND REPORTER
Official Court Reporter
372nd Judicial District Court

MR. SIMPSON: Yes. And I think they have a copy of it in their TechShare.

MS. ALLIN: Yes, Judge. I believe it's already a part of the Court's file.

MR. SIMPSON: I usually file a notice of filing and I attach it. For whatever reason the attachment was not on my notice, but it has been filed.





THE COURT: Okay.

MR. SIMPSON: Thank you.

THE COURT: I have received this and I'll show that it was filed in open court today.

MS. ALLIN: Okay.

THE COURT: Okay. Now we're ready.

(Jury seated in courtroom)

THE COURT: Ladies and Gentlemen of the Jury, the Defendant is not present. I have made a finding that he has voluntarily absented himself from these proceedings and we will proceed without him.

State may proceed.

MS. ALLIN: Thank you, Judge.

At this time we'd offer State's -- excuse me -- publish State's Exhibit No. 5.

THE COURT: You may proceed.