UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*, N.D. Cal. No. 24-cv-8783, W.D. Tex. No. 26-cv-01694 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ADMIT EVIDENCE OF DRIVER'S CRIMINAL CONVICTION** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's Motion to Admit Evidence of Driver's Criminal Conviction and Defendants' Opposition, the motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: ___________

_________________________________
Hon. Charles R. Breyer
United States District Judge