**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [SUPPLEMENTAL MEMORANDUM IN SUPPORT OF UBER'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants' August 17, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Supplemental Memorandum in Support of Uber's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Supplemental Memorandum | Quotations from August 13, 2026 Deposition of Brad Hubbard (Checkr) Designated Provisionally Confidential by Checkr's Counsel | Checkr |
| Ex. 1 to Supplemental Memorandum | Excerpts of August 13, 2026 Deposition of Brad Hubbard Designated Provisionally Confidential by Checkr's Counsel | Checkr |

**IT IS SO ORDERED.**

Dated:______________________

____________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge