[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**CERTIFICATE OF SERVICE**

I, Michael Vives, am at least 18 years old and not a party to this action. I am a Partner with the law firm Kirkland & Ellis LLP, and my business address is 601 Lexington Avenue, New York, NY 10022.

On August 17, 2026, I caused a true copy of the entire Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, including the documents listed below, to be served on the parties listed in the table below in the manner described:

1. **Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed**
2. **Declaration of Michael Vives in Support of Administrative Motion**
3. **Sealed Supplemental Memorandum in Support of Uber's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge**
4. **Sealed Exhibit 1 to the Michael Vives Declaration in Support of Supplemental Memorandum in Support of Uber's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge**
5. **Proposed Order**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Rod Fliegel<br>**LITTLER MENDELSON**<br>101 2nd St, Ste 1000<br>San Francisco, California<br>94105-3651 | *Counsel for Designating Party Checkr*<br><br>Email: Rfliegel@littler.com |
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com<br>Gangopadhyay@chaffinluhana.com<br>ubermdldiscovery@chaffinluhana.com |
| Rachel B. Abrams<br>**PEIFFER WOLF CARR KANE**<br>**CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com |
| Sarah R. London<br>Andrew Kaufman<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com<br>akaufman@girardsharp.com |

DATED: August 17, 2026

Respectfully submitted,

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**

2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC