[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal No. 3:24-cv-08783

Case No. 3:23-md-03084-CRB

**STIPULATION TO CONTINUE DEADLINE FOR UBER TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT REPORT DEADLINE FOR JANE DOE QLF**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding an extension of time for Uber to respond to Plaintiffs' Administrative Motion to Modify Scheduling Order to Extend Expert Report Deadline for Jane Doe QLF.

WHEREAS, on August 12, 2026, Plaintiffs filed the Motion seeking to (1) extend the expert-report deadline from August 24 to August 31, 2026; (2) extend the September 2, 2026 close of expert discovery as necessary to complete expert depositions; and (3) permit experts to supplement their opinions, no later than October 2, 2026, to address new testimony obtained in depositions conducted after August 29, 2026;

WHEREAS, Uber's deadline to respond to the Motion is August 17, 2026;

WHEREAS, the Parties are actively meeting and conferring regarding the issues raised in the Motion and believe they may be able to resolve the issues without Court intervention;

WHEREAS, the Parties agree that a brief extension of Uber's response deadline will facilitate productive meet-and-confer efforts and potentially obviate the need for Court action on the Motion;

WHEREAS, the Parties agree to extend Uber's deadline from August 17, 2026 to noon on August 19, 2026, at which time Uber shall either file its response, or the Parties will submit a stipulation resolving the issues raised in the Motion.

**IT IS SO STIPULATED.**

DATED: August 17, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)

Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 17, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' joint stipulation, the Court hereby GRANTS the stipulation and the new due date for Uber to file a response to Plaintiffs' Administrative Motion to Modify Scheduling Order to Extend Expert Report Deadline for Jane Doe QLF will now be 12pm PT, August 19, 2026.

IT IS SO ORDERED.

Dated: August 18, 2026

Hon. Charles. R. Breyer
United States District Judge