[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*, N.D. Cal. No. 24-cv-8783, W.D. Tex. No. 26-cv-01694 | Case No. 23-md-03084-CRB<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR UBER'S RESPONSE TO PLAINTIFF'S MOTION TO ADMIT EVIDENCE OF DRIVER'S CRIMINAL CONVICTION**<br><br>Judge: Honorable Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

**Administrative Motion to Shorten Time**

Pursuant to Civil Local Rule 6-3, Plaintiff moves to shorten the time for Defendants to respond to, and the Court to hear, her motion to admit evidence of the driver's criminal conviction (ECF 7041).

On August 17, 2026, Plaintiff filed a short (4-page) motion to admit evidence of the driver's criminal conviction. As explained in that motion, knowing now whether evidence of the conviction will be admitted will help the parties streamline discovery, making it easier to prepare this case for a fast-approaching trial. Most immediately, admission of the conviction will avoid Plaintiff having to take the driver's deposition, avoiding substantial burdens on both counsel for Plaintiff and on the prison where the driver is incarcerated.

For that same reason, the Court should decide the motion on an expedited basis. Requiring Uber to respond on August 20 is reasonable given the length of the motion and simplicity of the issues, and will allow the Court to hear the motion at the August 24 CMC.

Plaintiff requested that Uber file a response on August 19 or 20 and agree to have the motion heard at the case management conference scheduled for August 24. Uber did not agree to expedited briefing or hearing, explaining that it believed the motion should not be decided until right before trial. Uber's position does not make sense: if Uber thinks the motion should be denied as premature, then it should present that position in writing this week so the Court can decide on Monday.

For these reasons, the Court should order that Uber respond to the motion to admit evidence of the driver's criminal conviction on August 20 and that the motion will be heard on August 24.

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 18, 2026

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman