UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR UBER'S RESPONSE TO PLAINTIFF'S MOTION TO ADMIT EVIDENCE OF DRIVER'S CRIMINAL CONVICTION**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 6-17th Floor |
| This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*,<br>N.D. Cal. No. 24-cv-8783,<br>W.D. Tex. No. 26-cv-01694 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

1. I, Andrew R. Kaufman, declare and state as follows:

2. I am an attorney in the law firm of Girard Sharp, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of Wisconsin and am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this Declaration in support of Plaintiffs' Administrative Motion to Shorten Time for Uber's Response to Plaintiff's Motion to Admit Evidence of Driver's Criminal Conviction.

4. As explained in the Motion to Admit Evidence and in the Administrative Motion, the reasons for the requested shortening of time are to enable the Court to decide the motion on an expedited basis in order to streamline discovery in this fast-approaching trial.

5. Plaintiff requested that Uber agree to respond to the Motion to Admit Evidence on August 19 or August 20, but Uber declined to agree to do so.

6. Delaying hearing the Motion to Admit Evidence until September 25 would cause Plaintiff harm by depriving her of much of the benefit of the motion. For example, she will have to take the driver's deposition (in person, in Texas prison). The deposition will also burden the Texas prison.

7. The Court has not previously modified the time applicable to the Motion to Admit Evidence.

8. Shortening the time for the response to and hearing of the Motion to Evidence will not have any deleterious effect on the schedule for the case. Indeed, shortening the time and granting the motion sooner will make it easier for the parties to complete discovery

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2026, in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman