**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**SUPPLEMENTAL DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT REPORT DEADLINE** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

I, Roopal P. Luhana, declare:

1. I am a partner of Chaffin Luhana, LLP, an attorney licensed in the State of New York, and duly admitted to practice before this Court pro hac vice, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I respectfully submit this declaration in support of Plaintiff's Administrative Motion.

2. My initial Declaration stated that Plaintiff's psychology expert was not available to examine Plaintiff until August 23, 2026. I subsequently learned that Plaintiff's psychology expert had become available earlier to examine Plaintiff.

3. Even with an earlier examination date, in addition to the reasons already expressed for the extension, the psychology expert requires additional time following the examination to evaluate the results and prepare a complete report.

4. The parties have been productively conferring on Plaintiff's motion to extend. Plaintiff expects they will be able to reach agreement and present a stipulation on the schedule to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2026 in Brooklyn, New York.

*/s/ Roopal P. Luhana*
Roopal P. Luhana

**FILER'S ATTESTATION**

I, Roopal P. Luhana, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: August 18, 2026

*/s/ Roopal P. Luhana*

Roopal P. Luhana