UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*, N.D. Cal. No. 24-cv-8783, W.D. Tex. No. 26-cv-01694 | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR UBER'S RESPONSE TO PLAINTIFF'S MOTION TO ADMIT EVIDENCE OF DRIVER'S CRIMINAL CONVICTION** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

Having considered Plaintiff's Administrative Motion to Shorten Time, the motion is **GRANTED**. Uber may file a response to the Motion to Admit Evidence of Driver's Criminal Conviction on August 20, 2026. The Court will hear the Motion to Admit Evidence at the scheduled case management conference on August 24, 2026.

**IT IS SO ORDERED.**

Dated: August 18, 2026

Hon. Charles R. Breyer
United States District Judge