**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No.: 3:23-md-03084-CRB (LJC)

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Having considered Defendants' August 13, 2026 Administrative Motion To Seal [Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portions To Be Sealed |
|---|---|---|
| Ex. 1 to Motion for Relief | Portions of June 30, 2025 deposition transcript of Hannah Nilles concerning Uber's confidential information | 247:6-11, 248:23-249:4, 249:9-11, 249:14-15, 249:20-250:7, 250:21-251:7, 251:12-16, 251:18-23 |

**IT IS SO ORDERED.**

Dated: August 18, 2026

Hon. Charles R. Breyer
United States District Court Judge