*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | **STIPULATION AND [PROPOSED] ORDER REGARDING JANE DOE QLF 0001 SCHEDULING ORDER**<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | No. 1:26-cv-01694-CRB<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

## RECITALS

**WHEREAS**, on July 13, 2026, the Court entered a Scheduling Order for Jane Doe QLF 0001 (ECF No. 6784); and

**WHEREAS**, the parties have agreed to a revised Proposed Scheduling Order, which will not affect the operative trial date for this matter.

## STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1. The Court hereby GRANTS the Parties' proposed revised schedules for Jane Doe QLF 0001, the next bellwether trial, as follows:

| **EVENT** | **DATE** |
|---|---|
| Substantial Completion of Fact Discovery | September 1, 2026 (+10 days) With remaining depositions occurring up to September 25, 2026 |
| Expert Reports | September 3, 2026 (+10 days) |
| Jury Questionnaire / Voir Dire Questions | September 9, 2026 |
| Motions for Summary Judgment | September 11, 2026 (+7 days) |
| Motions in Limine / 412 Motions | September 11, 2026 (+3 days) |
| Close of Expert Discovery | September 14, 2026 (+12 days) |
| Rule 702 Motions | September 14, 2026 (+6 days) |
| Witness List / Exhibit Lists | September 14, 2026 (+4 days) |
| Oppositions to Motions in Limine / 412 Motions | September 22, 2026 (+4 days) |

| **EVENT** | **DATE** |
|---|---|
| Oppositions to Rule 702 Motions | September 24, 2026 (+6 days) |
| Oppositions to Motions for Summary Judgment | September 24, 2026 (+6 days) |
| Joint Pretrial Order | September 25, 2026 (+3 days) |
| Expert supplementation deadline<br>- Parties may supplement based on depositions of Gaddis, Kansal and Boman Sept. 2026 and other depositions, discovery and information produced by Sept. 25, 2026<br>- Parties have a maximum of **two pages of supplementation for each expert**<br>- Additional expert depositions for supplemental reports will be allowed only with leave from the Court | September 25, 2026 |
| Branded Exhibits | September 26, 2026 (+3 days) |
| Pretrial Conference | September 28, 2026 (in N.D. Cal. Or W.D. Tex., depending on the Court's schedule, with hybrid option to permit counsel to appear remotely, if necessary) |
| Trial Briefs (if any) | September 29, 2026 |
| Jury Instructions / Verdict Forms | September 30, 2026 (+8 days) |
| Jury Selection | September 30, 2026 |
| Trial | October 5, 2026 |

**IT IS SO STIPULATED.**

Dated: August 19, 2026

Respectfully submitted,

By: */s/ Roopal P. Luhana*
Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Christopher D. Cox*
Christopher D. Cox (Admitted *Pro Hac Vice*)
Jessica Davidson (Admitted Pro Hac Vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

By: */s/ Michael Vives*
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (646) 444-9335
Michael.vives@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700

San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 19, 2026

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________

______________________________
HON. CHARLES R. BREYER
United States District Judge