Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT CASE MANAGEMENT STATEMENT]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

I, Elizabeth A. Larsen, declare as follows:

1. I am of counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 7021) [in connection with the Joint Case Management Statement (ECF 7020)].

2. Uber seeks to file under seal Exhibit 3 to the Joint Case Management Statement, because the exhibit contains personal information concerning an attorney's relatives and other private information

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 19, 2026, in LaGrange, Illinois.

*/s/ Elizabeth A. Larsen*
Elizabeth A. Larsen