**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No.: 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER GRANTING SEALING REQUESTED IN DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [JOINT CASE MANAGEMENT STATEMENT]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Having considered Defendants' Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF 7021) [in connection with the Joint Case Management Statement (ECF 7020)], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portion To Be Sealed |
|---|---|---|
| Ex. 3 to Joint Case Management Statement (ECF 7020-5; 7021-4) | Personal information concerning attorney's relatives and other private information | All |

**IT IS SO ORDERED.**

Dated:____________________________

____________________________
Hon. Charles R. Breyer
United States District Court Judge