UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 23-MD-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL RE: PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY PROTECTIVE ORDER**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Ellyn Hurd, declare:

1. I am a partner in the law firm of Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal regarding Plaintiffs' Notice of Motion and Motion for Temporary Protective Order. As set forth in the accompanying motion, the information at issue is privileged, confidential, and highly personal

and sensitive, which meets the "good cause" and "compelling reasons" standards for sealing. *See In re Uber Techs., Inc., Passenger Sexual Assault Litigation,* 2024 WL 4211179, at *1 (N.D. Cal. Sep. 3, 2024) (noting that "[d]ocuments filed with discovery motions that are no more than tangentially related to the merits of a case may be maintained under seal on a showing of good cause, as distinct from the more stringent standard of compelling reasons to seal documents filed in contexts more closely tied to the merits") (internal quotation marks and citations omitted).

3. Here, the information meets the heightened requirements for protection because it describes materials protected by the attorney-client privilege and the work-product doctrine, contains detailed descriptions of sexual assaults, sexual abuse, and other highly personal and confidential matters; and references materials designated Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this case, ECF No. 176.

4. Accordingly, Plaintiff moves to seal the below:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Declaration of Ellyn Hurd in Support of Plaintiffs' Notice of Motion and Motion for Temporary Protective Order | Portions highlighted at ¶¶ 10, 11, 14, 15, 16, 21, 22 | Plaintiffs |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2026, in Barnstable County, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd

**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 257-8482
ehurd@simmonsfirm.com