IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |
| This Document Relates to:<br>ALL CASES | **DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY PROTECTIVE ORDER** |

I, Ellyn Hurd, declare:

1. I am an attorney in the law firm of Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Temporary Protective Order regarding subpoenas, and resulting productions, issued by Uber to third-party companies: Isla Marketing, LLC d/b/a LegalCove.com (Isla); Publisher First, Inc. d/b/a Freestar (Freestar); Mass Tort Ad Agency (MTAA); Blue Sky Legal, LLC (Blue Sky); Meta Platforms, Inc. (Meta); and NexLevel Direct LLC (NexLevel).

3. True and accurate copies of the Isla, Freestar, Blue Sky, Meta, and NexLevel subpoenas are attached as Exs. 1-4 and 9.

4. Uber did not serve Plaintiffs with a notice of intent to serve the MTAA subpoena, but a copy from Uber's filings in *Uber v. Mass Tort Ad Agency*, M.D. Fla. Case No. 26-mc-00012 is attached as Exhibit 5.

5. I have reviewed portions of the third-party productions from Isla, Freestar, MTAA, Blue Sky, and Meta.

6. Out of respect for the privacy of individuals referenced in these productions and to avoid further disclosure of privileged and confidential information, I provide this Declaration in lieu of exhibits. Should the Court require submission of any documents, Plaintiffs respectfully request that we be able to submit them to the Court for *in camera* review.

7. The Isla, MTAA, and Blue Sky productions contain information for thousands of individuals who completed lead/intake forms for this litigation, including full names, home and email addresses, phone numbers, and detailed narrative descriptions of sexual assaults and misconduct.

8. The MTAA production also contains information for what appears to be over 80,000 individuals who complete forms for various *other* litigations, including OBGYN Abuse, Social Media Harms, Clergy Abuse, NY Adult Abuse, Trafficking, Camp Lejeune, Hair Relaxer, Round Up, Opioids, Talc, Paraquat, and more.

9. The MTAA forms created for the Uber sexual assault litigations include fields for contact information (first/last name, email address, phone number), the nature of the assault, a summary of the assault, and dates of incidents.

10. The forms also include a field, stating: [redacted]

11. The MTAA production contains spreadsheets associated with data from these forms, with thousands of rows of responsive information, including the full names, email and home

addresses, and telephone numbers of Uber sexual assault survivors, along with detailed descriptions of assaults. This includes graphic narratives of [redacted].

12. The MTAA production also includes communications with counsel related to these questionnaires, including counsel's comments on statute-of-limitations criteria, screening questions, and lists of declined clients due to concerns over statutes of limitations.

13. As noted above, the MTAA production includes intake forms and information for other litigations, disclosing first and last names of thousands of potential plaintiffs across this various cases; their phone numbers, email and home addresses; their dates of birth; specifics as to injuries and descriptions of sexual assaults, childhood sexual abuse, addictions, and other traumas; notes that contain details about these individuals' medical histories; and whether and why these individuals were "disqualified" from a particular litigation according to attorney guided criteria, e.g., the existence of certain medical conditions, exposure durations, exposure dates, and diagnoses.

14. As one example, a spreadsheet associated with [redacted] and [redacted] includes first and last names, email addresses, phone numbers, states, and IP addresses for 9,000 individuals with explicit descriptions related to [redacted]

15. Another spreadsheet associated with opioids includes IP addresses, first and last names, emails, phone numbers, and states for over 400 individuals with descriptions of [redacted]

16. The Blue Sky production contains various forms, advertisements, and webpages for Uber or rideshare sexual assault litigation including ones with the names of specific law firms and inviting survivors to request a free confidential claim review from attorneys that was "[redacted]

17. These forms request information that include clients' names, contact information, dates of birth, incident dates and locations, ride information, type of assault, whether the incident

was reported, whether treatment or counseling was received and, if so, where, and narrative descriptions of the abuse.

18. The Blue Sky production includes spreadsheets of data related to completed intake forms, including victims' full names; email addresses; phone numbers; city, states, and zip codes; abuse category; and narrative descriptions.

19. The Blue Sky production also contains retainer agreements with law firms that appear to have been part of the intake workflow.

20. The Blue Sky production further includes communications with counsel regarding intake materials and screening criteria, and lists of signed clients associated with law firms.

21. The Isla production contains a screenshot of a webpage dedicated to "[redacted]." The webpage includes a questionnaire requesting the client's first and last name, email address, telephone number, incident date, a description of what occurred, and the type of abuse or assault suffered. The form further states: "[redacted]."

22. The Isla production includes data related to completed intake forms, including victims' full names, contact information, dates and locations of assaults, and narrative descriptions of the assaults, including stories of [redacted], again, directly alongside the victims' contact information.

23. Meta produced responsive documents that appear to include information in the form of account data, including IP addresses, login/logout timestamps, and the associated email address for the targeted Isla Marketing Facebook account.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2026 in Barnstable County, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd