# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC<br><br>Petitioners-Issuing Parties,<br><br>vs.<br><br>MASS TORT AD AGENCY<br><br>Respondent-Subpoenaed Party. | Case No. 6:26-mc-00012-JSS-DCI |

**PETITIONERS' STATUS REPORT**

Petitioners Uber Technologies, Inc., Rasier LLC, and Rasier CA, LLC (collectively, "Petitioners" or "Uber") respectfully provides this notice with regard to this Court's Endorsed Order. *See* ECF No. 9. Since May 11, 2026, the Parties have met to discuss the issues in the pending Motion to Compel.[1] *See* ECF No. 1. Mass Tort Ad Agency has provided records. To the extent any future dispute arises, we will raise it separately.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served by mail on Mass Tort Ad Agency this 15th day of July, 2026.

Respectfully submitted,

*/s/ Anitra R. Clement*
Anitra R. Clement
**SHOOK, HARDY & BACON L.L.P.**
100 North Tampa Street, Suite 2900
Tampa, FL 33602
Telephone: 813.202.7110

[1] MTAA is not represented by legal counsel.

Email: aclement@shb.com

*Attorney for Petitioners-Issuing Parties*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC