IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY PROTECTIVE ORDER**

# [PROPOSED] TEMPORARY PROTECTIVE ORDER

Having considered Plaintiffs' Notice of Motion and Motion for Temporary Protective Order, all materials submitted in support and opposition thereof, and other records on file, and having found that good cause exists:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Temporary Protective Order is GRANTED. The Court hereby ORDERS that Uber is prohibited from accessing, using, or disseminating any documents or materials produced, or produced in the future, by the following third parties in response to subpoenas issued by Uber in connection with this litigation, including any such materials received after entry of this Order:

Isla Marketing, LLC d/b/a LegalCove.com

Publisher First, Inc. d/b/a Freestar

Mass Tort Ad Agency

Blue Sky Legal, LLC

NexLevel Direct LLC

It is further ORDERED that Uber is prohibited from accessing, using, or disseminating any documents or materials produced in the future by Meta Platforms, Inc. in response to the subpoena issued by Uber in connection with this litigation.

This Order is effective until all impacted parties have been notified of this Order and afforded an opportunity to assert their rights and privileges and until modified by order of this Court or Magistrate Judge Cisneros.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Hon. Charles R. Breyer
United States District Judge