Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*All Cases*

Case No. 3:23-md-03084-CRB

**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [MOTION TO APPOINT SPECIAL MASTER TO INVESTIGATE FRAUD]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

I, Elizabth A. Larsen, declare as follows:

1. I am Of Counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Administrative Motion to Seal regarding the Motion to Appoint Special Master to Investigate Fraud.

2. Uber is filing the following materials under seal with proposed redactions because they contain plaintiff and third-party personal identifying information ("PII").

| **Document** | **Description** | **Party Seeking Confidentiality** |
|---|---|---|
| Motion to Appoint Special Master to Investigate Fraud | PII in screenshots and text | Uber |
| **Ex. 2** to the Motion to Appoint Special Master to Investigate Fraud | PII in Email from Plaintiff Jane Doe TD to Plaintiff Counsel, Nachawati Law Group, dated July 3, 2026 | Uber |
| **Ex. 7** to the Motion to Appoint Special Master to Investigate Fraud | PII in Declaration of Brett D. Harrison and FTI Consulting, Inc., dated August 19, 2026 | Uber |
| **Ex. 8** to the Motion to Appoint Special Master to Investigate Fraud | PII in Plaintiff-submitted Uber ride receipt, dated August 15, 2025 | Uber |
| **Ex. 9** to the Motion to Appoint Special Master to Investigate Fraud | PII in Plaintiff-submitted Uber ride receipt, dated June 20, 2024 | Uber |
| **Ex. 11** to the Motion to Appoint Special Master to Investigate Fraud | PII in Excel spreadsheet detailing plaintiffs' MDL IDs and corresponding information regarding their Uber ride requests for non-plaintiffs | Uber |
| **Ex. 12** to the Motion to Appoint Special Master to Investigate Fraud | PII in Uber's records memorializing a telephone exchange between plaintiff with MDL ID 3528 and Uber support staff | Uber |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2026 in LaGrange, Illinois.

*/s/ Elizabeth A. Larsen*
Elizabeth A. Larsen