**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [MOTION TO APPOINT SPECIAL MASTER TO INVESTIGATE FRAUD]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Seal [Motion to Appoint Special Master to Investigate Fraud], the Court hereby **ORDERS** that there is good cause to seal the following portions of the documents as requested in Uber's Motion to Seal:

| Document | Description | Portions to Be Sealed |
|---|---|---|
| Motion to Appoint Special Master to Investigate Fraud | Motion to Appoint Special Master to Investigate Fraud | PII |
| **Ex. 2** to the Motion to Appoint Special Master to Investigate Fraud | Email from Plaintiff Jane Doe TD to Plaintiff Counsel, Nachawati Law Group, dated July 3, 2026 | PII |
| **Ex. 7** to the Motion to Appoint Special Master to Investigate Fraud | Declaration of Brett D. Harrison and FTI Consulting, Inc., dated August 19, 2026 | PII |
| **Ex. 8** to the Motion to Appoint Special Master to Investigate Fraud | Plaintiff-submitted Uber ride receipt, dated August 15, 2025 | PII |
| **Ex. 9** to the Motion to Appoint Special Master to Investigate Fraud | Plaintiff-submitted Uber ride receipt, dated June 20, 2024 | PII |
| **Ex. 11** to the Motion to Appoint Special Master to Investigate Fraud | Excel spreadsheet detailing plaintiffs' MDL IDs and corresponding information regarding their Uber ride requests for non-plaintiffs | PII |
| **Ex. 12** to the Motion to Appoint Special Master to Investigate Fraud | Uber's records memorializing a telephone exchange between Plaintiff with MDL ID 3528 and Uber support staff | PII |

**IT IS SO ORDERED.**

DATED:________________________ By:________________________________

Hon. Charles R. Breyer
United States District Judge