Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*All Cases*

Case No. 3:23-md-03084-CRB

**DECLARATION OF MICHAEL B. SHORTNACY IN SUPPORT OF DEFENDANTS' MOTION TO APPOINT SPECIAL MASTER TO INVESTIGATE FRAUD**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

I, Michael B. Shortnacy, declare as follows:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I am a member in good standing of the Bar of the State of California, the Bar of the State of New York, and the Bar of the District of Columbia. I offer this Declaration in the above-captioned matter in support of Uber's Motion to Appoint Special Master to Investigate Fraud. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a compendium of true and correct copies of two documents issued by JCCP Special Master Ellen Reisman: (i) Memorandum and Order, dated July 7, 2026, and (ii) Report and Recommendation, dated May 8, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff Jane Doe TD's Email to Nachawati Law Group, dated July 3, 2026, with redactions solely relating to the identity of Plaintiff Jane Doe TD.

4. Attached as **Exhibit 3** is a true and correct copy of a Los Angeles Times Article, "L.A. County to pause some payouts amid investigations into $4-billion sex abuse settlement," dated January 29, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a news release from the Office of District Attorney Hochman for the County of Los Angeles, dated June 11, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of the American Tort Reform Association's October 2025 report, "Sanctionable: The unsupported, exaggerated, and suspicious claims plaguing our nation's courts."

7. Attached as **Exhibit 6** is a true and correct copy of a list of six plaintiffs, identified by MDL ID, who have submitted fraudulent receipts, as identified through Uber's review.

8. Attached as **Exhibit 7** is a true and correct copy of the Declaration of Brett D. Harrison and FTI Consulting, Inc., dated August 19, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of a plaintiff-submitted fraudulent Uber ride receipt, dated August 15, 2025.

10. Attached as **Exhibit 9** is a true and correct copy of a plaintiff-submitted fraudulent Uber ride receipt, dated June 20, 2024.

11. Attached as **Exhibit 10** is a true and correct copy of a list of 48 plaintiffs, identified by MDL ID, on whose behalf the Nachawati Law Group submitted Plaintiff Fact Sheets in the MDL that indicated the purported Plaintiff Fact Sheets were completed by Nachawati Law Group's client, but which the clients had not actually reviewed.

12. Attached as **Exhibit 11** is a true and correct copy of a list of 31 plaintiffs, identified by MDL ID, whom Uber identified from among a sample of 96 trips involving one person ordering a ride for another. The 31 identified plaintiffs allege that they ordered rides for themselves, but Uber data shows that these plaintiffs ordered the ride for the individual identified in column 2 of Exhibit 11.

13. Attached as **Exhibit 12** is a true and correct copy of Uber's records memorializing a telephone exchange between Plaintiff with MDL ID 3528 and Uber support staff.

14. Attached as **Exhibit 13** is a true and correct copy of a list of 40 plaintiffs, identified by MDL ID, whom Uber identified from a sample of 116 filed cases in which plaintiffs alleged the trip did not reach its requested destination. GPS data, however, shows that the trip in fact did reach the intended destination for those 40 plaintiffs.

15. Attached as **Exhibit 14** is a true and correct copy of a list of six plaintiffs, identified by MDL ID, whom Uber identified from a sample of 17 filed cases in which plaintiffs allege the driver traveled to a "dead end." GPS data, however, shows no travel into or near a dead end for those six plaintiffs.

16. Attached as **Exhibit 15** is a true and correct copy of a list of 24 plaintiffs, identified by MDL ID, whom Uber identified from a sample of 67 filed cases where the independent driver is identified in Uber's records as female. Of these 67, 43 plaintiffs allege to have been assaulted by male drivers. At least 24 of these 43 plaintiffs do not make any claim of "wrong driver."

17. Attached as **Exhibit 16** is a true and correct copy of an order from Judge Anita B. Brody in the matter *In re: Nat'l Football League Players' Concussion Injury Litig.*, dated December 10, 2018.

18. Attached as **Exhibit 17** is a true and correct copy of an order from Judge Carl J. Barbier the matter *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mex.*, on Apr. 20, 2010, dated July 2, 2013.

19. Attached as **Exhibit 18** is a true and correct copy of an order from Judge Paul S. Diamond in the matter *Johnson v. SmithKline Beecham Corp*, dated August 11, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2026 in Los Angeles, California.

*/s/ Michael B. Shortnacy*
Michael B. Shortnacy