# EXHIBIT 4

lacounty.gov Contact Us Text Only A A A

Home | About LADA | Policies | Reports | Victims | Media | Community | Operations | Contact

## Media

- News Releases & Advisories
- Media Resources
- Media FAQs
- The Hard Middle

## Media Relations

211 West Temple Street
Suite 1200
Los Angeles, CA 90012
**Phone:** (213) 257-2000
**Email:** media@da.lacounty.gov

## News Releases

***2026***

January February March
April May June
July August

***Years***

2024 2025 2026

## News Releases

SEARCH

### June 11, 2026: District Attorney Hochman Files Application to Intervene in the LA County Child Sex Abuse Litigation in Order to Temporarily Stop Payments for Potentially Fraudulent Claims in the More Than $4 Billion Settlement

**Contact:**
Media Relations Division
(213) 257-2000
media@da.lacounty.gov

***The ex parte application requests the Court stop settlement payouts for six months while the District Attorney's Office completes its investigation into alleged fraudulent claims***

LOS ANGELES — Los Angeles County District Attorney Nathan J. Hochman filed a motion yesterday asking a Los Angeles County Superior Court judge to stay payments of the more than $4 billion settlement of child sex abuse claims against Los Angeles County until December 31, 2026, while the Office investigates significant allegations of fraud in a very significant majority of these cases.

A hearing to address the motion is scheduled at 8:30 a.m., Monday, June 15, in Department 534 of the Stanley Mosk Courthouse.

"I look forward to the court hearing on Monday where I will ask the Court to let the District Attorney intervene and to temporarily halt the payment and distribution of funds from the over $4 billion settlement of child sex abuse claims against Los Angeles County pending further review of a very significant number of potentially fraudulent sexual abuse claims involved in the settlement," District Attorney Hochman said. "This intervention is critical to safeguarding the rights of the legitimate child abuse survivors, including preserving the integrity of the settlement process. It will also help ensure that individuals who have allegedly filed fraudulent claims are held accountable for exploiting the horrific abuse and trauma experienced by genuine survivors."

District Attorney Hochman filed the motion a year after the Los Angeles County Board of Supervisors agreed to pay a $4 billion settlement to more than 11,000 claims of sexual abuse from victims who were previously in custody at Los Angeles County juvenile halls, foster homes and children's shelters.

"I have filed this application with the interests of the real victims in mind," District Attorney Hochman added. "We believe that fraudulent claims may account for as much as 81 percent of those seeking compensation from the settlement fund. Given the structure of the settlement, identifying and excluding ineligible claimants would ensure that those who are rightfully entitled to compensation receive a larger share of the settlement."

Read the motion here: Ex Parte Motion to Intervene and Stay

**Links:** Employment | Public Data

Site Map | Privacy Policy |

Select Language Powered by **Google Translate**

DO YOU NEED HELP?
L.A. County Home
211 L.A. County
LA County Helps

Get Adobe Acrobat Reader

© 2025 Los Angeles County District Attorney's Office.