# EXHIBIT 6

| MDL ID |
| --- |
| 5279 |
| 5794 |
| 5855 |
| 5877 |
| 5882 |
| 6181 |