# EXHIBIT 7

LAURA VARTAIN HORN (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

CHRISTOPHER V. COTTON (Pro Hac Vice)
**SHOOK, HARDY & BACON, L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*ALL ACTIONS* | **DECLARATION OF BRETT D. HARRISON AND FTI CONSULTING, INC.** |

I, Brett D. Harrison, am a Senior Managing Director within FTI Consulting, Inc.'s ("FTI") Technology Segment. I currently lead FTI's Digital Forensics Practice. I have over thirty years of experience assisting clients with Digital Forensic and Electronic Discovery ("e-Discovery") related engagements. Since joining FTI, I have led many dozens of engagements involving the investigation of Intellectual Property ("IP") theft, forensic data collection and the processing and analysis of data.

Prior to my employment with FTI, I was employed by the Federal Bureau of Investigation ("FBI") for fifteen years. For seven of those years (from 1999 until 2006), I worked within the FBI's Computer Analysis Response Team ("CART") Unit in Washington, D.C. The FBI's CART Unit is responsible for the forensic acquisition and processing of all computers which are examined by the FBI. During my tenure with the CART Unit, I worked as both an FBI Certified Forensic Examiner of computer evidence and as a Program Manager. As a Computer Forensic Examiner, I conducted acquisitions and forensic examinations of a wide range of computers including laptops, desktops and servers as well as computers which utilized both Windows and UNIX operating systems.

Following my certification as a Forensic Examiner, I also served as a Program Manager in the CART Unit and was responsible for ensuring that the FBI's 400 Forensic Examiners of computer evidence had the knowledge, skills, and tools required to perform examinations. As a Program Manager, I focused on leading the development of custom and semi-custom forensic tools to allow the FBI's Forensic Examiners to accurately collect, preserve, and process data from computer systems.

During the course of my career, including during my time at FTI, I have conducted many hundreds of forensic analyses and have authored hundreds of forensic reports. I have testified in court twenty times in both civil and criminal matters. I have provided numerous written declarations and reports, and have been deposed several times. I have worked on both the plaintiff and defendant sides of many engagements and have even served in a "neutral" capacity on numerous occasions.

FTI is a well-respected, independent, global business advisory firm dedicated to helping organizations manage change, mitigate risk, and resolve disputes: financial, legal, operational, political & regulatory, reputational, and transactional. The organization has more than 8,000 consultants and professionals in approximately 27 countries, and every year, FTI helps many thousands of organizations globally transform the way they anticipate and respond to events. The scope of FTI's clients includes, but is not limited to, many of Fortune's Global 100 corporations. I am supported by hundreds of dedicated digital forensics, cybersecurity, incident response, and data and analytics consultants, with cross-functional teams led by those with decades of experience at the highest levels of law enforcement, intelligence, and global private sector institutions.

FTI is being compensated for work in this matter at its currently standard hourly rates charged for each person working on the project. FTI's rates range from $225/hour to $895/hour—depending on the practitioner. Generally, simple forensic work is performed by lower bill rate practitioners, and more complex expert reporting and testimony work is performed by more senior practitioners. My current rate is $895/hour. No part of my or FTI's compensation is dependent on the contents of this Declaration, the substance of any further opinions I may offer, or the ultimate outcome of this matter.

**Uber's Search Methodology**

As I previously declared in a declaration (ECF 3855-17), I assessed, based on my Team's review of Uber's systems, that Uber's team, responsible for the defendant fact sheet ("DFS") process, has spent around 30-60 minutes to investigate each alleged ride and, based on the 21 manipulated receipts at issue in the prior declaration, the effort to investigate was estimated up to 21 hours.

I assessed that Uber's methodology was robust and utilized structured query language ("SQL") search parameters that are industry standard. Uber's search methodology took into account the information contained in each of the alleged receipts submitted by the 21 plaintiffs.

**Background**

I have been asked to compare and analyze 7 documents which were produced by Plaintiffs in the above captioned litigation (i.e., this MDL) and which purport to show evidence of Uber trip activity by those Plaintiffs. I visually scrutinized the documents and reviewed file metadata to look for discrepancies. I also reviewed and compared the population of actual receipts produced from Uber as part of the DFS process. Attachment 1 contains the names of files I reviewed. During my review, I relied upon members of the FTI Technology Practice working under my direction. References to "I," "my" or "FTI" include my efforts and those working under my supervision.

I understand, based on my knowledge, experience and research, that reviewing file metadata can provide insight into a file's origin, history, and authenticity. I reviewed file metadata to show what particular software was used to create and produce the 7 documents produced by Plaintiffs.

The files I reviewed contained inconsistencies in metadata, content, and formatting.

My conclusions are based on evidence that includes discrepancies in metadata, content, and formatting, including fee calculations, timestamps, trip duration calculations, address information,

embedded URLs, text alignment, text spacing, formatting, rider information, capitalization, and punctuation. Below are the details of my analysis of the documents:

**<u>5279_219491.pdf and 5279_224396.JPEG</u>**

I reviewed the content of the files named "5279_219491.pdf" and "5279_224396.JPEG" to determine whether there were indications that the document or image files were fabricated, changed, or edited. I understand that Plaintiff produced these files during the course of the MDL litigation.

I observed in the file named "5279_219491.pdf" that the trip duration calculation was inconsistent with the difference between the listed timestamps. The start time of trip displayed 5:58 AM and the end time displayed 6:18 AM but the displayed trip duration was "29 min" not "20 min".

I observed in the file named "5279_219491.pdf" an inconsistency with the "Download PDF" embedded URL. The URL redirected to [redacted]", which is associated with a different trip uuID "[redacted]"; a copy of such receipt was provided as "5279_Uber_Real_RR.pdf".




Screenshot of "5279_219491.pdf" containing the embedded URL link




Screenshot of Google Developer Tools showing the redirect of the URL link to a different trip uuID link

I reviewed the trip receipt "5279_Uber_Real_RR.pdf" from Uber's systems for trip uuID [redacted] (the trip uuID included in the link). I determined that the

document shared the same trip uuID and numerous identical characteristics as the file named "5279_219491.pdf."

I observed an inconsistency in the map that appeared on page 3 of "5279_219491.pdf". The image contains a reference to a file named "Screenshot 2025-12-04 at 7.13.43 PM.png" and appears to have originated from Plaintiff's additional submission, "5279_224396.JPEG".




I observed in the file named "5279_224396.JPEG" an inconsistency in the pickup address location previously identified in the document "5279_219491.pdf". The pickup city shows "[redacted]" and not "[redacted]", further demonstrating an inconsistency between the two files.

I noted that the file named "5279_219491.pdf" contained embedded metadata that indicated the file was produced by "[redacted]/PDF m143" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".




Screenshot of "5279_219491.pdf"




Screenshot of "Exemplar_5279_Real_Receipt"




Screenshot of "5279_224396.JPEG"

**5855_237970.pdf**

I reviewed the content of the file named "5855_237970.pdf" to determine whether there was an indication that the document was fabricated, changed, or edited. I understand that Plaintiff produced this file during the course of the MDL litigation.

I observed an inconsistency with the "Visit the trip page" embedded URL. The URL contained the link "[redacted]" that appeared to be associated with a different Uber receipt document for a trip that occurred on October 30, 2023.


Payments

VISA [redacted]

07/09/24 7:49 PM

A temporary hold of $40.96 was placed on your payment metho[redacted]
disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

Yourod[redacted]

UberX [redacted]
min

6:42 PM[redacted]

Screenshot of the embedded URL link from "5855_237970.pdf"


Payments

VISA [redacted]

10/30/23 7:49 PM

A temporary hold of $40.96 was placed on your payment metho[redacted]
disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode [redacted]

UberX [redacted]
min

Screenshot of the embedded URL link from "Exemplar_5855_Real_Receipt.pdf"

I observed an inconsistency with the date in the upper-left corner. The date appears to be misaligned and not right justified.

I observed an inconsistency with the rider's name. There appears to be a missing space after the comma preceding the name "[redacted]". The name in the receipt within Uber's systems is "[redacted]".


Uber July 9, 2024

Here's your receipt for your ride,[redacted]

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | $40.96 |
| Trip fare | $29.71 |
| Subtotal | $29.71 |
| [redacted] | $1.25 |
| Booking Fee | $10.00 |

Payments

VISA [redacted] $40.96

A temporary hold of $40.96 was placed on your payment method [redacted] This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode w[redacted]

UberX 34.36 miles | 1 h 6
min

6:42 PM [redacted]
7:48 PM

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Screenshot of "5855_237970.pdf"


Uber October 30, 2023

Here's your receipt for your ride, [redacted]

We hope you enjoyed your ride this evening.

| | |
|---|---|
| Total | $40.96 |
| Trip fare | $29.71 |
| Subtotal | $29.71 |
| [redacted] | $1.25 |
| Booking Fee | $10.00 |

Payments

VISA [redacted] $40.96

10/30/23 7:49 PM

A temporary hold of $40.96 was placed on your payment meth[redacted]is is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

You rode with [redacted]

UberX 38.36 miles | 1 h 6
min

6:42 PM [redacted]
7:48 PM

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Screenshot of "Exemplar_5855_Real_Receipt.pdf"

**5877_238122.pdf**

I reviewed the content of the file named "5877_238122.pdf" to determine whether there was an indication that the document was fabricated, changed, or edited. I understand that Plaintiff produced this file during the course of the MDL litigation.

I observed an inconsistency with the total calculation. The displayed total "$15.25" is miscalculated and should sum to "$14.25". Also, the "trip fare" entry does not equal the "subtotal" entry as expected within Uber trip receipts.

I observed an inconsistency with the notation of the trip duration. The document inconsistently shows a preceding zero before nine ("09") which is inconsistent with expected behavior of Uber trip receipts generated in or around the alleged time period.

I observed an inconsistency with punctuation in the pickup and drop-off addresses. The drop-off location is missing a comma before and after [redacted]



Uber

June 20, 2024

Here's your receipt for your ride [redacted]

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | $15.25 |
| Trip fare | $10.00 |
| Subtotal | $11.50 |
| Booking Fee | $0.50 |
| Tips | $2.00 |
| Transportation Recovery Tax | $0.25 |

Payments

VISA [redacted] $15.25

Visit the trip page for more information, including invoices (where available)

You rode with [redacted]

UberX 3.0 miles | 09 min

7:25 PM [redacted]
7:34 PM

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Screenshot of "5877_238122.pdf"

I noted that the embedded metadata indicated the file was produced by "Aspose.PDF for .NET 22.6.0" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

**<u>5882_242765.pdf</u>**

I reviewed the content of the file named "5882_242765.pdf" to determine whether there was an indication that the document was fabricated, changed, or edited. I understand that Plaintiff produced this file during the MDL litigation.

I observed an inconsistency with the document fonts. The document fonts appeared to be cut off for the number "2" where the charged amount "$14.42" is displayed.




Screenshot of "5882_ 242765.pdf"

I observed an inconsistency with the date of the document. The document was missing a date on the top left corner and a date was displayed below the charged fees.

I observed an inconsistency with the structure of the document. There was empty space in the middle of the document page.

I observed an inconsistency with an embedded URL in the payment date. The URL contained the link "[redacted] that appears to be associated with a different Uber receipt document for a trip that occurred on October 17, 2022.


Payments

[redacted]

8/03/24 6:26 PM

$20.07

Visit the trip page for more information, including invoices (where available)

[redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Screenshot of "5882_ 242765.pdf"


Uber

Here's your receipt for your ride[redacted]

| | |
|---|---|
| Total | $20.07 |
| Trip fare | $14.42 |
| Subtotal | $14.42 |

August 05, 2024

Payments

[redacted]

$20.07

Visit the trip page for more information, including invoices (where available)

[redacted] 4.5 miles | 23 min

[redacted]

Screenshot of "5882_ 242765.pdf"


Uber

October 17, 2022

Here's your receipt for your rid[redacted]

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | $19.97 |
| Trip fare | $13.42 |
| Subtotal | $13.42 |
| Temporary Fuel Surcharge | $0.45 |
| Booking Fee | $5.48 |
| NV Recovery Surcharge | $0.04 |
| Transportation Recovery Tax | $0.58 |

Payments

[redacted]

$19.97

Visit the trip page for more information, including invoices (where available)

You rode w[redacted]

UberX 11.65 miles | 17 min

12:59 PM | [redacted]

1:17 PM | [redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Screenshot of "Exemplar_5882_Real_Receipt.pdf"

I noted that the embedded metadata indicated the file was created by "Microsoft Word" by author "[redacted]" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

**6181_247856.pdf**

I reviewed the content of the file named "6181_247856.pdf" to determine whether there was an indication that the document was fabricated, changed, or edited. I understand that Plaintiff produced this file during the course of the MDL litigation.

I observed an inconsistency with the format of the document. The charged amounts were not aligned to the right margin. Also, I observed an inconsistent black background logo that says "Uber" in white font, but this logo is inconsistent with expected behavior of Uber trip receipts generated in or around the alleged time period. Also, I observed an inconsistent thick horizontal black line toward the bottom half of the document, but this thick horizontal black line is inconsistent with expected behavior of Uber trip receipts generated in or around the alleged time period.

I observed an inconsistency with the pickup and drop-off addresses. Both the pickup and drop-off addresses were missing commas between street name and city name.

I observed inconsistencies with the displayed charges being miscalculated and not adding up correctly. Total charge displays "$31.24" but the summation of charges calculated to "$28.24". Also, the "trip fare" entry does not equal the "subtotal" entry which is inconsistent with expected behavior of Uber trip receipts generated in or around the alleged time period. Also, the "Tolls, Surcharges and Fees" show a negative amount which is inconsistent with expected behavior of Uber trip receipts generated in or around the alleged time period.



Uber

Thank yo[redacted]for riding with us tonight!

Here's your updated ride receipt

Uber

| | |
|---|---|
| Total | $31.24 |
| Trip Fare | $0.00 |
| Subtotal | $31.24 |
| Tolls, Surcharges and Fees | $-3.00 |
| Amount Charged | $31.24 |

[redacted]

August 15th 2025 at 8:11PM

UberX

Total charged on card numbe[redacted]

Your driver tonight was[redacted]

[redacted]

Screenshot of "6181_247856.pdf"

I noted that the embedded metadata indicated the file was created by author [redacted]" with the application "Preview", using the PDF Producer "macOS Version 14.4 (Build 23E214) Quartz PDFContext" and not Uber's PDF receipt creator "wkhtmltopdf" and producer "Qt".

**5794_231838.jpg**

I reviewed the content of the file named "5794_231838.jpg" to determine whether there was an indication that the document was fabricated, changed, or edited. I understand that Plaintiff produced this file during the course of the MDL litigation.

I observed inconsistencies within the image file. I observed inconsistencies with the displayed charges being miscalculated and not adding up correctly. The "base fare", "distance," and "time" entries when added together ($33.49) do not equal the "subtotal" entry ($34.92). Also, Washington state fees are missing particularly for "WA Driver Resource Center Fund Fee" and "WA Driver Benefits Fee" based on trip receipts around this time period.




Screenshot of "5794_231838.pdf"




Screenshot of "Exemplar_5794_Comparison.pdf"

I declare under penalty of perjury that the foregoing is true and correct. Executed on 19/08/2(.

Brett D. Harrison
Senior Managing Director
FTI Consulting Technology

Brett D. Harrison

Brett D. Harrison

# Attachment 1
# Documents Considered

**List of Documents Considered**

| | |
|---|---|
| MDLC DOC ID 219491 | 5279_219491.pdf |
| MDLC DOC ID 224396 | 5279_224396.JPEG |
| N/A | Exemplar_5279_Real_Receipt.pdf |
| MDLC DOC ID 237970 | 5855_237970.pdf |
| N/A | Exemplar_5855_Real_Receipt.pdf |
| MDLC DOC ID 238122 | 5877_238122.pdf |
| MDLC DOC ID 242765 | 5882_242765.pdf |
| N/A | Exemplar_5882_Real_Receipt.pdf |
| MDLC DOC ID 247856 | 6181_247856.pdf |
| MDLC DOC ID 231838 | 5794_231838.jpg |
| N/A | Exemplar_5794_Comparison.pdf |
| UBER-MDL3084-DFS00001272 | 1318_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00001697 | 1011_40_Jane Roe CL 3 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00006581 | 1086_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00007746 | 1101_40_[redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00007750 | 1101_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00009723 | 1119_40_Jane Doe LS 348 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00009977 | 1124_40_Jane Doe LS 259 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00009979 | 1124_40_Jane Doe LS 259 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00010299 | 1126_40_Jane Doe LS 260 ([redacted]) - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00010527 | 1131_40_Jane Doe LS 293 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00010529 | 1131_40_Jane Doe LS 293 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00010780 | 1138_40_Jane Doe LS 149 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00010859 | 1140_40_Jane Doe LS 155 [redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00011479 | 1153_40_Jane Doe LS 253 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00011608 | 1157_40_Jane Doe LS 112 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00011924 | 1164_40_Jane Doe LS 388 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00012254 | 1167_40_Jane Doe LS 284 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00012529 | 1172_40_Jane Doe LS 265 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00013036 | 1182_40_Jane Doe LS 317 [redacted] req 6a_1.pdf |
| UBER-MDL3084-DFS00013040 | 1182_40_Jane Doe LS 317 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00013276 | 1185_40_Jane Doe LS 103 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00013309 | 1186_40_Jane Doe LS 25 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00014299 | 1209_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00014303 | 1209_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00015016 | 1218_40_[redacted]) - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00015269 | 1220_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015332 | 1221_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015334 | 1221_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00015337 | 1221_40_[redacted]) - req 6a_3.pdf |
| UBER-MDL3084-DFS00015398 | 1222_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015449 | 1223_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015451 | 1223_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00015618 | 1233_40_Jane Doe ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015699 | 1234_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00015701 | 1234_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00015878 | 1235_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00016147 | 1284_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00016151 | 1284_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00016154 | 1284_40_[redacted]an) - req 6a_3.pdf |
| UBER-MDL3084-DFS00016409 | 1291_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00016460 | 1292_40_[redacted] req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00016463 | 1292_40_[redacted] - req 6a_2.pdf |
| UBER-MDL3084-DFS00016465 | 1292_40_[redacted] - req 6a_3.pdf |
| UBER-MDL3084-DFS00020152 | 1370_40_[redacted]) - req 6a.pdf |
| UBER-MDL3084-DFS00024304 | 1439_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00024905 | 1464_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00025489 | 1477_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00025919 | 1489_40_Jane Doe ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00026207 | 1494_40_Jane Doe ([redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00026828 | 1523_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00029433 | 1773_40_Jane Roe CL 11 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00029606 | 1777_40_Jane Roe CL 15 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00029684 | 1778_40_Jane Roe CL 16 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00033000 | 2000_40_Jane Doe EB 12 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00033002 | 2000_40_Jane Doe EB 12 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00035086 | 2026_40_Jane Doe EB 34 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00035088 | 2026_40_Jane Doe EB 34 ([redacted]) - req 6a_2.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00036343 | 2037_40_Jane Doe EB 41 ([redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00036345 | 2037_40_Jane Doe EB 41 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00038082 | 2140_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00038945 | 2211_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00039696 | 2220_40_Jane Doe ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00040195 | 2244_40_Jane Doe ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00040198 | 2244_40_Jane Doe ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00040201 | 2244_40_Jane Doe ([redacted]) - req 6a_3.pdf |
| UBER-MDL3084-DFS00040305 | 2245_40_L.D. ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00043056 | 1775_40_Jane Roe CL 13 ([redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00043060 | 1775_40_Jane Roe CL 13 ([redacted] - req 6a_2.pdf |
| UBER-MDL3084-DFS00046677 | 2102_40_Jane Roe CL 41 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00046679 | 2102_40_Jane Roe CL 41 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00048599 | 2587_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00048601 | 2587_40_[redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00049748 | 2595_40_[redacted] - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00049751 | 2595_40_[redacted] - req 6a_2.pdf |
| UBER-MDL3084-DFS00050467 | 2607_40_Jane Doe EB 60 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00050470 | 2607_40_Jane Doe EB 60 ([redacted] - req 6a_2.pdf |
| UBER-MDL3084-DFS00052281 | 2621_40_[redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00053208 | 1467_40_[redacted] 1467 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00055340 | 2662_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00057860 | 1369_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00057987 | 2118_40_Jane Roe CL 56 ([redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00058077 | 2138_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00060318 | 2597_40_Jane Roe CL 68 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061332 | 2698_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061383 | 2699_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061511 | 2700_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061685 | 2706_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061786 | 2707_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00061854 | 2708_40_Jane Doe EB 62 [redacted]) - req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00061857 | 2708_40_Jane Doe EB 62 ([redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00062612 | 2713_40_Jane Roe CL 85 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00064113 | 2731_40_[redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00064937 | 2742_40_Jane Doe QLF 001 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00087277 | 1807_40_WHB 466 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00088205 | 1866_40_WHB 427 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00088475 | 1870_40_WHB 426 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00089109 | 1876_40_WHB 1469 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00090342 | 1907_40_WHB 1397 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00090345 | 1907_40_WHB 1397 [redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00090464 | 1908_40_WHB 623 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00090497 | 1910_40_WHB 373 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00091063 | 1931_40_WHB 873 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00091544 | 1943_40_WHB 1048 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00093218 | 2062_40_WHB 305 [redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00093221 | 2062_40_WHB 305 ([redacted]) - req 6a_2.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00093445 | 2069_40_WHB 342 ([redacted] - req 6a_1.pdf |
| UBER-MDL3084-DFS00093577 | 2076_40_WHB 514 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00093580 | 2076_40_WHB 514 [redacted]) - req 6a_2.pdf |
| UBER-MDL3084-DFS00094485 | 2153_40_WHB 359 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00094579 | 2158_40_WHB 1552 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00094625 | 2159_40_WHB 1660 ([redacted] req 6a_1.pdf |
| UBER-MDL3084-DFS00094693 | 2161_40_WHB 1260 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00094902 | 2181_40_WHB 1844 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00095070 | 2187_40_WHB 1142 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00095121 | 2191_40_WHB 647 ([redacted]) - req 6a_1.pdf |
| UBER-MDL3084-DFS00095742 | 2075_40_WHB 706 ([redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00095825 | 2130_40_DMA 1 ([redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00095860 | 2203_40_WHB 1927 ([redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00096817 | 2751_40_[redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00097948 | 2787_40_[redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00097951 | 2787_40_[redacted])_Req 6a_2 |

| | |
|---|---|
| UBER-MDL3084-DFS00099769 | 2807_40_[redacted])_Req 6a_1 |
| UBER-MDL3084-DFS00099772 | 2807_40_[redacted])_Req 6a_2 |
| UBER-MDL3084-DFS00100445 | 2080_40_Jane Roe CL 21 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101967 | 2825_40_Jane Doe 691408 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00101970 | 2825_40_Jane Doe 691408 ([redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00104212 | 2847_40_Jane Doe NLG ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00104776 | 2853_40_WHB 2062 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00106061 | 2881_40_WHB 2039 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00106064 | 2881_40_WHB 2039 [redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00106919 | 2865_40_WHB 2074 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107026 | 2883_40_WHB 2041 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00107172 | 2902_40_WHB 2055 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00112496 | 2992_40_Jane Doe LS 556 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00114521 | 2288_40_Jane Doe LS 269 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00115542 | 2297_40_Jane Doe LS 55 [redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00117196 | 2311_40_Jane Doe LS 139 ([redacted])_Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00119998 | 2331_40_Jane Doe LS 248 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120292 | 2335_40_Jane Doe LS 514 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00120295 | 2335_40_Jane Doe LS 514 ([redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124222 | 2377_40_Jane Doe LS 347 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124224 | 2377_40_Jane Doe LS 347 [redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00124227 | 2377_40_Jane Doe LS 347 ([redacted]Req 6a_3.pdf |
| UBER-MDL3084-DFS00124477 | 2381_40_Jane Doe LS 212 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124539 | 2383_40_Jane Doe LS 367 [redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00124949 | 2387_40_Jane Doe LS 399 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00128931 | 2423_40_Jane Doe LS 199 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129162 | 2428_40_Jane Doe LS 319 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00129572 | 2432_40_Jane Doe LS 87 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00130840 | 2449_40_Jane Doe LS 44 [redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133090 | 2474_40_Jane Doe LS 184 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00133648 | 2478_40_Jane Doe LS 487 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00134817 | 2503_40_Jane Doe LS 180 ([redacted])_Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00136821 | 2529_40_Jane Doe LS 113 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00137493 | 2533_40_Jane Doe LS 403 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00137496 | 2533_40_Jane Doe LS 403 ([redacted]Req 6a_2.pdf |
| UBER-MDL3084-DFS00137828 | 2538_40_Jane Doe LS 60 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00138613 | 2551_40_Jane Doe LS 479 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00143710 | 3059_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00147409 | 3094_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00147652 | 3097_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150328 | 3114_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00150697 | 3119_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00151956 | 3133_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154518 | 2947_40_CLF [redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00154521 | 2947_40_CLF [redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159272 | 3192_40_JLG 116 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00159273 | 3192_40_JLG 116 ([redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00159274 | 3192_40_JLG 116 ([redacted])_Req 6a_3.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00161203 | 3215_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162955 | 3232_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00162958 | 3232_40_[redacted]_Req 6a_2.pdf |
| UBER-MDL3084-DFS00163591 | 3219_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00163594 | 3219_40_[redacted]_Req 6a_2.pdf |
| UBER-MDL3084-DFS00168983 | 3310_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00171060 | 3327_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00171063 | 3327_40_[redacted]_Req 6a_2.pdf |
| UBER-MDL3084-DFS00172988 | 3340_40_JLG 128 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173434 | 3343_40_JLG 131 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00173651 | 3344_40_JLG 132 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00196110 | 2996_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00198780 | 3429_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00208904 | 3514_40_Jane Doe LS 603 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210543 | 3531_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210636 | 3532_40_[redacted])_Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00210788 | 3533_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210887 | 3534_40_[redacted]_Req 6a_1.pdf |
| UBER-MDL3084-DFS00210889 | 3534_40_[redacted]_Req 6a_2.pdf |
| UBER-MDL3084-DFS00211871 | 3541_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00212187 | 1132_40_Jane Doe LS 67 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00212865 | 3548_40_Jane Roe CL 168 ([redacted]Req 6a_1.pdf |
| UBER-MDL3084-DFS00216625 | 3587_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00217553 | 3593_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00217555 | 3593_40_[redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00217699 | 3595_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218915 | 3605_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00218918 | 3605_40_[redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00218921 | 3605_40_[redacted])_Req 6a_3.pdf |
| UBER-MDL3084-DFS00219709 | 3610_40_[redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00219712 | 3610_40_[redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00223054 | 3634_40_[redacted])_Req 6a_1.pdf |

| | |
|---|---|
| UBER-MDL3084-DFS00223610 | 3639_40_Jane Doe LS 608 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223753 | 3640_40_Jane Doe LS 609 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00223756 | 3640_40_Jane Doe LS 609 ([redacted])_Req 6a_2.pdf |
| UBER-MDL3084-DFS00224142 | 3649_40_Jane Doe KG 008 ([redacted])_Req 6a_1.pdf |
| UBER-MDL3084-DFS00224449 | 3654_40_[redacted]_Req 6a_1.pdf |