# EXHIBIT 8

Uber

Thank you [redacted] for riding with us tonight!

## Here's your updated ride receipt

Uber

| | |
|---|---|
| **Total** | $31.24 |
| Trip Fare | $0.00 |
| Subtotal | $31.24 |
| Tolls, Surcharges and Fees | $-3.00 |
| Amount Charged | $31.24 |

.... [redacted]

August 15th 2025 at 8:11PM

[redacted]

Total charged on card number ****-****-****-[redacted]

UberX

Your driver tonight was [redacted] [redacted]!

[redacted]