# EXHIBIT 9

June 20, 2024

# Here's your receipt for your ride, [redacted]

We hope you enjoyed your ride this afternoon.

| | |
|---|---|
| Total | $15.25 |
| Trip fare | $10.00 |
| Subtotal | $11.50 |
| Booking Fee | $0.50 |
| Tips | $2.00 |
| Transportation Recovery Tax | $0.25 |

## Payments

VISA Visa ••••[redacted] $15.25

Visit the trip page for more information, including invoices (where available)

You rode with [redacted]

UberX 3.0 miles | 09 min

7:25 PM | [redacted]

7:34 PM | [redacted]

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.