# EXHIBIT 10

| MDL ID |
|---|
| 1233 |
| 1361 |
| 1483 |
| 1484 |
| 1487 |
| 1489 |
| 1491 |
| 1492 |
| 1496 |
| 1500 |
| 1508 |
| 1509 |
| 1513 |
| 2213 |
| 2215 |
| 2217 |
| 2221 |
| 2225 |
| 2227 |
| 2230 |
| 2235 |
| 2254 |
| 2259 |
| 2260 |
| 2261 |
| 2262 |
| 2723 |
| 2797 |
| 2798 |
| 2804 |
| 2805 |
| 2812 |
| 2813 |
| 2842 |
| 2845 |
| 2920 |
| 2921 |
| 3020 |
| 3025 |
| 3030 |
| 3165 |
| 3201 |
| 3207 |
| 3208 |
| 3209 |
| 3246 |
| 3456 |
| 3645 |