# EXHIBIT 11

| MDL ID | Name of Rider |
|---|---|
| 2338 | [redacted] |
| 2348 | [redacted] |
| 2567 | [redacted] |
| 2609 | [redacted] |
| 2645 | [redacted] |
| 3050 | [redacted] |
| 3142 | [redacted] |
| 3224 | [redacted] |
| 3299 | [redacted] |
| 3361 | [redacted] |
| 3419 | [redacted] |
| 3449 | [redacted] |
| 3464 | [redacted] |
| 3528 | [redacted] |
| 3588 | [redacted] |
| 3720 | [redacted] |
| 3851 | [redacted] |
| 3852 | [redacted] |
| 4437 | [redacted] |
| 4453 | [redacted] |
| 4534 | [redacted] |
| 4556 | [redacted] |
| 4798 | [redacted] |
| 4799 | [redacted] |
| 4874 | [redacted] |
| 4904 | [redacted] |
| 4968 | [redacted] |
| 5020 | [redacted] |
| 5121 | [redacted] |
| 5454 | [redacted] |
| 5492 | [redacted] |