# EXHIBIT 12

ID: 9b6d9ffa-bd66-4a96-8ca8-09d363b0cc7f

Title: Your conversation with Uber

User Type: client

Contact autocreated through Bliss Phone

[redacted]

Fri, 17 Jun 2022 16:41:58 GMT

via system (internal)

Chronicle URL: https://chronicle.uberinternal.com/trip/09728d20-c228-42d0-b94e-90464dd9a29d

[redacted]

Fri, 17 Jun 2022 16:41:58 GMT

via system (internal)

Recording URL:
https://apps.mypurecloud.com/directory/#/engage/admin/interactions/98394805-6f17-430b-b310-624077e77039

[redacted]

Fri, 17 Jun 2022 16:41:58 GMT

via system (internal)

Who:

[redacted] - rider

What:

Rider is calling into report that the she ordered a trip for someone and the driver never picked up the passenger. The rider says that the driver accepted the trip abut never picked up the passenger and then proceeded to act like the trip wasactually happening. The driver even stopped at the rider's house, completed the trip, but didn't have the passenger in the car. The rider says she called the passenger and he said that no one picked him up Rider also mentioned that the pick up address was changed to a different address that she was not aware of. Driver said that she'll upload an image of the location that the driver went to

When:

June 14th 2022 2:15am EDT *

Where:

[redacted] (original address to be picked up at)

[redacted]

to

[redacted]

Ambulance/Hospitalization

n/a

Law Enforcement Involvement:

n/a

[redacted]

Fri, 17 Jun 2022 16:56:50 GMT

via agent (internal)

Thank you for calling Uber's Safety Incident Reporting Line. We've sent your report to our Safety Support Team. You should hear from them soon. In the meantime, please respond to this message if there's anything else you'd like to share or add to your report.

[redacted]

Fri, 17 Jun 2022 16:56:57 GMT

via agent (external)

This is what the recipe say

[redacted]

Fri, 17 Jun 2022 16:57:22 GMT

via inappsupport (external)

#KB: ( https://uberkb.lightning.force.com/articles/en_US/Knowledge/Rider-Trips-Index )

#LOB: IIT

[redacted]

Fri, 17 Jun 2022 16:58:42 GMT

via agent (internal)

#KB: https://uberkb.lightning.force.com/articles/en_US/Knowledge/Wrong-Rider-Begin-and-end-instead-of-cancel-NORTHAM

#LOB: RT

[redacted]

Sat, 18 Jun 2022 04:07:51 GMT

via agent (internal)

Hi [redacted]

We're sorry to hear that someone else took your trip.

We've reviewed this trip and can confirm that the amount you were charged has already been refunded back to your original payment method. This should reflect in your account within the next 3-5 business days.

We've noted your feedback and hope to offer you a better experience in the future.

Thank you.

[redacted]

Sat, 18 Jun 2022 04:07:51 GMT

via agent (external)

Related Jira ticket: https://jira.uberinternal.com/browse/SAFE-5569012

Name Unavailable

Tue, 09 Sep 2025 14:47:34 GMT

via agent (internal)