# EXHIBIT 13

| MDL ID |
| --- |
| 1048 |
| 1064 |
| 1071 |
| 1088 |
| 1351 |
| 1608 |
| 2696 |
| 2827 |
| 3046 |
| 3056 |
| 3090 |
| 3275 |
| 3287 |
| 3317 |
| 3354 |
| 3428 |
| 3526 |
| 3856 |
| 3857 |
| 3991 |
| 4081 |
| 4203 |
| 4337 |
| 4361 |
| 4393 |
| 4478 |
| 4482 |
| 4500 |
| 4535 |
| 4851 |
| 4941 |
| 5019 |
| 5117 |
| 5184 |
| 5282 |
| 5362 |
| 5412 |
| 5489 |
| 5495 |
| 5837 |