# EXHIBIT 14

| MDL ID |
|---|
| 4963 |
| 5676 |
| 1483 |
| 5430 |
| 3056 |
| 1125 |