# EXHIBIT 15

| MDL ID |
|---|
| 2278 |
| 2465 |
| 2486 |
| 2563 |
| 3241 |
| 3299 |
| 3304 |
| 3430 |
| 3597 |
| 3715 |
| 3892 |
| 3961 |
| 4060 |
| 4079 |
| 4506 |
| 4811 |
| 4843 |
| 5192 |
| 5217 |
| 5416 |
| 5431 |
| 5439 |
| 5451 |
| 5707 |