# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION, et al.** | : | |

---

**<u>O R D E R</u>**

On July 31, 2014, I proposed amending my Special Master Appointment Order and gave all Parties an opportunity to object, or offer changes or suggestions to the proposed Order. (Doc. No. 297.) All Parties indicated that they have no suggestions, changes, or objections. (Doc. Nos. 306-310.) Accordingly, my June 27, 2014 Special Master Appointment Order is **AMENDED** as follows:

The Special Master, William T. Hangley, Esq. shall have the authority to consider all requests for the imposition of sanctions stemming from the Thalidomide discovery issue, including but not limited to: the Parties' compliance with their discovery obligations, counsel's failure to conduct pre-suit investigations, whether discovery misconduct caused any unreasonable delays in litigation, and any other sanctions pursuant to Rule 11, 28 U.S.C. § 1927, or the Court's inherent authority that are substantially related to the Special Master's duties under the Appointment Order.

The Special Master's authority shall extend to all forthcoming and pending requests.

The Special Master shall issue a Report and Recommendation on any request for the imposition of sanctions in accordance with Rule 53(e). Any objections to the Report and Recommendation must be filed within 14 days after the Report is served. Any responses shall be filed within 10 days after any objections.

**IT IS SO ORDERED.**

Paul S. Diamond 8/6/14

**PAUL S. DIAMOND, J.**