Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>______________________________<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF MICHAEL VIVES IN SUPPORT OF UBER'S MOTION TO APPOINT A SPECIAL MASTER TO INVESTIGATE FRAUD**<br><br>Judge: Hon. Charles R. Breyer<br>Date:<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

I, Michael Vives, state as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein. I offer this Declaration in the above-captioned matter in support of Uber's Motion to Appoint a Special Master to Investigate Fraud.

2. In an effort to seek Plaintiffs' agreement to the relief sought in the above-referenced motion, counsel for Uber initiated a meet-and-confer process.

3. On August 7, 2026, I sent an email to Sarah London, Rachel Abrams, Roopal Luhana, and others concerning Uber's intention to move for the appointment of a fraud special master.

4. On that same day, I conferred with Rachel Abrams about Uber's motion. The parties were unable to reach agreement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of August, 2026, at New York, New York.

*/s/ Michael Vives*
Michael Vives