ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2393
Facsimile: (816) 421-5547

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

---

This Document Relates to:

*Jane Doe NLG (V.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03105-CRB

*Jane Doe NLG (J.B.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03166-CRB

*Jane Doe NLG (A.L.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03673-CRB

*Jane Doe LS 708 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03824-CRB

Case No. 3:23-md-03084-CRB

**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**

Date: October 23, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

*Jane Doe NLG (AF.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03861-CRB

*Jane Doe NLG (MM.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03940-CRB

*Jane Doe NLG (TB.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04120-CRB

*Jane Doe NLG (NT.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04421-CRB

*Jane Doe NLG (AH.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04702-CRB

*Jane Doe NLG (MC.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04825-CRB

*Jane Doe NLG (EN.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04827-CRB

*Herrera Barreda v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04852-CRB

*Jane Doe NLG (MS.2) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05303-CRB

*Jane Doe NLG (LD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05347-CRB

*Jane Doe NLG (AGP.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05351-CRB

*Jane Doe NLG (SD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05702-CRB

*Jane Doe NLG (EAM.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06030-CRB

*Jane Doe NLG (AT.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06034-CRB

*Jane Doe NLG (TP.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06051-CRB

*Jane Doe NLG (A.J.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06072-CRB

*Jane Doe NLG (C.B.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06080-CRB

*Jane Doe NLG (J.N.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06087-CRB

*Jane Doe NLG (KRD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06346-CRB

*Jane Doe NLG (JD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06349-CRB

*Jane Doe NLG (DE.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06363-CRB

*Jane Doe NLG (EC.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06371-CRB

*Jane Doe (TW.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06448-CRB

**DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Dismiss Cases for Failure to Comply with PTO 5.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF 175 at 2. PTO 5 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date - *i.e.*, by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or ride information within 14 days of joining the MDL. *Id.* at 3.

4. Attached to this declaration as Exhibit A is a table identifying Plaintiffs who, as of August 21, 2026, have failed to produce a ride receipt or ride information as required by PTO 5 or seek an extension. The Plaintiffs' deadlines to comply with PTO 5 are identified in the table at Exhibit A, as well as the date each of these Plaintiffs was sent a written Delinquency Notice informing them of their non-compliance with PTO 5. Plaintiffs have not responded within the thirty days provided in the Notice or cured their non-compliance by producing a ride receipt or ride information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2026 in Kansas City, Missouri.

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
ccotton@shb.com
2255 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2393
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC