# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID[1] | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| 5865 | Jane Doe NLG (V.W.) | Nachawati Law Group | 3:26-cv-03105 | 5/22/2026 | 6/30/2026 |
| 5867 | Jane Doe NLG (J.B.) | Nachawati Law Group | 3:26-cv-03166 | 4/28/2026 | 5/21/2026 |
| 6227 | Jane Doe NLG (A.L.) | Nachawati Law Group | 3:26-cv-03673 | 5/12/2026 | 5/21/2026 |
| 5264 | Jane Doe LS 708 | Levin Simes | 3:26-cv-03824 | 5/18/2026 | 6/30/2026 |
| 6134 | Jane Doe NLG (AF.1) | Nachawati Law Group | 3:26-cv-03861 | 5/15/2026 | 5/21/2026 |
| 6133 | Jane Doe NLG (MM.1) | Nachawati Law Group | 3:26-cv-03940 | 5/15/2026 | 5/21/2026 |
| 6144 | Jane Doe NLG (TB.1) | Nachawati Law Group | 3:26-cv-04120 | 5/20/2026 | 6/30/2026 |
| 4117 | Jane Doe NLG (NT.1) | Nachawati Law Group | 3:26-cv-04421 | 5/27/2026 | 6/30/2026 |
| None | Jane Doe NLG (AH.1) | Nachawati Law Group | 3:26-cv-04702 | 6/1/2026 | 6/30/2026 |
| None | Jane Doe NLG (MC.1) | Nachawati Law Group | 3:26-cv-04825 | 6/7/2026 | 6/30/2026 |
| 6195 | Jane Doe NLG (EN.1) | Nachawati Law Group | 3:26-cv-04827 | 6/6/2026 | 6/30/2026 |
| None | Herrera Barreda | Daspit Law Firm | 3:26-cv-04852 | 4/30/2026 | 5/21/2026 |
| 6248 | Jane Doe NLG (MS.2) | Nachawati Law Group | 3:26-cv-05303 | 7/3/2026 | 7/29/2026 |
| 4112 | Jane Doe NLG (LD.1) | Nachawati Law Group | 3:26-cv-05347 | 7/3/2026 | 7/29/2026 |
| 6251 | Jane Doe NLG (AGP.1) | Nachawati Law Group | 3:26-cv-05351 | 7/4/2026 | 7/29/2026 |
| 6252 | Jane Doe NLG (SD.1) | Nachawati Law Group | 3:26-cv-05702 | 7/12/2026 | 7/29/2026 |
| 6253 | Jane Doe NLG (EAM.1) | Nachawati Law Group | 3:26-cv-06030 | 7/18/2026 | 7/29/2026 |
| 6254 | Jane Doe NLG (AT.1) | Nachawati Law Group | 3:26-cv-06034 | 7/18/2026 | 7/29/2026 |
| 6255 | Jane Doe NLG (TP.1) | Nachawati Law Group | 3:26-cv-06051 | 7/18/2026 | 7/29/2026 |

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID[1] | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| 6256 | Jane Doe NLG (A.J.1) | Nachawati Law Group | 3:26-cv-06072 | 7/18/2026 | 7/29/2026 |
| 6257 | Jane Doe NLG (C.B.1) | Nachawati Law Group | 3:26-cv-06080 | 7/18/2026 | 7/29/2026 |
| 6258 | Jane Doe NLG (J.N.1) | Nachawati Law Group | 3:26-cv-06087 | 7/18/2026 | 7/29/2026 |
| 6259 | Jane Doe NLG (KRD.1) | Nachawati Law Group | 3:26-cv-06346 | 7/25/2026 | 7/29/2026 |
| 6260 | Jane Doe NLG (JD.1) | Nachawati Law Group | 3:26-cv-06349 | 7/25/2026 | 7/29/2026 |
| 6261 | Jane Doe NLG (DE.1) | Nachawati Law Group | 3:26-cv-06363 | 7/25/2026 | 7/29/2026 |
| 6262 | Jane Doe NLG (EC.1) | Nachawati Law Group | 3:26-cv-06371 | 7/25/2026 | 7/29/2026 |
| 5856 | Jane Doe NLG (TW.1) | Nachawati Law Group | 3:26-cv-06448 | 7/26/2026 | 7/29/2026 |