IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Jane Doe QLF 001 v. Uber Technologies, Inc., et al. | Case No. 1:26-cv-01694-CRB |

The Court has considered Plaintiffs' Motion to Admit Evidence of Driver's Criminal Conviction (Dkt. No. 7041), Uber's Opposition (Dkt. No. 7071), and Plaintiffs' Reply (Dkt. No. 7072). The Plaintiff in this bellwether case alleges that she was assaulted by her Uber driver, Victor Hyunh Le. Mr. Le was convicted of sexual assault and sentenced to 11 years in prison. Plaintiff argues that evidence of the Uber driver's criminal conviction should be admitted in its case against Uber. Uber asks that the Court hold the Motion in abeyance until Mr. Le's deposition is completed and Uber has determined whether to contest the occurrence of the assault.[1]

The Court denies the Motion without prejudice for either party to raise the issue again after Mr. Le's deposition. While the parties have not made a formal request to take the deposition of Mr. Victor Hyunh Le, the Court authorizes the taking of Mr. Le's

[1] Uber also argues that if it decides not to contest the assault, evidence related to the driver's conviction would be inadmissible under Fed. R. Evid. 803(22), 401, and 403.

United States District Court
Northern District of California

deposition, who is currently incarcerated. Fed. R. Civ. P. 30(a)(2)(B). The Court orders that the deposition be taken by September 1, 2026. If the deposition does not take place by September 1, 2026, the parties are ordered to file daily updates until the deposition takes place.

**IT IS SO ORDERED.**

Dated: August 21, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California