# EXHIBIT A

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: *JLG 234 v. Uber Technologies, Inc., et al; 3:26-cv-00701* | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH PTO 31** |

Plaintiff, by and through undersigned counsel, herein responds in opposition to Defendants, Uber Technologies, Inc. and Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") motions to dismiss for failure to comply Pre-Trial Order (" PTO") 31.

## I. INTRODUCTION

On April 17, 2026, Plaintiff was included on Defendants Motion to Dismiss for failure to comply with Pre-Trial Order ("PTO") 31. (Dkt. No. 5915). Counsel acknowledges that, under PTO 31, the Court has established deadlines and procedures for the production of a bona fide ride receipt or statement explaining why that cannot be located . Plaintiff did not willfully fail to comply with that order. Due to the nature, sensitivity, of the allegations, and the mental and emotional damage it caused, Plaintiff required additional time to gather and provide the information responsive to PTO 31.

## II. ARGUMENT

Plaintiff completed her PTO 31 affidavit which was produced via MDL-Centrality on July 30, 2026. Plaintiff also provided a First Amended Plaintiff Fact Sheet along with the executed Verification page on July 30, 2026 via MDL-Centrality in response to a June 30, 2026, Deficiency Notice.

## III. CONCLUSION

Plaintiff respectfully requests this Court deny Defendants' Motions as moot as to Plaintiff JLG 234 as a result of Plaintiff completing and serving a PTO 31 Affidavit and a verified Amended Plaintiff Fact Sheet.

Dated: August 21, 2026

Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically transmitted the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH PTO 31** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Dana Lizik*
Dana Lizik

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to:<br><br>*JLG 234 v. Uber Technologies, Inc., et al; 3:26-cv-00701* | **DECLARATION OF DANA LIZIK IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH PTO 31** |

I, DANA LIZIK, Declare as follows:

1. I am an attorney with Johnson Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would do so competently.
2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motions to Dismiss for Failure to Comply with Pre-Trial Order 31 (Dkt. No. 5915).
3. On April 17, 2026, Defendants filed a Motion to Dismiss for failure to comply with PTO 31, which included Plaintiff. (Dkt. No. 5915).
4. My office communicated with Plaintiff regarding the need to complete and provide the documentation required under PTO 31, including an Affidavit.
5. Plaintiff required additional time to gather and provide the requested information due to the

sensitive nature of the allegations and the impact they have had on Plaintiff.

6. Plaintiff completed her PTO 31 Affidavit, which was produced via MDL Centrality on July 30, 2026.

7. On that same date, Plaintiff also provided a First Amended Plaintiff Fact Sheet, including an executed Verification page, which was likewise produced via MDL Centrality in response to a June 30, 2026 Deficiency Notice.

8. Plaintiff has now provided the materials required under PTO 31.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 21, 2026

Respectfully submitted,

By: */s/ Dana Lizik*

Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*