DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OUT OF TIME UNDER FRCP 6(b)(1)(B)** |
| This Document Relates to:<br><br>*JLG 225 v. Uber Technologies, Inc., et al; 3:25-cv-10870* | |

Plaintiff, by and through undersigned counsel, respectfully moves this Court for leave to file their Opposition to Defendants' Motions to Dismiss Out of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). Plaintiff submits that the failure to meet the applicable deadlines resulted from excusable neglect and that leave should be granted in the interest of resolving the motions on the merits:

**<u>INTRODUCTION</u>**

This Motion arises from Plaintiff's failure to timely file an opposition to Defendants' Motions to Dismiss because of Plaintiff's unavailability and challenging life circumstances Defendants moved to dismiss on August 4, 2026 (Dkt. No. 6979) for Failure to Comply with Amended PTO ("Pre-rial Order").

Plaintiff's counsel required a signed Plaintiff Fact verification from Plaintiff in order to

prepare a complete and accurate opposition to these motions. Despite repeated efforts, Plaintiff failed to respond and provide the necessary materials before the applicable deadlines.

Plaintiff was in Women's Correctional Facility at the time her Plaintiff Fact Sheet was initially due pursuant to PTO 10. Counsel was able to speak with Plaintiff and complete the Plaintiff Fact Sheet with her verbally, but Plaintiff was unable to return a signed verification. Upon release from the Correctional Facility, Plaintiff was staying at various rehabilitation and transitional living facilities without consistent access to her email or phone. At all times, Counsel tried to reach Plaintiff by phone, email and mail, and tried to reach Plaintiff through her Probation Officers. Counsel even sent a mobile notary to Plaintiff's address with the verification page to be signed. However, it was not until August 20, 2026, that Plaintiff was able to sign and return the Plaintiff Fact Sheet verification.

The otherwise substantially complete Plaintiff Fact Sheet without the signed verification page was produced via MDL-Centrality on January 19, 2026, in compliance with the PTO 10 deadlines. Defendants issued a Deficiency Notice regarding the missing verification on April 13, 2026. Counsel requested a thirty-day extension on May 28, 2026, which Defendants granted. After that extension counsel notified Defendants of the continued unsuccessful attempts to reach Plaintiff, which is why the deficiency could not be cured.

Plaintiff provided the signed verification on August 20, 2026, and it was served via MDL Centrality the same day. Counsel has now finalized the opposition and prepared this Motion.

Although the delay is longer than typical, it was not the result of bad faith, and counsel is back in contact with Plaintiff. Because the Court has not yet ruled on the pending Motion to Dismiss, and Defendants will not be prejudiced, Plaintiff respectfully requests leave to file the opposition out of time. Plaintiff's proposed Opposition to Defendants' Motion to Dismiss is attached as Exhibit A.

## LEGAL STANDARD

Under Federal Rule of Civil Procedure 6(b)(1)(B), a court may extend a deadline after it has expired upon a showing of excusable neglect. In determining whether neglect is excusable, courts consider: (1) the length of the delay and its potential impact on proceedings; (2) the danger of prejudice to the opposing party; (3) the reason for the delay; and (4) whether the movant acted in good faith. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380 (1993).

## ARGUMENT

**A. The Delay Will Not Prejudice Defendants**

Granting leave will not prejudice Defendants. The Court has not yet ruled on the Motion to Dismiss, and Defendants will have an opportunity to address Plaintiff's arguments. If necessary, the Court may adjust any reply schedule.

**B. The Delay Does Not Meaningfully Impact the Proceedings**

Although the delay is not insignificant, allowing the opposition will promote resolution of the Motions to Dismiss on the merits rather than by default. Permitting the filing will not disrupt the Court's management of this case. Additionally, the substantially completed Plaintiff Fact Sheet was provided timely, as evidenced by the fact that the only deficiency raised by Defendants was the missing signed verification page. Despite the missing verification, Defendants have had access to the discovery information on the Plaintiff Fact Sheet.

**C. The Delay Resulted from Excusable Neglect**

The delay resulted from a combination of circumstances, including Plaintiff's unavailability and her housing challenges. Despite Counsel's repeated attempts to contact Plaintiff, the opposition could not be completed without Plaintiff's specific information, and it was not provided until recently.

Once the information was received, Plaintiff, through counsel, acted promptly to prepare both the opposition and this Motion.

**D. Plaintiff Acted in Good Faith**

The failure to meet the deadlines was not strategic and conferred no advantage. Upon discovering the issue, Plaintiff, through counsel, acted promptly and has been fully transparent with the Court.

## CONCLUSION

For the foregoing reasons, Plaintiff's failure to timely file the opposition constitutes excusable neglect under Rule 6(b)(1)(B). Plaintiff respectfully requests that the Court grant leave to file the opposition to Defendants' Motions to Dismiss out of time and consider it on the merits.

Dated: August 21, 2026

Respectfully submitted,

By: *<u>/s/ Dana Lizik</u>*
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically transmitted the foregoing **MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OUT OF TIME UNDER FRCP 6(b)(1)(B)** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*<u>/s/ Dana Lizik</u>*
Dana Lizik