# EXHIBIT A

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*JLG 225 v. Uber Technologies, Inc., et al; 3:25-cv-10870* | |

Plaintiff, by and through undersigned counsel, herein responds in opposition to Defendants, Uber Technologies, Inc. and Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") motions to dismiss for failure to comply with Amended Pre-Trial Order (" PTO") 10.

## I. INTRODUCTION

On August 4, 2026, Plaintiff was included on Defendants Motion to Dismiss for failure to comply with Pre-Trial Order ("PTO") 10. (Dkt. No. 6979)

Counsel acknowledges that, under PTO 10, the Court has established deadlines and procedures for the production of certain documentation, including a substantially complete Plaintiff Fact Sheet and signed verification. Plaintiff did not willfully fail to comply with those orders. Her noncompliance was due to her challenging life circumstances and housing

arrangements.

Plaintiff was recently released from a Women's Correctional Facility and living in rehabilitation and transitional housing facilities. As such, she did not have consistent access to her email or phone and had several mailing address changes. Counsel made many attempts to contact Plaintiff by phone, email, physical mail, and mobile notary. Plaintiff was finally able to be contacted through her Probation Officers and signed and returned the Plaintiff Fact Sheet verification pursuant to PTO 10.

## II. ARGUMENT

Plaintiff completed the Plaintiff Fact Sheet verification on August 20, 2026, and it was produced via MDL-Centrality the same day. Plaintiff previously provided a substantially complete Plaintiff Fact Sheet without the executed verification on January 16, 2026.

## III. CONCLUSION

Plaintiff respectfully requests this Court deny Defendants' Motions as moot as to Plaintiff JLG 225 as a result of Plaintiff completing and a Plaintiff Fact Sheet verification in compliance with PTO 10.

Dated: August 21, 2026

Respectfully submitted,

By: /s/ Dana Lizik
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically transmitted the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH AMENDED PTO 10** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Dana Lizik*
Dana Lizik

DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JLG 225 v. Uber Technologies, Inc., et al; 3:25-cv-10870* | MDL No. 3084 CRB<br><br>**DECLARATION OF DANA LIZIK IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH PTO 10** |

I, DANA LIZIK, Declare as follows:

1. I am an attorney with Johnson Law Group, counsel of record for Plaintiff in this action. I have personal knowledge of the matters set forth herein and, if called to testify, could and would do so competently.
2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order 10 (Dkt. No. 6979).
3. On August 4, 2026, Defendants filed a Motion to Dismiss for failure to comply with PTO 10, which also included Plaintiff. (Dkt. No. 6979).
4. My office communicated with Plaintiff regarding the need to complete and provide the documentation required by PTO 10, including the Plaintiff Fact Sheet verification.
5. Plaintiff required additional time to gather and provide the requested information due to her

challenging circumstances with housing and consistent access to her phone and email.

6. Plaintiff completed the Plaintiff Fact Sheet verification on August 20, 2026, which was produced via MDL Centrality the same day.

7. Plaintiff previously provided a substantially complete Plaintiff Fact Sheet without the signed verification on January 16, 2026.

8. Plaintiff has now provided the materials required by PTO 10.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 21, 2026

Respectfully submitted,

By: <u>*/s/ Dana Lizik*</u>

Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*