[Submitting Counsel below]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No. 23-md-03084-CRB

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiff moves the Court to consider whether material designated confidential by Uber or third parties associated with Uber should be sealed.

On August 20, 2026, Plaintiff filed a letter brief concerning bellwether selections, which refers to documents that Uber designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and / or "CONFIDENTIAL."

**Material To Be Filed Under Seal**

The material to be filed under seal is portions of Plaintiff's letter brief concerning bellwether selections:

| Document | Description | Designating Party |
|---|---|---|
| Brief | Unredacted Letter Brief | Uber |

Under Local Rule 79-5(f)(3), Uber bears the responsibility to establish that allof the designated material is sealable.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Roopal P. Luhana in Support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: August 21, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 21, 2026

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman