GIRARD SHARP

**VIA ECF – REDACTED**

The Honorable Charles R. Breyer
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation*, MDL No. 3084 CRB; Order of Waves 2 through 4 Trials

Your Honor:

Plaintiffs respectfully submit this letter in further support of their proposed bellwether selections for Trial Waves 2 through 4 as discussed in the Joint Case Management Conference Statement ("CMS) filed on August 13, 2026 (ECF 7020) and the accompanying proposed Pretrial Order No. 45 (ECF 7020-1). Since that filing, Plaintiffs have removed one case (BG ID 5328) from their proposed selections in the initial Trial Order and will submit a revised Pretrial Order No. 45 if the Court accepts Plaintiffs' approach. This letter highlights the criteria that guided Plaintiffs' selections.

As stated in the CMS, Plaintiffs' proposed bellwether pool was designed to test Plaintiffs' negligence theories against Uber arising from Uber's failure to adequately screen, onboard and deactivate its drivers. To that end, Plaintiffs chose cases where the assault was reported to law enforcement, to reduce the odds of trials centering on ancillary disputes concerning whether the assault occurred. Moreover, Plaintiffs chose cases where the focus is on whether Uber knew or should have known that its driver was unsafe because of prior reports, complaints, or the company's own S-RAD data, yet failed to act on that information by deactivating the driver before the assault at issue occurred.

Plaintiffs' proposal ensures that the bellwether pool meaningfully tests Uber's conduct with respect to its driver screening and onboarding policies, including the adequacy of Uber's background checks, monitoring of drivers the subject of passenger complaints, and process for deactivating drivers with a documented history of misconduct. As discussed in the CMS and the Trial Order, Plaintiffs believe these bellwether selections will yield the most useful information for the parties and the Court. Plaintiffs are prepared to address any questions the Court may have regarding these selections at the August 24 CMC.

(415) 981-4800 601 California Street, Suite 1400
San Francisco, CA 94108 www.girardsharp.com

| BG ID | Plaintiff Name | Case Number | State |
|---|---|---|---|
| **1301** | ***A.M.*** | **3:24-cv-01732** | **NY** |
| **2579** | ***A.M.*** | **3:24-cv-06790** | **VA** |
| **5338** | ***C.K.*** | **3:26-cv-04176** | **GA** |
| **5499** | ***M.O.*** | **3:26-cv-05682** | **PA** |
| **3369** | ***G.C.*** | **3:25-cv-03554** | **WA** |
| **5148** | ***R.M.*** | **3:26-cv-02694** | **TN** |
| **5004** | ***C.I.*** | **3:26-cv-01857**[1] | **WA** |
| **4074** | ***L.B.*** | **3:25-cv-08116** | **IN** |
| **3077** | ***B.L.*** | **3:25-cv-02400** | **IL** |
| **1025** | ***William Adorno, on behalf of his minor child, I.O.*** | **3:23-cv-05101** | **AZ** |
| **5014** | ***A.D.*** | **3:26-cv-01433** | **AZ** |
| **5480** | ***J.J.01*** | **3:26-cv-04914** | **NC** |
| **6207** | ***L.M.*** | **3:26-cv-08233** | **TX** |
| **3352** | ***L.S.*** | **3:25-cv-03307** | **TX** |

**A.M. (1301)**: Overnight between June 10 and June 11, 2022, Plaintiff A.M. ordered an Uber in Bayonne, New Jersey to take her home from a friend's house. The driver went off route, pulled over and sexually assaulted the Plaintiff, forcing her hand onto his penis and his penis into her mouth. Plaintiff reported the incident to Uber and to law enforcement. Uber hired the driver in 2020, and let him keeping driving on the platform despite a [redacted]

**A.M. (2579):** On December 30, 2022, Plaintiff ordered an Uber in Stafford, VA to Fredericksburg, VA. The driver went off route, pulled over and locked the doors and touched Plaintiff's vagina. He then masturbated the rest of the ride until he dropped her off only after she threatened to have the police called. [redacted]

[1]The August 13, 2026 Proposed Pretrial Order No. 45, Dkt.7002-1, inadvertently contained the incorrect case number and state for Plaintiff C.I; the BG ID was correct.

(415) 981-4800 601 California Street, Suite 1400 San Francisco, CA 94108 www.girardsharp.com

[redacted]

**C.K. (5338):** On December 28, 2025, C.K. was sexually assaulted during a ride in the middle of the night traveling from Jonesboro to Decatur, Georgia. C.K. began the ride in the backseat, but the driver requested that she move to sit in the front seat, which she did when the vehicle was stopped at a red light. The driver pulled over on the highway, locked the doors, and attempted to kiss her. C.K. was afraid to confront the driver, who resumed the trip. The driver pulled over again, this time forcing C.K.'s head into the driver's lap while he groped her breasts and buttocks, and then moving her shorts aside to touch her genitals. The Plaintiff's boyfriend, who had ordered the ride for her, was monitoring her ride via the Uber app, and called to make sure she was okay since the ride had stopped. After the phone call, the driver resumed the ride to the requested destination. [redacted]

**M.O. (5499):** On September 13, 2024, Plaintiff M.O. ordered an Uber from Philadelphia, PA to Villanova, PA, where she was a university student. Plaintiff was not feeling well and decided to return to her dorm room and not go out for a friend's birthday. When the driver arrived at the destination, he followed Plaintiff into her dorm room and raped her. The driver then found an RA to help him obtain a $150 "fee" for a mess Plaintiff had left in his car, which she provided through a crack in her dorm door before asking the RA to make the driver leave. The assault was reported to law enforcement and Uber. The driver pled "no contest" and is incarcerated for the rape.

**G.C. (3369):** G.C. was sexually assaulted in Seattle, Washington by an Uber driver in the early morning hours of October 27, 2024. G.C. began the ride in the backseat, but the driver demanded that she move to sit in the front seat. He began groping her legs, prying them apart, and asked her to have sex (Plaintiff refused). The driver pulled over into an empty parking lot, parked the vehicle, and continued groping Plaintiff's legs, breasts, and groin. He then forcibly kissed her while forcing her hands onto his penis. The assault was reported to the police, and the driver's criminal trial is set for September 29, 2026. G.C.'s ride involved numerous factors that Uber knows are associated with a high risk for assault. It was a late-night ride involving an intoxicated female passenger and a driver who diverted the ride into an isolated location before the assault.

**R.M. (5148):** On October 1, 2025, R.M., a mentally disabled 27 year-old resident of Nashville, TN, was sexually assaulted by a driver Uber sent to give her a ride. R.M. had taken an Uber to a smoothie cafe with a friend, and the same driver who drove them there picked her up when she ordered an Uber to take her home. As they neared R.M.'s home, the driver parked at the back of the parking lot at the requested destination and got into the backseat, where he forced

Plaintiff to touch his penis and forced his fingers inside her vagina. He attempted to follow her into her home, but she was able to get away. The assault was immediately reported to Uber and to the police. A criminal investigation is pending.

**C.I. (5004):** On the morning of April 1, 2023, C.I. ordered a ride from Kent, Washington to Covington, Washington. While in the car, C.I. fell asleep and woke up to the driver penetrating her. The incident was reported to Uber and Law Enforcement the following day. It appears that [redacted]

**L.B. (4074):** On October 13, 2023, L.B ordered an Uber for a trip to CVS in Anderson, Indiana. The driver requested that the Plaintiff drive the car and indicated that he had some sort of disability. While she drove, he then showed her inappropriate messages on his phone and then grabbed her breast. She has photos of the messages and the driver, eliminating any doubt that they were given to her during the trip, and reported the incident to the police [redacted]

**B.L. (3077):** On July 28, 2023, B.L. was sexually assaulted during a ride between 11:10 p.m. and 12:50 a.m. in Chicago, Illinois. She had been drinking, and it was raining. The driver asked her to sit in the front seat and offered a shirt for her to dry off with. He groped her inner thigh and forcefully kissed her multiple times. The driver deviated from the route, extending the time of the ride. [redacted]

**Adorno (1025):** On September 7, 2022, Mr. Adorno ordered an Uber ride for his daughter, I.O. from a school to their residence in Phoenix, Arizona. The Uber driver enticed the minor child to consume drugs he had with him in his vehicle. The driver then took the minor child to an alley and raped her, taking her virginity. The incident was reported to the police, the driver's DNA matched a sample taken from Plaintiff during the investigation, and ultimately the driver was convicted of the assault and is serving time in prison. The driver was noted to have two prior felony convictions and three misdemeanor convictions before raping I.O including records of dangerous criminal activity in 2021.

**A.D. (5014):** On October 6, 2025, A.D. was sexually assaulted during a ride in the middle of the night in Mesa, Arizona. The driver went off route and parked in a church parking lot, where he got into the backseat and raped her. [redacted]

**J.J.01 (5480):** On July 20, 2025, J.J.01 was sexually assaulted, just after 3:00 a.m. in Wake County, North Carolina. She was intoxicated and fell asleep in the car. The driver groped her breasts and legs during the ride. When the vehicle reached the destination, he entered the backseat of the vehicle, took her phone away from her, held her in place with his bodyweight, and digitally penetrated her in the back of the car. Before her let her leave the vehicle, the driver made her repeat after him that she was drunk, "wanted it," and that it was her fault for being in an Uber ride by herself. The driver was arrested on felony charges of Second Degree Forcible Sex Offense and First Degree Kidnapping; the criminal case is pending.

**L.M. (6207):** On July 27, 2024, Plaintiff ordered an Uber in Houston, Texas to go home from a birthday party. During the ride, the driver stared and leered at Plaintiff until they arrived at her destination. Once there, the driver jumped out of the car and followed Plaintiff, forcing himself into her building. He attacked Plaintiff, digitally penetrating her, and kissing her. When other people came into view, he ran away. Plaintiff had bruising on her neck and body and reported the incident to the police. It's Plaintiff's understanding, the driver was arrested by ICE and has been deported, meaning he should not have been on the platform at the time of the assault given he was not able to work in the United States.

**L.S. (3352):** On January 19, 2025, Plaintiff L.S. ordered an Uber from a bar after a wedding to her family's home in Corpus Christi, Texas. The driver then went off route and pulled over at a park where he raped her. Plaintiff reported the incident to law enforcement and Uber and a criminal trial against the driver is set for fall 2026. The driver allegedly told the Plaintiff that he had engaged in prior off-route activity before the subject incident.

Respectfully,

Sarah R. London

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

ROOPAL P. LUHANA *(Pro Hac Vice)*
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatory identified above has concurred in this filing.

Dated: August 21, 2026

By: *<u>/s/ Andrew R. Kaufman</u>*
Andrew R. Kaufman