Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS' MOTION TO APPOINT RANDI ELLIS AS SETTLEMENT SPECIAL MASTER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

I, Elizabth A. Larsen, declare as follows:

1. I am Of Counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Motion to Appoint Randi Ellis as Settlement Special Master.

2. Attached as **Exhibit 1** is a true and correct copy of the JCCP Order Concerning Appointment of Settlement Special Master, dated January 20, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 24, 2026, in LaGrange, Illinois.

*<u>/s/ Elizabeth A. Larsen</u>*
Elizabeth A. Larsen