# EXHIBIT 1

E-SERVICE
78250258
Jan 20 2026
09:50PM
File & ServeXpress

FILED
San Francisco County Superior Court
JAN 20 2026
CLERK OF THE COURT
BY: [signature]
Deputy Clerk

WALT CUBBERLY (SBN 325163)
wcubberly@whlaw.com
BRIAN ABRAMSON (*pro hac vice*)
babramson@whlaw.com
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Tel: (713) 230-2200
Fax:(713)643-6226

*Co-Lead Counsel for Plaintiffs*
*[Additional Counsel Listed on Following Page]*

ALLISON M. BROWN (*pro hac vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (*pro hac vice*)
jessica.davidson@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RAISER, LLC, and RASIER-CA, LLC

*[Additional Counsel Listed on Following Page]*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>*In re: Uber Rideshare Cases* | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5188<br><br>Case No. CJC-21-005188<br><br>*(Assigned to Hon. Ethan P. Schulman, Dept. 304)*<br><br>**[~~PROPOSED~~] ORDER CONCERNING APPOINTMENT OF SETTLEMENT SPECIAL MASTER** |
| This Document Relates to:<br><br>*ALL CASES* | |

THIS ORDER shall govern all cases being litigated as part of Judicial Council Coordinated Proceeding No. 5188, *In Re: Uber Rideshare Cases* ("JCCP 5188"), whether by an original filing, coordination, or transfer to this Court.

WHEREAS, in light of the size and complexity of this litigation and in efforts to achieve resolution, this Court on December 16, 2026, entered an Amended Fact Sheet Implementation and Ride Receipt Discovery Order (the "Order") requiring the JCCP No. 5188 parties to participate in an alternative dispute resolution process;

WHEREAS, the Order states that the parties have met and conferred and have jointly agreed that Randi S. Ellis shall serve as the settlement special master for this JCCP;

WHEREAS, the Court appointed Randi S. Ellis (the "Settlement Special Master") as Settlement Special Master in JCCP 5188 pursuant to Section 13 of the Order;

By stipulation of the parties, the Court hereby ORDERS as follows:

1. As agreed by the parties, the Settlement Special Master will be compensated by the parties to this action at the rate of $1,500/hour, with Defendants paying 50 percent and Plaintiffs paying 50 percent of the Settlement Special Master's associated fees and costs.

2. For any mediations conducted by the Settlement Special Master, she will be compensated by the mediating parties, and not by Plaintiffs' Leadership, with Defendants paying 50 percent and the plaintiffs' firm or plaintiffs' firms that are mediating paying 50 percent of the Settlement Special Master's fees and costs associated with the mediation.

**IT IS SO ORDERED.**

Dated: Jan. 20, 2026

Ethan P. Schulman

The Honorable Ethan P. Schulman
Judge of the Superior Court

**CERTIFICATE OF ELECTRONIC SERVICE**

**(CCP 1010.6, and CRC 2.251)**

I, Edward Santos, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On January 20, 2026, I electronically served:

**ORDER CONCERNING APPOINTMENT OF SETTLEMENT SPECIAL MASTER**

via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Date: JAN 2 0 2026

Brandon E. Riley, Court Executive Officer

By: Edward J. Santos

Edward Santos, Deputy Clerk