**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Case No. 3:23-md-03084-CRB<br><br>**AMENDED JANE DOE QLF 0001 SCHEDULING ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

The Court hereby GRANTS the Parties' proposed revised schedules for Jane Doe QLF 0001, the next bellwether trial, as follows:

| **EVENT** | **DATE** |
|---|---|
| Substantial Completion of Fact Discovery | September 1, 2026 with remaining depositions occurring up to September 25, 2026 |
| Expert Reports | September 3, 2026 |
| Jury Questionnaire / Voir Dire Questions | September 9, 2026 |
| Motions for Summary Judgment | September 11, 2026 |
| Motions in Limine / 412 Motions | September 11, 2026 |
| Close of Expert Discovery | September 14, 2026 |
| Rule 702 Motions | September 14, 2026 |
| Witness List / Exhibit Lists | September 14, 2026 |
| Oppositions to Motions in Limine / 412 Motions | September 22, 2026 by noon |
| Oppositions to Rule 702 Motions | September 22, 2026 by noon |
| Oppositions to Motions for Summary Judgment | September 22, 2026 by noon |
| Joint Pretrial Order | September 24, 2026 by 10am PT |
| Expert supplementation deadline<br>- Parties may supplement based on depositions of Gaddis, Kansal and Boman Sept. 2026 and other depositions, discovery and information produced by Sept. 25, 2026<br>- Parties have a maximum of **two pages of supplementation for each expert** | September 25, 2026 |

| | |
|---|---|
| - Additional expert depositions for supplemental reports will be allowed only with leave from the Court | |
| Branded Exhibits | September 26, 2026 |
| Pretrial Conference | September 25, 2026 in N.D. Cal. with hybrid option available, with a second Pretrial Conference on September 30, 2026 in W.D. Tex. if necessary |
| Trial Briefs (if any) | September 29, 2026 |
| Jury Instructions / Verdict Forms | September 30, 2026 |
| Jury Selection | September 30, 2026 |
| Trial | October 5, 2026 |

DATED: August 24, 2026

HON. CHARLES R. BREYER
United States District Judge