*Submitting counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**STIPULATION OF DISMISSAL PURSUANT TO AMENDED PRETRIAL ORDER 10** |
| This Document Relates to:<br><br>*WHB 1832 v. Uber Technologies, Inc., et al., No. 3:24-cv-05305*<br><br>*WHB 2065 v. Uber Technologies, Inc., et al., No. 3:25-cv-01103*<br><br>*WHB 2435 v. Uber Technologies, Inc., et al., No. 3:26-cv-05992*<br><br>*WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**STIPULATION OF DISMISSAL**

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, this Court entered Pretrial Order No. 10 in March 2024, in which it ordered each Plaintiff to submit a substantially complete Plaintiff Fact Sheet ("PFS") that answers all applicable questions and includes a signed verification that all answers in the PFS are true and correct. ECF 348. The deadline for Plaintiffs who filed their cases before March 26, 2025 was

within 60 days. *Id*. The deadline for all other plaintiffs was within 30 days of the case being filed in, removed to, or transferred to this MDL court. *Id*.

WHEREAS, Amended PTO 10 provides a procedure to address a Plaintiff's failure to timely and substantially comply with PTO PFS requirements; ECF 4287.

The parties stipulate that Plaintiffs WHB 1832 and 2065 have outstanding Notices of Discovery that were served in 2025; that Plaintiff WHB 1832 has never served a verified PFS and has therefore failed to comply with Amended PTO 10; and that Plaintiff WHB 2065 last amended the PFS in March of 2025, and has failed to submit a PFS that complies with Amended PTO 10 within 30 days of service of Defendants' Notice of Overdue Discovery or at any time since;

The parties have met and conferred regarding the material deficiencies in these plaintiffs' PFS's and stipulate to dismissal without prejudice of *WHB 1832 v. Uber Technologies, Inc., et al., No. 3:24-cv-05305* and *WHB 2065 v. Uber Technologies, Inc., et al., No. 3:25-cv-01103* for failure to comply with Amended PTO 10;

The parties further stipulate that pursuant to Amended PTO 10, the dismissals shall convert to dismissals with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date;

Similar to Plaintiff WHB 1832, the parties stipulate that Plaintiff WHB 2435 has never served a verified PFS on Defendants and therefore failed to comply with Amended PTO 10. The parties have met and conferred regarding the material deficiency with regard to this plaintiff's PFS and stipulate to dismissal without prejudice of *WHB 2435 v. Uber Technologies, Inc., et al., No. 3:26-cv-05992* for failure to comply with Amended PTO 10. The parties further stipulate that Plaintiff WHB 2082 (now deceased) nor anyone on her behalf will be able to comply with the obligations under Amended PTO 10, and that the Parties do not anticipate that compliance will

become possible. The parties have met and conferred and stipulate to dismissal without prejudice of *WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177* pursuant to Amended PTO 10.

The parties further stipulate that pursuant to Amended PTO 10, the dismissal shall convert to dismissal with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date.

Dated: August 24, 2026

/s/ *Brian Abramson*
Brian Abramson

John Eddie Williams, Jr.
Walt Cubberly
Margret Lecocke
Walt Cubberly (SBN 325163)

**WILLIAMS HART & BOUNDAS**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
*Attorneys for Plaintiffs*

/s/ Christopher V. Cotton
Christopher V. Cotton

**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
Email: ccotton@shb.com
*Attorneys for Defendants*