# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 24, 2026 | **Time:** 19 minutes | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Rachel Abrams, Peiffer Wolf and William Smith, Anapol Weiss, counsel for Plaintiffs

**For Defendants:** Michael Vives and Laura Vartain, Kirkland & Ellis LLP, counsel for Defendants

**Deputy Clerk:** Brittany Sims **Recorded via Zoom:** 3:32 p.m.- 3:51 p.m.

## PROCEEDINGS

Discovery Status Conference held. On August 24, 2026, in connection with the A.R. bellwether case, the parties notified Judge Cisneros, via email correspondence sent to her courtroom deputy, of a dispute wherein Uber was given less than 24-hours confirmation that service of a deposition subpoena had been completed on the driver in this case, and that the August 25, 2026. deposition previously discussed by the parties would proceed. Plaintiff's counsel insisted that the gap in communication with Uber was inadvertent, and Uber insisted that the late notice prejudiced their ability to prepare for the deposition. The parties agreed to resolve the dispute by taking the following steps. They will meet and confer to identify a new date and confirm a format for the deposition, and they will relay that information to Judge Cisneros before 9:00 am on August 25, 2026. When the deposition commences on August 26, 2026, they will immediately notify Judge Cisneros's courtroom deputy (ljccrd@cand.uscourts.gov) if the driver appears in person or via Zoom, and Judge Cisneros will then join the deposition on the record via Zoom to direct the driver to appear on the new date, unless a further order issues otherwise.