Timothy G. Tonkin (UT Bar No.17500)
*Appearance Pro Hac Vice*
Lucas P. Frei (AZ Bar No. 032255)
*Appearance Pro Hac Vice*
Vara G. Lyons (NY Bar No. 5464524)
*Appearance Pro Hac Vice*
**PHILLIPS & ASSOCIATES LAW FIRM P.C.**
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (602) 288-1684
Fax: (602) 900-0107
Email: tim.tonkin@phillipsandassociateslaw.com
Email: lucas.frei@phillipsandassociateslaw.com
Email: vara.lyons@phillipsandassociateslaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe PNA (D.M.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05063-CRB*

*Jane Doe PNA (K.H.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05077-CRB*

*Jane Doe PNA (S.Y.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05675-CRB*

Case No. 3:23-md-03084-CRB

**DECLARATION OF TIMOTHY G. TONKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL**

I, Timothy G. Tonkin, declare as follows:

1. I am an attorney duly licensed to practice law and admitted pro hac vice before this Court. I am a member of Phillips & Associates Law Firm P.C., counsel of record for Plaintiffs Jane Doe PNA (D.M.), Jane Doe PNA (K.H.), and Jane Doe PNA (S.Y.) in the above-captioned actions. Except where stated on information and belief, I have personal

knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike Untimely and Improper Notices of Voluntary Dismissal.

3. Defendants filed their Answer to the operative Master Long-Form Complaint in this MDL on August 5, 2025. To date, Defendants have not served an answer or a motion for summary judgment directed to any of the individual Short-Form Complaints filed on behalf of Jane Doe PNA (D.M.), Jane Doe PNA (K.H.), or Jane Doe PNA (S.Y.).

4. On May 28, 2026, Plaintiffs filed the Short-Form Complaint on behalf of Jane Doe PNA (D.M.), Case No. 3:26-cv-05063-CRB, and served Defendants on June 5, 2026. Plaintiffs submitted the ride receipt on June 10, 2026, and served Jane Doe PNA (D.M.)'s Plaintiff Fact Sheet and signed verification form on June 26, 2026. Defendants served a notice of deficiency regarding the Plaintiff Fact Sheet on June 30, 2026. On July 30, 2026, in accordance with Pretrial Order No. 10, my colleague and I, attempted to meet and confer with Defendants regarding Plaintiffs' intent to file a notice of voluntary dismissal without prejudice on behalf of Jane Doe PNA (D.M.), and Defendants did not respond. Later that same day, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice on behalf of Jane Doe PNA (D.M.).

5. On May 29, 2026, Plaintiffs filed the Short-Form Complaint on behalf of Jane Doe PNA (K.H.), Case No. 3:26-cv-05077-CRB, and served Defendants on June 5, 2026. Plaintiffs submitted the ride receipt on June 10, 2026, and served Jane Doe PNA (K.H.)'s initial Plaintiff Fact Sheet and signed verification form on June 27, 2026. Defendants served a first notice of deficiency regarding the Plaintiff Fact Sheet on June 30, 2026. On July 30, 2026, I informed Defendants that Plaintiffs intended to file a notice of voluntary dismissal

without prejudice on behalf of Jane Doe PNA (K.H.), and Defendants did not respond. Later that same day, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice on behalf of Jane Doe PNA (K.H.).

6. On June 11, 2026, Plaintiffs filed the Short-Form Complaint on behalf of Jane Doe PNA (S.Y.), Case No. 3:26-cv-05675-CRB. Plaintiffs served Jane Doe PNA (S.Y.)'s Plaintiff Fact Sheet and signed verification form on July 13, 2026, and Defendants served a first notice of deficiency regarding the Plaintiff Fact Sheet on July 14, 2026. On July 30, 2026, Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice on behalf of Jane Doe PNA (S.Y.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2026, in Scottsdale, Arizona.

*/s/ Timothy G. Tonkin*
Timothy G. Tonkin