**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**<br><br>This Document Relates to:<br><br>*Jane Doe PNA (D.M.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05063-CRB*<br><br>*Jane Doe PNA (K.H.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05077-CRB*<br><br>*Jane Doe PNA (S.Y.) v. Uber Technologies, Inc., et al., No. 3:26-cv-05675-CRB* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL** |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Strike Untimely and Improper Notices of Voluntary Dismissal (the "Motion"), Plaintiffs' Opposition thereto, and the arguments of counsel, and good cause appearing, the Court finds that the Notices of Voluntary Dismissal without prejudice filed by Plaintiffs Jane Doe PNA (D.M.) ECF No.6958, Jane Doe PNA (K.H.), ECF No. 6956 and Jane Doe PNA (S.Y.) ECF No. 6931 on July 30, 2026, were timely and proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court further finds that the Notices were not improper; Plaintiffs exercised their absolute right to voluntarily dismiss their claims, and nothing in this Court's Pretrial Orders amends or circumscribes that right.

The Court therefore hereby ORDERS that Defendants' Motion to Strike Untimely and Improper Notices of Voluntary Dismissal is DENIED. The Notices of Voluntary Dismissals Without Prejudice filed by the above-captioned Plaintiffs ECF No. 6958 ; ECF No. 6956; and ECF No. 6931 shall remain in effect, and the above-captioned actions are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated:___________, 2026

______________________________
HON. CHARLES R. BREYER
United States District Court Judge