**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

Having considered Defendants' August 24, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Plaintiff's Material in Joint Status Report], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Joint Status Report | Quotation from declaration designated highly confidential by Plaintiff | Plaintiff |
| Vives Declaration ISO Joint Status Report Ex. 1 | Declaration designated highly confidential by Plaintiff | Plaintiff |

**IT IS SO ORDERED.**

Dated:_________________________

_______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge