**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants' August 24, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Non-Party MTAA's Material in Joint Status Report], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Joint Status Report | Quotations from email chain produced by Non-Party Mass Tort Ad Agency and designated confidential | Non-Party Mass Tort Ad Agency |

**IT IS SO ORDERED.**

Dated:________________________

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge