[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [PARTIES' JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S COMPLIANCE WITH ECF 7012]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501 |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Compliance with ECF 7012.

**Material To Be Filed Under Seal**

The following materials contain information that Plaintiff has designated as confidential or that otherwise includes Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to PTO-8 Letter | Plaintiff's Privilege Log | Plaintiff |
| Ex. 2 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 2, 2026 | Plaintiff |
| Ex. 4 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 8, 2026 | Plaintiff |
| Ex. 5 to PTO-8 Letter | Supplemental & Amended Declaration of Lance E. Sloves, dated August 24, 2026 | Plaintiff |
| Ex. 7 to PTO-8 Letter | Email from Michael Vives to Isabel Velez, dated June 29, 2026 | Plaintiff |
| Ex. 8 to PTO-8 Letter | Declaration of Lance E. Sloves, dated August 18, 2026 | Plaintiff |
| Ex. 9 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 6, 2026 | Plaintiff |
| Ex. 10 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 13, 2026 | Plaintiff |
| Ex. 11 to PTO-8 Letter | Email from Layne Hilton to Michael Vives, et al., re: search terms, dated July 13, 2026 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments

accompany this motion:

1. The Declaration of Michael Vives in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: August 24, 2026

Respectfully submitted,

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC