**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Uber is filing the following materials related to the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Compliance with ECF 7012 under seal because those materials contain information that Plaintiff has designated as confidential or that otherwise includes Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to PTO-8 Letter | Plaintiff's Privilege Log | Plaintiff |
| Ex. 2 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 2, 2026 | Plaintiff |
| Ex. 4 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 8, 2026 | Plaintiff |
| Ex. 5 to PTO-8 Letter | Supplemental & Amended Declaration of Lance E. Sloves, dated August 24, 2026 | Plaintiff |
| Ex. 7 to PTO-8 Letter | Email from Michael Vives to Isabel Velez, dated June 29, 2026 | Plaintiff |
| Ex. 8 to PTO-8 Letter | Declaration of Lance E. Sloves, dated August 18, 2026 | Plaintiff |
| Ex. 9 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 6, 2026 | Plaintiff |
| Ex. 10 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 13, 2026 | Plaintiff |
| Ex. 11 to PTO-8 Letter | Email from Layne Hilton to Michael Vives, et al., re: search terms, dated July 13, 2026 | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 24, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives