**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [PARTIES' JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S COMPLIANCE WITH ECF 7012]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501 |

Having considered Defendants' Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's Compliance with ECF 7012], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to PTO-8 Letter | Plaintiff's Privilege Log | Plaintiff |
| Ex. 2 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 2, 2026 | Plaintiff |
| Ex. 4 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 8, 2026 | Plaintiff |
| Ex. 5 to PTO-8 Letter | Supplemental & Amended Declaration of Lance E. Sloves, dated August 24, 2026 | Plaintiff |
| Ex. 7 to PTO-8 Letter | Email from Michael Vives to Isabel Velez, dated June 29, 2026 | Plaintiff |
| Ex. 8 to PTO-8 Letter | Declaration of Lance E. Sloves, dated August 18, 2026 | Plaintiff |
| Ex. 9 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 6, 2026 | Plaintiff |
| Ex. 10 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 13, 2026 | Plaintiff |
| Ex. 11 to PTO-8 Letter | Email from Layne Hilton to Michael Vives, et al., re: search terms, dated July 13, 2026 | Plaintiff |

**IT IS SO ORDERED.**

Dated:__________________________

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge