**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S COMPLIANCE WITH ECF 7012**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Privilege Log.

3. Attached as **Exhibit 2** is a true and correct copy of an Email from Isabel Velez to Michael Vives, dated July 2, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of a Letter from Simon Grille to Michael Vives, dated July 23, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of an Email from Isabel Velez to Michael Vives, dated July 8, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of the Supplemental & Amended Declaration of Lance E. Sloves, dated August 24, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of an Email from Layne Hilton to Michael Vives, dated July 27, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of an Email from Michael Vives to Isabel Velez, dated June 29, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of the Declaration of Lance E. Sloves, dated August 18, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of an Email from Isabel Velez to Michael Vives, dated July 6, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of an Email from Isabel Velez to Michael Vives, dated July 13, 2026.

12. Attached as **Exhibit 11** is a true and correct copy of an Email from Layne Hilton to Michael Vives, et al., re: search terms, dated August 24, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 24, 2026, in New York, New York.

*_/s/ Michael Vives_*
Michael Vives