# EXHIBIT 6

**From:** Layne Hilton <lhilton@meyerwilson.com>
**Sent:** Monday, July 27, 2026 6:58 PM
**To:** Vives, Michael <michael.vives@kirkland.com>
**Cc:** Simon S. Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel B. Abrams <rabrams@peifferwolf.com>; Roopal P. Luhana <luhana@chaffinluhana.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin QUEENAN <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos

<mdrukker@guerrallp.com>; Elizabeth Wilkins <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>
**Subject:** Re: QLF

Hi Michael:

Thanks for the meet-and-confer today. I think it was very productive, and I am happy that the Parties have been able to bridge some of the apparent divide on this iterative process.

Just to confirm, we will be producing an additional tranche of text messages (beginning in 2021) by tomorrow from the additional source we discussed on the call today.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

**PHONE** 866.827.6537 **| DIRECT** 614.255.2697
**EMAIL** lhilton@meyerwilson.com