# EXHIBIT 8

## FILED UNDER SEAL