# EXHIBIT 10

---

**From:** Isabel Velez <ivelez@girardsharp.com>
**Sent:** Monday, July 13, 2026 4:31 PM
**To:** Vives, Michael <michael.vives@kirkland.com>
**Cc:** Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel B. Abrams <rabrams@peifferwolf.com>; Roopal P. Luhana <luhana@chaffinluhana.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin Queenan <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Simon S. Grille <sgrille@girardsharp.com>; Elizabeth Wilkins <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>
**Subject:** RE: QLF

Mike,

There is no basis for the repeated accusations of gamesmanship.

Communications: Uber continues to ignore our invitation to confer about the items on the ESI checklist. The carrier records are at Bates number DOE QLF 001136. The native file was produced to Uber via Dropbox link on April 14, 2025, see attached email.

Social Media: Uber ignores that we made an initial production Friday containing 500 pages, and we have agreed to make best efforts to complete production by July 20. We also proposed adjusting Plaintiff's deposition date if Uber requires more time for review.

Insurance: You are incorrect that the subpoenas to Blue Cross Blue Shield only pertain to mental health records. We served subpoenas covering both medical and mental health records. After some investigation, we have now determined that Blue Cross Blue Shield was Plaintiff's insurance carrier from 2015 onwards. We are working to determine Plaintiff's insurance carrier prior to 2015. Please advise upon which insurance provider Uber seeks to serve a records request. We are willing to discuss signing an authorization for insurance records from 10 years prior to the incident to 2015 for mental health providers, but would like to know which companies Uber intends to serve these records requests on.

Given the authorizations provided to date, which include pharmaceutical records within their scope, and the subpoenas to Blue Cross Blue Shield, there appears to be no reason for the overly broad pharmaceutical authorization Uber demands. Uber has offered none and continues to ignore our offer to consider more tailored pharmaceutical authorizations.

Accordingly, we disagree that these disputes require the Court's intervention, but we have responded to Uber's letters in line with PTO 8, please see attached our draft letters and exhibits. We reserve all rights to make further edits and identify additional material that should be sealed.

Depositions: Thank you for confirming [redacted] deposition on July 31. We have secured Queenan Law Firm (731 Station Dr, Arlington, TX 76015) to hold this deposition, and the depositions of Plaintiff's parents, as well.

We'd like to clarify Uber's request for additional dates for Plaintiff's parents. Uber requests additional dates after 7/22. Mrs. [redacted] is available 7/24. Please confirm if you'd like additional dates for both Mr. and Mrs. [redacted] or only for Mr. [redacted]

Thank you,
Isa

**Isa Velez**
**GIRARD | SHARP**
601 California Street, Suite 1400
San Francisco, CA 94108
415.544.6455 (office)
415.544-6431 (direct)
ivelez@girardsharp.com
www.girardsharp.com

This email and its attachments may be attorney-client privileged or attorney work product. If you are not the intended recipient, please do not copy or distribute it, but instead please delete it and notify us by email or telephone (415.981.4800). Thank you.

---

**From:** Vives, Michael <michael.vives@kirkland.com>
**Sent:** Friday, July 10, 2026 3:04 PM
**To:** Isabel Velez <ivelez@girardsharp.com>
**Cc:** Sarah London <slondon@girardsharp.com>; Andrew Kaufman <akaufman@girardsharp.com>; Rachel B. Abrams <rabrams@peifferwolf.com>; Roopal P. Luhana <luhana@chaffinluhana.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Stacey White <stacey@queenanlaw.com>; Kevin Queenan <kevin@queenanlaw.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Einstein, Jordan <jordan.einstein@kirkland.com>; Meredith Drukker Stratigopoulos <mdrukker@guerrallp.com>; Simon S. Grille <sgrille@girardsharp.com>; Elizabeth Wilkins <bwilkins@anapolweiss.com>; Borge, Theresa <theresa.borge@kirkland.com>
**Subject:** RE: QLF

EXTERNAL EMAIL

Isa,