# EXHIBIT 11

Outlook

## In re Jane Doe QLF 001 v. Uber et al. (Search Terms Used for Phone and MacBook Collection)

**From** Layne Hilton <lhilton@meyerwilson.com>

**Date** Mon 8/24/2026 10:07 AM

**To** Vives, Michael <michael.vives@kirkland.com>; Love, Cohl K. <cohl.love@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Benfield, Katie <katie.benfield@kirkland.com>; Bueno, Kim <kim.bueno@kirkland.com>; Theresa <theresa.borge@kirkland.com>

**Cc** Kevin Queenan <kevin@queenanlaw.com>; Carlos Lopez <carlos@queenanlaw.com>; Roopal Luhana <luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Andrew Kaufman <akaufman@girardsharp.com>; Simon S. Grille <sgrille@girardsharp.com>; Isabel Velez <ivelez@girardsharp.com>; Emily Beeson <emily.beeson@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Alexandra Cassar <alexandra@queenanlaw.com>

Michael:

Further to our meet and confer on Thursday August 20th, the search terms used to search through Plaintiff's iPhone and MacBook were as follows:

Uber, Lyft, abus*, [redacted] alcohol*, addict, anxiety, anxious, bar, beer, club, concert, [redacted] detective, diagnos*, difficult, drink, drunk, emotion, fear, health, hike, medicat*, music, pain, party, police, prescription, [redacted] rape, rehab, sad, scared, skat*, stress*, struggl*, [redacted] therap*, toxic, trial, trust, Victor, wine, writ*

They were searched as standalone terms without any connectors.

Best,

Layne

**Layne C. Hilton, Esq. | Attorney**

PHONE 866.827.6537 | DIRECT 614.255.2697

EMAIL lhilton@meyerwilson.com