Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
COHEN HIRSCH, LP
5256 Peachtree Road, Suite 195-E
Atlanta, GA 30341
T: (678) 268-4683
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*D.S. 4951 v. Uber Technologies, Inc., et al; 3:26-cv-08769- CRB*

No. 3:23-MD-03084-CRB

Honorable Charles R. Breyer

**NOTICE OF FILING OF A NEW ACTION**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action was filed on 8/21/2026.

Dated: August 25, 2026

Respectfully submitted,

By: /s/ Andrea S. Hirsch
Andrea Hirsch, Esq. GA Bar No. 666557
Brooke Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**
5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: andrea@cohenhirsch.com
brooke@cohenhirsch.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF A NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants..

*/s/ Andrea S. Hirsch*
Andrea S. Hirsch