**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*K.N. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04184-CRB,<br><br>*JLG 225 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10870-CRB,<br><br>*S.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01122-CRB,<br><br>*S.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01124-CRB,<br><br>*B.A. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01823-CRB, and<br><br>*JLG 277 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02710-CRB. | |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: ______________, 2026

______________________________
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number |
|---|---|
| 3713 | 3:25-cv-04184-CRB |
| 5186 | 3:26-cv-01122-CRB |
| 5184 | 3:26-cv-01124-CRB |
| 5198 | 3:26-cv-01823-CRB |
| 5090 | 3:26-cv-02710-CRB |