*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND PROPOSED ORDER AUTHORIZING RELEASE OF VICTOR LE'S ARMY DISCHARGE RECORDS**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.: 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

Plaintiff Jane Doe QLF 001 and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), respectfully submit this joint stipulation authorizing the release of driver Victor Huynh Le's army discharge records.

WHEREAS, the parties have received information through a Freedom of Information Act request that indicate that Mr. Le served in the military from March 5, 2018 to January 2020;

WHEREAS, the records indicate that Le separated from the Army nineteen months before the expiration of his enlistment;

WHEREAS, the information provided by the Army redacts, on privacy grounds, the circumstances around Mr. Le's discharge, including on Mr. Le's Certificate of Release or Discharge from Active Duty (DD Form 214) stating the type of separation, character of service, separation authority, separation code, reentry code, narrative reason for separation, and dates of time lost;

WHEREAS, the information provided by the Army also omits on privacy grounds the substance of Victor Le's separation order (Order 343-0001 issued by the USAG Bavaria Transition Center on December 9, 2019) and redacted the flag code and date of the flag imposition from Le's Enlisted Record Brief;

WHEREAS, the redacted and withheld information is not reasonably available from any other source in complete, unredacted, and authenticated form;

WHEREAS, under the Privacy Act of 1974, private material may be disclosed "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(12);[1]

WHEREAS, the parties conferred and jointly request that the Court enter an order authorizing the release of the foregoing records, which can be produced subject to the Protective Order in this action;

WHEREAS, the parties agree that the material sought may be relevant to Le's character and credibility;

[1] An ordinary subpoena will not suffice. *See Stiles v. Atlanta Gas Light Co.*, 453 F. Supp. 798, 800 (N.D. Ga. 1978) ("Mere issuance in discovery proceedings of a subpoena which is always subject to the power of the court to quash or limit does not meet this standard.")

WHEREAS, Plaintiff reserves the right to argue that the materials are relevant to other issues in this litigation, and Uber reserves the right to dispute any such relevance arguments.

THEREFORE, the parties stipulate that the Court should enter an order authorizing the release of the foregoing records subject to the protective order. A Proposed Order is attached hereto.

DATED: August 26, 2026

By: /s/ Sarah R. London
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ Michael Vives

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**

601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 26, 2026

/s/ *Sarah R. London*
Sarah R. London

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having reviewed the parties' joint stipulation, the record, and applicable law, the Court hereby finds that the information sought is Defendant Victor Huynh Le's Army Military Human Resource Record, including his complete and unredacted Certificate of Release or Discharge from Active Duty (DD Form 214), the full text of Orders 343-0001 issued by the USAG Bavaria Transition Center on December 9, 2019, his Enlisted Record Brief including the flag code and date of imposition, and all documents reflecting the authority, basis, and characterization of his separation from active duty on January 17, 2020. The Court further finds that this information is relevant to the claims and defenses in this action and may be relevant to Le's character and credibility. The Court finds that this information is not reasonably available from any other source in complete, unredacted, and authenticated form, and that Defendant Le's privacy interests are adequately protected by the

protective order entered in this cause. The Court accordingly ORDERS as follows:

1. The Department of the Army shall, pursuant to 5 U.S.C. § 552a(b)(12), disclose to counsel of record in this action records disclosing the type of separation, character of service, separation authority, separation code, reentry code, narrative reason for separation, and dates of time lost for Victor Huynh Le. The Army may also disclose the separation order itself, as well as the flag code and the date of imposition for the flag appearing on Victor Huynh Le's Enlisted Record Brief. The Army will make any such disclosures consistent with the Department's *Touhy* procedures and upon receipt of a conforming written request from Plaintiff's counsel of record.

2. The Army may produce records subject to the Protective Order in this Action with the confidentiality designations it deems appropriate.

3. Any personally identifying information pertaining to persons other than Victor Huynh Le may be redacted unless such information is directly constitutive of the separation basis and necessary to understand the action, in which case the material will be submitted to the Court for *in camera* review before disclosure to counsel.

4. Any medical or mental health records will be excluded from production unless such information is directly constitutive of the separation basis and necessary to understand the action, in which case the material will be submitted to the Court for *in camera* review before disclosure to counsel.

5. The Army may produce certified true copies of the records and/or a custodian declaration sufficient to authenticate the produced records.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge