MICHAEL VIVES (*pro hac vice*)
JESSICA DAVIDSON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

LAURA VARTAIN HORN
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

ALLISON M. BROWN (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

KIM BUENO (SBN 24065345)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

This Document Relates to:

*A.R. v. Uber Technologies, Inc., et al.*, No. 24-cv-01827

Case No. 3:23-md-03084-CRB

**NOTICE OF STIPULATION SUBMITTED BY UBER IN RESPONSE TO JUDGE CISNEROS'S JULY 30, 2026 ORDER**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

Defendant Uber respectfully submits this stipulation in response to Judge Cisneros's July 30, 2026 Order, requiring Uber to admit that the June 2026 background-check enhancements were "feasible" at the time of the alleged incidents in the *QLF 001* and *AR* cases, or prepare a Rule 30(b)(6) witness to explain why they were not. This stipulation is submitted without waiver of Uber's right to move to exclude this stipulation, in its entirety, and any related evidence, from trial as inadmissible.

1. Uber stipulates that it was technologically feasible to conduct a 99-year Social Security trace at the time of the alleged incident underlying the *AR* lawsuit. In fact, such a trace was conducted before the driver at issue in the *AR* lawsuit was allowed to access the Uber platform as a driver. California regulations mandate a longer social security number trace to comply with requirements that certain offenses permanently disqualify drivers.

Respectfully submitted, DATED: August 26, 2026

By: /s/ Michael Vives
MICHAEL VIVES (*pro hac vice*)
JESSICA DAVIDSON (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

LAURA VARTAIN HORN
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

ALLISON M. BROWN (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

KIM BUENO (SBN 24065345)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

kim.bueno@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

**FILER'S ATTESTATION**

I, Michael Vives, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Michael Vives
Michael Vives