United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates To:

ALL CASES.

Case No. 23-md-03084-CRB (LJC)

**ORDER TO SHOW CAUSE WHY STIPULATION TO AUTHORIZE RELEASE OF UNREDACTED ARMY RECORDS SHOULD NOT BE GRANTED**

Re: Dkt. No. 7110

In the QLF001 bellwether case, Plaintiff and Uber filed a stipulated request to authorize the U.S. Army to release unredacted records related to Victor Huynh Le, who is currently incarcerated in Texas for sexually assaulting Plaintiff in the incident that gives rise to this case. Dkt. No. 7110. That Stipulation does not include any agreement by the Army or Mr. Le to release those records, nor does it state their positions on such disclosure.

The Army and Mr. Le are hereby ORDERED TO SHOW CAUSE why records should not be released in accordance with the Proposed Order filed at pages 4 and 5 of Dkt. No. 7110. Plaintiff is ORDERED to serve this Order and the parties' Stipulation (Dkt. No. 7110) on the U.S. Army through whatever channels counsel has been communicating with the Army about this document request, and on Mr. Le by any means consistent with Rule 5(b) of the Federal Rules of Civil Procedure, no later than August 28, 2026.

**If the Army or Mr. Le (or anyone else with a relevant interest) opposes disclosure of documents in accordance with the Proposed Order, they must file a response to this Order no later than September 4, 2026.**

Though Mr. Le is hereby ordered to file a response in the docket if he opposes disclosure, the Court recognizes that he may have difficulty doing so if he is not represented by counsel. If

United States District Court
Northern District of California

counsel for any party receives a response to this Order from Mr. Le that does not also appear in the docket, counsel shall file that response in the docket no later than one business day after receiving it.[1] That does not, however, excuse Mr. Le from his obligation to file any response in the docket.

**IT IS SO ORDERED.**

Dated: August 27, 2026

LISA J. CISNEROS
United States Magistrate Judge

[1] Counsel and coordinate to avoid duplicative filings if more than one attorney receives Mr. Le's response.