*Submitting counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**FURTHER STIPULATION OF DISMISSAL PURSUANT TO AMENDED PRETRIAL ORDER 10** |
| This Document Relates to:<br><br>*WHB 2498 v. Uber Technologies, Inc., et al., No. 3:26-cv-06955*<br><br>*WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*<br><br>*WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*<br><br>*WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*<br><br>*WHB 2448 v. Uber Technologies, Inc., et al., No. 3:26-cv-06000* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**STIPULATION OF DISMISSAL**

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, this Court entered Pretrial Order No. 10 in March 2024, in which it ordered each Plaintiff to submit a substantially complete Plaintiff Fact Sheet ("PFS") that answers all applicable

questions and includes a signed verification that all answers in the PFS are true and correct. ECF 348. The deadline for Plaintiffs who filed their cases before March 26, 2025 was within 60 days. *Id*. The deadline for all other plaintiffs was within 30 days of the case being filed in, removed to, or transferred to this MDL court. *Id*.

WHEREAS, Amended PTO 10 provides a procedure to address a Plaintiff's failure to timely and substantially comply with PTO PFS requirements; ECF 4287.

The parties stipulate that Plaintiffs WHB 2498, WHB 1531, WHB 1901, WHB 2411, and WHB 2448 have failed to submit a PFS, or to cure the material deficiencies in a submitted PFS, as required by Amended PTO 10, and have either ceased communicating with their counsel or advised counsel that they will not provide the required information. The parties have met and conferred regarding these material deficiencies, and stipulate to dismissal without prejudice of: *WHB 2498 v. Uber Technologies, Inc., et al., No. 3:26-cv-06955*; *WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*; *WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*; *WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*; and *WHB 2448 v. Uber Technologies, Inc., et al., No. 3:26-cv-06000*.

The parties further stipulate that pursuant to Amended PTO 10, the dismissals shall convert to dismissals with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date.

Dated: August 28, 2026

/s/ *Brian Abramson*
Brian Abramson

John Eddie Williams, Jr.
Walt Cubberly
Margret Lecocke
Walt Cubberly (SBN 325163)

/s/ *Christopher V. Cotton*
Christopher V. Cotton

**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
Email: ccotton@shb.com
*Attorneys for Defendants*

**WILLIAMS HART & BOUNDAS**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
*Attorneys for Plaintiffs*