**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [PARTIES' JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S REQUEST TO DEPOSE SARFRAZ MAREDIA AND DEFENDANTS' REQUEST FOR PROTECTIVE ORDER]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Uber is filing the following materials related to the Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's request to depose Sarfraz Maredia and Defendants' request for a protective order under seal because those exhibits contain Uber's confidential and competitively sensitive information or, for two documents, third-party names.

| **Document** | **Description** | **Party Seeking Confidentiality** |
|---|---|---|
| Joint Letter | Quotations from Exhibits 9 and 10 | Uber |
| Ex. 3 to Joint Letter | July 30, 2026 email from Beth Wilkins to Jennifer Levy | Uber |
| Ex. 5 to Joint Letter | UBER_JCCP_MDL_004899909 | Uber |
| Ex. 6 to Joint Letter | UBER_JCCP_MDL_005125966 | Uber |
| Ex. 9 to Joint Letter | UBER_JCCP_MDL_004014873 | Uber |
| Ex. 10 to Joint Letter | UBER_JCCP_MDL_004219553 | Uber |
| Ex. 13 to Joint Letter | UBER_JCCP_MDL_001221912 | Uber |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2026, in New York, New York.

*_/s/ Michael Vives_*
Michael Vives