**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [PARTIES' JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S REQUEST TO DEPOSE SARFRAZ MAREDIA AND DEFENDANTS' REQUEST FOR PROTECTIVE ORDER]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

Having considered Defendants' Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Parties' Joint Letter Regarding Plaintiff Jane Doe QLF 001's request to depose Sarfraz Maredia and Defendants' request for a protective order], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Sealed Portion |
|---|---|---|
| Joint Letter | Quotations from Exs. 9 and 10 | p. 5 of the Joint Letter (redactions of quotations corresponding to redactions sought in Exhibits 9 and 10) |
| Ex. 3 to Joint Letter | July 30, 2026 email from Beth Wilkins to Jennifer Levy | Third-party name |
| Ex. 5 to Joint Letter | UBER_JCCP_MDL_004899909 | UBER_JCCP MDL_004899909-UBER_JCCP MDL_004899910 (partial) |
| Ex. 6 to Joint Letter | UBER_JCCP_MDL_005125966 | UBER_JCCP_MDL_005125966 (partial) |
| Ex. 9 to Joint Letter | UBER_JCCP_MDL_004014873 | UBER_JCCP_MDL_004014873-UBER_JCCP MDL_004014877 (partial) |
| Ex. 10 to Joint Letter | UBER_JCCP_MDL_004219553 | UBER_JCCP MDL_004219553-UBER_JCCP MDL_004219554 (partial) |
| Ex. 13 to Joint Letter | UBER_JCCP_MDL_001221912 | Third-party names |

**IT IS SO ORDERED.**

Dated:__________________________

______________________________

Hon. Lisa J. Cisneros
United States Magistrate Judge