**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501 |

**CERTIFICATE OF SERVICE**

I, Meg McCarthy, am at least 18 years old and not a party to this action. I am employed by the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, San Francisco, CA 94104. On August 28, 2026, I caused a true copy of the documents listed below to be served on the parties listed in the table in the manner described:

1. **Joint Letter Regarding Plaintiff Jane Doe QLF 001's Request to Depose Sarfraz Maredia and Defendants' Request for a Protective Order**
2. **Exhibits 3, 5, 6, 9, 10, and 13 to the Michael Vives Declaration in Support of Joint Letter Regarding Plaintiff Jane Doe QLF 001's Request to Depose Sarfraz Maredia and Defendants' Request for a Protective Order**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com<br>Gangopadhyay@chaffinluhana.com |
| Sarah R. London<br>Andrew Kaufman<br>Isabel Velez<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com<br>akaufman@girardsharp.com<br>ivelez@girardsharp.com |
| Rachel B. Abrams<br>Sara B. Craig<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com<br>scraig@peifferwolf.com |
| Tiffany R. Ellis<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>15 E. Baltimore<br>Detroit, MI 48202 | *Counsel for Plaintiff*<br><br>Email: tellis@peifferwolf.com |

| | |
|---|---|
| Cristine Farah<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>935 Gravier St, Suite 1600<br>New Orleans, LA 70112 | *Counsel for Plaintiff*<br><br>Email: Cfarah@peifferwolf.com |
| Ellyn H. Hurd<br>Thien An V. Truong<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, Floor 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: ehurd@simmonsfirm.com<br>atruong@simmonsfirm.com |
| Jennifer M. Paulson<br>**SIMMONS HANLY CONROY LLP**<br>One Court Street<br>Alton, IL 62002 | *Counsel for Plaintiff*<br><br>Email: jpaulson@simmonsfirm.com |
| Carlos Lopez<br>Kevin Queenan<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: carlos@queenanlaw.com<br>service@queenanlaw.com<br>dsqueenan@yahoo.com |
| Deborah S. Chang<br>**CHANG KLEIN LLP**<br>126 Lomita Street<br>El Segundo, CA 90245 | *Counsel for Plaintiff*<br><br>Email: deborah@changklein.com |
| Alexandra M. Walsh<br>William L. Smith<br>**ANAPOL WEISS**<br>One Logan Square<br>130 North 18th Street, Suite 16<br>Philadelphia, PA 19103 | *Counsel for Plaintiff*<br><br>Email: awalsh@anapolweiss.com<br>wsmith@anapolweiss.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 28, 2026.

*/s/ Meg McCarthy*
Meg McCarthy