**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING PLAINTIFF JANE DOE QLF 001'S REQUEST TO DEPOSE SARFRAZ MAREDIA AND DEFENDANTS' REQUEST FOR PROTECTIVE ORDER**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Sarfraz Maredia in Support of Defendants' Motion for a Protective Order, dated August 25, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of an email from Beth Wilkins to Michael Vives, dated August 6, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of an email from Beth Wilkins to Jennifer Levy, dated July 30, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of the Affidavit of Sarfraz Maredia, dated July 22, 2015.

6. Attached as **Exhibit 5** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_004899909 through 004899911.

7. Attached as **Exhibit 6** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_005125966.

8. Attached as **Exhibit 7** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_001611693 through 001611696.

9. Attached as **Exhibit 8** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_001543292 through 001543293.

10. Attached as **Exhibit 9** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_004014873 through 004014882.

11. Attached as **Exhibit 10** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_004219553 through 004219554.

12. Attached as **Exhibit 11** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_000693940 through 000693941.

13. Attached as **Exhibit 12** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_001222034 through 001222035.

14. Attached as **Exhibit 13** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_001221912 through 001221913.

15. Attached as **Exhibit 14** is a true and correct copy of a document bearing bates number UBER_JCCP_MDL_001221703 through 001221703.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2026, in New York, New York.

*<u>/s/ Michael Vives</u>*
Michael Vives