# EXHIBIT 2

---

**From:** Wilkins, Beth <bwilkins@anapolweiss.com>
**Sent:** Thursday, August 6, 2026 12:06 AM
**To:** Vives, Michael <michael.vives@kirkland.com>; Levy, Jennifer <jlevy@kirkland.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Cc:** Borge, Theresa <theresa.borge@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; *sstrong@omm.com <sstrong@omm.com>; *jschneller@omm.com <jschneller@omm.com>; jrevesz@omm.com; *lfisher@omm.com <lfisher@omm.com>; Michael Shortnacy <mshortnacy@shb.com>; Oot, Patrick L. (SHB) <oot@shb.com>; Chris Cotton <CCOTTON@shb.com>; Alycia A. Degen <ADEGEN@shb.com>; Roopal Luhana <luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Cox, Christopher <christopher.cox@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Sara Peters <speters@walkuplawoffice.com>; Smith, William <wsmith@anapolweiss.com>; Isabel Velez <ivelez@girardsharp.com>; Florencia Cudos <fcudos@girardsharp.com>; Reilly Dunne <rdunne@simmonsfirm.com>; Barnholtz, Rebecca <rbarnholtz@anapolweiss.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>; Kevin Queenan <kevin@queenanlaw.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Vartain, Laura <laura.vartain@kirkland.com>; An Truong <atruong@simmonsfirm.com>; Bueno, Kim <kim.bueno@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>
**Subject:** RE: Uber deposition datesSent Received From Subject

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Mike,

We will not be withdrawing our request to depose Mr. Maredia. I assume you saw that we served a notice for his deposition on Monday, which I'm attaching here in the event you missed it. The prior apex briefing—which occurred more than a year ago—was focused on general liability issues and witnesses. We have noticed Mr. Maredia's deposition here because of his role in Texas and knowledge related to specific matters at issue in the QLF case. We have already explained the basis for seeking his deposition in prior communications with your team, and our position has not changed.

Although we are willing to confer, there is no additional information to be shared from Plaintiff's perspective. In the interest of moving this issue forward efficiently, we suggest proceeding directly to the PTO 8 process. Plaintiffs are willing to waive both the meet and confer requirement of PTO 8 as well as the 3-day waiting period following the meet and confer. We will accept Uber's portion of a PTO 8 letter as soon as you're able to provide it.

If you'd like to meet and confer nonetheless, we are available between 10-1:30ET tomorrow.

Beth