# EXHIBIT 5

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_004899909 |
| File Description : | Microsoft 2007 Word Document |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | svc-eag-datacollect1@uber.com |
| GOOGLE_Collaborators : | andrew.simon@uber.com; sarfraz@uber.com; eric.johnson@uber.com; uber.com |
| Date Created (App) : | 1/6/2017 8:28:00 PM |
| Date Last Modified (App) : | 1/23/2017 11:46:00 PM |
| Parent Doc Date : | 1/23/2017 11:46:00 PM |
| Production - Beginning Bates : | |

**Super Bowl Waitlisting Process**

[redacted]

[redacted]

Push Notification and Alloy Card

**SuperPac initiated Push:** "To pick up riders in Houston, visit one of our Greenlight Hubs and get your TNC License today. Open your driver app for more details."

**Alloy Card**

**In-App 1st card**
Header: City of Houston TNC License
Body: Get your TNC License today

**Linked Card (appears once you click 1st card)**
Body: For a limited time, you can get your TNC License directly from one of our Greenlight Hubs! Just stop by Monday-Friday from 9AM-4PM at one of the two locations listed below.

North Houston Greenlight Hub
15135 North Freeway, Suite 150
Houston, TX 77090

Central Houston Greenlight Hub
5714 Star Lane
Houston, TX 77057




**Waitlisting Comms**

**Text:** Uber: Your account is temporarily suspended for non-compliance with City of Houston regulations. Please visit t.uber.com/HoustonTNC to get your TNC License.

[redacted]

[redacted]

[redacted]

**Email: Preview**

Subject: Important: You are missing your Houston TNC License

Body:

**You are missing your City of Houston TNC License**

Unfortunately, your partner account has been **temporarily** suspended for non-compliance with City of Houston regulations because you are missing a valid TNC License and TNC vehicle inspection sticker. This is required by the City of Houston for all uberX and uberXL driver partners who pick up riders inside the city.

**We've recently worked with the City of Houston to streamline the licensing process and you can now get your TNC License directly from our Central or North Houston Greenlight Hubs (Monday-Friday, 9am-4pm).** More information about the TNC License and step-by-step directions are **also** available on our website.

Once you have both the TNC License and vehicle inspection sticker, be sure to upload pictures of them in your driver app.

Find out more info

**Steps to get your TNC License**

1. Trade dress
   Per city regulations, you must have your Uber trade dress (window decal) for the vehicle inspection. You may pick this up at one of our Greenlight Hubs

2. Warrant check and submit TNC application
   Complete the warrant check at the Houston Municipal Court (8am-10pm Monday through Friday, 8am-4pm Saturday) or at our Central or North Houston Greenlight Hubs (Monday-Friday, 9am-4pm). Fill out the top of the warrant check form; the city will run your Texas driver's license and stamp the bottom. After you receive your TNC License, your vehicle will be inspected outside the Permitting Center or Greenlight Hub.

3. Fingerprint background check
   You've already completed Uber's required background screening process but the City of Houston also requires an additional fingerprint background check. You can make a fingerprinting appointment by clicking on the link here. Your results will be sent to the city within

3-5 business days. Without these results, you will be issued a provisional license that is valid for 30 days while you complete the fingerprinting process.