# EXHIBIT 6

Message

**From:** Sarfraz Maredia [sarfraz@uber.com]
**Sent:** 12/14/2016 11:50:32 PM
**To:** Leandre Johns [leandre@uber.com]
**BCC:** sarfraz@uber.com
**Subject:** email draft

Team,

I just wanted to pass on some good news out of Texas.

After much hard work by numerous folks on the team, we've got a major regulatory win in Houston!

[redacted]

Earlier today, Houston City Council passed revisions to their vehicle-for-hire ordinance that removes many of the driver onboarding hurdles that we've battled with over the last couple years. A quick rundown of the changes:

| Before | After |
|---|---|
| Fingerprint BGC | **Fingerprint BGC remains**; added new language acknowledging that a third-party BGC could serve in lieu of it with future council approval [redacted] |
| Upfront physical for drivers | **Removed entirely** |
| Upfront drug testing | **Upfront requirement removed; only "for cause/suspicion" going forward** |
| Fire extinguisher in car | **Requirement removed** |
| 7-year vehicle age maximum (up to 10 years with additional vehicle inspection that costs drivers >$100) | **Increased to 10-year vehicle age maximum for all drivers (no additional inspection required)** |
| Requirement to bring SS card to licensing office + requirement to wear collared shirts | **Both removed** to limit unnecessary friction in the licensing process |

[redacted]

[redacted]

Kudos go out to Sarfraz and the whole Houston Ops Team, Trevor and the Texas Public Affairs Team, Sarah Fenn and all the folks in legal and safety, Chris Nakutis for his early leadership of this endeavor, and of course our external lobbying crew for bringing this win home!

Thanks,
Leandre