# EXHIBIT 7

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_001611693 |
| File Description : | Microsoft 2007 Word Document |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 6/7/2016 11:17:00 PM |
| Date Last Modified (App) : | 6/7/2016 11:22:00 PM |
| Parent Doc Date : | 6/8/2016 1:02:00 AM |
| Production - Beginning Bates : | |

UBER

**To:** Texas House of Representatives Committee on Business and Industry

**From:** Sarfraz Maredia, Uber General Manager

**Date:** June 8, 2016

**Subject:** Overview of Safety at Uber

---

Last year, the City of Houston's Administration and Regulatory Affairs (ARA) released a report on the effectiveness of fingerprint background checks. We find the report misleading, and we appreciate the opportunity to address these claims and explain the measures being taken to ensure safety before, during, and after every ride with Uber.

**Fingerprint-based background checks are flawed**
In a recent letter, the City stated, "No commercial background check will ever be as thorough as a background check run by a governmental entity through the FBI database." However, the Washington Post recently reported that according to figures supplied by the FBI, 51 percent of all arrests in the FBI's Next Generation Information (NGI) system lacks information about the final outcomes of cases (i.e. whether an arrest resulted in a conviction). Even for Texas state records, nearly one in five criminal records have been found to be missing final dispositions.

That means the FBI database is not a complete source of all criminal history records in the United States. Having recognized this deficit, Uber takes extra precautions to ensure that it is screening against the most up-to-date records possible. That includes reviewing the record at the source if needed, the county courthouse.

**The City of Houston's own screening requirements are ambiguous**
Uber recently discovered that dozens of individuals who passed the City of Houston's fingerprint-based background check failed Uber's screening process. The majority of these individuals failed due to serious criminal convictions, including assault, reckless injury to a child, a sex offense, DWI, reckless driving, and disorderly conduct with a firearm. While these individuals were not allowed to drive with Uber, they were granted a license from the City of Houston to drive for a taxi or limo company.

While doing this analysis, we took great care to ensure that the individuals we've described above had in fact completed the City's fingerprint-based background check. We cross referenced the list of individuals who failed Uber's screening process with the list of individuals who received a City of Houston permit between November 2014 (when the City's TNC regulations took effect) and March 21, 2016.

**Low impact on driver quality**
Cities across the nation have implemented laws and regulations that recognize the measures taken by TNCs to keep riders safe. Houston is among them: an individual who has completed Uber's screening process is granted a provisional license from the City, which allows him or her to offer rides to customers for 30 days. After that period, the

individual is required to undergo the City's fingerprint background check process in order to continue to drive with Uber.

To understand the impact of the City's fingerprint background check, we reviewed the customer ratings and feedback for drivers with just provisional licenses versus those who received a two-year operating license after completing the City's fingerprint background check. Our analysis shows that **there is no difference in driver quality in Houston between those who completed only Uber's screening process and those who were fingerprinted.**

**Safety with Uber**
We are committed to the safety of everyone using Uber. That's why we are constantly developing technology to ensure safety before, during, and after every ride in ways that were not possible a short time ago. After all, every background check system has flaws and there is no system in the US -- not even the FBI database -- with a 100% up-to-date record of the past.

One way that Uber's screening process enhances the traditional background check is that we screen every potential driver's driving history in addition to criminal background. The motor vehicle record (MVR) is not usually part of a traditional background check, but we think this is an important screen when determining who should be allowed to drive with Uber. The MVR can also disclose violations that often don't appear in criminal records or fingerprint-based checks, such as reckless driving and even DUI. **The vast majority of people who fail Uber's pre-screenings -- over 99% of failures in Houston -- are disqualified at this stage.**

Individuals who pass the driving history screen then undergo a national, state, and local-level criminal history check that screens a series of national, state, and local databases including the US Department of Justice National Sex Offender Public Website, the PACER database, and several different databases used to identify suspected terrorists. Upon identifying a potential criminal record, it will be reviewed either electronically or in-person at the relevant courthouse, if needed. Verifying potential criminal records at the source—the courthouse records—helps ensure that we are checking the most up-to-date records.

But safety does not begin and end with the driver screening. New technologies make it possible for us to turn every ride on Uber into a security checkpoint. Below is a detailed overview of how our technology improves safety on an ongoing basis.

**Before getting into the car**

- **No more street hails or waiting outside to find a ride.** You can start the Uber app from anywhere and wait safely for your car to arrive. That means no standing on the street to hail a cab or struggling to find the nearest bus stop late at night.
- **No discrimination.** No ride is too long or too short. Every request you make is matched to a nearby driver – greatly reducing discrimination based on the color of your skin, your gender, the time of day, your pickup or drop-off point.
- **Trips are no longer anonymous.** When a driver accepts your request, you see his or her first name, photo, and license plate number. You can also check whether others have had a good experience with him or her. In addition, the driver can see your first name and rating. You can contact the

driver — and vice versa — through the app if there is any confusion around pick-up details.

**During the ride**

- **No need for cash.** Since Uber allows for seamless cashless transactions, the conflicts that often come from arguments about fares or a lack of money to pay are significantly reduced. This also lowers the risk of robbery, which is particularly good for drivers because carrying large quantities of cash can make them a target.
- **Never get lost.** You can see the route on the map in the app. The location is clearly marked so you know where you are on your journey—and if you are on the right route.
- **Share your location.** You can easily share your ride details, including the specific route and estimated time of arrival, with friends or family for extra peace of mind. They'll receive a link where they can see in real time the name and photo of the driver, their vehicle, and where you are on the map until you arrive at your destination—and they can do all of this without having to download the Uber app themselves.

**After the ride**

- **Feedback and ratings after every trip.** After every ride, you and your drivers are asked to rate each other and provide feedback. Our safety team reviews this information and investigates any issues.
- **24/7 Support.** If you need assistance for anything regarding your trip, our customer support staff are ready to respond to any issues 24 hours a day, seven days a week.
- **Rapid Response.** We have a dedicated Incident Response Team to answer any more urgent issues. If we receive a report that a driver or rider has acted dangerously or inappropriately, we suspend their account, preventing him or her from accessing the platform while we investigate.

**Behind the scenes**

- **Contact without providing personal information.** While riders and drivers are able to contact each other through the app, they won't actually see each other's real phone numbers. Uber uses technology that makes the phone numbers of riders and drivers anonymous so they do not have one another's contact details going forward.
- **Always on the map.** Accountability is one of the things that helps riders feel safer while riding with Uber. We use GPS to keep a record of where a driver goes during the ride, allowing us to verify that the most efficient routes are being used, which creates accountability and a strong incentive for good behavior.
- **Working with law enforcement.** We have a team of former law enforcement professionals who are on call to work with police at anytime to respond to urgent needs and walk them through how we can assist in an investigation.

**Incident response**

Our incident response team is trained to deal with any critical safety issues that arise and are able to connect with law enforcement if necessary. In responding to incidents,

Uber can quickly disable riders' and drivers' accounts, preventing the parties in question from accessing the platform until the investigation is complete. We also have a team of former law enforcement professionals who are on call to work with police at anytime to respond to urgent needs and walk them through how we can assist in an investigation.