# EXHIBIT 8

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_001543292 |
| File Description : | Microsoft 2007 Word Document |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | debbee.hancock@uber.com |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 3/8/2016 5:57:00 PM |
| Date Last Modified (App) : | 5/17/2016 10:16:00 PM |
| Parent Doc Date : | 5/17/2016 10:16:00 PM |
| Production - Beginning Bates : | |

FINAL HERE

## Maredia: City rules for ride-share drivers not keeping up with transit needs

By Sarfraz Maredia

There's an old saying that nothing is certain in life except death and taxes. Growing up, my father created a local variation of this saying: "The only thing certain in Houston is construction and traffic." Mayor Sylvester Turner has already shown a commitment to addressing this challenge, shifting focus from road expansion for single-occupancy vehicles to alternative mass transportation options in order to more effectively relieve congestion. We applaud Mayor Turner's efforts to explore new ways of reducing gridlock. This is a long-sought-after initiative of many community leaders, but progress all too often stalls over how to achieve the results. At Uber, we know from our experience in other large cities that our technology and logistics capabilities can play a significant role in solving one of Houston's biggest problems.

Uber first launched in 2010 with the mission of connecting people with a reliable ride whenever they need one. Since then, we've learned that a lot of people are often going in the same direction at the same time. In Houston, with so many single-occupancy vehicles, that's a lot of cars on the road.

With a goal of moving more people in fewer cars, we launched uberPOOL, which allows riders headed in the same direction at the same time to share their ride and split the cost. The results in cities across the globe have been astonishing: 3 million new Uber users worldwide have chosen uberPOOL for their first trip; a year after launching in our first uberPOOL market, one-third of trips were on uberPOOL; and in China, we now complete more than 20 million POOL trips each month.

While the concept of carpooling isn't new, technology could enhance the impact in Houston — but we need to fix the regulations that are hampering this progress.

The regulations adopted by the prior City Council are vastly different than the current rules in most other cities and states, and the resulting barriers to entry for ride-share drivers in Houston are greatly hindering our ability to improve transportation options throughout the city.

Prior to driving, Uber requires individuals to undergo a thorough screening process, which includes a driving and criminal history check in a series of national, state and local databases. However, in Houston, drivers must jump through an additional 10 hoops and pay approximately $150-$200 before they've made a dollar driving on the Uber platform. Many of these steps, such as the car inspection, fingerprint background check and physical exam, are duplicative of Uber's process and there's no evidence to suggest this improves safety for passengers.

Over the past year and a half, this expensive and time-consuming process has prevented more than 20,000 qualified Houstonians from driving. With demand growing approximately twice as fast as our ability to bring aboard qualified drivers, it is becoming increasingly difficult to provide the level of service riders have come to love and expect across the globe. If we want to meet the fast-growing demand for ride-sharing and introduce new alternatives like uberPOOL, modern regulations must be in place to keep up with this ever-changing industry.

We have worked with 31 states and more than 50 cities to implement regulations that support innovative transportation options while preserving public safety. Given our shared commitment to making the streets a safer place for everyone, we are optimistic that we can work together with the city's leadership and improve access to transportation for all Houstonians.

*Sarfraz Maredia is the General Manager for Uber Technologies in Houston, and is a graduate of the University of Texas at Austin.*