# EXHIBIT 9

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_004014873 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 10/8/2014 2:39:00 AM |
| Date Last Modified (App) : | 10/8/2014 2:39:00 AM |
| Parent Doc Date : | 10/8/2014 2:39:00 AM |
| Production - Beginning Bates : | |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**CITY OF HOUSTON - CITY COUNCIL**
Meeting Date: 10/7/2014
ALL

Item Creation Date: 10/1/2014

ARA-DELAYING THE 2014-2015 TAXICAB PERMIT APPLICATION AND DISTRIBUTION PROCESS AND CORRECTING SCRIVENER'S ERRORS AND CERTAIN HOUSEKEEPING MATTERS IN CHAPTER 46 (1)

Agenda Item#: 13.

**Summary:**

ORDINANCE **AMENDING CHAPTER 46 OF THE CODE OF ORDINANCES, HOUSTON, TEXAS,** relating to regulation of vehicles for hire; standardizing licensee appearance requirements; standardizing the vehicle for hire passenger solicitation prohibition; amending taxicab identification and airport use fee

provisions; declaring certain conduct unlawful and providing penalties therefore; containing findings and other provisions relating to the foregoing subject providing for severability

**Background:**

The Administration & Regulatory Affairs Department (ARA) recommends that City Council approve an ordinance to delay the 2014-2015 taxicab permi application and distribution process until September 2015, and correct scrivener's errors and certain housekeeping matters in Chapter 46.

Chapter 46 of the City of Houston Code of Ordinances provides for the City to accept and consider applications for the issuance of taxicab permits at three-yea intervals. Although the ordinance directs that taxicab permits be distributed during these periods, permit issuance is not automatic. Section 46-63 of the Code provides for a mathematical determination of market demand for additional permits, by comparing growth in population and airport trips since the last time permi issuance was considered. As a result of the application of this formula, the last time permits were issued was in 2011 based on the 2007 taxicab permi computation.

Attached is the preliminary computation for 2014. Based on this preliminary computation, the City will begin taking applications in November 2014, for the issuance of 205 additional taxicab permits in May 2015. The computation and instructions on how to submit an appeal were published in The Houston Chronicle on September 1, 2014. Simultaneously, the computation was mailed to each taxicab permit holder, as well as all taxicab drivers, for a total of approximatel 5,000 notices. The computation may be appealed by any interested person who submitted their written appeal to ARA by September 15, 2014. A public hearin will be held on October 8, 2014 to review all appeals to the computation of taxicab permits to be issued. There were eight appeals received by the Septembe 15 deadline.

ARA is concerned that the computation formula may not adequately reflect actual market demand and the actual existing need for additional taxicab permits t accommodate the interests of the public. The current formula takes into account only growth in demand for taxicab trips at Houston's airport stands, usin population growth as a proxy for citywide or dispatch demand. The formula is not dynamic and it does not take into account external factors that may affec demand for taxicab services. City Council recently approved an ordinance creating a regulatory framework for Transportation Network Companies (TNCs) t operate in Houston. While these services may not adversely impact demand for taxicab services, as the new ordinance provisions allowing new entrants do no become effective until November 4th, there is no way to quantify the impact on taxicab demand and the need for additional taxicab permits for several month thereafter.

In addition, City Council has expressed an interest in reviewing the permit distribution methodology prescribed in the current ordinance and the resultin composition of the taxicab fleet. Specifically, on August 6, 2014 when City Council approved the omnibus changes to Chapter 46, ARA committed to return t Council with a recommendation for a distribution methodology that would include a provision for the creation of a driver-owned company. A delay in the taxical application and distribution process will allow ARA and City Council to review alternatives with taxicab stakeholders and other interested members of th community to determine the changes that are needed.

In addition to requesting a delay in the application and distribution process for taxicab permits, since the adoption of the amendments to Chapter 46 in Augus ARA and stakeholders have identified scrivener's errors and minor oversights in the ordinance that was approved. ARA respectfully requests the followin additional amendments to Chapter 46:

- Remove the rooftop lettering requirement for taxicabs in Section 46-21, as this would impose unintended and unnecessary costs on the taxicab industry ARA has been advised that this requirement would cost an average of $50.00 per vehicle to implement, which would be cost prohibitive for the larger flee owners.
- Move the driver appearance standards from 46-351 to Article I so that these standards apply to all vehicle-for-hire drivers. This relocation was intende but was an oversight in the ordinance presented on August 6th.
- Correct scrivener's errors in Sections 46-23(e), 46-31(3), and 46-331(b)(5).

- Move the prohibition on soliciting passengers from Section 46-40 to Article I so that this prohibition applies to vehicles-for-hire, in general. This relocatio was intended but was an oversight in the ordinance presented on August 6th.
- Amend the vehicle removal language in Section 46-11.4(a) to read "may" instead of "shall." The provision as written does not mirror language in othe places in the Code of Ordinances which gives the officer discretion.
- Amend Section 46-352(d)(4)(d) to allow a jitney to display the vehicle route name on the front of the vehicle. This change was intended but was a oversight in the ordinance presented on August 6th.

**Prior Council Action:**

8/6/2014; Ord. #2014-754

**Amount of Funding:**

n/a

**Contact Information:**

Lara Cottingham Phone: (832) 393-8503

Kathryn Bruning Phone: (832) 394-9414

**ATTACHMENTS:**

| | Description | Type |
|---|---|---|
| <image001.gif> | 9.30.2014 Taxi Permit Distribution RCA | Backup Material |
| <image001.gif> | 8.28.2014 Taxi Permit Computation 2015 (As printed in Houston Chronicle) | Public Notice |

| | | |
|---|---|---|
| <image001.gif> | 9.1.2014 Taxi Permit Distribution Letter (As sent to all permit holders) | Public Notice |
| <image001.gif> | ARA-DELAYING THE 2014-2015 TAXICAB PERMIT APPLICATION AND DISTRIBUTION PROCESS AND CORRECTING SCRIVENER'S ERRORS AND CERTAIN HOUSEKEEPING MATTERS IN CHAPTER 46 (1) ORD | Ordinance/Resolution/Motion |
| <image001.gif> | ARA-DELAYING THE 2014-2015 TAXICAB PERMIT APPLICATION AND DISTRIBUTION PROCESS AND CORRECTING SCRIVENER'S ERRORS AND CERTAIN HOUSEKEEPING MATTERS IN CHAPTER 46 (1) REDLINE | Ordinance/Resolution/Motion |

CONFIDENTIALITY NOTICE:
This message and any attached files may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

CONFIDENTIALITY NOTICE:
This message and any attached files may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

--
Andrew Macdonald
**Uber** | **Central**

--
Chris Nakutis | **Uber** | General Manager

--
Andrew Macdonald
**Uber | Central**

--

**Derek Seibert**
PRO Team
619.977.1107
e: derek@uber.com

--

**Derek Seibert**
PRO Team
619.977.1107
e: derek@uber.com

--
Chris Nakutis | **Uber** | General Manager

--
Chris Nakutis | **Uber** | General Manager