# EXHIBIT 10

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_004219553 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Holt, Rachel, Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 12/15/2016 4:57:00 AM |
| Date Last Modified (App) : | |
| Parent Doc Date : | 12/15/2016 4:57:00 AM |
| Production - Beginning Bates : | |

Message

**From:** Sarfraz Maredia [sarfraz@uber.com]
**Sent:** 12/15/2016 4:57:46 AM
**To:** central-gm-only@uber.com
**CC:** Ian Black [iblack@uber.com]; Rachel Holt [rachel@uber.com]
**Subject:** Fwd: Regs Win in Houston, Texas

Central GMs,

Please see update below about the "Super Bowl compromise" that we reached with Mayor Turner in Houston, which was officially passed by City Council earlier today. [redacted]

Best,
Sarfraz

Sarfraz Maredia | **Uber** | General Manager

Begin forwarded message:

**From:** Leandre Johns <leandre@uber.com>
**Date:** December 14, 2016 at 10:08:37 PM CST
**To:** Policy <policy@uber.com>, Communications <comms@uber.com>
**Cc:** Sarfraz Maredia <sarfraz@uber.com>, Rachel Holt <rachel@uber.com>, Ian Black <iblack@uber.com>, Chris Nakutis <nak@uber.com>
**Subject: Regs Win in Houston, Texas**

Team,

I just wanted to pass on some good news out of Texas.

After much hard work by numerous folks on the team, we've got a major regulatory win in Houston!

[redacted]

Earlier today, Houston City Council passed revisions to their vehicle-for-hire ordinance that removes many of the driver onboarding hurdles that we've battled with over the last couple years. A quick rundown of the changes:

| Before | After |
|---|---|
| Fingerprint BGC | **Fingerprint BGC remains; added new language acknowledging that a third-party BGC could serve in lieu of it with future council approval** [redacted] |
| Upfront physical for drivers | **Removed entirely** |
| Upfront drug testing | **Upfront requirement removed; only "for cause/suspicion" going forward** |
| Fire extinguisher in car | **Requirement removed** |
| 7-year vehicle age maximum (up to 10 years with additional vehicle inspection that costs drivers >$100) | **Increased to 10-year vehicle age maximum for all drivers (no additional inspection required)** |
| Requirement to bring SS card to licensing office + requirement to wear collared shirts | **Both removed to limit unnecessary friction in the licensing process** |

[redacted]

Kudos go out to Sarfraz and the entire Houston Ops Team, Trevor and the Texas Public Affairs Team, Sarah Fenn and all the folks in legal and safety, Chris Nakutis for his early leadership of this endeavor, and of course our external lobbying crew for bringing this win home!

Thanks,
Leandre

#GoCowboys

--
Leandre Johns | **Uber**

leandre@uber.com | 469.554.8237
DFW | Twitter | Facebook