# EXHIBIT 11

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_000693940 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Baker, Matthew |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 10/18/2015 4:59:00 AM |
| Date Last Modified (App) : | 10/18/2015 4:59:00 AM |
| Parent Doc Date : | 10/18/2015 4:59:00 AM |
| Production - Beginning Bates : | |

Message

**From:** Sarfraz Maredia [sarfraz@uber.com]
**Sent:** 10/18/2015 4:59:57 AM
**To:** Mickey Terreault [mickey.terreault@ext.uber.com]; Kayla [whaling@uber.com]
**CC:** blake@uber.com; jwray@uber.com; Andrew Macdonald [mac@uber.com]; Christine Pfeiffer [cpfeiffer@uber.com]; Justin Suhr [suhr@uber.com]; kwaitzman@uber.com; mfrangopoulos@uber.com; comms-critical-central@uber.com; Phillip Cardenas [pcardenas@uber.com]; chi-commops-coe [chi-commops-coe@uber.com]; phx-commops-coe [phx-commops-coe@uber.com]; phx-csr-coe-irt-l3l4 [phx-csr-coe-irt-l3l4@uber.com]
**BCC:** mbaker@uber.com
**Subject:** Re: [L3 Safety Incident]: Houston, TX, U.S. Central - Driver Sexual Misconduct/Social Media Posting - TBD

Mickey and Kayla,

I agree with that course of action. Please deactivate.

Sarfraz

Sarfraz Maredia | **Uber** | General Manager

On Sat, Oct 17, 2015 at 11:50 PM, Kayla <whaling@uber.com> wrote:

I agree with your recommendation. Can someone from SORT contact Facebook and ask that the video/photo be removed immediately?

Sent from my iPhone

On Oct 17, 2015, at 10:25 PM, 'Mickey Terreault' via Comms Critical Central <comms-critical-central@uber.com> wrote:

Hi All,

We have received a report of an alleged L3 Sexual **Misconduct/Social Media** in Houston, TX, U.S. Central.

**As of now, the report indicates that:**
A partner reported that another partner from Houston posted a video of a girl exposing herself during a trip. This was posted on a Facebook page called Uber Drivers. We have photo and video proof sent from the partner that witnessed it on the page.

Video can be found here.

**Rider Comms:**
N/A

**Driver Comms:**
Notified that his account is on hold and he will be contacted shortly.

Rider Account Status: N/A
Partner Account Status: **Waitlisted**

**Current Status of the Investigation and Requests/Callouts:**

**@Comms:** This has been posted to social media. Photo attached.

**Partner** - No phone comms. Initial email outreach only.

**Reccomendation: Due to the exposure on social media, it seems that permenent deactivation would be prudent here.**

Thanks,

----------------------------------------------------------------------------------------------------
Please see below for additional details about this incident:

Date of Incident: 2015-10-17
Trip Link: https://tools.uberinternal.com/t2/#!/trips/TBD

Partner Link: https://toolshed.uberinternal.com/tools/partners/3048f751-f54b-47d6-8b9b-d51076c68e21
Partner Zendesk Link: https://ubercab.zendesk.com/agent/tickets/71741238
Partner Trip Count: 313
Partner Rating: 4.68

Rider Link: https://toolshed.uberinternal.com/t2/clients/N/A
Rider Zendesk Link: N/A

-----------------------------------------------------
Reporting Agent: mickey.terreault@ext.uber.com

<Screenshot_2015-10-17-20-30-48_thumb.png>