# EXHIBIT 12

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_001222034 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 6/4/2016 8:29:00 AM |
| Date Last Modified (App) : | 6/4/2016 8:29:00 AM |
| Parent Doc Date : | 6/4/2016 8:29:00 AM |
| Production - Beginning Bates : | |

Message

**From**: Safety Case Management [safety-case-management@uber.com]
**Sent**: 6/4/2016 8:29:00 AM
**To**: houston-incident@uber.com
**BCC**: sarfraz@uber.com
**Subject**: [JIRA] L4 - Non-Consensual Intercourse - Houston, Texas - U.S. Central & Canada - SAFE-104959

PRIVILEGED & CONFIDENTIAL
ATTORNEY CLIENT PRIVILEGED

Hello,

An incident has been reported in your city or sub-region:

L4 - 6-4-2016 - Houston, U.S. Central - L4 - Non-Consensual Intercourse

**Escalation Email:** Escalate for Awareness

Allegation Summary: Rider alleges Partner attempted to rape them.

Media Risk: No threat of media

Description:

Rider Comms :

- Rider stated "This guy tried to rape me"

Rider Communication Summary: Rider Comms : - Rider stated "This guy tried to rape me"

Driver Communication Summary: -Notified and waitlisted

Driver Tools Link: https://toolshed.uberinternal.com/tools/partners/66b608a5-b5ba-4673-a5ee-86a54e804701/summary

Rider Tools Link: https://toolshed.uberinternal.com/t2/clients/cd4f5107-75ca-4405-9982-6ec20d6fed9f/trips-notifications

Rider Ticket: https://ubercab.zendesk.com/agent/tickets/151050221

Driver Ticket: https://ubercab.zendesk.com/agent/tickets/151065778

Reply to this auto-notification to receive further email updates regarding this case. Please note that every Uber employee has a JIRA login, and monitoring within the tool is preferred to email whenever possible.

*Any stakeholder can subscribe or unsubscribe from alerts in their city by visiting groups.uber.com and searching [cityname]-incident@uber.com.*

Send feedback to a CSR managers here
Submit feedback or edit requests for JIRA here.

Recipients:

| | |
|---|---|
| Escalation teams | mails |
| Claims | claims@uber.com |
| A-Team | us-central-safety-report@uber.com |
| Component mails | houston-incident@uber.com |
| mails sent on | 04-Jun-2016 08:28 UTC |