# EXHIBIT 13

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_001221912 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 8/26/2016 10:48:00 PM |
| Date Last Modified (App) : | 8/26/2016 10:48:00 PM |
| Parent Doc Date : | 8/26/2016 10:48:00 PM |
| Production - Beginning Bates : | |

Message

**From:** Safety Case Management [safety-case-management@uber.com]
**Sent:** 8/26/2016 10:48:01 PM
**To:** dallas-incident@uber.com
**BCC:** sarfraz@uber.com
**Subject:** [JIRA] L4 - Non-Consensual Intercourse - Dallas, Texas - U.S. Central & Canada - SAFE-247041

PRIVILEGED & CONFIDENTIAL
ATTORNEY CLIENT PRIVILEGED

Hello,

An incident has been reported in your city or sub-region:

L4 - 21-Aug-2016 - Dallas, Texas - U.S. Central & Canada - L4 - Non-Consensual Intercourse

**Escalation Email:** Escalate for Awareness

Allegation Summary: Rider alleges partner took her home while she was intoxicated.

Media Risk: No threat of media

Description:

The above referenced relates to an incident for a trip that originated in Dallas, Texas on 21 Aug, 2016 | 5:39a CDT.

**Partner Account Status:** Waitlisted 4.78★ over 2831 trips
**Rider Account Status:** Active 4.3★ over 37 trips

**Inbound In-app support message states the following:**
Hi, my name is [redacted] reported this trip on the wrong option. I did request this uber. But, instead of taking me to my house he took me to his. He took advantage of me because I was drunk. I am considering going to the police. I would like my money back and a phone call from uber. Thank you When will someone contact me about this?

---

Previous Safety Feedback or Warnings?: [Yes]

Trip Link: https://toolshed.uberinternal.com/t2/trips/13aa5254-e4eb-4c3d-9a3c-5572c6dd9692

Driver Tools Link: https://toolshed.uberinternal.com/tools/partners/10eb6cda-0cba-473c-afe2-afa3d66c34a5/summary

Rider Tools Link: https://toolshed.uberinternal.com/t2/clients/544e9261-1ed3-4bb9-a0e5-eb937ee4ed18/trips-notifications

Rider Ticket: https://ubercab.zendesk.com/agent/tickets/183600365

Driver Ticket: https://ubercab.zendesk.com/agent/tickets/183602138

Reported By: [redacted]

Reply to this auto-notification to receive further email updates regarding this case. Please note that every Uber employee has a JIRA login, and monitoring within the tool is preferred to email whenever possible.

*Any stakeholder can subscribe or unsubscribe from alerts in their city by visiting groups.uber.com and searching [cityname]-incident@uber.com.*

Submit feedback or edit requests for JIRA here.

Recipients:

| | |
|---|---|
| Escalation teams | mails |
| LERT | alert@uber.com |
| Component mails | dallas-incident@uber.com |
| mails sent on | 26-Aug-2016 22:47 UTC |