# EXHIBIT 14

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_001221703 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 12/26/2016 9:43:00 PM |
| Date Last Modified (App) : | 12/26/2016 9:43:00 PM |
| Parent Doc Date : | 12/26/2016 9:43:00 PM |
| Production - Beginning Bates : | |

Message

**From**: (JIRA) [safety-case-management@uber.com]
**Sent**: 12/26/2016 9:43:05 PM
**To**: sarfraz@uber.com
**Subject**: [JIRA] (SAFE-381107) 20-Dec-2016 - Houston, Texas - U.S. Central & Canada - L4 - Non-Consensual Intercourse
**Attachments**: _.png; _.png; _.png

Greg McPherson **updated** an issue

Safety Case Management / SAFE-381107

## 20-Dec-2016 - Houston, Texas - U.S. Central & Canada - L4 - Non-Consensual Intercourse

**Change By:** Greg McPherson

*_+{color:#59afe1}Rider's initial report through Bliss contact:{color}+_* "The uber driver raped me & stole my iPhone 5s rose gold I was at REDACTED - PII hospital Last Night Because Of This Incident I keep having flashbacks of what he did to me."

*_+{color:#59afe1}Rider's (AH) account overview:{color}+_*
* is currently {color:#14892c}ACTIVE{color}
* REDACTED - PII has a 5 ratng over 19 trips
* has no previous reports on record

* *_+{color:#59afe1}Rider phone comms:{color}+_*
** Reached out to rider via LiveOps on 12/21, 4:48PM CST; unable to leave voicemail. Follow-up email sent
** Reached out to rider via LiveOps on 12/21, 8:48PM CST; unable to leave voicemail
** Reached out to rider via LiveOps on 12/22, 3:17PM CST; unable to leave voicemail. Follow-up email sent
** Reached out to rider via LiveOps on 12/23, 4:50PM CST; unable to leave voicemail. Follow-up email sent
** Reached out to rider via LiveOps on 12/24, 4:31PM CST; unable to leave voicemail. Follow-up email sent
** Reached out to rider via LiveOps on 12/ ~~25~~ 26 , 3:23PM CST; unable to leave VM. Follow-up ~~email~~ with closing language and LERT info sent.

*_+{color:#14892c}Partner's account overview:{color}+_*
* is currently {color:#d04437}WAITLISTED{color}
* REDACTED - PII has a 4.75 rating over 2,295 trips
* has no previous reports on record

* *_+{color:#14892c}Partner phone comms on 12/23, 6:09PM CST. Partner reported the

following:{color}+_*
** recalls picking up a rider from REDACTED - PII
** REDACTED - PII stated that the rider told him had an issue with a previous driver before REDACTED - PII
** stated that the rider explained to him that the previous Uber driver was rude when she was trying to request a trip
** states that he knows this rider well and has "great rapport" with her
** REDACTED - PII stated that he dropped her off at the REDACTED - PII at a Macy's. REDACTED - PII stated that she is the store manager there
** stated that the rider told him he was going to REDACTED - PII to visit family until Tuesday, 12/27
** REDACTED - PII denies that he made any physical contact with the rider during the trip
** mentioned multiple times that he's willing to take a polygraph test to prove his innocence

*_+{color:#f79232}IRR Greg McPherson's Notes:{color}+_*
* The trip in question was completed at 2:02PM CST. The partner didn't receive another trip request until 3:29PM CST: https://toolshed.uberinternal.com/t2/trips/1117e8e2-1e26-4f5b-91cf-b163d311ee15
* The rider completed a trip to REDACTED - PII hospital at 7:05PM CST (https://toolshed.uberinternal.com/t2/trips/64948b7f-baac-4936-8a83-a9bc63b3fd90) and completed a trip from REDACTED - PII hospital at 7:43PM CST (https://toolshed.uberinternal.com/t2/trips/0eb033a1-7ceb-4b4a-92d5-5677e9dc49fe) [SAME DAY OF THE ALLEGED INCIDENT]

*_+{color:#205081}WHAT WE NEED:{color}+_*
* Phone comms with the AH

*_+{color:#d04437}IRR Greg McPherson's recommendation:{color}+_*
* I recommend to reactivate the partner and issue a final warning for sexual misconduct barring any objections by EOD 12/24

Add Comment

This message was sent by Atlassian JIRA (v7.2.4#72006-sha1:91606a8)