ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe LS 705 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03316-CRB<br><br>*Jane Doe PNA (D.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05063-CRB<br><br>*Jane Doe PNA (K.H.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05077-CRB<br><br>*Jane Doe PNA (S.Y.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05675-CRB | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' REPLY SUPPORTING MOTION TO STRIKE UNTIMELY AND IMPROPER NOTICES OF VOLUNTARY DISMISSAL**<br><br>Date: September 11, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

# DECLARATION OF CHRISTOPHER V. COTTON

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in Support of Defendants Uber Technologies, Inc.'s, Rasier LLC's, and Rasier-CA, LLC's (collectively, "Defendants") motion to strike the untimely and improper Notices of Voluntary Dismissal filed by certain Plaintiffs.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Defendants in this MDL. I am a member in good standing of the Bars of the State of Iowa, the State of Missouri, and the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Each of the Plaintiffs at issue in Defendants' motion failed to submit a substantially complete Plaintiff Fact Sheet as required by PTO 10. Jane Doe PNA (D.M.)'s submission was missing both the completed authorization to disclose psychiatric, psychotherapy, and mental health information (Exhibit B), and the completed authorization to disclose law enforcement records (Exhibit C). Jane Doe PNA (K.H.) and Jane Doe PNA (S.Y.)'s submissions were missing the completed mental health authorization. Although Plaintiffs Jane Doe (D.M.) and Jane Doe PNA (K.H.) uploaded a document where their completed mental health authorizations should be submitted, neither document was in fact a completed mental health authorization. While the mental health authorization requires Plaintiffs to provide the name of the health care provider, patient name, date of birth, social security number, address, and other information, both of these Plaintiffs provided only their signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026, in Kansas City, Missouri.

*/s/ Christopher V. Cotton*
Christopher V. Cotton