[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 23-md-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 7099]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 15th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 0001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

Judge: Hon. Charles R. Breyer
Courtroom: 501

Having considered Defendants' August 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Ex. 1 to PTO-8 Letter | Plaintiff's Privilege Log |
| Ex. 2 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 2, 2026 |
| Ex. 4 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 8, 2026 |
| Ex. 7 to PTO-8 Letter | Email from Michael Vives to Isabel Velez, dated July 29, 2026 |
| Ex. 9 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 6, 2026 |
| Ex. 10 to PTO-8 Letter | Email from Isabel Velez to Michael Vives, dated July 13, 2026 |
| Ex. 11 to PTO-8 Letter | Email from Layne Hilton to Michael Vives, et al., re: search terms, dated July 13, 2026 |

**IT IS SO ORDERED.**

Dated: ____________

_________________________________
HON. CHARLES R. BREYER
United States District Judge