[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No.: 3:23-MD-03084-CRB

**ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY PROTECTIVE ORDER**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

**Administrative Motion to Shorten Time**

Pursuant to Civil Local Rule 6-3, Plaintiffs move to shorten the time for the Court to hear, and for Plaintiffs' reply in support of, their motion for a temporary protective order (ECF No. 7059). Alternatively, Plaintiffs move to refer the motion to Magistrate Judge Lisa J. Cisneros for a hearing at the earliest available date.

On August 19, 2026, Plaintiffs filed a motion for a temporary protective order regarding the various third-party subpoenas that called for, and did result in, the production of irrelevant, privileged, and highly confidential information. This includes information of tens of thousands of individuals seeking legal representation across many litigations not limited to Uber, along with their names, home and email addresses, phone numbers, and other personally identifying information. More troubling still, the productions include personal narrative descriptions of the harms experienced, including graphic details of sexual assaults, child sexual abuse, human trafficking, addictions, medical conditions, and other deeply sensitive matters—all of which were provided by these individuals in the course of seeking legal representation. The productions also reveal clear attorney work product—e.g., attorney legal strategies on case criteria, analysis of statute of limitations, among others—and implicate many different law firms. There is no indication that the individuals and firms impacted—many of whom are not involved in this litigation—were notified and provided an opportunity to assert their privileges.

Given the significant privacy and privilege violations, irreparable harm has occurred and will continue to occur should Uber be permitted to access, use, and disseminate this information pending briefing of Plaintiffs' motion. There is no countervailing justification for allowing that harm to continue. Uber has not identified any legitimate interest in these materials beyond a generalized and speculative "fraud" investigation. However, the Court has deferred consideration of Uber's fraud inquiry—specifically Uber's pending motion for appointment of a special master on this issue—until after the next bellwether trial, and further indicated that Uber's requested relief is not the appropriate mechanism for addressing those concerns. *See* Aug. 24, 2026 CMC Tr. at 18:21-23, 25:14-18.

Because Uber has no legitimate justification and the harm is ongoing, Plaintiffs attempted to meet and confer with Uber to reach an agreement on a temporary sequestering of the documents that would avoid additional briefing. On August 24, 2026, Plaintiffs conferred with Uber, asking that Uber refrain from reviewing, using, or disseminating the documents produced by the third parties until Plaintiffs have had a reasonable period to review the documents for privileged and other protected materials. Plaintiffs provided their proposal in writing on August 25, 2026. Uber has not responded.

On August 28, 2026, Plaintiffs requested that Uber stipulate to advancing the hearing from September 25, 2026 to September 11, 2026. Plaintiffs' proposal leaves Uber's September 2, 2026 opposition deadline undisturbed and advances only Plaintiffs' reply (from September 9, 2026 to September 7, 2026), and the hearing date. Uber declined to stipulate.

For these reasons, the Court should order that Plaintiffs' motion for a temporary protective order be heard on September 11, 2026, and that Plaintiffs' reply be filed on or before September 7, 2026. In the alternative, Plaintiffs request that the Court refer the motion to Magistrate Judge Cisneros to be heard on shortened time at the earliest available date.

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267093)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: August 31, 2026

By: */s/ Ellyn Hurd*
Ellyn Hurd