[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No.: 3:23-MD-03084-CRB

**DECLARATION OF ELLYN H. HURD IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

I, Ellyn Hurd, declare:

1. I am a partner in the law firm of Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of Plaintiff's Administrative Motion to Shorten Time for Hearing on Plaintiff's Motion for Temporary Protective Order.

3. As explained in the Motion for Temporary Protective Order and in the Administrative Motion, given the significant privacy and privilege violations, irreparable harm has occurred and will continue to occur should Uber be permitted to access, use, and disseminate this information pending briefing of Plaintiffs' motion under the normal 35-day notice period.

4. On August 24, 2026, Plaintiffs conferred with Uber, asking that Uber refrain from reviewing, using, or disseminating the documents produced by the third parties until Plaintiffs have had a reasonable period to review the documents for privileged and other protected materials. Plaintiffs provided their proposal in writing on August 25, 2026. Uber has not responded.

5. On August 28, 2026, Plaintiffs requested that Uber stipulate to advancing the hearing from September 25, 2026 to September 11, 2026. Plaintiffs' proposal leaves Uber's September 2, 2026 opposition deadline undisturbed and advances only Plaintiffs' reply (from September 9, 2026 to September 7, 2026), and the hearing date. Uber declined to stipulate.

6. The Court has not previously modified the time applicable to the Motion for Temporary Protective Order.

7. Shortening the time for the hearing on, and Plaintiffs' reply in support of, the Motion will not have any deleterious effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 31, 2026, in Barnstable County, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd