**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY PROTECTIVE ORDER**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Having considered Plaintiffs' Administrative Motion to Shorten Time, the motion is **GRANTED**. The Court will hear the Motion on September 11, 2026. Plaintiffs may file a reply to the Motion for Temporary Protective Order by September 7, 2026.

**IT IS SO ORDERED.**

Dated: ____________________

________________________________
Hon. Charles R. Breyer
United States District Judge