**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF LAUA VARTAIN HORN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

I, Laura Vartain Horn, declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Uber is filing the following materials related to Uber's Emergency Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge or for a Stay Pending Uber's Mandamus Petition under seal because those materials contain information that third party Checkr has designated as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Emergency Motion for Relief | Excerpts of August 13, 2026 Deposition of Brad Hubbard Designated Provisionally Confidential by Checkr's Counsel | Checkr |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2026, in San Francisco, California.

*/s/ Laura Vartain Horn*
Laura Vartain Horn