**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL CASES

Case No. 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE OR FOR A STAY PENDING UBER'S MANDAMUS PETITION]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Having considered Defendants' August 31, 2026 Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Emergency Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge or for a Stay Pending Uber's Mandamus Petition], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Emergency Motion for Relief | Excerpts of August 13, 2026 Deposition of Brad Hubbard Designated Provisionally Confidential by Checkr's Counsel | Checkr |

**IT IS SO ORDERED.**

Dated:________________________

________________________
Hon. Charles R. Breyer
United States District Judge