**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE OR FOR A STAY PENDING UBER'S MANDAMUS PETITION**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Emergency Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge or for a Stay Pending Uber's Mandamus Petition, all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Emergency Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED:________________________

By:________________________________
HON. CHARLES R. BREYER
United States District Judge