*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>This Document Relates to:<br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br>**JOINT STIPULATION REGARDING SEARCH TERMS FOR PLAINTIFF'S DEVICES**<br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | CASE NO. 26-CV-01694-CRB<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

The Parties respectfully submit this joint stipulation to resolve disputed issues related to search terms for Plaintiff's devices.

Respectfully submitted,

DATED: August 31, 2026

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ Michael Vuves
MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
CHRISTOPHER D. COX (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding Plaintiff Jane Doe QLF 001's production of social media materials.

WHEREAS, the Court ordered the parties to "meet and confer regarding supplemental search terms for Plaintiff's recovered data" on August 25, 2026 (ECF 7103);

WHEREAS, the Court directed the parties to "file a joint letter no later than Monday regarding any remaining disputes over supplemental search terms for Plaintiff's records in QLF 001" on August 27, 2026 (ECF 7118 at 3);

WHEREAS, the parties have conferred regarding search terms for Plaintiff's devices in an effort to come resolve any disputes;

WHEREAS, the parties believe that additional time will allow the parties to narrow or resolve the remaining disputes regarding search terms for the Plaintiff's devices;

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. To the extent there are remaining disputes related to supplemental search terms for Plaintiff's devices, the parties will file a joint PTO 8 letter brief on September 1, 2026:
    a. Uber will provide its portion of a PTO 8 letter brief related to search terms for Plaintiff's devices by 11:00 AM PT on September 1, 2026.
    b. Plaintiff will file the parties joint PTO 8 letter brief related to search terms for Plaintiff's devices by 3:00 PM PT on September 1, 2026.

DATED: August 31, 2026

By: <u>*/s/ Roopal P. Luhana*</u>

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400

San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Michael Vives*

MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
CHRISTOPHER D. COX (Admitted *pro hac vice* in *N.D. Cal.*)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 31, 2026

/s/ *Michael Vives*
Michael Vives

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: __________________

Honorable Lisa J. Cisneros
United States Magistrate Judge