# Search Terms Plaintiff Jane Doe QLF 001 Ran Prior to Her July 20, 2026, Production

- Uber
- Lyft
- abus*
- [redacted]
- alcohol*
- addict
- anxiety
- anxious
- bar
- beer
- club
- concert
- [redacted]
- detective
- diagnos*
- difficult
- drink
- drunk
- emotion
- fear
- health
- hike
- medicat*
- music
  pain
- party
- police
- prescription
- [redacted]
- Rape
- [redacted]
- Sad
- Scared
- skat*
- stress*
- struggl*
- [redacted]
- therap*
- toxic
- trial
- trust
- Victor
- Wine
- writ*