# Uber's Request Search Terms Plaintiff Jane Doe QLF 001 Has Agreed to Run

- afraid
- assault
- attack
- attorney
- "back seat"
- backseat
- [redacted]
- [redacted]
- Creep
- [redacted]
- "drop* off"
- drove
- "front seat"
- grop*
- guilt
- hopeless
- hospital
- jail
- knife
- lawsuit
- lawyer
- nervous
- prison
- psych*
- rideshare
- [redacted]
- subpoena
- [redacted]
- [redacted]
- Terrified
- Terrify
- Terrifying
- testif*