# Exhibit C

# **Disputed Terms**

- Cheat* (In the context of this PTO 8 Brief, Uber removed)
- Consent (In the context of this PTO 8 Brief, Plaintiff agreed to add)
- Dick
- Head
    - "head w/10 give OR gave OR giving OR push* or forc*
- Oral (In the context of this PTO 8 Brief, Uber removed)
- Pants
- Penis
- Regret* (In the context of this PTO 8 Brief, Uber removed)
- Sex*