# Exhibit D – Filed Under Seal