# Exhibit E – Filed Under Seal