# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-md-03084-CRB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Victor Le was received by me on *(date)* Aug 28, 2026, 1:21

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a co the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Dauphin, Unit Law Librarian. , who is designated by la accept service of process on behalf of *(name of organization)* Texas Department of Criminal Justice H. H. C Unit on *(date)* Monday, August 31, 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ $85.00.

I declare under penalty of perjury that this information is true.

Date: 08/31/2026

*Server's signature*

Ken Bruner PSC-11942

*Printed name and title*

210 West Oak Street PMB #199, Palestine, Texas 75801

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 31, 2026, 7:07 am CDT at TDCJ Coffield Unit: 2661 FM 2054, Tennessee Colony, Texas 758 received by Victor Le thru Linda Dauphin, unit law librarian.. Other: TDCJ #02411445; Documents delivered to Linda Da unit law librarian at the listed address.

**From:** Ken Bruner
**To:** Florencia Cudos
**Subject:** [ServeManager] Job #16731382 Served
**Date:** Monday, August 31, 2026 7:54:23 AM

EXTERNAL EMAIL

# Served

Ken Bruner shared a service notification with you:

## Details

**Process Server:** Ken Bruner PSC-11942

**Date & Time:** Aug 31, 2026, 7:07 am CDT

**Service Type:** Authorized

**Description of Service:**

Documents delivered to Linda Dauphin, unit law librarian at the listed address.

## Recipient

Recipient: Victor Le thru Linda Dauphin, unit law librarian.

**Description of Recipient:** TDCJ #02411445

## Service Address

2661 FM 2054, Tennessee Colony, TX 75884, Anderson

---

# Job & Case

**Job:** 16731382

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Aug 31, 2026

**Client Job:** 3:23-md-03084-CRB - Victor Le

**Recipient:** Victor Le

**Case:** 3:23-md-03084-CRB

**Plaintiff:** JANE DOE QLF 001

**Defendant:** UBER TECHNOLOGIES, INC., et al.

**Court:** United States District Court for the Northern District of California

**County:**

**Documents:** ORDER TO SHOW CAUSE WHY STIPULATION TO AUTHORIZE RELEASE OF UNREDACTED ARMY RECORDS SHOULD NOT BE GRANTED, STIPULATION AND PROPOSED ORDER AUTHORIZING RELEASE OF VICTOR LE'S ARMY DISCHARGE RECORDS, Cover Letter

---

## Shared with you by:

Ken Bruner
Bruner Litigation Support
service@brunerlitigationsupport.com
9033889940