Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 3:23-md-03084-CRB

**DECLARATION OF DANIEL CUMMINGS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Judge: Hon. Lisa J. Cisneros
Courtroom: G-15th Floor

# DECLARATION OF DANIEL CUMMINGS

I, Daniel Cummings, having personal knowledge of the following, state:

1. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"). I am a member in good standing of the Bars of the States of Missouri, Kansas, and Nebraska. I know the following facts to be true of my own knowledge, except those matters stated to be based on information and belief, and if called to testify, I could competently do so. I offer this Declaration in the above-captioned matter in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal.

2. Defendants are filing portions of the Defendants' Response in Opposition to Plaintiffs' Motion for Temporary Protective Order, portions of the Declaration of Christopher V. Cotton, and Exhibits 3 and 10 to the Cotton Declaration provisionally under seal because they contain (1) information from documents that non-party Mass Tort Ad Agency has produced in compliance with a subpoena issued by Defendants, from this Court, with respect to this litigation following a Motion to Compel filed in Case No.6:26-mc-00012-JSS-DCI (M.D. Fla.), and which Mass Tort Ad Agency has designated as Highly Confidential – Attorneys' Eyes Only; and/or (2) Personally Identifiable Information (pii) of Plaintiffs:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Response in Opposition to Plaintiffs' Motion for Temporary Protective Order ("Opposition") | Portions of Opposition quoting from non-party email chain, designated as Highly Confidential – Attorneys' Eyes Only | Mass Tort Ad Agency |
| Declaration of Christopher V. Cotton in Support of Defendants' Opposition ("Cotton Declaration") | Portions of Declaration quoting from non-party email chain, designated as Highly Confidential – Attorneys' Eyes Only | Mass Tort Ad Agency |
| Exhibit 3 to Cotton Declaration: Spreadsheet entitled Sample of | Spreadsheet describing non-party email chains and other documents designated as Highly Confidential – Attorneys' Eyes Only | Mass Tort Ad Agency |

| | | |
|---|---|---|
| Improperly Designated Materials | | |
| Exhibit 10 to Cotton Declaration: Deposition Transcript | May 7, 2026 Deposition Transcript of MDL ID 4232 | *See* ECF 174 (stipulated order requiring confidentiality of true names of Plaintiffs filing under pseudonym and/or filing under seal) |

3. Attached as Exhibit A to this Declaration is a true and correct copy of the unredacted Opposition filed provisionally under seal, with the sealed portions highlighted.

4. Attached as Exhibit B to this Declaration is a true and correct copy of the unredacted Cotton Declaration, with the sealed portions highlighted.

5. Attached as Exhibit C to this Declaration is a true and correct copy of the unredacted Exhibit 3 to Cotton Declaration filed provisionally under seal.

6. Attached as Exhibit D to this Declaration is a true and correct copy of the unredacted Exhibit 10 to the Cotton Declaration filed provisionally under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2026.

**SHOOK, HARDY & BACON L.L.P.**

*<u>/s/ Daniel Cummings</u>*

DANIEL CUMMINGS (Admitted *Pro Hac Vice*)
decummings@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC