# EXHIBIT 2

# EXHIBIT 2

| | |
|---|---|
| **From:** | [redacted] |
| **To:** | MDL Centrality - Uber; I am Heard; Bakhtawar Yasir; Steve Schulte; Arati Furness; Arnone, Mike (SHB); Nachawati Law Group; help@ntrial.com |
| **Cc:** | cdcinfo@texasbar.com; caap@texasbar.com; PECopinionrequest@texasbar.com; info@theopc.org; forgery-dpd@dallas.gov; rangers@dps.texas.gov |
| **Subject:** | Re: MDLC ID 2216, 24-cv-05075 URGENT: Formal Notice of Malpractice and Fraud -Formal Complaint Regarding Fraud and Misconduct |
| **Date:** | Friday, July 3, 2026 1:13:09 PM |
| **Attachments:** | image001.jpg<br>image002.png |

**EXTERNAL**

To Nachawati Law Firm who sabotaged a Uber sexual misconduct case involving myself AND minor child!!!

I will be contacting the people you sent this email to, and I will show them that you all committed fraud by sending in my fact sheet with someone else's statements and trying to get me to sign them. You should be ashamed, but I know better than to expect accountability by now. Sending that email was intentional and designed to hurt my case. You claimed to be sending one thing and sent something else entirely. You are frauds, complete crooks, unprofessional, and have taken no accountability; I can bet my life that other clients are probably being robbed as well.

This situation is a disgrace. You guys are playing "ring around the rosie" games. I have no clue who Arati is, and I have requested no contact from them. Steve has been the "attorney" on my case and assured me for almost two years that he was my only attorney.

This is the beginning of my incident report. I will be submitting all communication from over 5 different numbers and 8 different email addresses of people contacting me out of nowhere every time you were caught in errors or misconduct. This includes you making decisions on offers without my knowledge, making decisions without my say, falsifying documents, and trying to force signatures on fraudulent fact reports with threats to harm my case and more.

I will be submitting these complaints to the professional ethics boards and the Bar Associations in both Texas and Arkansas. Additionally, you have "lost" evidence and are refusing to return it to me. I am just now seeing this email and responding. You were told to withdraw from my case, but you played games with that request; while you were stalling, you continued to do business as if you were representing me, but submitted other false statements to defendants to intentionally damage my case.

The communication versus your actual filings reflects premeditated malpractice. There are so many mistakes that I am certain these are not simple intern errors, but an organized effort to defraud the clients you were hired to protect, which has caused me further damage.

In a case like this, if it were your own daughter, sister, mother, or anyone else in your family, you would never have represented them with fraudulent fact sheets. Furthermore, you hid the lawsuit on my child's behalf that was also never filed, even though they were supposed to be in this case. You have defrauded and violated both of us.

On Tue, Jun 2, 2026 at 1:23 PM MDL Centrality - Uber <Uber@browngreer.com> wrote:

Good Afternoon, Arati:

Thank you for your patience while we processed your request. This is complete. Additionally, PID 2216 was moved from your firm's plaintiff inventory into Pro Se status.

Please let us know if we can assist with anything else.

Thank you!

Emily

MDL Centrality Administrator

**BrownGreer PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (888) 361-0741

Facsimile: (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Arati Furness <afurness@ntrial.com>
**Sent:** Monday, June 1, 2026 2:02 PM
**To:** MDL Centrality - Uber <Uber@browngreer.com>
**Cc:** Arnone, Mike (SHB) <marnone@shb.com>; [redacted]
**Subject:** MDLC ID 2216, 24-cv-05075

Brown Greer - can you please upload the attached video for Plaintiff [redacted] with MDLC ID and produce it to defendants? We no longer represent [redacted]. She is pro per (represents herself) at this time.

If you have any technical issues, please let us know and I can resend via link.

**Arati Furness**
Partner
**O:** 214-890-0711 **F:** 214-890-0712

5489 Blair Rd. / Dallas, TX 75231
ntrial.com

Nachawati Law Firm

---

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.