# EXHIBIT 3

# FILED UNDER SEAL