# EXHIBIT 5

BLUE SKY

# Uber and Lyft Sexual Assault Litigation: MDL and State Court Landscape

*A Strategic White Paper from Blue Sky Legal*

BLUE SKY

Uber and Lyft: thousands of allegations of sexual assault by drivers. This has led to an explosion of litigation, culminating in a federal multidistrict litigation (MDL) and numerous parallel state court actions. This white paper outlines the scope of the claims, the status of the MDL, state-level strategies, and opportunities for law firms and litigation funders. We conclude with how Blue Sky Legal can support firms through performance-based plaintiff acquisition.

## THE SCOPE OF RIDESHARE SEXUAL ASSAULT ALLEGATIONS

- Uber's own safety reports cite nearly 6,000 incidents of sexual assault in 2017–2018, with similar reports for 2019–2020.
- Lyft has disclosed about 5,000 complaints annually.
- Allegations include rape, groping, kidnapping, and other assaults.
- Plaintiffs allege Uber and Lyft failed in screening, training, oversight, and response to complaints.
- Many cases stem from systemic issues, not isolated incidents.




**Sexual Assault Incidents in Rideshare Services**




# FEDERAL MDL: IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION (CASE NO. 4:23-MD-03076)

- Centralized in the Northern District of California under Judge Charles R. Breyer.

BLUE SKY

- Claims include negligence, product liability, breach of contract, and failure to warn.
- Product liability theory treats the app as a dangerous consumer product.
- Breach of contract includes allegations related to the "Safe Rides Fee."
- The Ninth Circuit denied Uber's efforts to enforce click-wrap non-consolidation clauses in March 2025.
- First bellwether trials expected in December 2025.

## STATE COURT STRATEGIES

- Dozens of Uber sexual assault cases are proceeding in California JCCP 5188.
- Other significant venues include Texas, New York, and Illinois.
- Lyft cases have not been centralized into an MDL but are active in many state courts.
- Plaintiffs often sue both the company and the driver to preserve state jurisdiction.
- States vary on key doctrines: common carrier liability, punitive damages caps, and consumer protection laws.
- California and New York offer plaintiff-friendly environments.

BLUE SKY




## STRATEGIC CONSIDERATIONS: MDL VS. STATE COURT

**Federal MDL Pros:**

- Shared discovery
- Coordinated litigation
- Economies of scale
- Potential global settlement

**Federal MDL Cons:**

- Slower timeline
- Shared control with lead counsel
- Standardized settlement tiers may cap outlier case value

**State Court Pros:**

- More strategic control
- Faster local dockets
- Favorable local laws and juries

**State Court Cons:**

- Fewer shared resources

BLUE SKY




# SCALE OF OPPORTUNITY

- Uber and Lyft could face billions in liability.
- Settlement estimates range from $10,000 to $500,000+ per claim, with exceptional cases potentially exceeding $1 million.
- Public sentiment and media attention continue to drive awareness and new filings.
- Advocacy groups, regulators, and policymakers are pushing for reform.

# EMERGING TRENDS

- Product liability and common carrier theories are gaining traction.
- Coordinated strategies between MDL and state court plaintiffs.
- Litigation driving safety changes (e.g., audio recording, PIN verification).
- Increasing pressure on insurance carriers and platform responsibility.
- Legislative attention may drive broader reforms.

BLUE SKY

Blue Sky Legal is already helping law firms acquire Uber and Lyft sexual assault plaintiffs at a performance-based cost of **$3,600 to $4,800**, depending on the complexity of the criteria. We deliver signed retainers at a targeted price range, helping law firms enter or scale into this litigation with predictable, high-quality case acquisition.

Whether your strategy is MDL, state court, or both, we can align targeting and screening to your needs. Our campaigns are compliance-ready, high-performing, and built with transparency. For litigation funders and law firms looking to participate in a landmark mass tort, we offer the volume and vetting needed to build value from day one.

**Contact us to learn more:** https://blueskylegal.com/contact-us/

**References:**


- https://www.torhoermanlaw.com/uber-sexual-assault-lawsuit/
- https://cand.uscourts.gov/judges/breyer-charles-r-crb/ubermdl/
- https://www.latimes.com/california/story/2025-03-12/9th-circuit-uber-sex-assault-lawsuits
- https://ntrial.com/pressroom/uber-lyft-sexual-assault-litigation-heating-up/
- https://www.law360.com/cases/651de86f2b16b602f7e98bcc/dockets


CONTACT US

# READY TO GROW YOUR FIRM WITH BLUE SKY LEGAL?

From attracting new clients to ensuring every lead is qualified and signed, our turn-key client acquisition are designed to help your firm scale effectively. Contact us today to learn more.

CONTACT US TODAY TO LEARN MORE

©2026 Blue Sky Legal™ All Rights Reserved • Privacy Policy