# EXHIBIT 8

X ANTE
MASS TORT INTELLIGENCE

**Melanie Doran/Isla Marketing Advertising**
**Uber/Rideshare Assault Litigation**
April 2026
May 5, 2026

## Executive Summary

### Melanie Doran Ads

- X Ante identified **10 Uber/rideshare sexual assault-related Meta advertisements** associated with the Melanie Doran account, with broadcast start dates between April 13 and April 16, 2026.
- In the current Meta Ad Library capture, all 10 ads are listed as "**Deleted**," and **seven of the 10 carried Meta's "Low impression count" label**, indicating limited observable reach.
- The ads demonstrate **substantial uniformity in creative format, messaging, and structure**, with multiple near-identical variations deployed over a short time period.
- The text on the ads and the audio narrative in the linked video were similar, but the visual content varied across most of them, a pattern consistent with the use of automated or AI-assisted tools to generate multiple versions of the same advertisement.

### Ad Messaging

- Ads combine **emotional reassurance with financial incentive messaging**, lowering perceived barriers to participation.
- Ads emphasize that individuals may qualify for compensation **even without having filed a police report**, explicitly stating that reporting is not required to participate.
- Ads include **explicit allegations against rideshare companies**, citing failures such as rushed background checks, ignored safety warnings, and prioritizing profits over passenger safety.
- Consistent with the associated video content, ads frame participation as a **private, low-burden eligibility check**, rather than a traditional litigation process.
- Call-to-action language (e.g., **"You're owed $$" / "Learn more"**) emphasizes potential financial recovery and encourages immediate engagement through a short intake process.

### Campaign Structure and Status

- All identified ads are currently inactive; this status is consistent with **short-duration or iterative campaign deployment**, although the specific reason for removal cannot be determined.

### Related Advertising Entities

- The Melanie Doran account appears to function as the public-facing Meta advertising account, with ads directing users to **zerobill.com.**
- **Isla Marketing** publicly describes zerobill and LegalCove as specialized platforms within its business.

### Other Platform Advertising

- Outside of the Melanie Doran ads captured on Meta platforms, the review did not identify additional Uber/rideshare-related paid or organic advertising activity tied to Isla Marketing, zerobill, LegalCove, or Melanie Doran across **Google/YouTube** or **TikTok** during the review period.

Note: Semrush is a digital marketing tool which provides estimated monthly organic & paid traffic information for any website.

© 2026 X Ante LLC. All rights reserved.



info@x-ante.com | phone 202.930.ANTE (2683) | www.x-ante.com

# Review Scope and Methodology

## Platforms and sources reviewed

- Meta Ad Library: Facebook and Instagram paid advertising associated with Melanie Doran, Isla Marketing, LegalCove, zerobill, and related terms.
- Google Ads Transparency Center / YouTube: paid advertising on Google and YouTube
- TikTok Creative Center: TikTok paid and organic content review
- Organic search: Google, YouTube, Instagram, Facebook, and TikTok searches for related content and account activity.

## Representative search terms

Uber/Rideshare Assault; Uber/Rideshare Sexual Assault; Uber/Rideshare Misconduct; Uber/Rideshare Harassment; Uber/Rideshare Abuse; Uber/Rideshare Sexual Abuse; Uber/Rideshare Assault Lawsuit; Uber/Rideshare Safety; Uber/Rideshare Assault Compensation; Uber/Rideshare Assault Settlement; Uber/Rideshare Assault Lawyer; Uber/Rideshare Assault Claim; Melanie Doran; Isla Marketing; LegalCove; zerobill.

## Review period

November 2025–April 2026, with a focus on Meta activity identified in April 2026.

## Methodological caveat

- Search results are time-bound and depend on the availability of public platform transparency tools.
- Deleted or inactive content may not remain fully visible.
- Public tools do not provide complete spend, targeting, or conversion data.

Online

## Facebook Ads: Summary Findings
## Melanie Doran Rideshare Assault Ads

KEY METRICS AT A GLANCE

| 10 | Apr 13-16 | 10/10 | 7/10 |
|---|---|---|---|
| Uber-related Meta ads identified | 2026 Observed start dates | Listed as 'Deleted' in current capture | Carried "Low impression" count' label |

- 10 Uber/rideshare Meta ads identified (Apr 13–16, 2026)
- All ads currently listed as "**Deleted**" in Meta Ad Library
- 7 of 10 ads flagged with **"Low impression count" label**
- Ads demonstrate **high uniformity in structure and messaging**

## Facebook Ads: Melanie Doran Rideshare Assault Ad Metrics

| Ad Unique ID | Broadcast Start Date | Current Status | Low Impression Count* |
|---|---|---|---|
| 1552646732863219 | Apr 13, 2026 | Deleted | No |
| 790873890483688 | Apr 14, 2026 | Deleted | Yes |
| 1258545603147111 | Apr 14, 2026 | Deleted | No |
| 948209144622813 | Apr 14, 2026 | Deleted | No |
| 2007308356545824 | Apr 14, 2026 | Deleted | Yes |
| 1144224031163383 | Apr 16, 2026 | Deleted | Yes |
| 2226419378100363 | Apr 16, 2026 | Deleted | Yes |
| 930614413290251 | Apr 16, 2026 | Deleted | Yes |
| 1714920469889539 | Apr 16, 2026 | Deleted | Yes |
| 1607212303728382 | Apr 16, 2026 | Deleted | Yes |

*Data Source: Facebook Ad Library*



info@x-ante.com | phone 202.930.ANTE (2683) | www.x-ante.com

# Facebook Ads: Melanie Doran (Isla Marketing)

Uber Litigation Facebook Ads, April 2026

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 1552646732863219 | Apr 13, 2026 | Deleted |




| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 790873890483688 | Apr 14, 2026 | Deleted |




*Data Source: Facebook Ad Library*

# Facebook Ads: Melanie Doran (Isla Marketing)

Uber Litigation Facebook Ads, April 2026

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 1258545603147111 | Apr 14, 2026 | Deleted |

**Melanie Doran**
Sponsored

Stayed silent after a rideshare assault? You can STILL qualify for compensation —no police report needed.

Uber and Lyft failed women everywhere: rushed background checks, ignored safety warnings, putting profits first. It wasn't your fault for freezing or staying quiet.

...



ZERODBILL.COM
Silent After Uber Assault? You're Owed $$ – No Report Needed
Learn more

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 948209144622813 | Apr 14, 2026 | Deleted |

**Melanie Doran**
Sponsored

Stayed silent after a rideshare assault? You can STILL qualify for compensation —no police report needed.

Uber and Lyft failed women everywhere: rushed background checks, ignored safety warnings, putting profits first. It wasn't your fault for freezing or staying quiet.

...



ZERODBILL.COM
Silent After Uber Assault? You're Owed $$ – No Report Needed
Learn more

*Data Source: Facebook Ad Library*

# Facebook Ads: Melanie Doran (Isla Marketing)

Uber Litigation Facebook Ads, April 2026

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 2007308356545824 | Apr 14, 2026 | Deleted |




| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 1144224031163383 | Apr 16, 2026 | Deleted |




*Data Source: Facebook Ad Library*

Online

# Facebook Ads: Melanie Doran (Isla Marketing)

Uber Litigation Facebook Ads, April 2026

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 2226419378100363 | Apr 16, 2026 | Deleted |




| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 930614413290251 | Apr 16, 2026 | Deleted |




*Data Source: Facebook Ad Library*

Online

# Facebook Ads: Melanie Doran (Isla Marketing)

Uber Litigation Facebook Ads, April 2026

| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 1714920469889539 | Apr 16, 2026 | Deleted |




| Facebook Page | Advertising Firm | Unique ID | Broadcast Start Date | Current Status |
|---|---|---|---|---|
| Melanie Doran | Isla Marketing | 1607212303728382 | Apr 16, 2026 | Deleted |




*Data Source: Facebook Ad Library*

Online

## Sample Melanie Doran Uber Assault Ad

### Screenshots










**TRANSCRIPT**

Okay, quick PSA because I keep seeing women completely misunderstand this whole rideshare lawsuit thing. Survivors hear the word 'lawsuit', they picture this long, ugly court battle filled with drama, digging through old screenshots and receipts. So, they shut down, scroll past, and miss a life-changing settlement payout that could actually help them move forward. But that's not how this works.

Major rideshare companies have already faced serious claims over assault and passenger safety. In a lot of cases, victims received significant settlements for what they went through, like the Arizona woman who just got 8.5 million. The part nobody explains is what you're actually doing here. You are not standing in a courtroom. You are not arguing with a driver in front of a judge. You are not shelling out money just to find out if you even have a case. You're literally just adding your name to a secure list to see what kind of settlement you may qualify for based on what happened. That's it.

And here's the big myth: women will say 'It probably wasn't bad enough to count.' The exact people this is designed for are the ones still downplaying what happened. So, don't overthink it. If you were in an Uber and you were assaulted, touched, or made to feel uncomfortable, you need to check. No question about it. Tap below, answer a few private questions.

*Note*: Screenshots and transcripts are from a post and video posted on the Melanie Doran Facebook page at https://www.facebook.com/freestarmoney/videos/1264376152522900.
The content of this video is very similar to the videos linked in the Facebook ads associated with the Melanie Doran accounts. The ads and links to the actual videos are not accessible once deleted from the Facebook Ad Library.

## Melanie Doran: Uber/Rideshare Landing Page Analysis







### Assessment

- Captured Melanie Doran ads linked to a zerobill.com domain.
- Zerobill is described by Isla Marketing as part of its broader lead-generation platform.
- A dedicated Uber/rideshare assault page was identified at zerobill.com/rideshare.
- Screenshots from that site captured here.
- Based on the domain pattern and the existence of a rideshare-specific landing page, the Uber ads appear likely to have directed to the zerobill rideshare page.
- However, because the ads are no longer active, the exact destination URL for each individual Uber ad cannot be confirmed with absolute certainty.

*Screenshot Image Source: https://zerobill.com/rideshare/*

## Isla Marketing Ecosystem: zerobill and LegalCove




*Source: https://islamarketing.com/*

Isla Marketing operates a lead-generation business that connects consumers with financial and legal service providers.

As described on its website, Isla Marketing supports multiple verticals through specialized platforms:

- zerobill (finance): focused on connecting consumers with financial solutions, including cash-out refinancing
- LegalCove (legal): focused on mass tort and litigation lead generation, connecting individuals with legal representation

These platforms appear to function as part of a broader, centralized lead-generation ecosystem managed by Isla Marketing.

The captured rideshare assault claim ads under the Melanie Doran account linked to a zerobill domain.