# EXHIBIT 11

Posts

From my network | Past 24 hours | Past week

**Blue Sky Legal**
10mo •

+ Follow ···

New evidence shows Uber delayed a women-only driver match feature, despite data revealing women riders face assault nearly 4x more often with male drivers.

Executives feared the feature would signal that the platform itself was unsafe. Now, jurors are reviewing internal emails and safety proposals that could reshape how tech companies are held accountable.

Why It Matters for Law Firms:
The case expands liability from incidents to corporate decisions, like delayed safety rollouts and ignored warnings.

At Blue Sky Legal, we help plaintiff firms capture qualified rideshare assault and platform negligence cases through:

- Trauma-informed, U.S.-based intake teams
- Firm-specific scripts and fraud filters
- Verified, signed retainer delivery

Partner with Blue Sky Legal, where accountability drives results.

Click this link to read more: https://lnkd.in/gF4Cp3rU

#LegalMarketing #MassTorts #UberTrial #RideshareLiability #PlatformAccountability #BlueSkyLegal