# EXHIBIT 12

Outlook

## Initial Campaign Framework – Alignment

**From** Devin Downey <devin@BlueSkyLegal.com>
**Date** Fri 5/16/2025 6:29 PM
**To** mn@ntrial.com <mn@ntrial.com>

Majed - Good talking with you the other day. In thinking about it, I believe the easiest way to start up would by running a single $200,000 test campaign focused on Uber/Lyft sexual-assault cases. I've outlined (1) how many signed retainers we estimate you'll get, (2) what we normally charge, (3) what we're offering for the pilot, (4) what we're giving up, and (5) how we get paid on the back end.

### 1 | What Your $200,000 Buys

| ***Item*** | ***Normal Pricing*** | ***Pilot Pricing*** |
|---|---|---|
| *Target CPSR* | $4,800 | **$2,695** |
| *Target signed retainers delivered* | ~42 | **~74** |
| *Additional signed retainers gained* | — | **~32 (≈ +76%)** |

We will be absorbing ~$156,000 in margin to deliver significantly more signed cases on the same budget.

**Performance Caveat:**
Settlement values and conversion rates are projections. We agree to review real-world results quarterly and may adjust targets by mutual consent. Blue Sky maintains consistent qualification standards throughout the campaign; we never sacrifice quality for quantity

---

### 2 | Per-Retainer Economics

| ***Line Item*** | ***Normal Pricing*** | ***Pilot Pricing*** |
|---|---|---|
| *Media (Meta + programmatic)* | $2,250 | $2,250 |
| *Intake (live agent + platform)* | $200 | $200 |
| *Hard cost subtotal* | $2,450 | $2,450 |
| *Blue Sky services margin* | $2,350 (≈ 40%) | $245 (10%) |
| *Total cost per retainer* | $4,800 | $2,695 |

We cut our service fee from $2,350 to just $245 per retainer – giving up ≈ $2,105 of our margin per case.

---

### 3 | Back-End Success Payment

Blue Sky receives 12.5% of the 40% contingency fee on each compensable case—calculated before any co-counsel or downstream splits you may choose. This percentage does not dilute unless agreed in writing.

Example:
$100,000 settlement → $40,000 fee → $5,000 to Blue Sky, $35,000 remains yours.

**Fee Timing:**
The 12.5% is calculated on the date disbursement hits your account and is payable to Blue Sky within five (5) business days.

---

**4 | Factoring Fallback (Only If Fee-Share Is Barred)**

If a court or bar rules that non-lawyer fee participation isn't permitted, the 12.5% success fee automatically converts to a deferred service fee, at 1.5x the deferred margin ($3,600 per case). *This payment is in addition to the media spend and 10% service fee already paid up front only if fee-sharing cannot be permitted by a ruling.*

---

**5 | Key Operating Safeguards**

- Invoices for the 10% service fee are Net 15; non-payment pauses campaign
- Intake ID + timestamp are conclusive for retainer ownership
- Overflow matters (Social Media, Video-Game Addiction, Depo-Provera, Over-Runs from other Rideshare Campaigns) accepted on 50/50 fee terms
- Performance warning triggers if CPSR rises >15% above target for 3 consecutive weeks

**Cost Overrun Clause:** If the 3-week rolling average CPSR forecast ever exceeds $3,200, Blue Sky will notify you. Within 10 business days, we'll either (a) adjust targeting to restore efficiency, (b) agree on a revised cap, or (c) pause the campaign.

---

**6 | Next Steps**

1. Confirm that the framework — $200,000 budget, $2,695 CPSR, 12.5% fee share, and $3,600 factoring fallback — matches your expectations
2. I'll send a one-page term sheet for review that we'll want to have an AZ ethics attorney review
3. Once funds clear and creative is approved, we can launch within 10–15 days

Let me know your thoughts. Looking forward to building something solid.

Best,

Devin

BLUE SKY LEGAL

Devin Downey
PRESIDENT & CEO

(214) 938-9008
devin@blueskylegal.com
www.blueskylegal.com