# EXHIBIT 13

Outlook

## Fw: Intake Form Revision

**From** Jason Flores <jason@BlueSkyLegal.com>
**Date** Fri 7/18/2025 3:38 PM
**To** Jon Cumberworth <jon@BlueSkyLegal.com>
**Cc** Serena Siemsen <serena@BlueSkyLegal.com>; Devin Downey <devin@BlueSkyLegal.com>

1 attachment (12 KB)
Carlson_Nachawati Intake questions.xlsx;

Jon,

To fill you in a bit. NIA never saw a sample of the spreadsheet we were giving them to confirm all fields.. so Vanessa (their case manager) said they have been having to try to re-contact people to get additional information. In that process they are struggling to connect with 4 of them of which we would have been paid for and now may lose. So, what we need to do is add all the highlighted questions in her attached sheet to IE.. and then once we call and verify and get these additional questions... when we transfer, we then have a billable event and NIA at least doesn't need to re try and contact them. I know we are still trying to contact a few of these people.. ***can we work on getting this added as soon as possible***? We don't want to potentially lose out on any more transfers as they try to reconnect with them for more info.

Also, as a note...they are putting the pause with Nachawati (big shocker)... and are working on other Rideshare partners. So, we put a pause on all lead traffic and will just continue to work what we have. The problem we may run into is that they are only willing to pay 'up to 10' Nachawati's period.. and then after that ... nothing else. So we'll want to get close to the 10 and then switch to Carlson if we can time it (which will be difficult).

Out of the 8 Nachawati's so far:

- **Elizabeth Magee** - SIGNED AND CONFIRMED
- **Tara Estrella** - SIGNED AND CONFIRMED
- **Terrea Wallenstein** - DNQ'd and is being moved to Carlson (not sure how to reflect that in IE as it will keep pulling for Nachawati)
- **Krissy Everette** - Still trying to get a hold of to ask additional questions
- **Midori Groom** - Still trying to get a hold of to ask additional questions
- **Samantha Hernandez** - Still trying to get a hold of to ask additional questions
- **Maria Morales** - Still trying to get a hold of to ask additional questions
- **Anna Ruby** - DNQ'd.. she changed her story.

Thanks,
Jason

---

**From:** Vanessa Alonso <valonso@nationalinjuryhelp.com>
**Sent:** Friday, July 18, 2025 12:02 PM
**To:** Devin Downey <devin@BlueSkyLegal.com>; Jon Cumberworth <jon@BlueSkyLegal.com>; Austin Majors <amajors@nationalinjuryhelp.com>; Michael Branstetter <mbranstetter@nationalinjuryhelp.com>; Serena Siemsen <serena@BlueSkyLegal.com>; Jason Flores

<jason@BlueSkyLegal.com>
**Subject:** Intake Form Revision

Hello,
Thank you for taking the time to review with us. Attached please find the intake form in Excel format. Everything highlighted reflects the information I added.
--
**Vanessa Alonso** | Office Manager- Case Manager
**National Injury Help**
4241 Jutland Drive, Suite 200
San Diego, CA 92117
Toll Free: (800) 214-1010 ext. 324
Direct Line & Text SMS: (619) 331-0990
Fax: (619) 432-7094
Email: valonso@nationalinjuryhelp.com
Website: www.NationalInjuryHelp.com

Link To our Facebook Page | Link to our LinkedIn Page

**Confidential & Privileged**
**Unless otherwise indicated or obvious from its nature, the information contained in this communication is confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.**