[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' NOTICE OF MOTIONS; MOTION FOR LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS; SECOND MOTION TO DISBURSE COMMON BENEFIT EXPENSE FUNDS** |
| This Document Relates to:<br><br>ALL ACTIONS | Judge: Honorable Charles R. Breyer<br>Date: October 9, 2026<br>Time: 10:00 AM<br>Ctrm.: 6-17th Floor (zoom) |

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that on October 9, 2026, at 10:00 AM, in Courtroom 2 (via Zoom) of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Plaintiffs will and hereby do move for an order for leave to seek disbursement of benefit expenses and to disburse common benefit expenses. The motion is based on the memorandum in support as well as the declaration and exhibits accompanying it.

**MOTIONS**

In PTO 19 (ECF 1754), the Court ordered the creation of two common benefit funds, a "Fee Fund" and an "Expense Fund." PTO 19 at ¶ 16. Defendants were ordered to hold back from any covered settlements or judgments 9% of the gross amount, 7% for fees and 2% for costs. *Id.* at ¶ 39. PTO 19 provides that distributions from the funds may be made only on Court order, and that leave of Court is required to see any disbursement. *Id.* at ¶ 20.

Exercising their authority under PTO 4 and Second Amended PTO 12, MDL Co-Lead Counsel established a common litigation fund to pay for common expenses in this MDL. ECF 5529-1 at ¶ 4; *see also* PTO 12 at § C.1. Every payment made from the common litigation fund was approved by Co-Lead Counsel as reasonable and necessary for the prosecution of this litigation, as was all work performed and billed to the common litigation fund for which invoices are outstanding. ECF 5529-1 at ¶ 5. Co-Lead and Liaison Counsel for the JCCP established a similar fund to prosecute the litigation in the JCCP. *Id*. at ¶ 6.

After recent settlements, Uber deposited funds into both the Fee Fund and the Expense Fund. ECF 5529-1 at ¶ 3. MDL Co-Lead Counsel moved for, and the Court entered, an order disbursing common benefit expense funds as agreed between themselves and leadership in the JCCP. ECF 5529, 509.

Since the Court issued that order, additional funds have been deposited into the Expense Fund. London Decl. at ¶ 3. MDL Co-Lead Counsel and Co-Lead and Liaison Counsel for the JCCP have agreed that the amounts pending in the Expense Fund should be distributed in the same way that the earlier funds the Court approved were distributed: to the common litigation funds. *Id*. at ¶ 4. The Leadership Groups have agreed on an allocation between the MDL and the JCCP of the available funds. *Id.* at ¶ 5. The two Leadership Groups do not at this time seek to distribute any funds from the Fee Fund.

For these reasons, Plaintiffs respectfully request that the Court (1) grant leave to seek disbursement from the Expense Fund and (2) order that the amount allocated by agreement to the MDL be disbursed to the MDL common litigation fund. JCCP leadership will separately seek a disbursement order from Judge Schulman. Should the Court request information on the amounts

of the funds available or the allocation between the MDL and the JCCP, Plaintiffs request leave to provide the information in camera.

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: September 3, 2026

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman