**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS AND SECOND MOTION TO DISBURSE COMMON BENEFIT EXPENSE FUNDS** |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Leave to Seek Disbursement of Common Benefit Expense Funds and Second Motion to Disburse Common Benefit Expense Funds.

3. Since the Court issued the Order Granting Leave to Seek Disbursement of Common Benefit Expense Funds and Ordering Disbursement of Common Benefit Expense Funds (ECF 5909), Uber has deposited additional funds into the Expense Fund.

4. MDL Co-Lead Counsel and Co-Lead and Liaison Counsel for the JCCP have agreed that the amounts pending in the Expense Fund should be distributed to the common litigation funds.

5. The Leadership Groups have agreed on an allocation between the MDL and the JCCP of the available funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September, 2026 in San Francisco, California.

*/s/ Sarah R. London*

Sarah R. London