MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*pro hac vice application forthcoming*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 CRB |
| **This Document Relates to:**<br><br>***D.M. v. Uber Technologies, Inc., et al; Case No.: 3:26-cv-06063-CRB*** | **CORRECTED STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer |

**CORRECTED STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(a)(ii), Plaintiff D.M., and the Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, hereby stipulate to the dismissal of these actions without prejudice. Each party to bear their own costs and attorney fees.

Dated: September 4, 2026 Respectfully submitted,

**GUERRA LLP**

By: /s/*Meredith Drukker Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
*Attorney for Plaintiff*

By: */s/Chris Cotton*
CHRIS COTTON
*Attorney for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*