[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFFS' RESPONSE TO UBER'S SECOND STATUS REPORT REGARDING DRIVER DEPOSITION**<br><br>Judge: Honorable Charles R. Breyer<br>Ctrm.: 6-17th Floor (zoom) |
| This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*,<br>N.D. Cal. No. 24-cv-8783,<br>W.D. Tex. No. 26-cv-01694 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

**RESPONSE**

A few points:

Uber violated a Court order that the driver's deposition occur by September 1. Uber knew that coordinating with the prison makes scheduling a deposition challenging, yet canceled the deposition anyway. As a result, the deposition will not occur until late September. Despite Uber's continued attacks on Plaintiff, it is only Uber that has violated a Court order.

Uber's violation has consequences. Pushing this deposition so late (and therefore Uber's subsequent decision on whether or not it will concede the assault occurred) has ramifications for trial length and discovery. Uber's waffling means that the Court needs to qualify jurors for the longer possible trial, and both Plaintiffs' counsel and the Court need to make extended travel arrangements. It will likely require additional fact depositions (such as witnesses who testified in the criminal trial and who would corroborate that Mr. Le has a consistent plan of targeting and preying on intoxicated women). And it may require additional expert work (such as potential rebuttal to Uber's GPS expert who opines that the vehicle did not have any "erratic movements" during the oral rape of Plaintiff).

Plaintiff defers to the Court on the appropriate remedy, costs or otherwise, for Uber's violation. *See* Fed. R. Civ. P. 30(g)(1). The sanction, if any, can be addressed later, but the harms are not speculative. They are precisely why the Court ordered this deposition to be completed by September 1 in the first place.

Uber continues to include in its filings misrepresentations of Plaintiff's positions and false accusations.[1] Uber's insistence on doing so after efforts at cooperation have eroded trust, which is why Plaintiff did not agree to discuss these issues on the phone. Plaintiff suggests that the Court order any future status reports be submitted jointly so both sides' positions can be accurately

[1] *First*, Uber suggests that Plaintiff has violated Judge Cisneros's orders concerning Plaintiff-side discovery, but that is not true. Contrary to Uber's insinuations, Judge Cisneros has found no misconduct on the part of Plaintiff whatsoever. And the remaining two hours of Plaintiff's deposition have been continued *by agreement*. *Second*, Uber continues to insist that the short phone call to Mr. Le was unethical, despite the litany of authority holding otherwise, and despite Uber's own ex parte contact with driver witnesses in other trials, and. *Third*, Uber again raises "Plaintiff's approach with other third-party witnesses." To repeat: these allegations were briefed before Judge Cisneros, who found no impropriety.

presented without multiple filings.

Dated: September 5, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: September 5, 2026

By: */s/ Andrew R. Kaufman*
Andrew R. Kaufman