United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION
/

This Order Relates To:

*Jane Doe LS 720 v. Uber Technologies, Inc., et al.,* Case No. 3:26-cv-05281-CRB

MDL No. 3084

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered Motion to Withdraw as Counsel for Plaintiff Jane Doe LS 720, the Court hereby ORDERS as follows:

1. The Motion to Withdraw as Counsel for Plaintiff Jane Doe LS 720 is GRANTED.
2. Pursuant to Local Rule 11-5(b), counsel is ordered to serve all notices, papers, or pleadings on Plaintiff unless and until the client appears by another counsel or pro se. Counsel must notify Plaintiff of this condition.

**IT IS SO ORDERED.**

Dated: September 8, 2026

CHARLES R. BREYER
United States District Judge