MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*pro hac vice application forthcoming*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 CRB |
| **This Document Relates to:**<br><br>***D.M. v. Uber Technologies, Inc., et al; Case No.: 3:26-cv-06063-CRB*** | **CORRECTED STIPULATION OF DISMISSAL**: ORDER<br><br>Judge: Hon. Charles R. Breyer |

**<u>CORRECTED STIPULATION OF DISMISSAL</u>**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(a)(ii), Plaintiff D.M., and the Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, hereby stipulate to the dismissal of these actions without prejudice. Each party to bear their own costs and attorney fees.

Dated: September 4, 2026

Respectfully submitted,

**GUERRA LLP**

By: /s/*Meredith Drukker Stratigopoulos*
MEREDITH D. STRATIGOPOULOS
*Attorney for Plaintiff*

By: */s/Chris Cotton*
CHRIS COTTON
*Attorney for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*

MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*pro hac vice application forthcoming*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 CRB |
| **This Document Relates to:**<br><br>***D.M. v. Uber Technologies, Inc., et al; Case No.: 3:26-cv-06063-CRB*** | **[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

Before the Court is the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court, having considered the Stipulation, ORDERS that the actions brought by D.M. against Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC are hereby DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Judge Charles R. Breyer