# EXHIBIT 6

Message

**From:** Sarfraz Maredia [sarfraz@uber.com]
**Sent:** 12/14/2016 11:50:32 PM
**To:** Leandre Johns [leandre@uber.com]
**BCC:** sarfraz@uber.com
**Subject:** email draft

Team,

I just wanted to pass on some good news out of Texas.

After much hard work by numerous folks on the team, we've got a major regulatory win in Houston!

**TL;DR: Houston no longer has the "worst regs in the country"** and we're hopeful we can eliminate the fingerprint BGC requirement at the Texas legislature in H1.

Earlier today, Houston City Council passed revisions to their vehicle-for-hire ordinance that removes many of the driver onboarding hurdles that we've battled with over the last couple years. A quick rundown of the changes:

| Before | After |
| --- | --- |
| Fingerprint BGC | **Fingerprint BGC remains**; added new language acknowledging that a third-party BGC could serve in lieu of it with future council approval (symbolic change) |
| Upfront physical for drivers | **Removed entirely** |
| Upfront drug testing | **Upfront requirement removed; only "for cause/suspicion" going forward** |
| Fire extinguisher in car | **Requirement removed** |
| 7-year vehicle age maximum (up to 10 years with additional vehicle inspection that costs drivers >$100) | **Increased to 10-year vehicle age maximum for all drivers (no additional inspection required)** |
| Requirement to bring SS card to licensing office + requirement to wear collared shirts | **Both removed** to limit unnecessary friction in the licensing process |

While fingerprint BGCs still remain for now, we have solid momentum at the Texas legislature to remove this requirement and implement consistent regs across the state in H1. The regulatory changes adopted in Houston today were the result of a good faith negotiation with Mayor Turner and his staff; this is a YUUGE win for the team from both an ops and policy perspective. It allows us to operate less like the incumbent industry players and provide access to service that's more akin to what we provide in the majority of our other major cities. And with the Super Bowl right around the corner in Houston, we are now positioned to run hard at scaling up our driver base to adequately manage the heavy demand that comes with hosting a Super Bowl.

This win also highlights the importance of having a cohesive tactical approach as pressure was exerted on the Mayor and City Council from internal parties as well as influential external groups, and those efforts ultimately led to this compromise.

Kudos go out to Sarfraz and the whole Houston Ops Team, Trevor and the Texas Public Affairs Team, Sarah Fenn and all the folks in legal and safety, Chris Nakutis for his early leadership of this endeavor, and of course our external lobbying crew for bringing this win home!

Thanks,
Leandre