# EXHIBIT 10

| | |
|---|---|
| Control Number : | UBER_JCCP_MDL_004219553 |
| File Description : | RFC822 Email Message |
| JCCP Production - Custodian Other : | Holt, Rachel, Maredia, Sarfraz |
| Author (Combined) : | |
| GOOGLE_#Author : | |
| GOOGLE_Collaborators : | |
| Date Created (App) : | 12/15/2016 4:57:00 AM |
| Date Last Modified (App) : | |
| Parent Doc Date : | 12/15/2016 4:57:00 AM |
| Production - Beginning Bates : | |

Message

**From**: Sarfraz Maredia [sarfraz@uber.com]
**Sent**: 12/15/2016 4:57:46 AM
**To**: central-gm-only@uber.com
**CC**: Ian Black [iblack@uber.com]; Rachel Holt [rachel@uber.com]
**Subject**: Fwd: Regs Win in Houston, Texas

Central GMs,

Please see update below about the "Super Bowl compromise" that we reached with Mayor Turner in Houston, which was officially passed by City Council earlier today. As a result, many of the most expensive and time-consuming licensing steps (e.g., upfront requirements for a physical, drug test, and fire extinguisher) have been removed and the maximum vehicle age was extended to 10 years for all drivers. During the council discussion today, the head of the ARA (our primary regulator in Houston) was essentially forced to admit that many of the previous licensing requirements didn't really do anything to improve public safety.

These changes will significantly reduce the burden and cost faced by drivers, and should also help us ramp up more effectively for the Super Bowl. All in all, this is a major step forward and represents a big win for drivers and riders in Houston. The fingerprinting requirement remains for now but we are working hard (with lots of support from the Public Affairs team) to address that at the state legislature in H1. I'm really proud of the Houston team for finding a way to 10x the business since these regulations first passed two years ago but even more excited about the next chapter. There's lots of work still ahead of us in Texas but I wanted to share today's good news with you all.

Best,
Sarfraz

Sarfraz Maredia | **Uber** | General Manager

Begin forwarded message:

**From:** Leandre Johns <leandre@uber.com>
**Date:** December 14, 2016 at 10:08:37 PM CST
**To:** Policy <policy@uber.com>, Communications <comms@uber.com>
**Cc:** Sarfraz Maredia <sarfraz@uber.com>, Rachel Holt <rachel@uber.com>, Ian Black <iblack@uber.com>, Chris Nakutis <nak@uber.com>
**Subject: Regs Win in Houston, Texas**

Team,

I just wanted to pass on some good news out of Texas.

After much hard work by numerous folks on the team, we've got a major regulatory win in Houston!

**TL;DR: Houston no longer has the "worst regs in the country"** and we're hopeful we can eliminate the fingerprint BGC requirement at the Texas legislature in H1. This is great news as Houston regs are often used as a case of precedent against us globally.

Earlier today, Houston City Council passed revisions to their vehicle-for-hire ordinance that removes many of the driver onboarding hurdles that we've battled with over the last couple years. A quick rundown of the changes:

| Before | After |
|---|---|
| Fingerprint BGC | **Fingerprint BGC remains; added new language acknowledging that a third-party BGC could serve in lieu of it with future council approval (symbolic change)** |
| Upfront physical for drivers | **Removed entirely** |
| Upfront drug testing | **Upfront requirement removed; only "for cause/suspicion" going forward** |
| Fire extinguisher in car | **Requirement removed** |
| 7-year vehicle age maximum (up to 10 years with additional vehicle inspection that costs drivers >$100) | **Increased to 10-year vehicle age maximum for all drivers (no additional inspection required)** |
| Requirement to bring SS card to licensing office + requirement to wear collared shirts | **Both removed to limit unnecessary friction in the licensing process** |

While fingerprint BGCs still remain for now, we have solid momentum at the Texas legislature to remove this requirement and implement consistent regs across the state in H1 2017. The regulatory changes adopted in Houston today were the result of a good faith negotiation with Mayor Turner and his staff; this is a YUUGE win for the team from both an ops and policy perspective. It allows us to operate less like the incumbent industry players and provide access to service that's more akin to what we provide in the majority of our major cities. And with the Super Bowl right around the corner in Houston, we are now positioned to run hard at scaling up our driver base to adequately manage the heavy demand that comes with hosting a Super Bowl.

This win also highlights the importance of having a cohesive tactical approach as pressure was exerted on the Mayor and City Council from internal parties as well as influential external groups, and those efforts ultimately led to this compromise.

Kudos go out to Sarfraz and the entire Houston Ops Team, Trevor and the Texas Public Affairs Team, Sarah Fenn and all the folks in legal and safety, Chris Nakutis for his early leadership of this endeavor, and of course our external lobbying crew for bringing this win home!

Thanks,
Leandre

#GoCowboys

--
Leandre Johns | **Uber**

leandre@uber.com | 469.554.8237
DFW | Twitter | Facebook