# EXHIBIT A

| # | Case Name | Case Number | Jurisdiction |
|---|---|---|---|
| 1 | *A.A. et al. v. Uber Technologies, Inc., et al.* | CGC-25-621863 | CA |
| 2 | *P.T., et al v. Uber Technologies, Inc., et al.* | CGC-25-622882 | CA |
| 3 | *John Doe I.G. v. Uber Technologies, Inc., et al.* | CGC-26-633581 | CA |
| 4 | *Doe v. Uber Technologies, Inc., et al.* | 23-CA-006624 | FL |
| 5 | *Jane Doe v. v. Uber Technologies, Inc, et al.* | 2025-CA-001579 | FL |
| 6 | *Doe v. Uber Technologies, Inc., et al.* | 25-C-02725-S1 | GA |
| 7 | *Jane Doe 2025 v. v. Uber Technologies, Inc, et al.* | 25-C-02860-S1 | GA |
| 8 | *S.L. v. Uber Technologies, Inc., et al.* | 25-C-03979-SI | GA |
| 9 | *Check v. Uber Technologies, Inc., et al.* | 2484CV00948 | MA |
| 10 | *Magliocco, Lora v. Uber Technologies, Inc., et al.* | 2581CV02602 | MA |
| 11 | *Scheper v. Uber Technologies, Inc., et al.* | 2484CV01054 | MA |
| 12 | *Doe v. Uber Technologies, Inc., et al.* | 22-013966-CZ | MI |
| 13 | *Hunter, Oscar v. Uber Technologies, Inc., et al.* | 26-000991 | MI |
| 14 | *Griffith v. Uber Technologies, Inc., et al.* | GLO-L-000389-6 | NJ |
| 15 | *Peterson v. Uber Technologies, Inc., et al.* | 8078592022E | NY |
| 16 | *Ventura v. Uber Technologies, Inc., et al.* | 1517572023 | NY |
| 17 | *Doe v. Uber Technologies, Inc., et al.* | CJ-2023-2352 | OK |
| 18 | *K.W. v. Uber Technologies, Inc, et al.* | 25OV12710 | OR |
| 19 | *Burks v. Uber Technologies, Inc., et al.* | 26-04-05965 | TX |
| 20 | *G.R. v. Uber Technologies Inc., et al.* | C067225E | TX |
| 21 | *Jane Doe KGKS 1 v. Uber Technologies, Inc., et al.* | 202457168 | TX |
| 22 | *Johnson v. Uber, et al.* | 2024-24542 | TX |
| 23 | *Jane Doe v. v. Uber Technologies, Inc, et al.* | 252131718SEA | WA |