**NADLER NELSON, PLLC**
Frances Bourliot
**Admitted Pro Hac Vice*
Texas State Bar No. 24062419
P. O. Box 38328
Dallas, Texas 75238
Tel: 346-771-7554
fbourliot@nadlernelson.com

***ATTORNEY FOR PLAINTIFF A.T.C.***
**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**JURY TRIAL DEMANDED** |
| This Document Relates to:<br><br>JANE DOE C.S.C. v. UBER TECHNOLOGIES, INC., *et al.*; Cause No. 4:26-cv-10100 | |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on September 9, 2026.

Dated this the 9th day of September, 2026.

Respectfully submitted,

*/s/ Frances Bourliot*
Frances Bourliot
**Admitted Pro Hac Vice*
Texas State Bar No. 24062419
Tel: 346-771-7554

fbourliot@nadlernelson.com

**NADLER NELSON, PLLC**
P. O. Box 38328
Dallas, Texas 75238
Tel: 214-452-5279

***ATTORNEY FOR PLAINTIFF***
***JANE DOE C.S.C.***
**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9th, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Frances Bourliot*
Frances Bourliot