**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**ORDER TO EXTEND THE TIME TO FILE LETTER BRIEF RE: PLAINTIFF JANE DOE QLF 001'S ESI PRODUCTION**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having reviewed the parties' joint stipulation, the record, and applicable law, the Court hereby finds that the information sought is Defendant Victor Huynh Le's Army Military Human Resource Record, including his complete and unredacted Certificate of Release or Discharge from Active Duty (DD Form 214), the full text of Orders 343-0001 issued by the USAG Bavaria Transition Center on December 9, 2019, his Enlisted Record Brief including the flag code and date of imposition, and all documents reflecting the authority, basis, and characterization of his separation from active duty on January 17, 2020. The Court further finds that this information is relevant to the claims and defenses in this action and may be relevant to Le's character and credibility. The Court finds that this information is not reasonably available from any other source in complete, unredacted, and authenticated form, and that Defendant Le's privacy interests are adequately protected by the

protective order entered in this cause. The Court accordingly ORDERS as follows:

1. The Department of the Army shall, pursuant to 5 U.S.C. § 552a(b)(12), disclose to counsel of record in this action records disclosing the type of separation, character of service, separation authority, separation code, reentry code, narrative reason for separation, and dates of time lost for Victor Huynh Le. The Army may also disclose the separation order itself, as well as the flag code and the date of imposition for the flag appearing on Victor Huynh Le's Enlisted Record Brief. The Army will make any such disclosures consistent with the Department's *Touhy* procedures and upon receipt of a conforming written request from Plaintiff's counsel of record.

2. The Army may produce records subject to the Protective Order in this Action with the confidentiality designations it deems appropriate.

3. Any personally identifying information pertaining to persons other than Victor Huynh Le may be redacted unless such information is directly constitutive of the separation basis and necessary to understand the action, in which case the material will be submitted to the Court for *in camera* review before disclosure to counsel.

4. Any medical or mental health records will be excluded from production unless such information is directly constitutive of the separation basis and necessary to understand the action, in which case the material will be submitted to the Court for *in camera* review before disclosure to counsel.

5. The Army may produce certified true copies of the records and/or a custodian declaration sufficient to authenticate the produced records.

IT IS SO ORDERED.

Dated: September 9, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge