[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**OF NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to:<br><br>Jane Doe QLF 001 v. Uber Technologies, Inc., et al.<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 7096]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom 6-15th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G-15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

Having considered Defendants' August 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, The Court hereby **GRANTS** the Motion and **ORDERS** the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Joint Status Report | Portion of report quoting MTAA email communications |

IT IS SO ORDERED.

Dated: ____________

______________________________
**HON. CHARLES R. BREYER**
**United States District Judge**