[Submitting counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| This Document Relates to: *JANE DOE QLF 001 v. Uber Technologies, Inc. et al., N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694* | **STIPULATION AND [PROPOSED] ORDER TO PERMIT PROVISIONAL FILING UNDER SEAL AND TO SET A SCHEDULE FOR POST-TRIAL BRIEFING RE *QLF 001* SEALING**<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | CASE NO. 26-CV-01694-CRB<br>Judge: Hon. Charles R. Breyer |

WHEREAS, the *QLF 001* Scheduling Order provides that the parties will file motions in limine/Rule 412 motions and motions for summary judgment on September 11, 2026, and oppositions on September 22, 2026 by noon. ECF No. 7087.

WHEREAS, the Scheduling Order provides that the parties will file Rule 702 motions on September 14, 2026, and oppositions on September 22, 2026 by noon. ECF No. 7087.

WHEREAS, these motions and oppositions are collectively referred to in this stipulation as the *QLF 001* Pretrial Briefing.

WHEREAS, the *QLF 001* Pretrial Briefing will include voluminous and, in some cases, lengthy exhibits that have been designated confidential by the parties or that otherwise include the parties' confidential information and/or confidential information of third parties/non-parties.

WHEREAS, in the interests of efficiency, the Court previously permitted provisional filing under seal in connection with the *Dean* Rule 702 motion briefing. ECF No. 4332.

WHEREAS, after the *Dean* trial, the Court denied without prejudice certain pending motions to seal, including motions related to the *Dean* pretrial matters, and ordered new omnibus briefing related to those sealing motions. The Court further directed that the new sealing briefing should take into account public disclosures, including those that occurred through the *Dean* trial. ECF No. 5702.

WHEREAS, as with the *Dean* sealing briefing, the scope of sealing that will be appropriate in connection with the *QLF 001* Pretrial Briefing cannot be determined until after the *QLF 001* trial concludes.

THEREFORE, the parties respectfully request that the Court enter the parties' stipulation permitting the parties to: (1) file confidential exhibits related to the *QLF 001* Pretrial Briefing provisionally under seal and to make limited corresponding redactions to the Pretrial Briefing as necessary; (2) file omnibus motions to seal addressing the *QLF 001* Pretrial Briefing in light of public disclosures through the *QLF 001* trial and elsewhere no later than November 10, 2026; and (3) file in the public record any documents previously filed provisionally under seal that the parties no longer seek to seal, along with an index to those documents, no later than November 17, 2026.

**IT IS SO STIPULATED.**

DATED: September 9, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: September 9, 2026

*/s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 9, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: September __, 2026

_______________________________

Honorable Charles R. Breyer
United States District Judge