[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>N.D. Cal No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-md-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED VOIR DIRE**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC respectfully submit the following proposed voir dire questions:

1. Obviously, this case involves issues surrounding sexual assault. Does anyone have concerns that a case like this would hit too close to home?

2. Is there anyone else who thinks that you might have difficulty being entirely impartial in a case involving a sexual assault?

3. I'm not going to ask for details – just a show of hands. Has anyone here been the victim of a sexual assault, or have someone very close to you who was?

4. Is there anyone who is already starting out leaning in favor of the individual who was assaulted in a case like this?

5. If you think of this trial as a race, does anyone feel that Uber is starting from behind with them?

6. Is there anyone else who feels like Uber would be at a disadvantage with you?

7. Would anyone require Uber to prove that it is not responsible for Plaintiff's assault even though the plaintiff carries the sole burden of proof in this case?

8. Does anyone think that our side will need to work a little harder than the Plaintiff's in order to convince you that Uber isn't responsible here?

9. The driver in this case went to prison for the incident that happened during his ride. Just hearing that, does anyone feel that Uber should be partially responsible?

10. Does anyone already feel that Uber owes Plaintiff compensation because of what happened to her on the trip that was ordered on the Uber platform?

11. Is there anyone who would have difficulty sending Plaintiff home with no compensation whatsoever if her lawyers are unable to prove that Uber is legally responsible for what happened?

12. Some of you may be thinking, "I'm starting out this case a little biased against Uber, but once I hear the evidence, I think I could be fair." The thing is, the parties to a lawsuit are entitled to a fair and impartial jury from Day One, not just at the end of the trial. So let me ask, as you sit here right now, does anyone feel that you are not starting this case entirely impartial?

13. Has anyone ever attended a protest, march, or demonstration in support of sexual assault victims or survivors?

14. Even if you've never attended, does anyone here strongly support protests, marches, or demonstrations in support of sexual assault victims or survivors?

15. Some people say that victims of sexual assault sometimes exaggerate symptoms in order to garner sympathy from people. Does anyone strongly disagree with that?

16. How many of you feel like we should believe a person 100% of the time if they claim to have been assaulted?

17. Raise your hand if you think that false or exaggerated claims of sexual assault are extremely rare.

18. Some people feel that the #metoo movement has led to many false allegations of assault. Who here would strongly disagree with that?

19. Does anyone think that whether someone was intoxicated at the time of an incident has no bearing on that person's credibility or accuracy in remembering something?

20. Sometimes rideshare drivers will ask riders if they want to pay outside of the app so that they can avoid the fees that are charged by companies like Uber or Lyft. How many of you think that's extremely dangerous?

21. Has anyone ever used the in-app safety features while using Uber or Lyft?

22. Has anyone ever had a very negative experience with a rideshare driver? And I don't mean the driver was rude or the car was dirty – but anything more serious than that?

23. Does anyone come to this case with negative opinions about Uber or its executives?

24. Does anyone feel strongly that rideshare companies aren't doing enough to protect riders?

25. Does anyone believe that a rideshare company should always be responsible for any actions of the drivers and riders who meet through the app?

26. Who strongly believes rideshare companies should do more thorough screenings of drivers?

27. Some people believe that folks who weren't born in this country are less likely to follow US laws. Who here would tend to disagree with that?

28. Along the same lines, some people believe that foreign-born individuals are more likely to commit crimes than people who were born in the US. Does anyone strongly disagree with that?

29. Who feels strongly that foreign-born individuals are treated much worse in our criminal justice system?

30. Raise your hand if you were born or raised in a different country. Which country?

31. Switching gears a little bit. Has anyone filed a lawsuit before and been dissatisfied with the outcome?

32. Some folks believe that people who file lawsuits are often looking to capitalize on sympathy to get money they don't deserve. Who strongly disagrees with that?

33. Does anyone believe the number of lawsuits against businesses is too low, or that the damages awarded in lawsuits are too low?

34. How many of you believe that most companies care more about profits than they do about keeping consumers safe?

35. Does anyone have any strong negative feelings about corporations in general?

36. Does anyone think it's unfair for corporations and individuals to be treated as equals in a lawsuit?

37. Does anyone think it's unfair for the law to place the burden of proof on an individual to prove that a company caused their injury?

38. Just a few more questions. Does anyone have any education, training, or experience in Counseling or Psychology, or have family that does?

39. Raise your hand if you've NEVER been a supervisor or held a supervisory role at work.

40. Is there anyone who identifies as a socialist or very liberal on social or financial issues?

41. I'm going to finish up where I started. Now that you've been sitting here through all these questions, is there anyone else who feels like you wouldn't be starting out entirely impartial here on Day One?

DATED: September 9, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn