[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
N.D. Cal No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S PROPOSED JUROR QUESTIONNAIRE**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-cv-01694-CRB

Judge: Hon. Charles R. Breyer

Pursuant to the Amended Case Management Scheduling Order (ECF 7087), Defendants propose supplementing the Western District of Texas template juror questionnaire with the exact questions that the Court included in the juror questionnaire used in the most recent trial *WHB 823* (Exhibit 1).[1] Specifically, Uber requests that the Court supplement the standard questionnaire with questions 10-31, from the questionnaire given in the most recent trial. Limiting to this set of questions avoids duplication with the standard questionnaire in the Western District of Texas. Uber respectfully submits that the questions that the Court determined were appropriate in the most recent trial are likewise appropriate questions here. Uber objects to any supplemental questions that Plaintiff submits that have not been previously given in the prior two trials and reserves the right to file more specific objections.

Uber proposes that the Court include the following supplemental questions:

1. (WHB 823 questionnaire question 10): Do you have any training, knowledge, experience, or work (including volunteer work) in any of the following: (*Check all that apply*)

   ☐ Law/Law enforcement

   ☐ Mental Health / Counseling

   ☐ Social Work

   ☐ Education/Teaching

   ☐ Sexual assault/abuse

   ☐ Nonprofits

   ☐ Rideshare/gig work

   ☐ Work with children/teenagers

   If you checked any of the above, explain:

2. (WHB 823 questionnaire question 11) Have you or a family member ever served in the military?

   ☐ Yes, self

   ☐ Yes, family member

   ☐ No

---

[1] The Court did not file the questionnaire given in the WHB823 trial; the parties submitted their proposals, ECFs 5437 (Plaintiff) and ECF 5442 (Uber). Uber has reviewed the questionnaire that WDNC gave to the jurors, and compiled questions 10-31 here.

If yes, list branch, years and rank:

3. (WHB 823 questionnaire question 12) Have you or anyone close to you ever:

| | | | |
|---|---|---|---|
| Filed a lawsuit | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Been sued by someone else | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Had a reason to sue but chose not to | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Filed a claim for workers compensation | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Filed a claim for public assistance | ☐ Yes, self | ☐ Yes, someone close | ☐ No |

<u>If you checked any of the above</u>, describe when and the nature of the experience:

4. (WHB 823 questionnaire question 13) Have you, a family member, or someone close to you ever had any training, courses, or worked in or around the following areas:

| | | | |
|---|---|---|---|
| App Development | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Computer Engineering | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Data Analytics | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Insurance/Claims | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Law Enforcement | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Law/Legal | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Marketing | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Medicine | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Product Development | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Psychology/Counseling | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Risk Management | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Social Work | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Teaching/Education | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Transportation | ☐ Yes, self | ☐ Yes, someone close | ☐ No |
| Sexual Assault Victim Advocacy | ☐ Yes, self | ☐ Yes, someone close | ☐ No |

5. (WHB 823 questionnaire question 14) What are your general opinions of large corporations?

☐ Positive

☐ Neutral

☐ Negative

If positive or negative, explain:

6. (WHB 823 questionnaire question 15) Do you believe it is fair for corporations and individuals to be treated as equal “persons” under the law?

   ☐ Yes

   ☐ No

7. (WHB 823 questionnaire question 16) In general, do you think that money damages awarded by juries are:

   ☐ Too high

   ☐ About right

   ☐ Too low

8. (WHB 823 questionnaire question 17) In general, do you think the number of lawsuits these days seems:

   ☐ Too high

   ☐ About right

   ☐ Too low

9. (WHB 823 questionnaire question 18) Have you or anyone else close to you ever driven passengers for a living, including on a rideshare platform like Uber or Lyft?

   ☐ Yes

   ☐ No

   If yes, please explain:

10. (WHB 823 questionnaire question 19) Have you read any articles or watched any television programs about rideshare drivers sexually assaulting passengers?

   ☐ Yes

   ☐ No

   If yes, please explain:

11. (WHB 823 questionnaire question 20) Have you or anyone else close to you ever worked or volunteered at any organization dealing with sexually assaulted/abused children/adults (e.g., Child Protective Services, sexual assault hotlines, support groups)?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain:

12. (WHB 823 questionnaire question 21) Have you or anyone close to you ever been sexually abused or assaulted?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain a) the age of the victim; b) the relationship between the people involved; c) whether it was reported

13. (WHB 823 questionnaire question 22) Have you or anyone close to you ever made an allegation of sexual assault?

☐ Yes, self

☐ Yes, someone close

☐ No

14. (WHB 823 questionnaire question 23) Have you or anyone close to you ever been diagnosed or treated for:

| | | | |
|---|---|---|---|
| Self | ☐ Post Traumatic Stress Disorder | ☐ Depression | ☐ Anxiety |
| Other | ☐ Post Traumatic Stress Disorder | ☐ Depression | ☐ Anxiety |

15. (WHB 823 questionnaire question 24) Have you or anyone close to you ever sought treatment from a therapist, psychologist, psychiatrist, or other mental health practitioner?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain:

When was the last visit?

16. (WHB 823 questionnaire question 25) Do you use any rideshare apps?

☐ Yes

☐ No, but I have in the past

☐ No

If you stopped using rideshare apps, explain why:

17. (WHB 823 questionnaire question 26) Have you or anyone close to you ever had a negative experience with a rideshare company?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain:

18. (WHB 823 questionnaire question 27) What is your general opinion of rideshare companies?

☐ Positive

☐ Neutral

☐ Negative

19. (WHB 823 questionnaire question 28) How often do you order rides on the Uber App?

☐ Daily

☐ Weekly

☐ Monthly

☐ Rarely

☐ Never

20. (WHB 823 questionnaire question 29) Have you or anyone close to you ever had a negative experience with Uber?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain:

21. (WHB 823 questionnaire question 30) What is your opinion of Uber?

☐ Positive

☐ Neutral

☐ Negative

If negative, please explain:

22. (WHB 823 questionnaire question 31) Is there any ethical, religious, political, or other beliefs that may prevent you from serving as a juror in this case?

☐ Yes

☐ No

If yes, explain:

DATED: September 9, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn