Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.
N.D. Cal. No. 3:24-cv-08783

Case No. 3:23-md-03084-CRB

**NOTICE OF FILING PLAINTIFF'S PROPOSED JUROR QUESTIONNAIRE**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 15th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

*Additional Caption on Next Page*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

Pursuant to the Court's Scheduling Order (Dkt. 7066), Plaintiff respectfully submits her proposed questionnaire for prospective jurors to supplement the Western District of Texas's standard questionnaires for the Court's review, attached as Exhibit A.

Plaintiff's proposed questionnaire is informed by the juror questionnaires used in the *Dean* and *Mensing* trials and improves upon them to the extent additional questions were needed for balance; i.e. the question posed on a topic only elicited potential bias against Uber, rather than against either party. Plaintiff's proposed questionnaire also includes additional questions that are appropriate and necessary given the unique factual circumstances in this case to elicit prospective juror responses that parties can use to make informed decisions about jury selection and to preserve judicial economy and efficiency.

Specifically, Plaintiff included questions from the *Dean* juror questionnaire (*see* Exhibit A questions 2, 3, 7, 11, and 18). Plaintiff understands that Uber does not object to the inclusion of these questions. Plaintiff also included questions that are based off of question from the Dean juror questionnaire with case-specific edits (*see* Exhibit questions 1, 4, 8, 9, 10, 14, and 15) and additional questions that serve as an important balance to questions asked in *Mensing* and address case-specific nuances, which Plaintiff believes are appropriate in this case (*see* Exhibit A questions 5, 6, 12, 13, 16, 17, 19-31).

Plaintiff also provides proposed questions for the Court's consideration to use during judicial voir dire as Exhibit B, to the extent not already covered in the Court's questionnaire.

DATED: September 9, 2026

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641

rabrams@peifferwolf.com

By: *<u>/s/ Roopal P. Luhana</u>*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: *<u>/s Sarah R. London</u>*
Sarah R. London