# EXHIBIT A

PLAINTIFF'S SUPPLEMENTAL QUESTIONS

1. The plaintiff, the person who brought the lawsuit, alleges that on June 9, 2020 she was sexually assaulted by her Uber Driver while she was intoxicated, in the Fort Worth Texas area. She asserts that Uber was negligent and should be held responsible. She is seeking monetary compensation called damages. Uber denies that it was negligent and disputes the nature and extent of the damages plaintiff claims. Is there anything about this which would cause you concern about your ability to serve as an impartial juror in this case? ❑ Yes ❑ No If Yes, please explain:_______

_______________________________________________

2. What is your highest level of education?_______________________________________________
3. Describe any degrees you have received:_______________________________________________
4. Please list the primary jobs you have had in the past, beginning with your current or most recent employment. If retired or unemployed, please indicate the last jobs you had.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5. Do you currently or have you ever had any management or supervisory responsibilities? ❑Yes ❑ No
If Yes, was it ❑ Senior management ❑ Middle management ❑ Entry-level management
Please explain, including which job(s), your duties and how many people you supervise(d):_________

_______________________________________________

6. Have you ever had the authority to hire, fire, or discipline employees? ❑Yes ❑ No If Yes, please explain:_______________________________________________

_______________________________________________

7. Are you married or in a long-term committed relationship or domestic partnership? ❑Yes ❑ No If Yes, what type of work do they do? (If retired, please list the nature of their work prior to retirement):_______________________________________________

_______________________________________________

8. Do you have any children? ❑ Yes ❑ No If Yes, please list their age, gender, and occupation if appliable:_______________________________________________

_______________________________________________

9. Have you, a family member, or someone close to you ever had any training, courses or worked in or around the following areas?

Alcohol/Substance Abuse Treatment ❑ Yes, self ❑Yes, family ❑Yes, someone close

| | | | |
|---|---|---|---|
| App Development | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Background Checks/Security Screening | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Bartender/Cocktail Server | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Coding | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Computer Engineering | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Data Analytics | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Human Resources/Personnel | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Insurance/Claims | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Law Enforcement | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Law/Legal | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Marketing | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Medicine/Nursing/Health Care | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Psychology/Counseling | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Risk Management | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Social Work | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Statistics/Data Analysis | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |
| Transportation | ❑ Yes, self | ❑Yes, family | ❑Yes, someone close |

If Yes to any of the above, please explain: ____________________________________

______________________________________________________________________

______________________________________________________________________

10. Have you or anyone close to you ever worked for, done business with (other than as a customer), owned stock in or had a financial interest in Uber, Lyft, or a comparable rideshare provider or taxi service? ❑ Yes, self ❑Yes, family ❑Yes, someone close ❑ No
If Yes, please explain:_____________________________________________________

______________________________________________________________________

11. Have you read, seen or heard news coverage of lawsuits involving rideshare companies?
❑ Yes ❑ No If Yes, please explain:__________________________________________

______________________________________________________________________

12. Do you have any concerns or negative views about holding a ride share company responsible for the actions of their drivers? ❑ Yes ❑ No If Yes, please explain:_________________________

______________________________________________________________________

13. If you or anyone close to you have ever driven for a living, have you / the person close to you ever been falsely accused of inappropriate conduct by a customer/passenger?
❑ Yes ❑ No ❑ Not Applicable If Yes, please explain:___________________________

______________________________________________________________________

14. Have you or anyone close to you ever been a victim of sexual assault whether it was reported to authorities or not? ❑ Yes, self ❑ Yes, someone close ❑ No If Yes, please explain:________

________________________________________________________________________

15. Have you or anyone close to you ever been accused (rightly or wrongly) of sexual abuse, sexual assault, inappropriate touching, or inappropriate sexual behavior? ❑ Yes, self ❑ Yes, someone close ❑ No If Yes, please explain:____________________________________________

________________________________________________________________________

Did you believe the allegations were true? ❑ Yes ❑ No Please explain:__________________

________________________________________________________________________

16. Have you ever known about someone who you believe made a claim of molestation, sexual abuse, or sexual assault that you thought was false or exaggerated? ❑ Yes ❑ No
If Yes, please explain:_______________________________________________________

________________________________________________________________________

17. Have you or anyone close to you ever been accused (rightly or wrongly) of any type of crime?
❑ Yes ❑ No If Yes, please explain:_____________________________________________

________________________________________________________________________

18. Do you drink alcohol? ❑ Yes ❑ No If No, is there any reason why not?__________________

________________________________________________________________________

19. Have you or anyone close to you ever had a problem with alcohol or drugs? ❑ Yes ❑ No If Yes, please explain:_________________________________________________________

________________________________________________________________________

20. Would you be reluctant to award monetary compensation in a personal injury lawsuit to someone who either has struggled or is currently struggling with drug or alcohol use?
❑ Yes ❑ No If Yes, please explain:_____________________________________________

________________________________________________________________________

21. Do you believe that women who drink alcohol to excess are more sexually promiscuous? ❑ Yes ❑ No

22. Do you agree or disagree:

a. Women who claim sexual assault often have emotional problems or are attention-seeking.
❑ Agree ❑ Disagree

b. If a woman is sexually assaulted while she is drunk, she is at least somewhat responsible for letting things get out of control. ❑ Agree ❑ Disagree

c. Many women who claim sexual assault do so because they have regrets after having sex.
❑ Agree ❑ Disagree

23. Do you know anyone who has any of the following mental health conditions?
    Anxiety ❑ Yes ❑ No
    Major Depressive Disorder ❑ Yes ❑ No
    Post Traumatic Stress Disorder ❑ Yes ❑ No

    If Yes, please explain:________________________________________________________

    ______________________________________________________________________

24. Have you, anyone close to you, or any company you've worked for ever been sued or had a claim for money damages made against you/them? ❑ Yes ❑ No If Yes, please explain:____

    ______________________________________________________________________

25. Have you ever had a reason to file a lawsuit but decided not to? ❑ Yes ❑ No
    If Yes, please explain:________________________________________________________

    ______________________________________________________________________

26. With regards to most lawsuits, do you think they are caused by the fact that:
    ❑ People who file lawsuits are victims of harmful events OR
    ❑ People who file lawsuits do not want to take personal responsibility

27. To what extent do you agree or disagree with the following statements:

    a. Most lawsuits today are about people looking for "deep pockets."
    ❑ Strongly Agree ❑ Somewhat Agree ❑ Somewhat Disagree ❑ Strongly Disagree

    b. Awarding someone too much money in a lawsuit makes them less motivated to help themselves.
    ❑ Strongly Agree ❑ Somewhat Agree ❑ Somewhat Disagree ❑ Strongly Disagree

28. What is your opinion about awarding someone monetary compensation in a personal injury lawsuit for their physical injury, pain and suffering and mental anguish? ❑ Positive ❑ Negative Please explain:__________________________________________________________________

    ______________________________________________________________________

29. Do you start out believing that most claims of pain and suffering in lawsuits are exaggerated?
    ❑ Yes ❑ No If Yes, please explain:_____________________________________________

    ______________________________________________________________________

30. Is there an upper limit or cap on the amount of money you would be willing to award someone for pain and suffering in a personal injury lawsuit no matter what the evidence shows? ❑ Yes ❑ No If Yes, please explain:__________________________________________________________

    ______________________________________________________________________

31. Punitive damages are awarded against a defendant company in order to punish for past misconduct and to deter future misconduct. Do you have any negative opinions about awarding punitive damages in a lawsuit? ❑ Yes ❑ No If Yes, please explain:__________

    ______________________________________________________________________