# EXHIBIT B

PLAINTIFF B.D.'S PROPOSED JUDICIAL VOIR DIRE

1. Do you have any concerns or negative views about holding a ride share company responsible for the actions of their drivers?

2. This is a civil lawsuit, not a criminal case. The driver of the Uber who is alleged to have assaulted the plaintiff is not a party to the lawsuit, Uber is the only defendant. Knowing this, has anyone already decided they are not able to be an impartial juror in this case?

3. Has anyone already formed the opinion that this should be a criminal matter involving the driver, and since the guilty party is now in prison, that Uber should not sued for money damages?

4. If you or anyone close to you has ever driven passengers for a living, have you / the person close to you ever been falsely accused of inappropriate conduct, including sexual harassment, sexual comments / flirting, or sexual assault?

5. Have you ever known about someone who you believe made a claim of molestation, sexual assault, or sexual misconduct that you thought was false or exaggerated?

6. Do you believe that women who choose to drink alcohol to excess are more sexually promiscuous?

7. Do you believe that if a woman was drinking alcohol or was drunk when she claims she has been sexually assaulted she should be seen as less credible?

8. Would you have a hard time believing a woman who claimed she was sexually assaulted if she was drunk at the time?

9. Do you start out believing that if a woman who has been drinking alcohol or is intoxicated gets sexually assaulted she must share at least some of the responsibility for what happened to her?

10. Do you believe that if a woman does not physically resist sexual advances or fight back then she cannot have been sexually assaulted?

11. Do you believe that a lot of times, women who claim they were sexually assaulted really just have emotional problems or are seeking attention?

12. Do you hold the belief that most people who file lawsuits are simply targeting "deep pockets" as opposed to having legitimate claims?

13. Have you read, seen, or heard anything on social media or in other sources about lawyers who are filing lawsuits against Uber? If Yes, do you have any negative views about these lawyers or lawsuits?

14. Do you start out thinking that most lawsuits against ride share companies are motivated by money?

15. Do you have any negative views about awarding someone monetary compensation in personal injury lawsuit for things like mental anguish, personal injury, anxiety, PTSD, and depression?

16. Do you have an upper limit or cap on the amount of money you would be willing to award in a lawsuit for mental anguish, personal injury, anxiety, PTSD, and depression?

17. Would you be reluctant to award monetary compensation in a lawsuit to someone who either has struggled or is currently struggling with drug or alcohol use?

18. Would you have difficulty believing a woman's claim of sexual assault if you learned she had a history of alcohol and drug abuse?

19. Punitive damages can be awarded against a defendant company in order to punish past misconduct and to deter future misconduct. Do you have any negative opinions or beliefs against awarding punitive damages in a civil lawsuit?

20. While outside of this courtroom, in your everyday life many of you may disagree that individuals and corporations should be treated the same. Many of you might say you tend to root for the underdog or choose David over Goliath. But in this courtroom, under the law, there is no distinction between corporations and individuals. Under the law corporations are treated the same as individuals. Does everyone here agree that they will follow the law this law, even if you might not agree with it?