*Submitting counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**STIPULATION TO VACATE DISMISSAL PURSUANT TO AMENDED PRETRIAL ORDER 10** |
| This Document Relates to:<br><br>*WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*<br><br>*WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*<br><br>*WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*<br><br>*WHB 2448 v. Uber Technologies, Inc., et al., No. 3:26-cv-06000* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**STIPULATION OF DISMISSAL**

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, on August 28, 2026, the Parties entered a Stipulation of Dismissal Pursuant to Pretrial Order 10, stipulating to the dismissals without prejudice of *WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*; *WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*; *WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*; and *WHB 2448*

*v. Uber Technologies, Inc., et al., No. 3:26-cv-06000.*[1] Under the Stipulation, the dismissals shall convert to dismissals with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date.

After the Stipulation, Plaintiffs WHB 1531, WHB 1901, WHB 2411, and WHB 2448 re-established communications with their counsel and advised counsel that they intend to comply with all Court orders. The Parties have met and conferred, and stipulate to vacating the dismissals without prejudice of: *WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*; *WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*; *WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*; and *WHB 2448 v. Uber Technologies, Inc., et al., No. 3:26-cv-06000*.

Dated: September 10, 2026

/s/ *Brian Abramson*
Brian Abramson
John Eddie Williams, Jr.
Walt Cubberly
Margret Lecocke
Walt Cubberly (SBN 325163)

**WILLIAMS HART & BOUNDAS**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com

*Attorneys for Plaintiffs*

*/s/ Christopher V. Cotton*
Christopher V. Cotton

**SHOOK HARDY & BACON** 2555 Grand Boulevard
Kansas City, MO 64108
Email: ccotton@shb.com

*Attorneys for Defendants*

[1] The Parties also stipulated to dismiss without prejudice *WHB 2498 v. Uber Technologies, Inc., et al., No. 3:26-cv-06955*. The Parties are not seeking to vacate that dismissal.