[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
*N.D. Cal. No. 3:24-cv-08783*
*W.D. Tex. No. 1:26-cv-01694*

CASE NO. 3:23-MD-03084-CRB

**[AMENDED PROPOSED] ORDER GRANTING DEFENDANTS' ADMINSTRATIVE MOTION TO SEAL [ECF 7204]**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 501

Having considered Defendants' August 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, The Court hereby **GRANTS** the Motion and **ORDERS** the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Defendants Uber Technologies, Inc., Raiser, LLC, Rasier-CA, LLC's Response in Opposition to Plaintiffs' Motion for Temporary Protective Order | Page 3, Lines 11-14<br>Page 8, Lines 12-14, 16-17 |
| Declaration of Christopher V. Cotton in Support of Defendants' Opposition | ¶ 13, Page 3, Lines 13-17<br>¶ 14, Page 3, Lines 18-20<br>¶ 15, Page 3, Lines 21-22 |
| Exhibit 3 to the Declaration of Christopher V. Cotton in Support of Defendants' Opposition: Spreadsheet | Entire Exhibit |

IT IS SO ORDERED.

Dated: ____________

______________________________
Honorable Charles R. Breyer
United States District Judge