*[Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 23-md-03084-CRB

**STIPULATION AND ~~PROPOSED~~ ORDER RE: EXPERT PRODUCTION**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 0001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

Judge: Hon. Charles R. Breyer
Courtroom: 501

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation and proposed order regarding certain testing data in the possession of Plaintiff's expert Dr. H. David Feltoon.

WHEREAS, Plaintiff served an expert report by Dr. Feltoon that included psychological testing;

WHEREAS, Uber seeks production of Dr. Feltoon's testing materials, raw testing data, and notes;

WHEREAS, absent a Court order, Dr. Feltoon will, consistent with his profession's rules, produce the testing materials only to another psychologist;

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Dr. Feltoon must produce his testing materials, raw testing data, and notes related to his work in the *QLF* matter.
2. Uber agrees to treat the production as Attorneys' Eyes Only under the Protective Order.

DATED: September 10, 2026

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Caroline Power*

Caroline Power (Admitted *Pro Hac Vice*)
Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com
caroline,power@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 10, 2026

/s/ *Andrew R. Kaufman*
Andrew R. Kaufman

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 23-md-03084-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 10, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge