UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**

Judge: Hon. Lisa J. Cisneros
Courtroom: G-15th Floor

Having considered Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, ECF ______ ("Motion"), the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials from third-party Mass Tort Ad Agency shall remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Defendants' Response in Opposition to Plaintiffs' Motion for Temporary Protective Order ("Opposition") | Portions of Opposition quoting from non-party email chain, designated as Highly Confidential – Attorneys' Eyes Only | Mass Tort Ad Agency |
| Declaration of Christopher V. Cotton in Support of Defendants' Opposition ("Cotton Declaration") | Portions of Declaration quoting from non-party email chain, designated as Highly Confidential – Attorneys' Eyes Only | Mass Tort Ad Agency |
| Exhibit 3 to Cotton Declaration: Spreadsheet entitled Sample of | Spreadsheet describing non-party email chains and other documents designated as | Mass Tort Ad Agency |

| | | |
|---|---|---|
| Improperly Designated Materials | Highly Confidential – Attorneys' Eyes Only | |
| Exhibit 10 to Cotton Declaration: Deposition Transcript | May 7, 2026 Deposition Transcript of MDL ID 4232 | *See* ECF 174 (stipulated order requiring confidentiality of true names of Plaintiffs filing under pseudonym and/or filing under seal) |

**IT IS SO ORDERED:**

Dated: Sept. 10, 2026

~~HON. LISA J. CISNEROS~~
~~United States Magistrate Judge~~
Hon. Charles R. Breyer
United States District Judge