UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-MD-03084-CRB |
| | **~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RE: PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY PROTECTIVE ORDER** |
| This Document Relates to: | |
| ALL CASES | Judge: Honorable Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**~~[PROPOSED]~~ ORDER**

Having considered the Administrative Motion to Seal regarding Plaintiffs' Notice of Motion and Motion for Temporary Protective Order, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the materials listed below:

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The Court hereby ORDERS that the following material remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Declaration of Ellyn Hurd in Support of Plaintiffs' Notice of Motion and Motion for Temporary Protective Order | Portions highlighted at ¶¶ 10, 11, 14, 15, 16, 21, 22 | Plaintiffs |

**IT IS SO ORDERED.**

DATED: Sept. 10, 2026



Hon. Charles R. Breyer
United States District Judge