[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| This Document Relates to: *Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*, N.D. Cal No. 3:24-cv-08783 | **STIPULATION RE RULE 702 MOTIONS AND MOTIONS IN LIMINE** Judge: Hon. Charles R. Breyer Courtroom: 6 – 17th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 001, Plaintiff, v. UBER TECHNOLOGIES, INC., et al., Defendants. | Case No. 26-CV-01694-CRB Judge: Hon. Charles R. Breyer Courtroom: 501 |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding Rule 702 motions and motion in limine rulings from *Dean* and *Mensing* cases ("prior cases").

WHEREAS, the Court has ruled on motions to exclude experts under Rule 702 in the prior cases.

WHEREAS, the Court has ruled on motions in limine in the prior cases.

WHEREAS, The Parties stipulate that the Court's Rule 702 rulings and motion in *limine* rulings from the prior cases will apply in this case, to the extent they are relevant, without waiver of any appellate rights. The parties further stipulate that no further briefing is necessary to preserve issues implicated by the parties' previously filed motions.

WHEREAS, the parties stipulate that nothing prevents the parties from moving in limine on previously decided issues based on developments in the litigation or case-specific facts.

**IT IS SO STIPULATED.**

DATED: September 10, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 10, 2026

By: */s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

Having reviewed the parties' joint stipulation, the Court hereby GRANTS the stipulation to adopt rulings on 702 Motions and Motions in Limine from the *Dean* and *Mensing* cases to the extent they are relevant.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
Hon. Charles. R. Breyer
United States District Judge