[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [PARTIES' JOINT LETTER REGARDING UBER'S REQUEST FOR A SECOND RULE 35 EXAMINATION OF PLAINTIFF]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Parties' Joint Letter Regarding Uber's Request for a Second Rule 35 Examination of Plaintiff.

**Material To Be Filed Under Seal**

The following materials contain information that Plaintiff has designated as confidential or otherwise requested by Plaintiff.

| Document | Description | Designating Party |
|---|---|---|
| PTO-8 Letter | Redactions requested by Plaintiff | Plaintiff |
| Ex. A to PTO-8 Letter | Email chain between counsel discussing the Rule 35 examination of Plaintiff (7/27/26-9/6/26) | Plaintiff |
| Ex. B to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff's sister, dated August 7, 2026 | Plaintiff |
| Ex. C to PTO-8 Letter | Excerpts of the expert report of Leslie Lebowitz, dated September 3, 2026 | Plaintiff |
| Ex. D to PTO-8 Letter | Excerpts of the expert report of David H. Feltoon, dated September 3, 2026 | Plaintiff |
| Ex. F to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff, dated July 22, 2026 | Plaintiff |
| Ex. G to PTO-8 Letter | Expert report of Sarah Baker, dated September 8, 2026 | Plaintiff |
| Ex. H to PTO-8 Letter | Medical records bearing Bates number DOE QLF 001382 | Plaintiff |
| Ex. I to PTO-8 Letter | Excerpt of the transcription of audio recording of Reminick IME from the WHB 823 case, dated March 25, 2026 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in

subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Michael Vives in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: September 10, 2026

Respectfully submitted,

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC