**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF UBER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Defendants are filing the following materials related to the Parties' Joint Letter Regarding Uber's Request for a Second Rule 35 Examination of Plaintiff under seal because those materials contain information that Plaintiff has designated as confidential or that Plaintiff has requested that Uber file under seal.

| Document | Description | Designating Party |
|---|---|---|
| PTO-8 Letter | Redactions requested by Plaintiff | Plaintiff |
| Ex. A to PTO-8 Letter | Email chain between counsel discussing the Rule 35 examination of Plaintiff (7/27/26-9/6/26) | Plaintiff |
| Ex. B to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff's sister, dated August 7, 2026 | Plaintiff |
| Ex. C to PTO-8 Letter | Excerpts of the expert report of Leslie Lebowitz, dated September 3, 2026 | Plaintiff |
| Ex. D to PTO-8 Letter | Excerpts of the expert report of David H. Feltoon, dated September 3, 2026 | Plaintiff |
| Ex. F to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff, dated July 22, 2026 | Plaintiff |
| Ex. G to PTO-8 Letter | Expert report of Sarah Baker, dated September 8, 2026 | Plaintiff |
| Ex. H to PTO-8 Letter | Medical records bearing Bates number DOE QLF 001382 | Plaintiff |
| Ex. I to PTO-8 Letter | Excerpt of the transcription of audio recording of Reminick IME from the WHB 823 case, dated March 25, 2026 | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives