**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [UBER'S REQUEST FOR A SECOND RULE 35 EXAMINATION OF PLAINTIFF]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

Having considered Defendants' Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Parties' Joint Letter Regarding Uber's Request for a Second Rule 35 Examination of Plaintiff], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| PTO-8 Letter | Redactions requested by Plaintiff | Plaintiff |
| Ex. A to PTO-8 Letter | Email chain between counsel discussing the Rule 35 examination of Plaintiff (7/27/26-9/6/26) | Plaintiff |
| Ex. B to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff's sister, dated August 7, 2026 | Plaintiff |
| Ex. C to PTO-8 Letter | Excerpts of the expert report of Leslie Lebowitz, dated September 3, 2026 | Plaintiff |
| Ex. D to PTO-8 Letter | Excerpts of the expert report of David H. Feltoon, dated September 3, 2026 | Plaintiff |
| Ex. F to PTO-8 Letter | Excerpts of the deposition transcript of Plaintiff, dated July 22, 2026 | Plaintiff |
| Ex. G to PTO-8 Letter | Expert report of Sarah Baker, dated September 8, 2026 | Plaintiff |
| Ex. H to PTO-8 Letter | Medical records bearing Bates number DOE QLF 001382 | Plaintiff |
| Ex. I to PTO-8 Letter | Excerpt of the transcription of audio recording of Reminick IME from the WHB 823 case, dated March 25, 2026 | Plaintiff |

**IT IS SO ORDERED.**

Dated:___________________________

________________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge