**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF JOINT LETTER REGARDING UBER'S REQUEST FOR A SECOND RULE 35 EXAMINATION OF PLAINTIFF**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of an email chain between counsel discussing the Rule 35 examination of Plaintiff.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Plaintiff's sister, dated August 7, 2026.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the expert report of Leslie Lebowitz, dated September 3, 2026.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the expert report of David H. Feltoon, dated September 3, 2026.

6. Attached as **Exhibit E** is a true and correct copy of the Stipulation and [Proposed] Order re Expert Mental Examination, dated July 18, 2025.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of Plaintiff, dated July 22, 2026.

8. Attached as **Exhibit G** is a true and correct copy of the expert report of Sarah Baker, dated September 8, 2026.

9. Attached as **Exhibit H** is a true and correct copy of medical records bearing Bates number DOE QLF 001382.

10. Attached as **Exhibit I** is a true and correct copy of an excerpt of the transcription of audio recording of Reminick IME from the WHB 823 case, dated March 25, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives