# Exhibit A
# FILED UNDER SEAL