# Exhibit B
# FILED UNDER SEAL