# Exhibit C
# FILED UNDER SEAL