# Exhibit D
# FILED UNDER SEAL