# EXHIBIT E

KIRKLAND & ELLIS LLP
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC
and RASIER-CA, LLC
[*Additional Counsel Listed on Following Pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates To:<br><br>*WHB 823 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-4900;<br><br>*A.R. v. Uber Technologies, Inc., et al.,* Case No. 24-cv-7821; and<br><br>*LCHB128 v. Uber Technologies, Inc., et al.*, Case No. 24-cv-7019 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXPERT MENTAL EXAMINATION**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 6 – 17th Floor |

SHOOK HARDY & BACON LLP
Alycia Degen (SBN 211350)
adegen@shb.com
Michael B. Shortnacy (SBN 277035)
mshortnacy@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Patrick L. Oot, Jr. (*Admitted Pro Hac Vice*)
oot@shb.com
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

Christopher V. Cotton (*Admitted Pro Hac Vice*)
ccotton@shb.com
Maria Salcedo (*Admitted Pro Hac Vice*)
msalcedo@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

O'MELVENY AND MYERS LLP
Sabrina H. Strong (SBN 200292)
sstrong@omm.com
Jonathan Schneller (SBN 291288)
jschneller@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Plaintiffs WHB 823 (Case No. 24-cv-4900); A.R. (Case No. 24-cv-7821), LCHB128 (Case No. 24-cv-7019) (individually "Wave 1 Plaintiff" and together "Wave 1 Plaintiffs') and Defendants Uber Technologies, Inc. and Rasier, LLC and Raiser-CA, LLC, collectively "Defendants") hereby agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 35, a mental examination shall be conducted of the Wave 1 Plaintiffs set forth in Paragraph 2 by a licensed and qualified M.D. or Ph.D. ("the examining providers").

2. The mental examination shall take place over Zoom on the dates and times set forth here, except that two dates and times have not been scheduled: (1) Plaintiff A.R to be examined on July 20, 2025 at 8:00AM CT by Dr. Sara West, M.D.; (2) Plaintiff LCHB 128 to be examined on a date and time not yet set by Dr. Rebecca Blais, Ph.D.; (3) Plaintiff WHB 823 to be examined on a date and time not yet set by Dr. Alison Reminick, M.D..

3. Each Wave 1 Plaintiff shall appear on Zoom with her camera on for the entirety of the mental examination, not inclusive of any breaks.

4. Each examining provider will only conduct psychiatric and psychological evaluations and will not conduct any testing.

5. The mental examination shall be limited to assessing the extent, nature, and possible cause[s] of any mental or psychiatric disorders or illnesses.

6. The mental examination shall last not longer than three hours, not inclusive of any breaks, unless extraordinary circumstances justify additional time.

7. Neither attorneys nor representatives of attorneys for any party shall attend or observe the mental examination either in person or remotely; nor shall they speak with or interact with the Wave 1 Plaintiff or examining provider during the entirety of the examination, inclusive of any breaks.

8. No family member or friend shall attend or observe the mental examination either in person or remotely while the examination is in progress; nor shall such an individual speak with or interact with a Wave 1 Plaintiff during the entirety of the mental examination, inclusive of any breaks.

9. No person other than those expressly permitted in this stipulation shall be present in person or remotely during the mental examination.

10. Only the examining provider and each Wave 1 Plaintiff shall have the right to record the mental examination by audio technology. No one may record stenographically any words spoken to or by any Wave 1 Plaintiff during any phase of the mental examination.

11. All drafts of the mental examination reports are privileged.

12. The reports will be due on August 8, 2025, which is the date scheduled for exchange of expert reports. *See* Docket. 2894. Should a scheduled examination not occur in sufficient time to make that date feasible, the parties will confer separately regarding the date for the exchange of the expert report.

13. The examining provider shall be permitted to examine each Wave 1 Plaintiff on other sexual incidents disclosed in discovery, including each Wave 1 Plaintiff's deposition as well as any relevant additional matters that Plaintiff may reveal during the mental examination, subject to these limitations: (1) the examining provider may not inquire about any Plaintiff's general sexual history; and (2) with respect any other reported sexual incident, the examining provider will focus on the impact of the reported sexual incident on the relevant Wave 1 Plaintiff's mental state, and not probe into the details of any reported sexual incident. Specific reported sexual incidents relevant to each Plaintiff that may be covered during any mental examination are identified in the attached Exhibits: Exhibit A (Plaintiff WHB 823) and Exhibit B (Plaintiff LCHB 128).

14. Defendants will comply with Rule 35(b), which provides that, on request by the examinee, the examining party shall "deliver to the requester a copy of the examiner's report, together with like reports of all earlier examinations of the same condition." Should Plaintiffs make this request, Defendants are entitled to request and receive "like reports of all earlier or later examinations of the same condition" as provided by the Rule.

15. Defendants will ensure that each examining provider and has reviewed this order and the relevant Exhibit, if any, and understands it prior to the mental examination.

**IT IS SO STIPULATED.**

DATED: July 18, 2025

KIRKLAND & ELLIS LLP

*/s/ Laura Vartain Horn*

Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue

New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001

Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: July 18, 2025

WILLIAM HART & BOUNDAS, LLP

*/s/ Sejal K. Brahmbhatt*

John Eddie Williams, Jr. (*Admitted Pro Hac Vice*)
Brian Abramson (*Admitted Pro Hac Vice*)
Margret Lecocke (*Admitted Pro Hac Vice*)
Walt Cubberly (SBN 325163)
Batami Baskin (*Admitted Pro Hac Vice*)
Myles Shaw (*Admitted Pro Hac Vice*)
Sejal K. Brahmbhatt (*Admitted Pro Hac Vice*)
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: jwilliams@whlaw.com
Email: babramson@whlaw.com
Email: mlecocke@whlaw.com
Email: wcubberly@whlaw.com
Email: bbaskin@whlaw.com
Email: mshaw@whlaw.com
Email: sbrahmbhatt@whlaw.com

*Attorneys for Plaintiff WHB 823*
*Attorneys for Plaintiff WHB 1876*

DATED: July 18, 2025

PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

*/s/ Rachel B. Abrams*

RACHEL B. ABRAMS (SBN 209316)
ADAM B. WOLF (SBN 215914)
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted Pro Hac Vice*)
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Attorneys for Plaintiff A.R.*
*Attorneys for Plaintiff Jaylynn Dean*

DATED: July 18, 2025

WAGSTAFF LAW FIRM

*/s/ Sommer D. Luther*

Sommer D. Luther, CO 35053
940 Lincoln Street
Denver, CO 80203
Tel: (303) 263-8949
Fax: (303) 376-6361
sluther@wagstafflawfirm.com

*Attorneys for Plaintiff B.L.*

DATED: July 18, 2025

GIRARD SHARP LLP
LEIFF CABRESER HEIMANN & BERNSTEIN, LLP

*/s/ Sarah R. London*

Sarah R. London
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Tiseme G. Zegeye
LIEFF CABRASER
HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor

San Francisco, CA 94111
Telephone: (415) 956-1000
tzegeye@lchb.com

*Attorneys for Plaintiff LCHB128*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

DATED: July 18, 2025

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: __________________

______________________________________
Honorable Charles R. Breyer
United States District Judge

# EXHIBIT A

**WHB 823 (24-cv-4900)**

Mxxxxxx-VBHS-0000009-11 [redacted]).

# EXHIBIT B

**LCHB128 (24-cv-7019)**

2d Supp. Rog Resp. No. 11 (identifying [redacted]); Vxxxxxxxxxx_00000001_00000062 at PDF 46 [redacted]), also covered in June 25, 2025 deposition.