# EXHIBIT F

# FILED UNDER SEAL