# EXHIBIT G

# FILED UNDER SEAL