# EXHIBIT H

# FILED UNDER SEAL