# EXHIBIT I

# FILED UNDER SEAL