# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 21, 2026 | **Time:** 9:06 a.m.- 9:30 a.m. | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:23-md-03084-CRB | **Case Name:** In re: Uber Technologies, Inc. v. | |

**For Plaintiffs:** Holly Dolejsi, Anapol Weiss, counsel for Plaintiffs

**For Defendants:** Michael Vives, Kirkland & Ellis LLP, counsel for Defendants

**For Non-Parties: National Alliance to End Sexual Violence (NAESV); Dr. Indira Henard, and National Network to End Domestic Violence (NNEDV):** Nadira Clarke and Rebecca Mandel, Hogan Levels (Specially Appearing).

**Deputy Clerk:** Brittany Sims **Reported by:** Marla Knox

## PROCEEDINGS

Discovery Status Conference held. The Court determined that it lacks jurisdiction to resolve the issues raised in the letter filed as Dkt. No. 7040 in the absence of a referral by the JPML, transfer of the dispute from the D.C. District court or consent of the nonparties. The Court expressed concern regarding the timing of the presentation of the dispute. It appeared that the JPML would not have time to address the matter before the next bellwether trial, and similarly the matter may not be resolved or transferred by the D.C. District Court in time for resolution before the bellwether trial. The Court, having reviewed the motions to quash and the discovery letter, asked questions regarding the matter and offered informal observations concerning the dispute and how it might be resolved through compromise.