**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL THE *QLF 001* PRETRIAL BRIEFING**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: |

Having considered the Parties' Joint Administrative Motion to Seal the *QLF 001* Pretrial Briefing, which seeks entry of an order permitting provisional filing under seal in accordance with the September 11, 2026 Stipulation and Order to Permit Provisional Sealing and to Set a Briefing Schedule for Post-Trial Briefing re *QLF 001* Sealing, ECF No. 7312, the Court hereby **GRANTS** the Motion and **ORDERS** that the Parties may file confidential exhibits related to the *QLF 001* Pretrial Briefing provisionally under seal and make limited corresponding redactions to the Pretrial Briefing as necessary.

**IT IS SO ORDERED.**

Dated:________________________

______________________________

Hon. Charles R. Breyer
United States District Judge