**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF STEVEN D. COHN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

I, Steven D. Cohn, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Motions in Limine.

3. Attached hereto as Exhibit 1 is a true and correct copy of a compendium of records produced by Plaintiff QLF 001.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Plaintiff QLF 001, dated July 22, 2026.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of third party P.D., dated August 22, 2026.

6. Attached hereto as Exhibit 4 is a compendium of records produced by Plaintiff QLF 001.

7. Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Sarah Baker, dated September 3, 2026.

8. Attached hereto as Exhibit 6 is a true and correct copy of the document produced as bates no. UBER-MDL3084-DFS00064932.

9. Attached hereto as Exhibit 7 is a true and correct copy of the document produced as bates no. UBER-MDL3084-DFS00064934.

10. Attached hereto as Exhibit 8 is a true and correct copy of the document produced as bates no. DOE QLF004344.

11. Attached hereto as Exhibit 9 is a true and correct copy of Defendant Uber USA, LLC's supplemental disclosures produced in *Jane Doe v. Uber Technologies, Inc., et al*, [Cause No. CV23-1343] (415th Dist. Ct. Parker County, Tex., 12/3/2024.

12. Attached hereto as Exhibit 10 is a true and correct copy excerpts of the 30(b)(6) deposition transcript of Greg Brown, dated August 25, 2026.

13. Attached hereto as Exhibit 11 true and correct copy of excerpts of the 30(b)(6) deposition transcript of Greg brown, dated August 26, 2026.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Cory Freivogel, dated August 28, 2026.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Cory Freivogel, dated August 7, 2026.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Jaylynn Dean v. Uber Techs. Trial Transcript.

Executed this 11th day of September, 2026 in Hoboken, NJ.

*/s/ Steven D. Cohn*
Steven D. Cohn