# Exhibits 1 – 14
# Filed Under Seal