**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the August 13, 2026 deposition of Brad Hubbard.

3. Attached as **Exhibit 2** is a true and correct copy of an email from Beth Wilkins to Defense Counsel, dated July 30, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Expert Report of Kevin Phelan, dated September 8, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a document Bates-Stamped DOE QLF 000001 through DOE QLF 000005.

6. Attached as **Exhibit 5** is a true and correct copy of a document Bates-Stamped UBER-MDL3084-DFS00064887 through UBER-MDL3084-DFS00064888.

7. Attached as **Exhibit 6** is a true and correct copy of a document Bates-Stamped UBER-MDL3084-BW-00054576.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the *Dean* Pre-Trial Conference transcript, dated January 6, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the July 22, 2026 deposition of Plaintiff Jane Doe QLF 001.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the August 20, 2026 deposition of H.M.

11. Attached as **Exhibit 10** is a true and correct copy of a document Bates-Stamped DOE QLF 001980 through DOE QLF 002004.

12. Attached as **Exhibit 11** is a true and correct copy of Exhibit 24 to the deposition of Plaintiff Jane Doe QLF 001.

13. Attached as **Exhibit 12** is a true and correct copy of a document Bates-Stamped XXXXXXX-PCSO-000007.

14. Attached as **Exhibit 13** is a true and correct copy of police body camera footage, titled SEXUAL_ASSA Body Cam Night of Incident (1).mp4.

15. Attached as **Exhibit 14** is a true and correct copy of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Responses and Objections to Plaintiff Jane Doe QLF 001's Fourth Set of Interrogatories, dated September 2, 2026.

16. Attached as **Exhibit 15** is a true and correct copy of a document Bates-Stamped QLF 001-FWPD-000353 through QLF 001-FWPD-000355.

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from a transcript in the *State of Texas v. Victor Huynh Le* criminal trial, dated September 2, 2022.

18. Attached as **Exhibit 17** is a true and correct copy of the State's Exhibit 36 in *State of Texas v. Victor Huynh Le* criminal trial.

19. Attached as **Exhibit 18** is a true and correct copy of a document Bates-Stamped UBER-MDL3084-BW-00054417.

20. Attached as **Exhibit 19** is a true and correct copy of a *New York Times* article titled "Uber's Strategy for Fighting Sexual Assault Suits: 'What Were You Wearing,'" dated August 4, 2026.

21. Attached as **Exhibit 20** is a true and correct copy of the Order on Parties' Motions in Limine and Motions to Exclude Expert Opinions, JCCP No. 5188, dated August 29, 2025.

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the Expert Report of Thomas Tremblay, dated September 3, 2026.

23. Attached as **Exhibit 22** is a true and correct copy of excerpts from the Expert Report of Robert Johnson, dated September 3, 2026.

24. Attached as **Exhibit 23** is a true and correct copy of Plaintiff's Disclosure of Non-Retained Expert Witness: Sergeant Phillip Jeremy (PJ) Reinhardt, dated September 3, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 11, 2026, in Austin, Texas.

*/s/ Kim Bueno*
Kim Bueno