# EXHIBIT 2

**From:** Wilkins, Beth <bwilkins@anapolweiss.com>
**Sent:** Thursday, July 30, 2026 9:09 PM
**To:** Levy, Jennifer <jlevy@kirkland.com>; Marlene Goldenberg <mgoldenberg@nighgoldenberg.com>
**Cc:** Vives, Michael <michael.vives@kirkland.com>; Borge, Theresa <theresa.borge@kirkland.com>; Brown, Alli <alli.brown@kirkland.com>; Davidson, Jessica <jessica.davidson@kirkland.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; *sstrong@omm.com <sstrong@omm.com>; *jschneller@omm.com <jschneller@omm.com>; jrevesz@omm.com; *lfisher@omm.com <lfisher@omm.com>; Michael Shortnacy <mshortnacy@shb.com>; Oot, Patrick L. (SHB) <oot@shb.com>; Chris Cotton <CCOTTON@shb.com>; Alycia A. Degen <ADEGEN@shb.com>; Roopal Luhana <luhana@chaffinluhana.com>; Sarah London <slondon@girardsharp.com>; Rachel Abrams <rabrams@peifferwolf.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Cox, Christopher <christopher.cox@kirkland.com>; Ellyn Hurd <ehurd@simmonsfirm.com>; Sara Peters <speters@walkuplawoffice.com>; Smith, William <wsmith@anapolweiss.com>; Isabel Velez <ivelez@girardsharp.com>; Florencia Cudos <fcudos@girardsharp.com>; Reilly Dunne <rdunne@simmonsfirm.com>; Barnholtz, Rebecca <rbarnholtz@anapolweiss.com>; Reenee Gangopadhyay <Gangopadhyay@chaffinluhana.com>; Kevin Queenan <kevin@queenanlaw.com>; Carlos Lopez <carlos@queenanlaw.com>; Alexandra Cassar <alexandra@queenanlaw.com>; Vartain,

Laura <laura.vartain@kirkland.com>; An Truong <atruong@simmonsfirm.com>; Bueno, Kim <kim.bueno@kirkland.com>
**Subject:** RE: Uber deposition datesSent Received From Subject

Hi Jeny. I appreciate your efforts to get all of our conversations about deposition scheduling in one place. I am going to add our Maredia conversation here as well so we can just follow one thread. With respect to the dates below that fall after August 21, we will need Uber's agreement that taking these depositions on dates that you're offering will not affect plaintiff's ability to use the testimony at the QLF trial. Marlene will reach out about a stipulation on that.

**Boman**: Marlene to confirm 9/28 (or 9/24, 9/29, or 9/30)

**Gaddis**: Marlene to confirm 9/17 (or 9/11, 9/18, 9/24, or 9/25)

**Kansal:** 9/9 is currently unworkable for our team. We are trying to maneuver schedules, however, in the meantime, please provide an alternate date.

**Freivogel and Brown**: It is unclear which witness will be offered for which topics. Could you please specify which topics (by deposition notice and topic number) each witness will cover? We will take the Freivogel deposition on 8/7 by Zoom. For Brown, could you please provide earlier dates, before the August 21 deadline? The topics in these notices are all relevant to QLF, so we'll need to get that deposition before the deadline for expert reports. Note that we will also be amending the driver/rider history notice given Uber's inability to find and produce documents related to the [redacted] report. The follow-up topics will be (1) Uber's search for documents related to [redacted] April 2017 report to Uber regarding the Subject Driver and (2) Uber's search for [redacted] Uber account(s). Note that we also intend to ask about Uber's retention policy for fraudulent driver reports such as [redacted], which falls under topic 14 of the notice. We will amend the notice to clarify that as well. Please let us know whether it will be Freivogel, Brown, or someone else on those topics.

**Maredia**: Mr. Maredia had significant involvement in rideshare in Texas during the time that Texas required stricter background check requirements than Uber used at the time it onboarded the incident driver. Additionally, at the time of the incident trip, Mr. Maredia was a senior director and regional general manager of US& Canada rides for Uber. Please let us know when he can be available for deposition.

Thank you,
Beth