# EXHIBIT 5

## FILED UNDER SEAL