# EXHIBIT 13

## LODGED UNDER SEAL