# EXHIBIT 14

## FILED UNDER SEAL