# EXHIBIT 16

## FILED UNDER SEAL