# EXHIBIT 17

## FILED UNDER SEAL