# EXHIBIT 18

## FILED UNDER SEAL