# EXHIBIT 21

## FILED UNDER SEAL