**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpted deposition transcript of Plaintiff, dated July 22, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of a document bates stamped UBER-MDL3084-DFS00064938.

4. Attached as **Exhibit 3** is a true and correct copy of an excerpted deposition transcript of H.M., dated August 20, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a document bates stamped DOE QLF 000916.

6. Attached as **Exhibit 5** is a true and correct copy of a document bates stamped UBER-MDL3084-DFS00064890.

7. Attached as **Exhibit 6** is a true and correct copy of a document bates stamped UBER-MDL3084-DFS00064891.

8. Attached as **Exhibit 7** is a true and correct copy of an excerpted deposition transcript of Brad Hubbard, dated August 13, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of Exhibit 2142 to the deposition transcript of Brad Hubbard.

10. Attached as **Exhibit 9** is a true and correct copy of an excerpted MDL expert report of Thomas Tremblay.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpted QLF 001 expert report of Veronique Valliere.

12. Attached as **Exhibit 11** is a true and correct copy of an excerpted QLF 001 expert report of Thomas Tremblay.

13. Attached as **Exhibit 12** is a true and correct copy of *Torres v. Uber Techs., Inc.*, No. 141-345646-23 (Order) (141st Dist. Ct., Tarrant Cnty., Tex. July 2024)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 11, 2026, in Austin, Texas.

*/s/ Kim Bueno*
Kim Bueno