# Exhibit 1
# FILED UNDER SEAL