# Exhibit 2
# FILED UNDER SEAL