# Exhibit 3
# FILED UNDER SEAL