# Exhibit 5
# FILED UNDER SEAL