# Exhibit 6
# FILED UNDER SEAL