# Exhibit 7
# FILED UNDER SEAL