# Exhibit 8
# FILED UNDER SEAL