# Exhibit 9
# FILED UNDER SEAL