# Exhibit 10
# FILED UNDER SEAL