# Exhibit 11
# FILED UNDER SEAL