**NITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>*N.D. Cal. No. 3:24-cv-08783*<br>*W.D. Tex. No. 1:26-cv-01694* | CASE NO. 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Motion for Summary Judgment, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:__________________________

__________________________________
Hon. Charles R. Breyer
United States District Judge