United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates To:

ALL CASES.

Case No. 23-md-03084-CRB (LJC)

**ORDER REGARDING STIPULATION**

Re: Dkt. No. 6281

The parties' stipulation filed on May 22, 2026 (Dkt. No. 6281) seeks relief that appears to fall outside this Court's authority to grant. *See, e.g.*, *Procter & Gamble Co. v. Bankers Tr. Co.*, 78 F.3d 219 (6th Cir. 1996); *Cahill v. Nike, Inc.*, 719 F. Supp. 3d 1158, 1164–65 (D. Or. 2024), *reversed for reasons not applicable here*, *Cahill v. Insider Inc.*, 131 F.4th 933, 937–40 (9th Cir. 2025). The parties have not cited caselaw supporting the relief that they seek. That stipulation is therefore denied without prejudice.

**IT IS SO ORDERED.**

Dated: September 14, 2026

LISA J. CISNEROS
United States Magistrate Judge