UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF A NEW ACTION** |
| This Document Relates to:<br><br>*J.P v. Uber Technologies, Inc., et al.*<br>Case No: 3:26-cv-09971 | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above-referenced action that was filed on September 14, 2026.

Dated: September 14, 2026.

Respectfully submitted,

By: /s/ Natalie Godoy

NATALIE GODOY
RUBENSTEINLAW, P.A.
9130 S Dadeland Blvd
Miami, Florida 33156
Tel: (305) 661-6000
Fax: (305) 670-7555
Bar No.: 1049513

Attorneys for Plaintiff
Email: ngodoy@rubensteinlaw.com
eservice@rubensteinlaw.com
mteservice@rubensteinlaw.com
nayhernandez@rubensteinlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF A NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Natalie Godoy
Natalie Godoy