United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Jane Doe QLF 001 v. Uber Technologies, Inc., et al. | Case No. 1:26-cv-01694-CRB |

**PRETRIAL ORDER NO. 46**

The Court has considered the parties' proposed supplemental questions, as well as the Western District of Texas standard questionnaire, and has finalized the attached juror questionnaire. This document has been shared with the Western District of Texas Clerk of Court to be administered to potential jurors according to their standard procedure.

**IT IS SO ORDERED.**

Dated: September 14, 2026

CHARLES R. BREYER
United States District Judge