1. The plaintiff, the person who brought the lawsuit, alleges that on June 9, 2020 she was sexually assaulted by her Uber Driver while she was intoxicated, in the Fort Worth Texas area. She asserts that Uber was negligent and should be held responsible. She is seeking monetary compensation called damages. Uber denies that it was negligent and disputes the nature and extent of the damages plaintiff claims. Is there anything about this which would cause you concern about your ability to serve as an impartial juror in this case?

   ☐ Yes

   ☐ No

   If Yes, please explain:________________________________________

2. What is your highest level of education?___________________________

3. Describe any degrees you have received:___________________________

4. Please list the primary jobs you have had in the past, beginning with your current or most recent employment. If retired or unemployed, please indicate the last jobs you had.

| **Dates of Employment** | **Employer** | **Occupation** | **Duties** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5. Are you married or in a long-term committed relationship or domestic partnership?

   ☐ Yes

   ☐ No

   If Yes, what type of work do they do? (If retired, please list the nature of their work prior to retirement):______________________________________________________

6. Do you have any children?

   ☐ Yes

☐ No

If Yes, please list their age, gender, and occupation if appliable:_______________________

7. Have you, a family member, or someone close to you ever had any training, courses or worked in or around the following areas?

| | | | |
|---|---|---|---|
| Alcohol/Substance Abuse Treatment | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| App Development | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Background Checks/Security Screening | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Bartender/Cocktail Server | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Coding | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Computer Engineering | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Data Analytics | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Human Resources/Personnel | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Insurance/Claims | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Law Enforcement | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Law/Legal | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Marketing | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Medicine/Nursing/Health Care | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Psychology/Counseling | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Risk Management | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Social Work | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Statistics/Data Analysis | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |
| Transportation | ☐ Yes, self | ☐ Yes, family | ☐ Yes, someone close |

If Yes to any of the above, please explain: ___________________________________

_______________________________________________________________

_______________________________________________________________

8. Do you use any rideshare apps?

☐ Yes

☐ No, but I have in the past

☐ No

If you stopped using rideshare apps, explain why: ____________________

9. How often do you order rides on the Uber App?

☐ Daily

☐ Weekly

☐ Monthly

☐ Rarely

☐ Never

10. What is your opinion of Uber?

☐ Positive

☐ Neutral

☐ Negative

If negative, please explain: ______________________________

11. Have you or anyone close to you ever had a negative experience with a rideshare company?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain: ____________________

12. Have you or anyone close to you ever worked for, done business with (other than as a customer), owned stock in or had a financial interest in Uber, Lyft, or a comparable rideshare provider or taxi service?

☐ Yes, self

☐ Yes, family

☐ Yes, someone close

☐ No

If Yes, please explain:______________________________________________

13. Have you read, seen or heard news coverage, television programs, or other media of lawsuits involving rideshare companies, or of rideshare drivers sexually assaulting passengers?

☐ Yes

☐ No

If Yes, please explain:______________________________

14. If you or anyone close to you have ever driven for a living, have you / the person close to you ever been falsely accused of inappropriate conduct by a customer/passenger?

☐ Yes

☐ No

☐ Not Applicable

If Yes, please explain:______________________

15. Have you or anyone close to you ever been a victim of sexual assault or abuse whether it was reported to authorities or not?

☐ Yes, self

☐ Yes, someone close

☐ No

If Yes, please explain. Please include a) the age of the victim; b) the relationship between the people involved; c) whether it was reported:______________________

16. Have you or anyone else close to you ever worked or volunteered at any organization dealing with sexually assaulted/abused children/adults (e.g., Child Protective Services, sexual assault hotlines, support groups)?

☐ Yes, self

☐ Yes, someone close

☐ No

If yes, explain: ____________________

17. Do you drink alcohol?

    ☐ Yes

    ☐ No

    If No, is there any reason why not?______________________________

18. Do you have or know anyone who has any of the following mental health conditions?

| | |
|---|---|
| Anxiety | ☐ Yes ☐ No |
| Depression | ☐ Yes ☐ No |
| Post Traumatic Stress Disorder | ☐ Yes ☐ No |

    If Yes, please explain:____________________________________________________________

19. What is your opinion about awarding someone monetary compensation in a personal injury lawsuit for their physical injury, pain and suffering and mental anguish?

    ☐ Positive

    ☐ Negative

    Please explain:____________________________________________________________

20. Is there an upper limit or cap on the amount of money you would be willing to award someone for pain and suffering in a personal injury lawsuit no matter what the evidence shows?

    ☐ Yes

    ☐ No

    If Yes, please explain:____________________________________________________________

21. In the event the court determines that punitive damages may be awarded by the discretion of the jury, do you have any opinions about punitive damages? Punitive damages are awarded against a defendant company in order to punish for past misconduct and to deter future misconduct.

☐ Yes

☐ No

If Yes, please explain:________________________________________

22. Are there any ethical, religious, political, or other beliefs that may prevent you from serving as a juror in this case?

☐ Yes

☐ No

If yes, explain: ________________________________________