# EXHIBIT 2

190 INTEL PRIVATE CONSULTATION

# The protective intelligence company

PRIVATE CONSULTATION

190 Intel delivers complete threat resolution for high-profile individuals, executives, celebrities, and public figures facing digital and physical threats.

190 INTEL PRIVATE CONSULTATION

# Our mission

Today, 190 Intel protects high-profile individuals, executives, and celebrities from threats that traditional security cannot see, trace, or stop. Threats that originate digitally, escalate invisibly, and can only be identified and resolved with

precision intelligence.



Headquartered in California with a global network of licensed investigators and field operatives, 190 Intel combines national security grade intelligence technology with the operational capability to act on what it finds. We do not surface threats and hand you a report, we own the threat until it is resolved.

190 INTEL PRIVATE CONSULTATION



Chief Executive Officer

Former intelligence community leader with decades of experience across advanced cyber operations, intelligence, counter-terrorism, surveillance, and high-risk protective missions. Pioneer in the convergence of attribution intelligence and field-verified threat resolution.

190 INTEL PRIVATE CONSULTATION

## FAQs

190 INTEL

**Capabilities**
Precision intelligence
Threat resolution
Elite operations

**Solutions**
Private clients
Security firms
Productions & events

**Company**
About 190
Careers
Contact

© 2026 190. All rights reserved.

**CA BSIS Private Investigator License No. 190149**

Privacy Policy Terms of Service