# EXHIBIT 3

Home About Services Press Join Our Team Contact

# OUR SERVICES

Black Box Security is a fully licensed and insured leading security service provider. We provide a variety of security services such as: Executive Protection, Celebrity Protection, Worldwide Touring, High Profile Events, Film/Photo Shoots, Risk Assessment, Investigation, Residential and Commercial security, Consulting Services and Security Systems.

01

## Executive Protection

02
Residenti
al
Security

03
Investigat
ion &
Surveillan
ce

04
Cyber
Security

05

## Risk Assessment

06

## Film & Photo Shoots

© 2020-2026 Black Box Security Inc.
All rights reserved