# EXHIBIT 4

## Contact

www.linkedin.com/in/execprotect
(LinkedIn)

## Top Skills

Criminal Investigations
Emergency Management
Homeland Security

# John Romero

Security Consultant - LAPD Captain (Retired)
Los Angeles Metropolitan Area

## Summary

John Romero retired in 2017 after a 32-year-long career in professional law enforcement. John developed an expertise in crisis communications, emergency operations and complex investigations. As a Los Angeles Police Captain, John was credited as the first to bring wireless emergency alerts to Los Angeles County and was the first to authorize a wireless alert for a local emergency.

John currently directs the Los Angeles County Region, Southern California Alumni Chapter, of the Naval Post Graduate School, Center for Homeland Defense and Security. John serves on the Board of Directors for the Headington Institute, which partners with humanitarian relief and development organizations and emergency responders, before, during, and after deployment in order to ensure the wellbeing of individuals.

Among other academic and vocational achievements, John is a graduate of the Los Angeles Police Department's West Point Leadership Program, the Federal Bureau of Investigation National Academy, and the United States Naval Post Graduate School.

John remains interested in improving policies and practices to help mitigate fatigue-related errors in high-consequence environments.

John places the highest priority on his faith in Jesus Christ. John has been married to Kristie Romero (LAPD Lieutenant Ret.) for over 27 years. Together they have an adult son and reside in the greater Southern California area.

---

## Experience

Confidential
Director of Investigations
September 2022 - Present (4 years 1 month)
Los Angeles

Security Insights
Chief Executive Officer
April 2018 - Present (8 years 6 months)
California

Headington Institute
Member Board Of Directors
January 2018 - January 2024 (6 years 1 month)

Los Angeles Police Department
Commanding Officer
June 2015 - January 2017 (1 year 8 months)
Commercial Crimes Division

LAPD
Commanding Officer, RACR Division
September 2012 - June 2015 (2 years 10 months)
100 W. First Street, Los Angeles, California 90012

Real-time Analysis and Critical Response Division is the region's only full-time fusion center.

## Education

Naval Postgraduate School
Master of Arts - MA, Homeland Security · (2013 - 2015)