# EXHIBIT 9

## FILED UNDER SEAL