**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT JOHN ROMERO**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Motion to Exclude the Opinions of Plaintiff's Expert John Romero, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:________________________

______________________________
Hon. Charles R. Breyer
United States District Judge