**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-MD-03084-CRB<br><br>**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT LEIGH ANNE LEVY**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: |

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Leigh Anne Levy, dated September 3, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of a document Bates-Stamped Jane Doe QLF 001-SCHS-000060.

4. Attached as **Exhibit 3** is a true and correct copy of a document Bates-Stamped Jane Doe QLF 001-SCHS-000079 through Jane Doe QLF 001-SCHS-000082.

5. Attached as **Exhibit 4** is a true and correct copy of the Expert Report of H. David Feltoon, Ph.D., dated September 3, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of a *Journal for Nurse Practitioners* article titled "Pharmacotherapy for Depression and Anxiety in the Primary Care Setting."

7. Attached as **Exhibit 6** is a true and correct copy of the Order on Defendants' Motion for Partial Exclusion of Opinions of Ms. Leigh Ann Levy, *Wright v. C.R. Bard, Inc. et al.*, dated October 20, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 14, 2026, in Austin, Texas.

*/s/ Kim Bueno*
Kim Bueno