# EXHIBIT 6

# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SCHANEIQUA MARIE WRIGHT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2176-S |
| | § | |
| C.R. BARD, INC., et al. | § | |

## ORDER

This Order addresses Defendants' Motion for Partial Exclusion of Opinions of Ms. Leigh Anne Levy [ECF No. 80] ("Motion"). Having reviewed and considered the Motion, Plaintiff's Response in Opposition [ECF No. 101], and Defendants' Reply in Support [ECF No. 110], the Motion is **GRANTED IN PART** and **DENIED IN PART**. Pursuant to Plaintiff's withdrawal of Scott Silvestry, M.D., as a witness in this case, *see* ECF No. 92, Ms. Levy's opinions are excluded to the extent that they rely in whole or in part on the opinions of Dr. Silvestry. Ms. Levy's opinions are further excluded insofar as they rely on Dr. Jennifer Cook's testimony regarding whether Plaintiff may or will need future open-heart surgery to remove the fractured leg (strut) of the IVC filter from her heart. [*See* ECF No. 95]. All relief not expressly granted herein is **DENIED**.

**SO ORDERED.**

SIGNED October 20, 2020.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**