# EXHIBIT 1

## FILED UNDER SEAL