# EXHIBIT 2

**From:** Vives, Michael
**Sent:** Wednesday, September 9, 2026 12:18 PM
**To:** Sarah London; Trangle, Asher; Sommer Luther; Isabel Velez; Simon S. Grille; Alexandra M. Walsh; Rachel B. Abrams; Andrew Kaufman; An V. Truong
**Cc:** Andrew Kaufman; Rachel B. Abrams; Roopal P. Luhana; Carlos Lopez; Alexandra Cassar; Stacey White; Kevin Queenan; Wyatt, Geoffrey M.; Vartain, Laura; Brown, Alli; Bueno, Kim; Benfield, Katie; Einstein, Jordan; Meredith Drukker Stratigopoulos; Elizabeth Wilkins; Borge, Theresa; Love, Cohl K.; Davidson, Jessica; Benjamin Gillig; Power, Caroline
**Subject:** RE: QLF 001 Plaintiff Expert Testing Materials
**Attachments:** 2026.09.03 Feltoon Expert Report.pdf

Hi all,

We are following up on the below. Please either produce the testing materials immediately or let us know if we are going to need to go to the Court on this. We were told you would be sending some sort of stipulation yesterday but did not receive anything. In light of the schedule, we do not have time to continue to wait for a response.

Please also promptly provide new dates for Feltoon as well as a revised testimony list that complies with Rule 26. What has been provided includes no dates, no jurisdictions, and has no defendants listed. It is plainly deficient and needs to be corrected.

Thanks,
Mike

**Michael Vives**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 646 444 9335 **M** +1 845 820 2372
**F** +1 212 446 4900

michael.vives@kirkland.com