# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaylynn Dean, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | 2:25-cv-04276-CRB<br><br>Phoenix, Arizona<br>February 3, 2026<br>8:43 a.m. |

**BEFORE: THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 16 - A.M. SESSION (Pages 3387-3519)**

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona 85003-2151
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

We heard that the revenues shoots up 37 billion, 44 billion. And we heard that they make $120.2 million per day. That was in 2024. Things are even looking rosier now.

But we have this moment. I think Robert Johnson gave us $136 million today, and we know how much they spent in advertising expenses. And we know that they have an undrawn line of credit for $5 billion. Their stock market is worth 177.5 billion.

So here is what we say, their expert told us, yes, one rape a day. One rape a day, gambling with our lives is one day of pay. We will dock you one day of pay. And that's why the amount we are asking for is $120,200,000. That is how you effectuate change.

And this is Lady Justice. She is the symbol of justice in this country. She is blind-folded to things she should not see. She has the equal scales of justice. But what is so important, is for you to realize what is in her right hand.

There is a sword in her right hand, and it represents the mighty power of justice and the law, and that sword exists for moments like this, when a company acts outrageously, intolerably, or deliberately does wrong, and now you hold that sword.

You hold that power, and only you as the nine members of this jury can decide whether it has to be used here.

C E R T I F I C A T E

I, ELVA CRUZ-LAUER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 4th day of February, 2026.

s/Elva Cruz-Lauer
Elva Cruz-Lauer, RMR, CRR