# Exhibits A through P

Provisionally Filed Under Seal Pursuant to ECF 7312 (N.D. Cal.)
and ECF 119 (W.D. Tex.)