[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

No. 3:23-md-03084-CRB

**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF QLF 001'S OMNIBUS MOTION TO EXCLUDE EXPERT TESTIMONY**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

I, Ellyn Hurd, declare as follows:

1. I am a partner in the law firm of Simmons Hanly Conroy, LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion to Exclude Expert Testimony.

3. All exhibits attached hereto are provisionally filed under seal pursuant to ECF 7312 (N.D. Cal), and ECF 119 (W.D. Tex.).

4. Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Sarah Baker dated September 8, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of the expert report of Kevin Phelan dated September 8, 2026.

6. Attached hereto as **Exhibit C** is a true and correct copy of the expert report of Kristen Zgoba dated September 3, 2026.

7. Attached hereto as **Exhibit D** is a true and correct copy of the expert report of Lindsay Orchowski dated September 3, 2026.

8. Attached hereto as **Exhibit E** is a true and correct copy of the expert report of Eric Piza dated September 3, 2026.

9. Attached hereto as **Exhibit F** is a true and correct copy of the expert report of Christopher Wilson dated September 3, 2026.

10. Attached hereto as **Exhibit G** is a true and correct copy of the expert report of Betsy Bartko dated September 3, 2026.

11. Attached hereto as **Exhibit H** is a true and correct copy of the expert report of Jason Morris dated September 3, 2026.

12. Attached hereto as **Exhibit I** is a true and correct copy of the expert report of Joseph Okpaku dated September 3, 2026.

13. Attached hereto as **Exhibit J** is a true and correct copy of the expert report of Vida Thomas dated September 3, 2026.

14. Attached hereto as **Exhibit K** is a true and correct copy of the deposition of Kristen Zgoba dated September 11, 2026.

15. Attached hereto as **Exhibit L** is a true and correct copy of the deposition of Lindsay Orchowski dated September 8, 2026.

16. Attached hereto as **Exhibit M** is a true and correct copy of the deposition of Betsy Bartko dated September 11, 2026.

17. Attached hereto as **Exhibit N** is a true and correct copy of the deposition of Joseph Okpaku dated September 10, 2026.

18. Attached hereto as **Exhibit O** is a true and correct copy of the deposition of Vida Thomas dated September 11, 2026.

19. Attached hereto as **Exhibit P** is a true and correct copy of the deposition of Kevin Phelan dated September 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2026, in West Denis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd