**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY** |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Techs., Inc.*, *et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB |

**[PROPOSED] ORDER**

Having considered Plaintiff's motion, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Motion to Exclude Expert Testimony:

- The testimony of Defendants' expert Sarah Baker is excluded to the extent she opines on Plaintiff's credibility, character, and motivations in bringing a lawsuit against Uber.
- The testimony of Defendants' expert Kevin Phelan in full, including the following testimony:
  - [redacted];
  - [redacted];
  - [redacted];
  - [redacted];
  - and testimony related to the "[redacted]," "[redacted]," "[redacted]," and "[redacted]" sections of the expert report.
- The testimony of Defendants' expert Lindsay Orchowski is excluded to the extent she offers opinions concerning Uber's [redacted] and "[redacted]."
- The testimony of Defendants' expert Kristen Zgoba is excluded to the extent she offers the following opinions:
  - [redacted]";
  - [redacted]

[redacted];

- ○ [redacted]";
- ○ [redacted];
- ○ [redacted];
- ○ [redacted]; and
- ○ [redacted].

- The testimony of Defendants' expert Betsy Bartko is excluded to the extent she opines [redacted].
- The testimony of Defendants' expert Eric Piza is excluded to the extent he opines that "[redacted]."
- The testimony of Defendants' expert Christopher Wilson is excluded to the extent he offers opinions concerning [redacted].

- The testimony of Defendants' expert Jason Morris is excluded to the extent he offers opinions on [redacted].
- The testimony of Defendants' expert Joseph Okpaku is excluded to the extent he offers opinions concerning "[redacted].
- The testimony of Defendants' expert Vida Thomas is excluded in full, including testimony that:
    - "[redacted]";
    - "[redacted]";
    - "[redacted]"; and
    - [redacted].

**IT IS SO ORDERED.**

DATED: ____________________

_______________________________
Hon. Charles R. Breyer
United States District Judge