[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB

**STATUS REPORT REGARDING VICTOR LE DEPOSITION PURSUANT TO ECF 7208**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom:

## JOINT STATUS REPORT REGARDING ECF 7208

The parties respectfully submit this status report regarding the scheduling of the deposition of Victor Le pursuant to the Court's September 3, 2026 text order at ECF 7208.

Counsel for Uber has been working with the prison to arrange Mr. Le's deposition on either September 21 or September 22nd and has served Mr. Le with a subpoena for those dates.

On September 14, 2026, counsel for Uber received an unsolicited call from a law librarian at the prison where Mr. Le is incarcerated. The law librarian indicated that Mr. Le had asked to speak to counsel for Uber about the subpoena he received and the deposition scheduled for September 21 or September 22nd. Counsel for Uber promptly notified Plaintiff's counsel of this fact and invited them to participate in a call with Mr. Le on September 15, 2026.

On September 15, 2026, the parties spoke to Mr. Le. During that phone call, Mr. Le indicated that he is currently unrepresented and has not had the time or opportunity to consult with a lawyer related to this deposition. He further stated that he intends to invoke the Fifth Amendment in response to questioning at his deposition regardless of whether the questions posed relate to the subject incident or not. Mr. Le explained that he wanted the parties to know this so they did not needlessly travel to the prison for him to refuse to answer all questions.

In light of Mr. Le's stated intention to invoke the Fifth Amendment in response to all questioning — including questions unrelated to any potential criminal liability — Uber does not believe that proceeding with the deposition on September 21 or 22 would be productive, as it would require counsel, a court reporter, and a videographer to travel to the prison facility only for Mr. Le to refuse to answer all questions. Uber accordingly intends to take Mr. Le's deposition off calendar unless the Court directs otherwise. Should the Court believe the deposition should proceed notwithstanding Mr. Le's stated position, Uber will proceed with the deposition as currently scheduled.

While Plaintiff does not disagree that proceeding with the deposition would be unproductive, Plaintiff stands ready to participate in the deposition should the Court believe it appropriate. If the deposition does not proceed, Plaintiff reserves the right to seek an instruction

that had Mr. Le been deposed regarding the subject incident, he would have asserted his Fifth Amendment right.

DATED: September 15, 2026

Respectfully submitted,

*/s/ William L. Smith*

Roopal P. Luhana (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

William L. Smith (*Pro Hac Vice*)
**ANAPOL WEISS**
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (202) 780-7736
Email: wsmith@anapolweiss.com

*Counsel for Plaintiffs*

*/s/ Michael Vives*

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

**ATTESTATION**

I, Michael Vives, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 15, 2026

*/s/ Michael Vives*
Michael Vives

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Michael Vives*
Michael Vives