*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No. 3:23-md-03084-CRB (LJC)

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE SEPTEMBER JOINT STATUS REPORT**

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**WHEREAS**, the Court has set a Discovery Status Conference ("DSC") for September 24, 2026;

**WHEREAS**, the Parties must file a Joint Status Report ("JSR") 3 days in advance of any DSC, meaning the JSR for this DSC is due on Monday, September 21;

**WHEREAS**, the holiday of Yom Kippur falls on Monday, September 21;

**WHEREAS**, the Parties are currently meeting and conferring on discovery issues in an effort to reduce the number of issues to be raised in the JSR;

**WHEREAS**, the Parties have conferred and agree that the time to submit the JSR for the September DSC should be enlarged up to and including Tuesday, September 22, 2026;

**THEREFORE**, the Parties respectfully request that the Court grant this stipulation and enlarge the time to file the September JSR up to and including September 22, 2026.

**IT IS SO STIPULATED.**

DATED: September 16, 2026

Respectfully submitted,

By: /s/ *Roopal P. Luhana*
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Christopher D. Cox*
CHRISTOPHER D. COX (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
christopher.cox@kirkland.com
michael.vives@kirkland.com
jessica.davidson@kirkland.com

LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345

**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 16, 2026 /s/ *Roopal P. Luhana*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Roopal P. Luhana*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE SEPTEMBER JOINT STATUS REPORT**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

The Court hereby GRANTS the parties' stipulation: The deadline for filing the September Joint Status Report is hereby enlarged up to and including September 22, 2026.

**IT IS SO ORDERED.**

Date: ____________________, 2026

____________________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge