ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Chad Michael Mooney
The Gori Law Firm
156 North Main Street
Suite A
Edwardsville, IL 62025-1902

Chicago
Wednesday, July 08, 2026

In re: Chad Michael Mooney
Admitted: 05/09/2013
Attorney No. 6311237

To Whom It May Concern:

We have received a request for written verification of the status of Chad Michael Mooney for the use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Chad Michael Mooney was admitted to practice law in Illinois on05/09/2013; is currently registered with this Commission and in good standing as an Illinois attorney; and has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Tangelia Butler*
Tangelia Butler
Deputy Registrar

TB