**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND ORDER ENLARGING TIME TO FILE SEPTEMBER JOINT STATUS REPORT**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

The Court hereby GRANTS the parties' stipulation: The deadline for filing the September Joint Status Report is hereby enlarged up to and including September 22, 2026.

**IT IS SO ORDERED.**

Date: September 17, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge