# Exhibits 1 – 9
# Filed Under Seal