**Exhibit A**

Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION . | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF DANIEL KOLTA IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE LOGS FROM AUGUST AND SEPTEMBER OF 2026 PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II** |

I, Daniel Kolta, having personal knowledge of the following, state:

1. I am a Legal Director, Global Safety, at Uber. I was first employed by Uber in July 2018 and have worked as in-house legal counsel for the past 8 years. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety features, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief in Support of (1) Uber's August 2026 Privilege Logs and (2) Clawbacks Identified in Uber's September 11, 2026 Privilege Log Pursuant to Special Master Order No. 4, § II. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. As part of my role as Legal Director, Global Safety, I serve as Product Counsel advising various Uber development teams on safety-related technology. I have previously provided declarations in this matter in support of Uber's privilege assertions. *See* Declaration of Daniel Kolta in Support of Defendants' May 13, 2025 Privilege Dispute Brief Pursuant to Special Master Order No. 4, § III, ¶ 2 (ECF 2985-3); Declaration of Daniel Kolta in Support of Defendants' June 2, 2025 Brief Pursuant to Special Master Order No. 4, § III, ¶ 4 (ECF 3142-1); Declaration of Daniel Kolta in Support of Defendants' June 11, 2025 Privilege Dispute Brief Pursuant to Special Master Order No. 4, § II (ECF 3231-1); Declaration of Daniel Kolta in Support of Defendants' Objections to the Special Master's Determinations on Plaintiffs' Narrowed Challenges (Part 1) (June 10, 2026).

3. I am familiar with the document identified on the privilege log as **JCCP_MDL_PRIVLOG119021**. It is a confidential draft presentation titled "Women Preferences Tech Program, Tech Leadership Review." I served as Product Counsel and along with other in-house counsel, we advised the development team on the legal issues regarding the Women Preferences features discussed in this presentation, including potential discrimination claims, regulatory compliance requirements across jurisdictions, and litigation defense considerations. The redacted portions of this presentation reflect my and other in-house counsels' legal analysis and advice regarding those risks, including my assessment on deploying a gender-based preference feature and the strategies available to

defend against potential legal challenges. The presentation was prepared under my and other in-house counsels' direction and with our legal input throughout.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2026. By: Daniel Kolta ______________________________

Daniel Kolta