**Exhibit B**

Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION . | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF ERIN NOVAK IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE LOGS FROM AUGUST AND SEPTEMBER OF 2026 PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II** |

I, Erin Novak, having personal knowledge of the following, state:

1. I have served as a Legal Director at Uber since September 2022, after joining as Senior Counsel, Safety Legal in January 2021. In my current role, I am responsible for providing legal advice to Uber's leadership and employees related to safety features, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief in Support of (1) Uber's August 2026 Privilege Logs and (2) Clawbacks Identified in Uber's September 11, 2026 Privilege Log Pursuant to Special Master Order No. 4, § II. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. In my role at Uber, I routinely advise business teams regarding legal risks. This includes advising on legal risks related to background check policies and procedures.

3. I am familiar with the document identified on the privilege log as **JCCP_MDL_PRIVLOG114274**. The document contains confidential notes for which Ana Paula Penalva is identified as the Google author. These notes summarize a November 23, 2021 meeting with Ms. Penalva regarding my legal advice to her about Uber's U.S. driver and courier background check policies and practices. The notes in JCCP_MDL_PRIVLOG114274 reflect legal advice I provided to Ms. Penalva during the November 23, 2021, meeting, including my assessment of potential legal risks and advice regarding numerous legal and regulatory requirements pertaining to background checks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2026.

By: Erin Novak
______________________________
Erin Novak