**Exhibit C**

Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION
.

This Document Relates to:

ALL ACTIONS

Case No. 3:23-md-03084-CRB

**DECLARATION OF JENNIFER HANDLEY IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE LOGS FROM AUGUST AND SEPTEMBER OF 2026 PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II**

I, Jennifer Handley, having personal knowledge of the following, state:

1. I am a Senior Legal Director, Global Safety, at Uber. I was first employed by Uber in December 2018 and have worked as in-house counsel for the past seven years. My previous roles include Senior Counsel, Safety and Legal Director, Safety. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to safety issues, procedures, and policy, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief in Support of (1) Uber's August 2026 Privilege Logs and (2) Clawbacks Identified in Uber's September 11, 2026 Privilege Log Pursuant to Special Master Order No. 4, § II. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. My role as in-house counsel at Uber encompasses providing legal advice on a wide range of safety-related matters. These matters include, among other things, advising on safety-related key performance indicators and data analysis; closely advising on drafting and preparing the content of Uber's U.S. Safety Reports, public-facing safety messaging and regulatory requirements; advising on safety features developed in partnership with in-house counsel; and directing the collection and analysis of information in connection with pending and anticipated litigation. I have previously provided declarations in this matter in support of Uber's privilege assertions. *See* Declaration of Jennifer Handley in Support of Defendants' January 14, 2025 Joint Letter Brief on Privilege Dispute (ECF 2091-7); Declaration of Jennifer Handley in Support of Defendants' Brief Pursuant to Special Master Order No. 2, § II(6) (ECF 2435); Declaration of Jennifer Handley in Support of Defendants' March 10, 2025 Brief Pursuant to Special Master Order No. 2, § III(6) (ECF 2462); Declaration of Jennifer Handley in Support of Defendants' March 17, 2025 Brief Pursuant to Special Master Order No. 2, § III(6) (ECF 2528-2); Declaration of Jennifer Handley in Support of Defendants' March 21, 2025 Brief Pursuant to Special Master Order No. 2, § III(6) (ECF 2580-2); Declaration of Jennifer Handley in Support of Defendants' March 24, 2025 Brief Pursuant to Special Master Order No. 2, § III(6) (ECF 2605-1); Declaration of Jennifer Handley in Support of Defendants' Objections (Second Set) to Special Master Privilege

Determinations for Custodians Sullivan, Fuldner, and Cinelli (ECF 2606-2); Declaration of Jennifer Handley in Support of Defendants' May 13, 2025 Privilege Dispute Brief Pursuant to Special Master Order No. 4, § III, ¶ 2 (ECF 2985-1); Declaration of Jennifer Handley in Support of Defendants' July 18, 2025 Brief Pursuant to Special Master Order No. 4, § II (June 6, 2025 Privilege Log Challenges) (ECF 3509-2).

3. I have reviewed the document identified as **JCCP_MDL_PRIVLOG115219**. It contains confidential speaker notes drafted to prepare Roger Kaiser, then Senior Director and Head of Global Safety, for statements made to the Uber Safety Advisory Board. The Safety Advisory Board was created in 2015 to provide external counsel on Uber's approach to safety management, processes, and technologies. As in-house counsel responsible for providing legal advice on safety issues and as corporate secretary to the Safety Advisory Board, I advised on the content of this document, and its contents reflect my legal advice concerning public messaging on safety and related regulatory requirements, subject matter inherently requiring legal judgment and analysis. Statements to the Safety Advisory Board required careful legal review because they involved discussion of Uber's safety policies, incident data, and related regulatory considerations—all areas in which my legal input was essential. The substance of the notes reflects my legal advice and guidance.

4. I have reviewed the document identified as **JCCP_MDL_PRIVLOG118812**. It is a chat message thread between Rob Solomon, former Data Science Manager, and Todd Gaddis, Data Science Manager, in which Mr. Solomon states that the purpose of the communication was to collect information in connection with pending litigation. This communication pertained to work being performed at my direction. The information that Mr. Solomon collected in this chat thread was gathered for the purpose of facilitating the provision of my legal advice related to an ongoing internal investigation in the course of a potential lawsuit.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 21, 2026.

By: Jennifer Handley

Jennifer Handley