**Exhibit E**

Laura Vartain Horn (SBN: 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4723
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION
.

This Document Relates to:

ALL ACTIONS

Case No. 3:23-md-03084-CRB

**DECLARATION OF JANE LEE IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF UBER'S PRIVILEGE LOGS FROM AUGUST AND SEPTEMBER OF 2026 PURSUANT TO SPECIAL MASTER ORDER NO. 4, § II**

I, Jane Lee, having personal knowledge of the following, state:

1. I am Legal Director, Regulatory, Mobility & Delivery at Uber Technologies, Inc. ("Uber"). I was first employed by Uber in October 2018 and I have worked as in-house legal counsel at the company since that time. In my current role, as has been the case throughout my tenure at Uber, I am responsible for providing legal advice to Uber's leadership and employees related to regulatory matters, including proceedings before the California Public Utilities Commission ("CPUC"), safety-related reporting obligations, and data submissions including data related to reports of sexual assault and sexual misconduct, among other legal advice. I offer this Declaration in the above-captioned matter in support of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Brief in Support of (1) Uber's August 2026 Privilege Logs and (2) Clawbacks Identified in Uber's September 11, 2026 Privilege Log Pursuant to Special Master Order No. 4, § II. The facts set forth herein are true and correct and are based on my own personal knowledge, and I could and would competently testify thereto if called.

2. As part of my role as in-house counsel at Uber, I have been closely involved in advising on Uber's obligations under CPUC regulatory proceedings, which concerned, among other things, the reporting and handling of incidents of sexual assault and harassment involving transportation network company drivers. These CPUC proceedings carried significant legal implications for Uber, including potential regulatory penalties, compliance obligations, and exposure to related litigation. Because of these inherent legal risks, Uber's legal team—including me—directed and supervised the collection, analysis, and preparation of data and information for submissions to the CPUC. I provided legal advice concerning the content, accuracy, legal sufficiency, and strategic implications of Uber's data submissions and reports in connection with these proceedings.

3. I am familiar with the document identified on the privilege log as **JCCP_MDL_PRIVLOG118503**. It is a Slack chat thread between Todd Gaddis, Senior Data Scientist at Uber, and Stephanie Kuhlman, then-Regulatory Project Paralegal at Uber. This exchange encompassed work performed at my direction in preparation for the Sexual Assault/Harassment Report to the CPUC. I directed the collection of the data and information reflected in this Slack thread for the purpose of facilitating my provision of legal advice concerning Uber's reporting to the CPUC. The information

Docusign Envelope ID: 673AA8F6-C35D-8260-8080-2F43887EA587


gathered facilitated my advice on the content and legal sufficiency of Uber's submission to the CPUC, which was an ongoing state regulatory matter with significant legal implications, including the risk of regulatory penalties and potential exposure in related litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 18, 2026.

By: ______________________________
Jane Lee