# EXHIBIT 7

## FILED UNDER SEAL