# EXHIBIT 10

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_________________

| | | |
|---|---|---|
| Jaylynn Dean, an Individual, | ) | |
| | ) | 2:25-cv-04276-CRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Phoenix, Arizona |
| UBER TECHNOLOGIES, INC., a | ) | January 26, 2026 |
| Delaware Corporation; RASIER, LLC, a | ) | 12:50 p.m. |
| Delaware Limited Liability Company; and | ) | |
| DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| ________________________________________ | ) | |

**BEFORE: THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 10 - P.M. SESSION (Pages 1864-2019)**

Official Court Reporter:
Elva Cruz-Lauer, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 33
Phoenix, Arizona 85003-2151
(602) 322-7261

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

P R O C E E D I N G S

(Proceedings commence at 12:50 p.m.)

(The jury enters the courtroom.)

THE COURT: Let record reflect that all jurors are present, parties are present.

You may proceed.

MS. BUENO: Thank you, Your Honor. Good afternoon.

CROSS-EXAMINATION

BY MS. BUENO:

Q. Good afternoon, Ms. Dean.

A. Good afternoon.

Q. I want to pick up where we left off. We were talking about you taking a Lyft to Mr. McLaughlin's apartment that night, correct?

A. Correct.

Q. And the jury heard that after a night of drinking and sex, you got sick, right?

A. Correct.

Q. And you took a nap?

A. Correct.

Q. And then Mr. McLaughlin ordered, I think you said, Chick-fil-A off of DoorDash; is that right?

A. That's correct.

Q. And you drank some water?

A. That's correct.

Q. And then you, yourself, called the Uber, correct?
A. No, it was both of us who ordered it.
MS. BUENO: I am going to seek to admit 4078, which is a video of your forensic interview with Detective Lopez, and there's also a transcript that goes with it. So I will admit both the transcript and the video, Your Honor.
THE COURT: Go ahead.
MS. BUENO: Admitted, Your Honor?
THE COURT: Yes.
(Exhibit Number 4078 is admitted.)
BY MS. BUENO:
Q. This is the video, just to remind us, where you were in the room with Detective Lopez, and it was cold so you had a blanket over you, correct?
A. Correct.
Q. And on page 6 of that transcript --
MS. BUENO: Can I have the ELMO, please?
And to be clear, it is page 0478.0006. The page number says 4.
BY MS. BUENO:
Q. But these are your words from that video when the interviewer, who is Detective Lopez, says, "Okay. So tell me about what happened today?"
And you made the comment, "I called an Uber myself."
Do you recall saying that?

C E R T I F I C A T E

I, ELVA CRUZ-LAUER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 30th day of day of January, 2026.

s/Elva Cruz-Lauer
Elva Cruz-Lauer, RMR, CRR