# EXHIBIT 11

## FILED UNDER SEAL