**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*, N.D. Cal. No. 24-cv-8783, W.D. Tex. No. 26-cv-01694 | **DECLARATION OF ANDREW R. KAUFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Honorable Charles R. Breyer<br>Date: September 25, 2026<br>Time: 10:30 a.m.<br>Ctrm.: 6-17th Floor |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

I, Andrew R. Kaufman, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of Wisconsin and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

3. The exhibits referred below are attached to Plaintiff's Opposition to Motion for Summary Judgment. They are filed either (1) publicly, or (2) provisionally filed under seal as permitted by ECF 7312 (N.D. Cal), and ECF 119 (W.D. Tex.).

4. Attached as **Exhibit 1** is a true and correct copy of Exhibit 2112 to the 30(b)(6) Deposition of Cory Freivogel. This document is filed under seal.

5. Attached as **Exhibit 2** is a true and correct copy of the August 7, 2026 and August 28, 2026, 30(b)(6) Depositions of Cory Freivogel. This document is filed under seal.

6. Attached as **Exhibit 3** is a true and correct copy of Exhibit 2194 to the 30(b)(6) Deposition of Greg Brown. This document is filed under seal.

7. Attached as **Exhibit 4** is a true and correct copy of Exhibit 2195 to the 30(b)(6) Deposition of Greg Brown. This document is filed under seal.

8. Attached as **Exhibit 5** is a true and correct copy of Exhibit 2196 to the 30(b)(6) Deposition of Greg Brown. This document is filed under seal.

9. Attached as **Exhibit 6** is a true and correct copy of Exhibit 2208 to the 30(b)(6) Deposition of Greg Brown. This document is filed under seal.

10. Attached as **Exhibit 7** is a true and correct copy of excerpts from the September 3, 2026 Expert Report of Lacey Keller. This document is filed under seal.

11. Attached as **Exhibit 8** is a true and correct copy of Exhibit 2120 to the 30(b)(6) Deposition of Cory Freivogel. This document is filed under seal.

12. Attached as **Exhibit 9** is a true and correct copy of the August 31, 2026

Declaration of Sgt. Eric Bentley.

13. Attached as **Exhibit 10** is a true and correct copy of the August 25-26, 2026, 30(b)(6) Deposition of Greg Brown. This document is filed under seal.

14. Attached as **Exhibit 11** is a true and correct copy of excerpts from the August 13, 2026, Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed under seal.

15. Attached as **Exhibit 12** is a true and correct copy of Exhibit 2133 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed under seal.

16. Attached as **Exhibit 13** is a true and correct copy of Exhibit 2179 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed publicly, but with a third party's name redacted.

17. Attached as **Exhibit 14** is a true and correct copy of excerpts from the Expert Report of John Romero. This document has been filed under seal.

18. Attached as **Exhibit 15** is a true and correct copy of Exhibit 2146 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed publicly, but with a third party's name redacted.

19. Attached as **Exhibit 16** is a true and correct copy of Exhibit 2147 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard.

20. Attached as **Exhibit 17** is a true and correct copy of Uber's June 26, 2026 post "A New Standard for Background Checks".

21. Attached as **Exhibit 18** is a true and correct copy of Exhibit 2145 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed under seal.

22. Attached as **Exhibit 19** is a true and correct copy of Exhibit 2176 to the Checkr, Inc. 30(b)(6) Deposition of Brad Hubbard. This document is filed under seal.

23. Attached as **Exhibit 20** is a true and correct copy of excerpts of the Deposition of H.M. This document is filed publicly, but with the names of Plaintiff and the witness redacted.

24. Attached as **Exhibit 21** is a true and correct copy of excerpts from the September 14, 2026, Deposition of Minette Drumwright. This document is filed publicly, but with Plaintiff's name redacted.

25. Attached as **Exhibit 22** is a true and correct copy of a document bates stamped UBER_JCCP_MDL_000963028. This document has been filed under seal.

26. Attached as **Exhibit 23** is a true and correct copy of a document bates stamped UBER_JCCP_MDL_001535682. This document has been filed under seal.

27. Attached as **Exhibit 24** is a true and correct copy of a document bates stamped UBER_JCCP_MDL_003031974. This document has been filed under seal.

28. Attached as **Exhibit 25** is a true and correct copy of excerpts from the Expert Report of Minette Drumwright. This document has been filed under seal.

29. Attached as **Exhibit 26** is a true and correct copy of excerpts from the June 30, 2025, 30(b)(6) Deposition of Hannah Nilles. This document has been filed under seal.

30. Attached as **Exhibit 27** is a true and correct copy of excerpts from the Deposition of Travis Kalanick. This document has been filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2026 in Milwaukee, Wisconsin.

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman