# EXHIBIT 1

## EXHIBIT FILED UNDER SEAL