# EXHIBIT 2

## EXHIBIT FILED UNDER SEAL