# EXHIBIT 3

## EXHIBIT FILED UNDER SEAL