# EXHIBIT 4

## EXHIBIT FILED UNDER SEAL