# EXHIBIT 5

## EXHIBIT FILED UNDER SEAL