# EXHIBIT 6

## EXHIBIT FILED UNDER SEAL