# EXHIBIT 7

## EXHIBIT FILED UNDER SEAL