# EXHIBIT 8

## EXHIBIT FILED UNDER SEAL