# EXHIBIT 9

FORT WORTH®

August 31, 2026

Declaration Regarding the Public Availability of Information

My name is Sergeant Eric Bentley and I am the Fort Worth Police Department's (FWPD) Legal Liaison and Open Records Unit supervisor. Part of my duties are to supervise the receipt of open records requests, monitor the processing of records responsive to those requests, and ensure the proper delivery of said records.

Texas State public information laws permit some information to be withheld from public release via open records requests, but depending on the status of the records some general information is available upon request.

With respect to the assault investigation involving Mr Victor Huynh Le, the incident was documented under FWPD report #170030533 and was closed by arrest/citation issued on May 16, 2017. Any request for public information made following that date would have yielded "basic information" about the case. In this particular situation basic information would include, but is not necessarily limited to, Mr. Le's name, age, and home address (3436 Jack Atkins Ct, Haltom City, TX 76117) , the nature and location of the offense or investigation, and general information about the incident being reported.

I declare under penalty of perjury that the foregoing information is true and correct.

Sgt Eric Bentley #3480
City of Fort Worth
Fort Worth Police Department
Legal Liaison Unit
505 W Felix St
Fort Worth TX 76115
817-392-4272