# EXHIBIT 10

## EXHIBIT FILED UNDER SEAL