# EXHIBIT 11

## EXHIBIT FILED UNDER SEAL