# EXHIBIT 12

## EXHIBIT FILED UNDER SEAL