# EXHIBIT 13

PERSONAL INFORMATION REDACTED

Search %Clear

C%lose Search Criteria

%Open Citation #G880946 Last Name Plate Number

Case Number First Name Sort by Case #

%Save D.L.N. Middle Name

D.O.B. > Citation Date > V.I.N.

%Print Status Group ALL

1 Costs
2 Identity Cases

Search Results

| Party | D.O.B. | Judge | Case Number | Citation # | Action Code | Charge | Status | Due |
|---|---|---|---|---|---|---|---|---|
| LE, VICTOR H | | | 2017 NT 003017 | G880946 | 08801W | ASSAULT BY CONTACT | WA | 804.70 |

Brad Hubbard
T.M. 08.13.26
EX 2179
exhibitsticker.com

WA- Warrant

Fort Worth Municipal Court
1000 Throckmorton St.
Fort Worth, TX 76102

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

PLEASE WAIT THREE BUSINESS DAYS BEFORE APPEARING OR CONTACTING THE COURT.

COURT COPY

CITY OF FORT WORTH, TEXAS

GENERAL COMPLAINT CITATION

2012-01

G880946

ITEM (1) ON: May | DAY: 16 | YEAR: 2017 | AT: 1030 HOURS

[redacted]

ITEM (2)

LAST NAME: L E

FIRST NAME: V I C T O R | INT. H | JR SR etc

[redacted] | SEX: M | HEIGHT: 5-06 | WEIGHT: 170 | COLOR OF EYES: Bro | COLOR OF HAIR: Blk | RACE: ☐W ☐B ☒A/PI ☐NAE ☐O | HISPANIC ☐Y | MIDDLE EASTERN ☐Y

IDENTIFIED AS FOLLOWS: BY TDL? Y ☐ BY DEF? Y ☐ BY I.D.? Y ☐

[redacted]

ITEM (3)

AT THE FOLLOWING COUNTY: TARRANT ☒ DENTON ☐ PARKER ☐ JOHNSON ☐

ADDRESS (STREET ON) 1037 Cleckler Ave

NAME AND/OR TYPE OF PREMISES Public street

ITEM (4) VIOLATIONS

| | VIOL. CODE | | ORDINANCE |
|---|---|---|---|
| A | 88 01 | Assault by Contact | Y ☐ |
| B | | | Y ☐ |
| C | | | Y ☐ |

REPORT NO. 17-30533

1st OFFICER L. A. Walter I.D. NO. 3470

2nd OFFICER ______ I.D. NO. ______

Police Vehicle Number ______ Police Team UNIT ______ BEAT # ______ SEARCH YES ☐ CONSENT YES ☐

**I AGREE TO APPEAR WITHIN ELEVEN DAYS AS DIRECTED:**

X Citation mailed

**THIS IS NOT A PLEA OF GUILTY (NOT VOID IF UNSIGNED)**

**READ INSTRUCTIONS ON BACK OF CITATION**

SIGNATURE OF JUVENILE (NOTICE OF OBLIGATION):

X ______

☐ PERSON IS YOUNGER THAN 17 YEARS OF AGE. (ISSUING OFFICER MUST CHECK)

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT CITY OF FORT WORTH

FOR OFFICE USE ONLY:
2017 NT 003017
08801W.DOC
Last Revised:
01/22/16 H. Dozier

FORT WORTH

# COMPLAINT

**Cause Number: G880946 (ASSAULT BY CONTACT)**

| | | |
|---|---|---|
| **STATE OF TEXAS** | **§** | **IN THE MUNICIPAL COURT** |
| **VS.** | **§** | **CITY OF FORT WORTH** |
| **VICTOR H LE** | **§** | **TARRANT COUNTY, TEXAS** |

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned authority, personally appeared affiant, known to me to be a credible person, who after being by me duly sworn, upon oath deposes and says affiant has good reason to believe and does believe that one **VICTOR H LE** hereinafter called actor, on or about **05/16/2017** and before the making and filing of this complaint, within the territorial limits of the City of Fort Worth, Texas,

Did then and there intentionally or knowingly cause physical contact with another person, to wit: [redacted], and said actor knew or should have reasonably believed that such other person would regard the contact as offensive or provocative in that said actor did **TOUCH** [redacted] **ON THE BREAST** , and

Against the peace and dignity of the State.

My belief of the foregoing is based upon written information provided to affiant by **L A WALTER** in a citation with the same number as referenced above, together with any written reports, filed with the court and contained herein, who reported having been advised by a witness referenced therein that such witness personally observed such conduct by the defendant as set forth above.

AFFIANT **Maria Salgado**

Subscribed and sworn to before me by affiant, a credible person, this ***13th* day of *June, 2017 A.D.***

MUNICIPAL COURT OF FORT WORTH, TEXAS

NOTARY PUBLIC STATE OF TEXAS

My commission expires: September 8, 2018

Monica Zapata
06/13/2017 08:44:10 AM

NOTARY PUBLIC, STATE OF TEXAS
TARRANT COUNTY

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

NO. G880946

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL |
| | § | |
| vs. | § | COURT |
| | § | |
| VICTOR LE | § | FORT WORTH TEXAS |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Samuel Terry, attorney of record in the above cause, and makes this his Motion to Withdraw as Counsel in the abovestyled and numbered causes, and for cause would show as follows:

I.

Withdrawal can be accomplished without material adverse effect on the interests of the client and without unnecessarily delaying the due administration of justice.

II.

The Defendant has failed to substantially fulfill an obligation to counsel regarding the lawyer's services, including payment of legal fees. Defendant has been given reasonable warning that the lawyer will withdraw unless communication is made with the attorney. Continued representation of the Defendant by Counsel will result in an unreasonable financial burden on the lawyer and has been rendered unreasonably difficult by the client.__ (*Tex.Disp.R.Prof.Conduct*. 1.15(a)(6)).

II.

Defendant has been explained the gravity of charges against him and the time intensive nature of the work accompanied with representing him effectively in these alleged charges.

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

Defendant has not obtained employment since counsel was retained and although counsel has given defendant ample time to obtain employment he has been unsuccessful.

III.

Continued representation of the Defendant by counsel will result in prejudice to the Defendant in that he will not receive effective assistance of counsel and/or a fair trial in this case for the reasons stated above.

IV.

A copy of this Motion has been served to Defendant at his last known address:

Victor Le
3436 Jack Atkins Ct.
Haltom City, TX 76117

WHEREFORE, PREMISES CONSIDERED, Samuel Terry, Movant, respectfully requests that the Court grant his motion and withdraw his name as attorney of record in the above styled and numbered cause.

Respectfully submitted,

ATTORNEY FOR DEFENDANT

Samuel R. Terry (Bar No.: 24042621)
Attorney for the Defendant
300 Throckmorton, Ste. 500
One City Place Building
Fort Worth, Texas 76102
Ph: 817-882-9977
Fax: 1-888-735-8305
sterry@samterrylaw.com

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was hand delivered/mailed/faxed/efiled to the Fort Worth Municipal Court 1000 Throckmorton St. Fort Worth TX, 76102 on August 30 2017.

Samuel R. Terry (Bar No.: 24042621)
Attorney for the Defendant
300 Throckmorton, Ste. 500
One City Place Building
Fort Worth, Texas 76102
Ph: 817-882-9977
Fax: 1-888-735-8305
sterry@samterrylaw.com

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

State of Texas

County of Tarrant

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Samuel R. Terry, who being by me duly sworn, upon oath deposes and says:

"I am the attorney for the Defendant in this cause, I have read the above Motion to withdraw and it is all true and correct to the best of my knowledge."

STEPHANIE KRISTINE COOMER
Notary Public, State of Texas
Comm. Expires 06-08-2020
Notary ID 128998094

AFFIANT

SUBSCRIBED AND SWORN BEFORE ME on this 30th day of August, 2017 , to certify which witness my hand and seal of office.

Stephanie K Coomer
Notary Public, State of

Texas My commission expires: 6/8/20

FIAT

IT IS HEREBY ORDERED that the above Motion be heard on the ________ day of ____________________, 2017, at __ o'clock ____________ m.

JUDGE PRESIDING

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

NO. G880946

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL |
| | § | |
| vs. | § | COURT |
| | § | |
| VICTOR LE | § | FORT WORTH TEXAS |

**ORDER**

The foregoing Motion having been presented to the Court and the Court having considered said motion, hereby finds that the Motion should be GRANTED/DENIED.

SIGNED on this the ____ day of SEP 6 2017, 2017.

JUDGE PRESIDING

MUNICIPAL COURT OF FORT WORTH, TEXAS

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE
DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

Law Office of Samuel Terry
300 Throckmortm st.
Suite 500
Ft. Worth, TX 76102

NORTH TEXAS TX P&DC
DALLAS TX 750
30 AUG 2017 PM 1 L

#8

Ft. Worth Municipal Court
1000 Throckmoetm st.
Ft. Worth, TX 76102

FILED
FT. WORTH MUNICIPAL COURT
'17 SEP -5 P2:16

76102-631200

*592176593*

FOR OFFICE USE ONLY:
2017 NT 003017
SETDEFPLEA
Created:
04/25/17/DR

# FORT WORTH
MUNICIPAL COURT

**Defendant (Pro Se) Plea Docket Setting Notice**

**CAUSE NUMBER: G880946**
**CHARGE: ASSAULT BY CONTACT**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **COURT #2** |
| **VS.** | § | **DATE: November 09, 2017** |
| **VICTOR H LE** | § | **TIME: 1:30 pm** |

*** **YOU MUST APPEAR** ***

**REPORT TO: A.D MARSHALL PUBLIC SAFETY AND COURTS BUILDING**
**1000 THROCKMORTON**
**FORT WORTH, TX 76102**

The above case is set for the **SELF-REPRESENTED DEFENDANT PLEA DOCKET - GC** plea docket in the Fort Worth Municipal Court on the above date and time. If you were (16) years of age or younger at the time of the offense, a parent or guardian must appear with you. The Court will inform you of your options at the time of the hearing. Failure to appear promptly at the time and date of the hearing may result in additional proceedings against you as provided by law. If you have posted bond and you fail to appear, your bond may be forfeited in addition to any proceedings provided by law. You have the right to be represented by an attorney. If you wish to have an attorney represent you, you should contact an attorney of your choice before the scheduled hearing.

**FOR YOUR INFORMATION**

You must appear on time. Court will begin promptly at the time shown above. You do not need to check in at the cashier's window. You should go directly to the Courtroom.

This is a court of law and appropriate dress and photo ID are required. No shorts, undershirts, tube tops or low cut attire are permitted. Shirt tails must be tucked in before entering the courtroom.

This case CANNOT be handled by telephone or written correspondence. If you have questions regarding this setting notice please call (817) 392-6700, M-F, 8 a.m. – 5 p.m.

For wheelchair accessible courtroom, any special accommodations or interpretive services, please call Municipal Court at (817) 392-6700, M-F, 8:00 a.m. to 5:00 p.m.
Interpretive services must be requested 48 hours in advance.

**VICTOR H LE**

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

*331074059*

FOR OFFICE USE ONLY:
2017 NT 003017
SETETTNOTE.DOC
Last Revised:
03/02/13 SL

FORT WORTH

MUNICIPAL COURT

# SETTING NOTICE

**CAUSE NUMBER: G880946**
**CHARGE: ASSAULT BY CONTACT**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **COURT #4** |
| **VS.** | § | **DATE: December 11, 2017** |
| **VICTOR H LE** | § | **TIME: 1:30 pm** |

*** **YOU MUST APPEAR** ***

**REPORT TO: A.D MARSHALL PUBLIC SAFETY AND COURTS BUILDING**
**1000 THROCKMORTON**
**FORT WORTH, TX 76102**

The above case is set for trial in the Fort Worth Municipal Court at 1000 Throckmorton St. on the above date and time. Failure to appear at the scheduled time and date of trial may result in a warrant being issued for your arrest. If you have posted a bond and you fail to appear, your bond may be forfeited and a warrant issued for your arrest.

## FOR YOUR INFORMATION

You may plead GUILTY or NO CONTEST prior to trial by paying the fine of **$569.00** no later than 10 days prior to the trial date. Payment by check or money order can be mailed to: **Municipal Court, 1000 Throckmorton Street, Fort Worth, Texas 76102**

- For payment locations and hours please visit http://fortworthtexas.gov/municipalcourt/locations/
- Online payments please visit: http://fortworthtexas.gov/municipalcourt/payments/
- Payment by Phone: 682-999-3681

If you elect not to make payment as provided above, you are then required to appear in person at the time of trial. This case CANNOT be handled by telephone or written correspondence. If you have questions regarding this setting notice please call **(817) 392-6700**.

For wheelchair accessible courtroom, any special accommodations or interpretive services, please call Municipal Court at (817) 392-6700. Interpretive services must be requested 48 hours in advance.

**VICTOR H LE**

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

Cause Number(s): G 880946

## Defendant's Acknowledgment of Rights and Duties for Trial

I request a ✓ Bench trial _____ Jury trial. I will _____ Hire an Attorney ✓ Represent Myself.

✓ I am fluent in English and do not need an Interpreter.

_____ I am not fluent in English and need an Interpreter for trial who speaks __________.

**I understand the following:**

1. I have a right to be represented by an attorney, but not a Court-Appointed attorney.

2. If I want to hire an attorney, I should do so right away. If I appear for trial without an attorney, the Judge can rule I waived my right to be represented by attorney, and require me to represent myself at trial.

3. My trial date will not be reset by hiring an attorney. I will make my attorney aware of my current trial date, and that we must be prepared for trial on that date.

3. If I request a jury trial, I will be prepared to be in court ALL DAY for trial. There will be multiple cases set for trial that day. If my case cannot be reached, it may have to be reset for another day.

4. My case will be prosecuted by a licensed attorney representing the State against me. If I choose to represent myself I will be required to follow the same rules as a licensed attorney.

5. I have been given the Texas Discovery Rules (CCP 39.14) and a Discovery Request Form. Unless I submit a written request at least 30 days before trial, I waive the right to view discovery material.

5. I must comply with the Local Rules of Court which can be found at www.fortworthtexas.gov. Other important rules and laws that apply to my case may be found at www.txcourts.gov, and at www.statutes.legis.state.tx.us, or at the Tarrant County Law Library.

7. A warrant will be issued for my arrest if a fail to appear on my scheduled date and time.

**I have read all of the above and I understand and agree that the judge presiding over my trial may hold me responsible for each of the above statements.**

[signature] 11-9-2017

Defendant's Signature Date

Printed Name: Victor Le

[redacted]

...TIFY THIS TO BE A ...E AND CORRECT ...Y OF THE ABOVE ...ED AND STYLED CASE

[signature]

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

**CITATION NO.** G 880946

**WAIVER**

I have been advised of my right to have a trial by a jury and my right to be represented by an attorney. I hereby waive my right to a trial by a jury and waive my right to be represented by an attorney.

Signed this 9th day of November, 2017.

Defendant's Signature

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

*552938277*

FOR OFFICE USE ONLY:
2017 NT 003017
SETETTNOTE.DOC
Last Revised:
03/02/13 SL

FORT WORTH

MUNICIPAL COURT

# SETTING NOTICE

**CAUSE NUMBER: G880946**
**CHARGE: ASSAULT BY CONTACT**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **COURT #4** |
| **VS.** | § | **DATE: January 11, 2018** |
| **VICTOR H LE** | § | **TIME: 1:30 pm** |

*** **YOU MUST APPEAR** ***

**REPORT TO: A.D MARSHALL PUBLIC SAFETY AND COURTS BUILDING**
**1000 THROCKMORTON**
**FORT WORTH, TX 76102**

The above case is set for trial in the Fort Worth Municipal Court at 1000 Throckmorton St. on the above date and time. Failure to appear at the scheduled time and date of trial may result in a warrant being issued for your arrest. If you have posted a bond and you fail to appear, your bond may be forfeited and a warrant issued for your arrest.

## FOR YOUR INFORMATION

You may plead GUILTY or NO CONTEST prior to trial by paying the fine of **$569.00** no later than 10 days prior to the trial date. Payment by check or money order can be mailed to: **Municipal Court, 1000 Throckmorton Street, Fort Worth, Texas 76102**

- For payment locations and hours please visit http://fortworthtexas.gov/municipalcourt/locations/
- Online payments please visit: http://fortworthtexas.gov/municipalcourt/payments/
- Payment by Phone: 682-999-3681

If you elect not to make payment as provided above, you are then required to appear in person at the time of trial. This case CANNOT be handled by telephone or written correspondence. If you have questions regarding this setting notice please call **(817) 392-6700**.

For wheelchair accessible courtroom, any special accommodations or interpretive services, please call Municipal Court at (817) 392-6700. Interpretive services must be requested 48 hours in advance.

**VICTOR H LE**

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

FORT WORTH

# WARRANT OF ARREST

## CAUSE NUMBER: G880946

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF FORT WORTH** |
| **VICTOR H LE** | § | **TARRANT COUNTY, TEXAS** |

**The State of Texas**

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to arrest **VICTOR H LE** and bring him/her before the said court to be dealt with according to law. Said defendant has been charged by complaint with the misdemeanor of **§PC 22.01(a)(3) ASSAULT BY CONTACT,** which is against the laws of the State of Texas (and against the city ordinances of said city), filed in the Municipal Court of the City of Fort Worth, Tarrant County, Texas.

Herein fail not, but due service and return of this Warrant of Arrest, showing how you have executed the same.

Bond Amount: **$ 619.00**

Signed on this date: **11th day of June, 2018 A.D.**

MUNICIPAL COURT OF FORT WORTH, TEXAS

**Raquel Brown**
Judge, Municipal Court, Fort Worth, Texas

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

FOR OFFICE USE ONLY:
2017 NT 003017
WARALIASW1.doc
Last Revised: 10/01/09 nm

# CITY OF FORT WORTH MUNICIPAL COURT
## STATEMENT AND PLEA FORM
## PLEASE RETURN THIS ENTIRE STATEMENT WITH YOUR PAYMENT

| CUBS NUMBER | CASE NUMBER | OFFENSE DATE | OFFENSE DESCRIPTION | AMOUNT DUE |
|---|---|---|---|---|
| 47455324 | 2017NT003017 | 05/16/17 | ASSAULT BY CONTACT 08801W | $804.70 |
| | | | PAY THIS AMOUNT | $804.70 |

NOTE: The total amount shown due above includes only those citations that have been referred to the law firm of Linebarger Goggan Blair & Sampson, LLP for collection at the time of printing and does not include outstanding citations that have not yet been referred or costs and fees that might accrue after the time of printing. You should contact the court to determine whether there are additional citations pending against you or any after-accrued costs or fees.

**IF YOU WISH TO ENTER A PLEA, PLEASE FILL OUT THE INFORMATION BELOW AND RETURN WITH YOUR PAYMENT. YOUR PLEA APPLIES TO ALL OFFENSES INCLUDED IN THIS NOTICE. IF YOU DO NOT INTEND FOR THE SAME PLEA TO APPLY TO ALL OFFENSES INCLUDED IN THIS NOTICE, PLEASE CONTACT THE COURT.**

**CHECK ONE & SIGN BELOW (If pleading GUILTY or NO CONTEST, be sure and check the applicable box under Item 1 below):**

__1. I am satisfied with the information I have received in this case and I am not making a request for discovery ("discovery" is the process by which the defendant may request evidence related to the case from the State). I waive trial by jury and plead ☐ GUILTY ☐ NO CONTEST to the charge. My payment of $804.70 is enclosed.

__2. I hereby enter a plea of **NOT GUILTY** and request a trial on the merits by posting a bond at the Court.

__3. I have previously entered a plea or the court has already rendered a judgment in this case. My payment of $804.70 or a copy of my receipt or trial date is enclosed.

If you have previously entered a plea on any of the case(s) listed above, or if your case has already been adjudicated by this court, entering a new or different plea on this form will have no legal effect whatsoever. Your plea applies to all offenses included in this notice. A final conviction may be entered on your driving record with Texas Department of Public Safety upon a plea of guilty or no contest.

Signature ______________________ Date ______________________

TO PAY BY PHONE, PLEASE CALL (682) 999-3681.

TO PAY BY WEB, PLEASE LOG ON TO COURTPAY.FORTWORTHTEXAS.GOV

Linebarger Goggan Blair & Sampson, LLP
PO Box 659443
San Antonio TX 78265

| | |
|---|---|
| CUBS NUMBER 47455324 | AMOUNT DUE |
| CASE NUMBER 2017NT003017 | $804.70 |
| AMOUNT PAID: | $804.70 |

MAKE YOUR CASHIER'S CHECK OR MONEY ORDER PAYABLE TO: CITY OF FORT WORTH

**Partial payments on individual cases will not be accepted. Do Not Mail Personal Checks or Cash.**

425 ******************ALL FOR AADC 760 T2 P2
#BWNKBYR
#S0000474553249#
VICTOR H LE

CITY OF FORT WORTH
MUNICIPAL COURT
1000 THROCKMORTON ST.
FORT WORTH TX 76102

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE
DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

010200043

425

# Linebarger Goggan Blair & Sampson, LLP

ATTORNEYS AT LAW
900 Arion Parkway, Suite 104
San Antonio, TX 78216
1(877) 258-5187 Toll Free

November 12, 2018

47455324

VICTOR H LE

Driver's License #:
Case #: 2017NT003017
1 Case(s) Totaling $804.70

## ***WARNING***

Dear VICTOR H LE:

Our law firm has been hired to represent the CITY OF FORT WORTH Municipal Court in the collection and disposition of the above-listed matter. Court records indicate that you are the subject of one or more pending cases with outstanding fines, fees, and costs totaling $804.70 as of the time of printing this notice.

You have failed to respond to our previous correspondence. Please return the enclosed statement along with your payment in the amount of $804.70 **within 5 days.** Unless a final judgment of conviction has been entered in your case, you have the right to enter a plea or request a trial on any offense charged. To exercise such right, please complete the attached plea form and return it to the court with your payment.

A warrant may have been issued for your arrest. **Please be advised that if an arrest warrant has been issued in your case, you may be arrested at any time by any peace officer.**

**If you are the subject of additional citations which are not listed on the attached statement, you should contact the court.**

We urge you to contact the Court if you are unable to pay the amount owed without undue hardship to yourself or your dependents. You may request a hearing before a Judge to consider your ability to pay and request any non-monetary compliance options available to you. You should be prepared to explain and document your financial situation to the Court.

If you have made payment within the last 10 days, please disregard this notice. If you are now a debtor in bankruptcy, or if you have been discharged from debts through a bankruptcy proceeding, then within 30 days of receipt of this letter, please provide us at the address at the top of this letter, in writing, the case number and the name of the court in which your bankruptcy case was filed.

Juveniles sixteen and under must contact the court with a parent or guardian.

It is very important that you give this matter your immediate attention.

Our toll-free telephone number is 1(877) 258-5187. Our office hours are Monday through Thursday, 7:00 a.m. to 9:00 p.m., Friday, 7:00 a.m. to 5:00 p.m., and Saturday, 8:00 a.m. to noon.

Sincerely,

Linebarger Goggan Blair & Sampson, LLP

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT CITY OF FORT WORTH

NORTH TEXAS TX P&DC
DALLAS TX 750
15 NOV 2018 PM 3 L

CITY OF FORT WORTH
MUNICIPAL COURT
1000 THROCKMORTON ST
FORT WORTH TX 76102-6382

RECEIVED

NOV 19 2018

BY: ____________

FORT WORTH

# WARRANT OF ARREST

## CAUSE NUMBER: G880946

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF FORT WORTH** |
| **VICTOR H LE** | § | **TARRANT COUNTY, TEXAS** |

**The State of Texas**

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to arrest **VICTOR H LE** and bring him/her before the said court to be dealt with according to law. Said defendant has been charged by complaint with the misdemeanor of **§PC 22.01(a)(3) ASSAULT BY CONTACT,** which is against the laws of the State of Texas (and against the city ordinances of said city), filed in the Municipal Court of the City of Fort Worth, Tarrant County, Texas.

Herein fail not, but due service and return of this Warrant of Arrest, showing how you have executed the same.

Bond Amount: **$ 0.00**

Signed on this date: **17th day of February, 2021 A.D.**

MUNICIPAL COURT OF FORT WORTH, TEXAS

Claudia H. Martinez

**Claudia Martinez**
Judge, Municipal Court, Fort Worth, Texas

FOR OFFICE USE ONLY:
2017 NT 003017
WARALIASW1
Last Revised: 10/01/09 nm

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

2017 NT 003017 STATE OF TEXAS VS LE, VICTOR H

| Docket Application | Owed | Paid | Dismissed/Credit | Due |
|---|---|---|---|---|
| COURT COST | 69.00 | 0.00 | 0.00 | 69.00 |
| LOCAL FEE | 50.00 | 0.00 | 0.00 | 50.00 |
| LOCAL FINE | 500.00 | 0.00 | 0.00 | 500.00 |
| COLLECTION FEE | 185.70 | 0.00 | 0.00 | 185.70 |
| Total Fees | 804.70 | 0.00 | 0.00 | 804.70 |

| Holding Application | Owed | Paid | Dismissed/Credit | Due |
|---|---|---|---|---|
| ESCROW | 804.70 | 804.70 | 0.00 | 0.00 |
| Total Holding | 804.70 | 804.70 | 0.00 | 0.00 |

| Holding Account | Rcvd | Applied | Checks Paid | Balance | Payment Type | Amount |
|---|---|---|---|---|---|---|
| GG01 240005<br>0000000<br>CASH BOND ACT<br>FT WORTH | 804.70 | 0.00 | 0.00 | 804.70 | | |
| Total | 804.70 | 0.00 | 0.00 | 804.70 | Total | 0.00 |

Fort Worth Municipal Court
1000 Throckmorton St.
Fort Worth, TX 76102

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH