# EXHIBIT 14

## EXHIBIT FILED UNDER SEAL