# EXHIBIT 16

Brad Hubbard
T.M. 08.13.26
EX 2147
exhibitsticker.com

FORT WORTH

# WARRANT OF ARREST

## CAUSE NUMBER: G880946

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| VS. | § | CITY OF FORT WORTH |
| VICTOR H LE | § | TARRANT COUNTY, TEXAS |

**The State of Texas**

TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You are hereby commanded to arrest **VICTOR H LE** and bring him/her before the said court to be dealt with according to law. Said defendant has been charged by complaint with the misdemeanor of **§PC 22.01(a)(3) ASSAULT BY CONTACT,** which is against the laws of the State of Texas (and against the city ordinances of said city), filed in the Municipal Court of the City of Fort Worth, Tarrant County, Texas.

Herein fail not, but due service and return of this Warrant of Arrest, showing how you have executed the same.

Bond Amount: **$ 619.00**

Signed on this date: **11th day of June, 2018 A.D.**

MUNICIPAL COURT OF FORT WORTH, TEXAS

**Raquel Brown**
Judge, Municipal Court, Fort Worth, Texas

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE
DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

FOR OFFICE USE ONLY:
2017 NT 003017
WARALIASW1.doc
Last Revised: 10/01/09 nm