# EXHIBIT 17

June 26, 2026

# A New Standard for Background Checks



Share this article

Our approach to safety has never been static. We listen to experts, regulators, lawmakers and our community, and we evolve as their expectations and the world change.

Since the start of the year, we've been consulting with various subject matter experts, including leaders in civil rights and women's safety, to explore how to update Uber's criminal background check process in the United States to better align with today's expectations.

Building on our longstanding screening process, starting Monday we are implementing new requirements for drivers and couriers that we believe are the strongest in the industry.

**Uber's updated US background check requirements**

When we introduced mandatory background checks for all drivers more than a decade ago, there was no established model for ridesharing. We worked with lawmakers, screening experts, and civil rights advocates to build a process that balanced safety with fair access to work across 60 different background check adjudication standards across the country.

Every US driver and courier must pass a rigorous, multi-layer background check before they can drive or deliver with Uber, and they are rescreened every year. In addition, we continuously monitor records to flag new offenses, and we **share information** with other rideshare platforms. The most serious types of convictions and pending charges—including murder and sexual assault—have always been indefinitely disqualifying. That will not change.

However, after listening to a wide range of feedback, we've broadened the criteria for convictions that permanently disqualify someone from driving or delivering with Uber. This includes convictions for all violent felonies and crimes that may be sexual in nature. Based on recommendations from domestic violence prevention experts, stalking and strangulation-related offenses, whether charged as misdemeanors or felonies, are now also disqualifying regardless of when they occurred because these offenses can be predictors of future violence.

## Uber's background check standards

Prospective drivers must submit valid government-issued identification, valid Social Security Number, and profile photo

### No convictions in lifetime

- Sexual assault
- Sex crimes involving minors
- Sexual offenses
- Murder or homicide
- Kidnapping
- Terrorism
- Violent felonies (e.g., armed robbery, aggravated assault, arson)
- Child abuse and endangerment
- Strangulation
- Stalking

### No convictions in the past 7 years

- Any other felony conviction
- DUI or drug related driving offenses
- Speeding 100+ MPH and reckless driving
- Theft and fraud
- Property damage
- Prostitution
- Weapons offenses
- Resisting arrest
- Evading law enforcement
- Harassment
- Violating a protective order

### None in past 3 years

- Driving on a suspended, revoked, or invalid license
- Driving while uninsured
- No more than 3 non-fatal crashes and minor moving violations (e.g., speeding, improper lane change, failure to yield, traffic light violations)

Pending criminal charges may also be disqualifying. The offenses listed are non-exhaustive and may vary depending on state and local regulations and local offense names and definitions.

Our background checks providers are nationally accredited by the Professional Background Screening Association (PBSA) and regulated under federal and state law, each aim to ensure completeness and accuracy in background checks. Our vendors search a range of federal, national, state, and local sources, including federal court records, the National Sex Offender Public Website, international sanctions lists, and databases used to identify suspected terrorists. And because the majority of  criminal records are maintained at the county level our providers also use a national criminal database search and a Social Security Number (SSN) trace to identify counties where an individual has lived or potentially had contact with law enforcement, so they can conduct searches in those counties. These searches are often manual in nature, and involve sending someone to one of the roughly 3,200 county courthouses around the country to validate the criminal records are accurate and reportable.

Where not specified in state law, Uber has generally used a 7-year SSN trace in the US. That means in addition to counties that were identified in the national criminal database search, our vendors also search for records in each and every courthouse in the counties where a prospective driver has lived over the last 7 years. These searches were unlimited by time - meaning our vendors would search as far back in the county criminal records as is legally permitted.

Going forward, we will expand our searches to a 99-year, or lifetime, SSN trace for all new drivers and couriers, as well as existing drivers at their annual rescreening. That means we will search county-level records for any address in someone's residence history. We believe we are the only rideshare or delivery platform to take this additional step.

Screening requirements can vary based on state and local laws. For more detailed information about requirements in your area and answers to common questions, please see our **driver screenings** homepage

> **At a time when safety and accountability must be nonnegotiable in every transportation service, I commend Uber for its rigorous background checks and proactive safety measures.**
>
> **Dr. Indira Henard,** President and CEO, DC Rape Crisis Center and Uber Safety Advisory Board member

> **By working with civil rights advocates, safety experts, and coalition partners who serve our communities, Uber has built a screening policy that protects passengers without abandoning the principle of rehabilitation.**
>
> **Ebonie Riley,** Senior Vice President, National Action Network (NAN)

**Exceptions for high tenure drivers**

During our consultations with civil rights and safety organizations, many advocates emphasized that years of safe participation on the Uber platform should be weighed alongside past offenses when evaluating existing drivers. Others noted that removing access to a stable source of income could actually increase the risk of recidivism.

We took this feedback seriously, as we understand the real-word impact of these kinds of decisions. For longstanding drivers with no serious interpersonal safety-related complaints of any kind, we are making a narrow exception. These drivers may continue earning with Uber if their felony conviction is more than 15 years old and was not sexual in nature.

We believe this is the right thing to do for drivers who have rebuilt their lives and demonstrated good behavior on and off the Uber platform. These changes are still rolling out,

but as of today, this amounts to around 2,000 drivers nationwide. We're grateful for the safe service they've provided to Uber customers.

Our goal is to build the safest platform. We can only achieve that by listening, learning, and adapting to an ever-changing environment. We believe this is a hallmark of a healthy safety culture.

***

Throughout this process, we worked with various organizations. Some of them shared the following remarks about the changes outlined above:

*"The National Action Network has always maintained that public safety and economic justice do not have to compete. By working with civil rights advocates, safety experts, and coalition partners who serve our communities, Uber has built a screening policy that protects passengers without abandoning the principle of rehabilitation. Safeguarding the right to work for long-tenured drivers who have safely served the platform for decades is a critical step that gives people a fair chance to earn. True progress doesn't require total agreement; it requires a solid foundation to build on, with corporations and advocates doing the hard work together to expand economic access, safety, and opportunity."* **— Ebonie Riley, Senior Vice President, National Action Network (NAN)**

*"Alliance for HOPE International has been honored to participate in Uber's thoughtful and thorough safety review process. We are very encouraged to see Uber treat men who strangle women as high-risk offenders who should not be allowed to drive for Uber. Men who strangle women are the most dangerous men on the planet and Uber is setting a national standard on this issue for businesses of all kinds across the country."* **— Casey Gwinn, Founder, Alliance for HOPE International**

*"The National Network to End Domestic Violence (NNEDV) is grateful that Uber has continued to deepen partnerships and gather advice from civil rights and victim safety advocates. The new changes to enhance their background check process with a nuanced and thorough approach set an industry standard that goes beyond state legal requirements. Taking the advice from victim advocates and national experts, including NNEDV, stalking and strangulation crimes will be considered with the seriousness they deserve. We hope these changes will inspire other transportation platforms and services to move in a similar direction, which could improve safety more broadly for survivors and for all users."* **— Erica Olsen, AVP of Programs and Partnerships, NNEDV and Uber Safety Advisory Board member**

*"At a time when safety and accountability must be nonnegotiable in every transportation service, I commend Uber for its steadfast commitment to rigorous background checks and proactive safety measures. Survivors and consumers deserve companies that do more than promise protection, they must take concrete, meaningful action to reduce risk and create*

*safer environments for riders and drivers alike, and Uberhas done just that. Uber has been a steadfast leader in safety, transparency, sustained investments in screening, and continuous improvement. Protecting communities is a shared responsibility, and Uber's efforts are an important part of that essential work.* — **Dr. Indira Henard, President and CEO, DC Rape Crisis Center and Uber Safety Advisory Board member**

*"As the former Deputy Director of the FBI, I applaud this well informed and researched decision by Uber to continue its commitment to the best possible safety and security for all involved."* — **John Pistole, Former Deputy Director of the FBI and Uber Safety Advisory Board member**

*Note: The content of this article is specific to Uber in the United States and is not applicable in other countries where Uber operates.*

### Category

Safety Drivers and Couriers

## Related Articles 6 articles