# EXHIBIT 18

## EXHIBIT FILED UNDER SEAL