# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL