# EXHIBIT 21

## PERSONAL INFORMATION REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | NO. 3:23-MD-03084 |
| | * | -CRB |
| UBER TECHNOLOGIES, INC., | * | |
| PASSENGER SEXUAL ASSAULT | * | |
| LITIGATION | * | |
| JANE DOE QLF 001 | * | |
| | * | |
| VS. | * | NO. |
| | * | 26-CV-01694-CRB |
| UBER TECHNOLOGIES, INC., | * | |
| ET AL | * | |

-----------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
MINETTE DRUMWRIGHT, PhD
SEPTEMBER 14, 2026

-----------------------------

ANSWERS AND DEPOSITION OF MINETTE DRUMWRIGHT, PhD, a witness produced at the instance of the Defendants, taken in the above styled and numbered cause, on the 14th day of September, 2026 from 9:08 a.m. to 12:39 p.m. CST, before Gail Spurgeon, Certified Court Reporter in and for the State of Texas, reported by machine shorthand remotely, with the witness being located in Austin, Texas, pursuant to the Federal Rules of Civil Procedure.

Job No. CS8438730

was exposed to word of mouth. She said that she initially downloaded the Uber app because of word of mouth. She said that Uber was a part of the culture that she was a part of, which indicates that she had implicit memory and mere exposure effect, which I talk about in this report. And she -- you know, she uses Uber as a verb, which is the -- the great accomplishment, the highest brand achievement, where people say Uber over to see me. She does that. So there is evidence that she has been affected by Uber's ad messages. But we need to get that, you know, further testimony where she's asked about themes and not just specific ads. People don't remember ads -- specific ads seven days ago, much less six years ago.

Q (BY MR. SWEARINGEN) Well, and maybe I'll get a chance to talk to you again, Dr. Drumwright, after her supplemental deposition and after you've had a chance to review it. But sitting here right now, can you identify for me any specific Uber advertisement or Uber marketing theme that [redacted] saw before her assault?

A. She wasn't asked about themes so we

don't know. That's an open question and I reserve the right to augment my opinions when we get more deposition information from her. So she wasn't asked about ad themes. And we wouldn't expect people to remember a specific ad from even just a few days ago, much less years ago, so that to me is unconvincing.

Q. You had the opportunity to talk to [redacted] if you wanted to, right?

MS. DOLEJSI: Object to form.

A. My understanding is the way this process works is that the attorneys conduct depositions and that I am to wait until a deposition. And as I mentioned, there are many advantages to me personally, including the fact that in depositions, people have to answer questions and they have to answer them honestly, under oath. So, you know, I'm -- I'm looking forward to her augmented deposition.

Q (BY MR. SWEARINGEN) Can you describe the content of any Uber advertisement that [redacted] would have seen before her assault?

A. Well, I do think that based on what we know was going on in Central Texas -- excuse

me, not Central Texas -- North Texas. I'm Central Texas. She's in North Texas, or was in North Texas. So, you know, I -- that's one of the reasons why I had those -- requested the ads that had been run in North Texas so that I could see what she would have been exposed to in that media market.

Q. But you have no idea sitting here today whether she actually saw a single one of those Uber advertisements, do you, Dr. Drumwright?

MS. DOLEJSI: Object to form.

A. I think that misstates what I have just said. What I've said is: She was asked if she remembered a specific ad from -- which would have been from six to ten years ago. She said no. That's very typical. People don't remember ads from seven days ago, much less years ago. She was not asked about themes, does she remember ad themes. She did say things and I've mentioned them earlier. They said things like, Uber is a part of the culture that I'm in. And she said -- which suggests implicit memory, mere exposure effect. She said she downloaded the ad