# EXHIBIT 22

## EXHIBIT FILED UNDER SEAL