# EXHIBIT 23

## EXHIBIT FILED UNDER SEAL