# EXHIBIT 24

## EXHIBIT FILED UNDER SEAL