# EXHIBIT 25

## EXHIBIT FILED UNDER SEAL