# EXHIBIT 26

## EXHIBIT FILED UNDER SEAL