# EXHIBIT 27

## EXHIBIT FILED UNDER SEAL