# EXHIBIT 28

## EXHIBIT FILED UNDER SEAL