[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc.*, *et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

No. 3:23-md-03084-CRB

**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF QLF 001'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

I, Ellyn Hurd, declare as follows:

1. I am a partner in the law firm of Simmons Hanly Conroy, LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff QLF 001's Omnibus Opposition to Defendants' Motions to Exclude Expert Testimony.

3. All exhibits attached hereto are provisionally filed under seal pursuant to ECF 7312 (N.D. Cal), and ECF 119 (W.D. Tex.).

4. Attached hereto as **Exhibit A** is a true and correct copy of the deposition of H.M. dated August 20, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition of Cory Freivogel dated August 28, 2026.

6. Attached hereto as **Exhibit C** is a true and correct copy of the deposition of John Romero dated September 13, 2026.

7. Attached hereto as **Exhibit D** is a true and correct copy of the expert report of Leslie Lebowitz dated September 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2026, in West Dennis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd