# Exhibits A-D

Provisionally Filed Under Seal Pursuant to
ECF 7312 (N.D. Cal.) and ECF 119 (W.D. Tex.)