[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc., et al.,*
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

No. 3:23-md-03084-CRB

**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

I certify that on September 22, 2026 a true and correct copy of the UNSEALED/ UNREDACTED version of the following documents:

- UNREDACTED Plaintiff QLF 001's Omnibus Opposition to Defendants' Motions to Exclude Expert Testimony
- Exhibit A
- Exhibit B
- Exhibit C
- Exhibit D

were served pursuant to Cal. Civil L.R. 5(a) and Tex. Rule CV-5.2. (e) to each person named below:

**Kirkland & Ellis LLP**
Alli Brown
alli.brown@kirkland.com
Kimberly Gustafson Bueno
kim.bueno@kirkland.com
Alexandra Caritis
alexandra.caritis@kirkland.com
Chris Cox
christopher.cox@kirkland.com
Jessica Davidson
jessica.davidson@kirkland.com
Kristen Fournier
kristen.fournier@kirkland.com
Rupal Joshi
rupal.joshi@kirkland.com
Beth Larsen
beth.larsen@kirkland.com
Jennifer Levy
jlevy@kirkland.com
Libby Marden
libby.marden@kirkland.com
Michael Vives
michael.vives@kirkland.com
Laura Vartain Horn
laura.vartain@kirkland.com
Geoffrey Wyatt
geoffrey.wyatt@kirkland.com

**O'Melveny and Meyers LLP**
Sabrina Strong
sstrong@omm.com
Jonathan Schneller
jschneller@omm.com
Joshua Revesz
jrevesz@omm.com

**Shook, Hardy & Bacon LLP**
Michael B. Shortnacy
mshortnacy@shb.com
Patrick L. Oot, Jr.
oot@shb.com
Christopher V. Cotton
ccotton@shb.com
Alycia A. Degen
adegen@shb.com
Veronica Gromada
vgromada@shb.com

Service Email
UBERMDLSERVICE@LISTSERV.SHB.COM

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2026.

By: */s /Ellyn H. Hurd*
Ellyn H. Hurd