**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc.*, *et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

No. 3:23-md-03084-CRB

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 0001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Motions to Exclude Expert Testimony, Plaintiff's Opposition, the record, and the applicable law, the Court hereby **DENIES** Defendants' Motions to Exclude Expert Testimony.

- The testimony of Plaintiff's expert Thomas Tremblay is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert John Romero is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert Dr. Robert Sniderman is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert Lacey Keller is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert David Feltoon is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert Leigh Levy is admissible for the *QLF 001* trial.
- The testimony of Plaintiff's expert Robert Johnson is admissible for the *QLF 001* trial.

**IT IS SO ORDERED.**

DATED: ____________________

________________________________________
Hon. Charles R. Breyer
United States District Judge