# Exhibits 1-24
# Filed Under Seal