**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF STEVEN D. COHN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

I, Steven D. Cohn, hereby declare as follows:

1. I am a partner of Chaffin Luhana LLP, an attorney licensed in the State of New York and duly admitted *Pro Hac Vice* to practice before this Court, representing Plaintiffs in the above captioned action.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motions in Limine.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the 30(b)(6) deposition of Hannah Nilles dated June 30, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the 30(b)(6) deposition of Elisha McCann dated September 10, 2026.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the 30(b)(6) deposition of Greg Brown dated August 25, 2026.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Joseph Okpaku dated September 10, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Kristen Zgoba dated September 11, 2026.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of H.M. dated August 20, 2026.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Plaintiff QLF 001 dated July 22, 2026.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Vol. 5 of the trial transcript in the matter *The State of Texas v. Victor Huynh Le*, No. 07-22-00287-CR (372d Jud. Dist. Ct. Tarrant County, Tex. 2022).

11. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiff's Disclosure of Non-Retained Expert Witness: Sergeant Phillip Jeremy (PJ) Reinhardt, dated September 3, 2026.

12. Attached hereto as Exhibit 10 is a true and correct copy of the document produced as Bates No. UBER-MDL3084-DFS00064932.

13. Attached hereto as Exhibit 11 is a true and correct copy of the document produced as Bates No. UBER-MDL3084-DFS00064934.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the deposition of Betsy Bartko dated September 11, 2026.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Greg Brown dated August 26, 2026.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Cory Freivogel dated August 28, 2026.

17. Attached hereto as Exhibit 15 is a true and correct copy of the document marked as Exhibit 2182 in the deposition of Greg Brown on August 25, 2026.

18. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the 30(b)(6) deposition of Brad Hubbard dated August 13, 2026.

19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of Vol. 6 of the trial transcript in the matter *The State of Texas v. Victor Huynh Le*, No. 07-22-00287-CR (372d Jud. Dist. Ct. Tarrant County, Tex. 2022).

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition of M.S. dated September 17, 2026.

21. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Cory Freivogel dated August 7, 2026.

22. Attached hereto as Exhibit 20 is a true and correct copy of the document marked as Exhibit 2208 in the deposition of Greg Brown on August 26, 2026.

23. Attached hereto as Exhibit 21 is a true and correct copy of the document marked as Exhibit 2248 in the deposition of Cory Freivogel on August 28, 2026.

24. Attached hereto as Exhibit 22 is a true and correct copy of the document marked as Exhibit 2226 in the deposition of Greg Brown on August 28, 2026.

25. Attached hereto as Exhibit 23 is a true and correct copy of dean trial trans.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Expert Report and supplements of Minette Drumwright dated September 3, 2026.

Executed this 22nd day of September, 2026 in Hoboken, NJ.

*/s/ Steven D. Cohn*

Steven D. Cohn