# EXHIBIT 19

## FILED UNDER SEAL