# EXHIBIT 20

## FILED UNDER SEAL