# EXHIBIT 23

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

___________________

| | | |
|---|---|---|
| Jaylynn Dean, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-04276-CRB |
| v. | ) | |
| | ) | Phoenix, Arizona |
| UBER TECHNOLOGIES, INC., a, | ) | January 28, 2026 |
| Delaware Corporation; RASIER, | ) | 1:03 p.m. |
| LLC, a Delaware Limited | ) | |
| Liability Company; and DOES | ) | |
| 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**BEFORE: THE HONORABLE CHARLES R. BREYER, SENIOR JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 12 PM SESSION**
**(Pages 2442-2626)**

Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

our safety report; and as such, we asked her to write a foreword for the safety report. So we've included some sections of what -- what you'll see. I think it's the, like, the second or third page of the -- of the safety report.

Q. And she calls this report unprecedented, as highlighted here, and a bold step that sets a new bar for transparency -- or corporate responsibility and transparency.

I think you testified a little bit about that, but do you agree with that statement by Ms. Baker?

A. Yes. I mean, she's -- she's saying the same thing, much more eloquently; but, yeah, this report was really the first of its kind. It's not something that had happened before.

I -- I do agree that it was a bold step. It was something that was absolutely bold for Uber to do as a company, and I think there the point that I already touched on was we did so voluntarily. This was not something where Uber was required to put out this type of information. We chose to disclose it pro-actively.

MS. WALSH: And, Your Honor, we would ask for the limiting instruction given the fact this is -- I'm sure this is not being offered for the truth of the matter asserted.

MS. BLAKE: This is from the safety report, Your Honor, that's in evidence.

THE COURT: Well, but it's being offered. It's in evidence demonstrating the state of mind -- demonstrating

certain actions that were taken by Uber, certain actions that were taken by -- I mean, it's not being offered for the truth of the matter that -- that what she says in the introduction being shown to the jury is accurate.

MS. BLAKE: Understood, Your Honor. This is her statement and as it was included an impression within the safety report.

THE COURT: All right, thank you.

BY MS. BLAKE:

Q. And do you know whether or not Ms. Baker is still the CEO of the National Sexual Violence Resource Center?

A. Yes, I believe she's still there.

Q. And was the National Sexual Violence Resource Center, were they compensated for work on the taxonomy in the safety report?

A. Yes, we -- we paid NSVRC and Urban Institute to create the sexual assault and sexual assault taxonomy, and then we also paid Karen Baker and NSVRC a fund to basically consult with Uber as we developed the safety report.

Q. And why is that something that Uber was wanting to pay or compensate advocacy groups and their work with respect to the taxonomy development and the safety report?

A. I think it's really, really important. As I said earlier, these groups are all non-profits, right. They -- they don't have massive budgets.

Q. And do you have an understanding as to why Uber chose to partner with RAINN on those two initiatives that you just referenced?
A. Well, RAINN is -- I mean, they even have it in their logo, but they are really the leading organization when it comes to ending -- ending sexual assault. They are the only national hotline provider. So we felt they were a fantastic partner, specifically on the hotline, and then we found them -- you know, they have deep subject matter expertise and we thought that the content they developed for our -- the drivers that use the app is really good.
So we really value the insights and expertise that they -- that they bring but they are only one of many partners, right. We try to work with as many organizations as we possibly can.
Q. And in your time at Uber over the last ten years and focusing on and working with so many of these victim advocacy groups and non-profit organizations, have you seen whether or not Uber values those relationships with the non-profit organizations?
A. Yes. I mean, the short answer is we do; and I think if we didn't, they wouldn't keep working with us. These are organizations with high integrity. They want to work with companies who they think they're doing the right thing, showing up, tackling the hard issues day in day out. So these

are incredibly valuable relationships for Uber. I don't think we would be where we are today without them.

I don't think the safety report would exist without them. I think so many of our safety features and some of our safety processes that we've now built, we just wouldn't have had the ideas. They really came -- came from the advocates directly.

Q. I want to switch gears a little bit and talk about a specific campaign that Uber did in 2019. It's here on the screen called the Don't Stand By campaign.

Can you tell the jury a little about this particular campaign?

A. Happy to. So this is a campaign that we partnered on with NO MORE, which is that international organization working to end violence against women.

We were really excited about this idea because it was bringing advocacy organizations together with Uber and with nightlife venues. So like bars, clubs, music venues and really raising awareness about what a fun and safe night out looks like; and the real prompts was both for people that work in the nightlife and entertainment industry like don't stand by. Look out for signs of sexual assault or domestic violence or if someone's not safe and speak up, intervene, and make sure that you're checking on people around you.

It was also something that we partnered with NO MORE to provide specific safety guidance to riders to say, like, "Hey,

***REPORTER'S CERTIFICATION***

I, TERI VERES, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 29th of January, 2026.

s/Teri Veres
TERI VERES, RMR, CRR