# EXHIBIT 25

| | |
|---|---|
| **From:** | Clarke, Nadira |
| **To:** | Marlene Goldenberg |
| **Cc:** | Walsh, Alexandra; Sam Hoefs; Dolejsi, Holly; Mandel, Rebecca C.; Smith, Bolton; Levy, Jennifer |
| **Subject:** | Update |
| **Date:** | Sunday, September 20, 2026 7:45:43 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Marlene,

We sent you an email on Sept. 17 regarding agreement to your proposed search terms. We have not heard back from you, but we have proceeded as promised and expect to make a production later this week. Separately, you have not inquired about deposition dates in quite a long time. However, given the upcoming trial date (which we understand is in approximately two weeks) we wanted to let you know that Dr. Indira Henard and NNEDV are holding October 1 and October 2 open in the event you still intend to proceed with their depositions. We will follow-up shortly regarding NAESV, as the designee for that organization has been on furlough. Thank you.

Thank you,

Nadira

**Nadira Clarke**
*Partner*

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: +1 202 637 5600
Fax: +1 202 637 5910

Direct: +1 202 637 6951
Mobile: +1 202 702 1401

nadira.clarke@hlc.com

**hlc.com** **LinkedIn**

**About Hogan Lovells Cadwalader**
Hogan Lovells Cadwalader is an international legal practice that includes Hogan Lovells Cadwalader US LLP and Hogan Lovells Cadwalader International LLP. For more information, see www.hlc.com.

**CONFIDENTIALITY.**
This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**PRIVACY.**
Hogan Lovells Cadwalader processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hlc.com/en/privacy.