**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| | **[PROPOSED] ORDER DENYING PLAINTIFF QLF 001's OMNIBUS MOTIONS IN LIMINE** |
| This Document Relates to: | Judge: Hon. Charles R. Breyer |
| *JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001, | CASE NO. 26-CV-01694-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 5 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Defendants") Opposition to Plaintiff's Omnibus Motions in Limine, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:________________________

______________________________
Hon. Charles R. Breyer
United States District Judge