**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*All Actions*

Case No.: 3:23-MD-03084-CRB

**DECLARATION OF ROOPAL P. LUHANA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

I, Roopal P. Luhana, declare:

1. I am a partner in the law firm of Chaffin Luhana, LLP, and counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of New York and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal regarding the parties' Joint Status Report for the September 24, 2026 Discovery Status Conference and related exhibits. As set forth in the accompanying motion, the information at issue is highly personal and sensitive, which meets the "good cause" and "compelling reasons" standards for sealing. *See In re Uber Technologies, Inc., Passenger Sexual Assault Litigation,* 2024 WL

4211179, at *1 (N.D. Cal. Sep. 3, 2024) (noting that "[d]ocuments filed with discovery motions that are no more than tangentially related to the merits of a case may be maintained under seal on a showing of good cause, as distinct from the more stringent standard of compelling reasons to seal documents filed in contexts more closely tied to the merits") (internal quotation marks and citations omitted).

3. Here, the information meets the heightened requirements for protection because it includes personal identifying information of Plaintiff, Plaintiff's friends, and treatment providers.

4. Accordingly, Plaintiff moves to seal the below:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Joint Status Report | Portions referencing Plaintiff's highly sensitive personal information | Plaintiff |
| Exhibit A | Document containing highly sensitive personal information relating to Plaintiff QLF 001 | Plaintiff |
| Exhibit B | Document containing highly sensitive personal information relating to Plaintiff QLF 001 | Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, in Brooklyn, New York.

*/s/ Roopal P. Luhana*
Roopal P. Luhana