UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*All Actions*

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL RE: JOINT STATUS REPORT FOR SEPTEMBER 24, 2026 DISCOVERY STATUS CONFERENCE**

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**[PROPOSED] ORDER**

Having considered the Administrative Motion to File Under Seal the parties' Joint Status Report for the September 24, 2026 Discovery Status Conference and related exhibits, and all materials submitted in support thereof, and other records on file, and having found that good cause exists for the sealing of the document listed below:

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The Court hereby ORDERS that the following material remain under seal:

| Document | Description | Designating Party |
|---|---|---|
| Joint Status Report | Portions referencing Plaintiff's highly sensitive personal information | Plaintiff |
| Exhibit A | Document containing highly sensitive personal information relating to Plaintiff QLF 001 | Plaintiff |

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B | Document containing highly sensitive personal information relating to Plaintiff QLF 001 | Plaintiff |

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge