# Exhibit B

# Filed Under Seal