*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
N.D. Cal No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEPOSITION DESIGNATIONS**

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

The Parties respectfully submit this joint stipulation to set a schedule regarding the parties' deposition designations for the QLF 001 trial.

Respectfully submitted,

DATED: September 22, 2026

By: /s/ ROOPAL P. LUHANA
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ LAURA VARTAIN HORN
LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber" or "Defendants"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully submit this joint stipulation regarding the scheduling of deposition designations for the upcoming trial involving Plaintiff Jane Doe QLF 001.

WHEREAS, the parties have met and conferred regarding the scheduling of deposition designations;

WHEREAS, Uber has indicated that it will call 13 witnesses which may be played by deposition video and may call 2 other witnesses which may be played by deposition video (ECF 7359);

WHEREAS, Plaintiff has indicated that she will call 3 witnesses which will be played by deposition video and may call 43 witnesses which may be played by deposition video (ECF 7361);

WHEREAS, Judge Breyer's Guidelines for Civil Jury Trials requires "more lead time" for the submission of affirmative designations where the parties may offer "voluminous designations[.]"

WHEREAS, the depositions of certain witnesses were taken on or after September 5, 2026.

THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. For the following witnesses which at least one party has indicated they "will call" at trial, the parties agree to submit affirmative designations to the opposing party no later than September 23, 2026. The opposing party shall submit counter designations and objections to affirmative designations no later than September 28, 2026. Any objections to the opposing party's counter designations shall be submitted no later than September 30, 2026.

| **Witness** | **Offering Party** |
|---|---|
| A.H. | Both |
| A.D. | Uber |
| Brad Hubbard | Both |
| C.G., M.D. | Uber |
| Cory Freivogel | Both |
| E.N. | Uber |
| Gregory Brown | Both |

| | |
|---|---|
| H. (M.) D. | Uber |
| Karen Baker | Both |
| M.S. | Both |
| P.D. | Uber |
| R.V. | Both |
| S.S. | Uber |

2. To the extent Plaintiff intends to offer testimony by deposition video of the witnesses identified in this Paragraph, which Plaintiff has indicated she "may call" at trial, Plaintiff will use best efforts to submit affirmative designations for those witnesses between September 24 and September 26, 2026. Plaintiff may determine the priority by which these designations are submitted, provided that Plaintiff distributes those submissions evenly by number of witnesses across each day between September 24 and September 26, 2026. For affirmative designations submitted in accordance with this Paragraph, Uber shall submit any counter designations and objections within five (5) calendar days of the receipt of Plaintiff's submission of that witness's affirmative designations (*i.e.*, September 29 to October 1, 2026), and Plaintiff shall submit any objections to Uber's counter designations within two (2) calendar days of the receipt of Uber's submission of counter designations (*i.e.* October 1 to October 3, 2026).

| Witness | Offering Party |
|---|---|
| Dara Khosrowshahi | Plaintiff |
| Hannah Nilles | Plaintiff |
| H.R. | Plaintiff |
| Max Bazerman | Plaintiff |
| Phillip Cardenas | Plaintiff |
| Rebecca Payne | Plaintiff |
| Andrew Hasbun | Plaintiff |
| Danielle Sheridan | Plaintiff |
| Elizabeth Ross | Plaintiff |
| Henry "Gus" Fuldner | Plaintiff |
| Jill Hazelbaker | Plaintiff |

| | |
|---|---|
| Sunny Wong | Plaintiff |
| Travis Kalanick | Plaintiff |
| Andy Pimentel | Plaintiff |
| Brooke Anderson | Plaintiff |
| Chad Dobbs | Plaintiff |
| Jodi Page | Plaintiff |
| Mariana Esteves | Plaintiff |
| Roger Kaiser | Plaintiff |
| Tracey Breeden | Plaintiff |

3. If, despite best efforts, Plaintiff fails to submit affirmative designations for a particular witness identified in Paragraph 2 of this stipulation by the deadlines set forth in Paragraph 2, affirmative designations for that witness must be submitted no later than seven (7) calendar days before the date on which the testimony is to play in open court. For affirmative designations submitted in accordance with this Paragraph, Uber shall provide any counter designations and objections to affirmative designations no later than three (3) calendar days before the date on which the testimony is to be played in open court, and Plaintiff shall assemble and provide the final packet, including any objections to Uber's counter designations, to Uber and the Court no later than two (2) calendar days before the date on which the testimony is to be played. A failure to submit affirmative designations for the witnesses identified in Paragraph 2 at least seven (7) calendar days in advance of the date on which the testimony is to play in open court shall not, standing alone, constitute a waiver of the right to play those designations; the offering party may seek to play such designations upon a showing of good cause as set forth in Paragraph 5.

4. To the extent either party intends to offer testimony by deposition video of the witnesses identified in this Paragraph, the parties agree to use best efforts to submit affirmative designations to the opposing party at least seven (7) calendar days before the date on which the testimony is to be played in open court. Notwithstanding these best efforts, the parties agree that they shall submit affirmative designations for any witness identified in this Paragraph no later than five (5) calendar days before the date on which the testimony is to be played in open court. For affirmative

designations submitted in accordance with this Paragraph, the opposing party shall provide any counter designations and objections to affirmative designations no later than three (3) calendar days before the date on which the testimony is to be played in open court, and the offering party shall assemble and provide the final packet, including any objections to the opposing party's counter designations, to the opposing party and the Court no later than two (2) calendar days before the testimony is to be played.

| Witness | Offering Party |
| --- | --- |
| A.G.B. | Plaintiff |
| Anthony Garcia | Plaintiff |
| A.H. | Plaintiff |
| Elizabeth Theophile | Plaintiff |
| Elisha McCann | Both |
| Eric Bentley | Both |
| Erica Olsen | Plaintiff |
| Ernie Cubedo Jr. | Plaintiff |
| Indira Henard | Plaintiff |
| Jim Owens | Plaintiff |
| Madeline Jones | Plaintiff |
| M.S. | Plaintiff |
| Phillip Reinhardt | Uber |
| Sachin Kansal | Plaintiff |
| Safraz Marieda | Plaintiff |
| Terri Poore | Plaintiff |
| Victor Hyunh Le | Both |

5. Notwithstanding any provision in this stipulation, the parties agree that deposition designations for any witness will not be played in open court unless: (i) affirmative designations are submitted at least five (5) days in advance of the date on which the testimony is to be played in open court; or (ii) the court finds that there is good cause for the testimony to be played despite being

submitted less than five (5) days in advance of the date on which the testimony is to be played in open court. In any event, no designations will play until the Court has addressed any outstanding objections to those designations.

6. This Stipulation specifically addresses Judge Breyer's Guidelines for Civil Jury Trials (the "Standing Order") Section III. G.2. Deposition designation. Nothing in this Stipulation is intended to modify the Standing Order's other sections including Section III.G.1 of Judge Breyer's Guidelines for use of deposition testimony. To the extent this Stipulation is silent, the corresponding provision of the Guidelines shall control.

**IT IS SO STIPULATED.**

DATED: September 22, 2026

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)

**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*

UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 22, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: September __, 2026

_______________________________
Honorable Charles R. Breyer
United States District Judge