*[Submitting counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO AMENDED PRETRIAL ORDER 10** |
| This Document Relates to:<br><br>*WHB 1832 v. Uber Technologies, Inc., et al., No. 3:24-cv-05305*<br><br>*WHB 2065 v. Uber Technologies, Inc., et al., No. 3:25-cv-01103*<br><br>*WHB 2435 v. Uber Technologies, Inc., et al., No. 3:26-cv-05992*<br><br>*WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**STIPULATION OF DISMISSAL**

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, on August 24, 2026, the Parties entered a Stipulation of Dismissal Pursuant to Amended Pretrial Order 10 for the following Plaintiffs: *WHB 1832 v. Uber Technologies, Inc., et al., No. 3:24-cv-05305*, *WHB 2065 v. Uber Technologies, Inc., et al., No. 3:25-cv-01103*, *WHB 2435 v. Uber Technologies, Inc., et al., No. 3:26-cv-05992*, and *WHB 2082 v. Uber Technologies, Inc., et al., No. 3:25-cv-01177*.

Pursuant to Amended PTO 10, the dismissal shall convert to dismissal with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date.

As of September 23, 2026 (30 days since the Stipulation was filed), none of the Plaintiffs subject to the Parties' August 24, 2026 Stipulation have moved to vacate the dismissal without prejudice or provided notice of intent to comply with the Court's Order.

Dated: September 23, 2026

/s/ *Brian Abramson*
Brian Abramson
John Eddie Williams, Jr.
Margret Lecocke
Walt Cubberly (SBN 325163)
**WILLIAMS HART & BOUNDAS**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Email: babramson@whlaw.com

*Attorneys for Plaintiffs*

/s/ *Christopher V. Cotton*
Christopher V. Cotton
**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
Email: ccotton@shb.com

*Attorneys for Defendants*