[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>N.D. Cal No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-md-03084-CRB<br><br>**JOINT PROPOSED PRETRIAL ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Date: September 25, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

# JOINT PROPOSED PRETRIAL ORDER

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively "Uber"), and Plaintiff Jane Doe QLF 1 respectfully submit this Joint Proposed Pretrial Order.

## I. SUBSTANCE OF THE ACTION

Plaintiff's Description

This is a personal injury action. Plaintiff alleges that she was sexually assaulted and orally raped by an Uber driver named Victor Huynh Le on June 9, 2020. Plaintiff asserts a single claim against Uber for negligence.

Uber's Description

This is a personal injury action. Plaintiff alleges that she was sexually assaulted and forced to perform oral sex by Victor Huynh Le while he was driving during a ride arranged on the Uber platform on June 9, 2020. Uber denies liability.

## II. RELIEF PRAYED

Plaintiff seeks compensatory damages for her past and future economic damages and pain and suffering and punitive damages to punish Uber for its conduct. Uber denies liability, opposes Plaintiff's requested relief—including because Uber contends that punitive damages are expressly prohibited under Texas law—and seeks entry of a take-nothing judgment.

## III. STIPULATED FACTS

There are three Uber Defendants: Uber Technologies, Inc.; Rasier, LLC; and Rasier-CA, LLC. The jury instructions and verdict form refer to these entities collectively as "Uber." You may see evidence that discusses one or more of these Uber Defendants individually. In evaluating the evidence against the Uber Defendants, you should treat these three Defendants as if they are a single Defendant. Your verdict must be the same as to all of the Uber Defendants.

## IV. DISPUTED FACTUAL ISSUES

Agreed List of Issues in Dispute:

1. Whether Uber was negligent.
2. Whether Uber's negligence proximately caused Plaintiff's injuries.

3. The existence and amount of compensatory damages.
4. Whether Uber's conduct constituted gross negligence.
5. The existence and amount of punitive damages.

Uber's Additional Issue:

1. Whether and to what extent the incident caused Plaintiff's asserted pain and suffering damages.

## V. DISPUTED LEGAL ISSUES

The parties respectfully refer to the Court to the following motions:

- Uber's Motion for Summary Judgment: ECF 7329 (public motion); ECF 7328 (sealed motion); ECF 7467 (public opposition); ECF 7468 (sealed opposition).

Those papers set out the parties' positions on the following disputed legal issues:

- Whether the jury may award punitive damages against Uber given the fact that the driver's conduct was criminal.
- Whether sufficient evidence supports Plaintiff's negligence claim.[1]

The parties' list of disputed legal issues does not include legal arguments raised and resolved at the motion to dismiss stages, and the parties reserve all rights as to those issues, including for any subsequent appeal.[2]

## VI. TRIAL ALTERNATIVES AND OPTIONS DISCUSSED

### A. Settlement Discussions

The parties are in touch with the Settlement Special Master who will be prepared to give updates to the Court.

---

[1] The summary judgment motion also challenges the sufficiency of the evidence as to Plaintiff's product liability claims. As explained in Plaintiff's opposition brief, she will not pursue a strict products liability claim at trial, but may pursue the same theories (women preferred and audio/video recording) through negligence. Uber maintains that there is insufficient evidence of causation regardless of whether the theories are pursued through negligence or strict liability.

[2] To the extent the Court considers the disputes in the parties' September, 11, 2026 Motions in Limine "disputed factual issues" or "disputed legal issues," Guidelines § E(4)-(5), the parties incorporate those disputes into this order by reference. Additionally, the Parties have not yet filed trial briefs. To the extent the Court considers trial briefs to constitute "disputed factual issues" or "disputed legal issues," the parties similarly incorporate those disputes into this order by reference.

**B. Consent to Trial before a Magistrate Judge**

The Court referred discovery in this MDL to Judge Cisneros, ECF 66, and appointed the Honorable Barbara A. Jones (ret.) as Special Master to oversee privilege issues, ECF 2289. The parties do not consent to trial before a Magistrate Judge.

**C. Bifurcation, Separate Trial of Issues**

There is no request for a bifurcated trial in the *Jane Doe QLF 1* case.

Dated: September 24, 2026

By: /s/ Sarah R. London

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

DATED: September 24, 2026

By: /s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Christopher D. Cox (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue

New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
christopher.cox@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: September 24, 2026

*/s/ Andrew R. Kaufman*
Andrew R. Kaufman