[SUBMITTING COUNSEL BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
N.D. Cal No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-md-03084-CRB

**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL [JOINT PTO-8 LETTER REGARDING UBER'S REQUEST FOR FORENSIC EXAMINATION OF PLAINTIFF'S DEVICES]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-cv-01694-CRB

Judge: Hon. Charles R. Breyer
Courtroom: 5 – 6th Floor

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Joint PTO-8 Letter Regarding Uber's Request for Forensic Examination of Plaintiff's Devices.

**Material To Be Filed Under Seal**

The following materials contain information that Plaintiff has designated as confidential, that otherwise includes Plaintiff's confidential information, or that Plaintiff has requested that Uber seal.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to the PTO 8 Letter | June 29, 2026 Email from I. Velez | Plaintiff |
| Ex. 2 to the PTO 8 Letter | Plaintiff QLF 001's Privilege Log | Plaintiff |
| Ex. 3 to the PTO 8 Letter | July 8, 2026 Email from I. Velez | Plaintiff |
| Ex. 5 to the PTO 8 Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff QLF 001 | Plaintiff |
| Ex. 6 to the PTO 8 Letter | Excerpts from the August 6, 2026 Deposition of M.S. | Plaintiff |
| Daniel Roffman Declaration to the PTO 8 Letter | Declaration with Exhibits 1-10 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Michael Vives in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: September 24, 2026

Respectfully submitted,

*/s/* Michael Vives

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Michael Vives*
Michael Vives