**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL [JOINT PTO-8 LETTER REGARDING UBER'S REQUEST FOR FORENSIC EXAMINATION OF PLAINTIFF'S DEVICES]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br>Plaintiff,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Uber is filing the following materials related to Joint PTO-8 Letter Regarding Uber's Request for Forensic Examination of Plaintiff's Devices because those materials contain information that Plaintiff has designated as confidential, that otherwise includes Plaintiff's confidential information, or that Plaintiff has requested that Uber seal

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Ex. 1 to the PTO 8 Letter | June 29, 2026 Email from I. Velez | Plaintiff |
| Ex. 2 to the PTO 8 Letter | Plaintiff QLF 001's Privilege Log | Plaintiff |
| Ex. 3 to the PTO 8 Letter | July 8, 2026 Email from I. Velez | Plaintiff |
| Ex. 5 to the PTO 8 Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff QLF 001 | Plaintiff |
| Ex. 6 to the PTO 8 Letter | Excerpts from the August 6, 2026 Deposition of M.S. | Plaintiff |
| Daniel Roffman Declaration to the PTO 8 Letter | Declaration with Exhibits 1-10 | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 24, 2026 in New York, New York.

*/s/ Michael Vives*
Michael Vives