**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB (LJC)<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 5 – 6th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's (collectively, "Uber") Administrative Motion to Consider Whether Another Party's Materials Should Be Filed Under Seal [in connection with the Joint PTO-8 Letter Regarding Uber's Request for Forensic Examination of Plaintiff's Devices], the Court hereby **ORDERS** that the following materials shall be sealed:

| Document | Text to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Ex. 1 to the PTO 8 Letter | June 29, 2026 Email from I. Velez | Plaintiff |
| Ex. 2 to the PTO 8 Letter | Plaintiff QLF 001's Privilege Log | Plaintiff |
| Ex. 3 to the PTO 8 Letter | July 8, 2026 Email from I. Velez | Plaintiff |
| Ex. 5 to the PTO 8 Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff QLF 001 | Plaintiff |
| Ex. 6 to the PTO 8 Letter | Excerpts from the August 6, 2026 Deposition of M.S. | Plaintiff |
| Daniel Roffman Declaration to the PTO 8 Letter | Declaration with Exhibits 1-10 | Plaintiff |

**IT IS SO ORDERED.**

DATED:________________________ By:________________________________

Hon. Lisa J. Cisneros
United States Magistrate Judge