[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal No. 3:24-cv-08783<br>W.D.T.X. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**DECLARATION OF MICHAEL VIVES REGARDING JOINT LETTER REGARDING UBER'S REQUEST FOR FORENSIC EXAMINATION OF PLAINTIFF'S DEVICES**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in this MDL and a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of an email communication from Isabel Velez to Michael Vives, dated June 29, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Privilege Log.

4. Attached as **Exhibit 3** is a true and correct copy of an email communication from Isabel Velez to Michael Vives, dated July 8, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the June 30, 2026 hearing transcript.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Plaintiff Jane Doe QLF 001, taken on July 22, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition of M.S., taken on August 6, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of the Supplemental and Amended Declaration of Lance E. Sloves, dated August 24, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of the Supplemental Declaration of Layne Hilton, Esq. In Response to August 28, 2026 Email from Cohl Love, dated August 31, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of Declaration of Layne Hilton, Esq. In Support of Plaintiff's Opposition to Uber's Request for Forensic Examination of Jane Doe QLF 001's Devices, dated September 24, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of an email communication from Cohl K. Love to Plaintiff's Counsel, dated September 12, 2026.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 24, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives