# EXHIBIT 2

| Log Number | Unique ID No. | Beginning Bates | End Bates | Beginning Attach. | End Attach. | Attach. Bates | Attach. Count | Attach. Names | Document Type | Document Date | Text Message Information | Subject Line | To | From | CC | Custodian | Withheld/ Redacted/ | Productio n Volume | Privilege Designation | Document Type | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | #2004208.1 | DOE QLF008674 | DOE QLF008677 | N/A | N/A | N/A | N/A | N/A | Text | 4/7/2025 | Text between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Redacted | Volume 9 | Work Product | Communications regarding work product | Text messages containing references to privileged work product |
| 2 | #2006249.1 | DOE QLF008658 | DOE QLF008666 | N/A | N/A | N/A | N/A | N/A | Text | 4/7/2025 | Text between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Redacted | Volume 9 | Work Product | Communications regarding work product | Text messages containing references to privileged work product |
| 3 | #2004223.1 | DOE QLF008667 | DOE QLF008673 | N/A | N/A | N/A | N/A | N/A | Text | 4/5/2025 | Text between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Redacted | Volume 9 | Work Product | Communications regarding work product | Text messages containing references to privileged work product |
| 4 | #2003520.1 | DOE QLF008651 | DOE QLF008657 | N/A | N/A | N/A | N/A | N/A | Text | 4/6/2025 | Text between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Redacted | Volume 9 | Work Product | Communications regarding work product | Text messages containing references to privileged work product |
| 5 | #2042341.1 | DOE QLF008678 | DOE QLF008686 | N/A | N/A | N/A | N/A | N/A | Facebook Direct Message | 1/12/2024 | Facebook Direct Messages Between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Redacted | Volume 10 | Attorney-Client; Work Product | Communications regarding work product, mental impressions of attorney | Facebook messages containing references to privileged work product and mental impressions of attorney |
| 6 | #2042343.1 | DOE QLF008687 | DOE QLF008694 | **Plaintiff Has Agreed to Fully Produce** | | | | | | | | | | | | | | | | | |
| 7 | #2002326.1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Email | 8/18/2020 | | [redacted] [SUBJECT LINE REDACTED FOR PRIVILEGE] | [redacted] | [redacted] | N/A | [redacted] | Withheld | Volume 9 | Attorney-Client | Communications with prospective attorneys | Email messages between Plaintiff and prospective attorney in the course of discussing legal representation. |
| 8 | #2005622.1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Email | 9/3/2022 | | Uber Case | [redacted] | [redacted] | N/A | [redacted] | Withheld | Volume 9 | Attorney-Client | Communications with prospective attorneys | Email messages between Plaintiff and prospective attorney in the course of discussing legal representation. |
| 9 | #2007894.1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Email | 8/18/2020 | | [redacted] [SUBJECT LINE REDACTED FOR PRIVILEGE] | [redacted] | [redacted] | N/A | [redacted] | Withheld | Volume 9 | Attorney-Client | Communications with prospective attorneys | Email messages between Plaintiff and prospective attorney in the course of discussing legal representation. |
| 10 | #2021804.1 | DOE QLF 005284 | N/A | N/A | N/A | N/A | N/A | N/A | Text Message | 4/7/2025 | Text Message Between [redacted] | N/A | N/A | N/A | N/A | [redacted] | Clawback | Volume 9 | Attorney Client | Communication with Attorney | Text messages between Plaintiff and attorney Kevin Queenan |