# EXHIBIT 4

Pages 1 - 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

IN RE: UBER TECHNOLOGIES, )
INC., PASSENGER SEXUAL ASSAULT )
LITIGATION. )
) NO. 3:23-md-03084-CRB
___________________________________)

San Francisco, California
Tuesday, June 30, 2026

TRANSCRIPT OF REMOTE ZOOM VIDEOCONFERENCE PROCEEDINGS

APPEARANCES:

For Plaintiffs:

PEIFFER WOLF CARR KANE CONWAY & WISE
555 Montgomery Street, Suite 820
San Francisco, CA 94111
BY: **RACHEL B. ABRAMS, ATTORNEY AT LAW**

GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
BY: **SARAH R. LONDON, ATTORNEY AT LAW**

ANAPOL WEISS
14 Ridge Square, NW, Suite 328
Washington, DC 20016
BY: **ALEXANDRA M. WALSH, ATTORNEY AT LAW**

QUEENAN LAW FIRM, P.C.
731 Station Drive
Arlington, TX 76015
BY: **KEVIN QUEENAN, ATTORNEY AT LAW**

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

REPORTED REMOTELY BY: Kendra A. Steppler, RPR, CRR
Official United States Reporter

**APPEARANCES: (Continued)**

For Defendants:

KIRKLAND & ELLIS LLP
555 California Street, 30th Floor
San Francisco, CA 94104
BY: **LAURA VARTAIN, ATTORNEY AT LAW**

KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
BY: **MARK J. NOMELLINI, ATTORNEY AT LAW**

KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
BY: **ALLISON M. BROWN, ATTORNEY AT LAW**

SHOOK, HARDY AND BACON, LLP
1800 K Street, NW, 10th Floor
Washington, DC 20006
BY: **PATRICK LEO OOT, JR., ATTORNEY AT LAW**

those records and gone to assist in producing those, as well.

In terms of working with the plaintiff to identify a counselor she saw ten years ago that she doesn't remember the name of, again, we have set time with the plaintiff, spoken with her parents. We are working diligently to try very hard to meet Uber's requests for some of these folks. And those conversations continue.

The plaintiff's counsel is here on the screen. Kevin Queenan and his firm have been extremely cooperative and diligent, as well as the client. So I don't have any concerns about getting things over to Uber. Obviously, you know, the farther afield and the further back of things they're looking for, you know, may take some more time and may not be available. But we're working very hard to get that done.

In terms of the lack of communications, we were very candid with Uber about the fact that after the plaintiff was assaulted in 2020, she replaced her phone. This was before she ever considered and contemplated litigation against Uber, before she even consulted -- years before counsel.

Nevertheless, because of modern technology, as Uber is well aware and as we've explained, many platforms retain data and information. So we have made efforts to see what can be found through third parties and through forensic imaging of the phone. And as -- again, Ms. Brown may not be in the loop on this. But we have had significant conversations about the

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Tuesday, June 30, 2026

Kendra A. Steppler, RPR, CRR

Official Reporter, U.S. District Court