# EXHIBIT 5
# SEALED