# EXHIBIT 6
# SEALED