C. Brooks Cutter (SBN: 121407)
Jennifer S. Domer (SBN: 305822)
Celine E. Cutter (SBN: 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone No.: 916-290-9400
Fax No.: 916-588-9330
E-Mail: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for Plaintiffs JANE ROE CL 635*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 635 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-07874* | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff, Jane Roe CL 635, hereby voluntarily dismiss this action with prejudice upon notification of their duplicately filed claims. The Plaintiff will continue their respective claim in the other filed matter.

DATED: September 25, 2026 CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*
Jennifer S. Domer
*Attorney for Plaintiffs JANE ROE CL 635*