[Submitting counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

No. 3:23-md-03084-CRB

**PLAINTIFF QLF 001'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Honorable Charles R. Breyer
Date: September 25, 2026
Time: 10:30 A.M. PT
Ctrm.: 6, 17th Floor (zoom)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

Judge: Honorable Charles R. Breyer

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Plaintiffs hereby move the Court to consider whether certain materials should be sealed. Plaintiffs file these materials under seal because they have been produced and marked confidential or contain references to documents produced and marked confidential by Uber. Plaintiffs take no position on the propriety of Uber's confidentiality designations at this time.

**Material To Be Filed Under Seal**

Plaintiffs request the Court consider whether the following should be filed under seal:

| Document | Seal or redact | Description | Designating Party |
|---|---|---|---|
| Plaintiff's Motion to Preclude Argument or Evidence Related to the Safety Advisory Board | Redact | Motion containing references to deposition testimony that has not yet been designated and documents produced by Uber that were designated as confidential | N/A |
| Exhibit A | Seal | 09/24/2026 Deposition of Emilie Boman (Rough Transcript) | Deposition testimony that has not yet been designated |
| Exhibit B | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit C | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit D | Seal | Document produced by Uber and designated as confidential | Uber |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules. This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Samantha Hoefs in support of this Motion; and

2. A Proposed Order that lists in tabular format all material sought to be sealed.

Dated: September XX, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: September XX, 2026

By: */s/ XXX*
XXX