**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SAMANTHA HOEFS IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

I, Samantha Hoefs, declare:

1. I am an attorney at Nigh Goldenberg Raso & Vaughn and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Because the materials at issue were designated confidential by Defendants or contain references to documents produced and marked confidential by Defendants, Plaintiffs filed the following under seal:

| Document | Seal or redact | Description | Designating Party |
|---|---|---|---|
| Plaintiff's Motion to Preclude Argument or Evidence Related to | Redact | Motion containing references to deposition testimony that has not yet been designated and documents produced by | N/A |

| | | | |
|---|---|---|---|
| the Safety Advisory Board | | Uber that were designated as confidential | |
| Exhibit A | Seal | 09/24/2026 Deposition of Emilie Boman (Rough Transcript) | Deposition testimony that has not yet been designated |
| Exhibit B | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit C | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit D | Seal | Document produced by Uber and designated as confidential | Uber |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September 2026.

/s/*Samantha Hoefs*

**Samantha Hoefs**