UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

All Cases

No. 3:23-md-03084-CRB-LJC

**[PROPOSED] ORDER REGARDING ADMINSITRATIVE MOTION TO SEAL**

Judge: Honorable Charles R. Breyer

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

Judge: Honorable Charles R. Breyer

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal, the Court hereby ORDERS that the following documents [ARE/ARE NOT] to remain under seal.

| Document | Seal or redact | Description | Designating Party |
|---|---|---|---|
| Plaintiff's Motion to Preclude Argument or Evidence Related to the Safety Advisory Board | Redact | Motion containing references to deposition testimony that has not yet been designated and documents produced by Uber that were designated as confidential | N/A |
| Exhibit A | Seal | 09/24/2026 Deposition of Emilie Boman (Rough Transcript) | Deposition testimony that has not yet been designated |

| | | | |
|---|---|---|---|
| Exhibit B | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit C | Seal | Document produced by Uber and designated as confidential | Uber |
| Exhibit D | Seal | Document produced by Uber and designated as confidential | Uber |

DATED:

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE