# EXHIBIT F

HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

September 24, 2026

**By Electronic Mail**

Marlene Goldenberg, Esq.
Nigh Goldenberg Raso & Vaughn PLLC
14 Ridge Square NW
Third Floor
Washington, D.C., 20016
mgoldenberg@nighgoldenberg.com

**Re: *In Re Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Case No. 3:23-MD-3084-CRB**

Dear Counsel,

With this letter and the accompanying document production, Dr. Indira Henard ("Dr. Henard") responds to the subpoena for documents issued to her by Plaintiffs' counsel in the above-referenced matter.

Without waiving the general and specific objections previously asserted by Dr. Henard, per our prior compromise agreements (as memorialized in our e-mail correspondence dated September 10, 17, and 20), this production contains responsive (1) e-mail communications with @uber.com from both Dr. Henard's personal Gmail account and her D.C. Rape Crisis Center ("DCRCC")[1] e-mail account based on domain searches for @uber.com and (2) internal DCRCC email communications from Dr. Henard's DCRCC e-mail account based on domain searches for @dcrcc.org and the search term "Uber" and as narrowed by the agreed-upon search terms.

The production consists of two volumes:

- HENARD VOL001, which is Bates-labeled HENARD_000001 - HENARD_000120; and
- DCRCC VOL001, which is Bates-labeled DCRCC_000001 - DCRCC_002153.

Please note that some of the materials in this production have been designated "CONFIDENTIAL" pursuant to the Protective Order entered in this litigation. We trust that you will use these documents and limit their disclosure in accordance with that Order.

This production includes documents that have been withheld and redacted pursuant to assertions of the attorney-client and/or work product privilege by Defendant, Uber Technologies, Inc ("Uber"). Uber will provide a log of these documents in accordance with any relevant agreement on the logging of privileged documents between the parties. For avoidance of doubt, Dr. Henard does not assert any privilege on her own behalf over these documents and will not be providing a privilege log.

[1] In producing her e-mails from her DCRCC e-mail address, Dr. Henard expressly does not waive her objection that DCRCC is not encompassed by the subpoena issued to her in her individual capacity.

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

By making this production, Dr. Henard does not waive, nor intend to waive, any of her rights, privileges, objections, or positions with respect to the documents. It is our intention that this production does not include documents that we believe to be protected under any claim of privilege that would protect the documents from disclosure, including, but not limited to, the attorney-client privilege and the attorney work product doctrine. Moreover, to the extent that non-responsive information has inadvertently been produced, we do not agree to any expansion of the scope of the subpoena or our compromise agreements. In particular, and without limitation, as previously agreed, Plaintiffs have not sought, and Dr. Henard has not intended to produce, sensitive documents involving survivor narratives or other confidential survivor information. The production of any privileged or confidential survivor information or document by Dr. Henard is unintentional, and any such inadvertent production shall not be construed as a waiver of any applicable objection or privilege. The parties and their counsel shall, upon the request of Dr. Henard, immediately return or destroy any such document(s) inadvertently produced. Further, upon the parties' discovery of what they think may be a privileged or confidential survivor document in Dr. Henard's production, the discovering party should immediately inform Dr. Henard in writing and should segregate and cease reviewing such document(s).

This completes Dr. Henard's document production. If you have questions regarding the above, please do not hesitate to contact us.

Sincerely,

**Nadira Clarke**
Partner
nadira.clarke@hlc.com
D: 202 637 6951

**Rebecca Mandel**
Partner
rebecca.mandel@hlc.com
D: 202 637 5488

CC:
Holly Dolejsi, Esq. (hdolejsi@anapolweiss.com)
Alexandra Walsh, Esq. (awalsh@anapolweiss.com)
Sam Hoefs, Esq. (shoefs@nighgoldenberg.com)
Jennifer Levy, Esq. (jlevy@kirkland.com)