[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-MD-03084-CRB<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S SECOND AMENDED TRIAL WITNESS LIST**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 5– 6th Floor |

Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") submit the following amended list of witnesses to testify at the trial of this matter:

**Defendants will call the following expert witnesses at trial:**

1. **Sarah Baker, M.D.**

Defendants expect Dr. Baker to testify consistent with her report and deposition concerning her evaluation of Plaintiff.

2. **Amor Correa, Ph.D.**

Defendants expect Dr. Correa to testify consistent with her report focusing particularly on the discussion of testing results.

3. **Jason Morris**

Defendants expect Mr. Morris to testify consistent with his report and deposition concerning Uber's background check and process and the background check performed on Victor Le.

4. **Joseph Okpaku, J.D.**

Defendants expect Mr. Okpaku to testify consistent with his report and deposition concerning Uber's control over the conduct of third-party drivers; industry standards regarding safety in for-hire transportation; regulatory frameworks applicable to the rideshare industry, regulatory initiatives in response to the same; Uber's safety policies and practices; and the comparative safety of rideshares versus other forms of transportation.

5. **Lindsay Orchowski, Ph.D.**

Defendants expect Dr. Orchowski to testify consistent with her report and deposition concerning sexual assault prevention and the limitations to predicting first time sexual offenders.

6. **Kevin Phelan**

Defendants expect Mr. Phelan to testify consistent with his report and deposition concerning law enforcement investigation best practices; background checks; and the criminal investigation of the alleged incident.

7. **Cynthia Rudin, Ph.D.**

Defendants expect Dr. Rudin to testify consistent with her report and deposition concerning Uber Safety Reports; the statistical rate of sexual assault and/or misconduct that occurs during rides on the Uber

platform; and comparative rates of sexual assault/misconduct in alternative transportation services and within the United States.

8. **Vida Thomas, J.D.**

Defendants expect Ms. Thomas to testify consistent with her report and deposition concerning human resources practices for investigating and responding to allegations of sexual assault and Uber's policies related to same.

9. **Kristen M. Zgoba, Ph.D.**

Defendants expect Dr. Zgoba to testify consistent with her report and deposition concerning rates of sexual assault and sexual misconduct and factors impacting those rates; Uber's Taxonomy; Uber's background checks; Uber's safety features; and limitations to predicting first time sexual offenders.

**Defendants will call the following fact witnesses at trial:**

10. **Karen Baker (by deposition)**

Ms. Baker will testify about Uber's relationship with third-party nonprofit groups and Uber's work with those groups on the Taxonomy and U.S. Safety Reports.

11. **Greg Brown (live or by deposition)**

Mr. Brown will testify about Uber's U.S. safety operations, including the investigation and deactivation of independent drivers as well as specific facts and issues related to the Plaintiff, Mr. Le, and Region.

12. **A.D. (by deposition)**

Ms. D. will testify about her knowledge of Plaintiff's background and mental health.

13. **P.D. (by deposition)**

Mr. D. will testify about his knowledge of Plaintiff's background, mental health, and the events surrounding the alleged incident with Mr. Le.

14. **Cory Freivogel (live or by deposition)**

Mr. Freivogel will testify about Uber's U.S. safety operations and specific facts and issues related to the Plaintiff, H.M., and Mr. Le.

15. **C. G., M.D. (by deposition)**

Dr. G. will testify about his knowledge of Plaintiff's medical care.

16. **A.H. (by deposition)**

Ms. H. will testify about her knowledge of Plaintiff's background, mental health, and the events surrounding the alleged incident with Mr. Le.

17. **Brad Hubbard (live or by deposition)**

Mr. Hubbard will testify concerning Checkr's background check process and the background check conducted on Mr. Le.

18. **Sachin Kansal (live)**

Defendants expect Mr. Kansal to testify concerning Uber's commitment to safety during his tenure at the company, including Uber's release of multiple safety features over time.

19. **H.M. (by deposition)**

Ms. M. will testify about the events surrounding the alleged incident with Mr. Le.

20. **E. N. (by deposition)**

Ms. N. will testify about her knowledge of Plaintiff's medical care.

21. **M.S. (by deposition)**

Mr. S. will testify about his knowledge of Plaintiff's background, mental health, and the events surrounding the alleged incident with Mr. Le.

22. **S. S., Ph.D. (by deposition)**

Dr. S. will testify about her knowledge of Plaintiff's medical care.

23. **R.V. (by deposition)**

Mr. V. will testify about his knowledge of Plaintiff's background, mental health, and the events surrounding the alleged incident with Mr. Le.

**Defendants may call the following expert witnesses at trial:**

24. **Betsy Bartko**

Defendants expect Ms. Bartko to testify consistent with her report and deposition concerning GPS data captured in connection with the subject trip.

25. **Eric Piza, Ph.D.**

Defendants expect Dr. Piza to testify consistent with his report and deposition concerning the deterrent effect of video surveillance technologies on criminal conduct, if any; including the likely deterrent impact, if any, of dashcams utilized on rideshare platforms like Uber.

26. **Christopher Wilson**

Defendants expect Mr. Wilson to testify consistent with his report and deposition concerning technical challenges to universal, mandatory implementation of a dashcam program or in-app video recording.

**<u>Defendants may call the following fact witnesses at trial:</u>**

27. **Emilie Boman (live)**

Defendants expect Ms. Boman to testify concerning Uber's efforts to reduce sexual assault/sexual misconduct on the platform and its work with internal and external stakeholders regarding women's safety.

28. **Todd Gaddis (live)**

Defendants expect Mr. Gaddis to testify consistent with prior depositions regarding safety data.

29. **Elisha McCann (by deposition)**

Ms. McCann will testify consistent with her deposition about the feasibility of implementing changes to the background check process.

30. **Sgt. Phillip Jeremy (PJ) Reinhardt (by deposition)**

Defendants expect Sergeant Reinhardt to testify consistent with his deposition concerning the events surrounding the alleged incident with Mr. Le.

31. **Sgt. Eric Bentley (by deposition)**

Defendants expect Sergeant Bentley to testify consistent with his deposition concerning the events surrounding the alleged incident with Mr. Le.

In addition to the above witnesses, Defendants reserve the right to call at trial any of the following:

- Any witness, including expert witnesses, named by Plaintiff. Defendants specifically reserve their right to designate affirmative deposition testimony of Defendants' company witnesses called by Plaintiff;
- Any custodian of records or other witness needed to authenticate documents; and

- Any additional expert or non-expert witness not listed herein for the purposes of impeachment or rebuttal.

Defendants reserve the right to amend and/or supplement this list.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 355-4390
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will automatically send Notification of the filing to all counsel of record.

*/s/ Laura Vartain Horn*
Laura Vartain Horn