[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [TRIAL BRIEF REQUESTING ORDER TO STRIKE IMPROPER SUPPLEMENTAL AND REBUTTAL OPINIONS]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Under Civil Local Rules 7-11 and 79-5(f), Defendants hereby move the Court to consider whether another party's material should be filed under seal in connection with the Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions.

**Material To Be Filed Under Seal**

The following materials contain information that Plaintiff has designated as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Leslie Lebowitz Addendum, dated September 25, 2026 | Plaintiff |
| Ex. 2 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Lacey R. Keller, dated September 25, 2026 | Plaintiff |
| Ex. 3 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Third Supplemental Report of Minette E. Drumwright, dated September 25, 2026 | Plaintiff |
| Ex. 4 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Rebuttal Expert Report of Major Laura Wells, dated September 25, 2026 | Plaintiff |
| Ex. 5 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of John Romero, dated September 25, 2026 | Plaintiff |
| Ex. 6 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Robert Sniderman, dated September 25, 2026 | Plaintiff |
| Ex. 7 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Leslie Lebowitz, dated September 21, 2026 | Plaintiff |
| Ex. 8 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Robert Sniderman, dated September 23, 2026 | Plaintiff |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of the Local Rules.

This motion complies with Civil Local Rule 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Kim Bueno in Support of this Motion; and
2. A Proposed Order that lists in tabular format all material sought to be sealed.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Kim Bueno*

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC