**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No. 3:23-md-03084-CRB (LJC)

**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Uber is filing the following materials related to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions under seal because those materials contain information that Plaintiff has designated as confidential.

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Leslie Lebowitz Addendum, dated September 25, 2026 | Plaintiff |
| Ex. 2 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Lacey R. Keller, dated September 25, 2026 | Plaintiff |
| Ex. 3 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Third Supplemental Report of Minette E. Drumwright, dated September 25, 2026 | Plaintiff |
| Ex. 4 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Rebuttal Expert Report of Major Laura Wells, dated September 25, 2026 | Plaintiff |
| Ex. 5 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of John Romero, dated September 25, 2026 | Plaintiff |
| Ex. 6 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Robert Sniderman, dated September 25, 2026 | Plaintiff |
| Ex. 7 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Leslie Lebowitz, dated September 21, 2026 | Plaintiff |
| Ex. 8 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Robert Sniderman, dated September 23, 2026 | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 28, 2026, in New York, New York.

*/s/ Kim Bueno*
Kim Bueno