**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No.: 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [DEFENDANTS' TRIAL BRIEF REQUESTING ORDER TO STRIKE IMPROPER SUPPLEMENTAL AND REBUTTAL OPINIONS]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

Having considered Defendants' Administrative Motion To Consider Whether Another Party's Materials Should be Filed Under Seal [Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Ex. 1 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Leslie Lebowitz Addendum, dated September 25, 2026 | Plaintiff |
| Ex. 2 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Lacey R. Keller, dated September 25, 2026 | Plaintiff |
| Ex. 3 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Third Supplemental Report of Minette E. Drumwright, dated September 25, 2026 | Plaintiff |
| Ex. 4 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Rebuttal Expert Report of Major Laura Wells, dated September 25, 2026 | Plaintiff |
| Ex. 5 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of John Romero, dated September 25, 2026 | Plaintiff |
| Ex. 6 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Robert Sniderman, dated September 25, 2026 | Plaintiff |
| Ex. 7 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Leslie Lebowitz, dated September 21, 2026 | Plaintiff |
| Ex. 8 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Excerpts from the Deposition Transcript of Robert Sniderman, dated September 23, 2026 | Plaintiff |

**IT IS SO ORDERED.**

Dated:______________________________

______________________________
Hon. Charles R. Breyer
United States District Judge