[SUBMITTING COUNSEL BELOW]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [TRIAL BRIEF REQUESTING ORDER TO STRIKE IMPROPER SUPPLEMENTAL AND REBUTTAL OPINIONS]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

Pursuant to Northern District of California Civil Local Rule 79-5, Defendants Uber Technologies Inc., Rasier LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully submit this Administrative Motion to Seal [Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions].[1] Uber does not waive, and expressly reserves, all applicable privileges, confidentiality protections, privacy interests, trade secret protections, and other protections available under Rule 26(c), Civil Local Rule 79-5, and applicable law. For the reasons set forth herein, there is good cause to redact the following exhibits as described below:

| Document | Description | Party Seeking Confidentiality |
|---|---|---|
| Ex. 2 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Lacey R. Keller, dated September 25, 2026 | Uber |
| Ex. 4 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Rebuttal Export Report of Major Laura Wells, dated September 25, 2026 | Uber |
| Ex. 5 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Export Report of John Romero, dated September 25, 2026 | Uber |

## I. LEGAL STANDARD

Documents attached to non-dispositive filings that are not directly relevant to the merits of a case are properly sealed when the moving party makes "a particularized showing under the good cause standard of Rule 26(c)" of the Federal Rules of Civil Procedure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (internal quotations and citations omitted); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Rule 26 provides that good cause may exist "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P. 26(c)(1). That protection extends to confidential business information, commercially sensitive strategy, and other material the disclosure of which would cause competitive harm, impair business relationships, or invade legitimate privacy interests. In addition to establishing good cause, a party moving to seal documents must explain "why a less restrictive alternative to sealing is not sufficient" and ensure

[1] Because Plaintiff designated the reports as confidential, Uber is also contemporaneously filing a separate motion to consider whether another party's materials should be sealed.

that the request is "narrowly tailored to seal only the sealable material[.]" Civ. L.R. 79-5(c).

## II. ARGUMENT

Uber has established good cause to seal the requested redactions to Exhibits 2, 4, and 5. The Exhibits at issue relate not to a dispositive motion, but to a trial brief requesting that the Court strike certain expert reports as improper "supplemental" and/or "rebuttal" reports.

Uber seeks only to redact the name of third-party G.M. from Exhibits 2 and 5. There is good cause to seal this personally identifying information of a non-party. ECF 7164 (granting request to seal third-party names). With respect to Exhibit 4, Uber seeks to redact only certain specific information concerning Victor Le's separation from the military. Ex. 4 ¶¶ 26, 45, 53, 55-57, and 59 and p. 18 (providing specific details concerning Mr. Le's separation that implicate his privacy interests). *Mirae Asset Sec. Co v. Ryze Renewables Holdings*, No. 2:23-CV-01492-APG-NJK, 2026 WL 2065270, at *2 (D. Nev. July 15, 2026) (sealing personnel file due to privacy interests); *Aguilar v. Koehn*, No. 3:16-CV-0529-MMD-CBC, 2018 WL 4839021, at *2 (D. Nev. Oct. 4, 2018) ("This court, and others within the Ninth Circuit, have recognized that the need to protect medical privacy qualifies as a 'compelling reason' for sealing records."); *Jud. Watch, Inc. v. Dep't of Just.*, 365 F.3d 1108, 1125 (D.C. Cir. 2004) (holding, under analogous FOIA analysis, that documents concerning, *inter alia*, person's military record and medical history, "easily fall under the purview of an individual's 'interest in avoiding disclosure of personal matters'").

Uber's request is also narrowly tailored and uses the least restrictive means available. Uber only seeks to apply limited redactions concerning the third-party name and specific details concerning Mr. Le's separation from the military.

## III. CONCLUSION

Good cause exists for the Court to seal the proposed redactions to Exhibits 2, 4, and 5. Uber therefore respectfully requests that the Court order that the redacted portions of the Exhibits be maintained on the docket under seal.

DATED: September 28, 2026

Respectfully submitted,

*/s/ Kim Bueno*

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC