**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [DEFENDANTS' TRIAL BRIEF REQUESTING ORDER TO STRIKE IMPROPER SUPPLEMENTAL AND REBUTTAL OPINIONS]**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

Having considered Defendants' Administrative Motion To Seal [Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions], the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Portion to Be Sealed |
|---|---|---|
| Ex. 2 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of Lacey R. Keller, dated September 25, 2026 | Third-party name |
| Ex. 4 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Rebuttal Expert Report of Major Laura Wells, dated September 25, 2026 | Portions of paragraphs 26, 45, 53, 55-57, and 59 and p. 18 discussing specific of Victor Le's separation from the military |
| Ex. 5 to Defendants' Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Supplemental Expert Report of John Romero, dated September 25, 2026 | Third-party name |

**IT IS SO ORDERED.**

Dated:________________________

______________________________
Hon. Charles R. Breyer
United States District Judge