[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF TO EXCLUDE IN PART THE EXPERT REBUTTAL TESTIMONY OF AMOR CORREA** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

I, Ellyn Hurd, declare as follows:

1. I am a partner in the law firm of Simmons Hanly Conroy, LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Trial Brief to Exclude In Part the Expert Testimony of Amor Correa.

3. All exhibits attached hereto are provisionally filed under seal pursuant to ECF 7407 (N.D. Cal), and ECF 119 (W.D. Tex.).

4. Attached hereto as **Exhibit A** is a true and correct copy of the expert rebuttal report of Amor Correa dated September 25, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2026, in West Denis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd