# Exhibit A

Provisionally Filed Under Seal Pursuant to
ECF 7407 (N.D. Cal.) and ECF 119 (W.D. Tex.)