[Submitting Counsel below]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 001 v. Uber Techs., Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

No. 3:23-md-03084-CRB

**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF'S TRIAL BRIEF TO EXCLUDE EXPERT REBUBUTTAL TESTIMONY OF JASON MORRIS AND KEVIN PHELAN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 1:26-cv-01694-CRB

I, Ellyn Hurd, declare as follows:

1. I am a partner in the law firm of Simmons Hanly Conroy, LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion to Exclude Expert Rebuttal Testimony of Jason Morris and Kevin Phelan.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Rebuttal Report of Kevin Phelan dated September 25, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Rebuttal Report of Jason Morris dated September 25, 2026.

5. Exhibits A and B are provisionally filed under seal pursuant to ECF 7407 (N.D. Cal), and ECF 119 (W.D. Tex.).

6. Attached hereto as **Exhibit C** is a true and correct copy of records from the Fort Worth Police Department from Offense Report 200050530.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2026, in West Dennis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd