# Exhibit C

FORT WORTH

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Shayvon Jones who being duly sworn, deposed as follows:

"My name is Shayvon Jones, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of the Fort Worth Police Department. Attached hereto are 3 page(s) of records from *Offense Report 200050530* These said 3 page(s) of records are kept by the Fort Worth Police Department in the regular course of business, and it was the regular course of business of the Fort Worth Police Department for an employee or representative of the Fort Worth Police Department, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the exact duplicates of the original."

[signature]
AFFIANT

9/24/2026
DATE

SWORN TO AND SUBSCRIBED before me on the 24th day of September, 2026

[signature: Laura J Litzerman]
*Notary Public, State of Texas*

NOTARY PUBLIC STATE OF TEXAS
LAURA J LITZERMAN
Notary Public, State of Texas
Comm. Expires 03-14-2029
Notary ID 135506419

# FORT WORTH POLICE DEPARTMENT

505 West Felix Street
Fort Worth, Texas 76115

817-392-4200
Fax 817-392-4201

**200050530**

Reporting Date
07/02/2020 12:32:33

Member#/Dept ID#
Owens, J C 0231

**Booking No**
DT202327

## Administratvie Information

| Agency | Report No | Supplement NO. | Reported |
|---|---|---|---|
| **FORT WORTH POLICE DEPARTMENT** | DT202327 | | 07/02/2020 12:32:33 |

| Location | City | Zip Code |
|---|---|---|
| 9420 Chuparosa Dr | FORT WORTH | 76131 |

| Arrest Date | Arrest Type | Juvinele | Arreste Segments |
|---|---|---|---|
| 07/02/2020 14:27:00 | T TAKEN INTO CUSTODY | No | N NOT APPLICABLE |

## Person Summary

| Invl | Invl. # | Type | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | 1 | I | LE VICTOR HUYNH | A | M | [redacted] |

## Charge Summary

| Charge | Charge Description | Warrant No. | Felony/Misdemeanor |
|---|---|---|---|
| LOCAL | LOCAL Local Class C Warrants WAR Warrants only 00000000 | | CLASS C MISDEMEANOR |

| counts | TRN# | TRS# |
|---|---|---|
| 1 | | |

| Bond Amount | Charge Literal | Criminal Activity | Warrant Agency ORI |
|---|---|---|---|
| | | | |

| Local Warrant Count | Citation # | Dom. Violence | Offense Date | Attempt./Complete |
|---|---|---|---|---|
| | | | | |

| UCR/NIBRS Code | NCIC Code | Degree | State Code | Reportable |
|---|---|---|---|---|
| WAR | | 0 | LOCAL | false |

## Property Summary

FORT WORTH POLICE DEPARTMENT

505 West Felix Street
Fort Worth, Texas 76115

817-392-4200
Fax 817-392-4201

**200050530**

Reporting Date
07/02/2020 12:32:33

Member#/Dept ID#
Owens, J C 0231

**Booking No**
DT202327

**Arrestee : LE VICTOR HUYNH**

| Race | Sex | DOB | Age | Ethnicity | Juvenile? |
|---|---|---|---|---|---|
| ASIAN | MALE | [redacted] | 22 | N NOT HISPANIC/LATINO | N |

| Height | Weight | Hair Color | Eye Color | Secual Assault | Res Status |
|---|---|---|---|---|---|
| 500 | 205 | BROWN | BROWN | | R RESIDENT |

| Type | Address |
|---|---|
| | 9420 CHUPAROSA DR, FORT WORTH TX 76131 |

| Map Coordinates | Rep Dist | Beat |
|---|---|---|
| 32.91098313203069 -97.3361211493273 | | F17 Beat/Frank District/North Division |

| Phone Type | Phone No: | Phone Type | Phone No: | | |
|---|---|---|---|---|---|
| | | | 8178200603 | | |
| **Phone Type** | **Phone No:** | **Email** | | | |
| CELL | 6828474654 | | | | |

| Type | ID No | OLS |
|---|---|---|
| Drivers License | [redacted] | [redacted] |

| Reporting Officer | Printed At | |
|---|---|---|
| Owens, J C 0231 | 9/23/2026 4:44:11 | Page2 of 3 |

FORT WORTH POLICE DEPARTMENT

505 West Felix Street
Fort Worth, Texas 76115

817-392-4200
Fax 817-392-4201

**200050530**

Reporting Date
07/02/2020 12:32:33

Member#/Dept ID#
Owens, J C 0231

**Booking No**
DT202327

## Narrative

On 07/02/2020 at 1040 hours, I Deputy J. Owens #0231 of the Fort Worth Marshal Division, driving a marked patrol unit#218-0058; went to 9420 Chuparosa to serve a warrant for one: Le, Victor Q/M [redacted]. I made contact with Mr. Le who was willing to go with me to 1000 Throckmorton St. In accordance with departmental policy Mr. Le was cuffed prior to him being placed in the patrol vehicle According to Fort Worth Municipal Court to speak to a Judge regarding his case. While I was driving to court, I was asked by Det. Reinhardt to bring Mr. Le to his office at 1289 Hemphill St. So Det. Reinhardt could speak to him.

I took Mr. Le by the Hemphill sector office and waited for Det. Reinhardt. Once the Detective arrived, he and Mr. Le went upstairs; Det. Reinhardt advised he would call when they were finished. Approx. 10 minutes later Det. Reinhardt returned with Mr. Le and we proceeded on to Municipal Court.

Mr. Le was able to speak to Judge Rogers regarding the case. Judge Rogers set the case for a new hearing date. Mr. Le was released.