[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S TRIAL BRIEF TO EXCLUDE EXPERT REBUTTAL TESTIMONY OF JASON MORRIS AND KEVIN PHELAN** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Having considered the briefings, the record, and the applicable law, the Court hereby GRANTS Plaintiff's Trial Brief to Exclude Expert Rebuttal Testimony of Jason Morris and Kevin Phelan:

- The testimony of Defendants' experts Jason Morris and Kevin Phelan is excluded to the extent they seek to opine that Victor Le's 2018 warrant was not discoverable as a matter of Texas law.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Hon. Charles R. Breyer
United States District Judge