[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>*N.D. Cal. No. 3:24-cv-08783*<br>*W.D. Tex. No. 1:26-cv-01694* | CASE NO. 3:23-MD-03084-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SEALING IN CONNECTION WITH PLAINTIFF QLF 001'S MOTION TO EXCLUDE EVIDENCE OR AGRUMENT RELATED TO SAFETY ADVISORY BOARD AND CERTAIN NON-PROFITS**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

WHEREAS, the parties stipulated, and the Court ordered, that the parties could (1) file confidential exhibits related to the *QLF 001* Pretrial Briefing provisionally under seal and make limited corresponding redactions to the Pretrial Briefing as necessary; (2) file omnibus motions to seal addressing the *QLF 001* Pretrial Briefing in light of public disclosures through the *QLF 001* trial and elsewhere no later than November 10, 2026; and (3) file in the public record any documents previously filed provisionally under seal that the parties no longer seek to seal, along with an index to those documents, no later than November 17, 2026. ECF No. 7312.

WHEREAS, on September 25, 2026 Plaintiff QLF 001 filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Sealing Motion") in connection with her Motion to Exclude Evidence or Argument Related to Safety Advisory Board and Certain Non-Profits ("New Motion to Exclude"). ECF No. 7516.

WHEREAS, Uber's default deadline to respond to the Administrative Sealing Motion is October 2, 2026.

WHEREAS, as with the other Pretrial Briefing, the scope of sealing that will be appropriate in connection with the New Motion to Exclude may depend on what evidence is admitted at the *QLF 001* trial.

THEREFORE, the Parties respectfully request that the Court enter the Parties' Stipulation permitting Uber (1) to address the sealing of materials filed in connection with the New Motion to Exclude in the omnibus sealing motion due no later than November 10, 2026; (2) to file confidential exhibits to its opposition to the New Motion to Exclude provisionally under seal and to make limited corresponding redactions to its opposition; and (3) to address sealing related to the opposition materials in the same November 10 omnibus motion.

**IT IS SO STIPULATED.**

DATED: September 28, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: September 28, 2026

*/s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: September 28, 2026

*_/s/ Laura Vartain Horn_*
Laura Vartain Horn

**~~[PROPOSED]~~ ORDER**

**IT IS SO ORDERED.**

Dated: September 29, 2026

Honorable Charles R. Breyer
United States District Judge