*[Submitting counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case 3:23-md-03084-CRB<br><br>MDL No. 3084<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO AMENDED PRETRIAL ORDER 10** |
| This Document Relates to:<br><br>*WHB 2498 v. Uber Technologies, Inc., et al., No. 3:26-cv-06955-CRB* | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Williams Hart & Boundas, LLP and Uber ("the Parties"), hereby stipulate as follows:

WHEREAS, on August 28, 2026, the Parties entered a Stipulation of Dismissal Pursuant to Amended Pretrial Order 10 for the following five Plaintiffs: *WHB 2498 v. Uber Technologies, Inc., et al., No. 3:24-cv-06955*, *WHB 1531 v. Uber Technologies, Inc., et al., No. 3:24-cv-04937*; *WHB 1901 v. Uber Technologies, Inc., et al., No. 3:24-cv-04815*; *WHB 2411 v. Uber Technologies, Inc., et al., No. 3:26-cv-05785*; and *WHB 2448 v. Uber Technologies, Inc., et al., No. 3:26-cv-06000*.

Pursuant to Amended PTO 10, the dismissal shall convert to dismissal with prejudice and such a dismissal shall be filed thirty (30) days after the date this Stipulation is filed, unless the Plaintiff moves to vacate the dismissal without prejudice or provides written notice of an intent to comply with Amended PTO 10 before that date.

After the August 28, 2026 Stipulation [7127], Plaintiffs WHB 1531, WHB 1901, WHB 2411 and WHB 2448 re-established communications with their counsel and advised that they intend to comply with all Court orders. A Stipulation to Vacate Dismissal [7284] was filed September 10, 2026 as to those four plaintiffs.

As of September 28, 2026 (30 days since the Stipulation was filed), only one of the five Plaintiffs subject to the Parties' August 28, 2026 Stipulation has not moved to vacate the dismissal without prejudice nor provided notice of intent to comply with the Court's Order. For this reason, the Parties stipulate to dismissal with prejudice of Plaintiff *WHB 2498 v. Uber Technologies, Inc., et al., No. 3:26-cv-06955.*

Dated: September 29, 2026

/s/ *Brian Abramson*
Brian Abramson
John Eddie Williams, Jr.
Margret Lecocke
Walt Cubberly (SBN 325163)
**WILLIAMS HART & BOUNDAS**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
Telephone: (713) 230-2200
Email: babramson@whlaw.com

*Attorneys for Plaintiffs*

/s/ *Christopher V. Cotton*
Christopher V. Cotton
**SHOOK HARDY & BACON**
2555 Grand Boulevard
Kansas City, MO 64108
Email: ccotton@shb.com

*Attorneys for Defendants*