**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-MD-03084-CRB<br><br>**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' OFFER OF PROOF RE LE'S MILITARY HISTORY IN CONNECTION WITH MOTION IN LIMINE BRIEFING**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of Ex. 2142 from the August 13, 2026 Deposition of Brad Hubbard, bearing Bates stamp CHECKR 001641.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpted transcript of the Greg Brown Deposition, dated August 26, 2026

4. Attached as **Exhibit 3** is a true and correct copy of the Expert Report of John Romero, dated September 3, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of the Expert Report of Robert Sniderman, dated September 3, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpted transcript of the Greg Brown Deposition, dated August 25, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpted transcript of the Brad Hubbard Deposition, dated August 13, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of the Expert Report of Thomas Tremblay, dated September 3, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpted transcript of the Thomas Tremblay Deposition, dated July 22, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of a Document bearing Bates stamp DOE QLF 009096 - DOE QLF 009207.

11. Attached as **Exhibit 10** is a true and correct copy of a Document bearing Bates stamp DOE QLF 007945 - DOE QLF 007950.

12. Attached as **Exhibit 11** is a true and correct copy of a Document bearing Bates stamp DOE QLF 007955.

13. Attached as **Exhibit 12** is a true and correct copy of a Document bearing Bates stamp UBER-MDL3084-DFS00064890 - UBER-MDL3084-DFS00064894.

14. Attached as **Exhibit 13** is a true and correct copy of a Document bearing Bates stamp UBER-MDL3084-DFS00064887 - UBER-MDL3084-DFS00064889.

15. Attached as **Exhibit 14** is a true and correct copy of the Expert Report of Jason Morris, dated September 3, 2026.

16. Attached as **Exhibit 15** is a true and correct copy of the Expert Report of Kristen Zgoba, dated September 3, 2026.

17. Attached as **Exhibit 16** is a true and correct copy of the Expert Report of Vida Thomas, dated September 3, 2026.

18. Attached as **Exhibit 17** is a true and correct copy of the Expert Report of Kevn Phelan, dated September 8, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 29, 2026, in Austin, Texas.

*/s/ Kim Bueno*
Kim Bueno