# EXHIBITS 1-17

## FILED UNDER SEAL