[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

I, Ellyn Hurd, hereby declare as follows:

1. I am a partner at the law firm of Simmons Hanly Conroy, LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I represent Plaintiff in the above captioned action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Opposition to Uber's Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions. The Opposition references deposition testimony that has been designated confidential by Uber, and those portions have been redacted pending further briefing by Uber in support of its confidentiality designations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of September, 2026 in West Denis, Massachusetts.

*/s/ Ellyn Hurd*

Ellyn Hurd