**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed, the Court hereby ORDERS that the following documents [ARE/ARE NOT] to remain under seal.

| Document | Portion Sought to be Sealed | Designating Party |
|---|---|---|
| Plaintiff's Opposition to Uber's Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions | Highlighted Portions at Page 5, Lines 16-21 | Defendants |

**IT IS SO ORDERED.**

DATED: ____________________

Hon. Charles R. Breyer
United States District Judge