**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' TRIAL BRIEF REQUESTING ORDER TO STRIKE IMPROPER SUPPLEMENTAL AND REBUTTAL OPINIONS** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

# [PROPOSED] ORDER

Having considered the briefings, the record, and the applicable law, the Court hereby DENIES Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Trial Brief Requesting Order to Strike Improper Supplemental and Rebuttal Opinions.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Hon. Charles R. Breyer
United States District Judge