**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | CASE NO. 3:23-MD-03084-CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S TRIAL BRIEF TO EXCLUDE IN PART THE EXPERT REBUTTAL TESTIMONY OF AMOR CORREA**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Opposition to Plaintiff's Trial Brief to Exclude in Part the Expert Rebuttal Testimony of Amor Correa, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Plaintiff's Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:__________________________

__________________________________
Hon. Charles R. Breyer
United States District Judge