**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION, | CASE NO. 3:23-md-03084-CRB |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Judge: Mag. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 5 – 6th Floor |

<u>**CERTIFICATE OF SERVICE**</u>

I, Meg McCarthy, am at least 18 years old and not a party to this action. I am employed by the law firm Kirkland & Ellis LLP, and my business address is 555 California Street, San Francisco, CA 94104. On September 29, 2026, I caused a true copy of the documents listed below to be served on the parties listed in the table in the manner described:

1. **Defendants' Opposition to Plaintiff's Trial Brief to Exclude in Part the Expert Rebuttal Testimony of Amor Correa**
2. **Exhibits 1-2 to the Kim Bueno Declaration in Support of Defendants' Opposition to Plaintiff's Trial Brief to Exclude in Part the Expert Rebuttal Testimony of Amor Correa**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below.

| | |
|---|---|
| Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>600 Third Avenue, Fl. 12<br>New York, NY 10016 | *Co-Lead Counsel for Plaintiff*<br><br>Email: luhana@chaffinluhana.com<br>Gangopadhyay@chaffinluhana.com |
| Sarah R. London<br>Andrew Kaufman<br>Isabel Velez<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108 | *Co-Lead Counsel for Plaintiff*<br><br>Email: slondon@girardsharp.com<br>akaufman@girardsharp.com<br>ivelez@girardsharp.com |
| Rachel B. Abrams<br>Sara B. Craig<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111 | *Co-Lead Counsel for Plaintiff*<br><br>Email: rabrams@peifferwolf.com<br>scraig@peifferwolf.com |
| Tiffany R. Ellis<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>15 E. Baltimore<br>Detroit, MI 48202 | *Counsel for Plaintiff*<br><br>Email: tellis@peifferwolf.com |

| | |
|---|---|
| Cristine Farah<br>**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**<br>935 Gravier St, Suite 1600<br>New Orleans, LA 70112 | *Counsel for Plaintiff*<br><br>Email: Cfarah@peifferwolf.com |
| Ellyn H. Hurd<br>Thien An V. Truong<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, Floor 7<br>New York, NY 10016 | *Counsel for Plaintiff*<br><br>Email: ehurd@simmonsfirm.com<br>atruong@simmonsfirm.com |
| Jennifer M. Paulson<br>**SIMMONS HANLY CONROY LLP**<br>One Court Street<br>Alton, IL 62002 | *Counsel for Plaintiff*<br><br>Email: jpaulson@simmonsfirm.com |
| Carlos Lopez<br>Kevin Queenan<br>**QUEENAN LAW FIRM, P.C.**<br>731 Station Drive<br>Arlington, TX 76015 | *Counsel for Plaintiff*<br><br>Email: carlos@queenanlaw.com<br>service@queenanlaw.com<br>kevin@queenanlaw.com |
| Deborah S. Chang<br>**CHANG KLEIN LLP**<br>126 Lomita Street<br>El Segundo, CA 90245 | *Counsel for Plaintiff*<br><br>Email: deborah@changklein.com |
| Alexandra M. Walsh<br>William L. Smith<br>**ANAPOL WEISS**<br>One Logan Square<br>130 North 18th Street, Suite 16<br>Philadelphia, PA 19103 | *Counsel for Plaintiff*<br><br>Email: awalsh@anapolweiss.com<br>wsmith@anapolweiss.com |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on September 29, 2026.

/s/ Meg McCarthy
Meg McCarthy