IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Jane Doe QLF 001 v. Uber Technologies, Inc., et al. | Case No. 1:26-cv-01694-CRB |

**ORDER ON MOTIONS IN LIMINE**

The Court has reviewed the parties' respective pre-trial briefings. For all the Motions in Limine, the Parties should rely first and foremost on the Court's guidance during the pretrial conference. The Court's rulings may change based on how specific evidence is presented within the context of the trial.

For the reasons discussed during the September 25 and September 30 pretrial conference, the Court orders as follows:

1. Uber's MIL #1 (2026 background check policy changes) is DENIED.
2. Uber's MIL #2 (Austin fingerprint requirement from 2016-17) is GRANTED.
3. Uber's MIL #3 (Mr. Le's criminal trial, appeal, and the police investigation) is GRANTED IN PART but DENIED as to discussion of the driver's absconding during trial and its impact on Plaintiff's damages.
4. Uber's MIL #4 (Uber's Women Driver Preferred Option) is DENIED.

5. Uber's MIL #5 (Safety Risk Assessed Dispatch Program) is GRANTED.
6. Uber's MIL #6 (Uber's Advertising or Marketing) is DENIED.
7. Uber's MIL #7 (Driver's Alleged Propensity to Commit Sexual Assault) is GRANTED.
8. Uber's MIL #8 (Driver's Unrelated Alleged Misconduct) is GRANTED.
9. Uber's MIL #9 (Media Reports Involving Uber that Post-Date the Incident) is GRANTED, with statements from Uber officials to be decided on a case-by-case basis.
10. Uber's MIL #10 (Inflammatory Remarks About Uber's Defense) is GRANTED.
11. Uber's MIL #11 (Executive Compensation) is GRANTED, but Plaintiff can ask the compensation of the witness.
12. Plaintiff's MIL #1(a) (Plaintiff's Sexual History) and #1(f) (Medical History) is GRANTED IN PART, DENIED IN PART as discussed in connection with the Court's order on the Motion to Permit Evidence under Fed. R. Evid. 412.
13. Plaintiff's MIL #1(b) (Ex-Boyfriend's Statements) is GRANTED as to opinions, DENIED as to party admissions.
14. Plaintiff's MIL #1(c) (Family History) is GRANTED, but Uber can ask questions as it relates to damages.
15. Plaintiff's MIL #1(d) (Financial Situation) is GRANTED.
16. Plaintiff's MIL #1(e) (Plaintiff's pets) is GRANTED.
17. Plaintiff's MIL #1(g) (Pharmacy Records) is GRANTED, with the exception of pharmacy records as to prior mental health diagnoses.
18. Plaintiff's MIL #1(h) (Plaintiff's motor vehicle accident) is GRANTED.
19. Plaintiff's MIL #1(i) (References to Performance and Communications with Dr. Phil's Show) is GRANTED.
20. Plaintiff's MIL #2 (Speculation as to Basis for Mr. Le's Criminal Conviction) and MIL #4 (Evidence that Mr. Le was Fined $500) is GRANTED.
21. Plaintiff's MIL #3 (Challenging the Assault Using GPS Data) is GRANTED.

22. Plaintiff's MIL #5 (Plaintiff Trying to Drive While Intoxicated) is DENIED.
23. Plaintiff's MIL #6 (Settlement Discussions, Attempts to Settle, and Plaintiff's Statements Regarding Possible Settlement) is GRANTED.
24. Plaintiff's MIL #7 (Plaintiff's Interactions with Lyft) is GRANTED.
25. Plaintiff's MIL #8 (Checkr's Liability or Reputation) is DENIED.
26. Plaintiff's MIL #9 (Other Safety Features and Initiatives) is DENIED.
27. Plaintiff's MIL #10 (Safety Reports) is DENIED.
28. Plaintiff's MIL #11 (Data on Invalid Reports of Sexual Assault) is GRANTED as to any reliance on unproduced data, DENIED as to any reliance on produced summaries.
29. Plaintiff's MIL #12 (Uber's 2025 Sexual Assault and Misconduct Data) is GRANTED as to any reliance on unproduced data, DENIED as to any reliance on produced summaries.
30. Plaintiff's MIL #13 (Hearsay from Non-Profit Organizations) will be decided separately based on the submitted trial brief.

The Court is considering the Daubert motions and other trial briefs. An order resolving those issues will be issued separately.

**IT IS SO ORDERED.**

Dated: September 30, 2026

CHARLES R. BREYER
United States District Judge