**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc., et al.*,
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**DECLARATION OF KIM BUENO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR ARGUMENT RELATED TO SAFETY ADVISORY BOARD AND CERTAIN NON-PROFITS**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Judge: Mag. Lisa J. Cisneros
Courtroom: G – 15th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

I, Kim Bueno, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of Letters from M. Goldberg & A. Walsh, dated July 30, 2026 and August 4, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition Transcript of Emilie Boman, dated September 24, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Dean Trial Transcript, dated January 28, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the Deposition Transcript of Emilie Boman, dated June 4, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of the Notice of Subpoena to NAESV, NNEDV, Indira Henard, Karen Baker, and Max Bazerman, dated June 22, 2026, July 15, 2026 and July 28, 2026.

7. Attached as **Exhibit 7** is a true and correct copy of a Document bearing Bates stamp UBER_JCCP_MDL_005852310.

8. Attached as **Exhibit 8** is a true and correct copy of a Document bearing Bates stamp UBER_JCCP_MDL_003350868.

9. Attached as **Exhibit 11** is a true and correct copy of a Document bearing Bates stamp UBER_JCCP_MDL_004153987.

10. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Deposition Transcript of Karen Baker, dated August 26, 2026.

11. Attached as **Exhibit 13** is a true and correct copy of an Email from N. Clarke to M. Goldenberg, dated September 29, 2026.

12. Attached as **Exhibit 14** is a true and correct copy of a Letter from Amy St. Amand to Co-Lead Counsel for JCCP & MDL Plaintiffs, dated September 29, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2026, in Austin, Texas.

*/s/ Kim Bueno*
Kim Bueno