# EXHIBIT 12

## FILED UNDER SEAL