# EXHIBIT 13

## FILED UNDER SEAL