[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe QLF 001 v. Uber Technologies, Inc. et al.,*
N.D. Cal. No. 3:24-cv-08783
W.D. Tex. No. 1:26-cv-01694

CASE NO. 3:23-MD-03084-CRB

**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT H. DAVID FELTOON, PH.D.**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

*Plaintiff,*

v.

UBER TECHNOLOGIES, INC., et al.,

*Defendants.*

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

Courtroom: 5 – 6th Floor

As Uber previously explained, the Court should exclude Plaintiff's putative psychological-testing expert, H. David Feltoon, because: (1) he failed to disclose a Rule 26-compliant report; and (2) his "opinions" improperly vouch for Plaintiff's credibility, and simply repeat Plaintiff's self-reported complaints. *See* ECF 7358. Yesterday, at his deposition, Dr. Feltoon confirmed that he intends to tell jurors that Plaintiff is "[redacted]" about the nature of her alleged injuries. 9/29/2026 Feltoon Dep. 104:19-23 (rough) (Ex. 1). That testimony confirms precisely the credibility-vouching problem identified in Uber's motion.

Dr. Feltoon was specifically asked [redacted]. *See id.* 24:13-16. In response, Dr. Feltoon stated that his approach "[redacted]." *Id.* 24:17-18 (emphasis added). And when Dr. Feltoon was asked if this approach entails "[redacted]," Dr. Feltoon responded that "[redacted]." *Id.* 24:19-25 (emphases added).

The only fair and logical reading of this testimony is that Dr. Feltoon has identified ***no*** objective basis for his assessment of potential malingering. Instead, Dr. Feltoon credits Plaintiff's self-reports based on his "[redacted]," *id.*, serving as the proverbial "compurgator" of witness credibility that the Fifth Circuit has made clear is impermissible, *United States v. Wertis*, 505 F.2d 683, 685 (5th Cir. 1974) (expert psychiatrist cannot vouch for a witness's veracity).

Moreover, Dr. Feltoon's deposition confirms that he has not identified an objective, independently testable methodology supporting his conclusions. Rule 702 requires more than unsupported speculation or subjective belief. *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 590 (1993) (expert testimony must be based on scientific knowledge, and "'knowledge' connotes more than subjective belief or unsupported speculation"). Dr. Feltoon's explicit embrace of the "[redacted]" nature of his assessments means that they are not testable and are inadmissible *ipse dixit*. *See United States v. Ray*, 583 F. Supp. 3d 518, 542 (S.D.N.Y. 2022) ("As his testimony . . . makes clear, there is no method which another

psychiatrist in the field could apply and arrive at the same conclusion," failing the "reliability prong of Rule 702").

In short, Dr. Feltoon's opinions regarding the nature and cause of Plaintiff's alleged injuries not only cross the line from permissible expert testimony to impermissible credibility-vouching testimony; they are not based on any discernible (let alone reliable) methodology.

## CONCLUSION

For the reasons set forth above, as well as those set forth in Defendants' pending motion, the Court should exclude the opinions and testimony of Dr. Feltoon.

DATED: September 30, 2026

Respectfully submitted,

*/s/ Kim Bueno*

Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Kim Bueno*
Kim Bueno