UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |
| This Document Relates to:<br><br>*Jane Doe QLF 1 v. Uber Techs. Inc.*, No. 24-cv-8783 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 26-cv-01694-CRB<br><br>Judge: Honorable Charles R. Breyer |

# JURY VERDICT FORM

**1. Do you find Uber liable for Negligence?** Yes___ No___

**2. In what amount, if any, was Plaintiff damaged in the following categories?**

Past physical pain and mental anguish: $______________________

Future physical pain and mental anguish: $______________________

Future medical care expenses: $______________________

___________________________________

**Jury Foreperson**