[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**RESPONSE TO COURT ORDER RE: VICTOR LE CRIMINAL RECORDS** |
| This Document Relates to:<br><br>*Jane Doe QLF 0001 v. Uber Technologies, Inc., et al*, Case No. 3:24-CV-08783 | Judge: Honorable Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

As requested by the Court at the September 30 hearing, Plaintiff submits the following oducments that (among others) she contends that Uber should have found in the Fort Worth court records:

1. **May 16, 2017**: Fort Worth Municipal Court issues citation to Victor H. Le for "Assault by Contact." **Ex. A**.

2. **June 13, 2017**: Texas files a Complaint against Victor H. Le for Assault by Contact (Cause No. G880946), alleging that Victor Le "did TOUCH [G.M.] ON THE BREAST." **Ex. B**.

3. **August 30, 2017**: Attorney Samuel Terry files a motion to withdraw as attorney for Defendant Victor Le, giving Le's address at 3436 Jack Atkins Ct., Haltom City, TX 76117. **Ex. C**.

4. **December 11, 2017, and January 11, 2018:** Setting Notices for Cause No. G880946, indicating "[f]ailure to appear at the scheduled time and date of trial may result in a warrant being issued for your arrest." **Ex. D**.

5. **June 11, 2018:** Warrant of Arrest issued by Fort Worth Municipal Court, commanding the arrest of Victor H. Le for charges of Assault by Contact. **Ex. E.**

Dated: September 30, 2026

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiff*

## FILER'S ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: September 30, 2026

By: */s/ Roopal P. Luhana*
Roopal P. Luhana