# Exhibit A

PLEASE WAIT THREE BUSINESS DAYS BEFORE APPEARING OR CONTACTING THE COURT.

COURT COPY

CITY OF FORT WORTH, TEXAS

GENERAL COMPLAINT CITATION

2012-01

G880946

ITEM (1) ON May DAY 16 YEAR 2017 AT 1030 HOURS

[redacted]

ITEM (2)

LAST NAME: L E

FIRST NAME: V I C T O R INT. H JR SR etc

[redacted] SEX M HEIGHT 5-06 WEIGHT 170 COLOR OF EYES Bro COLOR OF HAIR Blk RACE ☐W ☒A/PI ☐B ☐NAE ☐O HISPANIC ☐Y MIDDLE EASTERN ☐Y

IDENTIFIED AS FOLLOWS: BY TDL? Y ☐ BY DEF? Y ☐ BY I.D.? Y ☐

[redacted]

ITEM (3) AT THE FOLLOWING COUNTY: TARRANT ☒ DENTON ☐ PARKER ☐ JOHNSON ☐

ADDRESS (STREET ON) 1037 Cleckler Ave

NAME AND/OR TYPE OF PREMISES Public street

ITEM (4) VIOLATIONS

| | VIOL. CODE | | ORDINANCE |
|---|---|---|---|
| A | 88 01 | Assault by Contact | Y ☐ |
| B | | | Y ☐ |
| C | | | Y ☐ |

REPORT NO. 17-30533

1st OFFICER L.A. Walter I.D. NO. 3470

2nd OFFICER ______ I.D. NO. ______

Police Vehicle Number ______ Police Team UNIT ______ BEAT # ______ SEARCH YES ☐ CONSENT YES ☐

I AGREE TO APPEAR WITHIN ELEVEN DAYS AS DIRECTED:

X Citation mailed

THIS IS NOT A PLEA OF GUILTY (NOT VOID IF UNSIGNED)

READ INSTRUCTIONS ON BACK OF CITATION

SIGNATURE OF JUVENILE (NOTICE OF OBLIGATION):

X ______

☐ PERSON IS YOUNGER THAN 17 YEARS OF AGE. (ISSUING OFFICER MUST CHECK)

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT CITY OF FORT WORTH