# Exhibit B

FOR OFFICE USE ONLY:
2017 NT 003017
08801W.DOC
Last Revised:
01/22/16 H. Dozier

**FORT WORTH**

## COMPLAINT

**Cause Number: G880946 (ASSAULT BY CONTACT)**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE MUNICIPAL COURT** |
| **VS.** | § | **CITY OF FORT WORTH** |
| **VICTOR H LE** | § | **TARRANT COUNTY, TEXAS** |

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned authority, personally appeared affiant, known to me to be a credible person, who after being by me duly sworn, upon oath deposes and says affiant has good reason to believe and does believe that one **VICTOR H LE** hereinafter called actor, on or about **05/16/2017** and before the making and filing of this complaint, within the territorial limits of the City of Fort Worth, Texas,

Did then and there intentionally or knowingly cause physical contact with another person, to wit: G.M. , and said actor knew or should have reasonably believed that such other person would regard the contact as offensive or provocative in that said actor did **TOUCH** G.M. **ON THE BREAST** , and

Against the peace and dignity of the State.

My belief of the foregoing is based upon written information provided to affiant by **L A WALTER** in a citation with the same number as referenced above, together with any written reports, filed with the court and contained herein, who reported having been advised by a witness referenced therein that such witness personally observed such conduct by the defendant as set forth above.

AFFIANT **Maria Salgado**

Subscribed and sworn to before me by affiant, a credible person, this ***13th* day of *June, 2017 A.D.***

MUNICIPAL COURT OF FORT WORTH, TEXAS

NOTARY PUBLIC STATE OF TEXAS

My commission expires: September 8, 2018

Monica Zapata
06/13/2017 08:44:10 AM

NOTARY PUBLIC, STATE OF TEXAS
TARRANT COUNTY

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH