# Exhibit C

NO. G880946

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MUNICIPAL |
| | § | |
| vs. | § | COURT |
| | § | |
| VICTOR LE | § | FORT WORTH TEXAS |

FILED SEP P 2:16 FT. WORTH MUNICIPAL COURT CITY, TX

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Samuel Terry, attorney of record in the above cause, and makes this his Motion to Withdraw as Counsel in the abovestyled and numbered causes, and for cause would show as follows:

I.

Withdrawal can be accomplished without material adverse effect on the interests of the client and without unnecessarily delaying the due administration of justice.

II.

The Defendant has failed to substantially fulfill an obligation to counsel regarding the lawyer's services, including payment of legal fees. Defendant has been given reasonable warning that the lawyer will withdraw unless communication is made with the attorney. Continued representation of the Defendant by Counsel will result in an unreasonable financial burden on the lawyer and has been rendered unreasonably difficult by the client.__ (*Tex.Disp.R.Prof.Conduct.* 1.15(a)(6)).

II.

Defendant has been explained the gravity of charges against him and the time intensive nature of the work accompanied with representing him effectively in these alleged charges.

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT CITY OF FORT WORTH

Defendant has not obtained employment since counsel was retained and although counsel has given defendant ample time to obtain employment he has been unsuccessful.

III.

Continued representation of the Defendant by counsel will result in prejudice to the Defendant in that he will not receive effective assistance of counsel and/or a fair trial in this case for the reasons stated above.

IV.

A copy of this Motion has been served to Defendant at his last known address:

Victor Le
3436 Jack Atkins Ct.
Haltom City, TX 76117

WHEREFORE, PREMISES CONSIDERED, Samuel Terry, Movant, respectfully requests that the Court grant his motion and withdraw his name as attorney of record in the above styled and numbered cause.

Respectfully submitted,

ATTORNEY FOR DEFENDANT
Samuel R. Terry (Bar No.: 24042621)
Attorney for the Defendant
300 Throckmorton, Ste. 500
One City Place Building
Fort Worth, Texas 76102
Ph: 817-882-9977
Fax: 1-888-735-8305
sterry@samterrylaw.com

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was hand delivered/mailed/faxed/efiled to the Fort Worth Municipal Court 1000 Throckmorton St. Fort Worth TX, 76102 on August 30 2017.

Samuel R. Terry (Bar No.: 24042621)
Attorney for the Defendant
300 Throckmorton, Ste. 500
One City Place Building
Fort Worth, Texas 76102
Ph: 817-882-9977
Fax: 1-888-735-8305
sterry@samterrylaw.com

I CERTIFY THIS TO BE A
TRUE AND CORRECT
COPY OF THE ABOVE
NUMBERED AND STYLED CASE
DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH