# Exhibit D

*331074059*

FOR OFFICE USE ONLY:
2017 NT 003017
SETETTNOTE.DOC
Last Revised:
03/02/13 SL

FORT WORTH
MUNICIPAL COURT

# SETTING NOTICE

**CAUSE NUMBER: G880946**
**CHARGE: ASSAULT BY CONTACT**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **COURT #4** |
| **VS.** | § | **DATE: December 11, 2017** |
| **VICTOR H LE** | § | **TIME: 1:30 pm** |

*** **YOU MUST APPEAR** ***

**REPORT TO: A.D MARSHALL PUBLIC SAFETY AND COURTS BUILDING**
**1000 THROCKMORTON**
**FORT WORTH, TX 76102**

The above case is set for trial in the Fort Worth Municipal Court at 1000 Throckmorton St. on the above date and time. Failure to appear at the scheduled time and date of trial may result in a warrant being issued for your arrest. If you have posted a bond and you fail to appear, your bond may be forfeited and a warrant issued for your arrest.

## FOR YOUR INFORMATION

You may plead GUILTY or NO CONTEST prior to trial by paying the fine of **$569.00** no later than 10 days prior to the trial date. Payment by check or money order can be mailed to: **Municipal Court, 1000 Throckmorton Street, Fort Worth, Texas 76102**

- For payment locations and hours please visit http://fortworthtexas.gov/municipalcourt/locations/
- Online payments please visit: http://fortworthtexas.gov/municipalcourt/payments/
- Payment by Phone: 682-999-3681

If you elect not to make payment as provided above, you are then required to appear in person at the time of trial. This case CANNOT be handled by telephone or written correspondence. If you have questions regarding this setting notice please call **(817) 392-6700**.

For wheelchair accessible courtroom, any special accommodations or interpretive services, please call Municipal Court at (817) 392-6700. Interpretive services must be requested 48 hours in advance.

**VICTOR H LE**

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE
DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH

*552938277*

# FORT WORTH

MUNICIPAL COURT

FOR OFFICE USE ONLY:
2017 NT 003017
SETETTNOTE.DOC
Last Revised:
03/02/13 SL

## SETTING NOTICE

**CAUSE NUMBER: G880946**
**CHARGE: ASSAULT BY CONTACT**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **COURT #4** |
| **VS.** | § | **DATE: January 11, 2018** |
| **VICTOR H LE** | § | **TIME: 1:30 pm** |

*** **YOU MUST APPEAR** ***

**REPORT TO:** **A.D MARSHALL PUBLIC SAFETY AND COURTS BUILDING**
**1000 THROCKMORTON**
**FORT WORTH, TX 76102**

The above case is set for trial in the Fort Worth Municipal Court at 1000 Throckmorton St. on the above date and time. Failure to appear at the scheduled time and date of trial may result in a warrant being issued for your arrest. If you have posted a bond and you fail to appear, your bond may be forfeited and a warrant issued for your arrest.

### FOR YOUR INFORMATION

You may plead GUILTY or NO CONTEST prior to trial by paying the fine of **$569.00** no later than 10 days prior to the trial date. Payment by check or money order can be mailed to: **Municipal Court, 1000 Throckmorton Street, Fort Worth, Texas 76102**

- For payment locations and hours please visit http://fortworthtexas.gov/municipalcourt/locations/
- Online payments please visit: http://fortworthtexas.gov/municipalcourt/payments/
- Payment by Phone: 682-999-3681

If you elect not to make payment as provided above, you are then required to appear in person at the time of trial. This case CANNOT be handled by telephone or written correspondence. If you have questions regarding this setting notice please call **(817) 392-6700**.

For wheelchair accessible courtroom, any special accommodations or interpretive services, please call Municipal Court at (817) 392-6700. Interpretive services must be requested 48 hours in advance.

**VICTOR H LE**

I CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ABOVE NUMBERED AND STYLED CASE

DEPUTY COURT CLERK OF THE MUNICIPAL COURT
CITY OF FORT WORTH