*[Submitting Counsel Below]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*Jane Doe QLF 1 v. Uber Techs. Inc.*, No. 24-cv-8783

No. 3:23-md-03084-CRB

**UBER'S ALTERNATIVE PROPOSED VERDICT FORM**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JANE DOE QLF 0001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

No. 26-cv-01694-CRB

Judge: Honorable Charles R. Breyer

**Introductory Statement**

Pursuant to the Court's scheduling order, Uber respectfully submits this verdict form in the alternative to the use of Texas-style combined questions, instructions and definitions as prescribed by Rule 277 of the Texas Rules of Civil Procedure. As detailed in the parties' joint submission on jury instructions, Uber proposes submitting questions to the juries as part of the instructions, which is the typical Texas practice. *See* MDL Dkt. 7589, at 13. Alternatively, the Court should submit only the questions with the associated definitions set out in the instructions (i.e., everything but the preliminary, procedural instructions through page 11 and the "in-trial" instructions at the end of the submission).

Uber submits this verdict form as a third alternative, subject to its objections, in the event that the Court declines to follow the Texas approach and decides to submit a federal-style verdict form to the jury.

By submitting instructions and this verdict form, Uber does not waive any defenses or arguments; nor does it concede there is any fact issue on any question pertaining to either liability or damages. Uber submits it is entitled to a take-nothing judgment. Uber reserves its rights to seek dismissal, summary judgment, judgment as a matter of law, judgment notwithstanding the verdict, and any other appropriate relief before, during, or after trial.

Uber also reserves rights to submit revised or additional instructions or a revised verdict form at any time prior to the submission of instructions and/or verdict form to the jury.

**UBER'S ALTERNATIVE PROPOSED VERDICT FORM**

We, the jury in the above-entitled action, find the following:

1. Did Plaintiff prove that the negligence of Uber, if any, proximately caused Plaintiff's injuries?

Yes:________ No:_________

*If you answered "Yes" to Question 1, then proceed to Question 2.*

*Otherwise, answer no further questions, and sign and date the form.*

2. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for her injuries, if any, that were proximately caused by Uber?

Physical pain and mental anguish sustained in the past: $___________

Physical pain and mental anguish that, in reasonable probability, Plaintiff will sustain in the future: $___________

*Sign and date the form.*

DATED: ____________ ____________________________

*Juror*

DATED: September 30, 2026

Respectfully submitted,

/s/ *Kim Bueno*
Kim Bueno (Admitted *Pro Hac Vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Michael Vives (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
Jessica Davidson (Admitted *Pro Hac Vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Kim Bueno*

Kim Bueno