*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 1125 | 3:23-cv-04010-CRB | Levin Simes, LLP | Missing Release (Exhibit A & Exhibit C) | 7/13/2026 | 9/22/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that they had sent the missing releases to Plaintiff for signature and that they would be served on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing releases. |
| 1080 | 3:23-cv-05840-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Release (Exhibit A) | 7/10/2026 | 9/21/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they were actively attempting to contact Plaintiff in order to cure this deficiency.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing release. |
| 2363 | 3:24-cv-05829-CRB | Levin Simes, LLP | Missing Production (Q19) | 7/7/2025 | 9/22/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that Plaintiff no longer had access to the responsive productions and stated an Amended PFS reflecting that fact would be served upon Defendants.<br><br>To date, Plaintiff has not cured their deficiency. |
| 2352 | 3:24-cv-05887-CRB | Levin Simes, LLP | Missing Release (Exhibit A) | 7/6/2025 | 9/22/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that they had sent the missing release to Plaintiff for signature and that it would be served on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing release. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 2351 | 3:24-cv-06011-CRB | Levin Simes, LLP | Missing Release (Exhibit B) | 7/13/2026 | 9/22/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that they had sent the missing release to Plaintiff for signature and that it would be served on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing release. |
| 3470 | 3:24-cv-08177-CRB | Meyer Wilson | Missing Verification | 9/18/2025 | 9/25/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they were still working on providing the missing verification.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing verification. |
| 3014 | 3:25-cv-01714-CRB | Nachawati Law Group | Failure to Answer Question (Q15, Q20) | 8/5/2025 | 9/25/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they had been unable to establish contact with Plaintiff for some time, but that they would continue attempting contact to resolve the deficiency.<br><br>To date, Plaintiff has not cured their deficiency. |
| 3752 | 3:25-cv-05972-CRB | Nachawati Law Group | Missing Verification | 9/2/2025 | 9/25/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they had been unable to establish contact with Plaintiff for some time, but that they would continue attempting contact to resolve the deficiency.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing verification. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 3895 | 3:25-cv-06607-CRB | Cutter Law PC | Missing Production (Q19) | 9/24/2025 | 9/24/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they were waiting to receive the productions from Plaintiff, but that they would serve such productions on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency. |
| 4019 | 3:26-cv-00690-CRB | Nachawati Law Group | Missing Production (Q15) | 7/12/2026 | 9/25/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they had been unable to establish contact with Plaintiff for some time, but that they would continue attempting contact to resolve the deficiency.<br><br>To date, Plaintiff has not cured their deficiency. |
| 5017 | 3:26-cv-01926-CRB | Peiffer Wolf Carr Kane Conway & Wise | Missing Release (Exhibit B); Missing Verification | 4/24/2026 | 9/21/2026 | Plaintiff's Counsel acknowledged the deficiency and represented that they were actively attempting to contact Plaintiff in order to cure this deficiency.<br><br>To date, Plaintiff has not cured their deficiencies by providing either the missing release or missing verification. |
| 5298 | 3:26-cv-03850-CRB | Cutter Law PC | Missing Release (Exhibit B) | 8/6/2026 | 9/24/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that they were waiting for Plaintiff to return a completed release and that they would serve it on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing release. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 5683 | 3:26-cv-05513-CRB | Cutter Law PC | Missing Release (Exhibit B) | 8/7/2026 | 9/24/2026 | Plaintiff's Counsel acknowledged the deficiency, representing that they were waiting for Plaintiff to return a completed release and that they would serve it on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing release. |
| 5771 | 3:26-cv-05643-CRB | Phillips & Associates | Missing Release (Exhibit A, Exhibit B) | 7/14/2026 | 9/22/2026 | Plaintiff's Counsel represented that they would serve an Amended Records Certification indicating that no responsive records existed. That Amended Records Certification was served on September 23, 2026.<br><br>Defendants' Counsel clarified that Plaintiff's obligation to produce the missing releases was predicated on Plaintiff's PFS responses and independent from the content of Plaintiff's Records Certifications.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing releases. |
| 5788 | 3:26-cv-05673-CRB | Phillips & Associates | Missing Release (Exhibit B) | 7/14/2026 | 9/22/2026 | Plaintiff's Counsel represented that they would serve an Amended Records Certification indicating that no responsive records existed. That Amended Records Certification was served on September 23, 2026.<br><br>Defendants' Counsel clarified that Plaintiff's obligation to produce the missing releases was predicated on Plaintiff's PFS responses and independent from the content of Plaintiff's Records Certifications.<br><br>To date, Plaintiff has not cured their deficiency by providing the missing releases. |

*In re: Uber Technologies, Inc. Passenger Sexual Assault Litigation,*
Case No. 23-md-03084-CRB

**EXHIBIT A to Defs.' Mot. to Dismiss Cases for Failure to Comply with Amend. PTO 10**

| MDLC ID | Case Number | Plaintiff's Counsel | Non-Compliance with PTO 10 | Service Date for Notice of Overdue Discovery | Meet & Confer Date | Meet & Confer Details |
|---|---|---|---|---|---|---|
| 4712 | 3:26-cv-06777-CRB | Cohen Hirsch, LP | Missing Release (Exhibit B), Missing Verification | 8/6/2026 | 9/24/2026 | Plaintiff's Counsel represented that they were working with Plaintiff to obtain the missing release and verification, and that they would serve those on Defendants upon receipt.<br><br>To date, Plaintiff has not cured their deficiencies by providing the missing release or missing verification. |