[Submitting counsel below]

UNITED STATES DISTRICT COURT

OF NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe QLF 001 v. Uber Technologies. Inc.*, et al.<br>N.D. Cal. No. 3:24-cv-08783<br>W.D. Tex. No. 1:26-cv-01694 | Case No. 23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL [ECF 7503]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 15th Floor<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JANE DOE QLF 0001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. 1:26-cv-01694-CRB<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 501 |

Having considered Defendants' September 24, 2026 Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed:

| Document | Description of Material to be Sealed |
|---|---|
| Ex. 1 to PTO-8 Letter | June 29, 2026 Email from I. Velez |
| Ex. 2 to PTO-8 Letter | Plaintiff QLF 001's Privilege Log |
| Ex. 3 to PTO-8 Letter | July 8, 2026 Email from I. Velez |
| Ex. 5 to PTO-8 Letter | Excerpts from the July 22, 2026 Deposition of Plaintiff QLF 001 |
| Ex. 6 to PTO-8 Letter | Excerpts from the August 6, 2026 Deposition of M.S. |
| Daniel Roffman Declaration to the PTO 8 Letter | Declaration with Exhibits 1-10 (Exhibits 4-6, 8, and 9 sealed) |

**IT IS SO ORDERED.**

Dated: ____________

________________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge