TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
ASHLEY M. WASHINGTON (SBN 275112)
awashington@clarksonlawfirm.com
Clarkson Law Firm
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br>This Document Relates to:<br>*Clarkson H.W. v. Uber Technologies, Inc., et al.*<br>Case No. 3:26-cv-09203 | **MDL No. 3084 CRB**<br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, Clarkson H.W., and her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

DATED: October 2, 2026

Respectfully submitted,

s/ *Tracey B. Cowan*
TRACEY B. COWAN (SBN 250053)
tcowan@clarksonlawfirm.com
Clarkson Law Firm
633 Howard Street
San Francisco, CA 94105
Telephone: (213) 788-4050

RYAN J. CLARKSON (SBN 257074)

rclarkson@clarksonlawfirm.com
ASHLEY M. WASHINGTON (SBN 275112)
awashington@clarksonlawfirm.com
Clarkson Law Firm
22525 Pacific Coast Hwy.
Malibu, CA 90265
Telephone: (213) 788-4050

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I electronically transmitted the foregoing NOTICE OF VOLUNTARY DISMISSAL to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Tracey B. Cowan*
Tracey B. Cowan