# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Jury Trial Minutes

Date: October 5, 2026 Judge: Honorable Charles R. Breyer

Court Reporter: Elva Cruz-Lauer
Time: 39 Minutes
Case No.: 1:26-cv-01694 CRB, 3:23-md-3084 CRB,
Case Name: Jane Doe QLF 001 v. Uber Technologies, Inc. et al
In re Uber Technologies

Attorney(s) for Plaintiff: Sarah London, Kevin Queenan, Meredith Stratigopoulos

Attorney(s) for Defendant(s): Kimberly Bueno, Christopher Cowan

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial. Case settled. The Court thanked and excused the jurors.

Status Conference set for October 16, 2026 at 10:00 a.m. by video conference.

<u>Trial Setting - Case Number: C24-7821 CRB - A.R.2 v Uber Technologies</u>
Pretrial Conference set for December 17, 2026 at 2:00 p.m.
Jury Selection set for January 7, 2027 at 9:15 a.m.
Jury Trial set for January 17, 2027 at 9:15 a.m.