William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 781*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 781 v. Uber Technologies, Inc., et al., Case No. 3:26-cv-11518-CRB* | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |

**PLAINTIFF'S NOTICE OF NEW ACTION FILED**

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 6, 2026.

Dated: October 6, 2026

Respectfully Submitted,

**LEVIN SIMES LLP**

By: *William A. Levin*
William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Plaintiff Jane Doe LS 781*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin