*[Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF THE OCTOBER 15, 2026 DISCOVERY STATUS CONFERENCE**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

**WHEREAS**, on June 12, 2026 the Court set a Discovery Status Conference for October 15, 2026 at 10:30 am. ECF 6463;

**WHEREAS**, the Parties have conferred and agreed to request the Court to continue the October 15, 2026 Discovery Status Conference until October 29, 2026, or in the alternative November 5, 2026, to allow the Parties additional time to meet and confer and crystalize any issues that may need to be raised with the Court.

**THEREFORE**, the Parties respectfully request that the Court grant this stipulation and reschedule the October 15, 2026 Discovery Status Conference to October 29, 2026, or in the alternative November 5, 2026.

IT IS SO STIPULATED.

DATED: October 8, 2026

Respectfully submitted,

By: /s/ *Roopal P. Luhana*
ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Michael Vives*
MICHAEL VIVES (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
michael.vives@kirkland.com

LAURA VARTAIN HORN (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California St., 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
laura.vartain@kirkland.com

KIM BUENO (Admitted *pro hac vice* in N.D. Cal.)
TX SBN 24065345
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9050
kim.bueno@kirkland.com

ALLISON M. BROWN (Admitted *pro hac vice* in N.D. Cal.)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Ste. 1000
Philadelphia, PA, 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

JESSICA DAVIDSON (Admitted *pro hac vice* in N.D. Cal. and W.D. Tex.)
**KIRKLAND & ELLIS LLP**
601 Lexington Ave.,
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Counsel for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: October 8, 2026 /s/ Michael Vives

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Michael Vives

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF THE OCTOBER 15, 2026 DISCOVERY STATUS CONFERENCE**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

The Court hereby GRANTS the parties' stipulation: The discovery status conference previously scheduled for October 15, 2026 is hereby rescheduled for [October 29, 2026 / November 5, 2026].

IT IS SO ORDERED.

Date: ____________________, 2026

____________________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge