RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| This Document Relates to:<br><br>*Jeremy James Bierly v. Uber Technologies, Inc., et al; 3:26-cv-07893-CRB* | Honorable Charles R. Breyer |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. (41)(a)(1)(A)(i) FOR PLAINTIFF BIERLY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure, Plaintiff Bierly, and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

DATED: October 8, 2026

RESPECTFULLY SUBMITTED,

BY: /s/ Rachel B. Abrams
RACHEL B. ABRAMS (CAL BAR NO. 209316)
ADAM B. WOLF (CAL BAR NO. 215914)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

555 MONTGOMERY STREET, SUITE 820
SAN FRANCISCO, CA 94111
TELEPHONE: 415.766.3544
FACSIMILE: 415.840.9435
EMAIL: RABRAMS@PEIFFERWOLF.COM
AWOLF@PEIFFERWOLF.COM

TIFFANY R. ELLIS (*ADMITTED PHV*)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
2229 TRUMBULL ST.
DETROIT, MI 48216
TELEPHONE: 313.210.1559
FACSIMILE: 415.840.9435
EMAIL: TELLIS@PEIFFERWOLF.COM

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I electronically transmitted the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: *<u>/s/ Rachel B. Abrams</u>*
RACHEL B. ABRAMS