ROOPAL P. LUHANA (*admitted Pro Hac Vice)*
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>*This document relates to:*<br>*S.E., an individual v. UBER TECHNOLOGIES, INC., et al., 3:26-cv-09083-CRB* | No. 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on August 27, 2026.

///

///

///

Dated: October 8, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (*admitted PHV)*
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana