ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.735.2211
Email: awalsh@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor,
Washington, DC 20016
Telephone: 771.224.8065
Facsimile: 215.735.2211
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*C.G., v. Uber Technologies, Inc., et al.*<br>Case No. 3:26-cv-11305-CRB | MDL: No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 2, 2026.

///

///

///

///

///

Dated: October 9, 2026

Respectfully submitted,

**ANAPOL WEISS**

By: */s/ Holly Dolejsi*
HOLLY DOLEJSI (Admitted Pro Hac Vice)
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.735.2211
Email: awalsh@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: 771.224.8065
Facsimile: 215.735.2211
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I electronically transmitted the forgoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Holly Dolejsi*
Holly Dolejsi