ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.735.2211
Email: awalsh@anapolweiss.com

HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
**ANAPOL WEISS**
60 South 6th St., Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>(Individual Case No.: 3:26-cv-06786)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*S.W., an Individual v. UBER TECHNOLOGIES, INC., et al., Case No. 3:26-cv-06786* | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, S.W., and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: October 12, 2026

Respectfully submitted,

**ANAPOL WEISS**

By: *_/s/ Holly Dolejsi_*
HOLLY DOLEJSI (*Admitted Pro Hac Vice*)
60 South 6th St. Suite 2800
Minneapolis, MN 55402
Telephone: 202.780.3014
Facsimile: 202.780.3678
Email: hdolejsi@anapolweiss.com

ALEXANDRA WALSH (*Admitted Pro Hac Vice*)
14 Ridge Square NW, Suite 342
Washington, DC 20016
Telephone: 202.780.3014
Facsimile: 202.735.2211
Email: awalsh@anapolweiss.com

WILLIAM L. SMITH (Cal Bar No. 324235)
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
Email: wsmith@anapolweiss.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *_/s/ Holly Dolejsi_*
Holly Dolejsi