UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[~~PROPOSED~~] ORDER GRANTING LEAVE TO SEEK DISBURSEMENT OF COMMON BENEFIT EXPENSE FUNDS AND ORDERING DISBURSMENT OF COMMON BENEFIT EXPENSE FUNDS**

Having considered Plaintiffs' motions for leave to seek disbursement of common benefit expense funds and to disburse common benefit expense funds, the Court **GRANTS** the motions.

Plaintiffs are **GRANTED LEAVE** to seek disbursement of common benefit expense funds.

Co-Lead Counsel and the Escrow Agent are **ORDERED** to distribute from the Expense Fund to the MDL common litigation fund the amount agreed upon by the Leadership Groups.

**IT IS SO ORDERED.**

Dated: Oct. 13, 2026

Hon. Charles R. Breyer
United States District Judge