John Eddie Williams (Admitted Pro Hac Vice)
John Boundas (Admitted Pro Hac Vice)
Brian Abramson (Admitted Pro Hac Vice)
Margret Lecocke (Admitted Pro Hac Vice)
Walt Cubberly (SBN 325163)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSSENGER EXCUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB |
| This Document Relates to:<br><br>Individual Cause No(s): [As they relate to Plaintiffs on the Attached Exhibit A, ONLY] | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), the following Plaintiffs ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), hereby stipulate to the voluntary dismissal of all claims of Plaintiffs

against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:23-cv-03945 | Jane Doe F-1 |
| 3:23-cv-03949 | Jane Doe F-2 |
| 3:23-cv-03951 | Jane Doe F-3 |
| 3:24-cv-04546 | WHB 1966 |
| 3:24-cv-04628 | WHB 1885 |
| 3:24-cv-04724 | WHB 1554 |
| 3:24-cv-04787 | WHB 1383 |
| 3:24-cv-04792 | WHB 1591 |
| 3:24-cv-04795 | WHB 1608 |
| 3:24-cv-04798 | WHB 1557 |
| 3:24-cv-04799 | WHB 1841 |
| 3:24-cv-04802 | WHB 195 |
| 3:24-cv-04803 | WHB 1486 |
| 3:24-cv-04804 | WHB 1444 |
| 3:24-cv-04806 | WHB 1017 |
| 3:24-cv-04808 | WHB 1678 |
| 3:24-cv-04809 | WHB 619 |
| 3:24-cv-04811 | WHB 1399 |
| 3:24-cv-04813 | WHB 1882 |
| 3:24-cv-04814 | WHB 322 |
| 3:24-cv-04815 | WHB 1901 |
| 3:24-cv-04819 | WHB 190 |
| 3:24-cv-04821 | WHB 1864 |
| 3:24-cv-04822 | WHB 1944 |
| 3:24-cv-04823 | WHB 1290 |
| 3:24-cv-04824 | WHB 1835 |
| 3:24-cv-04827 | WHB 1912 |
| 3:24-cv-04828 | WHB 1665 |
| 3:24-cv-04830 | WHB 1496 |
| 3:24-cv-04831 | WHB 1307 |
| 3:24-cv-04832 | WHB 621 |
| 3:24-cv-04834 | WHB 188 |
| 3:24-cv-04835 | WHB 1682 |
| 3:24-cv-04836 | WHB 622 |
| 3:24-cv-04838 | WHB 397 |
| 3:24-cv-04839 | WHB 1341 |
| 3:24-cv-04844 | WHB 1545 |
| 3:24-cv-04845 | WHB 860 |
| 3:24-cv-04846 | WHB 531 |
| 3:24-cv-04847 | WHB 191 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-04848 | WHB 1862 |
| 3:24-cv-04851 | WHB 602 |
| 3:24-cv-04852 | WHB 1603 |
| 3:24-cv-04853 | WHB 317 |
| 3:24-cv-04854 | WHB 1851 |
| 3:24-cv-04855 | WHB 1463 |
| 3:24-cv-04857 | WHB 846 |
| 3:24-cv-04858 | WHB 311 |
| 3:24-cv-04860 | WHB 648 |
| 3:24-cv-04861 | WHB 1958 |
| 3:24-cv-04864 | WHB 1539 |
| 3:24-cv-04865 | WHB 1325 |
| 3:24-cv-04866 | WHB 855 |
| 3:24-cv-04867 | WHB 1907 |
| 3:24-cv-04868 | WHB 1598 |
| 3:24-cv-04869 | WHB 1914 |
| 3:24-cv-04870 | WHB 199 |
| 3:24-cv-04871 | WHB 674 |
| 3:24-cv-04873 | WHB 854 |
| 3:24-cv-04874 | WHB 1030 |
| 3:24-cv-04878 | WHB 998 |
| 3:24-cv-04880 | WHB 1948 |
| 3:24-cv-04881 | WHB 201 |
| 3:24-cv-04882 | WHB 601 |
| 3:24-cv-04885 | WHB 1002 |
| 3:24-cv-04888 | WHB 1917 |
| 3:24-cv-04892 | WHB 341 |
| 3:24-cv-04895 | WHB 1951 |
| 3:24-cv-04897 | WHB 508 |
| 3:24-cv-04899 | WHB 700 |
| 3:24-cv-04902 | WHB 430 |
| 3:24-cv-04903 | WHB 310 |
| 3:24-cv-04904 | WHB 319 |
| 3:24-cv-04905 | WHB 333 |
| 3:24-cv-04906 | WHB 1605 |
| 3:24-cv-04907 | WHB 1658 |
| 3:24-cv-04908 | WHB 56 |
| 3:24-cv-04912 | WHB 203 |
| 3:24-cv-04921 | WHB 179 |
| 3:24-cv-04922 | WHB 490 |
| 3:24-cv-04925 | WHB 1422 |
| 3:24-cv-04926 | WHB 1018 |
| 3:24-cv-04928 | WHB 312 |
| 3:24-cv-04932 | WHB 1609 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-04934 | WHB 859 |
| 3:24-cv-04935 | WHB 1462 |
| 3:24-cv-04937 | WHB 1531 |
| 3:24-cv-04940 | WHB 1551 |
| 3:24-cv-04941 | WHB 600 |
| 3:24-cv-04942 | WHB 756 |
| 3:24-cv-04944 | WHB 1056 |
| 3:24-cv-04945 | WHB 1847 |
| 3:24-cv-04948 | WHB 1580 |
| 3:24-cv-04949 | WHB 1670 |
| 3:24-cv-04951 | WHB 1532 |
| 3:24-cv-04952 | WHB 1946 |
| 3:24-cv-04954 | WHB 757 |
| 3:24-cv-04955 | WHB 1857 |
| 3:24-cv-04956 | WHB 1894 |
| 3:24-cv-04957 | WHB 1667 |
| 3:24-cv-04958 | WHB 1387 |
| 3:24-cv-04960 | WHB 1960 |
| 3:24-cv-04962 | WHB 1952 |
| 3:24-cv-04969 | WHB 1546 |
| 3:24-cv-04971 | WHB 603 |
| 3:24-cv-04974 | WHB 1848 |
| 3:24-cv-04975 | WHB 1896 |
| 3:24-cv-04977 | WHB 974 |
| 3:24-cv-04978 | WHB 1058 |
| 3:24-cv-04979 | WHB 696 |
| 3:24-cv-04980 | WHB 1834 |
| 3:24-cv-04981 | WHB 1903 |
| 3:24-cv-04983 | WHB 1881 |
| 3:24-cv-04986 | WHB 1623 |
| 3:24-cv-04988 | WHB 200 |
| 3:24-cv-05004 | WHB 1899 |
| 3:24-cv-05006 | WHB 628 |
| 3:24-cv-05008 | WHB 1345 |
| 3:24-cv-05009 | WHB 361 |
| 3:24-cv-05011 | WHB 1889 |
| 3:24-cv-05012 | WHB 1849 |
| 3:24-cv-05013 | WHB 1913 |
| 3:24-cv-05014 | WHB 1607 |
| 3:24-cv-05022 | WHB 646 |
| 3:24-cv-05023 | WHB 1007 |
| 3:24-cv-05025 | WHB 1269 |
| 3:24-cv-05026 | WHB 424 |
| 3:24-cv-05027 | WHB 1898 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05028 | WHB 407 |
| 3:24-cv-05031 | WHB 1900 |
| 3:24-cv-05032 | WHB 1941 |
| 3:24-cv-05033 | WHB 1837 |
| 3:24-cv-05034 | WHB 400 |
| 3:24-cv-05035 | WHB 762 |
| 3:24-cv-05036 | WHB 999 |
| 3:24-cv-05037 | WHB 1891 |
| 3:24-cv-05038 | WHB 313 |
| 3:24-cv-05039 | WHB 755 |
| 3:24-cv-05040 | WHB 1902 |
| 3:24-cv-05041 | WHB 823 |
| 3:24-cv-05048 | WHB 1890 |
| 3:24-cv-05050 | WHB 1908 |
| 3:24-cv-05052 | WHB 1871 |
| 3:24-cv-05056 | WHB 1877 |
| 3:24-cv-05057 | WHB 1431 |
| 3:24-cv-05058 | WHB 12 |
| 3:24-cv-05059 | WHB 1919 |
| 3:24-cv-05060 | WHB 295 |
| 3:24-cv-05061 | WHB 3 |
| 3:24-cv-05062 | WHB 599 |
| 3:24-cv-05066 | WHB 1606 |
| 3:24-cv-05085 | WHB 1953 |
| 3:24-cv-05086 | WHB 984 |
| 3:24-cv-05087 | WHB 1968 |
| 3:24-cv-05089 | WHB 1865 |
| 3:24-cv-05092 | WHB 1663 |
| 3:24-cv-05093 | WHB 1489 |
| 3:24-cv-05094 | WHB 1967 |
| 3:24-cv-05095 | WHB 649 |
| 3:24-cv-05096 | WHB 754 |
| 3:24-cv-05097 | WHB 862 |
| 3:24-cv-05098 | WHB 178 |
| 3:24-cv-05114 | WHB 1925 |
| 3:24-cv-05116 | WHB 638 |
| 3:24-cv-05118 | WHB 1610 |
| 3:24-cv-05122 | WHB 1409 |
| 3:24-cv-05123 | WHB 1469 |
| 3:24-cv-05124 | WHB 1839 |
| 3:24-cv-05125 | WHB 1617 |
| 3:24-cv-05126 | WHB 1859 |
| 3:24-cv-05128 | WHB 1386 |
| 3:24-cv-05130 | WHB 931 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05133 | WHB 1915 |
| 3:24-cv-05134 | WHB 396 |
| 3:24-cv-05136 | WHB 1275 |
| 3:24-cv-05137 | WHB 1965 |
| 3:24-cv-05138 | WHB 701 |
| 3:24-cv-05139 | WHB 1681 |
| 3:24-cv-05141 | WHB 426 |
| 3:24-cv-05142 | WHB 1935 |
| 3:24-cv-05144 | WHB 1624 |
| 3:24-cv-05222 | WHB 605 |
| 3:24-cv-05223 | WHB 1655 |
| 3:24-cv-05236 | WHB 428 |
| 3:24-cv-05237 | WHB 1394 |
| 3:24-cv-05238 | WHB 500 |
| 3:24-cv-05241 | WHB 1474 |
| 3:24-cv-05243 | WHB 504 |
| 3:24-cv-05249 | WHB 1406 |
| 3:24-cv-05254 | WHB 1555 |
| 3:24-cv-05256 | WHB 451 |
| 3:24-cv-05258 | WHB 1024 |
| 3:24-cv-05259 | WHB 1949 |
| 3:24-cv-05261 | WHB 70 |
| 3:24-cv-05265 | WHB 466 |
| 3:24-cv-05268 | WHB 491 |
| 3:24-cv-05269 | WHB 1397 |
| 3:24-cv-05274 | WHB 623 |
| 3:24-cv-05278 | WHB 510 |
| 3:24-cv-05280 | WHB 1909 |
| 3:24-cv-05283 | WHB 1680 |
| 3:24-cv-05286 | WHB 176 |
| 3:24-cv-05292 | WHB 1339 |
| 3:24-cv-05294 | WHB 1535 |
| 3:24-cv-05297 | WHB 326 |
| 3:24-cv-05308 | WHB 680 |
| 3:24-cv-05310 | WHB 1006 |
| 3:24-cv-05351 | WHB 873 |
| 3:24-cv-05355 | WHB 662 |
| 3:24-cv-05356 | WHB 645 |
| 3:24-cv-05357 | WHB 414 |
| 3:24-cv-05358 | WHB 383 |
| 3:24-cv-05364 | WHB 1855 |
| 3:24-cv-05368 | WHB 858 |
| 3:24-cv-05434 | WHB 1338 |
| 3:24-cv-05436 | WHB 704 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05437 | WHB 1895 |
| 3:24-cv-05438 | WHB 1454 |
| 3:24-cv-05441 | WHB 977 |
| 3:24-cv-05445 | WHB 1620 |
| 3:24-cv-05449 | WHB 1540 |
| 3:24-cv-05450 | WHB 1476 |
| 3:24-cv-05452 | WHB 994 |
| 3:24-cv-05453 | WHB 1485 |
| 3:24-cv-05454 | WHB 604 |
| 3:24-cv-05455 | WHB 1954 |
| 3:24-cv-05456 | WHB 1879 |
| 3:24-cv-05457 | WHB 1888 |
| 3:24-cv-05459 | WHB 473 |
| 3:24-cv-05460 | WHB 335 |
| 3:24-cv-05461 | WHB 1856 |
| 3:24-cv-05464 | WHB 830 |
| 3:24-cv-05465 | WHB 1538 |
| 3:24-cv-05466 | WHB 1021 |
| 3:24-cv-05467 | WHB 1499 |
| 3:24-cv-05469 | WHB 1934 |
| 3:24-cv-05470 | WHB 492 |
| 3:24-cv-05474 | WHB 952 |
| 3:24-cv-05476 | WHB 187 |
| 3:24-cv-05477 | WHB 58 |
| 3:24-cv-05478 | WHB 1280 |
| 3:24-cv-05483 | WHB 1969 |
| 3:24-cv-05492 | WHB 1029 |
| 3:24-cv-05504 | WHB 1593 |
| 3:24-cv-05552 | WHB 1673 |
| 3:24-cv-05553 | WHB 1044 |
| 3:24-cv-05554 | WHB 1840 |
| 3:24-cv-05557 | WHB 1831 |
| 3:24-cv-05558 | WHB 1020 |
| 3:24-cv-05560 | WHB 406 |
| 3:24-cv-05561 | WHB 1324 |
| 3:24-cv-05562 | WHB 305 |
| 3:24-cv-05564 | WHB 1878 |
| 3:24-cv-05566 | WHB 1304 |
| 3:24-cv-05567 | WHB 300 |
| 3:24-cv-05570 | WHB 1402 |
| 3:24-cv-05572 | WHB 1618 |
| 3:24-cv-05574 | WHB 1613 |
| 3:24-cv-05576 | WHB 1457 |
| 3:24-cv-05587 | WHB 1449 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05598 | WHB 1943 |
| 3:24-cv-05601 | WHB 1922 |
| 3:24-cv-05602 | WHB 1880 |
| 3:24-cv-05604 | WHB 632 |
| 3:24-cv-05607 | WHB 1660 |
| 3:24-cv-05608 | WHB 517 |
| 3:24-cv-05610 | WHB 359 |
| 3:24-cv-05612 | WHB 1053 |
| 3:24-cv-05613 | WHB 1260 |
| 3:24-cv-05614 | WHB 339 |
| 3:24-cv-05615 | WHB 658 |
| 3:24-cv-05617 | WHB 465 |
| 3:24-cv-05620 | WHB 1413 |
| 3:24-cv-05624 | WHB 1334 |
| 3:24-cv-05629 | WHB 1550 |
| 3:24-cv-05635 | WHB 338 |
| 3:24-cv-05667 | WHB 1416 |
| 3:24-cv-05668 | WHB 435 |
| 3:24-cv-05670 | WHB 1332 |
| 3:24-cv-05693 | WHB 1843 |
| 3:24-cv-05697 | WHB 1844 |
| 3:24-cv-05699 | WHB 856 |
| 3:24-cv-05703 | WHB 647 |
| 3:24-cv-05709 | WHB 505 |
| 3:24-cv-05711 | WHB 1961 |
| 3:24-cv-05712 | WHB 1142 |
| 3:24-cv-05713 | WHB 1295 |
| 3:24-cv-05714 | WHB 1947 |
| 3:24-cv-05766 | WHB 345 |
| 3:24-cv-05767 | WHB 494 |
| 3:24-cv-05769 | WHB 498 |
| 3:24-cv-05771 | WHB 706 |
| 3:24-cv-05773 | WHB 1010 |
| 3:24-cv-05775 | WHB 514 |
| 3:24-cv-05782 | WHB 413 |
| 3:24-cv-05794 | WHB 1481 |
| 3:24-cv-05799 | WHB 695 |
| 3:24-cv-05801 | WHB 1597 |
| 3:24-cv-05802 | WHB 1927 |
| 3:24-cv-05948 | WHB 884 |
| 3:24-cv-05953 | WHB 1671 |
| 3:24-cv-05954 | WHB 520 |
| 3:24-cv-05955 | WHB 941 |
| 3:24-cv-05956 | WHB 497 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:24-cv-05967 | WHB 1331 |
| 3:24-cv-05968 | DMA 1 |
| 3:24-cv-05977 | WHB 1417 |
| 3:24-cv-05986 | WHB 1556 |
| 3:24-cv-07176 | WHB 2000 |
| 3:24-cv-07183 | WHB 2000 |
| 3:24-cv-07205 | WHB 2001 |
| 3:24-cv-07757 | WHB 1031 |
| 3:24-cv-07869 | WHB 658 |
| 3:25-cv-01098 | WHB 2062 |
| 3:25-cv-01099 | WHB 2063 |
| 3:25-cv-01101 | WHB 2064 |
| 3:25-cv-01121 | WHB 2066 |
| 3:25-cv-01122 | WHB 2067 |
| 3:25-cv-01123 | WHB 2068 |
| 3:25-cv-01124 | WHB 2069 |
| 3:25-cv-01140 | WHB 2072 |
| 3:25-cv-01145 | WHB 2074 |
| 3:25-cv-01152 | WHB 2078 |
| 3:25-cv-01154 | WHB 2079 |
| 3:25-cv-01157 | WHB 2080 |
| 3:25-cv-01159 | WHB 2035 |
| 3:25-cv-01161 | WHB 2081 |
| 3:25-cv-01178 | WHB 2083 |
| 3:25-cv-01179 | WHB 2084 |
| 3:25-cv-01183 | WHB 2085 |
| 3:25-cv-01189 | WHB 2037 |
| 3:25-cv-01196 | WHB 2038 |
| 3:25-cv-01203 | WHB 2040 |
| 3:25-cv-01205 | WHB 2041 |
| 3:25-cv-01213 | WHB 2046 |
| 3:25-cv-01224 | WHB 2050 |
| 3:25-cv-01237 | WHB 2053 |
| 3:25-cv-01246 | WHB 2056 |
| 3:25-cv-01253 | WHB 2058 |
| 3:25-cv-01282 | WHB 2086 |
| 3:25-cv-04931 | WHB 2119 |
| 3:25-cv-04935 | WHB 2120 |
| 3:25-cv-04937 | WHB 2121 |
| 3:25-cv-04938 | WHB 2122 |
| 3:25-cv-04941 | WHB 2123 |
| 3:25-cv-04977 | WHB 2141 |
| 3:25-cv-04994 | WHB 2142 |
| 3:25-cv-04995 | WHB 2143 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:25-cv-04996 | WHB 2144 |
| 3:25-cv-04997 | WHB 2145 |
| 3:25-cv-04999 | WHB 2146 |
| 3:25-cv-05002 | WHB 2147 |
| 3:25-cv-05029 | WHB 2148 |
| 3:25-cv-05035 | WHB 2149 |
| 3:25-cv-05036 | WHB 2150 |
| 3:25-cv-07916 | WHB 2161 |
| 3:26-cv-00053 | WHB 2158 |
| 3:26-cv-00058 | WHB 2133 |
| 3:26-cv-00062 | WHB 2157 |
| 3:26-cv-00064 | WHB 2130 |
| 3:26-cv-00066 | WHB 2305 |
| 3:26-cv-00067 | WHB 2128 |
| 3:26-cv-00068 | WHB 2160 |
| 3:26-cv-00070 | WHB 2125 |
| 3:26-cv-00071 | WHB 2155 |
| 3:26-cv-00074 | WHB 2156 |
| 3:26-cv-00075 | WHB 2132 |
| 3:26-cv-00077 | WHB 2126 |
| 3:26-cv-00081 | WHB 2127 |
| 3:26-cv-01166 | WHB 2138 |
| 3:26-cv-02430 | WHB 2134 |
| 3:26-cv-02433 | WHB 2135 |
| 3:26-cv-02436 | WHB 2136 |
| 3:26-cv-02438 | WHB 2153 |
| 3:26-cv-02440 | WHB 2154 |
| 3:26-cv-02441 | WHB 2307 |
| 3:26-cv-02443 | WHB 2308 |
| 3:26-cv-02444 | WHB 2312 |
| 3:26-cv-02446 | WHB 2313 |
| 3:26-cv-02448 | WHB 2314 |
| 3:26-cv-02449 | WHB 2315 |
| 3:26-cv-02451 | WHB 2316 |
| 3:26-cv-02454 | WHB 2317 |
| 3:26-cv-02455 | WHB 2318 |
| 3:26-cv-02456 | WHB 2319 |
| 3:26-cv-02457 | WHB 2320 |
| 3:26-cv-02460 | WHB 2321 |
| 3:26-cv-02461 | WHB 2322 |
| 3:26-cv-02462 | WHB 2323 |
| 3:26-cv-02466 | WHB 2375 |
| 3:26-cv-02467 | WHB 2376 |
| 3:26-cv-02468 | WHB 2377 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:26-cv-03773 | WHB 2137 |
| 3:26-cv-05765 | WHB 2385 |
| 3:26-cv-05766 | WHB 2383 |
| 3:26-cv-05770 | WHB 2140 |
| 3:26-cv-05771 | WHB 2390 |
| 3:26-cv-05772 | WHB 2408 |
| 3:26-cv-05773 | WHB 2391 |
| 3:26-cv-05775 | WHB 2152 |
| 3:26-cv-05776 | WHB 2409 |
| 3:26-cv-05777 | WHB 2392 |
| 3:26-cv-05779 | WHB 2396 |
| 3:26-cv-05781 | WHB 2410 |
| 3:26-cv-05782 | WHB 2397 |
| 3:26-cv-05784 | WHB 2306 |
| 3:26-cv-05785 | WHB 2411 |
| 3:26-cv-05787 | WHB 2412 |
| 3:26-cv-05788 | WHB 2393 |
| 3:26-cv-05789 | WHB 2413 |
| 3:26-cv-05791 | WHB 2414 |
| 3:26-cv-05792 | WHB 2398 |
| 3:26-cv-05793 | WHB 2381 |
| 3:26-cv-05794 | WHB 2399 |
| 3:26-cv-05795 | WHB 2395 |
| 3:26-cv-05797 | WHB 2151 |
| 3:26-cv-05798 | WHB 2415 |
| 3:26-cv-05799 | WHB 2400 |
| 3:26-cv-05801 | WHB 2416 |
| 3:26-cv-05802 | WHB 2401 |
| 3:26-cv-05803 | WHB 2402 |
| 3:26-cv-05804 | WHB 2417 |
| 3:26-cv-05805 | WHB 2403 |
| 3:26-cv-05807 | WHB 2418 |
| 3:26-cv-05808 | WHB 2404 |
| 3:26-cv-05810 | WHB 2378 |
| 3:26-cv-05812 | WHB 2405 |
| 3:26-cv-05815 | WHB 2309 |
| 3:26-cv-05816 | WHB 2406 |
| 3:26-cv-05818 | WHB 2386 |
| 3:26-cv-05819 | WHB 2407 |
| 3:26-cv-05891 | WHB 2394 |
| 3:26-cv-05905 | WHB 2387 |
| 3:26-cv-05912 | WHB 2310 |
| 3:26-cv-05915 | WHB 2380 |
| 3:26-cv-05918 | WHB 2311 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:26-cv-05919 | WHB 2382 |
| 3:26-cv-05922 | WHB 2388 |
| 3:26-cv-05923 | WHB 2384 |
| 3:26-cv-05936 | WHB 2419 |
| 3:26-cv-05938 | WHB 2420 |
| 3:26-cv-05941 | WHB 2421 |
| 3:26-cv-05942 | WHB 2422 |
| 3:26-cv-05945 | WHB 2423 |
| 3:26-cv-05947 | WHB 2424 |
| 3:26-cv-05948 | WHB 2425 |
| 3:26-cv-05951 | WHB 2426 |
| 3:26-cv-05952 | WHB 2427 |
| 3:26-cv-05957 | WHB 2428 |
| 3:26-cv-05959 | WHB 2436 |
| 3:26-cv-05961 | WHB 2429 |
| 3:26-cv-05962 | WHB 2437 |
| 3:26-cv-05964 | WHB 2438 |
| 3:26-cv-05965 | WHB 2439 |
| 3:26-cv-05979 | WHB 2440 |
| 3:26-cv-05982 | WHB 2441 |
| 3:26-cv-05984 | WHB 2442 |
| 3:26-cv-05985 | WHB 2443 |
| 3:26-cv-05986 | WHB 2430 |
| 3:26-cv-05987 | WHB 2433 |
| 3:26-cv-05988 | WHB 2431 |
| 3:26-cv-05989 | WHB 2434 |
| 3:26-cv-05993 | WHB 2432 |
| 3:26-cv-06000 | WHB 2448 |
| 3:26-cv-06002 | WHB 2449 |
| 3:26-cv-06003 | WHB 2450 |
| 3:26-cv-06004 | WHB 2445 |
| 3:26-cv-06006 | WHB 2451 |
| 3:26-cv-06019 | WHB 2446 |
| 3:26-cv-06021 | WHB 2447 |
| 3:26-cv-06024 | WHB 2454 |
| 3:26-cv-06025 | WHB 2452 |
| 3:26-cv-06027 | WHB 2456 |
| 3:26-cv-06028 | WHB 2455 |
| 3:26-cv-06037 | WHB 2458 |
| 3:26-cv-06041 | WHB 2457 |
| 3:26-cv-06057 | WHB 2459 |
| 3:26-cv-06060 | WHB 2463 |
| 3:26-cv-06066 | WHB 2465 |
| 3:26-cv-06069 | WHB 2466 |

| Case Number | Plaintiff Name or Pseudonym |
|---|---|
| 3:26-cv-06076 | WHB 2460 |
| 3:26-cv-06082 | WHB 2461 |
| 3:26-cv-06083 | WHB 2462 |
| 3:26-cv-06093 | WHB 2467 |
| 3:26-cv-06094 | WHB 2468 |
| 3:26-cv-06096 | WHB 2469 |
| 3:26-cv-06101 | WHB 2379 |
| 3:26-cv-06102 | WHB 2470 |
| 3:26-cv-06103 | WHB 2471 |
| 3:26-cv-06104 | WHB 2472 |
| 3:26-cv-06105 | WHB 2473 |
| 3:26-cv-06106 | WHB 2474 |
| 3:26-cv-06108 | WHB 2475 |
| 3:26-cv-06109 | WHB 2487 |
| 3:26-cv-06110 | WHB 2476 |
| 3:26-cv-06112 | WHB 2479 |
| 3:26-cv-06113 | WHB 2489 |
| 3:26-cv-06114 | WHB 2477 |
| 3:26-cv-06116 | WHB 2478 |
| 3:26-cv-06118 | WHB 2490 |
| 3:26-cv-06120 | WHB 2491 |
| 3:26-cv-06121 | WHB 2480 |
| 3:26-cv-06125 | WHB 2492 |
| 3:26-cv-06126 | WHB 2481 |
| 3:26-cv-06127 | WHB 2482 |
| 3:26-cv-06128 | WHB 2483 |
| 3:26-cv-06129 | WHB 2493 |
| 3:26-cv-06130 | WHB 2484 |
| 3:26-cv-06131 | WHB 2494 |
| 3:26-cv-06132 | WHB 2485 |
| 3:26-cv-06133 | WHB 2486 |
| 3:26-cv-06420 | WHB 2495 |
| 3:26-cv-06674 | WHB 2496 |
| 3:26-cv-06853 | WHB 2497 |
| 3:26-cv-07503 | WHB 2453 |
| 3:24-cv-05784 | WHB 342 |
| 3:26-cv-06062 | WHB 2464 |
| 3:24-cv-04943 | WHB 1595 |
| 3:24-cv-04953 | WHB 1904 |
| 3:24-cv-05952 | WHB 885 |
| 3:26-cv-06111 | WHB 2488 |
| 3:24-cv-04889 | WHB 318 |

Pursuant to Pretrial Order No. 19, counsel for Plaintiffs and counsel for Defendants certify that the common benefit assessment applicable to each of Plaintiff's claims has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to that Plaintiff or Plaintiff's counsel.

**IT IS SO STIPULATED.**

DATED: October 13, 2026

Respectfully Submitted,

By: *<u>/s/ Brian Abramson</u>*
John Eddie Williams
John Boundas
Brian Abramson
Margret Lecocke
Walt Cubberly
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorneys for Plaintiffs*

DATED: October 13, 2026

By: *<u>/s/ Christopher V. Cotton</u>*
Christopher V. Cotton (Admitted Pro Hac Vice)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Email: cotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC