**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 |
| **This Document Relates to:**<br>***ALL ACTIONS*** | **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**<br>Judge: Hon. Charles R. Breyer |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the Motion to Appear Pro Hac Vice filed by Francisco Guerra, IV.

**IT IS HEREBY ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Francisco Guerra, IV, is admitted to practice pro hac vice in the above-styled case. The Clerk of Court is directed to provide notice of Electronic Case Filings (ECF) to the following counsel:

Francisco Guerra, IV, Guerra LLP, 1875 E. Ashby Place, Suite 1200, San Antonio, Texas 78212 Email: fguerra@guerrallp.com.

**IT IS SO ORDERED.**

______________________________
HON. CHARLES R. BREYER
United States District Judge