# CERTIFICATE OF GOOD STANDING

*United States of America*

}**ss.** Molly Condon Wells

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Molly Condon Wells was duly admitted to practice in said Court on (11/07/2016) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/13/2026 )

Thomas G. Bruton , Clerk,

By:
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ M.MORENO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 13, 2026