ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
ccotton@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*DB M.B.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08262-CRB

*Reeder v. Uber Technologies, Inc., et al.,* No. 3:26-cv-06300-CRB

Case No. 3:23-md-03084-CRB

**DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS DUPLICATE CASES**

Date: November 20, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

**DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") motion to dismiss the cases of Plaintiff as duplicative of another case filed by the same Plaintiff in this MDL.

2. I am a partner at the law firm of Shook, Hardy & Bacon L.L.P., representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bars of the State of Iowa, the State of Missouri, and the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. Based on Defendants' counsel's review of the Complaints filed by Plaintiff in this MDL, Plaintiff has filed two different actions in the MDL seeking relief based on the same facts and legal theories. Counsel for Uber contacted both sets of counsel for Plaintiff to notify them of the duplication in cases and ask that it be resolved. The following chart provides information about Plaintiff's duplicate cases:

| Plaintiff | First-Filed Case in MDL | Later-Filed Case in MDL | Date/ Location of Alleged Incident |
|---|---|---|---|
| DB M.B.R | *DB M.B.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08262-CRB (N.D. Cal. Sept. 29, 2025)<br><br>Counsel: Daly & Black, P.C. | *Reeder v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06300-CRB (N.D. Cal. June 24, 2026)<br><br>Counsel: The ClaimBridge PLLC | October 13, 2025; Dallas, Texas |

Although counsel at Daly & Black has been responsive to Uber's inquiries, The ClaimBridge has not. On June 30, 2026, counsel for Uber emailed both firms identifying the issue of the duplicate cases and asking for resolution. That same day, Daly & Black responded and reached out to the ClaimBridge

about the issue. Counsel for Uber never received any response from the ClaimBridge, despite following up on July 29, 2026 and notifying them of its intent to file the present Motion and serving a copy thereof on September 18, 2026. To date, both identical actions remain pending.

4. Due to Plaintiff's failure to resolve the duplication of cases after receiving notice from Defendants, Defendants were forced to spend an approximate total of nine attorney hours to research, draft, and prepare this motion, at a total approximate cost to Defendants of $5,978.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026 in Kansas City, Missouri.

SHOOK, HARDY & BACON L.L.P.

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
ccotton@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC