**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*DB M.B.R. v. Uber Technologies, Inc., et al.,* No. 3:25-cv-08262-CRB<br><br>*Reeder v. Uber Technologies, Inc., et al.,* No. 3:26-cv-06300-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO DISMISS DUPLICATIVE CASES** |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Duplicative Cases, the Court finds that the Plaintiff subject to Defendants' Motion has filed two separate but substantively identical complaints in this multidistrict litigation. The later-filed of Plaintiff's two complaints will be dismissed with prejudice to protect the parties' rights and in the interest of judicial economy.

The Court therefore hereby ORDERS that the following case is DISMISSED WITH PREJUDICE: *Reeder v. Uber Technologies, Inc., et al.,* No. 3:26-cv-06300-CRB

Additionally, Plaintiff is ORDERED TO SHOW CAUSE why she should not be required to pay Defendants' reasonable attorneys' fees and costs of $5,978 incurred to file Defendants' Motion to Dismiss Duplicative Cases.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_____________________________
HON. CHARLES R. BREYER
United States District Court Judge