# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 10

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084-CRB)

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 5268 | Jane Doe LS 710 | 3:26-cv-04074-CRB | Levin Simes | 6/4/2026 | 7/8/2026 |
| 5269 | Jane Doe LS 711 | 3:26-cv-04080-CRB | Levin Simes | 6/4/2026 | 7/8/2026 |
| 5274 | Jane Doe LS 716 | 3:26-cv-04118-CRB | Levin Simes | 6/4/2026 | 7/8/2026 |
| 6144 | Jane Doe NLG (TB.1) | 3:26-cv-04120-CRB | Nachawati Law Group | 6/5/2026 | 7/8/2026 |
| 4117 | Jane Doe NLG (NT.1) | 3:26-cv-04421-CRB | Nachawati Law Group | 6/12/2026 | 7/8/2026 |
| None | Jane Doe NLG (MC.1) | 3:26-cv-04825-CRB | Nachawati Law Group | 6/22/2026 | 7/8/2026 |
| 6195 | Jane Doe NLG (EN.1) | 3:26-cv-04827-CRB | Nachawati Law Group | 6/21/2026 | 7/8/2026 |
| 5371 | Jane Doe LS 717 | 3:26-cv-05221-CRB | Levin Simes | 7/1/2026 | 7/22/2026 |
| 5385 | Jane Doe LS 719 | 3:26-cv-05279-CRB | Levin Simes | 7/2/2026 | 7/22/2026 |
| 6248 | Jane Doe NLG (MS.2) | 3:26-cv-05303-CRB | Nachawati Law Group | 7/3/2026 | 7/22/2026 |
| 6252 | Jane Doe NLG (SD.1) | 3:26-cv-05702-CRB | Nachawati Law Group | 7/12/2026 | 7/22/2026 |
| 5473 | Jane Doe LS 723 | 3:26-cv-05720-CRB | Levin Simes | 7/12/2026 | 7/22/2026 |
| 5474 | Jane Doe LS 724 | 3:26-cv-05725-CRB | Levin Simes | 7/12/2026 | 7/22/2026 |
| 5485 | Jane Doe LS 725 | 3:26-cv-05809-CRB | Levin Simes | 7/15/2026 | 7/22/2026 |
| 6256 | Jane Doe NLG (A.J.1) | 3:26-cv-06072-CRB | Nachawati Law Group | 7/18/2026 | 7/22/2026 |
| 5529 | J.J.02 | 3:26-cv-06107-CRB | Chaffin Luhana LLP | 7/19/2026 | 7/22/2026 |
| 6260 | Jane Doe NLG (JD.1) | 3:26-cv-06349-CRB | Nachawati Law Group | 7/25/2026 | 8/6/2026 |
| 5851 | Jane Doe NLG (SSS.1) | 3:26-cv-06900-CRB | Nachawati Law Group | 8/6/2026 | 8/27/2026 |
| 6405 | Jane Doe NLG (M.W.1) | 3:26-cv-07134-CRB | Nachawati Law Group | 8/12/2026 | 8/27/2026 |

| MDLC ID | Case Name | Case Number | Plaintiff Firm | Plaintiff Fact Sheet Due | Deficiency Notice Date |
|---|---|---|---|---|---|
| 4125 | Jane Doe NLG (AG.1) | 3:26-cv-07216-CRB | Nachawati Law Group | 8/13/2026 | 8/27/2026 |
| 6406 | Jane Doe NLG (S.C.1) | 3:26-cv-07241-CRB | Nachawati Law Group | 8/13/2026 | 8/27/2026 |
| 5828 | Jane Doe LS 750 | 3:26-cv-07284-CRB | Levin Simes | 8/14/2026 | 8/27/2026 |
| 6408 | Jane Doe NLG (MLW.1) | 3:26-cv-07297-CRB | Nachawati Law Group | 8/14/2026 | 8/27/2026 |
| 6409 | Jane Doe NLG (SM.1) | 3:26-cv-07298-CRB | Nachawati Law Group | 8/14/2026 | 8/27/2026 |
| 6410 | Jane Doe NLG (JW-B) | 3:26-cv-07304-CRB | Nachawati Law Group | 8/15/2026 | 8/27/2026 |
| 5832 | Jane Doe LS 754 | 3:26-cv-07309-CRB | Levin Simes | 8/15/2026 | 8/27/2026 |
| 6412 6415 | Jane Doe NLG (443708) | 3:26-cv-07585-CRB | Nachawati Law Group | 8/21/2026 | 8/27/2026 |
| 6414 | Jane Doe NLG (444006) | 3:26-cv-07619-CRB | Nachawati Law Group | 8/22/2026 | 8/27/2026 |
| 6416 | Jane Doe NLG (444378) | 3:26-cv-07647-CRB | Nachawati Law Group | 8/23/2026 | 8/27/2026 |
| 6417 | Jane Doe NLG (444589) | 3:26-cv-07696-CRB | Nachawati Law Group | 8/23/2026 | 8/27/2026 |