**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*See* EXHIBIT A

Case No. 3:23-md-03084-CRB

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: ______________, 2026

______________________________
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID | Case Name | Case Number |
|---|---|---|
| 5268 | Jane Doe LS 710 | 3:26-cv-04074-CRB |
| 5269 | Jane Doe LS 711 | 3:26-cv-04080-CRB |
| 5274 | Jane Doe LS 716 | 3:26-cv-04118-CRB |
| 6144 | Jane Doe NLG (TB.1) | 3:26-cv-04120-CRB |
| 4117 | Jane Doe NLG (NT.1) | 3:26-cv-04421-CRB |
| None | Jane Doe NLG (MC.1) | 3:26-cv-04825-CRB |
| 6195 | Jane Doe NLG (EN.1) | 3:26-cv-04827-CRB |
| 5371 | Jane Doe LS 717 | 3:26-cv-05221-CRB |
| 5385 | Jane Doe LS 719 | 3:26-cv-05279-CRB |
| 6248 | Jane Doe NLG (MS.2) | 3:26-cv-05303-CRB |
| 6252 | Jane Doe NLG (SD.1) | 3:26-cv-05702-CRB |
| 5473 | Jane Doe LS 723 | 3:26-cv-05720-CRB |
| 5474 | Jane Doe LS 724 | 3:26-cv-05725-CRB |
| 5485 | Jane Doe LS 725 | 3:26-cv-05809-CRB |
| 6256 | Jane Doe NLG (A.J.1) | 3:26-cv-06072-CRB |
| 5529 | J.J.02 | 3:26-cv-06107-CRB |
| 6260 | Jane Doe NLG (JD.1) | 3:26-cv-06349-CRB |
| 5851 | Jane Doe NLG (SSS.1) | 3:26-cv-06900-CRB |
| 6405 | Jane Doe NLG (M.W.1) | 3:26-cv-07134-CRB |
| 4125 | Jane Doe NLG (AG.1) | 3:26-cv-07216-CRB |
| 6406 | Jane Doe NLG (S.C.1) | 3:26-cv-07241-CRB |
| 5828 | Jane Doe LS 750 | 3:26-cv-07284-CRB |
| 6408 | Jane Doe NLG (MLW.1) | 3:26-cv-07297-CRB |
| 6409 | Jane Doe NLG (SM.1) | 3:26-cv-07298-CRB |
| 6410 | Jane Doe NLG (JW-B) | 3:26-cv-07304-CRB |
| 5832 | Jane Doe LS 754 | 3:26-cv-07309-CRB |
| 6412<br>6415 | Jane Doe NLG (443708) | 3:26-cv-07585-CRB |
| 6414 | Jane Doe NLG (444006) | 3:26-cv-07619-CRB |
| 6416 | Jane Doe NLG (444378) | 3:26-cv-07647-CRB |
| 6417 | Jane Doe NLG (444589) | 3:26-cv-07696-CRB |