**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*ALL CASES*

Case No. 3:23-md-03084-CRB (LJC)

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING RESCHEDULING OF THE OCTOBER 15, 2026 DISCOVERY STATUS CONFERENCE**

Judge: Hon. Lisa J. Cisneros
Courtroom: G – 15th Floor

The Court hereby GRANTS the parties' stipulation: The discovery status conference previously scheduled for October 15, 2026 is hereby rescheduled for ~~[~~October 29, 2026 ~~/ November 5, 2026].~~ at 9:30 am via Zoom.

IT IS SO ORDERED.

Date: October 14, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge