# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R.2 v. Uber Techs., Inc.*,
No. 24-cv-07821

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER SETTING PRETRIAL SCHEDULE**

The following schedule applies to the *A.R.2* trial:

| EVENT | DATE |
|---|---|
| Additional Expert Reports[1] | October 26, 2026 |
| Close of Expert Discovery[2] | November 9, 2026 |
| Motions for Summary Judgment | November 13, 2026 |
| *Daubert* Motions | November 13, 2026 |
| Motions in Limine / 412 Motions | November 20, 2026 |
| Oppositions to Motions for Summary Judgment | December 8, 2026 |
| Oppositions to *Daubert* Motions | December 8, 2026 |
| Oppositions to Motions in Limine / 412 Motions | December 8, 2026 |
| Joint Proposed Pretrial Order | December 10, 2026 |

[1] Expert reports for all Wave 1 cases, including *A.R.2*, were served on September 26, 2025 and October 24, 2025.

[2] Any expert previously disclosed and deposed in this MDL shall not be subject to a further deposition, including in the event the expert serves an updated or supplemental MCL. If an expert serves a supplemental or amended report, any further deposition shall be limited to three hours and solely to matters addressed in the supplemental or amended report.

| EVENT | DATE |
|---|---|
| Jury Questionnaire / Voir Dire Questions | December 10, 2026 |
| Pretrial Conference | December 17, 2026 |
| Witness Lists / Exhibit Lists | December 18, 2026 |
| Jury Instructions / Verdict Forms | December 30, 2026 |
| Trial Briefs (if any) | January 5, 2027 |
| Branded Exhibits | January 6, 2027 |
| Jury Selection | January 7, 2027 |
| Trial | January 11, 2027 |

**IT IS SO ORDERED.**

Dated: ____________

________________________________
Hon. Charles R. Breyer
United States District Judge