# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.R. v. Uber Technologies, Inc., et al.,*<br><br>No. 3:24-cv-07821-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING EXPERT SUPPLEMENTATION AND PRETRIAL SCHEDULE FOR THE A.R. BELLWETHER TRIAL**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6 – 17th Floor |

**[PROPOSED] ORDER**

The Court, having considered the parties' positions regarding expert discovery for the *A.R.* bellwether trial set out in the October 2026 Joint Case Management Statement, and good cause appearing, ORDERS as follows:

1. Existing Expert Deadlines Remain in Effect. The expert deadlines established by the September 24, 2025 Stipulation and Order to Reset Pretrial Deadlines (ECF No. 3997) remain in effect and are not reset or reopened by this Order. The parties may not serve new opening or rebuttal expert reports. The only expert disclosures permitted are the supplemental and responsive supplemental reports authorized in paragraphs 2 through 4 below, served under Federal Rule of Civil Procedure 26(e).

2. Scope of Supplementation. Supplemental expert reports are permitted but are limited to updating opinions already disclosed in each expert's timely report, based on information produced after that report was served. Supplemental reports may not include new opinions, theories, or methodologies that could have been disclosed by the governing deadlines. *See* ECF No. 4788 at 3.

3. Supplemental Reports. Any supplemental expert report within the scope of paragraph 2 must be served by October 26, 2026.

4. Responsive Supplements. Any responsive supplemental expert report must be served by November 4, 2026, and must be limited to the new material in the opposing side's supplemental reports. *See* ECF No. 4990 at 4; Fed. R. Civ. P. 26(a)(2)(D)(ii).

5. Limited Depositions. If needed, depositions of supplementing experts must be completed by November 20, 2026. Each such deposition is limited to the supplemental material and may not exceed three (3) hours.

6. *Daubert* Motions. Motions under Federal Rule of Evidence 702 must be filed by November 20, 2026. Oppositions must be filed by December 8, 2026.

7. Other Pretrial Deadlines. The following deadlines for the *A.R.* bellwether trial shall apply: Motions for Summary Judgment are due November 13, 2026; Motions in Limine and Rule 412 Motions are due November 20, 2026; Oppositions to Motions for Summary Judgment and Oppositions to Motions in Limine and Rule 412 Motions are due December 8, 2026; the Joint Proposed Pretrial Order and Jury Questionnaire / Voir Dire Questions are due December 10, 2026; Witness Lists and Exhibit Lists are due December 18, 2026; Jury Instructions and Verdict Forms are due December 30, 2026; Trial Briefs (if any) are due January 5, 2027; and Branded Exhibits are due January 6, 2027.

8. Court-Set Dates. This Order does not alter the Pretrial Conference set for December 17, 2026, Jury Selection set for January 7, 2027, or Trial set for January 11, 2027.

9. Summary of Schedule. The schedule for the A.R. bellwether trial is as follows:

| **EVENT** | **DATE** |
|---|---|
| Supplemental Expert Reports | October 26, 2026 |
| Responsive Supplemental Reports | November 4, 2026 |
| Motions for Summary Judgment | November 13, 2026 |
| Completion of Limited Depositions of Supplementing Experts (if needed) | November 20, 2026 |
| *Daubert* (Rule 702) Motions | November 20, 2026 |

| EVENT | DATE |
|---|---|
| Motions in Limine / 412 Motions | November 20, 2026 |
| Oppositions to Motions for Summary Judgment | December 8, 2026 |
| Oppositions to *Daubert* (Rule 702) Motions | December 8, 2026 |
| Oppositions to Motions in Limine / 412 Motions | December 8, 2026 |
| Joint Proposed Pretrial Order | December 10, 2026 |
| Jury Questionnaire / Voir Dire Questions | December 10, 2026 |
| Pretrial Conference | December 17, 2026 |
| Witness Lists / Exhibit Lists | December 18, 2026 |
| Jury Instructions / Verdict Forms | December 30, 2026 |
| Trial Briefs (if any) | January 5, 2027 |
| Branded Exhibits | January 6, 2027 |
| Jury Selection | January 7, 2027 |
| Trial | January 11, 2027 |

**IT IS SO ORDERED.**

Dated: _______________, 2026

_________________________________
HON. CHARLES R. BREYER
United States District Judge