Jack W. Lurton, III
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL 32502
Tel: (850)208-0830
Fax: (561)625-6269
jack@pbglaw.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br>———<br>*This document relates to:*<br><br>MAL-RDCY v. UBER TECHNOLOGIES, INC., ET AL.<br>Case No: 3:26-cv-11498-CRB | Case No.: 3:23-md-03084-CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Amended Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 6, 2026.

Dated: October 15, 2026

Respectfully submitted,

/s/ Jack W. Lurton, III
Jack W. Lurton, III, Esq.
Florida Bar No. 579599
Rafferty Domnick Cunningham & Yaffa
815 South Palafox Street, 3rd Floor
Pensacola, FL 32502
T: (850)208-0830
F: (561)625-6269
Attorney for the Plaintiff
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically transmitted the foregoing NOTICE OF FILING OF NEW ACTION to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Jack W. Lurton, III*
Jack W. Lurton, III, Esq.