UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 |
| **This Document Relates to:**<br><br>***ALL ACTIONS*** | **MOTION TO APPEAR *PRO HAC VICE*** ORDER<br><br>Judge: Hon. Charles R. Breyer |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Pretrial Order No. 1, and the Northern District of California Civil Local Rule 11-3, I, Francisco Guerra, IV, hereby moves this Court for an Order for admission to practice pro hac vice in the above-styled case only, and in support thereof states as follows:

1. Movant is an active member in good standing of the bar of the Bar of the State of Texas since 1996, where I practice law. I am also in good standing in the Supreme Court of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.
2. Movant agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and has become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules.
3. Although Movant has not been granted pro hac vice admission by the Court in the twelve months preceding this application, Movant is presently admitted pro hac vice in an active matter before the United States District Court for the Northern District of California, *Schrader Cellars LLC v. Robert M. (Randy) Roach, Jr.*, Case No. 3:21-cv-

01431-SK. Movant was granted pro hac vice admission in that matter several years ago, and the matter remains pending following retrial, with a final judgment not yet entered.

4. Movant resides in Texas and is not a resident of the State of California.

5. Movant is admitted to practice and is a member in good standing of the bar of the State of Texas. A copy of a Certificate of Good Standing from the State of Texas dated within 30 days of this Motion is attached hereto as Exhibit "A" and made part hereof.

6. Movant has submitted to the Clerk the required *pro hac vice* admission fee.

WHEREFORE, Francisco Guerra, IV, respectfully requests that this Court enter an Order granting this Motion to appear *pro hac vice* and directing the clerk to provide notice of Electronic Case Filings to the undersigned.

Dated: October 13, 2026

Respectfully submitted,

GUERRA LLP
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

By: */s/ Francisco Guerra, IV*
FRANCISCO GUERRA, IV
(*pro hac vice application forthcoming*)
TX Bar No. 00796684
cshrode@guerrallp.com
MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
CHLOE SHRODE
(*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants registered to receive service in this matter.

*/s/ Francisco Guerra, IV*
FRANCISCO GUERRA, IV

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | MDL No. 3084 |
| **This Document Relates to:**<br><br>***ALL ACTIONS*** | **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**<br><br>Judge: Hon. Charles R. Breyer |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the Motion to Appear Pro Hac Vice filed by Francisco Guerra, IV.

**IT IS HEREBY ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Francisco Guerra, IV, is admitted to practice pro hac vice in the above-styled case. The Clerk of Court is directed to provide notice of Electronic Case Filings (ECF) to the following counsel:

Francisco Guerra, IV, Guerra LLP, 1875 E. Ashby Place, Suite 1200, San Antonio, Texas 78212 Email: fguerra@guerrallp.com.

**IT IS SO ORDERED.**

Date: October 15, 2026

HON. CHARLES R. BREYER
United States District Judge