RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: (415) 766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*J.R.M. v. Uber Technologies, Inc., et al; 3:23-cv-05840-CRB;*<br><br>*T.R. v. Uber Technologies, Inc., et al; 3:26-cv-01926-CRB* | **PLAINTIFF J.R.M. OPPOSITION AND PLAINTIFF T.R. NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

On October 1, 2026, Defendants filed a Motion to Dismiss ("Motion") in the above-captioned claims for failure to comply with Pretrial Order ("PTO") No. 10. See *Docket No. 7638*. PTO 10 establishes procedures and deadlines related to the production of Plaintiff Fact Sheets. See *Docket No. 348.* Plaintiffs J.R.M. and T.R., through undersigned counsel

("Counsel"), submit this opposition on behalf of Plaintiff J.R.M and non-opposition on behalf of Plaintiff T.R

Counsel has diligently attempted to contact Plaintiff J.R.M. regarding her discovery obligations under PTO 10 both before and after Defendants filed the present Motion, but these attempts have not been successful. Decl. ¶ 6. Counsel has recently learned that Plaintiff J.R.M is likely living in a rehabilitation facility, making communication with her exceptionally difficult. Decl. ¶ 8. Counsel respectfully requests that the Court deny Defendants' Motion to Dismiss and allow Plaintiff an additional thirty (30) days to comply with her PTO 10 obligations. Such relief is warranted as Defendants will not be materially prejudiced by allowing additional time for Plaintiff J.R.M. to potentially reengage with counsel and comply with her discovery obligations.

Like Plaintiff J.R.M., Counsel has diligently attempted to contact Plaintiff T.R. regarding her PTO 10 discovery obligations both before and after Defendants filed the present Motion. Decl. ¶ 14. Despite these ongoing efforts, Plaintiff T.R. has become unresponsive. Decl. ¶ 16. As such, Counsel has no basis on which to oppose dismissal without prejudice for Plaintiff T.R.

Dated: October 15, 2026

Respectfully Submitted by:

*<u>/s/ Rachel Abrams</u>*

Rachel B. Abrams (Bar #209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 15, 2026 I electronically filed the following with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: October 15, 2026

Respectfully Submitted by:

*/s/ Rachel Abrams*

Rachel B. Abrams (Bar No. 209316)
Adam B. Wolf (Cal Bar No. 215914)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Ph: 415-766-3544
Fax: (415) 840-9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com

Tiffany R. Ellis (*Admitted PHV*)
**Peiffer Wolf Carr**
**Kane Conway & Wise, LLP**
15 E. Baltimore Ave.
Detroit, MI 48202
Ph: (313) 210-1559
Fax: (415) 840-9435
Email: tellis@peifferwolf.com