RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

TIFFANY R. ELLIS (*Admitted PHV*)
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
2229 Trumbull St.
Detroit, MI 48216
Telephone: 313.210.1559
Facsimile: 415.840.9435
Email: tellis@peifferwolf.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF PARTIAL OPPOSITION AND PARTIAL NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*J.R.M. v. Uber Technologies, Inc., et al; 3:23-cv-05840-CRB;*<br><br>*T.R. v. Uber Technologies, Inc., et al; 3:26-cv-01926-CRB* | |

I, Rachel B. Abrams, declare:

1. I am an attorney in the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf"). I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein:

**Plaintiff J.R.M.:**

2. On May 7, 2023, Plaintiff J.R.M. retained Peiffer Wolf as legal counsel.

3. After communicating with Plaintiff J.R.M. before filing, her case was filed in the MDL on April 10, 2024. Peiffer Wolf informed Plaintiff of her discovery obligations, including her obligations under PTO 10.
4. On December 18, 2024, Peiffer Wolf submitted an amended Plaintiff Fact Sheet with the information provided by Plaintiff.
5. On July 10, 2026, Uber's counsel informed our firm of an inconsistency with Plaintiff's discovery submissions.
6. Between July 10, 2026 through the present, Plaintiff has received from Peiffer Wolf numerous emails, text messages, telephone calls, voice messages, and letters requesting that she contact our office to provide requested information.
7. On September 21, 2026, Peiffer Wolf advised Defendants that outreach to Plaintiff J.R.M. was ongoing.
8. Peiffer Wolf has continued outreach to Plaintiff J.R.M. in attempt to secure her compliance with her discovery obligations. Despite these ongoing efforts, further contact has yet to be established. Peiffer Wolf has recently that Plaintiff J.R.M is likely living in a rehabilitation facility, making communication with her exceptionally difficult.
9. To date, Plaintiff J.R.M. has not agreed to voluntarily dismiss her claims and has not informed Peiffer Wolf that alternative counsel has been retained.

**Plaintiff T.R.:**

10. On August 5, 2024, Plaintiff T.R. retained Peiffer Wolf as legal counsel.
11. After communicating with Plaintiff T.R. before filing, her case was filed in the MDL on March 5, 2026. Peiffer Wolf informed Plaintiff of her discovery obligations, including her obligations under PTO 10.
12. On April 3, 2026, Peiffer Wolf submitted the Plaintiff Fact Sheet with the information provided by Plaintiff.
13. On April 24, 2026, Uber's counsel informed Peiffer Wolf of an inconsistency with Plaintiff's discovery submissions.
14. Between April 24, 2026 through the present, Plaintiff has received from Peiffer Wolf

numerous emails, text messages, telephone calls, voice messages, and letters requesting that she contact our office to provide requested information.

15. On September 21, 2026, Peiffer Wolf advised Defendants that outreach to Plaintiff T.R. was ongoing.

16. Peiffer Wolf has continued outreach to Plaintiff T.R. in attempt to secure her compliance with her discovery obligations. Despite these ongoing efforts, further contact has yet to be established.

17. To date, Plaintiff T.R. has not agreed to voluntarily dismiss her claims and has not informed our firm that alternative counsel has been retained.

18. Executed this day of October 15, 2026 in San Francisco, California.

*/s/ Rachel B. Abrams*
Rachel B. Abrams

*Counsel for Plaintiff*