**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*J.R.M. v. Uber Technologies, Inc., et al; 3:23-cv-05840-CRB;*

*T.R. v. Uber Technologies, Inc., et al; 3:26-cv-01926-CRB*

MDL No. 3084 CRB

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

Having considered the Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 and Plaintiffs' Partial Opposition and Partial Non-Opposition, the Court hereby ORDERS as follows:

1. Defendants' Motion to Dismiss is DENIED as to Plaintiff J.R.M. Plaintiff J.R.M. is allowed an additional thirty (30) days to comply with her PTO 10 obligations.
2. Defendants' Motion to Dismiss is GRANTED as to Plaintiff T.R. Plaintiff's T.R.'s claims are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _______________

HON. CHARLES R. BREYER
United States District Court Judge