C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No.: 3:23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 191 v. Uber Technologies, Inc., et al., No. 3:25-cv-06607-CRB*<br><br>*Jane Roe CL 315 v. Uber Technologies, Inc., et al., No. 3:26-cv-03850-CRB*<br><br>*Jane Roe CL 338 v. Uber Technologies, Inc., et al., No. 3:26-cv-05513-CRB* | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

## I. INTRODUCTION

On October 1, 2026, Defendants filed a Motion to Dismiss cases of Plaintiffs who did not file a Plaintiff Fact Sheet ("PFS") or failed to produce a required production in connection with Amended Pretrial Order ("PTO") 10. (Doc. 7638). Counsel acknowledges and understands that under PTO 10, the court created procedures and deadlines to produce a Plaintiff Fact Sheet. Counsel has diligently attempted to comply with the production of the PFS required for the discovery obligation of the Plaintiffs addressed in this motion. During the course of litigation, a

Plaintiff may become unavailable for a variety of reasons. Counsel has utilized extensive efforts to reach each of the clients, predating the filing of Defendant's motion. (Domer Dec. at ¶ 4).

**ARGUMENT**

Counsel has worked diligently in reaching the above referenced claimants, including alternate contact information, various methods of outreach such as text, email, and mailing. Through Counsel's efforts, Jane Roe CL 191 and 315's documents have been produced and should therefore no longer be subject to this motion. (Domer Dec. at ¶ 5-6).

Counsel has not been able to reach the remaining Plaintiff to obtain the missing authorization which is what made Plaintiff subject to this motion and provide the required production. Counsel is continuing in our efforts to reach the client as described in the attached Declaration.

**II. CONCLUSION**

Counsel respectfully requests that Jane Roe CL 191 and 315 be removed from this motion as their documents have been produced, and that additional time to reach the remaining Plaintiff through various methods to complete the documents be granted.

Dated: October 15, 2026

CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

Jennifer S. Domer (SBN 305822)
C. Brooks Cutter (SBN 121407)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 15, 2026, I electronically filed the following with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: October 15, 2026

CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*

C. Brooks Cutter (SBN 121407)
Jennifer S. Domer (SBN 305822)
Celine Cutter (SBN 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330
Email: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for ROE CL Plaintiffs*