William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe LS 320 v. Uber Technologies, Inc., et al., No. 3:23-cv-04010-CRB*<br><br>*Jane Doe LS 516 v. Uber Technologies, Inc., et al., No. 3:24-cv-05829-CRB*<br><br>*Jane Doe LS 355 v. Uber Technologies, Inc., et al., No. 3:24-cv-05887-CRB*<br><br>*Jane Doe LS 153 v. Uber Technologies, Inc., et al., No. 3:24-cv-06011-CRB* | **LEVIN SIMES PLAINTIFFS' OPPOSITION TO DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO AMENDED 10**<br><br>Judge: Honorable Charles R. Breyer<br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |



LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

I, Samira J. Bokaie, declare as follows:

1. I am an attorney who is duly licensed to practice law before all courts of the State of California. I am an attorney at the law firm Levin Simes LLP, and counsel of record for Jane Doe LSA and Jane Doe LS Plaintiffs in MDL No. 3084. I make this declaration of my personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

2. This declaration is made in support of Levin Simes Plaintiffs' Opposition to Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

3. Jane Doe LS 153 (MDLC ID 2351) produced Exhibit B to the Plaintiff Fact Sheet, Authorization to Disclose Psychiatric, Psychotherapy, and Mental Health Information on October 1, 2026.

4. In the case of Plaintiff Jane Doe LS 516 (MDLC ID 2363), counsel has told Uber that Plaintiff no longer has access to the responsive production and therefore cannot produce any records.

5. We have stated that we will work with Plaintiff Jane Doe LS 516 to produce an Amended Fact Sheet that reflects this. Plaintiff's counsel is diligently working to amend the Plaintiff Fact Sheet.

6. In the case of Plaintiff Jane Doe LS 355 (MDLC ID 2352), our office has communicated to Uber that even if an authorization was produced, there are no relevant records to order, which is consistent with the Plaintiff's other responses in her fact sheet.

7. Our office sent the missing authorization to Plaintiff Jane Doe LS 355 but has not yet been able to obtain her signature.

8. With respect to Plaintiff Jane Doe LS 320 (MDLC 1125) Plaintiff has produced all responsive documents that would be obtained with her signed authorization and informed Uber's counsel of this during the meet and confer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

Executed on October 15, 2026, in San Francisco, California.

Respectfully Submitted,

**LEVIN SIMES LLP**

*/s/ Samira J. Bokaie*
Samira J. Bokaie
*Attorney for LS Plaintiffs*