LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*Jane Doe LS 320 v. Uber Technologies, Inc., et al., No. 3:23-cv-04010-CRB*<br><br>*Jane Doe LS 516 v. Uber Technologies, Inc., et al., No. 3:24-cv-05829-CRB*<br><br>*Jane Doe LS 355 v. Uber Technologies, Inc., et al., No. 3:24-cv-05887-CRB*<br><br>*Jane Doe LS 153 v. Uber Technologies, Inc., et al., No. 3:24-cv-06011-CRB* | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Judge: Honorable Charles R. Breyer<br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

**[PROPOSED] ORDER**

Having considered Defendants' October 1, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10, the Court therefore hereby ORDERS as follows:

1. Defendants' Motion to Dismiss for Failure to Comply with Amended PTO 10 is DENIED as to Plaintiffs Jane Doe LS 320, Jane Doe LS 516, Jane Doe LS 355, and Jane Doe LS 153.

**IT IS SO ORDERED.**

DATED: _______________, 2026

_________________________________
HON. CHARLES R. BREYER
United States District Court Judge