# EXHIBIT 1

John P. Leader, Esq. (*pro hac vice application pending*)
**THE LEADER LAW FIRM**
405 West Cool Drive Suite 107
Tucson, AZ 85704
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Carmen S. Scott, Esq. (*admitted pro hac vice*)
Jessica F. Crowder, Esq. (*admitted pro hac vice*)
**MOTLEY RICE, LLC**
28 Bridgeside Blvd
Mount Pleasant, SC 29464
Phone: (843) 216-9160
Fax: (843) 216-9430
cscott@motleyrice.com
jcrowder@motleyrice.com

Alexandra A. Stulpin, Esq. (*pro hac vice application pending*)
**MOTLEY RICE, LLC**
1717 Arch Street
Suite 3610
Philadelphia, PA
astulpin@motleyrice.com
Phone: (267) 267-4742
Fax: (267) 267-4759

*Attorneys for Plaintiff Unknown Party*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>______________________________<br>This Document Relates to:<br><br>*Unknown Party v. Uber Technologies Inc.; Rasier, LLC; Ricky Rosales; and John Does 1-10*, No. 3:26-cv-11441-CRB. | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF CARMEN SCOTT IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**<br><br>Judge: Honorable Charles R. Breyer<br>Date: November 20, 2026<br>Time: 10:00 am<br>Courtroom: |

I, Carmen Scott, declare as follows:

1. I am counsel of record for Plaintiff Unknown Party, with Motley Rice, LLC. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiff's Motion for Remand.
2. Attached hereto as Exhibit 2 is a true and correct copy of the September 10, 2026 Order Staying Case by the United States District Court for the District of Arizona, now at Dkt. 14, 3:26-cv-11441-CRB.
3. Attached hereto as Exhibit 3 is a true and correct copy of the October 5, 2026 Certified MDL Transfer Order issued by the Judicial Panel on Multidistrict Litigation, now at Dkt. 15, 3:26-cv-11441-CRB.
4. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Motion to Vacate CTO-19 and the Memorandum filed in support thereof, originally filed before the Judicial Panel on Multidistrict Litigation on August 13, 2026, and now located at MDL 3084 Dkt. 241 and 241-1 through 241-4.
5. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Motion for Remand, originally filed before the United States District Court for the District of Arizona on August 12, 2026, now at Dkt. 7, 3:26-cv-11441-CRB.
6. Attached hereto as Exhibit 6 is Defendants' Opposition to Plaintiff's Motion for Remand, originally filed before the United States District Court for the District of Arizona on August 25, 2026, now at Dkt. 9, 3:26-cv-11441-CRB.
7. Attached hereto as Exhibit 7 is Plaintiff's Reply in Support of Plaintiff's Motion for Remand, originally filed before the United States District Court for the District of Arizona on August 28, 2026, now at Dkt. 10, 3:26-cv-11441-CRB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of October, at Mount Pleasant, South Carolina.

*/s/ Carmen S. Scott*
Carmen S. Scott