C. Brooks Cutter (SBN: 121407)
Jennifer S. Domer (SBN: 305822)
Celine E. Cutter (SBN: 312622)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone No.: 916-290-9400
Fax No.: 916-588-9330
E-Mail: bcutter@cutterlaw.com
jdomer@cutterlaw.com
ccutter@cutterlaw.com

*Attorneys for Plaintiff JANE ROE CL 184*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 184 v. Uber Technologies, Inc., et al., Case No. 3:25-cv-05855* | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), Plaintiff, Jane Roe CL 184, and the defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, hereby stipulate to the dismissal of this action with prejudice. Each party to bear their own costs and attorney fees.

DATED: October 9, 2026

CUTTER LAW P.C.

By: */s/ Jennifer S. Domer*
Jennifer S. Domer
*Attorney for Plaintiff, JANE ROE CL 184*

By: */s/ Christopher V. Cotton*
Christopher V. Cotton
*Attorney for Defendants, UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC*