**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**[AMENDED PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| This Document Relates to:<br><br>*Jane Doe LS 320 v. Uber Technologies, Inc., et al.*, No. 3:23-cv-04010-CRB,<br><br>*J.R.M. v. Uber Technologies, Inc., et al.*, No. 3:23-cv-05840-CRB,<br><br>*Jane Doe LS 516 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05829-CRB,<br><br>*Jane Doe LS 355 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05887-CRB,<br><br>*Jane Doe LS 153 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-06011-CRB,<br><br>*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-08177-CRB,<br><br>*Jane Doe NLG (M.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01714-CRB,<br><br>*Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05972-CRB,<br><br>*Jane Roe CL 191 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06607-CRB,<br><br>*Jane Doe NLG (H.D.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00690-CRB, | |

*T.R. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01926-CRB,

*Jane Roe CL 315 v. Uber Technologies, Inc., et al.*, 3:26-cv-03850-CRB,

*Jane Roe CL 338 v. Uber Technologies, Inc., et al.*, 3:26-cv-05513-CRB,

*Jane Doe PNA (A.A.) v. Uber Technologies, Inc., et al.*, 3:26-cv-05643-CRB,

*Jane Doe PNA (H.F.) v. Uber Technologies, Inc., et al.*, 3:26-cv-05673-CRB, and

*E.S. 4712 v. Uber Technologies, Inc., et al.*, 3:26-cv-06777-CRB.

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: ______________, 2026

______________________________
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number |
|---|---|
| 1125 | 3:23-cv-04010-CRB |
| 2363 | 3:24-cv-05829-CRB |
| 2352 | 3:24-cv-05887-CRB |
| 3470 | 3:24-cv-08177-CRB |
| 3014 | 3:25-cv-01714-CRB |
| 3752 | 3:25-cv-05972-CRB |
| 4019 | 3:26-cv-00690-CRB |
| 5017 | 3:26-cv-01926-CRB |
| 5683 | 3:26-cv-05513-CRB |
| 5771 | 3:26-cv-05643-CRB |
| 5788 | 3:26-cv-05673-CRB |
| 4712 | 3:26-cv-06777-CRB |