Hilgers PLLC
Michael Merriman, California Bar No. 234993
mmerriman@hilgerslaw.com
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: (619) 369-6232

Attorneys for Respondents Express Digital Services, LLC and Shawn Graft

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Uber Technologies, Inc. et al. v. Express Digital Services, LLC et al. Case No. 3:2026-cv-03008* | **NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL KELLY TWIGGER AND MICHAEL MERRIMAN** |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 11-5, counsel for Respondents Express Digital Services, LLC and Shawn Graft, respectfully request that the Clerk of this Court remove Kelly Twigger of ESI Attorneys LLC and Michael Merriman of Hilgers PLLC as attorneys of record in this matter, and further request that they be removed from the ECF service list.

The withdrawal will not delay or otherwise affect the proceedings in this matter, as Respondents Express Digital Services LLC and Shawn Graft's dispute regarding Defendants' Motion to Compel Compliance with Subpoenas has been resolved via stipulation approved by the Court. *See* Court's May 21, 2026 Order (Dkt. 6253). A [Proposed] Order Granting Withdrawal of Attorneys Kelly Twigger and Michael Merriman is attached as **Exhibit A.**

Date: October 22, 2026

Respectfully submitted,

*s/ Michael Merriman*
Michael Merriman
HILGERS PLLC
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: (619) 369-6232
Email: mmerriman@hilgerslaw.com

Kelly Twigger
ESI ATTORNEYS, LLC
2535 Table Mesa Drive
Boulder, CO 80305
Telephone: (720) 370-0435
Email: ktwigger@esiattorneys.com

*Counsel for Respondents Express Digital Services, LLC and Shawn Graft*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br>Hon. Charles R. Breyer |
| This Document Relates to:<br>*Uber Technologies, Inc. et al. v. Express Digital Services, LLC et al. Case No. 3:2026-cv-03008* | **[PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL KELLY TWIGGER AND MICHAEL MERRIMAN** |

**[PROPOSED]**

**ORDER GRANTING WITHDRAWAL OF ATTORNEYS KELLY TWIGGER AND MICHAEL MERRIMAN**

IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Kelly Twigger and Michael Merriman are permitted to withdraw from the above-captioned action.

IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed from the electronic filing notification for this case.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_________________________________
The Honorable Charles R. Breyer
United States District Judge