[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*<br>*N.D. Cal. No. 3:24-cv-08783*<br>*W.D. Tex. No. 1:26-cv-01694* | MDL No.: 3:23-MD-03084-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.,*<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), Plaintiff Jane Doe QLF 001 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants"), hereby stipulate to the voluntary dismissal of all claims of Plaintiff against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Pursuant to Pretrial Order No. 19, counsel for Plaintiff and counsel for Defendants certify that the common benefit assessment applicable to Plaintiff's claim has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the disbursement of any settlement proceeds to Plaintiff or to Plaintiff's counsel.

**IT IS SO STIPULATED.**

Dated: October 20, 2026

Respectfully submitted,

By: */s/ M. Kevin Queenan*

M. Kevin Queenan, TX SBN 16427150
Appearance pro hac vice
Carlos Lopez, TX SBN 24083414
Appearance pro hac vice
731 Station Drive
Arlington, Texas 76015
(817) 635-3333
(817) 635-4444 (fax)

*Attorneys for Plaintiff*
JANE DOE QLF 001

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
ccotton@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, And RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Christopher V. Cotton*
Christopher V. Cotton

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*JANE DOE QLF 001 v. Uber Technologies, Inc. et al., N.D. Cal. No. 3:24-cv-08783 W.D. Tex. No. 1:26-cv-01694* | MDL No.: 3:23-MD-03084-CRB<br><br>**[~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Charles R. Breyer |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JANE DOE QLF 001,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., *et al.,*<br><br>Defendants. | CASE NO. 26-CV-01694-CRB<br><br>Judge: Hon. Charles R. Breyer |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE CLAIMS OF PLAINTIFF JANE DOE QLF 001 ARE DISMISSED WITH PREJUDICE:

It is further ORDERED that the costs are hereby taxed against the party incurring same.

Dated: October 23, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE