UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBERTECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| **This Document Relates to:** | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| **K.K.02, an individual** | |
| Plaintiff, | Case No. 3:26-cv-00765-CRB |
| v. | |
| **UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC.** | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff K.K.02 and her counsel hereby give notice that the above-captioned action is voluntarily dismissed in its entirety without prejudice, against all Defendants.

Dated: October 23, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana

Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Telephone: 888.480.1123
Facsimile: 888.499.1123
Email: luhana@chaffinluhana.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused the foregoing document to be served on all counsel of record *via* the Court's ECF system.

s/ Roopal P. Luhana
Roopal P. Luhana