UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER SELECTING ADDITIONAL BELLWETHERS AND SETTING TRIAL WAVES** |

The Court has tried two bellwether cases (*Dean* and *Mensing*), and the *QLF 001* case settled after the jury was sworn. Following trial or settlement in the *A.R.2* case, the Court sets the following schedule for the next waves of bellwether cases. Cases have been grouped into waves for discovery and pre-trial scheduling. The Court intends to set a pretrial conference for all cases in each wave on the same date, with the expectation that all cases will be trial ready, and the Court may select one or more case to proceed, with others to follow should that case resolve, based on the Court's availability.

The parties are ordered to propose joint or competing schedules for the Trial Wave 2 by October 29. The parties are further ordered to complete a Rule 26(f) conference in each Wave 2 case and submit a report no later than November 5 that provides the parties' respective positions regarding limitations on discovery.

**TRIAL WAVE 2**

**Pretrial Conference: March 1, 2027**

| CASE NAME | CASE NUMBER | STATE OF ASSAULT | DATE OF ASSAULT |
|---|---|---|---|
| *G.C.* | 3:25-cv-03554 | Washington | 10/27/2024 |
| *C.I.* | 3:26-cv-01857 | Washington | 4/1/2023 |
| *J.J.01* | 3:26-cv-04914 | North Carolina | 7/20/2025 |
| *A.M.1* | 3:24-cv-01732 | New Jersey | 6/10/2022-6/11/2022 |

**TRIAL WAVE 3**

**Pretrial Conference: June 14, 2027**

| CASE NAME | CASE NUMBER | STATE OF ASSAULT | DATE OF ASSAULT |
|---|---|---|---|
| *M.O.* | 3:26-cv-05682 | Pennsylvania | 9/13/2024 |
| *T.R., as Parent and Legal Guardian of A.R.1, a Minor* | 3:24-cv-01827 | Pennsylvania | 3/13/2023 |
| *William Adorno, on behalf of his minor child, I.O.* | 3:23-cv-05101 | Arizona | 9/7/2022 |
| *LCHB128* | 3:24-cv-07019 | Arizona | 6/28/2024 |
| *L.S.* | 3:25-cv-03307 | Texas | 1/19/2025 |
| *L.M.* | 3:26-cv-08233 | Texas | 7/27/2024 |

**TRIAL WAVE 4**

**Pretrial Conference: October 1, 2027**

| CASE NAME | CASE NUMBER | STATE OF ASSAULT | DATE OF ASSAULT |
|---|---|---|---|
| *B.L.* | 3:25-cv-02400 | Illinois | 7/28/2023 |
| *L.B.* | 3:25-cv-08116 | Indiana | 10/13/2023 |
| *A.M.2* | 3:24-cv-06790 | Virginia | 12/30/2022 |
| *C.L.* | 3:23-cv-04972 | Maryland/Virginia | 8/28/2023 |
| *R.M.* | 3:26-cv-02694 | Tennessee | 10/1/2025 |

**IT IS SO ORDERED.**

Dated: ___________

Hon. Charles R. Breyer
United States District Judge