William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Levin Simes Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL LEVIN SIMES PLAINTIFFS | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |

# NOTICE OF DISASSOCIATION OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective October 16, 2026, attorney David M. Grimes, is no longer with Levin Simes LLP and is therefore no longer counsel of record for any Levin Simes Plaintiff(s). Levin Simes LLP remain as counsel of record for all Levin Simes Plaintiffs in this action and all other attorneys at the firm who have appeared on Plaintiff(s) behalf should continue to receive service of all filings in this action.

Dated: October 21, 2026

**LEVIN SIMES LLP**

*/s/ William A. Levin*

William A. Levin
Laurel L. Simes
Samira J. Bokaie
*Attorneys for Levin Simes Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *William A. Levin*
William A. Levin