DANA LIZIK (admitted *Pro Hac Vice*)
BASIL ADHAM (admitted *Pro Hac Vice*)
Johnson Law Group
3712 Autry Park Drive, Ste. 400
Houston, TX 77019
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Counsel for JLG Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*ALL ACTIONS* | **NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

**PLEASE TAKE NOTICE** that the business address for Dana Lizik and Basil Adham has changed to the following:

Dana Lizik
Basil Adham
Johnson Law Group
3712 Autry Park Drive, Ste. 400
Houston, TX 77019
The telephone number and email addresses remain unchanged.

It is respectfully requested that all service lists in this action be updated to reflect counsel's new contact information and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the new address.

Dated: October 27, 2026

Respectfully submitted,

*By: /s/ Dana Lizik*
Dana Lizik (TX SBN 24098007) *(Pro Hac Vice)*
Basil Adham (TX SBN 24081742) (*Pro Hac Vice*)
Johnson Law Group
3712 Autry Park Drive, Ste. 400
Houston, TX 77019
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Counsel for JLG Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Dana Lizik, hereby certify that the foregoing **NOTICE OF CHANGE OF ATTORNEY BUSINESS ADDRESS** was served on all parties via the Court's electronic service system on this day, October 27, 2026.

*/s/ Dana Lizik*
**Dana Lizik**
**Attorney for JLG Plaintiffs**