ROOPAL P. LUHANA (*admitted Pro Hac Vice)*
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>J.J.02, an Individual, v. Uber Technologies, Inc., et al.; 3:26-cv-06107-CRB | **PLAINTIFF J.J.02'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASE FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6-17th Floor |

On October 14, 2026, Defendants filed a Motion to Dismiss the above-captioned case for failure to comply with Pretrial Order ("PTO") No. 10. *See Docket No. 7806*. PTO 10 establishes procedures and deadlines related to the production of Plaintiff Fact Sheets. *See Docket No. 348*.

This matter was identified as a dual representation on June 30, 2026. The two matters identified were J.J.02 (3:26-cv-05606) and J.J.02 (3:26-cv-06107). The dual representation was resolved, and on August 5, 2026, undersigned counsel filed a Notice of Voluntary Dismissal

pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Plaintiff J.J.02, 3:26-cv-06107. Therefore, Defendants' Motion to Dismiss this case is moot because there is no live case to dismiss and this matter should have already been closed. Moreover, the surviving action, J.J.02 (3:26-cv-05606), has complied with the requirements of PTO 10.

For these reasons, Defendants' Motion to Dismiss should be denied.

Dated: October 28, 2026

Respectfully submitted,

By: */s/ Roopal P. Luhana*
ROOPAL P. LUHANA (*admitted PHV)*
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically transmitted the foregoing **NOTICE OF DISMISSAL** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Roopal P. Luhana*
Roopal P. Luhana