Roopal P. Luhana (*admitted Pro Hac Vice)*
**Chaffin Luhana LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>J.J.02, an Individual, v. Uber Technologies, Inc., et al.; 3:26-cv-06107-CRB | **DECLARATION OF ROOPAL P. LUHANA IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**<br><br>Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6-17th Floor |

I, Roopal P. Luhana, declare:

1. I am a partner in the law firm of Chaffin Luhana LLP, and counsel for Plaintiff in the above-captioned matter. I am a member of the State Bar of New York and am admitted to practice pro hac vice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Cases For Failure to Comply with Amended PTO 10.

3. This matter was improperly included on Defendants' October 14, 2026 Motion to Dismiss Cases for Failure to Comply with Amended PTO 10.

4. The instant matter was identified as a dual representation on June 30, 2026. The two matters identified as a dual representation were J.J.02 (3:26-cv-05606) and J.J.02 (3:26-cv-06107).

5. The dual representation was resolved, and on August 5, 2026, undersigned counsel filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) in J.J.02 (3:26-cv-06107).

6. Now, however, J.J.02 (3:26-cv-06107), despite already being voluntarily dismissed, is listed as non-compliant with PTO 10 in Defendants' October 14, 2026 Motion. The instant matter seemingly was inadvertently included.

7. Defendants' Motion to Dismiss this case is moot because there is no live case to dismiss and this matter should have already been closed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 28, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana
ROOPAL P. LUHANA (*admitted PHV)*
**Chaffin Luhana LLP**
600 Third Avenue
12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
Email: luhana@chaffinluhana.com

*Counsel for Plaintiff*