UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| J.J.02, an individual, 3:26-cv-06107-CRB | |
| Plaintiff, | Case No. 3:23-md-03084-CRB |
| v. | |
| UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC. | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff J.J.02 hereby voluntarily dismisses this action without prejudice upon notification of their duplicately filed claims. The Plaintiff will continue their respective claim in the other filed matter.

Dated: October 29, 2026

Respectfully submitted,

By: /s/ Roopal P. Luhana

Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Telephone: 888.480.1123
Facsimile: 888.499.1123
Email: luhana@chaffinluhana.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I caused the foregoing document to be served on all counsel of record *via* the Court's ECF system.

s/ *Roopal P. Luhana*
Roopal P. Luhana