Adam M. Shoshtari (SBN 336510)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 506-1787
adam.shoshtari@nelsonmullins.com

Veronica G. Gromada (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE: PARTIES' MODIFIED PTO 8 SUBMISSION REGARDING CERTAIN THIRD PARTY SUBPOENAS**<br><br>Magistrate Judge Lisa J. Cisneros<br><br>Courtroom: G – 15th Floor |

**STIPULATION**

WHEREAS, on September 10, 2026, Judge Breyer ordered that Uber shall not access, use, or disseminate document productions from third-party subpoena recipients Mass Tort Ad Agency ("MTAA"), Blue Sky Media LLC ("Blue Sky"), and Isla Marketing d/b/a LegalCove.com ("Isla") while Plaintiffs review the productions and the parties resolve any disputes over the subpoenas with Judge Cisneros, ECF 7297;

WHEREAS, the parties have met and conferred and reached an impasse regarding the subpoenas at issue;

WHEREAS, the parties have agreed to a modified PTO 8 submission, with the briefing schedule and expanded page limitations set forth below;

WHEREAS, the agreement was previewed for the Court during the October 29, 2026 discovery status conference, with the parties expressing consensus that additional pages of briefing and time are warranted;

WHEREAS, the parties have now reached an agreement regarding the format of the anticipated submission that will be presented to Judge Cisneros to address these issues;

THEREFORE, the parties stipulate and respectfully request that the Court enter the following schedule for PTO 8 briefing on this issue:

| Action | Date |
|---|---|
| Plaintiffs serve their portion | Tuesday, Nov. 3, 2026, by Noon PT |
| Uber serves its portion | Monday, Nov. 9, 2026, by Noon PT |
| The parties complete final edits | Wednesday, Nov. 11, 2026, by 1:00 p.m. PT |
| The parties file the joint submission | Wednesday, Nov. 11, 2026, by 5:00 p.m. PT |

The parties also agree that the page limit for this PTO 8 submission will be 12 pages, single spaced, with 6 pages for each party.

IT IS SO STIPULATED.

Dated: October 30, 2026

SIMMONS HANLY CONROY LLP

By: */s/ Jenny Paulson*

Jenny Paulson (admitted *Pro Hac Vice*)
One Court Street
Alton, Illinois 62002
(618) 693-3104
jpaulson@simmonsfirm.com

*Attorney for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Veronica G. Gromada*

Veronica G. Gromada (admitted *Pro Hac Vice*)
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorney for Defendants UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC*

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulation and enters the schedule below to govern the parties' submissions regarding third party subpoenas pursuant to PTO 8.

| Action | Date |
|---|---|
| Plaintiffs serve their portion | Tuesday, Nov. 3, 2026, by Noon PT |
| Uber serves its portion | Monday, Nov. 9, 2026, by Noon PT |
| The parties complete final edits | Wednesday, Nov. 11, 2026, by 1:00 p.m. PT |
| The parties file the joint submission | Wednesday, Nov. 11, 2026, by 5:00 p.m. PT |

The page limit for this PTO 8 submission will be 12 pages, single spaced, with 6 pages for each party.

**IT IS SO ORDERED.**

Dated: _______________, 2026

______________________________
HON. LISA J. CISNEROS
United States Magistrate Judge

**PROOF OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *<u>/s/ Veronica G. Gromada</u>*
Veronica G. Gromada