[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*JANE DOE QLF 001 v. Uber Technologies, Inc. et al.,*
*N.D. Cal. No. 3:24-cv-08783*
*W.D. Tex. No. 1:26-cv-01694*

CASE NO. 3:23-MD-03084-CRB

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR *QLF 001* SEALING BRIEFING**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

JANE DOE QLF 001,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

CASE NO. 26-CV-01694-CRB

Judge: Hon. Charles R. Breyer

WHEREAS, on September 11, 2026, the Court entered the Parties' Stipulated Order to Permit Provisional Filing Under Seal and to Set a Schedule for Post-Trial Briefing re *QLF 001* Sealing ("Stipulated Order"). ECF 7312.

WHEREAS, the Stipulated Order provided that the Parties would (1) file omnibus motions to seal addressing the *QLF 001* Pretrial Briefing by November 10, 2026; and (2) file in the public record any documents previously filed provisionally under seal that the Parties no longer seek to seal, along with an index to those documents, no later than November 17, 2026.

WHEREAS, the *QLF 001* case settled before the Court ruled on certain of the pretrial motions, including the *Daubert* and other expert-related motions.

WHEREAS, because the Court did not rule on those motions and will not do so, the materials attached to them were not relied upon in any adjudication by the Court, and sealing briefing as to those materials would expend the resources of the Parties and the Court without serving any meaningful purpose.

WHEREAS, the Parties therefore agree that materials attached to motions that the Court did not rule upon prior to settlement, and that are not cited in other motions that the Court did rule upon, should remain under seal without further sealing briefing.

WHEREAS, the Parties' agreement regarding materials associated with the un-ruled-upon motions reflects a compromise intended to reduce the number of filings before the Court, and shall not be construed as an admission or agreement by any Party that any particular document is or is not confidential or sealable, or that materials not subject to a Court order are automatically moot or sealable; the Parties reserve all rights with respect to those issues.

WHEREAS, the Parties have been working diligently to review the provisionally sealed materials and to meet and confer regarding the documents provisionally filed under seal in connection with the *QLF 001* Pretrial Briefing.

WHEREAS, the Parties agree that in order to permit sufficient time to conclude the meet-and-confer process, to exchange proposed redactions, to allow for client review of those redactions, to narrow any disputes that must be briefed to the Court, and to prepare and finalize their filings, the deadlines set by the Stipulated Order should be extended.

WHEREAS, the requested extension will have no bearing on the rest of the case schedule.

THEREFORE, the Parties respectfully request that the Court enter their stipulation (1) extending the deadline for the omnibus motions to seal to December 15, 2026; (2) extending the deadline to file documents in the public record to December 21, 2026; and (3) ordering that those materials attached to motions that the Court did not rule upon prior to settlement and not cited in other motions that the Court did rule upon shall remain under seal without further sealing briefing.

**IT IS SO STIPULATED.**

DATED: November 3, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: November 3, 2026

*/s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: November __, 2026

____________________________________
Honorable Charles R. Breyer
United States District Judge