[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R. v. Uber Technologies, Inc., et al., No. 3:24-cv-07821*

CASE NO. 3:23-MD-03084-CRB

**STIPULATION AND [PROPOSED] ORDER TO PERMIT PROVISIONAL FILING UNDER SEAL AND TO SET A SCHEDULE FOR POST-TRIAL BRIEFING RE *A.R.2* SEALING**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

WHEREAS, the *A.R.2* Scheduling Order provides that the parties will brief Motions for Summary Judgment, *Daubert* Motions, Motions in Limine, Rule 412 Motions, and other pretrial briefing (collectively, the "*A.R.2* Pretrial Briefing") in the coming weeks.

WHEREAS, the *A.R.2* Pretrial Briefing will include voluminous and, in some cases, lengthy exhibits that have been designated confidential by the parties or that otherwise include the parties' confidential information and/or confidential information of third parties/non-parties.

WHEREAS, in the interests of efficiency, the Court previously permitted provisional filing under seal in connection with the *Dean* Rule 702 motion briefing and the *QLF 001* Pretrial Briefing. ECF Nos. 4332 and 7312.

WHEREAS, as with the *Dean* and *QLF 001* sealing briefing, the scope of sealing that will be appropriate in connection with the *A.R.2* Pretrial Briefing may be affected by what material is made public in the *A.R.2* trial.

THEREFORE, the parties respectfully request that the Court enter the parties' stipulation permitting the parties to: (1) file confidential exhibits related to the *A.R.2* Pretrial Briefing provisionally under seal and to make limited corresponding redactions to the Pretrial Briefing as necessary; (2) file omnibus motions to seal addressing the *A.R.2* Pretrial Briefing in light of public disclosures through the *A.R.2* trial and elsewhere no later than March 16, 2027; and (3) file in the public record any documents previously filed provisionally under seal that the parties no longer seek to seal, along with an index to those documents, no later than March 23, 2027.

**IT IS SO STIPULATED.**

DATED: November 3 2026

Respectfully submitted,

*/s/ Elizabeth A. Larsen*

Elizabeth A. Larsen (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2713
beth.larsen@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: November 3, 2026

*/s/ Andrew R. Kaufman*

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 3, 2026

*<u>/s/ Elizabeth A. Larsen</u>*
Elizabeth A. Larsen

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: November __, 2026

____________________________________
Honorable Charles R. Breyer
United States District Judge