**Verona E. Swanigan (CABN 246332)**
THE SWANIGAN FIRM
425 W. Capitol Ave., Ste. 1533
Little Rock, AR 72201
Telephone: (866) 603-5239
Email: callthelawlady@outlook.com

*Attorneys for Plaintiff and Counter-Defendant Winter McClain*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WINTER McCLAIN,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; and VINCENT I. GERAGE, an individual,<br><br>Defendants.<br><br>VINCENT I. GERAGE,<br><br>Counter-Claimant. | Case No. 3:26-cv-03007-CRB<br><br>MDL No. 3084 (Lead Case No. 3:23-md-03084-CRB)<br><br>This Document Relates To:<br>McClain v. Uber Technologies, Inc., et al., No. 3:26-cv-03007-CRB<br><br>**DECLARATION OF VERONA E. SWANIGAN IN SUPPORT OF MOTION TO DISMISS THE COUNTERCLAIM OF DEFENDANT VINCENT I. GERAGE (ECF No. 22)**<br><br>Date: January 15, 2027<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor (Zoom)<br>Judge: Hon. Charles R. Breyer |

I, Verona E. Swanigan, declare as follows:

1. I am an attorney licensed to practice law in the State of California (CABN 246332) and before this Court, and I am counsel of record for Plaintiff and Counter-Defendant Winter McClain in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I submit this declaration in support of Plaintiff and Counter-Defendant Winter

McClain's Motion to Dismiss the Counterclaim of Defendant Vincent I. Gerage (ECF No. 22) and her Request for Judicial Notice.

3. Attached as Exhibit 1 is a true and correct copy of the Chicago Police Department Original Case Incident Report concerning the December 31, 2023 incident described in the Complaint, which the Chicago Police Department produced to my office in response to a subpoena on or about December 15, 2025.

4. To protect personal identifiers and sensitive information, including information subject to Fed. R. Civ. P. 5.2, my office redacted Exhibit 1 so that the only information that remains visible is Plaintiff's name, the date of occurrence, and the report's references to the "uber driver" and "UNK, Vincent." No other changes were made to the document. An unredacted copy will be made available to the Court for in camera review upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2026, at Little Rock, Arkansas.

/s/ Verona Swanigan
Verona E. Swanigan (CABN 246332)
THE SWANIGAN FIRM