**Verona E. Swanigan (CABN 246332)**
THE SWANIGAN FIRM
425 W. Capitol Ave., Ste. 1533
Little Rock, AR 72201
Telephone: (866) 603-5239
Email: callthelawlady@outlook.com

*Attorneys for Plaintiff and Counter-Defendant Winter McClain*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WINTER McCLAIN,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; and VINCENT I. GERAGE, an individual,<br><br>Defendants.<br><br>VINCENT I. GERAGE,<br><br>Counter-Claimant. | Case No. 3:26-cv-03007-CRB<br><br>MDL No. 3084 (Lead Case No. 3:23-md-03084-CRB)<br><br>This Document Relates To:<br>McClain v. Uber Technologies, Inc., et al., No. 3:26-cv-03007-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS THE COUNTERCLAIM OF DEFENDANT VINCENT I. GERAGE (ECF No. 22)**<br><br>Date: January 15, 2027<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor (Zoom)<br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff and Counter-Defendant Winter McClain's Motion to Dismiss the Counterclaim of Defendant Vincent I. Gerage (ECF No. 22), and all papers filed in support of and in opposition to the Motion, and good cause appearing, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The Counterclaim of Defendant Vincent I. Gerage is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this ____ day of ____________, 20__.

______________________________
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE