**Verona E. Swanigan (CABN 246332)**
THE SWANIGAN FIRM
425 W. Capitol Ave., Ste. 1533
Little Rock, AR 72201
Telephone: (866) 603-5239
Email: callthelawlady@outlook.com
*Attorneys for Plaintiff and Counter-Defendant Winter McClain*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WINTER McCLAIN,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; and VINCENT I. GERAGE, an individual,<br><br>Defendants.<br><br>VINCENT I. GERAGE,<br><br>Counter-Claimant. | Case No. 3:26-cv-03007-CRB<br><br>MDL No. 3084 (Lead Case No. 3:23-md-03084-CRB)<br><br>This Document Relates To:<br>McClain v. Uber Technologies, Inc., et al., No. 3:26-cv-03007-CRB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COUNTERCLAIM OF DEFENDANT VINCENT I. GERAGE (ECF No. 22)**<br><br>Date: January 15, 2027<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor (Zoom)<br>Judge: Hon. Charles R. Breyer |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Evidence 201, Plaintiff and Counter-Defendant Winter McClain respectfully requests that the Court take judicial notice of Exhibit 1 to the concurrently filed Declaration of Verona E. Swanigan, a redacted copy of the Chicago Police Department Original Case Incident Report concerning the December 31, 2023 incident alleged in the Complaint. Plaintiff requests notice for two limited purposes only: (1) the fact that a report was made to the Chicago Police Department, and (2) the date of the reported occurrence, December

31, 2023. Plaintiff does not ask the Court to accept the truth of any statement contained in the report.

**LEGAL STANDARD**

A court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). In ruling on a motion under Rule 12(b)(6), a court may consider matters properly subject to judicial notice without converting the motion into one for summary judgment. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-99 (9th Cir. 2018). A court may notice the existence of a public record, but not the truth of disputed facts recited in it. *Lee*, 250 F.3d at 689-90; *Khoja*, 899 F.3d at 999. A court may also consider a document under the incorporation-by-reference doctrine where the pleading refers extensively to the document, or the document forms the basis of the claim. *Khoja*, 899 F.3d at 1002.

**ARGUMENT**

Exhibit 1 is a record of a municipal law enforcement agency, produced by the Chicago Police Department in response to a subpoena. Swanigan Decl. ¶ 3. Its existence and the date of the reported occurrence can be accurately and readily determined from the record itself and are not subject to reasonable dispute. Plaintiff offers it only to establish that a report was made and when the reported events occurred, facts relevant to the statute-of-limitations argument in the Motion. It is also shown to show that the report is not public information and was not published as required for defamation.

Judicial notice is also appropriate because the Counterclaim itself rests on the report. The Counterclaim alleges that Plaintiff "falsely reported" acts to the police and asserts a claim for "filing a false police report." ECF No. 22 at 4. It is also relevant to the defamation claim. Because the report forms the basis of that claim, the Court may also consider it under the incorporation-by-reference doctrine. *Khoja*, 899 F.3d at 1002.

For these reasons, Plaintiff respectfully requests that the Court take judicial notice of Exhibit 1 for the limited purposes stated above.

Dated: November 3, 2026

Respectfully submitted,

By: /s/ Verona E. Swanigan

Verona E. Swanigan (CABN 246332)
THE SWANIGAN FIRM
425 W. Capitol Ave., Ste. 1533
Little Rock, AR 72201
Telephone: (866) 603-5239
Email: callthelawlady@outlook.com

Attorneys for Plaintiff and Counter-Defendant Winter McClain