# EXHIBIT 1

# REDACTED CHICAGO POLICE DEPARTMENT ORIGINAL CASE INCIDENT REPORT

[redacted] 31 December 2023 [redacted] 31 December 2023 [redacted]

MCCLAIN, Winter [redacted]

UNK, Vincent [redacted]

MCCLAIN, Winter [redacted] UNK, Vincent [redacted]

[redacted]

Unk, Vincent

UNK, VINCENT

[redacted]

[redacted] MCCLAIN, WINTER [redacted] MCCLAIN,
WINTER [redacted] MCCLAIN, WINTER [redacted] MCCLAIN, WINTER [redacted] MCCLAIN, WINTER [redacted] uber driver [redacted]
MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted]
MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted] MCCLAIN, WINTER [redacted] UNK,
VINCENT [redacted] MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted] UNK, VINCENT [redacted] MCCLAIN, WINTER [redacted] MCCLAIN, WINTER [redacted] MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted] MCCLAIN, WINTER [redacted] MCCLAIN, WINTER [redacted] MCCLAIN,
WINTER [redacted] MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted] UNK, VINCENT [redacted] MCCLAIN, WINTER [redacted]
MCCLAIN, WINTER [redacted] UNK, VINCENT [redacted]

MCCLAIN, WINTER [redacted]
MCCLAIN, WINTER [redacted]