CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL** |
| This Document Relates to: | Judge Charles R. Breyer |
| *ALL CASES* | Courtroom: 6 – 17th Floor |

**NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Christopher V. Cotton, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, is no longer affiliated with the firm of SHOOK, HARDY & BACON L.L.P. and has changed his law firm affiliation to NELSON MULLINS RILEY & SCARBOROUGH LLP.

New contact information is as follows:

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

Dated: November 4, 2026

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**PROOF OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *<u>/s/ Christopher V. Cotton</u>*
Christopher V. Cotton