ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*DB M.B.R. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08262-CRB

*Reeder v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06300-CRB

Case No. 3:23-md-03084-CRB

**DEFENDANTS UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS DUPLICATE CASES**

Date: November 20, 2026
Time: 10:00 a.m.
Courtroom: 6 – 17th Floor

**MEMORANDUM OF POINTS AND AUTHORITIES**

In their Motion to Dismiss Duplicate Cases, Uber showed that Plaintiff DB M.B.R. filed two duplicate actions in this MDL, dealing with the same alleged incident on the same date and in the same location. ECF 7804. When Uber notified counsel for the later-filed action at The ClaimBridge of the duplication, counsel was not responsive, even after Uber provided notice of its intent to seek dismissal of the duplicate (and therefore frivolous) action and request attorneys' fees incurred in the preparation of the Motion. Counsel had more than 21 days withdraw its frivolous action before Uber filed the Motion, but did not do so.

Counsel has continued to ignore its obligation to avoid frivolous filings by failing to even respond to Uber's Motion. The failure to respond may be interpreted as non-opposition. *George v. United States*, 901 F.Supp.2d 1179, 1188 (N.D. Cal. 2012). Moreover, unopposed motions can be granted as a sanction under Rule 41. *Sotodeh v. City of South El-Monte*, No. 24-3848, 2025 WL 1409493, at *2 (9th Cir. May 15, 2025). The same is true of requests for fees and costs. *See Nevada Fleet, LLC v. Fed. Express Corp.*, No. 2:17-cv-1732, 2025 WL 1664813, at *3 (E.D. Cal. June 12, 2025). Thus, because Plaintiff compounded the filing of a duplicative and frivolous action by refusing to acknowledge or remedy the mistake without this Court's intervention, Uber's Motion should be granted, Plaintiff's later-filed action dismissed, and attorneys' fees awarded in the amount of $5,978.

Dated: November 4, 2026

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Christopher V. Cotton*

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC

**PROOF OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Christopher V. Cotton*
Christopher V. Cotton