VERONICA G. GROMADA (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL** |
| This Document Relates to: | Judge Charles R. Breyer |
| *ALL CASES* | Courtroom: 6 – 17th Floor |

**NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Veronica G. Gromada, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, is no longer affiliated with the firm of SHOOK, HARDY & BACON L.L.P. and has changed his law firm affiliation to NELSON MULLINS RILEY & SCARBOROUGH LLP.

New contact information is as follows:

VERONICA G. GROMADA (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

Dated: November 5, 2026

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Veronica G. Gromada*

VERONICA G. GROMADA (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**PROOF OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *<u>/s/ Veronica G. Gromada</u>*
Veronica G. Gromada