John P. Leader, Esq. (*pro hac vice application pending*)
**THE LEADER LAW FIRM**
405 West Cool Drive Suite 107
Tucson, AZ 85704
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Carmen S. Scott, Esq. (*admitted pro hac vice*)
Jessica F. Crowder, Esq. (*admitted pro hac vice*)
**MOTLEY RICE, LLC**
28 Bridgeside Blvd
Mount Pleasant, SC 29464
Phone: (843) 216-9160
Fax: (843) 216-9430
cscott@motleyrice.com
jcrowder@motleyrice.com

Alexandra A. Stulpin, Esq. (*admitted pro hac vice*)
**MOTLEY RICE, LLC**
1717 Arch Street
Suite 3610
Philadelphia, PA
astulpin@motleyrice.com
Phone: (267) 267-4742
Fax: (267) 267-4759

*Attorneys for Plaintiff Unknown Party*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_______________<br>This Document Relates to:<br><br>*Unknown Party v. Uber Technologies Inc.; Rasier, LLC; Ricky Rosales; and John Does 1-10*, No. 3:26-cv-11441-CRB. | Case No. 3:23-md-03084-CRB<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR REMAND**<br><br>Judge: Honorable Charles R. Breyer<br>Date: December 18, 2026<br>Time: 10:00 am<br>Courtroom: Videoconference Only |

As all parties have expressly incorporated their prior briefing on remand as filed before the transferor court (attached to Plaintiff's Motion for Remand (ECF No. 23 in 3:26-cv-11441-CRB) as Exhibits 5–7 (ECF No. 23-5 through 23-7)), Plaintiff does not repeat those arguments here. To the extent that Defendants' reliance on *Big3 LLC v. Al-Rumaihi* and *Cumming v. Mohamed* is intended to suggest that those cases bear on the dispute presented here, they do not. No. CV 18-3466, 2018 WL 11470406, at *2-3 (C.D. Cal. Nov. 29, 2018); No. 14-CV-03455, 2014 WL 4802634, at *2-3 (N.D. Cal. Sept. 26, 2014). As Plaintiff previously explained, (ECF No. 23-7, at 6), both cases are materially distinguishable because each involved multiple alien parties that were not lawful permanent residents, whereas here, the sole non-citizen party is a lawful permanent resident. Accordingly, the application of 28 U.S.C. § 1332 in those cases, under materially different circumstances, cannot be meaningfully analogized to this case.

For these reasons, and those reasons set forth in Plaintiff's incorporated briefing, Plaintiff respectfully requests that this Court remand this matter to the Pima County Superior Court for the State of Arizona for further proceedings.

Dated: November 6, 2026

By: /s/ *Carmen S. Scott*

Carmen S. Scott, Esq.
**MOTLEY RICE, LLC**
28 Bridgeside Blvd
Mount Pleasant, SC 29464
Phone: (843) 216-9160
Fax: (843) 216-9430
cscott@motleyrice.com

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

By: /s/ *Carmen S. Scott*
Carmen S. Scott