PATRICK OOT (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
901 15th Street NW, Suite 1200
Washington, DC 20005
(202) 689-2938
patrick.oot@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No. 3:23-md-03084-CRB<br><br>**NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL**<br><br>Judge Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

**NOTICE OF CHANGE OF ADDRESS AND OF LAW FIRM AFFILIATION OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Patrick Oot, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC, is no longer affiliated with the firm of SHOOK, HARDY & BACON L.L.P. and has changed his law firm affiliation to NELSON MULLINS RILEY & SCARBOROUGH LLP.

New contact information is as follows:

PATRICK OOT (admitted *Pro Hac Vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
(202) 689-2938
patrick.oot@nelsonmullins.com

Dated: November 10, 2026

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Patrick Oot*

PATRICK OOT (admitted *Pro Hac Vice*)
901 15th Street NW, Suite 1200
Washington, DC 20005
(202) 689-2938
patrick.oot@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**PROOF OF SERVICE**

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Patrick Oot*
Patrick Oot