Arati Furness (CA Bar No. 225435)
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax Number: (214) 890-0712
Email: afurness@ntrial.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | **MDL No. 3084** |
| | **Honorable Charles R. Breyer** |
| **This Document Relates to:** | **Case No. 3:23-md-03084** |
| *Jane Doe NLG (TB.1) v. Uber Technologies, Inc., et al., No. 3:26-cv-04120-CRB* | |
| *Jane Doe NLG (443621) v. Uber Technologies, Inc., et al., No. 3:26-cv-08764* | |
| *Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al., No. 3:26-cv-02405-CRB* | |
| *Jane Doe (T.A.) v. Uber Technologies, Inc., et al., No. 3:24-cv-04311-CRB* | |
| *Jane Doe NLG (Y.H.) v. Uber Technologies, Inc., et al., No. 3:25-cv-08742-CRB* | |

**STIPULATION TO DISMISS**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), Plaintiffs Jane Doe NLG (TB.1), Jane Doe NLG (443621), Jane Doe NLG (L.W.), Jane Doe (T.A.), Jane Doe NLG (Y.H.), and the Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC, hereby stipulate to

the dismissal of these cases with prejudice. Each party to bear their own costs and attorney fees.

Dated: November 9, 2026

**NACHAWATI LAW GROUP**

*/s/ Arati Furness*
Arati Furness (CA Bar No. 225435)
5489 Blair Road
Dallas, Texas 75231
Phone: (214) 890-0711
Direct: (310) 743-2803
afurness@ntrial.com

**COUNSEL FOR PLAINTIFF**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Christopher V. Cotton*
Christopher V. Cotton (admitted *Pro Hac Vice)*
ccotton@shb.com
One Kansas City Place
1200 Main Street, Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RAISER, LLC and RAISER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record as maintained in the CM/ECF electronic system.

Dated: November 9, 2026

*/s/ Arati Furness*
Arati Furness