[*Submitting counsel below*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor (videoconference)<br>Date: October 16, 2026<br>Time: 11:00 a.m. |

**JOINT CASE MANAGEMENT STATEMENT**

Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC (collectively, "Uber"), and Plaintiffs' Co-Lead Counsel (collectively referred to herein as "the Parties"), respectfully provide this Joint Case Management Conference Statement and Proposed Agenda in advance of the Case Management Conference scheduled for November 16, 2026.

**Proposed Agenda**

I. **Status of Case Filings**
II. **General Discovery Updates**
III. **Ninth Circuit Update**
IV. **Bellwether Trial Waves**
V. **Modification to Defense Fact Sheet**
VI. **Common Benefit Special Master**
VII. **Resolution / Mediation**
VIII. **Pending Motions Under Submission**
IX. **Next Case Management Conference**

## I. STATUS OF CASE FILINGS

### A. Number of MDL Case Filings

As of November 9, 2026, there are 4,400 cases in this MDL, with more than 347 new filings and 17 dismissals since the last case management conference. Uber alleges that of these 4,400 filed claims, a substantial percentage have been resolved, are subject to dismissal motions (*see* Section I(A)), or are otherwise fundamentally deficient (e.g., they are not connected to a trip arranged on the Uber app).

The following chart provides further detail on the status of the case docket. Additionally, the Parties are working to reconcile their records of dismissals and expect to provide those to the Court prior to the status conference.

| | |
|---|---|
| **No. of Active MDL Cases**<br>*Includes cases pending dismissal or resolution but that remain on the docket* | 4,400 |

| | |
|---|---|
| **No. of Active MDL Cases in which Uber has Requested Dismissal Without Prejudice**<br>*Includes cases subject to pending dismissal motions before the Court*<br>**ECF Nos. 5891, 5914, 5915, 5989, 6192, 6350, 6420, 6468, 6586, 6785, 6979, 7074, 7638, 7804, 7806* | 185* |
| **No. of Active MDL Cases Dismissed Without Prejudice and in which Uber has Requested Conversion to Dismissal With Prejudice**<br>*Includes cases subject to pending conversion motions before the Court*<br>* **ECF No. 6340* | 155** |
| **No. of MDL Cases Dismissed With Prejudice on Any Grounds**<br>*MDL cases dismissed with prejudice to date* | 971 |
| **No. of Active MDL Cases Subject to Settlement**<br>*MDL cases subject to settlement that remain on the docket* | 317 |

### B. Status of JCCP

Approximately 641 cases are pending in the JCCP and 73 are subject to settlements but remain on the docket.

### C. Other Cases and Proceedings

Uber has provided a current list of civil actions arising from allegations of sexual assault on the Uber platform in which Uber is a defendant, attached as Exhibit A.

## II. GENERAL DISCOVERY UPDATES

The Parties will submit a PTO 8 brief regarding disputes over third-party subpoenas (Mass Tort Ad Agency, Blue Sky Media LLC, and Isla Marking d/b/a LegalCove.com) to Judge Cisneros on November 11, 2026. ECF Nos. 8158 and 8171.

## III. NINTH CIRCUIT UPDATE

The Ninth Circuit heard oral argument on Uber's petition for writ of mandamus on October 28, 2026.

## IV. BELLWETHER TRIAL WAVES

At the last Case Management Conference, the Court ordered the Parties to submit Bellwether Grouping Process proposals by October 23, 2026. ECF No. 7854. The Parties submitted their proposals to the Court at ECF Nos. 8079 and 8080.

## V. MODIFICATION TO DEFENSE FACT SHEET

Plaintiff has proposed further amendments to the Defense Fact Sheet and raised those to Defendants on November 9. The Parties will meet and confer about next steps.

## VI. COMMON BENEFIT SPECIAL MASTER

### A. Plaintiff's Position

Plaintiffs have conferred with JCCP leadership and have jointly agreed to seek appointment of Cathy Yanni as a Special Master to address any disputes regarding common benefit allocations. Plaintiffs in both proceedings intend to propose parallel orders in short order.

### B. Uber's Position

Uber is evaluating Plaintiff's position and will provide a position by the Case Management Conference.

## VII. RESOLUTION / MEDIATION

The parties continue to meet with Special Master, Randi Ellis, to discuss the potential for resolution.

## VIII. PENDING MOTIONS UNDER SUBMISSION FOR MORE THAN 120 DAYS

### A. Uber's Position

Uber respectfully requests that the Court set a hearing date for Uber's post-trial renewed motion for judgment as a matter of law or alternatively for a new trial in *Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 23-cv-06708. On October 5, 2026, Defendants submitted a notice pursuant to Rule 7-13 identifying that the motion has been under submission for well over 120 days, and submitting that resolution of that motion is necessary for *Dean* to function as a bellwether trial in this MDL proceeding, and to enable any appellate proceedings to commence. ECF No. 7666.

As of November 9, 2026, the below motions have been under submission before this Court for more than 120 days.

| ECF # | Date Filed | Days Since Fully Briefed | Motion Description |
|---|---|---|---|
| 5891 | 4/15/2026 | 187 | Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 |

| ECF # | Date Filed | Days Since Fully Briefed | Motion Description |
|---|---|---|---|
| 5914 | 4/17/2026 | 185 | Motion to Dismiss Cases for Failure to Comply with PTO 5 |
| 5915 | 4/17/2026 | 185 | Motion to Dismiss Cases for Failure to Comply with PTO 31 |
| 5989 | 4/27/2026 | 175 | Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 |
| 6192 | 5/13/2026 | 159 | Motion to Dismiss for Failure to Comply with Show-Cause Orders and to Convert Orders of Dismissal Without Prejudice |
| 6340 | 5/29/2026 | 140 | Motion to Convert Orders of Dismissal Without Prejudice to Orders of Dismissal With Prejudice |
| 6350 | 6/1/2026 | 140 | Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 |
| 6420 | 6/5/2026 | 133 | Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 |
| 6468 | 6/12/2026 | 130 | Motion to Dismiss Cases for Failure to Comply with PTO 5 |

**B. Plaintiffs' Position**

Plaintiffs take no position on whether a hearing is necessary to resolve the *Dean* post-trial motion in light of the extensive argument already presented to the Court on the issues raised by the motion.

## IX. NEXT CASE MANAGEMENT CONFERENCE

The Parties request that the Court set the next monthly Case Management Conference.

Dated: November 10, 2026

By: */s/ Laura Vartain Horn*

**KIRKLAND & ELLIS LLP**
ALLISON M. BROWN
JESSICA DAVIDSON
LAURA VARTAIN HORN

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: November 10, 2026

By: */s/ Sarah R. London*

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I, Laura Vartain Horn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: November 10, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn