Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821

CASE NO. 3:23-MD-03084-CRB

**DECLARATION OF MICHAEL VIVES IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

I, Michael Vives, declare as follows:

1. I am admitted *pro hac vice* in the MDL and in this action and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Defendants are filing the following materials related to Uber's Brief in Support of its Objections to Plaintiff's Clawback Demands under seal because those materials contain information that Plaintiff has designated as confidential or that otherwise reveal Plaintiff's confidential information.

| Document | Description | Designating Party |
|---|---|---|
| Brief | Description of material that Plaintiff has designated confidential and clawed back | Plaintiff |
| Ex. 1 | Supplemental Expert Report of Dr. Sara West, dated October 26, 2026 | Plaintiff |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 10, 2026, in New York, New York.

*/s/ Michael Vives*
Michael Vives