**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821

Case No.: 3:23-MD-03084-CRB

**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL THE *A.R.2* PRETRIAL BRIEFING**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Having considered the Parties' Joint Administrative Motion to Seal the *A.R.2* Pretrial Briefing, which seeks entry of an order permitting provisional filing under seal in accordance with the November 3, 2026 Stipulation and Order to Permit Provisional Filing Under Seal and to Set a Schedule for Post-Trial Briefing re *A.R.2* Sealing, ECF No. 8182, the Court hereby **GRANTS** the Motion and **ORDERS** that the Parties may file confidential exhibits related to the *A.R.2* Pretrial Briefing provisionally under seal and make limited corresponding redactions to the Pretrial Briefing as necessary.

**IT IS SO ORDERED.**

Dated:__________________________

________________________________
Hon. Charles R. Breyer
United States District Judge