MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*Admitted Pro Hac Vice*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: *N.S. 774019 v. Uber Technologies, Inc., et al ; 3:26-cv-07982-CRB* | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF N.S. 774019** Honorable Charles R. Breyer |

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF N.S. 774019**

TO ALL PARTIES AND THEIR COUNSEL OF RECORDS, PLEASE TAKE NOTICE that as soon hereafter as the matter may be heard, Guerra LLP, counsel of record for Plaintiff N.S. 774019 ("Plaintiff"), moves this Court for an order permitting its withdrawal as counsel for Plaintiff.

This Motion is made pursuant to Local Rule 11-5(a) and C. This Notice of Motion & Motion is based on the below Memorandum in Support and the accompanying Declaration of Meredith D. Stratigopoulos ("Decl."), attached hereto as Exhibit A. A Proposed Order is attached as Exhibit B.

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 11-5(a) and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d), Guerra LLP submits this Memorandum of Law in support of its Motion to Withdraw as Counsel for Plaintiff N.S. 774019. Guerra LLP respectfully requests the Court grant the Motion.

**STATEMENT OF FACTS**

Guerra LLP should be permitted to withdraw as counsel for Plaintiff. An attorney may withdraw from a case by obtaining an order from the court after reasonable advance written notice has been provided to the client and to all other parties. Civ. L.R. 11-5(a); see also Cal. Rules Prof. Conduct 1.16(d)(1).

Guerra LLP has given appropriate advance notice of its intent to withdraw to Plaintiff in writing beginning on October 19, 2026, and culminating with final notice on October 27, 2026. Decl. ¶ 3. Guerra LLP has also given Uber advance notice. Decl. ¶ 6. Guerra LLP has taken all possible steps to avoid prejudice to Plaintiff by providing her notice of the intent to withdraw, of the possible consequences of failing to timely appear *pro se* or obtain substitute counsel. Decl. ¶ 5.

Under California Rule of Professional Conduct 1.16(b)(4), a lawyer may withdraw from a case if "the client … renders it unreasonably difficult for the lawyer to carry out the representation effectively." Fundamental disagreements between Plaintiff and her counsel have arisen that have made effective representation of Plaintiff unreasonably difficult and inconsistent with good attorney-client relations. Decl. ¶ 4. The details of these are covered by attorney-client privilege. Decl. ¶ 2. Furthermore, Plaintiff's counsel has been unable to contact her since October 19, 2026, despite multiple attempts via phone, text and email on October 19, 2026, follow ups on October 23, 2026, October 27, 2026, and November 3, 2026. Dec. ¶ 3.

Because this motion is not accompanied by a substitution of counsel or an agreement by Plaintiff to proceed *pro se*, Guerra LLP agrees to the condition imposed by Local Rule 11-5(b) to serve Plaintiff with all papers in this matter, unless or until Plaintiff appears *pro se*, other counsel appears on Plaintiff's behalf, or upon further order of the Court. Decl. ¶ 8. Notice of this condition has been sent to Plaintiff. Decl. ¶ 8.

**CONCLUSION**

Guerra LLP respectfully requests that the Court enter an order terminating its representation of Plaintiff and allowing Plaintiff 30 days to retain new counsel or appear *pro se.*

Dated: November 11, 2026

Respectfully submitted,

By: /s/*Meredith Drukker Stratigopoulos*

MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV.
(*Admitted Pro Hac Vice*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE
(*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsel for Plaintiff*