MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*Admitted Pro Hac Vice*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to:<br>*N.S. 774019 v. Uber Technologies, Inc., et al ; 3:26-cv-07982-CRB* | **DECLARATION OF MEREDITH D. STRATIGOPOULOS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF N.S. 774019**<br><br>Honorable Charles R. Breyer |

I, Meredith D. Stratigopoulos, declare:

1. I am an attorney at Guerra LLP. I am admitted to practice before this Court via *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein:
2. Fundamental disagreements have arisen between Plaintiff N.S. 774019 during attorney-client communications. Plaintif has since stopped responding to counsel's communications.
3. We provided Plaintiff notice of our intent to withdraw as counsel due to these disagreements on October 19, 2026. Plaintiff has been nonresponsive since October 19,

2026, despite multiple outreach attempts from myself and our office on October 19, 2026, October 23, 2026, October 27, 2026, and November 3, 2026.

4. Under the California Rules of Professional Conduct 1.16(d), continued effective representation is unreasonably difficult due to the inability to communicate with Plaintiff.

5. My firm has taken all reasonably available steps to avoid prejudice to the rights of Plaintiff N.S. 774019 ("Plaintiff") by providing her notice of our intent to withdraw and notice of any and all pending deadlines in her individual case as well as notice of the consequences of failing to timely appear *pro se* or obtain substitute counsel.

6. On November 10, 2026, we sent Uber advance notice of our intent to withdraw from Plaintiff's representation.

7. Our withdrawal from this case will not impact the timing or schedule of this litigation, and we have taken all reasonable steps possible to avoid prejudice to Plaintiff by informing her of her options and the consequences of failing to comply with case deadlines.

8. I understand that pursuant to Local Rule 11-5(b), leave to withdraw may be conditioned on our firm continuing to accept papers to forward to the client. We are able to accept this responsibility and provided Plaintiff notice of our intention do to the same until and unless she appears *pro se* or other counsel appears for her.

Executed this 11th day of November, 2026, in Austin, Texas.

Meredith D. Stratigopoulos

*Counsel for Plaintiff*