MEREDITH D. STRATIGOPOULOS
TX Bar No. 24110416
mdrukker@guerrallp.com
FRANCISCO GUERRA, IV. (*Admitted Pro Hac Vice*)
TX Bar No. 00796684
fguerra@guerrallp.com
CHLOE SHRODE (*pro hac vice application forthcoming*)
TX Bar No. 24108874
cshrode@guerrallp.com

**GUERRA LLP**
875 E. Ashby Place, Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447.0500
Facsimile: (210) 447.0501

*Counsels for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF N.S. 774019** |
| This Document Relates to:<br><br>*N.S. 774019 v. Uber Technologies, Inc., et al ; 3:26-cv-07982-CRB* | Honorable Charles R. Breyer |

This matter comes before the court on the Motion of Guerra LLP to withdraw as counsel for Plaintiff N.S. 774019 in the above-captioned case pursuant to Local Rule 11-5 and California Rules of Professional Conduct 1.16(b)(4) and 1.16(d).

1. Guerra LLP Motion is GRANTED. Guerra LLP and its attorneys are terminated as counsel of record for Plaintiff N.S. 774019.
2. Pursuant to Local Rule 11-5(b) Guerra LLP is ordered to serve all notices, papers, or pleadings on Plaintiff by regular mail until such time as this Plaintiff appears *pro se* or counsel appear on her behalf.

**IT IS SO ORDERED.**

Dated: _______________

___________________________________
HON. CHARLES R. BREYER
United States District Court Judge