[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R.2 v. Uber Technologies, Inc., N.D. Cal. No. 24-cv-07821*

CASE NO. 3:23-MD-03084-CRB

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORTS**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

The parties hereby agree and stipulate as follows.

1. **Expert Reports Deemed Served.** The parties stipulate that the following expert reports, including all exhibits, appendices, supplements, and errata, served in the Jane Doe QLF001 proceeding, Case No. 24-cv-8783, are deemed served in this action as of the date of this Stipulation. No re-service is required. Each report shall be treated as an operative expert report in this action, subject to any further stipulation of the parties or order of the Court:

(a) the expert report of Minette Drumwright, dated September 3, 2026;

(b) the supplemental expert report of Minette Drumwright, dated September 25, 2026;

(c) the expert report of Lacey Keller, dated September 3, 2026;

(d) the rebuttal report of Lacey Keller, dated September 25, 2026;

(e) the expert report of Lindsay Orchowski dated September 3, 2026.

2. **Related Expert Materials.** Deposition testimony given by these experts in the Jane Doe QLF001 proceeding, and the materials they considered or relied on as disclosed there, may be used in this action to the same extent as if taken or produced here, subject to all evidentiary objections other than objections based on the testimony having been given in a different proceeding.

3. **Reservation of Rights.** Nothing in this Stipulation concedes the qualifications of any expert or the reliability or relevance of any opinion or waives any parties right to object to the admissibility of any expert opinion at trial.

**IT IS SO STIPULATED.**

DATED: November 12, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

Dated: November 13, 2026

By: /s/ Sarah R. London

Sarah R. London (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

By: /s/ Roopal P. Luhana

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 13, 2026

*/s/ Ellyn H. Hurd*
Ellyn H. Hurd

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: ____________, 2026

________________________________
Honorable Charles R. Breyer
United States District Judge