**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*A.R.2 v. Uber Techs., Inc.,*<br>No. 24-cv-7821 | **DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COMMON CARRIER STATUS AND LIABILITY**<br><br>Judge: Hon. Charles R. Breyer<br>Date: December 17, 2026<br>Time: 9:00 A.M.<br>Ctrm.: 6-17th Floor |

I, Sarah R. London, declare:

1. I am an attorney in the law firm of Girard Sharp LLP, appointed Co-Lead and Liaison Counsel for Plaintiffs in the above-captioned Multi-District Litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

3. The exhibits referred below are attached to Plaintiff's Motion for Partial Summary Judgment on Common Carrier Status and Liability.

4. Attached hereto as **Exhibit A** is a true and correct copy of the In re Uber Rideshare Cases, JCCP No. 5188 Order on Defendants Uber Technologies, Inc. and Rasier, LLC's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, entered on July 31, 2025.

5. Attached as **Exhibit B** is a true and correct copy of excerpts from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

6. Attached as **Exhibit C** is a true and correct copy of Exhibit 1081 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

7. Attached as **Exhibit D** is a true and correct copy of Exhibit 1082 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

8. Attached as **Exhibit E** is a true and correct copy of Exhibit 1083 from the June 12, 2025 30(b)(6) deposition of Elizabeth Ross.

9. Attached as **Exhibit F** is a true and correct copy of excerpts from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves.

10. Attached as **Exhibit G** is a true and correct copy of Exhibit 2005 from the August 28, 2025 30(b)(6) deposition of Mariana Correa Esteves.

11. Attached as **Exhibit H** is a true and correct copy of excerpts from the June 11, 2025 30(b)(6) deposition of Elizabeth Ross.

12. Attached as **Exhibit I** is a true and correct copy of *Jaylynn Dean v. Uber Technologies, Inc.* admitted trial exhibit, Dean Trial Ex. P-00299.

13. Attached as **Exhibit J** is a true and correct copy of *Jaylynn Dean v. Uber Technologies, Inc.* admitted trial exhibit, Dean Trial Ex. P-00487.

14. Attached as **Exhibit K** is a true and correct copy of excerpts from the July 3, 2025 deposition of Travis Kalanick.

15. Attached as **Exhibit L** is a true and correct copy of excerpts from the December 3, 2024 deposition of Kate Parker.

16. Attached as **Exhibit M** is a true and correct copy of excerpts from the June 30, 2025 deposition of Hannah Nilles.

17. Attached as **Exhibit N** is a true and correct copy of excerpts from the June 5, 2025 deposition of Heather Childs.

18. Attached as **Exhibit O** is a true and correct copy of excerpts from the August 21, 2025 deposition of Chad Dobbs.

19. Attached as **Exhibit P** is a true and correct copy of excerpts from the March 26, 2025 deposition of Henry (Gus) Fuldner.

20. Attached as **Exhibit Q** is a true and correct copy of excerpts from the June 25, 2025 30(b)(6) deposition of Sunny Wong.

21. Attached as **Exhibit R** is a true and correct copy of excerpts from the July 15, 2025 30(b)(6) deposition of Greg Brown.

22. Attached as **Exhibit S** is a true and correct copy of excerpts from the July 16, 2025 30(b)(6) deposition of Greg Brown. This document has been redacted.

23. Attached as **Exhibit T** is a true and correct copy of excerpts from the April 16, 2025 30(b)(6) deposition of Sunny Wong.

24. Attached as **Exhibit U** is a true and correct copy of excerpts from the August 26, 2025 30(b)(6) deposition of Greg Brown.

25. Attached as **Exhibit V** is a true and correct copy of excerpts from the March 26, 2025 deposition of Michael Sullivan.

26. Attached as **Exhibit W** is a true and correct copy of excerpts from the May 29, 2025 30(b)(6) deposition of Hannah Nilles.

27. Attached as **Exhibit X** is a true and correct copy of excerpts from the July 15, 2025 30(b)(6) deposition of Mariana Esteves. This document has been redacted, with the unredacted version filed under seal.

28. Attached as **Exhibit Y** is a true and correct copy of Uber Technologies, Inc. 2017-2018 US Safety Report.

29. Attached as **Exhibit Z** is a true and correct copy of excerpts from the September 26, 2025 Expert Report of Joseph O. Okpaku.

30. Attached as **Exhibit AA** is a true and correct copy of a document bates stamped UBER-MDL3084-BW-00045291.

31. Attached as **Exhibit BB** is a true and correct copy of the Arbitration Award entered in Normandin v. Tran et al., Case No. BWNKD.

32. Attached as **Exhibit CC** is a true and correct copy of excerpts from the August 9, 2021 PMQ deposition of Matthew Baker. This document is filed under seal.

33. Attached as **Exhibit DD** is a true and correct copy of excerpts from the February 26, 2025 deposition of Meghan Joyce. This document is filed under seal.

34. **Exhibit EE** was intentionally omitted.

35. Attached as **Exhibit FF** is a true and correct copy of Exhibit 0885 from the May 20, 2025 deposition of Michael Akamine. This document is filed under seal.

36. Attached as **Exhibit GG** is a true and correct copy of two screenshots taken of Uber's Instagram account on March 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of November, 2026 in San Anselmo, California.

*/s/ Sarah R. London*

Sarah R. London