# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084 CRB

This Document Relates to:

ALL ACTIONS

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - ELIZABETH ROSS

San Francisco, California

Thursday, June 12, 2025

Volume 2

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6899605-001

PAGES 345 - 610

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084 CRB

This Document Relates to:

ALL ACTIONS

DEPOSITION OF ELIZABETH ROSS, taken on behalf of the Plaintiffs, at Kirkland & Ellis, LLP, 555 California Street, 27th Floor, San Francisco, California, commencing at 9:28 a.m., Thursday, June 12, 2025 before REBECCA L. ROMANO, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter.

No, that information that we looked at in internal decks around digging into specific insights and data is not shared publicly in marketing campaigns.

Q. (By Ms. Walsh) Okay. Thank you.

Ms. Ross, Uber is a transportation company, correct?

MS. LEVY: Object to the form, and well outside of the topics.

THE DEPONENT: The way that we describe ourselves is a technology company.

Q. (By Ms. Walsh) Uber describes itself as providing rides to people, right?

A. Yes --

Q. Okay.

A. -- rides and food and other goods, yes.

Q. Okay. You understand this case is about rides, though, right?

A. Yes.

Q. Okay. So Uber offers to sell rides to people, right?

A. Yes.

Q. Okay. And Uber does, in fact, sell rides to people, right?

A. Yes, people can take rides on the Uber

platform.
Q. And Uber offers rides to everyone, right?
A. To anybody with an account.
Q. Okay. And that's, just focusing on the United States, to -- anyone who wants to sign up for an account in the United States, they can do that if they're over 18, right?
A. Yes.
Q. Although now you are expanding these services to -- to minors, right?
A. Yeah, to teenagers.
Q. Okay. Who are not adults, right?
A. They are not.
Q. Okay. So Uber would like everyone in the United States to use -- to buy rides from the company, right?
MS. LEVY: Object to form.
THE DEPONENT: Can you -- yes, ideally.
Like people who are signing up for Uber accounts that fall within the allotted age ranges that can take an Uber, if they want to take a ride, they can choose to take a ride.
Q. (By Ms. Walsh) Okay. Without regard for what city they live in?
A. Yeah, no.

yes.
Q. Okay. So if we look at this document, which is 1081 --
MS. WALSH: And zoom in on the top portion, please.
Q. (By Ms. Walsh) -- you see where it says "Uber. Run with Nike. Ride with Uber."
Right?
A. Yes.
Q. And it's talking about Uber partnering with Nike to give riders free rides, right?
A. Yes.
Q. Okay. So this is saying that -- and it's encouraging people to get the app, right?
A. Uh-huh.
Q. And if -- the implication of this is if you get this app and you use the app, you're going to be riding with Uber, right?
A. Yes.
Q. Okay.
MS. WALSH: Let's take a look at -- and if you look down below -- scroll down, please, Brian, and zoom in on "Never Hail a Taxi Again," right, and the black car.
Q. (By Ms. Walsh) You're wanting people to

take Uber instead of taxis, right?
A. Yeah, we're positioning it as an alternative option to taxis.
Q. Well, you're actually saying, "Never Hail a Taxi Again," right?
A. Yes, again, the statement says that, but at the end of the day, a consumer can make their own choice. But yes.
Q. Right, but we're talking about what you're saying to try to get people to use Uber, right?
A. Yes.
It says, "Never Hail a Taxi Again."
Q. Okay. And from Uber's perspective, that would be a good thing if people stopped using taxis and started using more Ubers, right?
A. If they wanted to, yes.
Q. Because that would help Uber make more money, right?
A. Yes, it could.
Q. Okay. And what it says is, "Get rides when you need them. Safe, reliable pickups within minutes," right?
A. Uh-huh.
Q. Okay. And, again, so it's holding out

these rides that it is providing as safe and reliable, right?

A. Yes.

Q. Okay.

MS. WALSH: Let's look at 121, please, which we will mark as Exhibit 1082.

(Exhibit 1082 was marked for identification by the Court Reporter and is attached hereto.)

Q. (By Ms. Walsh) And this is marketing material from Uber, right?

A. Yes, it looks like it.

Q. Okay. And does this look to you to be like an email that would have been sent to riders of Uber?

A. Yes, it looks like it.

Q. Okay. Could it have been sent to prospective riders, as well?

A. No.

We don't have their email, so we can't do that.

Q. Okay. So Uber's testimony is that it doesn't in any way obtain emails for people who aren't -- who haven't actually provided them to Uber?

A. Not to my knowledge, no.
Q. Okay. That's data that a company could buy to engage in marketing, right?
A. They could, yeah.
Q. And your -- Uber's testimony is that it doesn't do that?
A. Not to my knowledge, no.
Q. Well, what about to Uber's knowledge?
A. Not to Uber's knowledge, not as far as I'm aware of what I learned in preparation for this deposition.
Q. Okay. So this says -- and, again, you see these Xs are where the person -- the recipient of this email, their information, would -- it would be -- specific information input for them, right?
A. Uh-huh.
Q. And what it says is, "(Firstname), let us take you where you need to go," right?
A. Uh-huh.
Q. It doesn't say, Let an independent contractor who is using our technology platform to broker a ride come and get you and take you where you need to go, right?
A. Yes.
Q. It says, "Let us take you where you need

to go"?
A. Uh-huh.
Q. And the implication of that is that it's Uber that's going to be taking you on the ride, right?
A. Yes.
Q. Okay.
MS. WALSH: And let's look now at Exhibit -- at AW120, which we will mark --
MR. REDE: 1083.
MS. WALSH: -- as 1083 to your deposition.
(Exhibit 1083 was marked for identification by the Court Reporter and is attached hereto.)
Q. (By Ms. Walsh) Okay. And does this look to you to be an email or --
A. Yes.
Q. Okay. So, again, an email that would have been sent to folks who Uber is hoping will buy a ride from Uber, right?
A. Yes.
It looks like it is a rider email that was sent during the pandemic.
Q. Okay. So 2020, 2021 --