# EXHIBIT C

# UBER_JCCP_MDL_002752685

## Metadata

| | | |
|---|---|---|
| **Begin Family** | UBER_JCCP_MDL_002752685 | SEMANTIC |
| **Date Created** | 01/24/2017 8:34 pm | SEMANTIC |
| **Date Modified** | 02/08/2014 1:17 am | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002752685 | SEMANTIC |
| **File Size** | 1313590 | SEMANTIC |
| **Filename** | desktop_go_v02.jpg | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002752685 | SEMANTIC |
| **ILS Document Date** | 01/24/2017 | SEMANTIC |
| **ILS Prod Date** | 2/14/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL102 | SEMANTIC |
| **Primary Date** | 01/24/2017 8:34 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL102 | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 02/08/2014 1:17 am | SEMANTIC |

EXHIBIT 1081
Deponent: Ross 30(b)(6)
Date: 6/12/2025
Rebecca Romano CSR No. 12546

UBER

+

# RUN WITH NIKE. RIDE WITH UBER.

Uber and Nike are partnering to give you free rides from the Nike Women's Marathon finish line. Rest your legs–you deserve it.

## GET THE APP

Getting started is easy. Sign up here, then download the Uber app on your phone.

first name | last name

name@example.com

SIGN UP NOW




## NEVER HAIL A TAXI AGAIN

Get rides, when you need them. Safe, reliable pickups within minutes. All from your phone. With Uber, your money goes a long way.

