# EXHIBIT E

# UBER_JCCP_MDL_002334166

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **All Paths** | Uber Technologies, Inc.: \Safety templates\emails; Uber Technologies, Inc.: \Safety templates\emails | SEMANTIC |
| **Application** | Hypertext Markup Language Document | SEMANTIC |
| **Begin Family** | UBER_JCCP_MDL_002334166 | SEMANTIC |
| **Date Created** | 01/09/2025 9:28 pm | SEMANTIC |
| **Date Modified** | 01/09/2025 9:28 pm | SEMANTIC |
| **Document Type** | Electronic File | SEMANTIC |
| **End Family** | UBER_JCCP_MDL_002334167 | SEMANTIC |
| **File Path** | \Safety templates\emails | SEMANTIC |
| **File Size** | 59372 | SEMANTIC |
| **Filename** | 3624dd21-6cb1-481d-8c85-d2f35ed00b06.html | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **ILS All Bates** | UBER_JCCP_MDL_002334166;UBER_JCCP_MDL_002334167 | SEMANTIC |
| **ILS Document Date** | 01/09/2025 | SEMANTIC |
| **ILS Prod Date** | 01/21/2025 | SEMANTIC |
| **ILS Prod Vol** | JCCP_MDL075 | SEMANTIC |
| **Other Custodians** | Uber Technologies, Inc.; | SEMANTIC |
| **Primary Date** | 01/09/2025 9:28 pm | DOC_TYPE_ALIAS |
| **Production Volume** | JCCP_MDL075; | SEMANTIC |
| **Redacted** | No | SEMANTIC |
| **Sort Date** | 01/09/2025 9:28 pm | SEMANTIC |

EXHIBIT 1083

Deponent: Ross 30(b)(6)
Date: 6/12/2025

Rebecca Romano CSR No. 12546

Uber

# One Uber fits all

Go anywhere with a ride that's easy to request anytime—whenever it suits you.

**Request trip →**



## Your day, your ride

Run errands, see friends, or commute—our rides fit easily into your plans. We'll also get you to and from the airport to make your travel plans stress-free.

### Run errands around town

Supermarket dash or trip to the bank? Let Uber take you.

### Socialize with loved ones

If you're heading to friends or family gatherings, grab a ride.

### Commute to the office

Whether it's a daily ride to the office or just when you don't feel like the walk, we'll get you there.

### Ride to the airport

Early-bird trip or late night landing? Enjoy a stress-free airport run with us.

**Get started >**

Help Center
Privacy
Terms
Community
Unsubscribe
Email Preferences

This is a promotional email from Uber Technologies
1725 3rd St., San Francisco, CA 94158
Uber.com