# EXHIBIT H

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084 CRB

---

This Document Relates to:

ALL ACTIONS

---

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

30(b)(6) CORPORATE REPRESENTATIVE - ELIZABETH ROSS

San Francisco, California

Wednesday, June 11, 2025

Volume 1

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6899600-001

PAGES 1 - 344

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION — Case No. 3:23-md-03084 CRB

This Document Relates to:

ALL ACTIONS

DEPOSITION OF ELIZABETH ROSS, taken on behalf of the Plaintiffs, at Kirkland & Ellis, LLP, 555 California Street, 27th Floor, San Francisco, California, commencing at 9:13 a.m., Wednesday, June 11, 2025 before REBECCA L. ROMANO, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter.

we talked about at the beginning, if there's a set of core messaging that you all have decided to deploy through the marketing surfaces and the app, will that tend to be consistent across geographic regions?

A. It could be, yes. It's not, like, a promise for every single campaign. It's really dependent on the marketer and their plan for their -- their campaign.

But yes, there could be a board message that's applicable to everyone in the U.S. that they could all see.

Q. Okay. Including through the app, right?

A. Yes.

Q. Okay.

A. Yes.

Q. So let's take a look at the page of this document that ends in -329. Okay.

MS. WALSH: Which, if it's helpful to you, Brian, PDF 37.

Q. (By Ms. Walsh) And if you look -- if we blow that up a little bit first.

If you look under "4 Reasons to Ride with Uber."

Do you see that?

A. I do.
Q. Well, actually, let's -- let's back up again. Let's get the top of this page where it says "App Store Long Descriptions [Android]."
Do you see that?
A. I do, yes.
Q. Okay. So is this material that you all identified in preparation for this deposition of long descriptions that were included in the Android app for Uber?
A. Yeah, so what this ultimately is is someone would see this long description underneath the Uber app when we went to the Google Play Store --
Q. I see.
A. -- to download the Android version of the app.
Q. I see.
Okay. So this is actually in the -- in the Android store?
A. Yes.
Q. Which is like the Apple App Store, but --
A. Yes --
Q. -- for Android.
A. The equivalent, yes.

Q. Okay. So anyone who was using an Android to download the Uber app at the date that this content was being used would have seen this?

A. Yes.

Q. Okay. And I see the date up at the top. It says 2017, December 4.

Do you see that?

A. I do.

Q. Okay. And then if you go down to "4 Reasons to Ride with Uber," it says, "Safety is our priority."

Do you see that?

A. I do.

Q. From Uber's point -- we talked about earlier that Uber, following this lawsuit, was no longer supposed to be saying "safety is our top priority," right?

A. Yes.

Q. Does Uber believe that it was appropriate to say, "Safety is our priority"?

A. That's what I see here. I'm not sure if that is one of the terms that we are not supposed to be using from the McKnight -- sorry, I can't remember the name; was it -- McKnight.

Q. Okay. Well, as a matter of messaging --

A. I think they could, yes.
Q. Okay. So essentially, saying "safety is our priority" is -- is similar in meaning, from a marketing point of view, to "safety is our top priority"?
A. I think it's similar, yes.
Q. Okay.
MS. WALSH: Let's take a look now at -- let's look at the page ending with -356, which is PDF 64, please.
Q. (By Ms. Walsh) Just let me know when you're there.
A. Sorry.
Q. No worries.
A. Turning pages.
Okay.
Q. Okay. And tell us what we see on this page.
A. Do you mind if I just take a second --
Q. Yup.
A. -- to --
Q. I mean, nope.
A. Yeah.
Okay. Yeah, what we're looking at here are the App Store screenshots on the iOS store.

Q. Okay. So this is if you have a -- have an Apple phone, right?
A. Yes.
Q. Okay. And these are the App Store screenshots in 2024, right?
A. Yes, that's what it looks like.
Q. December 10th.
A. Yes.
Q. Okay. And if we look -- so anyone who was going to look -- download the Uber app or maybe, you know, reload it on a new Apple device would have seen -- would have seen these materials, right?
A. Yes, they could scroll down in the app store and see this beneath our app icon and where they could either download it or update their app.
Q. Okay. And if you look all -- on the top row, all the way on the right, do you see where it says, "Ride safely with Uber"?
A. I do.
Q. Okay. From Uber's perspective, is the purpose of saying "Ride safely with Uber" to communicate to someone considering using Uber that Uber can give you a safe ride?
A. Yeah, I mean, this App Store is