# EXHIBIT K

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING SPECIAL )
TITLE (Rule 3.550) ) Case No.
IN RE: UBER RIDESHARE CASES ) CJC-21-005188
)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., ) Case No.
PASSENGER SEXUAL ASSAULT ) 3:23-md-03084-CRB
LITIGATION )

VIDEOTAPED DEPOSITION OF

TRAVIS KALANICK

BEFORE MAGISTRATE JUDGE LISA J. CISNEROS

JULY 3, 2025

REPORTED BY: RENEE HARRIS, CSR 14168, CCR, RPR
SERVICE NO. 6903491-001
PAGES: 1 - 335

**Q. So Uber provides rides to passengers; correct?**

A. Yes.

**Q. And if there is information out there about the safety of those rides -- for example, an increased risk of sexual assaults happening on Uber's platform, is it important to disclose those details to the public?**

MS. BROWN: Object to the form.

THE WITNESS: I mean, I don't know.

BY MS. LUHANA:

**Q. You don't know?**

A. No.

**Q. You were the head of Uber from -- at least CEO from 2010 to 2017.**

A. Mm-hmm.

**Q. And Uber's business is providing rides to passengers.**

A. Yeah.

**Q. And you don't know if that's important to disclose to the public in terms of the increased risk of sexual assaults --**

A. I guess what I'd -- what I'd just say --

**Q. -- on your platform?**

MR. BROWN: Let her finish.