# EXHIBIT L

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

---oOo---

COORDINATION PROCEEDINGS )
)
In Re: Uber Rideshare Cases )No. CJC-21-005188
)

UNREDACTED - THIS VERSION INCLUDES ALL TESTIMONY

INCLUDING HIGHLY CONFIDENTIAL AND CONFIDENTIAL TESTIMONY

VIDEOTAPED DEPOSITION OF KATE PARKER

VOLUME I (Pages 1 - 431)

December 3, 2024

9:13 a.m.

101 McInnis Parkway

San Rafael, California 94903

Reported by:

Natalie Y. Botelho

CSR No. 9897

17:45:45 community."
17:45:46 Q. Uber is in the transportation industry,
17:45:49 isn't it?
17:45:55 A. Could you clarify your question?
17:45:56 Q. Sure. Is Uber in the transportation
17:45:59 industry?
17:46:00 A. Uber offers transportation as a part of
17:46:02 its business service. It also does
17:46:05 non-transportation business.
17:46:06 Q. Fair enough. And take -- when it's doing
17:46:09 transportation, takes people from place to place for
17:46:12 money, right?
17:46:13 A. Yes.
17:46:13 Q. And it doesn't discriminate against
17:46:15 people, right?
17:46:16 A. No.
17:46:17 Q. All you have to do is have the app, and
17:46:19 you can travel from place to place, correct? In
17:46:21 exchange for money?
17:46:27 A. Could you clarify your question?
17:46:29 Q. Sure. All you have to do is download the
17:46:32 app, and then you can travel on Uber in exchange for
17:46:35 money?
17:46:39 A. You would have to put in a credit card at
17:46:41 certain times. Uber, I know we launched community