# EXHIBIT M

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------------X

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

Case no. 3:23-md-03084-CRB

-----------------------------------------X

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION
OF
HANNAH NILLES
Monday, June 30, 2025
10:35 a.m.

Reported by:
ROBERTA CAIOLA
Stenographic Reporter

DATE: June 30, 2025

TIME: 10:35 a.m.

VIDEOTAPED DEPOSITION of HANNAH NILLES, a 30(b)(6) witness, held at the offices of Greenberg Traurig, LLP, 1 North Lexington Avenue, White Plains, New York 10601, before Roberta Caiola, a Shorthand Reporter and Notary Public of the State of New York.

**Q. Okay. So in 2012, Uber had what was essentially a black car service --**

A. Yes.

**Q. -- right?**

A. Um-hum.

**Q. And then in 2013, moved into the business of offering and selling rides by regular people driving their regular cars?**

A. Yes.

**Q. And Uber designed -- now, when I say "regular people," these are drivers that did not necessarily have any professional driving experience, right?**

A. They may or may not have.

**Q. May or may not have. It was not a qualification, right?**

A. We didn't require that they had, like, a professional livery license, no.

**Q. Or any professional driving experience, right?**

A. No professional driving experience.

**Q. Okay. And other than having a driver's license, these folks may not have had much driving experience at all, right?**

A. Again, it depends. First of all,

they had to have at least a minimum of a year of driving history in the state where they were applying, and meet a bunch of other qualifications internally; age, et cetera.

**Q. They had to have an active driver's license for a year?**

A. Yes. With a driving history of at least one year.

**Q. Meaning that Uber did not go and review to see if they actually drove a car during that year, other than just having a license, right?**

A. That's right.

**Q. Now, Uber designed its transportation business in a way that it believed it could keep drivers classified as independent contractors, right?**

A. So --

MR. PREMO-HOPKINS: Object to form.

A. -- I would just clarify. I wouldn't call us a transportation company or transportation business. I would call us a technology company, and we have a marketplace where we're connecting people who want to give rides with people who want to take rides.

Uber exists to provide rides for people, okay? And it exists, and it's something that I use the app for, as a woman, at night, for example, to get a safe ride home.

So when you have a tool that is intervening in the marketplace to move things around, we're trying to optimize by reducing sexual assault as much as we can, but also still making available trips, safe trips, to people who need them.

So, yes, we are tuning all of these different aspects to try to make sure that trips are available for people, and we are having the maximum impact on safety that we can.

**Q. So Ms. Nilles, respectfully, that wasn't responsive to my question.**

**What I -- all I want to know is whether Uber has done any research that concluded that it could not raise the trip trigger rate higher than the 1.25 percent that it does currently?**

MR. PREMO-HOPKINS: Object to form. Beyond the scope of the notice.

A. I really can't speak to the specific

identification.)

MS. LONDON: That's tab 112A.

MR. PREMO-HOPKINS: This is another video?

MS. LONDON: Yes.

MR. PREMO-HOPKINS: Object to the hearsay and to projection of the video.

MS. LONDON: Well, hold on. Before we do that, hold on. Stop for a second.

**Q. Ms. Nilles, it is Uber's practice to track incidents when they occur, right?**

A. Yes.

**Q. And Uber does review and take seriously every one of these reports when they come to Uber, right?**

A. Yes.

MR. MOORE: Do you want me to play it now, Counsel?

MS. LONDON: Yes. Go ahead.

MR. PREMO-HOPKINS: The same objections.

(Video playing.)

**Q. Now, Ms. Nilles, what was described here involved a driver that had been -- had passed Uber's screening process, right?**