# EXHIBIT N

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION ) Case No. 3:23-md-03084-CRB

This Document Relates to:

ALL ACTIONS

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550) In Re: Uber Rideshare Cases ) No. CJC-21-005188

This document relates to:

ALL ACTIONS.

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF HEATHER CHILDS

June 5, 2025

9:08 a.m.

555 California Street, Suite 2700

San Francisco, California 94104

Reported by:

Natalie Y. Botelho

CSR No. 9897

feed their families on Uber or not, and not leaving them out there forever.

And so, for example, shortening the investigation period is an effort towards giving people certainty more quickly. The earner fairness principle is also to ensure that earners are being treated fairly when it comes to waitlisting and deactivations.

Like as an example, I have personally seen, while sitting with our Phoenix customer support staff, what we would call support abuse, where people call in and make allegations -- the same allegation over and over and over again that's very obvious in order to get a free trip, a trip refunded. And so maybe the credibility of that person should be balanced against the earner's longevity and other comments made about them on the platform.

And so it was just a -- it's a way to make sure that earners are treated fairly, because it's a big deal to take away the ability to feed their families by earning money on Uber. That's all it is.

Q. Does Uber have a passenger fairness principle?

A. I would say when it comes to passengers, Uber is mindful of not discriminating and making sure that Uber is available to everyone everywhere. I know that, for example, the NAACP has spoken out in support of Uber for Uber's going to communities and to neighborhoods that taxis historically wouldn't go to, because we want to make sure that Uber doesn't discriminate on where it takes passengers and where it takes people.

So that's not really called a earner -- excuse me -- passenger fairness principle. There's no verbiage like that, but I would say that Uber's very mindful of making sure that passengers are treated fairly.

Q. Does -- so your question -- your answer addressed more the issue of universal access to the platform --

A. Yeah.

Q. -- which is an Uber principle, right?

A. Yeah.

Q. And -- but my question, which didn't specify -- I'd like to ask you more about the passenger fairness principle as it applies to victims of sexual assault in Ubers.

A. Mm-hmm.