# EXHIBIT O

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

------------------------------------------X
IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB
------------------------------------------X

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION

OF

CHAD DOBBS

THURSDAY, AUGUST 21, 2025

Reported by:
CANDIDA BORRIELLO
Stenographic Reporter
JOB NO. 6950249-001

DATE: August 21, 2025

TIME: 9:09 a.m. (Eastern Time)

Deposition of CHAD DOBBS, held REMOTELY, before Candida Borriello, Court Reporter and Notary Public of the State of New York.

C. Dobbs - Highly Confidential

Correct?

A. Correct.

Q. Because Uber will help them get a car if they don't already have one to drive?

A. In the US, we have partnerships with various rental agents where potential drivers could rent vehicles.

I think another thing worth highlighting, this is a global document across the world and across business lines. And so, you know, some of these points might be more or less relevant in the US versus elsewhere.

Q. Okay. Fair enough.

Below that under Team Notes, it says:

This is about how we get more people on line more quickly.

Right?

A. That's what it says.

Q. On speed, we gotta keep making access easier in the funnel.

Do you see that?

A. Yes.