# EXHIBIT P

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

| | | |
|---|---|---|
| IN RE:<br>UBER RIDESHARE CASES | :<br>:<br>:<br>: | CASE NO. CJC-21-005188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE:<br>UBER TECHNOLOGIES, INC,<br>PASSENGER SEXUAL ASSAULT<br>LITIGATION | :<br>:<br>:<br>: | CASE NO. 3:23-md-03084-CRB |

***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***

VIDEOTAPED DEPOSITION OF HENRY (GUS) FULDNER

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, MARCH 26, 2025

REPORTED BY:

DEBBIE LEONARD, CSR, RDR, CRR

CSR NO. 14350

PAGES 1 to 277

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

IN RE: : CASE NO. CJC-21-005188
UBER RIDESHARE CASES :
:
:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

IN RE: : CASE NO. 3:23-md-03084-CRB
UBER TECHNOLOGIES, INC, :
PASSENGER SEXUAL ASSAULT :
LITIGATION :

VIDEOTAPED DEPOSITION OF HENRY (GUS) FULDNER, at San Francisco, California, beginning at 9:25 a.m. and ending at 5:56 p.m., on Wednesday, March 26, 2025, before Debbie Leonard, CSR, RDR, CRR, Certified Shorthand Reporter No. 14350.

somewhere. I don't know which specific document.
BY MR. ESTEY:
Q And as part of that safe rides fee lawsuit, Uber settled the case for 25 million; is that right?
A Something in that ballpark, yes.
Q When a passenger wants a ride from Uber, they send a request directly to Uber, right?
A Sorry?
Q Yeah, when a passenger wants a ride from Uber, they send a request to Uber, right?
A Yes, the request is made in our app and comes to us first, yes.
Q It doesn't go directly to the driver, right?
A The request comes to us, and we match that with a driver and transmit that request to a driver.
Q Okay. How much of the fare does Uber keep?
MR. LUSKEY: Objection. Foundation. Vague as to time.
BY MR. ESTEY:
Q Yeah. Currently, how -- what percentage of the fare does Uber keep on any given ride?
A That varies quite significantly from ride to ride, geographically. It varies quite significantly.
Q And if I wanted to find that information out, where would I find that?