# EXHIBIT Q

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. )
PASSENGER SEXUAL ASSAULT )
LITIGATION )
______________________________)
)
This Document Relates to: )No. 3:23-md-03084-CRB
All Cases )
______________________________)

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF SUNNY WONG

AS 30(b)(6) WITNESS OF UBER

June 25, 2025

9:13 a.m.

555 California Street, Suite 2700

San Francisco, California 94104

Reported by:

Natalie Y. Botelho

CSR No. 9897

**sexual assaults?**
A. I didn't. I didn't have time to look at that during lunch.
**Q. Okay. Okay.**
A. Maybe they were able to pull it. If we need to take another break later on, we can be -- we can focus on that, yeah.
**Q. Sounds good.**
A. Yeah.
**Q. Sounds good. Okay.**
**All right. I want to talk about the words "safety risk assessed dispatch" or "S-RAD" a little bit more. So the last word in that title for the program is the word "dispatch," right?**
A. Correct.
**Q. And that's something that Uber does, is it when it receives a ride request, it pairs a particular driver to that ride request, and it dispatches that driver, right?**
A. That's correct.
MS. PETERS: Can we go to Document 68, please. This has been previously marked as Exhibit 546 to the Silver deposition. For the record, this is a document starting with Bates No. UBER_JCCP_MDL_541461. And for the record, it's

**vehicles. And it says, "Every time a rider requests a ride, there are multiple potential drivers that they can be matched with." Right?**

A. I'm able to see that, yes, it refers to the driver-rider supply plans we talked about earlier, yep.

**Q. Right. So what you've been referring to, "driver-rider supply plans," you're talking about the same thing that this slide is talking about, that there are multiple potential matches with potential drivers, right?**

A. That's correct.

**Q. And next page. Uber looks for the right or best match for a ride request, right?**

MR. PREMO-HOPKINS: Object to form.

THE WITNESS: Yeah, as -- are you referring to what's on the doc, or are you just asking?

BY MS. PETERS:

**Q. I'm just asking for now. So when -- Uber looks for the best driver pairing for a given ride request, right?**

A. And it's looking for the available drivers that meet the criteria, and then it will find the driver that they feel like it's the best match for

that request.
**Q. Right?**
A. Right.
**Q. And when searching for the right match for a given rider, Uber looks at, among other things, safety, right?**
A. Well, S-RAD -- you know, we talked about earlier that it scores driver-rider pairings and then tries to reduce the probability of those pairings from being dispatched at the end of the request.
**Q. Yeah, but I'm not getting into the weeds of S-RAD yet. I'm just saying, one of the things that Uber is looking at at the -- when it's making the pairing decisions is safety, right?**
A. It's considering S-RAD.
**Q. My question is, is Uber, when it makes pairing decisions, taking safety into account?**
A. As far as leveraging S-RAD as that safety component, correct, yes.
**Q. So don't even look at the document.**
A. Okay.
**Q. Just asking -- I'm just asking the simple question. When Uber makes a pairing decision, does it take safety into account?**