# EXHIBIT R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

***CONFIDENTIAL***

VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC
GREG BROWN

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT LITIGATION

MDL No. 3084 CRB

---

DEPONENT: GREG BROWN

DATE: July 15, 2025

TIME: 9:43 a.m.

LOCATION: NELSON MULLINS
CHARLESTON, SC

REPORTED BY: JESSICA BOLANOS

MS. LEVY: Object to form and foundation.

A. I'm not aware of data that suggests that new riders are at higher risk of sexual assault. I've not seen such an analysis.

Q. It's not come up in the investigative work that you have done?

A. No, ma'am.

Q. At 12:20 a.m., Uber chose to pair Ms. Dean and her trip request with Mr. Turay, right?

A. Yes, my understanding is that Mr. Turay was offered and accepted the subject ride.

Q. Okay. And when Uber chose Mr. Turay as the driver for this trip with Ms. Dean, it knew that she was a new -- new rider, that she was -- it was after midnight, and that that was a time at which there was a higher chance that she would -- might be drunk, right?

MS. LEVY: Object to the form in the way you're asking it.

A. I think it's fair to surmise that Uber would have known the time of the trip and the total number of trips that a rider would have had at the time of the trip. And I think, as we

established earlier, generally it is understood that users may be more likely to be intoxicated during nighttime trips.

Q. And this wasn't a pool request, right?

A. Not to my knowledge.

Q. So Uber knew that this was a -- a rider who would be alone with Mr. Turay, right?

A. To the best of my knowledge, I don't know that Uber knew one way or another when the -- when the trip request was made whether or not a rider would be alone.

Q. It knew it would probably be a rider alone given that it wasn't a pool. Most of those are not group rides?

A. I'm not familiar with the data behind that.

Q. Ms. Dean did not select Mr. Turay off a driver menu, right?

A. No. That's not how the Uber app works for riders, as I understand.

Q. Right. Uber -- Uber pairs, they choose the driver, and they dispatch the driver, sending him to the rider, right?

A. My understanding is that Uber will offer the trip and the driver has the opportunity to

accept that trip, and that appears to be what happened in this case.

Q. Right. And if the driver accepts the trip, then Uber dispatches that driver to the rider?

A. Yes.

Q. Ms. Dean didn't have any -- any say in which driver Uber chose for her, right?

A. No. There -- yeah, the rider would not have any input, so to speak, into the driver that ultimately chose to accept the trip offer.

Q. And when Uber sent Mr. Turay -- when it chose Mr. Turay to pair him with Ms. Dean's trip, it knew that Mr. Turay had been accused of sexual assault once, right? Thought it was invalid, but you knew he had been accused?

A. Yes, we would have had those records in our systems.

Q. It knew at that time when it sent Mr. Turay to Ms. Dean that he had been accused of sexual misconduct another time? Again, I know you have caveats, but it knew there was an accusation, right?

A. Yes, that data would have been part of Uber systems.