# EXHIBIT T

**#21691.1**

# Metadata

| | | |
|---|---|---|
| **All Custodians** | Wong, Sunny Deposition | SEMANTIC |
| **All Paths** | _ORIGINAL//Sunny Wong 041625 MINI Highly Confidential.pdf; engage_share_4302025.zip//Sunny Wong 041625 MINI Highly Confidential.pdf | SEMANTIC |
| **Application** | YesLaw Transcript Generator Nov 14 2024 1-800-910-5009 YTG1621275AB6C6130B7 2495 | SEMANTIC |
| **Date Modified** | 04/30/2025 8:21 am PDT | SEMANTIC |
| **File Path** | engage_share_4302025.zip//Sunny Wong 041625 MINI Highly Confidential.pdf | SEMANTIC |
| **Filename** | Sunny Wong 041625 MINI Highly Confidential.pdf | SEMANTIC |
| **Primary Date** | 04/30/2025 8:21 am PDT | DOC_TYPE_ALIAS |

Page 1

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

COORDINATION PROCEEDINGS )
)
In Re: Uber Rideshare Cases )No. CJC-21-005188
)
This document relates to: )
)
ALL ACTIONS. )
)

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF SUNNY WONG

as Uber Technologies, Inc.'s Person Most

Knowledgeable on Safety Product Features

April 16, 2025

9:03 a.m.

555 California Street, Suite 2700

San Francisco, California 94104

Reported by:

Natalie Y. Botelho

CSR No. 9897

Page 318

Did you bring any other documents?
Because I want to mark anything you brought.
A. I believe that was the only document.
Q. Okay. We're going to move on now to a program that Uber has implemented in the United States called S-RAD. Okay?
A. Okay.
Q. And for the jury's benefit, Uber's S-RAD program stands for "Safety Risk Assessed Dispatch," right?
A. Correct.
Q. And generally, S-RAD is an intervention that impacts which drivers and passengers Uber matches together for a particular ride, right?
A. The mission of S-RAD is to reduce the rate of sexual assault reports.
Q. Well, with S-RAD, Uber is matching drivers and passengers with safety in mind; is that fair?
A. S-RAD has two components; one, a machine learning model that scores driver-rider plans for a given trip request. Based on those, it will try to reduce the probability of certain driver-rider plans from being dispatched.
Q. So, so the jury understands how S-RAD works, I think that it would be helpful to

Page 319

understand how Uber dispatches rides. Okay?
A. (Nods head.)
Q. Uber matches passengers with drivers, right?
A. That is part of our technology platform, correct.
Q. Uber provides rides, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: They're a technology company that matches riders and driver partners.
BY MR. ABRAMSON:
Q. Well, Uber designed its app, correct?
A. We have an app for our matching services.
Q. Right. Uber designed that, right?
A. We're a technology company that has an app.
Q. And Uber designed the app, right?
A. Correct.
Q. Uber controls the app, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: How do you define "control"?
BY MR. ABRAMSON:
Q. Well, does anybody else have control over how drivers are matched with passengers other than Uber?

Page 320

A. Well, Uber has an app that we develop and maintain.
Q. Right. And control, correct?
A. Again, controlling the development of the app.
Q. Controlling the implementation of the app. Does --
A. How do you define "implementation"?
Q. How do you define "implementation"?
A. Again, it could be a technical implementation of code that you're talking about, in terms of developing the app.
Q. Uber controls which drivers are matched with which passengers on any particular Uber ride, right?
A. As part of the Uber technology platform, we do have a matching service of riders that are requesting trips as, again, part of our mobility business to driver partners.
Q. And Uber oversees that -- oversees that process, right?
A. They oversee the matching process.
Q. Right. And when passengers want a ride, they must send their request to Uber, not to a specific driver, right?

Page 321

A. A user requesting a trip from the Uber platform will essentially do it through the Uber app, and that will go to our request -- trip request process.
Q. Right. And Uber then chooses which driver to send to pick up the passenger, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: We have a matching platform that figures out possible driver partners for a given trip request, and then we'll dispatch a particular driver for a rider.
BY MR. ABRAMSON:
Q. And that matching platform is overseen by Uber, right?
A. Correct.
Q. Uber does not let the passenger choose their driver, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: Correct.
BY MR. ABRAMSON:
Q. Uber does not let the driver choose the passenger, right?
A. Correct.
Q. And then Uber controls what information a passenger gets about a given driver, right?

Page 322

A. Again, as part of our technology platform, we are matching riders that are requesting trips and driver partners to a particular trip.
Q. And Uber controls the information that a passenger gets about who Uber has matched them with, which driver, right?
A. What information are you referring to?
Q. Any information. Any information that's provided to the passenger about the driver is provided by Uber, right?
A. Correct.
Q. And Uber alone chooses what information to provide to the passenger about the driver, right?
A. Uber manages the matching platform and process in terms of riders requesting trips and drivers possibly matching to those riders.
Q. Does anyone other than Uber choose what information is provided to a passenger when they are matched by Uber with a driver?
A. Not that I know of.
Q. Uber decides had how much to charge the passenger, right?
A. As part of our matching process, the price of the trip is calculated as part of our plat- -- our service.

Page 323

Q. Right. The service that Uber oversees and controls, correct?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: Correct.
BY MR. ABRAMSON:
Q. And passengers make their payment to Uber, not to the driver, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: As part of our technology platform, we collect fares for the trip and will -- a portion of those will get to our driver partners that are on the platform.
BY MR. ABRAMSON:
Q. Right. So the passenger pays Uber, and then Uber pays the driver, right?
MR. PREMO-HOPKINS: Object to form, foundation.
THE WITNESS: Again, as part of our technologies platform that matches riders and drivers, you know, we will collect fares for a given trip.
BY MR. ABRAMSON:
Q. From the passenger, right?
A. Correct.
Q. And then Uber will disburse some amount of

Page 324

that fare to the driver, correct?
MR. PREMO-HOPKINS: Object to form and foundation.
THE WITNESS: Correct.
BY MR. ABRAMSON:
Q. Now, Uber can contact passengers at any time via the Uber app, right?
A. Are you referring to what -- when they're on trip, or what are you referring to?
Q. When they're on trip, Uber can contact passengers at any time via the Uber app, correct?
A. There are notifications we can send.
Q. Uber does not give passengers or drivers a way to contact each other after a ride ends, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: Not that I know of.
BY MR. ABRAMSON:
Q. If a passenger wants to provide feedback about a ride, they provide it to Uber, not the driver, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: After a trip, a rider can provide feedback about a particular driver for their trip that they took, including star ratings for a trip. If there are other feedback they have, they

Page 325

can go through our various support channels.
BY MR. ABRAMSON:
Q. And my question is, they provide that feedback to Uber, not to the driver directly, correct?
A. Correct.
Q. Now, Uber's drivers, they can choose what days of the week they want to drive, correct?
MR. PREMO-HOPKINS: Object to form. Are we -- seems like we're way outside the PMK topics here.
MR. ABRAMSON: This is all related to the factors in S-RAD, so --
MR. PREMO-HOPKINS: Well, then, let's talk about S-RAD.
MR. ABRAMSON: We will.
BY MR. ABRAMSON:
Q. Drivers can choose what days of the week to drive, right?
MR. PREMO-HOPKINS: Object to form.
THE WITNESS: Again, as part of our technology platform, we provide flexibility for our driver partners to use our platform.
BY MR. ABRAMSON:
Q. Right. So they can choose what days of