# EXHIBIT V

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. ) Case No.
PASSENGER SEXUAL ASSAULT ) 3:23-md-03084-CRB
LITIGATION )
_______________________________)
This Document Relates to: )
)
ALL ACTIONS )
_______________________________)

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

COORDINATION PROCEEDINGS )
)
In Re: Uber Rideshare Cases )No. CJC-21-005188
__________________________________)
This document relates to: )
)
ALL ACTIONS. )
__________________________________)

*** HIGHLY CONFIDENTIAL ***

VIDEOTAPED DEPOSITION OF MICHAEL SULLIVAN

March 26, 2025

9:42 a.m.

535 Mission Street, 24th Floor

San Francisco, California 94105

Reported by:

Natalie Y. Botelho

CSR No. 9897

BY MS. DRECUN:

Q. Okay. Does Uber charge customers for rides?

A. My understanding is that drivers determine what rides they will choose to take. They have that power. And that the supply and demand and driver's choice of accepting or declining trips affects that pricing structure.

MS. DRECUN: Motion to strike, unresponsive.

BY MS. DRECUN:

Q. My question was, does Uber charge customers for rides?

MR. PRICE WOLF: Objection; asked and answered.

THE WITNESS: Uber collects the fee for the ride and then disseminates that.

BY MS. DRECUN:

Q. And Uber makes money off of that money collected; is that right?

MR. PRICE WOLF: Objection; vague.

THE WITNESS: Uber retains a portion of the driver charge to the rider.

BY MS. DRECUN:

Q. Okay. And you would agree with me the