# EXHIBIT W

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING
SPECIAL TITLE(Rule 3.550)

IN RE: UBER RIDESHARE CASES

Case No. CJC-21-005188

Judicial Council Coordination No. 5188

This Document Relates to:

ALL ACTIONS

VIDEO DEPOSITION OF UBER TECHNOLOGIES, INC.'s

PERSON MOST KNOWLEDGEABLE - HANNAH NILLES

San Francisco, California

Thursday, May 29, 2025

Volume III

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491

JOB NO. 6888437-001

PAGES 528 - 802

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

COORDINATION PROCEEDING
SPECIAL TITLE(Rule 3.550)

IN RE: UBER RIDESHARE CASES

Case No. CJC-21-005188

Judicial Council Coordination No. 5188

This Document Relates to:

ALL ACTIONS

DEPOSITION OF HANNAH NILLES, taken on behalf of the Plaintiffs, at Kirkland & Ellis, LLP, 555 California Street, 27th Floor, San Francisco, California, commencing at 9:13 a.m., Thursday, May 29, 2025 before REBECCA L. ROMANO, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter.

Q. Yes.
A. No, I don't think anybody at Uber would have physically inspected his vehicle. But we do require --
Q. Did they do --
MS. DAVIDSON: Hold on, she was still talking.
I know it's hard with the Zoom. I don't think you're doing it on purpose. But if you just would pause a second when it doesn't sound like she's giving a period, I think it would help.
THE DEPONENT: But we do request vehicle inspection documents at onboarding.
Q. (By Mr. Estey) Why do you do that?
A. To ensure that a vehicle is fit for purpose and roadworthy.
Q. And what type of documents do you request in terms of this vehicle inspection?
(Court Reporter asks for clarification.)
Q. (By Mr. Estey) What types of documents does Uber request with respect to this vehicle inspection?
A. An inspection report from an authorized vehicle inspector.
Q. The authorized vehicle inspector would be

an authorized Uber vehicle inspector, right?
A. No, Uber doesn't conduct vehicle inspections. It would be an external third party. They would go have it inspected and submit that documentation.
Q. Did Uber obtain any references from Mr. Aly before they hired him as a driver?
A. Uber does not collect personal references as part of the onboarding process. So, no, we would not have collected that.
Q. Did Uber require Mr. Aly to undergo any sort of training before he was allowed access to -- to my client?
MS. DAVIDSON: Object to form.
THE DEPONENT: I think somebody else is covering the topic of education. I'm not totally sure what he would have taken.
We do offer a robust set of educational materials on safety. I believe that he probably also had to take a safety survey for the state of California. But that's the extent of my knowledge on that.
MR. ESTEY: Can we go to -- it looks like we're going to start on Exhibit 3332. It's going to be a declaration of you in support of the motion