# EXHIBIT X

## REDACTED PER ECF 6012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, )
INC., PASSENGER SEXUAL ) CASE NO. 3:23-MD-03084-CRB
ASSAULT LITIGATION )

---------------------------------------------

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
UBER TECHNOLOGIES, INC., RAISER LLC,
AND RAISER-CA, LLC, by and through
MARIANA ESTEVES

July 15, 2025

ORAL AND VIDEOTAPED DEPOSITION OF MARIANA ESTEVES, produced as a witness at the instance of the Plaintiffs, was taken in the above-styled and numbered cause on July 15, 2025, from 9:05 a.m. to 4:43 p.m., before Jamie K. Israelow, Certified Shorthand Reporter in and for the State of Texas, Registered Merit Reporter and Certified Realtime Reporter, reported by machine shorthand, with the witness appearing remotely in the City of São Paulo, State of São Paulo Country of Brazil, and the provisions stated on the record or attached hereto; that the deposition shall be read and signed before any notary public.

REPORTER'S NOTE: Please be advised that an UNCERTIFIED ROUGH DRAFT version of this transcript exists. If you are in possession of said rough draft, please replace it immediately with this CERTIFIED FINAL TRANSCRIPT.

but I just wanted you to know this first time, if that's okay.

Q. Yeah. And if you are referring to your binder, if you want to call out what tab you're looking at, I'll do my best to follow along with you, too.

A. Okay. I am looking at Tab 8 of Safety Features. And my -- what I'm looking at is Page 4.

So RideCheck is a Uber safety feature that monitors trip data and looks for anything that's -- that's going on on that trip that we consider to be an anomaly, like something that's happening that seems to be unplanned. And in those situations, we send out in-app messages and push notifications to both riders and drivers, offering them different safety channels, in case they need any help.

Q. Okay. And when was RideCheck first launched in the United States?

A. Oh, so RideCheck was first launched in 2019.

Q. All right. And when did it become fully available to the US market?

A. Let me just take a look at this.

It was 2019.

Q. Okay. I know it was rolled out piecemeal in some regions, but it was fully rolled out in the United States in 2019?

A. Yeah, 2019.
Q. Okay. And the purpose of RideCheck is both to improve how safe passengers feel, but also to actually make rides safer, right?
A. Actually, it's to proactively identify those anomalies, like I mentioned, and to provide them with the different safety channels, right? But we don't have any static data internally that proves that RideCheck reduces safety incidents. It's really hard to prove that. So I think in that sense, we're making sure that we're actively providing those tools to -- to riders and drivers.
Q. Okay. So Uber's position is that RideCheck doesn't actually make people safer, but that it has the ability to let passengers -- or to give passengers access to safety resources in the event that something might be happening. Did I understand you correctly?
MS. COVERSTONE: Objection to form.
A. Yeah. So we can't really say if it does or does not make people safer in -- in -- with -- because we don't have data proving yes or no, like, to -- to that fact.
What we can really tell is that we -- our riders and drivers really appreciate the feature, and they're happy that Uber is following along with the

trips and the anomalies and proactively prompting them with different safety aids. But we cannot say it does make it safer or it does not make it safer. We don't have the information for that.

Q. (By Ms. Goldenberg) Okay. Now, you talked about RideCheck identifying anomalies on trips, right?

A. Yes.

Q. Can you tell me what types of anomalies RideCheck looks for?

A. Yes. So we look for long stops during a trip, like unplanned long stops. We look at midway drop-offs, so when a trip is ending far away from the designated drop-off location. We look at route deviation, if there was any route deviation from the original route. And we also have crash protection, to identify if there's a potential car accident during the trip.

Q. Okay. So the focus of what I'm going to ask you about today are those first three anomalies. And -- and, again, those are the long stops, the midway drop-offs and the route deviations. Okay?

A. Okay.

Q. All right. Now, what is the reason that Uber wanted to identify long stops, midway drop-offs and route deviations?

A. Yeah. So those are likely scenarios that can

third parties do report incidents to Uber, so all the incidents that Uber has knowledge of is considered in the precision calculation.

Q. Okay. And any events that are not reported to Uber, therefore, are not part of Uber's precision calculations, correct?

A. Every -- if Uber has knowledge of it, we include it in our precision calculation. If Uber doesn't have knowledge, then we don't have it.

Q. Okay. Let's talk about the route deviation factor, then. Can you walk me through the criteria for that, please?

A. Yes.

[redacted]

Q. All right. Now, there's a fourth anomaly that's not on your sheet that we haven't talked about yet. Are you familiar with lingering?

A. Lingering isn't here. It's not on my cheat sheet. I'm just want to make sure I'm referring to the same. Do you have any evidence that points to that?

But I'm familiar with -- yeah, I'm familiar with what it is. So it's the idea that if a driver stays for too long in the destination after the drop-off has happened, we were discussing at Uber if that would be a signal for us to trigger a very similar type of -- of notification.

Q. And is there an anomaly detection system in place currently that addresses lingering?

A. Currently not. We have tested different heuristics for lingering throughout the years to understand if we could get better precision and, you know, make that a strong signal, but it hasn't resulted in a good -- in a good heuristic.

THE REPORTER: I'm sorry. In a good what?

THE WITNESS: Heuristics. Heuristic.

A. So we haven't deployed in production. We just

they will dispatch law enforcement, sometimes even dispatching ambulances.

So if Uber has knowledge, like, if the rider has -- or the driver has reached out for support with a Uber safety agent, we will intervene.

Q. (By Ms. Goldenberg) What else --

A. Safety agent will intervene. Sorry. Correct.

Q. And I'm sorry. I missed part of your answer, and I'm wondering if the court reporter did, too.

What was the last thing you said?

A. I was just correcting myself. I said the Uber will intervene, but the safety agents will intervene.

Q. Okay. Now, one of the purposes of tracking drivers with GPS is so that Uber can understand when its drivers are doing things that they should not be doing, right?

MS. COVERSTONE: Objection to form; vague.

A. Well, the main purpose of checking GPS for drivers is to make the platform available, right? If we didn't have GPS tracking for drivers, how will you know -- right? -- how -- how long it would take for a driver to arrive at your pickup location? How will you price different types of trips?

So GPS is very important for a lot of things to make the business run. It was -- for one of

the safety team's idea to understand, like, how can that signal that's widely used also help us understand if there's any anomaly happening in that trip and it's -- for some reason, it's -- you know, it's going on -- something might be going on that is unexpected.

Q. (By Ms. Goldenberg) Yeah. So let's talk about RideCheck specifically.

One of the reasons that it's important to check -- or to track drivers with GPS data in the context of RideCheck is so Uber can understand if something is going on that might be indicative of safe- -- of a safety incident, right?

A. The reason why we track and the reason why we did the RideCheck, just to make sure we're aligned on that, is that we wanted to notify the users and practically tell them, like: Hey, it looks like something is going out of the normal, based on the original program of this trip. Is everything okay? Do you need any help?

And we understand that our overly -- our, in a sense, overcautious and our precision is very low. And we notify riders, and the vast majority of the time, nothing happens; like there's no safety incident associated with those triggers. So it's not just for a safety -- we don't trigger just in safety cases. We --