# EXHIBIT Y

2017-2018

# US Safety Report

Uber

**Share My Trip/Follow My Ride**
Gives riders and drivers the option to share their trip with designated loved ones who can then follow their trip on a map in real time and know when they've arrived.

**Phone number and address anonymization**
When riders and drivers contact each other through the app, their actual phone numbers do not appear. Additionally, we've taken steps to anonymize exact pickup and dropoff addresses in the driver's trip history.

**Driving-hours tool**
Requires drivers to go offline for 6 straight hours after a total of 12 hours of driving[12] to help prevent drowsy driving on the Uber platform.

**Speeding alerts**
Drivers can receive notifications to maintain a speed that's within the posted limits. The speed limit is displayed on the driver's app, and they can be visually or audibly alerted when they go over the limit.

**Real-time ID check**
Prompts drivers to take a live photo of themselves in the Uber app before they can accept rides.[13] The tool then utilizes facial comparison technology to match a driver's real-time photo with their account photo, which helps to verify that the right driver is behind the wheel.

## Sexual assault standards

Uber does not tolerate sexual assault or misconduct from anyone, anywhere, at any time. We take all allegations of sexual assault and sexual misconduct extremely seriously and work to take action quickly and fairly.

In 2017, as a result of input from external experts, drivers, and riders, we created a specialized team to provide customer support to riders and drivers reporting the most serious safety incidents, including sexual assault. The agents receive tailored training on how to address difficult and sensitive situations, and are empowered to make immediate account-access decisions and provide victims with further support.

Uber believes it's important to hear from everyone involved when an incident is reported. When we receive a report of sexual assault,[14] a trained safety support agent begins by identifying the accused party and their associated Uber account. We immediately remove the accused party's access to the Uber app so that they cannot take trips while we complete a review. If the accused party is a guest rider, we attempt to identify whether they have their own Uber account and, if they do, we restrict it. If the guest rider cannot be identified, or if they do not have an Uber account, we may restrict the account holder's access to the Uber app since they are responsible for their guest riders' actions while on a trip. Regardless of the outcome of our case review, we make sure that the involved parties are not paired again in the future on the Uber platform. Importantly, blocking a pairing is not the only action Uber will take on a report, and further action will depend on what the subsequent review finds.

> When we receive a report of sexual assault, we immediately remove the accused party's access to the Uber app while support agents complete a review.

When reviewing an incident report, agents gather information by speaking with all parties involved and examining other relevant facts obtained through the case-review process, such as GPS trip data, photos and/or videos, in-app communications, etc. Based on learnings from experts, we rely heavily on a survivor's statement of experience; it does not require

12. Configurations of the driving-hours tool may vary in accordance with state and local requirements.
13. Due to legal restrictions contained in the Illinois Biometric Information Privacy Act, real-time ID check is not yet available in the state of Illinois.
14. Similar protocols are followed for the following urgent categories of sexual misconduct: Indecent Photography/Video Without Consent, Masturbation/Indecent Exposure, and Verbal Threat of Sexual Assault.

- Non-Consensual Kissing of a Sexual Body Part
- Non-Consensual Sexual Penetration

The report includes a comprehensive look at user reports of critical safety incidents that come in to Uber's support centers through more than 10 different reporting channels. From the ability to report through the app to our 24/7 Critical Safety Response Line, our technology means that riders and drivers can get in touch with us quickly, discreetly, and more seamlessly than is possible with many other companies.

## Motor vehicle methodology

In the US, the National Highway Traffic Safety Administration (NHTSA) makes annual traffic fatality information available to the public through the Fatality Analysis Reporting System (FARS). The motor vehicle fatality data in this Safety Report is built off the data standards established by FARS. Each fatal crash in the Uber dataset was reconciled to a fatal crash in the FARS database.

For a fatal motor vehicle crash to be included in this Safety Report, the crash must have involved the vehicle of at least one driver using the Uber platform and the death of at least one person within 30 days of the crash. Fatal crashes are included in this report regardless of whether the deceased party was an Uber user or whether a driver using the Uber platform or their vehicle was the cause of the crash or was carrying the deceased parties.

The Uber-related[16] vehicle miles traveled (VMT) in this report are based on the miles driven during trips and GPS data calculated while a driver was en route to the rider's pickup location.[17] This helps align with national statistics, which use VMT (per 100 million miles) as the denominator in calculating a fatality rate.[18]

## Fatal physical assault methodology

This report includes physical assault incidents that resulted in one or more fatalities. In order for a fatal physical assault incident to be established as Uber-related for the purposes of this report, one or more of the following must be true:

- The incident involved at least one person on an Uber-facilitated trip,[19] not necessarily with parties paired by the Uber app
- The incident occurred between parties that were paired by the Uber app, and it occurred within 48 hours[20] of the trip ending

## Sexual assault methodology

In 2018, we partnered with experts from the National Sexual Violence Resource Center (NSVRC) and the Urban Institute to develop a new taxonomy to better understand the reality of unwanted sexual experiences.[21] Prior to this effort, a standardized tool that corporations could use to consistently classify reports of sexual violence received from their consumers did not exist. The taxonomy has since been made open source for use by other companies and organizations.

> **Uber has intentionally adopted broader definitions, particularly in the area of sexual assault, than most jurisdictional criminal codes and research entities.**

16. "Relation to the Uber platform" or "Uber-related" is a reference to how the data was classified, and applies for the purposes of this Safety Report only.
17. For a small portion of driver miles during 2017, the GPS data is missing during the period when the driver is en route to a rider's pickup location. For the missing data, we have used Uber's best estimate in calculating the mileage.
18. US Department of Transportation (USDOT), "VMT per Capita," February 2, 2016, https://www.transportation.gov/mission/health /vmt-capita.
19. For the purposes of fatal physical assault data classification for this report, Uber defines a trip for drivers as beginning when the driver has accepted the trip request in the app and is en route to the rider's pickup location. For riders, a trip begins once they are picked up by their driver. In the exceedingly rare case that a driver was involved in a fatal physical assault incident while en route to the rider's pickup location, this would be included in the dataset.
20. Incidents between parties paired via the Uber app may occur after the trip has ended. In general, post-trip incidents happen either immediately after the trip has ended or within a few hours of the trip's end. For audit consistency, and to err on the side of overinclusion, we determined that 48 hours is an auditable standard and adopted it for the purposes of this report only.
21. Chad Sniffen, Julia Durnan, and Janine Zweig, "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," 2018, https://www.nsvrc.org/sites/default/files/publications/2018-11/NSVRC_HelpingIndustries.pdf.

In addition, our systems are constantly evaluating a variety of factors, including user feedback, local driving patterns, fraud signals, and data science to identify patterns of potentially risky behavior. If a pattern is flagged, the system will trigger a review of the user's account by a specialized safety agent who examines the user's history and any previous reported issues to take appropriate action. This approach makes Uber more accountable and fair to both drivers and riders. It accounts for the fact that a tenured driver with thousands of trips may have received a proportionately small number of infrequent, minor complaints.

No rider or driver is deactivated from Uber for a safety report without a human review. While data and technology are useful tools for strengthening our safety strategies, safety is personal—and people will always have a role to play.

**Incident Response Teams**

Uber's US Incident Response Teams (IRT) respond to and support people who report safety incidents to Uber. Their goal is to quickly respond to every safety report, handle it with care, and gather robust information that helps enable future incident prevention.

> "We have an amazing opportunity to make a positive impact on the safety of the communities that we are in and I truly enjoy helping people. We are empowered to handle these safety incidents ... and my team values that responsibility."
>
> Uber Safety Support Agent

Within the IRT, there are multiple teams that address safety incidents. Safety support agents on these teams receive training to review, document, and recommend appropriate action to help ensure safety on the platform. These teams are often a rider's or driver's first touchpoint for assistance after a serious crash or interpersonal incident. They assess the situation, take preliminary action (such as account suspension), and determine next steps for response.

Uber created a specialized team within IRT in 2017 to provide specialized customer support to riders and drivers dealing with the most serious and urgent of incidents, such as reports of sexual assault, that require an in-depth review and victim support. They gather data pertaining to an incident report (such as GPS information, timestamps, photos/videos submitted, in-app communications, etc.) and may speak to all involved parties, including reporting parties, potential victims, and accused parties. These agents receive tailored training on how to address difficult, often emotional conversations with precision, empathy, and care. This important team is empowered to make immediate account-access decisions, including user account deactivation, and to provide victims with support resources.

Uber's IRT agents take their responsibilities extremely seriously and share a common mission: to do the right thing for people reporting a safety incident. As with all frontline and crisis-related roles, this is a hard job and Uber is focused on providing agents with ongoing support to help them cope with any possible stress, emotional concerns, and vicarious trauma.

> "Doing the right thing is a consistent practice here at Uber. I love being committed to something I can be proud of and being part of the Incident Response Team gives me that satisfaction. Having the responsibility of being that hand that reaches out when someone needs it most is an honorable position to be in."
>
> Uber Safety Support Agent

# Collection of safety incident data

Technology has the ability to help make travel safer than ever before. We use technology to enable our users to submit incident reports quickly and easily. With Uber, incident reporting is seamless and often much easier than with many other companies (including airlines, hotels, and taxi companies). For example, app-based reporting may encourage users to report more often, since they can do so more quickly and discreetly than they can in person or by phone.

Currently, Uber receives and proactively gathers safety incident reports from more than 10 different channels, including:

**User-driven methods**
Post-trip in-app support
On-trip in-app reporting
Uber's website
24/7 Critical Safety Response Line
Uber Greenlight Hubs

**Proactive incident report gathering**
Social media mentions (Twitter, Facebook, etc.)
News media mentions

**Uber outreach after incidents** (see Safety investments)
RideCheck
In-App Emergency Button

**Incoming third-party communications**
Law enforcement (see Working with law enforcement in Safety commitments)
Regulator inquiries
Insurance claims
Other third parties

Because we aggregate safety incident data from many sources, Uber's dataset is likely more comprehensive than other sources of data, both in the transportation industry and more broadly. As a result, it is difficult to compare insights drawn from Uber's dataset to datasets with more limited reporting channels.

# Safety support processes

By design, Uber receives an immense amount of user feedback across a wide range of topics, the vast majority of which are not related to safety issues. To isolate user feedback related to safety, Uber sorts the data using key words and phrases, in addition to our advanced natural language processing technology, to identify reports that may indicate safety concerns. All potential safety-related reports are manually reviewed by teams of safety support agents for proper adjudication. The most serious reports are escalated to a specialized team within Uber's Incident Response Team, which aims to gather additional information on an incident report by speaking with incident parties and gathering necessary data in order to determine what user account action to take. Beyond triaging and adjudicating incidents, support agents are also responsible for the initial classification of the incident within Uber's Safety Taxonomy.[69]

# Overview of Uber's Safety Taxonomy

Uber's Safety Taxonomy is a set of categories used to classify and prioritize incoming safety incidents, apply action on individual reports, and inform Uber's efforts to prevent future incidents. The Safety Taxonomy is the basis for measuring and reporting the data needed to understand and improve safety on our platform.

Uber classifies all incident reports according to the description given by the reporting party, and our agents take action according to the appropriate protocol for the initial classification of the report. This approach to classifying reports according to the description of the reporting party is supported by experts[70] and ensures that reports are categorized with as little subjective assessment as possible.

69. The incident's data classification may be updated, if appropriate, as additional facts are developed in the course of the case review and then again by a specialized team of data auditors (see Data auditing process).

70. Chad Sniffen, Julia Durnan, and Janine Zweig. "Helping Industries to Classify Reports of Sexual Harassment, Sexual Misconduct, and Sexual Assault," 2018, p. 49, https://www.nsvrc.org/sites/default/files/publications/2018-11/NSVRC_HelpingIndustries.pdf.

# Sexual assault

Sexual assault is one of the most pervasive yet under-reported crimes in modern society. While perpetrators are most often known to the victim,[166] sexual assault can happen to anyone, anywhere: in our homes, our schools, our workplaces, our transportation systems, and even our public spaces. According to the National Intimate Partner and Sexual Violence Survey (NISVS), an ongoing survey administered by the Centers for Disease Control, **nearly 44% of US women and nearly 25% of US men** will be the victim of contact sexual violence[167] in their lifetimes.[168] This is an issue that almost 52.2 million women and 27.6 million men live with every single day.[169]

No community is immune. There were approximately 20,500 instances of unwanted sexual contact in 2018 in the military, according to the US Department of Justice's Annual Report on Sexual Assault in the Military.[170] One quarter of undergraduate women say they have been victims of sexual touching or penetration without consent since starting college, according to the latest survey from the Association of American Universities.[171]

Although a direct comparison cannot be made to Uber's data due to substantial methodological differences, Non-Consensual Sexual Penetration incidents, the most serious sexual assault category within the Sexual Misconduct And Sexual Violence Taxonomy, were reported to occur in about **1 in 5,000,000 completed trips during the 2017-2018 time frame**. In other words, these incidents were reported on **0.00002% of trip**s. While these reports are rare, every report represents an individual who came forward to share an intensely painful experience. Even one report is one too many.

Riders account for nearly half of the accused parties across the 5 most serious sexual assault categories.

For purposes of this report, we have included the 5 most serious categories in the Sexual Misconduct and Sexual Violence Taxonomy (see Table 12).

166. "Preventing Sexual Violence," Centers of Disease Control and Prevention (CDC), March 12, 2019, https://www.cdc.gov /violenceprevention/sexualviolence/fastfact.html.

167. "Contact sexual violence" is a NISVS combined category that includes rape, being made to penetrate someone else, sexual coercion, and/or unwanted sexual contact. In Uber's taxonomy, this term would encompass (1) Non-Consensual Sexual Penetration, (2) Non-Consensual Kissing of a Sexual Body Part, (3) Non-Consensual Touching of a Non-Sexual Body Part, (4) Attempted Non-Consensual Sexual Penetration, and (5) Non-Consensual Kissing of a Sexual Body Part. However, given the different aims of Uber and the CDC, as well as the limitations of their respective data collections, it is still likely that significant methodological differences in classification may exist.

168. Sharon G. Smith, et. al, "The National Intimate Partner and Sexual Violence Survey: 2015 Data Brief – Updated Release," (November 2018) p. 1, https://www.cdc.gov /violenceprevention/pdf/2015data-brief508.pdf.

169. Ibid.

170. United States Department of Defense, "Department of Defense Annual Report on Sexual Assault in the Military: Fiscal Year 2018," (April 9, 2019) p. 15, https://int.nyt.com /data/documenthelper/800-dod-annual-report-on-sexual-as/d659d6d0126ad2b19c18/optimized /full.pdf#page=1.

171. Nick Anderson, Susan Svrluga and Scott Clement, "Survey finds evidence of widespread sexual violence at 33 universities," Washington Post, October 14, 2009, https://www.washingtonpost.com/local/education/survey-finds-evidence-of-widespread -sexual-violence-at-33-universities/2019/10/14/bd75dcde-ee82-11e9-b648-76bcf86eb67e_story.html.

### Table 12: 5 categories of sexual assault[172] (2017-2018)[173]

| | 2017-2018 | 2017 | | 2018 | | YoY incident rate change |
|---|---|---|---|---|---|---|
| Subcategory | Frequency of incident reports (by # of trips) | # of incident reports | % of total trips[174] | # of incident reports | % of total trips | % change incident rate[175] |
| Non-Consensual Kissing of a Non-Sexual Body Part | ~1 in 2,000,000 | 570 | 0.00006% | 594 | 0.00005% | -16% |
| Attempted Non-Consensual Sexual Penetration | ~1 in 4,000,000 | 307 | 0.00003% | 280 | 0.00002% | -26% |
| Non-Consensual Touching of a Sexual Body Part | ~1 in 800,000 | 1,440 | 0.0001% | 1,560 | 0.0001% | -12% |
| Non-Consensual Kissing of a Sexual Body Part | ~1 in 3,000,000 | 390 | 0.00004% | 376 | 0.00003% | -22% |
| Non-Consensual Sexual Penetration | ~1 in 5,000,000 | 229 | 0.00002% | 235 | 0.00002% | -17% |
| **Total US trips** | 2.3 billion | 1.0 billion | | 1.3 billion | | |

## Rate decrease

From 2017 to 2018, **Uber saw approximately a 16% decrease** in the average incident rate across the 5 most serious sexual assault categories reported. Additionally, there were rate decreases across each of the 5 individual categories. These decreases may correlate with Uber's substantial investments in safety over the past 2 years (see Safety commitments), although causation is difficult to determine given the myriad factors that can impact reported sexual assault rates.

We also know these decreases may not always be the trend. Experts and advocates have told us that releasing this type of report may actually lead to an **increase** in the number of reports in the future. That's because, when it becomes clear that Uber is paying close attention to reports of sexual violence and taking action, survivors may feel more comfortable coming forward. For example, external research has shown the number of sexual assaults reported on a college campus tends to increase in relation to the amount of attention focused on addressing sexual assault on that campus.[176] Experts tell us that when high-profile cases of sexual assault hit the news, organizations that support survivors are likely to see sharp increases in call volume or requests for support services. While incident reduction will always be our primary goal in our safety efforts, building and maintaining the trust of our community is an integral step toward gaining the most accurate picture of user experiences.

## A note on "reporting party"

It is important to understand that the party who reports an incident to Uber is not always the victim. For example, a driver may observe and report a sexual assault between riders; a law enforcement officer may report an assault on behalf of a rider; or a rider account holder may report an assault on behalf of a guest rider who took a trip using their account. As noted in the methodology, Uber was able to capture data regarding the party of the potential victim for reports of Non-Consensual Sexual Penetration only. For all other sexual assault and misconduct categories, the reporting party is the closest proxy to

172. "Relation to the Uber platform" or "Uber-related" is in reference to data classification for the purposes of this Safety Report only.
173. This report reflects audited sexual assault reports that were classified into one of these categories. Uber occasionally receives notice of a potential sexual assault well after the trip has ended. The sexual assault data presented in this report includes incident reports resolved on or before October 31, 2019, and for this reason may change over time.
174. Incident reports as a percent of total trips are rounded.
175. Uber year-over-year rate change may not sum according to chart. Rate change is based on unrounded yearly rates.
176. Kaitlin M Boyle, Ashley Barr, and Jody Clay-Warner. "The Effects of Feminist Mobilization and Women's Status on Universities' Reporting of Rape." Journal of School of Violence 16, no. 3 (July 11, 2017): pp. 317–30, https://doi.org/10.1080/15388220.2017.1318580.