# EXHIBIT AA

# UBER-MDL3084-BW-00045291

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Uber Technologies, Inc. | SEMANTIC |
| **Application** | Document | SEMANTIC |
| **Begin Family** | UBER-MDL3084-BW-00045291 | SEMANTIC |
| **Date Created** | 06/18/2025 3:56 pm | SEMANTIC |
| **End Family** | UBER-MDL3084-BW-00045292 | SEMANTIC |
| **File Size** | 51714 | SEMANTIC |
| **Filename** | 2659 (A.R.2) - c5982ee8-e6c6-3697-80c2-438425fa0c50_1.html | SEMANTIC |
| **Hidden Content** | No; | SEMANTIC |
| **Other Custodians** | Uber; | SEMANTIC |
| **Production Volume** | MDL-BW023; | SEMANTIC |
| **Sort Date** | 06/18/2025 3:56 pm | SEMANTIC |

Uber

MOVING FORWARD

# Your safety comes first

We're committed to helping keep you safe when you ride with Uber. From new app features to improving the screening process for drivers, we're putting safety at the heart of everything we do.

## Share your trip details in one tap

Give peace of mind to the people you love. Choose your Trusted Contacts in the app and set reminders to share your trip details with them.

LEARN MORE →







## Access help when you need it

Now you can call 911 right from your app. You'll see your location and trip information, and in some US cities we'll even automatically share it with the 911 dispatcher.

LEARN MORE →

## Strengthening driver screening

Everyone driving with Uber in the US must first pass a criminal and driving history check. Starting this year, we'll proactively rerun those checks annually.

LEARN MORE →



Uber

Get help

Unsubscribe

This is a promotional email from
Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms