# EXHIBIT CC

## EXHIBIT FILED UNDER SEAL