# EXHIBIT DD

## EXHIBIT FILED UNDER SEAL