# EXHIBIT FF

## EXHIBIT FILED UNDER SEAL