# EXHIBIT GG

11:23

**Posts**
uber

Follow

uber
uber · Original audio




3,459 223 10 214

**uber** "Hey, can you play Best of Both Worlds?"

4 days ago

11:23

Posts
uber

Follow

uber
uber · Original audio




2,701 73 3 74

**uber** Officially over the cold

March 5