**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*A.R.2 v. Uber Techs., Inc.*,<br>No. 24-cv-7821 | **[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiff's Motion for Partial Summary Judgment, the Court **GRANTS** the motion. The Court finds no genuine dispute of material fact on the questions of whether Uber is a common carrier in California and whether Uber is therefore vicariously liable for the sexual assault alleged in this case, and that Plaintiff is entitled to judgment as a matter of law on those two issues.

**IT IS SO ORDERED.**

Dated: ___________

_____________________________
Hon. Charles R. Breyer
United States District Judge