ADAM M. SHOSHTARI (SBN 336510)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 506-1787
adam.shoshtari@nelsonmullins.com

CHRISTOPHER V. COTTON (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **STIPULATION AND [PROPOSED] ORDER RE: PTO 6 AMENDMENT** |
| This Document Relates to: | Magistrate Judge Lisa J. Cisneros |
| ALL ACTIONS | Courtroom: G – 15th Floor |

**STIPULATION**

WHEREAS, in June 2026, this Court entered Amended Pretrial Order No. 6 ("Amended PTO 6"), ECF 6496, which provides an email address through which Plaintiffs in this multi-district litigation can serve complaints and related materials on Defendants;

WHEREAS, the email address contained in Amended PTO 6 will soon be retired;

WHEREAS, the parties have agreed to modify Amended PTO 6 to substitute a new email address that will be accessible to Defendants' current counsel at Nelson Mullins Riley & Scarborough LLP;

THEREFORE, the parties stipulate and respectfully request that the Court enter the following stipulation further amending Amended PTO 6 to substitute the email address Uber.MDLService@nelsonmullins.com for the email address presently contained therein.

IT IS SO STIPULATED.

Dated: November 11, 2026

GIRARD SHARP

By: <u>*/s/ Sarah London*</u>

601 California St. Suite 1400
San Francisco, California, 94108
(866) 981-4800
slondon@girardsharp.com

*Attorney for Plaintiffs*

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: <u>/s/ *Christopher V. Cotton*</u>

CHRISTOPHER V. COTTON
(admitted *Pro Hac Vice*)
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
(816) 868-6840
chris.cotton@nelsonmullins.com

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER,
LLC and RASIER-CA, LLC

# [PROPOSED] ORDER

The Court hereby GRANTS the parties' stipulation and ORDERS that Amended PTO 6, ECF 6496, is hereby amended to substitute the email address Uber.MDLService@nelsonmullins.com for the email address presently contained therein.

**IT IS SO ORDERED.**

Dated: Nov. 13, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

Hon. Charles R. Breyer
United States District Judge

**PROOF OF SERVICE**

I hereby certify that on November 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: *__/s/ Christopher V. Cotton__*
Christopher V. Cotton