ADAM M. SHOSHTARI (SBN 336510)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
(424) 506-1787
adam.shoshtari@nelsonmullins.com

VERONICA G. GROMADA (admitted *Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:23-md-03084-CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER AS MODIFIED RE: PARTIES' MODIFIED PTO 8 SUBMISSION REGARDING CERTAIN THIRD PARTY SUBPOENAS**<br><br>Magistrate Judge Lisa J. Cisneros<br><br>Courtroom: G – 15th Floor |

**STIPULATION**

WHEREAS, the Parties previously stipulated to a modified PTO 8 submission schedule and format to brief issues related to third-party subpoena recipients Mass Tort Ad Agency ("MTAA"), Blue Sky Media LLC ("Blue Sky"), and Isla Marketing d/b/a LegalCove.com ("Isla"), ECF 8158;

WHEREAS, the Parties agreed as part of that stipulation that the joint submission would be filed on November 11, 2026;

WHEREAS, the Court granted that stipulation on November 2, 2026, ECF 8171;

WHEREAS, the Parties subsequently agreed to modify the date and time for their final submission;

THEREFORE, the Parties stipulate and respectfully request that the Court enter the following amended schedule for PTO 8 briefing on this issue:

| Action | Date |
|---|---|
| Plaintiffs serve their portion | Tuesday, Nov. 3, 2026, by Noon PT |
| Uber serves its portion | Monday, Nov. 9, 2026, by Noon PT |
| The parties complete final edits | Wednesday, Nov. 11, 2026, by 9:00 p.m. PT |
| The parties file the joint submission | Thursday, Nov. 12, 2026, by 12:00 p.m. PT |

The page limits previously stipulated to by the Parties for this submission will remain the same.

IT IS SO STIPULATED.

Dated: November 11, 2026

SIMMONS HANLY CONROY LLP

By: */s/ Jenny Paulson*

Jenny Paulson (admitted *Pro Hac Vice*)
One Court Street
Alton, Illinois 62002
(618) 693-3104
jpaulson@simmonsfirm.com

*Attorney for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Veronica G. Gromada*

Veronica G. Gromada (admitted *Pro Hac Vice*)
1111 Bagby St. #2100
Houston, TX 770202
(346) 646-7154
veronica.gromada@nelsonmullins.com

*Attorney for Defendants*
*UBER TECHNOLOGIES, INC., RASIER, LLC and RASIER-CA, LLC*

## ~~[PROPOSED]~~ ORDER AS MODIFIED

The Court hereby GRANTS the parties' stipulation and enters the amended schedule below to govern the parties' submissions regarding third party subpoenas pursuant to PTO 8.

| Action | Date |
|---|---|
| Plaintiffs serve their portion | Tuesday, Nov. 3, 2026, by Noon PT |
| Uber serves its portion | Monday, Nov. 9, 2026, by Noon PT |
| The parties complete final edits | Wednesday, Nov. 11, 2026, by 9:00 p.m. PT |
| The parties file the joint submission | ~~Thursday, Nov. 12, 2026, by 12:00 p.m. PT~~<br>Friday, Nov. 13, 2026, by 11:59 p.m. PT |

The page limit for this PTO 8 submission will remain 12 pages, single spaced, with 6 pages for each party.

**IT IS SO ORDERED.**

Dated: November 13, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge