Roopal P. Luhana (*Admitted pro hac vice*)
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Sarah R. London
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

Rachel B. Abrams
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone : (415) 766-3544
rabrams@peifferwolf.com
*Lead Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:23-md-03084-CRB (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT RELATED TO THE 11/19/26 DISCOVERY MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

WHEREAS, the Court set a Discovery Management Conference for November 19, 2026 with a Joint Status Report due on November 16, 2026. ECF 4191.

WHEREAS, Microsoft 365 experienced a nationwide service outage on November 12, 2026 into November 13, 2026 which prevented counsel from agreeing on an exchange schedule and exchanging topics/positions for the Joint Status Report.

WHEREAS, in light of the Microsoft outage, the parties agree that it would be beneficial to move the filing of the Joint Status Report from November 16, 2026 to November 17, 2026.

THEREFORE, the parties respectfully request the Court enter the parties' stipulation permitting the parties to file the Joint Status Report for the November 19, 2026 Discovery Management Conference on November 17, 2026.

**IT IS SO STIPULATED.**

DATED: November 13, 2026

Respectfully submitted,

*/s/Roopal P. Luhana*

ROOPAL P. LUHANA *(Admitted Pro Hac Vice)*
CHAFFIN LUHANA LLP
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

ANDREW R. KAUFMAN (*Admitted Pro Hac Vice*)
SARAH R. LONDON (SBN 267083)
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com
akaufman@girardsharp.com

RACHEL B. ABRAMS (Cal Bar No. 209316)
ADAM B. WOLF (Cal Bar No. 215914)
SARA B. CRAIG (Cal Bar No. 301290)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
awolf@peifferwolf.com
scraig@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

By: /s/*Michael Vives*

KIRKLAND & ELLIS LLP

Michael Vives (*Admitted Pro Hac Vice*)
michael.vives@kirkland.com
Jessica Davidson (*Admitted Pro Hac Vice*)
jessica.davidson@kirkland.com
601 Lexington Avenue New York, NY 10022
Telephone: (212) 446-4800

Laura Vartain (SBN 258485)
laura.vartain@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Allison M. Brown (*Admitted Pro Hac Vice*)
alli.brown@kirkland.com
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 13, 2026

/s/*Roopal P. Luhana*
Roopal P. Luhana

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: June __, 2026

_______________________________
Honorable Lisa J. Cisneros
United States Magistrate Judge