Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | CASE NO. 3:23-MD-03084-CRB<br><br>**DECLARATION OF GEOFFREY M. WYATT, P.C. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT ROBERT SNIDERMAN**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

I, Geoffrey Wyatt, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Rober Sniderman, dated October 26, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of the Deposition Transcript of Robert Sniderman, dated September 23, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of the Expert Rebuttal Report of Kristen M. Zgoba, dated November 6, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a document bearing bates stamp MDL3084-DFS00144587.

6. Attached as **Exhibit 5** is a true and correct copy of a document bearing bates stamp UBER-MDL3084-DFS00054771 through 54772.

7. Attached as **Exhibit 6** is a true and correct copy of the rough Deposition Transcript of Robert Sniderman, dated November 12, 2026

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 13, 2026, in Washington, D.C.

*/s/ Geoffrey M. Wyatt*
Geoffrey M. Wyatt, P.C.