Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821

CASE NO. 3:23-MD-03084-CRB

**DECLARATION OF GEOFFREY M. WYATT, P.C. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

Judge: Hon. Charles R. Breyer

Courtroom: 6 – 17th Floor

I, Geoffrey Wyatt, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Plaintiff A.R.2, dated July 1, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Plaintiff A.R.2, dated October 14, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of O.K., dated July 11, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of I.E., dated July 8, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054846.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiff A.R.2's Amended Plaintiff Fact Sheet, dated November 18, 2024.

8. Attached as **Exhibit 7** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00160114 through 00160118.

9. Attached as **Exhibit 8** is a true and correct copy of a document bearing bates number UBER-MDL3084-BW-00007778.

10. Attached as **Exhibit 9** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054724 through 00054725.

11. Attached as **Exhibit 10** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054709 through 00054712.

12. Attached as **Exhibit 11** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054679 through 00054684.

13. Attached as **Exhibit 12** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054716 through 00054718.

14. Attached as **Exhibit 13** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054704 through 00054708.

15. Attached as **Exhibit 14** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054726 through 00054728.

16. Attached as **Exhibit 15** is a true and correct copy of a document bearing bates number UBER-MDL3084-DFS00054713 through 00054715.

17. Attached as **Exhibit 16** is a true and correct copy of a document bearing bates number UBER-MDL3084-000004521 through 000004547.

18. Attached as **Exhibit 17** is a true and correct copy of the Judgment (*Lopez v. Uber Techs., Inc.*) on Defendant Uber Technologies, Inc.'s Motion for Summary Judgment, No. 23STCV10200, California Superior Court, Los Angeles County, dated March 12, 2026.

19. Attached as **Exhibit 18** is a true and correct copy of the Judgment (*Bilby v. Jalil*) on Defendant Uber Technologies, Inc.'s Motion for Summary Judgment, or in the Alternative, Summary Adjudication, Case No. 37-2023-00015325-CU-PA-CTL, California Superior Court, San Diego County, dated January 15, 2025.

20. Attached as **Exhibit 19** is a true and correct copy of the Judgment (*Cabanillas v. Lyft, Inc.*) on Defendant Lyft, Inc.'s Motion for Summary Judgment, No. 24STCV12700, California Superior Court, Los Angeles County, dated October 2, 2026.

21. Attached as **Exhibit 20** is a true and correct copy of the Judgment (*Chan v. Lyft, Inc.*) on Defendant Lyft, Inc.'s Motion for Summary Judgment, No. 22STCV23537, California Superior Court, Los Angeles County, dated October 1, 2025.

22. Attached as **Exhibit 21** is a true and correct copy of the Notice of Ruling Granting Defendant Lyft, Inc.'s Motion for Summary Judgment, *Griffith v. Simeone*, No. CVPS2303174, California Superior Court, Riverside County, dated May 29, 2025.

23. Attached as **Exhibit 22** is a true and correct copy of a document bearing bates number UBER-MDL3084-BW-00001048 through 00001073.

24. Attached as **Exhibit 23** is a true and correct copy of a document bearing bates number UBER-MDL3084-BW-00001002.

25. Attached as **Exhibit 24** is a true and correct copy of a document bearing bates number UBER-MDL3084-BW-00001003 through 00001013.

26. Attached as **Exhibit 25** is a true and correct copy of Exhibit 1601 from the deposition of Mariana Esteves, taken on July 15, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of the Supplemental Expert Report of Jason Morris, dated October 26, 2026.

28. Attached as **Exhibit 27** is a true and correct copy of the Supplemental Expert Report of Vida Thomas, dated October 26, 2026.

29. Attached as **Exhibit 28** is a true and correct copy of the Expert Report of Thomas Tremblay, dated September 26, 2025.

30. Attached as **Exhibit 29** is a true and correct copy of the Expert Report of Veronique Valliere, dated September 26, 2025.

31. Attached as **Exhibit 30** is a true and correct copy of excerpts of the deposition transcript of Mariana Esteves, dated July 1, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 13, 2026, in Washington, D.C.

*/s/ Geoffrey M. Wyatt*
Geoffrey M. Wyatt, P.C.