# EXHIBIT 6

## FILED UNDER SEAL