# EXHIBIT 10

## FILED UNDER SEAL