# EXHIBIT 15

## FILED UNDER SEAL