# EXHIBIT 22

## FILED UNDER SEAL