# EXHIBIT 23

## FILED UNDER SEAL