# EXHIBIT 25

## FILED UNDER SEAL