# EXHIBIT 26

## FILED UNDER SEAL