# EXHIBIT 27

## FILED UNDER SEAL