# EXHIBIT 28

## FILED UNDER SEAL