# EXHIBIT 29

## FILED UNDER SEAL