# EXHIBIT 30

## FILED UNDER SEAL