[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF PLAINTIFF A.R.2'S OMNIBUS MOTION TO EXCLUDE EXPERT TESTIMONY** |
| This Document Relates to:<br><br>*A.R.2 v. Uber Technologies, Inc.,* N.D. Cal. No. 24-cv-07821 | Judge: Honorable Charles R. Breyer<br><br>Ctrm.: 6, 17th Floor |

I, Ellyn H. Hurd, hereby declare as follows:

1. I am a partner in the law firm Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion to Exclude Expert Testimony.

3. Attached hereto as Exhibit A is a true and correct copy of the Supplemental Report of Sara West dated October 26, 2026.

4. Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Report of Betsy Bartko dated November 5, 2026.

5. Attached hereto as Exhibit C is a true and correct copy of the Expert Report of Kristen Zgoba dated October 26, 2026.

6. Attached hereto as Exhibit D is a true and correct copy of the Expert Rebuttal Report of Kristen Zgoba dated November 6, 2026.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Lindsay Orchowski dated September 3, 2026.

8. Attached hereto as Exhibit F is a true and correct copy of the Supplemental Expert Report of Jason Morris dated October 26, 2026.

9. Attached hereto as Exhibit G is a true and correct copy of the Rebuttal Report of Jason Morris dated November 6, 2026.

10. Attached hereto as Exhibit H is a true and correct copy of the Supplemental Expert Report of Vida Thomas dated October 26, 2026.

11. Attached hereto as Exhibit I is a true and correct copy of the Rebuttal Expert Report of Vida Thomas dated November 6, 2026.

12. Attached hereto as Exhibit J is a true and correct copy of the Rebuttal Report of Joseph Okpaku dated November 6, 2026.

13. Attached hereto as Exhibit K is a true and correct copy of the Supplemental Report of Julie

Moore dated October 13, 2026.

14. Attached hereto as Exhibit L is a true and correct copy of the Transcript of the Deposition Betsy Bartko dated September 11, 2026.

15. Attached hereto as Exhibit M is a true and correct copy of the Transcript of the Deposition of Kristen Zgoba dated September 11, 2026.

16. Attached hereto as Exhibit N is a true and correct copy of the Transcript of the Deposition of Lindsay Orchowski dated September 8, 2026.

17. Attached hereto as Exhibit O is a true and correct copy of The District Attorney's Screening Action Form (BW-A_R-DRIVER-000303).

18. Attached hereto as Exhibit P is a true and correct copy of the Expert Report of Vida Thomas dated September 26, 2025.

19. Attached hereto as Exhibit Q is a true and correct copy of the Transcript of the Deposition of Vida Thomas dated September 11, 2026.

20. Attached hereto as Exhibit R is a true and correct copy of the Transcript of the Deposition of Joseph Okpaku dated September 10, 2026.

Executed this 13th day of November, 2026 in West Dennis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd