# Exhibits A through R

Provisionally Filed Under Seal Pursuant to ECF 8273 (N.D. Cal.)