DANA LIZIK (admitted *Pro Hac Vice*)
BASIL ADHAM (admitted *Pro Hac Vice*)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*JLG 241 v. Uber Technologies, Inc. et al; 3:26-cv-00997-CRB* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: November 14, 2026

Respectfully submitted,

By: */s/ Dana Lizik*
Dana Lizik (TX SBN 24098007) *(Pro Hac Vice)*
Basil Adham (TX SBN 24081742) (*Pro Hac Vice*)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Dana Lizik, hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served on all parties via the Court's electronic service system on this day, November 14, 2026.

*/s/ Dana Lizik*
**Dana Lizik**
**Attorney for Plaintiff**