# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

CHRISTOPHER J. CLARK, Bar # CC9474

was duly admitted to practice in the Court on

April 23, 1999

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On November 16, 2026

Tammi M. Hellwig
Clerk of Court

By s/ S. Ramkhelawan
Deputy Clerk