UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Uber Technologies, Inc. ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 23-md-03084 (CRB)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Butzin-Dozier, an active member in good standing of the bar of Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jane DoePA26 in the above-entitled action. My local co-counsel in this case is N/A per PTO 1 (ECF 2) Sec. 8, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: N/A.

| | |
|---|---|
| 666 3rd Ave 21st Floor, New York, NY 10017 | N/A per PTO 1 (ECF 2) Sec. 8 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 377-0850 | N/A per PTO 1 (ECF 2) Sec. 8 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| benjamin.dozier@csvllp.com | N/A per PTO 1 (ECF 2) Sec. 8 |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5523956.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2026

Benjamin Butzin-Dozier
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin Butzin-Dozier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 16, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

BENJAMIN BUTZIN-DOZIER, Bar # 5523956

was duly admitted to practice in the Court on

June 03, 2025

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On November 16, 2026

Tammi M. Hellwig
Clerk of Court

By s/ S. Ramkhelawan
Deputy Clerk