ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
chris.cotton@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
Telephone: (816) 868-6840

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>*See Ex. A* | **DECLARATION OF CHRISTOPHER V. COTTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**<br><br>Date: January 15, 2027<br>Time: 10:00 a.m.<br>Courtroom: 6 – 17th Floor |

**DECLARATION OF CHRISTOPHER V. COTTON**

I, Christopher V. Cotton, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Kansas City, Missouri. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") Motion to Dismiss Cases for Failure to Comply with PTO 5.

2. I am a partner at the law firm of Nelson Mullins Riley & Scarborough LLP, representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Iowa, the Bar of the State of Missouri, and the Bar of the State of Wisconsin. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On December 28, 2023, this Court entered Pretrial Order No. 5 ("PTO 5") in this matter, requiring each Plaintiff to "produce to Defendants a bona fide ride receipt from an Uber trip connected to the alleged incident." ECF 175 at 2. PTO 5 required each Plaintiff whose case was a part of the MDL by February 1, 2024, to produce the receipt (or, if a receipt was not readily available, certain ride information) within 14 days of that date - *i.e.*, by February 15, 2024. *Id.* Each Plaintiff who joined the MDL after February 1, 2024 had to produce the ride receipt or ride information within 14 days of joining the MDL. *Id.* at 3.

4. Attached to this declaration as Exhibit A is a table identifying Plaintiffs who, as of the date of this declaration, have failed to comply with PTO 5. All but one of them failed to produce a ride receipt or ride information as required by PTO 5 or seek an extension. The last Plaintiff, Jane Doe PNA (H.B.), produced a ride receipt for a person with a different name for a ride in a different year than the alleged incident. The Plaintiffs' deadlines to comply with PTO 5 are identified in the table at Exhibit A, as well as the date each of these Plaintiffs was sent a written Delinquency Notice informing them of their non-compliance with PTO 5. Plaintiffs have not responded within the thirty days provided in the Notice or cured their non-compliance by producing a ride receipt or ride information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2026 in Kansas City, Missouri.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Christopher V. Cotton*

CHRISTOPHER V. COTTON
(Admitted *Pro Hac Vice*)
chris.cotton@nelsonmullins.com
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
Telephone: (816) 868-6840

*Attorney for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC