# Exhibit A

Exhibit A – Uber's Motion to Dismiss for Failure to Comply with PTO 5

*In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation* (N.D. Cal. 3:23-md-03084)

| MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| 5862 | Jane Doe PNA (H.B.) | Phillips & Associates Law Firm P.C. | 3:26-cv-05679-CRB | 7/11/2026 | 7/29/2026 |
| 4125 | Jane Doe NLG (AG.1) | Nachawati Law Group | 3:26-cv-07216-CRB | 8/13/2026 | 8/20/2026 |
| 6416 | Jane Doe NLG (444378) | Nachawati Law Group | 3:26-cv-07647-CRB | 8/23/2026 | 9/11/2026 |
| 6157 | Jane Doe LS 758 | Levin Simes | 3:26-cv-07900-CRB | 8/28/2026 | 9/11/2026 |
| 4352 | Jane Doe NLG (448941) | Nachawati Law Group | 3:26-cv-08487-CRB | 9/14/2026 | 10/7/2026 |
| 6717 | Jane Doe NLG (456815) | Nachawati Law Group | 3:26-cv-08502-CRB | 9/16/2026 | 10/7/2026 |
| 6714 | Jane Doe NLG (456419) | Nachawati Law Group | 3:26-cv-08506-CRB | 9/16/2026 | 10/7/2026 |
| 6707 | Jane Doe NLG (443704) | Nachawati Law Group | 3:26-cv-09121-CRB | 9/27/2026 | 10/7/2026 |
| 6702 | Jane Doe NLG (443557) | Nachawati Law Group | 3:26-cv-09236-CRB | 9/30/2026 | 10/7/2026 |
| 6587 | Jane Doe NLG (456679) | Nachawati Law Group | 3:26-cv-09386-CRB | 10/2/2026 | 10/7/2026 |
| 6593 | Jane Doe NLG (456480) | Nachawati Law Group | 3:26-cv-09419-CRB | 10/2/2026 | 10/7/2026 |