ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted Pro Hac Vice)
chris.cotton@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
Telephone: (816) 868-6840

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*See Ex. A* | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _______________, 2026

________________________________
HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID | Case Name | Counsel | Case Number | Receipt Due Date | Date of Delinquency Notice |
|---|---|---|---|---|---|
| 5862 | Jane Doe PNA (H.B.) | Phillips & Associates Law Firm P.C. | 3:26-cv-05679-CRB | 7/11/2026 | 7/29/2026 |
| 4125 | Jane Doe NLG (AG.1) | Nachawati Law Group | 3:26-cv-07216-CRB | 8/13/2026 | 8/20/2026 |
| 6416 | Jane Doe NLG (444378) | Nachawati Law Group | 3:26-cv-07647-CRB | 8/23/2026 | 9/11/2026 |
| 6157 | Jane Doe LS 758 | Levin Simes | 3:26-cv-07900-CRB | 8/28/2026 | 9/11/2026 |
| 4352 | Jane Doe NLG (448941) | Nachawati Law Group | 3:26-cv-08487-CRB | 9/14/2026 | 10/7/2026 |
| 6717 | Jane Doe NLG (456815) | Nachawati Law Group | 3:26-cv-08502-CRB | 9/16/2026 | 10/7/2026 |
| 6714 | Jane Doe NLG (456419) | Nachawati Law Group | 3:26-cv-08506-CRB | 9/16/2026 | 10/7/2026 |
| 6707 | Jane Doe NLG (443704) | Nachawati Law Group | 3:26-cv-09121-CRB | 9/27/2026 | 10/7/2026 |
| 6702 | Jane Doe NLG (443557) | Nachawati Law Group | 3:26-cv-09236-CRB | 9/30/2026 | 10/7/2026 |
| 6587 | Jane Doe NLG (456679) | Nachawati Law Group | 3:26-cv-09386-CRB | 10/2/2026 | 10/7/2026 |
| 6593 | Jane Doe NLG (456480) | Nachawati Law Group | 3:26-cv-09419-CRB | 10/2/2026 | 10/7/2026 |