**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Hon. Charles R. Breyer |
| This Document Relates to:<br><br>*Uber Technologies, Inc. et al. v. Express Digital Services, LLC et al. Case No. 3:2026-cv-03008* | **[~~PROPOSED~~] ORDER OF WITHDRAWAL OF COUNSEL KELLY TWIGGER AND MICHAEL MERRIMAN** |

~~[PROPOSED]~~

**ORDER GRANTING WITHDRAWAL OF ATTORNEYS KELLY TWIGGER AND MICHAEL MERRIMAN**

IT IS HEREBY ORDERED THAT, pursuant to Civil L.R. 11-5, Kelly Twigger and Michael Merriman are permitted to withdraw from the above-captioned action.

IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed from the electronic filing notification for this case.

**IT IS SO ORDERED.**

Dated: Nov. 16, 2026

The Honorable Charles R. Breyer
United States District Judge