ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

CHRISTOPHER V. COTTON (Admitted *Pro Hac Vice*)
chris.cotton@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Kansas City Place
1200 Main Street
Suite 2200
Kansas City, MO 64105
Telephone: (816) 868-6840

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **[PROPOSED] ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer |
| *N.S. 774019 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-07982-CRB | |

**[PROPOSED] ORDER**

Having considered Guerra LLP's Motion to Withdraw as Counsel of Record for Plaintiff N.S. 774019 (ECF 8246), the Court finds that, given that Uber has discovered evidence that Plaintiff N.S. 774019 submitted a non-bona fide receipt that is the subject of a pending motion (ECF 7070), granting withdrawal would cause prejudice to Plaintiff and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Guerra LLP's Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: _______________, 2026

________________________________
HON. CHARLES R. BREYER
United States District Court Judge