**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*SEE EXHIBITS A, B, C, AND D* | Case No. 3:23-md-03084-CRB<br><br>**~~[PROPOSED]~~ ORDER OF CONVERSION OF DISMISSALS WITHOUT PREJUDICE TO DISMISSALS WITH PREJUDICE**<br><br>Courtroom: 6 – 17th Floor<br>Judge: Honorable Charles R. Breyer |

# ~~[PROPOSED]~~ ORDER

Having considered the joint stipulation of conversion of Dismissals without Prejudice to Dismissals with Prejudice of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") and Williams Hart & Boundas, LLP ("Plaintiffs") to convert Dismissals without Prejudice to Dismissals with Prejudice as to Plaintiffs in Exhibits A, B, and C, the Court therefore hereby ORDERS as follows:

1. Plaintiffs' claims in Exhibits A, B, and C are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 17, 2026

HON. CHARLES R. BREYER
United States District Court Judge