CHAFFIN LUHANA LLP
*Doing Good by Doing Right™*

**Sent from:** New York Office

November 17, 2026

**VIA ECF**

Hon. Lisa J. Cisneros
United States District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G, 15th Floor
San Francisco, California 94102

**Re:** *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*, No. 3:23-md-03084-CRB (N.D. Cal.)—Plaintiff's Notice of Supplemental Material Regarding Joint Letter Brief Regarding Uber's Third-Party Subpoenas to Legal Marketing and Client Acquisition Services (ECF 8284)

Dear Judge Cisneros:

Plaintiffs respectfully request leave to submit supplemental material with respect to the Parties PTO 8 Joint Letter Brief Regarding Uber's Third-Party Subpoenas to Legal Marketing and Client Acquisition Services, filed on November 13, 2026 (ECF 8284). On November 17, 2026, counsel for third-party MTAA sent the parties the attached letter, which addresses certain issues raised in the briefing. MTAA's November 17 letter is attached as Exhibit A.

Respectfully submitted,

By: */s/ Roopal Luhana*

ROOPAL P. LUHANA (*Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Fl. 12
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

SARAH R. LONDON (SBN 267083)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: slondon@girardsharp.com

RACHEL B. ABRAMS (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Email: rabrams@peifferwolf.com

*Counsel for Plaintiffs*