**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084<br><br>Master Docket 3:23-md-03084-CRB |
| This Document Relates to:<br>NGRV DOE VT v. Uber Technologies, Inc., et al. | Case No.: 3:26-cv-14045-CRB |

# NOTICE OF FILING OF A NEW ACTION

Pursuant to Pretrial Order No. 6, notice is hereby given that the Complaint with Jury Demand in the above-captioned action was filed on November 18, 2026.

Dated: November 18, 2026

Respectfully submitted,

***/s/ Marlene Goldenberg***

Marlene Goldenberg
Samantha Hoefs
**NIGH GOLDENBERG RASO & VAUGHN, PLLC**
14 Ridge Square NW, Third Floor
Washington, DC 20016
Phone and Fax: (202) 978-2228
mgoldenberg@nighgoldenberg.com
shoefs@nighgoldenberg.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: November 18, 2026

Respectfully submitted,

***/s/ Marlene Goldenberg***

Marlene Goldenberg
Nigh Goldenberg Raso & Vaughn, PLLC
14 Ridge Square NW, Third Floor
Washington, DC 20016
(202) 978-2228
mgoldenberg@nighgoldenberg.com