Sarah R. London (State Bar No. 267083)
Andrew Kaufman (pro hac vice)
Maya Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Attorneys for Plaintiff GS42*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| | Honorable Charles R. Breyer |
| This Document Relates to: | **NOTICE OF FILING OF NEW ACTION** |
| *GS42 v. Uber Technologies, Inc., et al.*<br>Case No: 3:26-cv-13243-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 5, 2026.

Dated: November 18, 2026

By: */s Sarah R. London*

Sarah R. London (State Bar No. 267083)
Andrew Kaufman (pro hac vice)
Maya Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Attorneys for Plaintiff GS42*