**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| | **~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5** |
| This Document Relates to:<br><br>*Canales v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01084-CRB<br><br>*S.S.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01452-CRB<br><br>*Jane Doe NLG (L.N.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02222-CRB<br><br>*Jane Doe NLG (R.J.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02387-CRB<br><br>*Jane Doe NLG (D.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02393-CRB<br><br>*Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02405-CRB<br><br>*Jane Doe NLG (J.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02506-CRB<br><br>*Jane Roe CL v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02510-CRB<br><br>*Jane Doe NLG (P.C.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02528-CRB<br><br>*Jane Doe LS v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02828-CRB | |

*Jane Doe NLG (B.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03382-CRB

*John Doe NLG (C.R.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03385-CRB

*Jane Doe NLG (A.S.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03393-CRB

## ~~[PROPOSED]~~ ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 18, 2026

HON. CHARLES R. BREYER
United States District Court Judge

# EXHIBIT A

| MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|
| None | Canales | Garces, Grabler & LeBrocq, P.C. | 3:26-cv-01084 |
| None | S.S.C. | Barnes Trial Group | 3:26-cv-01452 |
| 5244 | Jane Doe NLG (L.N.) | Nachawati Law Group | 3:26-cv-02222 |
| 5251 | Jane Doe NLG (R.J.) | Nachawati Law Group | 3:26-cv-02387 |
| 5252 | Jane Doe NLG (D.A.) | Nachawati Law Group | 3:26-cv-02393 |
| ~~5253~~ | ~~Jane Doe NLG (L.W.)~~ | ~~Nachawati Law Group~~ | ~~3:26-cv-02405~~ |
| None | Jane Doe NLG (J.A.) | Nachawati Law Group | 3:26-cv-02506 |
| 5118 | Jane Roe CL 293 | Cutter Law | 3:26-cv-02510 |
| None | Jane Doe NLG (P.C.) | Nachawati Law Group | 3:26-cv-02528 |
| 5102 | Jane Doe LS 693 | Levin Simes | 3:26-cv-02828 |
| None | Jane Doe NLG (B.M.) | Nachawati Law Group | 3:26-cv-03382 |
| 5277 | John Doe NLG (C.R.) | Nachawati Law Group | 3:26-cv-03385 |
| ~~None~~ | ~~Jane Doe NLG (A.S.)~~ | ~~Nachawati Law Group~~ | ~~3:26-cv-03393~~ |

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.