**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe NLG (V.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03105-CRB

*Jane Doe NLG (J.B.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03166-CRB

*Jane Doe NLG (A.L.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03673-CRB

*Jane Doe LS 708 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03824-CRB

*Jane Doe NLG (AF.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03861-CRB

*Jane Doe NLG (MM.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03940-CRB

*Jane Doe NLG (TB.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04120-CRB

*Jane Doe NLG (NT.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04421-CRB

*Jane Doe NLG (AH.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04702-CRB

Case No. 3:23-md-03084-CRB

**~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 5**

*Jane Doe NLG (MC.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04825-CRB

*Jane Doe NLG (EN.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04827-CRB

*Herrera Barreda v. Uber Technologies, Inc., et al.*, No. 3:26-cv-04852-CRB

*Jane Doe NLG (MS.2) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05303-CRB

*Jane Doe NLG (LD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05347-CRB

*Jane Doe NLG (AGP.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05351-CRB

*Jane Doe NLG (SD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-05702-CRB

*Jane Doe NLG (EAM.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06030-CRB

*Jane Doe NLG (AT.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06034-CRB

*Jane Doe NLG (TP.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06051-CRB

*Jane Doe NLG (A.J.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06072-CRB

*Jane Doe NLG (C.B.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06080-CRB

*Jane Doe NLG (J.N.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06087-CRB

| |
|---|
| *Jane Doe NLG (KRD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06346-CRB |
| *Jane Doe NLG (JD.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06349-CRB |
| *Jane Doe NLG (DE.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06363-CRB |
| *Jane Doe NLG (EC.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06371-CRB |
| *Jane Doe NLG (TW.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-06448-CRB |

## ~~[PROPOSED]~~ ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 5 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 5 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to PTO No. 5 (ECF No. 175).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 18, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|
| 5865 | Jane Doe NLG (V.W.) | Nachawati Law Group | 3:26-cv-03105 |
| 5867 | Jane Doe NLG (J.B.) | Nachawati Law Group | 3:26-cv-03166 |
| 6227 | Jane Doe NLG (A.L.) | Nachawati Law Group | 3:26-cv-03673 |
| 5264 | Jane Doe LS 708 | Levin Simes | 3:26-cv-03824 |
| 6134 | Jane Doe NLG (AF.1) | Nachawati Law Group | 3:26-cv-03861 |
| 6133 | Jane Doe NLG (MM.1) | Nachawati Law Group | 3:26-cv-03940 |
| ~~6144~~ | ~~Jane Doe NLG (TB.1)~~ | ~~Nachawati Law Group~~ | ~~3:26-cv-04120~~ |
| 4117 | Jane Doe NLG (NT.1) | Nachawati Law Group | 3:26-cv-04421 |
| ~~None~~ | ~~Jane Doe NLG (AH.1)~~ | ~~Nachawati Law Group~~ | ~~3:26-cv-04702~~ |
| ~~None~~ | ~~Jane Doe NLG (MC.1)~~ | ~~Nachawati Law Group~~ | ~~3:26-cv-04825~~ |
| 6195 | Jane Doe NLG (EN.1) | Nachawati Law Group | 3:26-cv-04827 |
| None | Herrera Barreda | Daspit Law Firm | 3:26-cv-04852 |
| 6248 | Jane Doe NLG (MS.2) | Nachawati Law Group | 3:26-cv-05303 |
| 4112 | Jane Doe NLG (LD.1) | Nachawati Law Group | 3:26-cv-05347 |
| 6251 | Jane Doe NLG (AGP.1) | Nachawati Law Group | 3:26-cv-05351 |
| 6252 | Jane Doe NLG (SD.1) | Nachawati Law Group | 3:26-cv-05702 |
| 6253 | Jane Doe NLG (EAM.1) | Nachawati Law Group | 3:26-cv-06030 |
| 6254 | Jane Doe NLG (AT.1) | Nachawati Law Group | 3:26-cv-06034 |

[1] The Plaintiffs where "None" is indicated have all failed to register for MDL Centrality. For that reason, they lack MDL ID numbers.

| MDLC ID[1] | Case Name | Counsel | Case Number |
|---|---|---|---|
| 6255 | Jane Doe NLG (TP.1) | Nachawati Law Group | 3:26-cv-06051 |
| 6256 | Jane Doe NLG (A.J.1) | Nachawati Law Group | 3:26-cv-06072 |
| 6257 | Jane Doe NLG (C.B.1) | Nachawati Law Group | 3:26-cv-06080 |
| 6258 | Jane Doe NLG (J.N.1) | Nachawati Law Group | 3:26-cv-06087 |
| 6259 | Jane Doe NLG (KRD.1) | Nachawati Law Group | 3:26-cv-06346 |
| 6260 | Jane Doe NLG (JD.1) | Nachawati Law Group | 3:26-cv-06349 |
| 6261 | Jane Doe NLG (DE.1) | Nachawati Law Group | 3:26-cv-06363 |
| 6262 | Jane Doe NLG (EC.1) | Nachawati Law Group | 3:26-cv-06371 |
| 5856 | Jane Doe NLG (TW.1) | Nachawati Law Group | 3:26-cv-06448 |