[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:<br><br>*A.R.2 v. Uber Technologies, Inc.,* N.D. Cal. No. 24-cv-07821 | Judge: Honorable Lisa J. Cisneros |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Protective Order entered in this case dated December 28, 2023, ECF No. 176 (the "Protective Order"), Plaintiffs respectfully submit this Administrative Motion to Seal regarding the Joint Letter Brief Regarding Plaintiff's Motion to Strike in Part the Rebuttal Report and Testimony of Besty Bartko. The Joint Letter Brief and attached exhibits contain materials that Uber has designated Confidential and Highly Confidential pursuant to the Protective Order.

In support of this Motion, and pursuant to Civil L.R. 7-11 and 79-5, the following is submitted herewith: (1) the Declaration of Ellyn Hurd in Support of this Motion; and (2) a Proposed Order that lists in tabular format the material sought to be sealed.

**Material To Be Filed Under Seal**

The following portions and attached exhibits have been designated Confidential or Highly Confidential pursuant to the Protective Order.

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A | Rebuttal Report of Betsy Bartko dated November 5, 2026, which has been designated Highly Confidential by Uber | Uber |
| Exhibit B | Supplemental Expert Report of Julie Moore dated October 13, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit C | Expert Report of Robert Sniderman dated October 26, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit D | UBER-MDL3084-DFS00144587-88, which has been designated Confidential by Uber | Uber |
| Exhibit E | UBER-MDL3084-DFS00144588_EN-US, which has been designated Confidential by Uber | Uber |
| Exhibit F | UBER-MDL3084-DFS00054771-72, which has been designated Confidential by Uber | Uber |
| Exhibit G | UBER-MDL3084-DFS00054771_EN-US, which has been designated Confidential by Uber | Uber |

Pursuant to Local Rule 79-5(f)(3), the designating entity bears the responsibility of establishing that all of the designated material is sealable.

Dated: November 18, 2026 Respectfully submitted,

By: */s/ Sarah R. London*

Sarah R. London (SBN 267093)
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: */s/ Rachel B. Abrams*

Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*

Roopal P. Luhana

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: November 18, 2026 By: *\/s/ Ellyn H. Hurd*