[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELLYN HURD IN SUPPORT OF ADMINISTRATION MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL** |
| This Document Relates to:<br><br>*A.R.2 v. Uber Technologies, Inc.,* N.D. Cal. No. 24-cv-07821 | Judge: Honorable Lisa J. Cisneros |

I, Ellyn H. Hurd, hereby declare as follows:

1. I am a partner in the law firm Simmons Hanly Conroy LLP. I am a member of the State Bar of Massachusetts and am admitted to practice *pro hac vice* before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Plaintiff's Administration Motion to Consider Whether Another Party's Materials Should be Filed Under Sealed.

3. As set forth in the accompanying motion, in connection with the Parties' Joint Letter Brief Uber has designated certain portions and exhibits thereto Confidential and Highly Confidential.

4. This includes the following:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A | Rebuttal Report of Betsy Bartko dated November 5, 2026, which has been designated Highly Confidential by Uber | Uber |
| Exhibit B | Supplemental Expert Report of Julie Moore dated October 13, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit C | Expert Report of Robert Sniderman dated October 26, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit D | UBER-MDL3084-DFS00144587-88, which has been designated Confidential by Uber | Uber |
| Exhibit E | UBER-MDL3084-DFS00144588_EN-US, which has been designated Confidential by Uber | Uber |
| Exhibit F | UBER-MDL3084-DFS00054771-72, which has been designated Confidential by Uber | Uber |
| Exhibit G | UBER-MDL3084-DFS00054771_EN-US, which has been designated Confidential by Uber | Uber |

5. Pursuant to Local Rule 79-5(f)(3), the designating entity bears the responsibility of establishing that all of the designated material is sealable.

Executed this 18th day of November, 2026 in West Dennis, Massachusetts.

*/s/ Ellyn Hurd*
Ellyn Hurd