[Submitting counsel below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

*A.R.2 v. Uber Technologies, Inc.*, N.D. Cal. No. 24-cv-07821

No. 3:23-md-03084-CRB

**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Honorable Lisa J. Cisneros

Having considered the Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal, the Court hereby **GRANTS (IN PART) / DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit A | Rebuttal Report of Betsy Bartko dated November 5, 2026, which has been designated Highly Confidential by Uber | Uber |
| Exhibit B | Supplemental Expert Report of Julie Moore dated October 13, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit C | Expert Report of Robert Sniderman dated October 26, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | Uber |
| Exhibit D | UBER-MDL3084-DFS00144587-88, which has been designated Confidential by Uber | Uber |
| Exhibit E | UBER-MDL3084-DFS00144588_EN-US, which has been designated Confidential by Uber | Uber |
| Exhibit F | UBER-MDL3084-DFS00054771-72, which has been designated Confidential by Uber | Uber |
| Exhibit G | UBER-MDL3084-DFS00054771_EN-US, which has been designated Confidential by Uber | Uber |

**IT IS SO ORDERED.**

Dated: ______________________

______________________________________
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE