# Exhibits A-G

Filed Under Seal