DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB |
| This Document Relates to: *JLG 227 v. Uber Technologies, Inc., et al; 3:25-cv-10872* | **[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OUT OF TIME UNDER F.R.C.P. 6(b)(1)(B)** |

Having considered Plaintiff's Motion for Leave to File Opposition to Defendants' Motions to Dismiss Out of Time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the Court hereby GRANTS Plaintiff's Motion.

The Court finds that Plaintiff's failure to timely file an opposition was the result of excusable neglect. Plaintiff's Opposition to Defendants' Motions to Dismiss (Dkt. Nos. 5915 and 6420), attached as Exhibit 1 to the Motion, is deemed timely filed and will be considered by the Court.

**IT IS SO ORDERED.**

DATED: November 19, 2026

HON. CHARLES R. BREYER
United States District Court Judge