**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*C.F. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-00914-CRB,

*L.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-01451-CRB,

*T.C. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-03583-CRB,

*NLG (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB,

*NLG (B.G.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08732-CRB,

*LS 657 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09904-CRB,

*LS 658 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09914-CRB,

*JLG 211 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10144-CRB,

*JLG 227 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-10872-CRB,

*LS 681 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00541-CRB, and

Case No. 3:23-md-03084-CRB

**~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**

*JLG 234 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00701-CRB.

**~~[PROPOSED]~~ ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**



Dated: November 19, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number | Plaintiff |
|---|---|---|
| 2824 | 3:25-cv-00914-CRB | C.F. |
| 2963 | 3:25-cv-01451-CRB | L.C. |
| 3309 | 3:25-cv-03583-CRB | T.C. |
| 4174 | 3:25-cv-08545-CRB | NLG (V.F.) |
| ~~4190~~ | ~~3:25-cv-08732-CRB~~ | ~~NLG (B.G.)~~ |
| ~~4491~~ | ~~3:25-cv-09904-CRB~~ | ~~LS 657~~ |
| ~~4492~~ | ~~3:25-cv-09914-CRB~~ | ~~LS 658~~ |
| 4501 | 3:25-cv-10144-CRB | JLG 211 |
| ~~4638~~ | ~~3:25-cv-10872-CRB~~ | ~~JLG 227~~ |
| 4813 | 3:26-cv-00541-CRB | LS 681 |
| ~~4835~~ | ~~3:26-cv-00701-CRB~~ | ~~JLG 234~~ |