**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Roe CL 158 v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04038-CRB,

*Jane Doe LS 671 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00422-CRB,

*TA.T. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-00961-CRB,

*JLG 277 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02710-CRB, and

*Jane Roe CL 304 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03033-CRB.

Case No. 3:23-md-03084-CRB

**~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PTO 31**

**~~[PROPOSED]~~ ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with PTO 31 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Pretrial Order No. 31 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 31 (ECF No. 3877).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 19, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number | Plaintiff |
|---|---|---|
| 3448 | 3:25-cv-04038-CRB | Jane Roe CL 158 |
| 4793 | 3:26-cv-00422-CRB | Jane Doe LS 671 |
| ~~4947~~ | ~~3:26-cv-00961-CRB~~ | ~~T.A.T.~~ |
| 5090 | 3:26-cv-02710-CRB | JLG 277 |
| ~~5188~~ | ~~3:26-cv-03033-CRB~~ | ~~Jane Roe CL 304~~ |