Christopher J. Clark (SDNY Bar No. CC9474)
*Appearance pro hac vice*
Benjamin A. Butzin-Dozier (SDNY Bar No. 5523956)
*Appearance pro hac vice*
Emma R. Rosen (SDNY Bar No. 5974555)
*Appearance pro hac vice*
**CLARK SMITH VILLAZOR LLP**
666 Third Avenue, 21st Floor
New York, New York 10017
TEL: (212) 377-0850
clark@csvllp.com
benjamin.dozier@csvllp.com
emma.rosen@csvllp.com
*Attorneys for Plaintiff Jane DoePA26*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*Jane DoePA26 v. Uber Technologies, Inc., et al.*, Case No. 3:26-cv-13847-CRB | |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on November 16, 2026.

Dated: November 19, 2026

*/s/ Christopher J. Clark*

CLARK SMITH VILLAZOR LLP
Christopher J. Clark
Benjamin Dozier
Emma R. Rosen
666 Third Avenue, 21st Floor
New York, New York 10017
TEL: (212) 377-0850
FAX: (212) 377-0868
clark@csvllp.com
benjamin.dozier@csvllp.com
emma.rosen@csvllp.com

*Attorneys for Plaintiff Jane DoePA26*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Christopher J. Clark*
Christopher J. Clark