Molly C. Wells
**Wallace Miller**
200 W. Madison
Suite 3400
Chicago, IL 60606
Telephone: (312) 261-6193
Email: MCW@wallacemiller.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:23-md-03084-CRB |
| This Document Relates to:<br><br>Jane Doe, v. Uber Technologies, Inc., et al.: C.A. No. 3:26-cv-08090-CRB | **NOTICE OF FILING OF NEW ACTION** |

Notice is hereby given pursuant to Pretrial Order No. 6 (Direct Filing) that the Complaint with Jury Demand in the above-referenced action was filed on October 21, 2026.

Dated: November 19, 2026

By: */s/ Molly C. Wells*
Molly C. Wells
Wallace Miller
200 W. Madison, Suite 3400
Chicago, IL 60606
Telephone: (312) 261-6193
Email: MCW@wallacemiller.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

/s/ *Molly C. Wells*
Molly C. Wells