John Eddie Williams (Admitted Pro Hac Vice)
John Boundas (Admitted Pro Hac Vice)
Brian Abramson (Admitted Pro Hac Vice)
Margret Lecocke (Admitted Pro Hac Vice)
Walt Cubberly (SBN 325163)
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSSENGER SEXUAL ASSAULT LITIGATION | MDL No.: 3:23-MD-03084-CRB<br><br>(Individual Case No. 3:24-cv-05774-CRB) |
| This Document Relates to:<br><br>*WHB 503 v. Uber Technologies, Inc., et al.* (Individual Case No. 3:24-cv-05774-CRB) | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), Plaintiff WHB 503 ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants") hereby stipulate to the voluntary dismissal of all claims of Plaintiff against Defendants with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Pursuant to Pretrial Order No. 19, counsel for Plaintiff and counsel for Defendants certify that the common benefit assessment applicable to Plaintiff's claims has been withheld and shall be deposited into the MDL 3084 common benefit accounts prior to or at the same time as the

disbursement of any settlement proceeds to Plaintiff or Plaintiff's counsel.

**IT IS SO STIPULATED.**

DATED: November 20, 2026

Respectfully Submitted,

By: *<u>/s/ Brian Abramson</u>*
John Eddie Williams
John Boundas
Brian Abramson
Margret Lecocke
Walt Cubberly
**WILLIAMS HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorneys for Plaintiff*

DATED: November 20, 2026

By: *<u>/s/ Christopher V. Cotton</u>*
Christopher V. Cotton (Admitted Pro Hac Vice)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Email: cotton@shb.com

*Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system which automatically sends notification of the filing to all counsel of record.

*<u>/s/ Brian Abramson</u>*
Brian Abramson