[*Submitting counsel below*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION**

This Document Relates to:

All Cases

No. 3:23-md-03084-CRB

**DECLARATION OF RACHEL B. ABRAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO APPOINT A SEPCIAL MASTER TO INVESTIGATE FRAUD**

Judge: Honorable Charles R. Breyer
Ctrm.: 6-17th Floor

I, Rachel B. Abrams, declare:

1. I am an attorney at the law firm of Peiffer Wolf Carr Kane Conway and Wise, LLP ("Peiffer Wolf"). I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein:

2. In response to the submission of Defendants' Motion to Appoint a Special Master to Investigate Fraud, attorneys at Peiffer Wolf reviewed the Defendant Fact Sheet, Defendant Fact Sheet attachments, produced ride receipts, and Plaintiff Fact Sheet for each Peiffer Wolf case identified in the motion.

3. Upon review of the relevant documents, it was found that in Case 3299, Plaintiff had disclosed in the Plaintiff Fact Sheet that she did not recall who ordered the ride, and that it could have been Plaintiff or another person.

4. In Cases 2567 and 2609, the produced ride receipts include the Plaintiffs' first names, and

our review of the Defendant Fact Sheet found nothing to indicate that the rides were ordered for someone else.

5. In Case 3361, Uber's investigative file produced as a Defendant Fact Sheet attachment identifies Plaintiff as the rider, and the produced ride receipt includes Plaintiff's first name. Nothing in the Defendant Fact Sheet indicates that the ride was ordered for someone else. In subsequent commutations following this fraud motion, Uber claims that the ride was ordered in the name of Plaintiff's husband.

6. In Case 3419, Uber produced a ride receipt with Plaintiff's first name on it as part of the Defendant Fact Sheet production.

7. In Case 4556, Uber claims that the ride was ordered for an individual who does not appear in Uber's DFS production.

8. In Case 5492, Uber's investigative file produced as a Defendant Fact Sheet attachment identifies Plaintiff as the rider, though much of the investigation is redacted as privileged. In subsequent commutations following this fraud motion, Uber identified a rider name that does not appear in the Defendant Fact Sheet.

9. In Case 1071, our review of the GPS data produced by Uber in the Defendant Fact Sheet revealed that the data produced was for the wrong ride.

10. In Case 3046, the GPS data produced by Uber is consistent with Plaintiff's account. The GPS data shows a complete stop at a gas station four minutes into the ride. The data shows that when the driver arrives at the requested drop-off location, he significantly slows down, but does not come to a full stop, which is consistent with Plaintiff's account of the ride in her PFS.

11. In Case 5495, the map included on Plaintiff's produced ride receipt depicts a straight-line route between the pick-up and drop-off addresses, despite no such route existing between those locations. This discrepancy suggests errors in Uber's data.

12. Upon our review of the relevant documents, it was found that in Case 3430, when Plaintiff

reported the ride to Uber, the driver was repeatedly referred to as a woman.

13. In Case 4079, our review of the Defendant Fact Sheet shows that Uber received a "different driver" report around the same time that the driver assaulted the plaintiff.

14. In Case 3299, Uber's records produced as attachments to the Defendant Fact Sheet refer to the driver as a "he."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2026

Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

*Co-Lead Counsel*