UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

All Cases

Case No. 23-md-03084-CRB

Honorable Charles R. Breyer

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO APPOINT A SPECIAL MASTER TO INVESTIGATE FRAUD**

Having considered Defendants' Motion to Appoint a Special Master to Investigate Fraud and Plaintiff's Opposition, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: ___________

_________________________________
Hon. Charles R. Breyer
United States District Judge