**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10** |
| *WHB 1843 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05693-CRB | |
| *B.K. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-05346-CRB | |
| *Jane Doe NLG (E.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05477-CRB | |
| *Jane Doe NLG (T.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05814-CRB | |
| *Jane Doe NLG (B.D.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-05972-CRB | |
| *Jane Doe NLG (Z.B.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06222-CRB | |
| *Jane Doe NLG (T.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06478-CRB | |
| *Jane Doe NLG (N.W.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-06504-CRB | |
| *Jane Doe NLG (A.H.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07400-CRB | |

| |
|---|
| *Jane Doe NLG (S.M.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07543-CRB |
| *J.M. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-07665-CRB |
| *Jane Doe NLG (M.J.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09845-CRB |
| *N.B. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-09061-CRB |

**~~[PROPOSED]~~ ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2026



HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDL ID | Case Number |
|---|---|
| ~~2193~~ | ~~3:24-cv-05693~~ |
| 2234 | 3:24-cv-05346 |
| ~~3687~~ | ~~3:25-cv-05477~~ |
| ~~3733~~ | ~~3:25-cv-05814~~ |
| ~~3752~~ | ~~3:25-cv-05972~~ |
| ~~3845~~ | ~~3:25-cv-06222~~ |
| 3852 | 3:25-cv-06478 |
| ~~3857~~ | ~~3:25-cv-06504~~ |
| 3948 | 3:25-cv-07400 |
| 3958 | 3:25-cv-07543 |
| 3961 | 3:25-cv-07665 |
| 4188 | 3:25-cv-09845 |
| 4302 | 3:25-cv-09061 |