**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*CLF K.P. v. Uber Technologies, Inc., et al.*, No. 3:25-cv-04288-CRB

*Canales v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01084-CRB

*A.T. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01118-CRB

*Mo.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01150-CRB

*D.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01151-CRB

*Jane Roe CL 276 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01165-CRB

*K.G.02 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01175-CRB

*Jane Roe CL 278 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01267-CRB

*T.P. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01337-CRB

*J.N. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01377-CRB

*V.R. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01379-CRB

*Jane Roe CL 280 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01425-CRB

Case No. 3:23-md-03084-CRB

**~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

*S.W. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01747-CRB

*Jane Doe LS 686 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01751-CRB

*Jane Roe CL 284 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01828-CRB

*E.D. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02008-CRB

*DE.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02053-CRB

*AM.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02089-CRB

*Jane Doe NLG (L.N.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02222-CRB

*Jane Roe CL 291 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02307-CRB

*Jane Doe LS 689 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02315-CRB

*Jane Doe LS 690 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02316-CRB

*C.F. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02370-CRB

*Jane Doe NLG (R.J.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02387-CRB

*Jane Doe NLG (D.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02393-CRB

*Jane Doe NLG (L.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02405-CRB

## ~~[PROPOSED]~~ ORDER

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID | Case Name | Case Number |
|---|---|---|
| 3486 | CLF K.P. | 3:25-cv-04288 |
| ~~None~~ | ~~Canales~~ | ~~3:26-cv-01084~~ |
| ~~5185~~ | ~~A.T.~~ | ~~3:26-cv-01118~~ |
| 4910 | Mo.C. | 3:26-cv-01150 |
| 4912 | D.M. | 3:26-cv-01151 |
| 4927 | Jane Roe CL 276 | 3:26-cv-01165 |
| ~~4905~~ | ~~K.G.02~~ | ~~3:26-cv-01175~~ |
| 4972 | Jane Roe CL 278 | 3:26-cv-01267 |
| 4967 | T.P. | 3:26-cv-01337 |
| ~~4953~~ | ~~J.N.~~ | ~~3:26-cv-01377~~ |
| ~~4954~~ | ~~V.R.~~ | ~~3:26-cv-01379~~ |
| ~~4985~~ | ~~Jane Roe CL 280~~ | ~~3:26-cv-01425~~ |
| 5025 | S.W. | 3:26-cv-01747 |
| 4998 | Jane Doe LS 686 | 3:26-cv-01751 |
| 5044 | Jane Roe CL 284 | 3:26-cv-01828 |
| 5022 | E.D. | 3:26-cv-02008 |
| 5079 | DE.C. | 3:26-cv-02053 |
| 5081 | AM.M. | 3:26-cv-02089 |
| ~~5244~~ | ~~Jane Doe NLG (L.N.)~~ | ~~3:26-cv-02222~~ |
| ~~5051~~ | ~~Jane Roe CL 291~~ | ~~3:26-cv-02307~~ |
| 5031 | Jane Doe LS 689 | 3:26-cv-02315 |
| 5032 | Jane Doe LS 690 | 3:26-cv-02316 |
| 5098 | C.F. | 3:26-cv-02370 |

| MDLC ID | Case Name | Case Number |
|---|---|---|
| ~~5251~~ | ~~Jane Doe NLG (R.J.)~~ | ~~3:26-cv-02387~~ |
| ~~5252~~ | ~~Jane Doe NLG (D.A.)~~ | ~~3:26-cv-02393~~ |
| ~~5253~~ | ~~Jane Doe NLG (L.W.)~~ | ~~3:26-cv-02405~~ |