**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*Jane Doe NLG (J.A.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02506-CRB

*Jane Roe CL 293 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02510-CRB

*Jane Doe NLG (P.C.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02528-CRB

*Jane Doe NLG (C.E.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02540-CRB

*Ani.C. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02541-CRB

*Jane Roe CL 295 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02648-CRB

*A.A. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02739-CRB

*M.B. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02742-CRB

*K.P. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02775-CRB

*Jane Doe LS 692 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02819-CRB

*Jane Doe LS 693 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02828-CRB

Case No. 3:23-md-03084-CRB

**~~[PROPOSED]~~ ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH AMENDED PTO 10**

*Jane Doe LS 694 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02830-CRB

*Jane Doe LS 695 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02833-CRB

*Jane Roe CL 302 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02957-CRB

*Jane Doe NLG (A.B.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-02980-CRB

*Ke.G. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03025-CRB

*M.D. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03075-CRB

*I.L. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03084-CRB

*Jane Doe LS 700 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03102-CRB

*Jane Doe NLG (V.W.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03105-CRB

*Jane Doe LS 701 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03123-CRB

*Jane Doe NLG (J.B.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03166-CRB

*Jane Roe CL 306 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03210-CRB

*Herrera Barreda v. Uber Technologies, Inc., et al.*, No. 5:26-cv-01825-CRB

*C.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03271-CRB

*N.D. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03305-CRB

*Jane Doe LS 704 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03310-CRB

*Jane Doe LS 705 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03316-CRB

| |
|---|
| *Jane Doe DMA (C.P.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03335-CRB |
| *Jane Doe NLG (B.M.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03382-CRB |
| *John Doe NLG (C.R.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03385-CRB |
| *Jane Doe NLG (A.S.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03393-CRB |
| *Jane Roe CL 310 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03627-CRB |
| *Jane Doe NLG (A.L.) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03673-CRB |
| *Jane Doe NLG (NH.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03769-CRB |
| *Jane Doe LS 707 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03816-CRB |
| *Jane Doe LS 708 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03824-CRB |
| *Jane Roe CL 315 v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03850-CRB |
| *Jane Doe NLG (AF.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03861-CRB |
| *DI.B. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03885-CRB |
| *Jane Doe NLG (RJ.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03923-CRB |
| *KAT.W. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03926-CRB |
| *L.P. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03928-CRB |

| |
|---|
| *Jane Doe NLG (MM.1) v. Uber Technologies, Inc., et al.*, No. 3:26-cv-03940-CRB |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Dismiss Cases for Failure to Comply with Amended PTO 10 (the "Motion"), the Court finds that the Plaintiffs subject to Defendants' Motion, identified in Exhibit A hereto, have violated Amended Pretrial Order No. 10 and caused prejudice to Uber.

The Court therefore hereby ORDERS as follows:

1. The claims of the Plaintiffs identified in Exhibit A to this Order are DISMISSED WITHOUT PREJUDICE pursuant to Amended PTO No. 10 (ECF No. 4287).
2. Plaintiffs' counsel shall file notices of dismissal within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: November 20, 2026

HON. CHARLES R. BREYER
United States District Court Judge

**EXHIBIT A**

| MDLC ID | Case Name | Case Number |
|---|---|---|
| ~~None~~ | ~~Jane Doe NLG (J.A.)~~ | ~~3:26-cv-02506~~ |
| ~~5118~~ | ~~Jane Roe CL 293~~ | ~~3:26-cv-02510~~ |
| ~~4375~~ | ~~Jane Doe NLG (P.C.)~~ | ~~3:26-cv-02528~~ |
| 5227; 5254 | Jane Doe NLG (C.E.) | 3:26-cv-02540 |
| 5136 | Ani.C. | 3:26-cv-02541 |
| 5120 | Jane Roe CL 295 | 3:26-cv-02648 |
| 5108 | A.A. | 3:26-cv-02739 |
| 5113 | M.B. | 3:26-cv-02742 |
| 5167 | K.P. | 3:26-cv-02775 |
| ~~5101~~ | ~~Jane Doe LS 692~~ | ~~3:26-cv-02819~~ |
| ~~5102~~ | ~~Jane Doe LS 693~~ | ~~3:26-cv-02828~~ |
| 5103 | Jane Doe LS 694 | 3:26-cv-02830 |
| ~~5104~~ | ~~Jane Doe LS 695~~ | ~~3:26-cv-02833~~ |
| 5127 | Jane Roe CL 302 | 3:26-cv-02957 |
| ~~None~~ | ~~Jane Doe NLG (A.B.)~~ | ~~3:26-cv-02980~~ |
| 5206 | Ke.G. | 3:26-cv-03025 |
| 5209 | M.D. | 3:26-cv-03075 |
| ~~5211~~ | ~~I.L.~~ | ~~3:26-cv-03084~~ |
| ~~5163~~ | ~~Jane Doe LS 700~~ | ~~3:26-cv-03102~~ |
| None | Jane Doe NLG (V.W.) | 3:26-cv-03105 |
| ~~5165~~ | ~~Jane Doe LS 701~~ | ~~3:26-cv-03123~~ |
| ~~None~~ | ~~Jane Doe NLG (J.B.)~~ | ~~3:26-cv-03166~~ |
| 5190 | Jane Roe CL 306 | 3:26-cv-03210 |

| MDLC ID | Case Name | Case Number | |
|---|---|---|---|
| ~~None~~ | ~~Herrera Barreda~~ | ~~5:26-cv-01825~~ | There is no case in this MDL with this case number |
| 5232 | C.M. | 3:26-cv-03271 | |
| ~~5257~~ | ~~N.D.~~ | ~~3:26-cv-03305~~ | |
| 5201 | Jane Doe LS 704 | 3:26-cv-03310 | |
| ~~5202~~ | ~~Jane Doe LS 705~~ | ~~3:26-cv-03316~~ | |
| 5199 | Jane Doe DMA (C.P.) | 3:26-cv-03335 | |
| ~~None~~ | ~~Jane Doe NLG (B.M.)~~ | ~~3:26-cv-03382~~ | |
| ~~5277~~ | ~~John Doe NLG (C.R.)~~ | ~~3:26-cv-03385~~ | |
| 4378 | Jane Doe NLG (A.S.) | 3:26-cv-03393 | |
| ~~5292~~ | ~~Jane Roe CL 310~~ | ~~3:26-cv-03627~~ | |
| ~~None~~ | ~~Jane Doe NLG (A.L.)~~ | ~~3:26-cv-03673~~ | |
| None | Jane Doe NLG (NH.1) | 3:26-cv-03769 | |
| 5263 | Jane Doe LS 707 | 3:26-cv-03816 | |
| ~~5264~~ | ~~Jane Doe LS 708~~ | ~~3:26-cv-03824~~ | |
| ~~5298~~ | ~~Jane Roe CL 315~~ | ~~3:26-cv-03850~~ | |
| ~~None~~ | ~~Jane Doe NLG (AF.1)~~ | ~~3:26-cv-03861~~ | |
| 5314 | DI.B. | 3:26-cv-03885 | |
| ~~5278~~ | ~~Jane Doe NLG (RJ.1)~~ | ~~3:26-cv-03923~~ | |
| 5317 | ~~KAT.W.~~ | ~~3:26-cv-03926~~ | |
| 5315 | L.P. | 3:26-cv-03928 | |
| ~~None~~ | ~~Jane Doe NLG (MM.1)~~ | ~~3:26-cv-03940~~ | |