**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>A.R. v. Uber Technologies, Inc., et al., Case No. 3:24-cv-07821 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF SAM HOEFS IN SUPPORT OF PLAINTIFF A.R.'S OMNIBUS MOTION IN LIMINE** |

I, Samantha Hoefs, declare:

1. I am an attorney at Nigh Goldenberg Raso & Vaughn and duly admitted to practice before this Court *pro hac vice*, representing Plaintiffs in the above caption action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a document Bates-stamped UBER-MDL3084-DFS00054771.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the July 16, 2025 30(b)(6) Deposition of Greg Brown.

4. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 1707 to the July 16, 2025 30(b)(6) Deposition of Greg Brown.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the July 1, 2025 Deposition of A.R.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the Oct. 13, 2025 Deposition of I.E.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the July 14, 2025 Deposition of S.R.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the July 8, 2025

Deposition of I.E.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the Aug. 7, 2025 Deposition of Alexander Patsiornik, M.D.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Expert Report of Sarah West, M.D.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the July 11, 2025 Deposition of O.K

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the November 14, 2025 Deposition of Sarah West, M.D.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the September 2, 2026 Deposition of A.R.

14. Attached hereto as **Exhibit M** is a true and correct copy of a document Bates-stamped UberMDL-AR2-0016.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Supplemental Expert Report of Sarah West, M.D.

16. Attached hereto as **Exhibit O** is a true and correct copy of a November 6, 2026 Email from M. Vives to Plaintiff's counsel.

17. Attached hereto as **Exhibit P** is a true and correct copy of a document Bates-stamped BW-A_R-001909.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Rebuttal Expert Report of Sarah West, M.D.

19. Attached hereto as **Exhibit R** is a true and correct copy of excerpts of the November 17, 2026 rough deposition transcript of Jason Morris.

20. Attached hereto as **Exhibit S** is a true and correct copy of the November 12, 2026 deposition transcript of Robert Sniderman.

21. Attached hereto as **Exhibit T** is a true and correct copy of a document Bates-stamped BW-A_R-DRIVER-000143.

22. Attached hereto as **Exhibit U** is a true and correct copy of a document Bates-stamped

CHECKR000861.

23. Attached hereto as **Exhibit V** is a true and correct copy of the Expert Report of Cynthia Rudin.

24. Attached hereto as **Exhibit W** is a true and accurate copy of excerpts of the November 18, 2026 rough deposition transcript of Thomas Tremblay.

25. Attached hereto as **Exhibit X** is a true and correct copy of excerpts of the July 28, 2025 Deposition of R.S.

26. Attached hereto as **Exhibit Y** is a true and correct copy of an excerpt of UBER-MDL3084-BW-00023188 reflecting the data in Tab 1, Row 31298, Column AF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November in Minneapolis, Minnesota:

*/s/ Samantha Hoefs*

Samantha Hoefs