Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.R. v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | CASE NO. 3:23-MD-03084-CRB<br><br>**DECLARATION OF GEOFFREY M. WYATT, P.C. IN SUPPORT OF DEFENDANTS' OMNIBUS MOTIONS IN LIMINE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

I, Geoffrey Wyatt, declare as follows:

1. I am admitted *pro hac vice* in the MDL and am a partner with the law firm of Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC in this action. I have personal knowledge of each and all of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. Attached as **Exhibit 1** is a true and correct copy of a document bearing Bates stamp BW-A_R-000282.

3. Attached as **Exhibit 2** is a true and correct copy of transcript excerpts from the Deposition of Brad Hubbard, dated August 13, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of transcript excerpts from the Deposition of Robert Sniderman, dated November 12, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a document bearing Bates stamp UBER-MDL3084-BW-00054507.

6. Attached as **Exhibit 5** is a true and correct copy of a document bearing Bates stamp UBER-MDL3084-BW-00054508.

7. Attached as **Exhibit 6** is a true and correct copy of a document bearing Bates stamp UBER-MDL3084-BW-00054505.

8. Attached as **Exhibit 7** is a true and correct copy of a document bearing Bates stamp UBER-MDL3084-BW-00011810.

9. Attached as **Exhibit 8** is a true and correct copy of a Certified Translation of a document bearing Bates stamp UBER-MDL3084-BW-00011810.

10. Attached as **Exhibit 9** is a true and correct copy of UBER-MDL3084-DFS00054771 - UBER-MDL3084-DFS00054772.

11. Attached as **Exhibit 10** is a true and correct copy of a Certified Translation of a document bearing Bates stamp UBER-MDL3084-DFS00054771 - UBER-MDL3084-DFS00054772.

12. Attached as **Exhibit 11** is a true and correct copy of a document bearing Bates stamp UBER-MDL3084-BW-00054506.

13. Attached as **Exhibit 12** is a true and correct copy of a Certified Translation of a document bearing Bates stamp UBER-MDL3084-BW-00054506.

14. Attached as **Exhibit 13** is a true and correct copy of transcript excerpts from the Deposition of Greg Brown, dated July 16, 2025.

15. Attached as **Exhibit 14** is a true and correct copy of transcript excerpts from the Deposition of Plaintiff A.R., dated July 1, 2025.

16. Attached as **Exhibit 15** is a true and correct copy of Exhibit 15 from the Deposition of Plaintiff A.R., bearing Bates stamp BW-A_R-S.M.-000121.

17. Attached as **Exhibit 16** is a true and correct copy of Exhibit 16 from the Deposition of Plaintiff A.R., bearing Bates stamp BW-A_R-S.M.-000120.

18. Attached as **Exhibit 17** is a true and correct copy of Exhibit 17 from the Deposition of Plaintiff A.R., bearing Bates stamp BW-A_R-S.M.-000122.

19. Attached as **Exhibit 18** is a true and correct copy of a document bearing Bates stamp BW-A_R-E[ ]_M[ ]-000012 - BW-A_R-E[ ]_M[ ]-000015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026, in Pittsburgh, Pennsylvania.

*/s/ Geoffrey M. Wyatt*
Geoffrey M. Wyatt, P.C.