# EXHIBITS 1 - 18
# FILED UNDER SEAL