Sarah R. London (State Bar No. 267083)
Andrew R. Kaufman (*pro hac vice*)
Maya R. Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Attorneys for Plaintiff GS68*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*GS68 v. Uber Technologies, Inc., et al.,*
*Case No. 3:26-cv-10938*

MDL No. 3084 CRB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Honorable Charles R. Breyer

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GS68 and her counsel hereby give notice that the above-captioned action is voluntarily dismissed in its entirety without prejudice, against all defendants.

Dated: November 23, 2026

By: */s/ Sarah R. London*

Sarah R. London (State Bar No. 267083)
Andrew R. Kaufman (pro hac vice)
Maya R. Kalonia (State Bar No. 359755)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: akaufman@girardsharp.com
Email: mkalonia@girardsharp.com

*Counsel for Plaintiff GS68*