ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

VERONICA G. GROMADA (Admitted *Pro Hac Vice*)
veronica.gromada@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
Telephone: (346) 646-7154

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*M.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01121-CRB

Case No. 3:23-md-03084-CRB

**STIPULATION AND [PROPROSED] ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO DISCLOSE PLAINTIFF'S IDENTITY**

Judge: Honorable Charles R. Breyer

WHEREAS, Richard Eugene Caroll, a non-party proceeding *pro se*, filed a Motion to Disclose Plaintiff's Identity in this matter by fax on November 9, 2026.

WHEREAS, the Motion was not served on the parties via the electronic filing system until November 17, 2026, just six days before the deadline for responses to the Motion. ECF 8342.

WHEREAS, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Defendants" or "Uber") have contacted Mr. Caroll and advised him that the parties require another week to consult with their clients and prepare their responses, or until November 30, 2026.

WHEREAS, Defendants have made Plaintiff M.M.'s counsel aware of this stipulation.

THEREFORE, Uber and Mr. Caroll respectfully request the Court enter the parties' stipulation permitting the parties to file their responses to the Motion on November 30, 2026.

**IT IS SO STIPULATED.**

Dated: November 23, 2026

Respectfully submitted,

By: */s/ Veronica G. Gromada*

VERONICA G. GROMADA (admitted *Pro Hac Vice*)
veronica.gromada@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1111 Bagby St. #2100
Houston, TX 770202
Telephone: (346) 646-7154

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

By: */s/ Richard Eugene Caroll*

RICHARD EUGENE CAROLL (*pro se*)
727 E. San Ysidro Blvd., #437
San Ysidro, CA 92173
mochilando33@gmail.com
*Movant In Pro Per*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: November 23, 2026

*/s/ Veronica G. Gromada*
Veronica G. Gromada

**[PROPOSED] ORDER**

The Court hereby GRANTS the parties' stipulation. The parties' responses to the Motion to Disclose Plaintiff's Identity (ECF 8342) shall be filed on or before November 30, 2026.

IT IS SO ORDERED.

Dated: November ___, 2026

_______________________________
Honorable Charles R. Breyer
United States District Judge

**PROOF OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I further certify that on the same date I served a true and correct copy of the foregoing document on the following non-registered party by first-class United States mail, postage prepaid, addressed as follows, and by courtesy copy via email:

Richard Eugene Caroll
727 E. San Ysidro Blvd., #437
San Ysidro, CA 92173
mochilando33@gmail.com

*Movant In Pro Per*

By: *<u>/s/ Veronica G. Gromada</u>*
Veronica G. Gromada