ALLISON M. BROWN (Admitted *Pro Hac Vice*)
alli.brown@kirkland.com
JESSICA DAVIDSON (Admitted *Pro Hac Vice*)
jessica.davidson@kirkland.com
CHRISTOPHER D. COX (Admitted *Pro Hac Vice*)
christopher.cox@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

VERONICA G. GROMADA (Admitted *Pro Hac Vice*)
veronica.gromada@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1111 Bagby St. #2100
Houston, TX 770202
Telephone: (346) 646-7154

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*M.M. v. Uber Technologies, Inc., et al.*, No. 3:26-cv-01121-CRB

Case No. 3:23-md-03084-CRB

**DECLARATION OF VERONICA G. GROMADA SUPPORTING STIPULATION AND [PROPROSED] ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION TO DISCLOSE PLAINTIFF'S IDENTITY**

Judge: Honorable Charles R. Breyer

# DECLARATION OF VERONICA G. GROMADA

I, Veronica G. Gromada, declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and am a resident of Houston, Texas. I respectfully submit this declaration in support of Defendants Uber Technologies, Inc.'s, Rasier, LLC's, and Rasier-CA, LLC's (collectively, "Uber's") and Richard Eugene Caroll's Stipulation and [Proposed] Order to Extend Deadline for Opposition to Motion to Disclose Plaintiff's Identity (the "Motion").

2. I am a partner at the law firm of Nelson Mullins Riley & Scarborough LLP, representing Uber in this MDL as well as in Judicial Council Coordination Proceeding No. 5188, *In Re: Uber Rideshare Cases*, Case No. CJC-21-005188 (the "JCCP"). I am a member in good standing of the Bar of the State of Texas and the Bar of the District of Columbia. I make this declaration based upon matters within my own personal knowledge. If called as a witness, I could and would competently testify to the matters set forth herein.

3. On November 23, 2026, I spoke with Mr. Caroll by telephone. Uber and Mr. Caroll have stipulated to a one-week enlargement of time of the deadline for the submission of responses to the Motion. The reason for the requested enlargement of time is that, although Mr. Caroll filed the Motion by fax on November 9, 2026, it was not served on the parties via the electronic filing system until November 17, 2026, just six days before the deadline for responses to the Motion. ECF 8342. The parties require another week to consult with their clients and prepare their responses, or until November 30, 2026.

4. The Court has not previously modified the deadlines related to the Motion. It has modified other deadlines in this case by stipulation or Court order on multiple occasions.

5. The requested time modification should not otherwise delay the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026 in Houston, Texas.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Veronica G. Gromada*

VERONICA G. GROMADA (Admitted *Pro Hac Vice*)
veronica.gromada@nelsonmullins.com
1111 Bagby St. #2100
Houston, TX 770202
Telephone: (346) 646-7154

*Attorney for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC