Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
| This Document Relates to: | **DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| *A.R.2 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies Inc., Rasier LLC, and Rasier-CA, LLC (collectively, "Uber") respectfully submit this Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 8363) filed in connection with the Joint Letter Brief Regarding Plaintiff's Motion to Strike in Part the Rebuttal Report and Testimony of Besty Bartko (ECF No. 8364). For the reasons set forth herein, there is good cause to redact Exhibit A and the remaining Exhibits should remain provisionally under seal pending future briefing following the *A.R.2* trial:

| Document | Description |
|---|---|
| Exhibit A | Rebuttal Report of Betsy Bartko dated November 5, 2026, which has been designated Highly Confidential by Uber |
| Exhibit B | Supplemental Expert Report of Julie Moore dated October 13, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber |
| Exhibit C | Expert Report of Robert Sniderman dated October 26, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber |
| Exhibit D | UBER-MDL3084-DFS00144587-88, which has been designated Confidential by Uber |
| Exhibit E | UBER-MDL3084-DFS00144588_EN-US, which has been designated Confidential by Uber |
| Exhibit F | UBER-MDL3084-DFS00054771-72, which has been designated Confidential by Uber |
| Exhibit G | UBER-MDL3084-DFS00054771_EN-US, which has been designated Confidential by Uber |

## I. LEGAL STANDARD

Documents attached to non-dispositive motions that are not directly relevant to the merits of a case are properly sealed when the moving party makes "a particularized showing under the good cause standard of Rule 26(c)" of the Federal Rules of Civil Procedure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citations and quotations omitted); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Rule 26 provides that good cause may exist "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P.

26(c)(1). In addition to establishing good cause, a party moving to seal documents must explain "why a less restrictive alternative to sealing is not sufficient" and ensure that the request is "narrowly tailored to seal only the sealable material." Civ. L.R. 79-5(c)(1)(iii), (c)(3).

## II. ARGUMENT

Good cause exists for redacting the requested portions of Exhibit A. Uber seeks to seal only the last name of a third party, as well as certain potentially identifying address information. The Court has previously granted such sealing requests. *E.g.*, ECF No. 7164.

Uber also requests that Exhibits B-G remain provisionally under seal at this time, pending upcoming briefing on those documents under the compelling interest standard before Judge Breyer. Uber previously attached Exhibits B-D and F to certain of its *Daubert* motions. ECF Nos. 8285-2, 8292-2, 8293-3, 8293-4. Those documents were filed provisionally under seal pursuant to the Stipulation and Order entered by Judge Breyer on November 3, 2026. ECF No. 8182. Briefing on the sealing of those documents, under the higher compelling interest standard, will take place after the *A.R.2* trial concludes, pursuant to the schedule set forth in the Stipulation and Order. Uber has conferred with Plaintiff's counsel, and the parties agree that the sealing briefing on Exhibits B-G[1] should therefore be deferred at this time.

## III. CONCLUSION

Good cause exists for the Court to seal Exhibit A as described above. Uber therefore respectfully requests that the Court order that the Exhibits be maintained on the docket under seal.

DATED: November 24, 2026

Respectfully submitted,

*/s/ Geoffrey M. Wyatt*

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103

[1] Exhibits E and G are English translations of Exhibits D and F, respectively.

Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Geoffrey M. Wyatt*
Geoffrey M. Wyatt, P.C.