Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*A.R.2 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF ELIZABETH A. LARSEN IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

I, Elizabeth A. Larsen, declare as follows:

1. I am of counsel at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 8363) [in connection with Joint Letter Brief Regarding Plaintiff's Motion to Strike in Part the Rebuttal Report and Testimony of Besty Bartko (ECF No. 8364)].

2. Uber seeks to redact the personal information of a non-party in Exhibit A to the Joint Letter Brief Regarding Plaintiff's Motion to Strike in Part the Rebuttal Report and Testimony of Besty Bartko (ECF No. 8364).

3. Uber has conferred with Plaintiff's counsel, and the parties agree that briefing related to the sealing of Exhibits B-G of the Joint Letter should be deferred, because, pursuant to the Stipulation and Proposed Order concerning the provisional sealing of the *A.R.2* pretrial briefing entered by Judge Breyer on November 3, 2026, the parties will brief the sealing of those documents following the *A.R.2* trial. ECF No. 8182.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 24, 2026, in Western Springs, Illinois.

*/s/ Elizabeth A. Larsen*
Elizabeth A. Larsen