Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
Michael Vives (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
900 Third Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com
michael.vives@kirkland.com

Geoffrey M. Wyatt, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3393
geoffrey.wyatt@kirkland.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>________________________________<br><br>This Document Relates to:<br><br>*A.R.2 v. Uber Technologies, Inc., et al.*, No. 3:24-cv-07821 | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER GRANTING SEALING REQUESTED IN DEFENDANTS UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA, LLC'S STATEMENT IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Lisa J. Cisneros<br>Courtroom: G – 15th Floor |

Having considered Defendants' Statement in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF 8363) filed in connection with the Joint Letter Brief Regarding Plaintiff's Motion to Strike in Part the Rebuttal Report and Testimony of Besty Bartko (ECF 8364), the Court hereby **GRANTS** the Motion and **ORDERS** that the following materials shall be sealed (with Exhibits B-G remaining under seal provisionally, pending further sealing briefing following the *A.R.2* trial):

| Document | Description | Material to Be Sealed |
|---|---|---|
| Exhibit A | Rebuttal Report of Betsy Bartko dated November 5, 2026, which has been designated Highly Confidential by Uber | Non-party name and potentially identifying address information |
| Exhibit B | Supplemental Expert Report of Julie Moore dated October 13, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | All |
| Exhibit C | Expert Report of Robert Sniderman dated October 26, 2026, which contains reference to materials designated Confidential and Highly Confidential by Uber | All |
| Exhibit D | UBER-MDL3084-DFS00144587-88, which has been designated Confidential by Uber | All |
| Exhibit E | UBER-MDL3084-DFS00144588_EN-US, which has been designated Confidential by Uber | All |
| Exhibit F | UBER-MDL3084-DFS00054771-72, which has been designated Confidential by Uber | All |
| Exhibit G | UBER-MDL3084-DFS00054771_EN-US, which has been designated Confidential by Uber | All |

**IT IS SO ORDERED.**

Dated:___________________________

_________________________________
Hon. Lisa J. Cisneros
United States Magistrate Court Judge