DANA LIZIK
BASIL ADHAM
**Johnson Law Group**
3712 Autry Park Dr., Suite 400
Houston, Texas 77019
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>**NOTICE OF FILING OF NEW ACTION** |
| This Document Relates to:<br><br>*JLG 364 v. Uber Technologies, Inc., et al; 3:26-cv-14288-CRB* | |

Notice is hereby given pursuant of Pretrial Order No. 6 (Direct Filing) that the Complaint and Jury Demand in the above Referenced action was filed on November 20, 2026.

Dated: November 25, 2026

Respectfully submitted,

By: /s/ Dana Lizik
Dana Lizik (TX SBN 24098007)
Basil Adham (TX SBN 24081742)
**Johnson Law Group**
3712 Autry Park Dr., Suite 400
Houston, Texas 77019
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: dlizik@johnsonlawgroup.com
Email: badham@johnsonlawgroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, I electronically transmitted the foregoing **NOTICE OF FILING OF NEW ACTION** to the Clerk's Office using the CM/ECF System for filing thereby electronically transmitting this filing to all CM/ECF registrants.

*/s/ Dana Lizik*
Dana Lizik